

FILED
25 MAR 03 PM 4: 23
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE
Evan R. Chesler (pending admission pro hac vice)
Thomas G. Rafferty (pending admission pro hac vice)
David R. Marriott (pending admission pro hac vice)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant International Business
    Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALDERA SYSTEMS, INC, d/b/a/ THE SCO GROUP,<br><br>            Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>            Defendants. | **RULE 7.1 STATEMENT**<br><br>Civil No. _____ |



PLEASE TAKE NOTICE that, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant International Business Machines Corporation discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its outstanding stock.

246289.1

 

DATED this 25th day of March, 2003.

        SNELL & WILMER L.L.P.

        /s/ Shaughnessy

        Alan L. Sullivan
        Todd M. Shaughnessy

        CRAVATH, SWAINE & MOORE
        Evan R. Chesler
        Thomas G. Rafferty
        David R. Marriott

        *Counsel for Defendant International Business Machines Corporation*

Of counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Donald J. Rosenberg
Alec S. Berman
44 South Broadway
White Plains, NY 10601
(914) 288-4035

246289.1

 

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2003, I caused a true and accurate copy of the foregoing to be served in the manner specified on the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>[HAND DELIVERED]
>
>David Boies
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504
>[FIRST CLASS MAIL]
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street
>Suite 2800
>Miami, Florida 33131
>[FIRST CLASS MAIL]

_____

246289.1