

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

Caldera Sys,

    Plaintiff,                                                         NOTICE

        vs.

Intl Bus Mach Inc,

    Defendant.                                          Case No.   2:03-cv-00294 DAK

TYPE OF CASE            CIVIL

PLEASE TAKE NOTICE that the Honorable Paul G. Cassell has recused from hearing the above-cited case.  The case has been reassigned to the Honorable Dale A. Kimball.

Take note that the case number now will read 2:03cv294 DAK.

                            MARKUS B. ZIMMER,
                            Clerk of Court


                            By:  Aimee Trujillo
                                Deputy Clerk

DATE:      March 28, 2003

3

alt

```
                    United States District Court
                              for the
                          District of Utah
                          March 28, 2003


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      JFAX 9,3636666

      Mr. Alan L Sullivan, Esq.
      SNELL & WILMER LLP
      15 W SOUTH TEMPLE STE 1200
      GATEWAY TOWER W
      SALT LAKE CITY, UT  84101
      EMAIL
```