RECEIVED CLERK

MAR 2 6 2003

U.S. DISTRICT COURT

FILED
CLERK, U.S. DISTRICT COURT
27 MAR 03 PM 1:58
DISTRICT OF UTAH

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Caldera Systems, Inc. d/b/a The SCO Group | BY: \_\_\*\_\_ CASE NO. 03 cv 294 PGC |
| Plaintiff | DEPUTY CLERK |
| v. | Appearing on behalf of: |
| International Business Machines Corporation | Defendant |
| Defendant. | (Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, \_\_Todd Shaughnessy\_\_, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: **MARCH 26**, 2003.   _____   **6651**
                              (Signature of Local Counsel)   (Utah Bar Number)

FEE PAID

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, \_\_Evan R. Chesler\_\_, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _X_ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates \_\_Todd Shaughnessy\_\_ as associate local counsel.

Date: March 25, 2003.                Check here  **X**  if petitioner is lead counsel.

                                      _____
                                      (Signature of Petitioner)

**Name of Petitioner:** \_\_Evan R. Chesler\_\_   Office Telephone: \_\_(212) 474-1000\_\_
                                                 (Area Code and **Main** Office Number)

**Business Address:**
\_\_Cravath, Swaine & Moore\_\_
                  (Firm/Business Name)
\_\_825 Eighth Avenue\_\_      New York       NY       10019
       Street                   City          State     Zip



## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| New York Supreme Court, Appellate Division, Second Dept. | New York | 2/25/76 |
| United States District Court, Southern District of New York | New York | 5/4/76 |
| United States District Court, Eastern District of New York | New York | 10/13/82 |
| United States District Court, Northern District of California | New York | 9/24/82 |
| United States Court of Appeals, Federal Circuit | | 9/24/93 |
| United States Court of Appeals, First Circuit | | 6/3/92 |
| United States Court of Appeals, Second Circuit | | 7/20/82 |
| United States Court of Appeals, Third Circuit | | 2/27/91 |
| United States Court of Appeals, Fifth Circuit | | 4/8/94 |
| United States Court of Appeals, Ninth Circuit | | 9/10/97 |
| United States Supreme Court | | 7/29/82 |

See attached sheet for additional admissions

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
|  |  |  |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 27th day of March, 2003.

_____
U.S. District Judge

## Continued Bar Admission History for Evan R. Chesler

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
| --- | --- | --- |
| United States District Court, District of Colorado | Colorado | 10/20/00 |
| United States District Court, District of Columbia | District of Columbia | 5/14/01 |
| United States District Court, Northern District of New York | New York | 6/5/01 |

FILED
CLERK, U.S. DISTRICT COURT
27 MAR 03 PM 1:57
DISTRICT OF UTAH

RECEIVED CLERK
MAR 26 2003
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Caldera Systems, Inc. d/b/a The SCO Group<br>Plaintiff<br><br>v.<br><br>International Business Machines Corporation<br>Defendant. | BY: _____ CASE NO. _03cv294 PGC_<br>DEPUTY<br><br>Appearing on behalf of:<br><br>___Defendant___<br>(Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, __Todd Shaughnessy__, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: __MARCH 26__, 2003.   _____(Signature)_____   __6651__
(Signature of Local Counsel)     (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

_FEE PAID_

Petitioner, __Thomas G. Rafferty__, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _X_ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates __Todd Shaughnessy__ as associate local counsel.

Date: March 25, 2003.                        Check here ____ if petitioner is lead counsel.

_____(Signature)_____
(Signature of Petitioner)

**Name of Petitioner:** __Thomas G. Rafferty__   Office Telephone: __(212) 474-1000__
                                                              (Area Code and **Main** Office Number)

Business Address:
__Cravath, Swaine & Moore__
(Firm/Business Name)

| 825 Eighth Avenue | New York | NY | 10019 |
|---|---|---|---|
| Street | City | State | Zip |

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| New York Supreme Court, Appellate Division, First Dept. | New York | 3/27/89 |
| United States District Court, Southern District of New York | New York | 7/5/95 |
| United States District Court, Northern District of New York | New York | 5/11/01 |
| United States District Court, Eastern District of New York | New York | 1/31/01 |
| United States District Court, Eastern District of Michigan | Michigan | 7/10/97 |
| United States District Court Northern District of Georgia | Georgia | 8/25/00 |
| United States Court of Appeals, First Circuit | | 2/3/00 |
| United States Court of Appeals, Second Circuit | | 5/17/01 |
| United States Court of Appeals, Third Circuit | | 9/10/99 |
| United States Court of Appeals, Sixth Circuit | | 11/10/97 |
| United States Court of Claims | | 2/22/02 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 27th day of March, 2003.

_____
U.S. District Judge

tsh

United States District Court
for the
District of Utah
March 28, 2003

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

>    Brent O. Hatch, Esq.
>    HATCH JAMES & DODGE
>    10 W BROADWAY STE 400
>    SALT LAKE CITY, UT  84101
>    JFAX 9,3636666
>
>    Mr. Alan L Sullivan, Esq.
>    SNELL & WILMER LLP
>    15 W SOUTH TEMPLE STE 1200
>    GATEWAY TOWER W
>    SALT LAKE CITY, UT  84101
>    EMAIL
>
>    Evan R. Chesler, Esq.
>    CRAVATH SWAINE & MOORE
>    825 EIGHTH AVE
>    NEW YORK, NY  10019