IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

FILED
U.S. DISTRICT COURT
27 MAR 03 PM 4:43
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Caldera Sys

vs.

Intl Bus Mach Inc

CERTIFICATE OF
SELECTION OF DISPUTE
RESOLUTION OPTION
UNDER DUCivR 16-2 (d)

Case No. 2:03-cv-00294
Judge Cassell

The attorney in the above captioned case hereby certifies that, having carefully discussed the Court's ADR program with the Parties listed below, the Parties elect to proceed as follows [check one]:

____ Refer Case to arbitration;

____ Refer case to mediation;

_X_ Retain case in Court's traditional litigation track.

Dated this 27th day of March, 2003.

_____
Signature of Attorney

Caldera Systems, Inc.

d/b/a The SCO Group

_____
Names of Parties represented by Attorney

Brent O. Hatch

5715

10 West Broadway, Suite 400

Salt Lake City, Utah 84101
Name, Utah State Bar Number and Address
Of Attorney



## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Plaintiff's **Certificate of Selection Dispute Resolution Option Under DUCivR 16-2 (d)** to be placed in the United States Mail first class postage prepaid on the 27TH day of March, 2003 to the following:

Alan L. Sullivan
Todd M. Shaughnessy
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004

CRAVATH, SWAINE & MOORE
Evan R. Chesler
Thomas G. Rafferty
David R. Marriott
Worldwide Plaza
825 Eight Avenue
New York, NY 10019

*Attorneys for Defendant*