

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH



FILED
31 MAR 03 PM 3:43
DISTRICT OF UTAH
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| Caldera Sys | : | |
| | : | CERTIFICATE OF SELECTION OF DISPUTE |
| vs. | : | RESOLUTION OPTION UNDER DUCivR 16-2(d) |
| | : | |
| Intl Bus Mach Inc | : | |
| | : | Case No. 2:03-cv-00294 Judge Cassell |

The Attorney in the above-captioned case hereby certifies that, having carefully discussed the Court's ADR program with the Parties listed below, the Parties elect to proceed as follows [check one]:

___ Refer case to arbitration;

___ Refer case to mediation;

_X_ Retain case in Court's traditional litigation track.

Dated this 31st day of March, 2003.

_____
Signature of Attorney

| International Business Machines Corporation | Alan L. Sullivan (3152) |
|---|---|
| | Todd M. Shaughnessy (6651) |
| | Snell & Wilmer, LLP |
| | 15 West South Temple, Suite 1200 |
| | Salt Lake City, Utah 84101-1004 |
| | Telephone: (801) 257-1900 |
| | Facsimile: (801) 257-1800 |
| Names of Parties represented by Attorney | Name, Utah State Bar Number and Address of Attorney |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing **CERTIFICATE OF DISPUTE RESOLUTION OPTION UNDER DUCiv 16-2(d)** was served on the persons listed below, this 31st day of March, 2003, by First Class U.S. Mail, postage prepaid, to:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>David Boies
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street
>Suite 2800
>Miami, Florida 33131

_____