Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800



CRAVATH, SWAINE & MOORE
Evan R. Chesler (pending admission pro hac vice)
Thomas G. Rafferty (pending admission pro hac vice)
David R. Marriott (pending admission pro hac vice)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant International Business
  Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALDERA SYSTEMS, INC, d/b/a/ THE SCO GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendants. | **STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Civil No. 2:03cv0294<br><br>Honorable Dale A. Kimball |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order extending the time for defendant to respond to plaintiff's Complaint on file herein, to and including April 20, 2003.

247014.1

DATED this 31st day of March, 2003.

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy

CRAVATH, SWAINE & MOORE
Evan R. Chesler
Thomas G. Rafferty
David R. Marriott

By /s/
Counsel for Defendant International
Business Machines Corporation

DATED this 31st day of March, 2003.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By /s/
Counsel for Plaintiff
247014.1