```
                              FILED
                           DISTRICT COURT
                         -2 APR 03 PM 3: 23
                         DISTRICT OF UTAH
                         BY:_____
                              DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALDERA SYSTEMS, INC, d/b/a/ THE SCO GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendants. | **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Civil No. 2:03cv0294<br><br>Honorable Dale A. Kimball |

Based upon the Stipulation and Joint Motion entered into by the respective counsel for the above parties, and good cause appearing,

IT IS HEREBY ORDERED that Defendant shall have to and including April 20, 2003, within which to respond to the Plaintiff's Complaint on file herein.

DATED this 2d day of April, 2003.

BY THE COURT:

*Dale A. Kimball* (signature)
Honorable Dale A. Kimball
U.S. District Court Judge

247014.1

APPROVED AS TO FORM:

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy

CRAVATH, SWAINE & MOORE
Evan R. Chesler
Thomas G. Rafferty
David R. Marriott

By _____
*Counsel for Defendant International
Business Machines Corporation*

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By _____
*Counsel for Plaintiff*

247014.1

```
                                                            alp
                  United States District Court
                             for the
                         District of Utah
                         April 3, 2003


          * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        JFAX 9,3636666

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019
```