Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE
Evan R. Chesler (admitted pro hac vice)
Thomas G. Rafferty (admitted pro hac vice)
David R. Marriott (pending admission)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant International Business
Machines Corporation*

```
                    FILED
            U.S. DISTRICT COURT
            -4 APR 03 AM 11:36
              DISTRICT OF UTAH
            BY:_____
                 DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALDERA SYSTEMS, INC, d/b/a/ THE SCO GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendants. | **AMENDED STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Civil No. 2:03cv0294<br><br>Honorable Dale A. Kimball |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order extending the time for defendant to respond to plaintiff's Complaint on file herein, to and including April 30, 2003.

247661.1



DATED this **3rd** day of **April**, 2003.

        SNELL & WILMER L.L.P.
        Alan L. Sullivan
        Todd M. Shaughnessy

        CRAVATH, SWAINE & MOORE
        Evan R. Chesler
        Thomas G. Rafferty
        David R. Marriott

        By _____
        *Counsel for Defendant International*
        *Business Machines Corporation*

DATED this **3rd** day of **April**, 2003.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        By _____
        *Counsel for Plaintiff*

247661.1