

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALDERA SYSTEMS, INC, d/b/a/ THE SCO GROUP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Defendants. | **AMENDED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Civil No. 2:03cv0294<br><br>Honorable Dale A. Kimball |

　　　　Based upon the Stipulation and Joint Motion entered into by the respective counsel for the above parties, and good cause appearing,

　　　　IT IS HEREBY ORDERED that Defendant shall have to and including April 30, 2003, within which to respond to the Plaintiff's Complaint on file herein.

　　　　DATED this 4th day of April, 2003.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_Dale A. Kimball_
　　　　　　　　　　　　　　　　Honorable Dale A. Kimball
　　　　　　　　　　　　　　　　U.S. District Court Judge

247661.1

APPROVED AS TO FORM:

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy

CRAVATH, SWAINE & MOORE
Evan R. Chesler
Thomas G. Rafferty
David R. Marriott

By _____
*Counsel for Defendant International
Business Machines Corporation*

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By _____
*Counsel for Plaintiff*

247661.1

alp

United States District Court
for the
District of Utah
April 9, 2003


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:   2:03-cv-00294


True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    JFAX 9,3636666

    Mr. Alan L Sullivan, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Evan R. Chesler, Esq.
    CRAVATH SWAINE & MOORE
    825 EIGHTH AVE
    NEW YORK, NY  10019