FILED

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

DISTRICT OF UTAH

BY: **CASE NO.** 03 CV 294 PGC

2:03CV294DAK

| | |
|---|---|
| Caldera Systems, Inc. d/b/a The SCO Group,<br>Plaintiff, | * Appearing on behalf of:<br>* |
| v. | * Plaintiff |
| International Business Machines Corporation<br>Defendant. | * (Plaintiff/Defendant)<br>* |

RECEIVED CLERK
APR 14 2003
U.S. DISTRICT COURT

FEE PAID

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, <u>Brent O Hatch</u>, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: April 10, 2003.  _____
(Signature of Local Counsel)    (Utah Bar Number)

### APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Fred O. Goldberg, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) <u>X</u> a non-resident of the State of Utah, or (ii) ____ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates <u>Brent O. Hatch</u> as associate local counsel.

Date: 4/3, 2003.      Check here ____ if petitioner is lead counsel.

_____
(Signature of Petitioner)

**Name of Petitioner:** <u>Fred O. Goldberg</u>       Office Telephone: <u>305-755-9500</u>
                                                                        (Area Code and **Main** Office Number)

**Business Address:** <u>Berger Singerman</u>
                              (Firm/Business Name)
<u>200 South Biscayne Boulevard, Suite 1000, Miami, Florida 33131</u>
Street                                                City              State        Zip

## BAR ADMISSION HISTORY

| COURT TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Massachusetts Bar | Massachusetts | 1987 |
| U.S. District Court | District of Massachusetts | 1989 |
| Florida Bar | Florida | 1991 |
| U.S. District Court | Southern District of Florida | 1992 - including Trial Bar, 1993 |
| U.S. District Court | Middle District of Florida | 1994 |
| U.S. Court of Appeals | Eleventh Circuit | 1994 |
| U.S. Court of Appeals | Fifth Circuit | 1997 |

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| N/A | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 14th day of April, 2003.

_Dale A. Kimball_
U.S. District Judge

United States District Court
for the District of Utah

*Caldera Systems, Inc. d/b/a The SCO Group, Inc. v.
International Business Machines Corporation*

Case No.: 03-CV-00294

## CERTIFICATE OF SERVICE

Brent O. Hatch, Esq.
Mark F. James, Esq.
Hatch, James & Dodge
*Attorneys for Plaintiff*
10 West Broadway
Suite 400
Salt Lake City, Utah 84101

David Boies, Esq.
Boies, Schiller & Flexner, L.L.P.
*Attorney for Plaintiff*
333 Main Street
Armonk, New York 10504

Stephen N. Zack, Esq.
Mark J. Heise, Esq.
Boies, Schiller & Flexner, L.L.P.
*Attorneys for Plaintiff*
100 Southeast Second Street
Suite 2800
Miami, Florida 33131

Leonard K. Samuels, Esq.
Fred O. Goldberg, Esq.
Berger Singerman
*Attorneys for Plaintiff*
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida 33301

United States District Court
for the District of Utah

*Caldera Systems, Inc. d/b/a The SCO Group, Inc. v.
International Business Machines Corporation*

Case No.: 03-CV-00294

**CERTIFICATE OF SERVICE**

Alan L. Sullivan, Esq.
Todd M. Shaughnessy, Esq.
Snell & Wilmer, L.L.P.
*Attorneys for Defendant*
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101

Evan R. Chesler, Esq.
Thomas G. Rafferty, Esq.
David R. Marriott, Esq.
Cravath, Swaine & Moore
*Attorneys for Defendant*
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

RECEIVED CLERK
APR 11 2003
U.S. DISTRICT COURT

| | |
|---|---|
| Caldera Systems, Inc. d/b/a The SCO Group<br>    Plaintiff, | * CASE NO. 03 CV 294 PGC<br>*        2:03cv294 DAK |
| v. | * Appearing on behalf of:<br>* |
| International Business Machines Corporation<br>    Defendant. | * Plaintiff<br>*      (Plaintiff/Defendant)<br>* |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Brent O Hatch, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: April 10, 2003 _____
                                      (Signature of Local Counsel)    (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Leonard K. Samuels, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) X a non-resident of the State of Utah, or (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates Brent O. Hatch as associate local counsel.

Date: 4-3, 2003. Check here ✓ if petitioner is lead counsel.

                                        X _____
                                             (Signature of Petitioner)

**Name of Petitioner:** Leonard K. Samuels     Office Telephone: 954-525-9900
                                                                     (Area Code and **Main** Office Number)

**Business Address:** Berger Singerman
                                (Firm/Business Name)

350 East Las Olas Boulevard, Suite 1000, Fort Lauderdale, FL 33301
                         Street                                                  City           State        Zip

## BAR ADMISSION HISTORY

| COURT TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| United States District Court, Southern District of Florida | Miami, FL | 07/30/87 |
| United States District Court, Middle District of Florida | Tampa, FL | 10/16/95 |
| United States District Court, Northern District of Florida | Tallahassee, FL | 04/18/98 |
| United States Court of Appeals, Eleventh Circuit | Atlanta, GA | 02/20/01 |
| United States Court of Appeals, Federal Circuit | Washington, D.C. | 02/27/01 |
| Supreme Court of the United States | Washington, D.C. | 11/27/00 |

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
|  |  |  |
|  |  |  |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 14th day of April, 2003.

_____
U.S. District Judge

United States District Court
for the District of Utah

*Caldera Systems, Inc. d/b/a The SCO Group, Inc. v.*
*International Business Machines Corporation*

Case No.: 03-CV-00294

**CERTIFICATE OF SERVICE**

Brent O. Hatch, Esq.
Mark F. James, Esq.
Hatch, James & Dodge
*Attorneys for Plaintiff*
10 West Broadway
Suite 400
Salt Lake City, Utah 84101

David Boies, Esq.
Boies, Schiller & Flexner, L.L.P.
*Attorney for Plaintiff*
333 Main Street
Armonk, New York 10504

Stephen N. Zack, Esq.
Mark J. Heise, Esq.
Boies, Schiller & Flexner, L.L.P.
*Attorneys for Plaintiff*
100 Southeast Second Street
Suite 2800
Miami, Florida 33131

Leonard K. Samuels, Esq.
Fred O. Goldberg, Esq.
Berger Singerman
*Attorneys for Plaintiff*
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida 33301

United States District Court
for the District of Utah

*Caldera Systems, Inc. d/b/a The SCO Group, Inc. v.
International Business Machines Corporation*

Case No.: 03-CV-00294

**CERTIFICATE OF SERVICE**

Alan L. Sullivan, Esq.
Todd M. Shaughnessy, Esq.
Snell & Wilmer, L.L.P.
*Attorneys for Defendant*
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101

Evan R. Chesler, Esq.
Thomas G. Rafferty, Esq.
David R. Marriott, Esq.
Cravath, Swaine & Moore
*Attorneys for Defendant*
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

```
                                                          tsh
             United States District Court
                       for the
                  District of Utah
                   April 16, 2003


           * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        JFAX 9,3636666

        Fred O. Goldberg, Esq.
        BERGER SINGERMAN
        200 S BISCAYNE BLVD STE 1000
        MIAMI, FL  33131

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019
```