Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (pending admission pro hac vice)
Thomas G. Rafferty (pending admission pro hac vice)
David R. Marriott (pending admission pro hac vice)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

Attorneys for Defendant International Business Machines Corporation

IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALDERA SYSTEMS, INC., d/b/a THE SCO GROUP,<br><br>                      Plaintiff,<br><br>-against-<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                      Defendant. | Civil Action No.<br>03 Civ. 294 (DAK)<br><br><br>NOTICE OF<br>REGISTRATION AND<br>NAME CHANGE |



PLEASE TAKE NOTICE that Cravath, Swaine & Moore registered as a New York limited liability partnership, effective April 8, 2003, and changes its name to Cravath, Swaine & Moore LLP.

April 16, 2003

CRAVATH, SWAINE & MOORE LLP,
by

Evan R. Chesler
A member of the firm

Attorneys for Defendant.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

TO:
Brent O. Hatch, Esq.
Mark F. James, Esq.
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

David Boies, Esq.
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Stephen N. Zack, Esq.
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street
Suite 2800
Miami, Florida 33131

## DECLARATION OF SERVICE

I am over the age of 18 years, not a party to this action and reside at 228 Somerset Street, Apartment 1, New Brunswick, NJ 08901.

On this 22nd day of April, 2003, I served the foregoing Notice of Registration and Name Change upon each of the attorneys identified in said Notice by depositing true copies thereof, securely enclosed in First Class Mail postage prepaid and properly addressed wrappers, in an official depository maintained and exclusively controlled by the United States Postal Service located within the County and State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2003

_____
Keith S. Kaplan