FILED
[ILLEGIBLE] COURT

30 APR 03 PM 1:36

DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

RECEIVED CLERK

APR 29 2003

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALDERA SYSTEMS, INC.<br>  Plaintiff<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.<br>  Defendant. | CASE NO. 2:03CV294 ~~PGC~~<br><br>Appearing on behalf of:<br><br>CALDERA SYSTEMS, INC.<br>(Plaintiff/~~Defendant~~) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, **MARK F. JAMES**, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: **April 28**, 2003    _[signature]_    **5295**
      (Signature of Local Counsel)    (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, **STEPHEN NEAL ZACK**, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) **X** a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates **MARK F. JAMES** as associate local counsel.

Date: **4/24**, 20**03**.    Check here ___ if petitioner is lead counsel.

_[signature]_
(Signature of Petitioner)

**Name of Petitioner:** STEPHEN N. ZACK    Office Telephone: **(305) 539-8400**
                                                          (Area Code and **Main** Office Number)

**Business Address:** Boies, Schiller & Flexner LLP
                     (Firm/Business Name)
                     100 S.E. 2nd Street, Ste. 2800, Miami, Florida    33131
                     Street                                City    State    Zip

14

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| U.S. Court of Appeals | | 1986 |
| Fifth Circuit | | 1986 |
| Eleventh Circuit | | 1986 |
| U.S. District Court, Southern & Northern | Florida | 1986 |
| New York | | 1982 |
| Florida | | 1972 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 30th day of April, 2003.

_____
U.S. District Judge



FEE PAID



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

650 APALACHEE PARKWAY
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLABAR.org

State of Florida )

County of Leon )

In Re: 145215
Stephen Neal Zack
Nations Bank Tower, Ste. 2800
100 S.E. 2nd St.
Miami, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on May 03, 1972.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 12th day of March, 2003.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/dsw10:R10

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be mailed by U.S. mail, first class postage prepaid, this 29 day of April, 2003, addressed to the following:

Alan L. Sullivan
Todd M. Shaughnessy
SNELL & WILMER
15 West South Temple, Ste. #1200
Salt Lake City, Utah 84101

_____

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 30 2003

MARKUS B. ZIMMER, CLERK
BY _____
DEPUTY CLERK

RECEIVED CLERK

APR __ ____

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| CALDERA SYSTEMS, INC.<br>Plaintiff<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.<br>Defendant. | * * * * * * * * | CASE NO. 2:03CV294 PGC<br><br>Appearing on behalf of:<br><br>CALDERA SYSTEMS, INC<br>(Plaintiff/~~Defendant~~) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, **MARK F. JAMES**, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: April 28, 2003    _(Signature of Legal Counsel)_    5295 (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, **MARK J. HEISE**, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) **X** a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates **MARK F. JAMES** as associate local counsel.

Date: April 22, 2003.    Check here **X** if petitioner is lead counsel.

_(Signature of Petitioner)_

**Name of Petitioner:** MARK J. HEISE    Office Telephone: (305) 539-8400
(Area Code and Main Office Number)

**Business Address:** Boies, Schiller & Flexner LLP
(Firm/Business Name)

| 100 S.E. 2nd Street, Ste. 2800, | Miami, | Fl | 33131 |
|---|---|---|---|
| Street | City | State | Zip |

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| U.S. Supreme Court | | 1992 |
| Eleventh Circuit Court of Appeals | | 1990 |
| Ninth Circuit Court of Appeals | | 1992 |
| U.S. District Courts | Southern, Middle Dist. of Fla. | 1990 |
| U.S. District Court | Eastern District of Michigan | 1999 |
| United States Court of Federal Claims | | 1990 |
| Florida | | 1988 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 30th day of April, 2003.

_____
U.S. District Judge

FEE PAID



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

650 APALACHEE PARKWAY
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida    )

County of Leon     )

               In Re:   771090
                      Mark Jurgen Heise
                      Boise, Schiller and Flexner, LLP
                      100 S.E. 2nd St., Ste. 2800
                      *Miami, Florida*

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 30, 1988.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 12th day of March, 2003.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/dsw10:R10

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be mailed by U.S. mail, first class postage prepaid, this 29 day of April, 2003, addressed to the following:

Alan L. Sullivan
Todd M. Shaughnessy
SNELL & WILMER
15 West South Temple, Ste. #1200
Salt Lake City, Utah 84101

_____

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 30 2003

MARKUS B. ZIMMER, CLERK
BY _____
DEPUTY CLERK

U.S. DISTRICT COURT

APR

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| CALDERA SYSTEMS, INC. <br> Plaintiff <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP. <br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CASE NO. 2:03CV294 PGC <br><br> Appearing on behalf of: <br><br> CALDERA SYSTEMS, INC. <br> (Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, __MARK F. JAMES__, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: __April 28__, 2003    _____/s/ Mark F. James_____  __5295__
                        (Signature of Local Counsel)     (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, __DEBRA WEISS GOODSTONE__, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) __X__ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates __MARK F. JAMES__ as associate local counsel.

Date: __April 22__, 20 03 .       Check here __/__ if petitioner is lead counsel.

