**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

```
Caldera Sys,

     Plaintiff,                                    NOTICE

       vs.

Intl Bus Mach Inc,

     Defendant.                          Case No.  2:03-cv-00294 DAK
```

```
TYPE OF CASE          CIVIL
```

PLEASE TAKE NOTICE that a proceeding in this case has been set for hearing before Honorable David Nuffer at:

```
        Room 477
        350 South Main Street
        Salt Lake City, Utah

   On Wednesday, 8/13/03 at 9:30 a.m.
```

TYPE OF PROCEEDING: Initial Pretrial Conference

The Attorney Planning Meeting form (available on the court's web site at http://www.utd.uscourts.gov) should be filed 30 days before the hearing date. If counsel meet, confer and submit a stipulated Attorney Planning Meeting Report 30 days before the scheduled hearing, the Court will consider entering the initial scheduling order based on the filed Attorney Planning Meeting Report.

```
                              MARKUS B. ZIMMER,
                              Clerk of Court


                         By:  Amy L. Pehrson
                              Deputy Clerk
```

```
   DATE:    June 16, 2003
```

**16**

```
alp
                      United States District Court
                                for the
                            District of Utah
                            June 16, 2003


                 * * CERTIFICATE OF SERVICE OF CLERK * *


   Re:   2:03-cv-00294



   True and correct copies of the attached were either mailed, faxed or e-mailed
   by the clerk to the following:


         Brent O. Hatch, Esq.
         HATCH JAMES & DODGE
         10 W BROADWAY STE 400
         SALT LAKE CITY, UT  84101
         JFAX 9,3636666

         Fred O. Goldberg, Esq.
         BERGER SINGERMAN
         200 S BISCAYNE BLVD STE 1000
         MIAMI, FL  33131

         Mark J. Heise, Esq.
         BOIES SCHILLER & FLEXNER
         100 SE 2ND ST STE 2800
         MIAMI, FL  33131

         Stephen Neal Zack, Esq.
         BOIES SCHILLER & FLEXNER
         100 SE 2ND ST STE 2800
         MIAMI, FL  33131

         Debra Weiss Goodstone, Esq.
         BOIES SCHILLER & FLEXNER
         100 SE 2ND ST STE 2800
         MIAMI, FL  33131

         David Boies, Esq.
         BOIES SCHILLER & FLEXNER
         100 SE 2ND ST STE 2800
         MIAMI, FL  33131

         Mr. Alan L Sullivan, Esq.
         SNELL & WILMER LLP
         15 W SOUTH TEMPLE STE 1200
         GATEWAY TOWER W
         SALT LAKE CITY, UT  84101
         EMAIL

         Evan R. Chesler, Esq.
         CRAVATH SWAINE & MOORE
```

```
825 EIGHTH AVE
NEW YORK, NY  10019
```