Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone:  (801) 363-6363
Facsimile:  (801) 363-6666

David Boies (Pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504
Telephone:  (914) 749-8200
Facsimile:  (914) 749-8300

Stephen N. Zack (Pro hac vice)
Mark J. Heise (Pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street
Suite 2800
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:  (305) 539-1307

*Attorneys for Plaintiff*

FILED
DISTRICT COURT
16 JUN 03 PM 2: 39
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CALDERA SYSTEMS, INC., d/b/a THE SCO GROUP, | **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| Plaintiff, | |
| v. | Case No. 2:03cv0294 |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Honorable Dale A. Kimball |
| Defendant. | |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff, Caldera Systems, Inc., d/b/a The SCO Group ("SCO"), hereby seeks leave of this Court to file an amended complaint in this action in substantially the same form as the proposed "Amended Complaint (Jury Trial Demanded)" attached hereto as Exhibit "A."

Plaintiff seeks to add claims related to wrongful actions of IBM subsequent to the filing of the Complaint. Plaintiff also seeks to simplify its pleading and to change the name of Plaintiff to reflect Plaintiff's recent legal change of name.

This motion is supported by Plaintiff's Memorandum in Support of Motion for Leave to File Amended Complaint, which is filed herewith.

DATED this 16th day of June, 2003.

By: _____
HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
David Boies
Stephen N. Zack
Mark J. Heise

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the \_\_\_\_ day of June, 2003, a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE AMENDED COMPLAINT was served on the following counsel of record as indicated below:

|  |  |
|---|---|
| Alan L. Sullivan<br>Todd M. Shaughnessy<br>SNELL & WILMER L.L.P.<br>15 West South Temple<br>Gateway Tower West<br>Salt Lake City, Utah 84101-1004<br>Facsimile: (801) 257-1800 | (via facsimile) |
| Evan R. Chesler<br>Thomas G. Rafferty<br>David R. Marriott<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019 | (U.S. Mail) |

*[signature]*

Exhibits/ Attachments to this document have **not** been scanned.

Please see the case file.