Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE
Evan R. Chesler (admitted pro hac vice)
Thomas G. Rafferty (admitted pro hac vice)
David R. Marriott (pending admission)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant International Business
    Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALDERA SYSTEMS, INC, d/b/a/ THE SCO GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendants. | **MEMORANDUM OF DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION IN RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Civil No. 2:03cv0294<br><br>Honorable Dale A. Kimball |

Pursuant to DUCivP 7-1(b)(3), defendant International Business Machines Corporation

("IBM") submits the following response to the Motion for Leave to File Amended Complaint

filed by plaintiff Caldera Systems, Inc., d/b/a The SCO Group on June 16, 2003.

As will be set out in IBM's response to plaintiff's proposed, amended complaint – should

the Court permit plaintiff to file it – plaintiff's proposed, amended allegations are meritless, and

judgment should be entered in this action in favor of IBM.  Nevertheless, and without conceding

the grounds on which it is based, IBM does not oppose plaintiff's motion to amend, subject to

IBM's right to move against the proposed amended pleading.

DATED this 7th day of July, 2003

<div style="margin-left: 40%;">

Snell & Wilmer LLP

Alan L. Sullivan
Todd M. Shaughnessy

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Thomas G. Rafferty
David R. Marriott
*Counsel for Defendant International Business
Machines Corporation*

</div>

Of counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Donald J. Rosenberg
Alec S. Berman
1133 Westchester Avenue
White Plains, New York  10604
(914) 642-3000

*Attorneys for Defendant International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the ⁷ᵗʰday of July, 2003, a true and correct copy of the

foregoing **MEMORANDUM OF DEFENDANT INTERNATIONAL BUSINESS**

**MACHINES CORPORATION IN RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE**

**TO FILE AMENDED COMPLAINT** was delivered to the following by U.S. Mail, postage

prepaid:

> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101
>
> David Boies
> BOIES, SCHILLER & FLEXNER LLP
> 333 Main Street
> Armonk, New York 10504
>
> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131