FILED
CLERK, U.S. DISTRICT COURT

10 JUL 03 PM 4: 12

DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CALDERA SYSTEMS, INC., d/b/a/ THE SCO GROUP,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | **ORDER**<br><br>Case No. 2:03CV294 DAK |

  Having considered Plaintiff's Motion for Leave to File Amended Complaint, filed pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

  DATED this 10th day of July, 2003.

        BY THE COURT:

        _____
        DALE A. KIMBALL
        United States District Judge

1

ce

United States District Court
for the
District of Utah
July 11, 2003


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:03-cv-00294


True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL

    Fred O. Goldberg, Esq.
    BERGER SINGERMAN
    200 S BISCAYNE BLVD STE 1000
    MIAMI, FL  33131

    Mark J. Heise, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131
    EMAIL

    Stephen Neal Zack, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131
    EMAIL

    Debra Weiss Goodstone, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131
    EMAIL

    David Boies, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131

    Mr. Alan L Sullivan, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

Evan R. Chesler, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY   10019