_____
(Signature of Petitioner)

**Name of Petitioner:** DEBRA WEISS GOODSTONE    Office Telephone: __(305) 539-8400__
                                                    (Area Code and **Main** Office Number)

**Business Address:**   Boies, Schiller & Flexner LLP
                        (Firm/Business Name)
                        100 S.E. 2nd Street, Ste. 2800,   Miami,   Florida      33131
                        Street                             City     State        Zip

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| U.S. District Court, Southern District of Florida | | 1980 |
| U.S. Supreme Court | | 1981 |
| U.S. Court of Appeals | | 1981 |
| Fifth Circuit | | |
| Eleventh Circuit | | |
| Florida | | 1977 |
| New York | | 1986 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 30th day of April, 2003.

_____
U.S. District Judge

FEE PAID



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

650 APALACHEE PARKWAY
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida   )

County of Leon    )

                               In Re:   231843
                                           Debra Weiss Goodstone
                                           Boies Schiller & Flexner, LLP
                                           100 S.E. 2nd St., Ste. 2800
                                           Miami, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on May 31, 1977.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 12th day of March, 2003.

*Willie Mae Shepherd*

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/dsw10:R10

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be mailed by U.S. mail, first class postage prepaid, this 29 day of April, 2003, addressed to the following:

Alan L. Sullivan
Todd M. Shaughnessy
SNELL & WILMER
15 West South Temple, Ste. #1200
Salt Lake City, Utah 84101

_____

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 30 2003

MARKUS B. ZIMMER, CLERK
BY _____ DEPUTY CLERK

RECEIVED CLERK

APR 2? 2003

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| CALDERA SYSTEMS, INC. | * | CASE NO. 2:03CV294 PGC |
|---|---|---|
| Plaintiff | * | |
| | * | Appearing on behalf of: |
| v. | * | |
| | * | CALDERA SYSTEMS, INC. |
| INTERNATIONAL BUSINESS MACHINES CORP. | * | (Plaintiff/~~Defendant~~) |
| Defendant. | * | |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Mark F. James, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: April 28, 2003          _[signature]_          5295
                     (Signature of Local Counsel)          (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, David Boies, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _X_ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates Mark F. James as associate local counsel.

Date: Apr. 22, 2003.          Check here _✓_ if petitioner is lead counsel.

                              _[signature]_
                              (Signature of Petitioner)

**Name of Petitioner:** DAVID BOIES          Office Telephone: (914) 749-8200
                                                              (Area Code and Main Office Number)

**Business Address:** Boies, Schiller & Flexner LLP
                     (Firm/Business Name)
                     333 Main Street          Armonk          New York     10504
                     Street                   City            State        Zip

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| | (See Attached List) | |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 30th day of April, 2003.

_____
U.S. District Judge

FEE PAID

| Name of Court | Date of Admission |
|---|---|
| State of New York | 1967 |
| United States District Court, Southern District of New York | 1991 |
| United States District Court, Eastern District of New York | 1981 |
| United States Court of Appeals, Second Circuit | 1967 |
| United States Court of Appeals, Third Circuit | 1995 |
| United States Court of Appeals, Fourth Circuit | 2001 |
| United States Court of Appeals, Fifth Circuit | 1984 |
| United States Court of Appeals, Seventh Circuit | 2002 |
| United States Court of Appeals, Ninth Circuit | 1972 |
| United States Court of Appeals, Tenth Circuit | 1973 |
| United States Court of Appeals, Eleventh Circuit | 2002 |
| United States Court of Appeals, Federal Circuit | 2001 |
| United States Court of Appeals, District Of Columbia Ct. | 1985 |
| United States Supreme Court | 1974 |
| United States District Court, District Court of Colorado | 2000 |
| United States Court of International Trade | 1982 |

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

**CERTIFICATE OF GOOD STANDING**

I, __J. Michael McMahon__, *Clerk of this Court, certify that*

__**DAVID BOIES**__ , *Bar#* __DB4399__ ,

*was duly admitted to practice in this Court on*

__SEPTEMBER 6, 1991__ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at __White Plains, New York__ on __MARCH 12, 2003__ .
LOCATION

*J. Michael McMahon*
**CLERK**

J. Michael McMahon
CLERK OF COURT

PATRICK MORAN
DEPUTY CLERK

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be mailed by U.S. mail, first class postage prepaid, this 29 day of April, 2003, addressed to the following:

Alan L. Sullivan
Todd M. Shaughnessy
SNELL & WILMER
15 West South Temple, Ste. #1200
Salt Lake City, Utah 84101

```
                                                         asp
                    United States District Court
                             for the
                         District of Utah
                          May 2, 2003


             * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        JFAX 9,3636666

        Fred O. Goldberg, Esq.
        BERGER SINGERMAN
        200 S BISCAYNE BLVD STE 1000
        MIAMI, FL  33131

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 S.E. 2ND ST STE 2800
        MIAMI, FL  33131

        Stephen Neal Zack, Esq.
        BOIES SCHILLER & FLEXNER
        100 S.E. 2ND ST STE 2800
        MIAMI, FL  33131

        Debra Weiss Goodstone, Esq.
        BOIES SCHILLER & FLEXNER
        100 S.E. 2ND ST STE 2800
        MIAMI, FL  33131

        David Boies, Esq.
        BOIES SCHILLER & FLEXNER
        100 S.E. 2ND ST STE 2800
        MIAMI, FL  33131

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
```

825 EIGHTH AVE
NEW YORK, NY  10019