IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL/NORTHERN DIVISION

| Date: 6/20/03 | Time: 4:13 pm | Mag: David Nuffer |
|---|---|---|

| | |
|---|---|
| Caldera Systems, Inc.,<br>Plaintiff, | Case No. 2:03 CV 294 DAK |
| vs. | SCHEDULING ORDER |
| International Business Machines,<br>Defendant. | |

Pursuant to Fed.R. Civ P. 16(b), **Magistrate Judge David Nuffer** received the Attorneys' Planning Report filed by counsel. The following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the Court and on a showing of good cause.

**IT IS ORDERED that the Initial Pretrial Hearing set for August 13, 2003 at 9:30 a.m. is VACATED.**

This case is referred to Magistrate Judge David Nuffer only for Initial Pretrial Scheduling under DUCivR 16-1(b) and is NOT referred under DUCivR 72-2 (b) or (c). Therefore, the name of Magistrate Judge David Nuffer should NOT appear on the caption of future pleadings. The name of any Magistrate Judge to whom the matter is referred under DUCivR 72-2 (b) or (c) should appear on the caption as required under DUCivR10-1(a).

## **ALL TIMES 5 PM UNLESS INDICATED**

| I. | PLEADINGS/MOTIONS: | | DATE | TIME |
|---|---|---|---|---|
| | a. | Cutoff for Motion to Amend Pleadings<br>(Includes Motion to Add Parties) | *10/1/03* | |
| | b. | Cutoff for Dispositive Motions | *11/10/04* | |
| II | DISCLOSURE | | | |
| | a. | Was Rule 26(f)(1) Conference held? | *Yes* | |
| | b. | Was 26(a)(1) Initial Disclosure Completed? | *9/4/03* | |
| | c. | Has Attorney Planning Meeting Form been submitted? | *yes* | |
| | d. | Date(s) for Other 26(a)(1) proceedings | | |
| | e. | Rule 26(a)(2) Reports from Retained Experts[1] | | |
| | | Plaintiff(s) | *8/25/04* | |
| | | Defendant(s) | *9/24/04* | |
| | | Counter Reports | *10/8/04* | |



SCHEDULING ORDER -2

|   |   |   | DATE | TIME |
|---|---|---|---|---|
| | f. | Rule 26(a)(3) Pretrial Disclosures[2] | | |
| | | Plaintiff(s) | 2/11/05 | |
| | | Defendant(s) | 2/25/05 | |
| III. | DISCOVERY CUTOFF<br>*If additional fact discovery is made necessary by expert reports or depositions, it may take place until 10/22/04. | | 8/4/04 - fact *<br>10/22/04 - expert | |
| IV. | DISCOVERY STIPULATIONS AND ORDERS | | | |
| V. | PRETRIAL CONFERENCES: | | | |
| | a. | Special Attorney Conference[3] on or before | 3/11/05 | |
| | b. | Settlement Conference[4] on or before | 3/11/05 | |
| | c. | Final Supplementation | | |
| | d. | Final Pretrial Conference | 3/28/05 | 2:30 p.m. |

|   |   |   | LENGTH | TIME | DATE |
|---|---|---|---|---|---|
| VI. | TRIAL | | | | |
| | a. | Bench Trial | | | |
| | b. | Jury Trial | 5 weeks | 8:30 a.m. | 4/11/05 |
| | | Jurors: Six | Twelve ✓ | | |

| | | | | |
|---|---|---|---|---|
| VII. | ALTERNATIVE DISPUTE RESOLUTION | | | |
| | a. | Referral to Court-Annexed Mediation | NO | |
| | b. | Referral to Court-Annexed Arbitration | NO | |

|   |   |   | NUMBER |
|---|---|---|---|
| VIII. | LIMITATIONS ON DISCOVERY | | |
| | a. | Maximum Number of Depositions by Plaintiff(s) | 40 (non-expert) |
| | b. | Maximum Number of Depositions by Defendant(s) | 40 (non-expert) |
| | c. | Maximum Number of Hours for Taking Depositions<br>(unless extended by agreement of parties)<br>*except for 2 witnesses which can be 2 days of 7 hours each day. | 7 * |
| | d. | Maximum Interrogatories by any Party to any Party | 25 |
| | e. | Maximum requests for admissions by any Party to any Party | 25 |

SCHEDULING ORDER -3

IX.   **OTHER MATTERS:**

    a.    **Nature of Claim:**

    b.    **Settlement Potential:**

    c.    **Other:** Where practicable, documents will be produced electronically or via CD to avoid unnecessary expense and effort. Originals will be made available for inspection upon request.

**Appearances by Plaintiff(s):**

**Appearances by Defendant(s):**

**Counsel should contact chambers staff of the District Judge regarding Daubert and Markman motions to determine the desired process for filing and hearing of such motions. All such motions, including Motions in Limine should be filed well in advance of the Final Pre Trial.**

Dated this __10__ day of July, 200__3__.

BY THE COURT:

_____
David Nuffer
U.S. Magistrate Judge

1. The identity of experts and the subject of their testimony shall be disclosed as soon as an expert is retained or, in the case of an employee-expert, as soon as directed to prepare a report. Within 14 days of the expert report deadlines, the parties shall make their respective experts available for deposition.

2. Any demonstrative exhibits or animations must be disclosed and exchanged with the 26(a)(3) disclosures.

3. The Special Attorneys Conference does not involve the Court. Counsel will agree on voir dire questions, jury instructions, a pre-trial order and discuss the presentation of the case. Witnesses will be scheduled to avoid gaps and disruptions. Exhibits will be marked in a way that does not result in duplication of documents. Any special equipment or courtroom arrangement requirements will be included in the pre-trial order.

4. Counsel must ensure that a person or representative with full settlement authority or otherwise authorized to make decisions regarding settlement is available in person or by telephone during the Settlement Conference. DUCivR 16-3(c).

```
                                                           ksp
                 United States District Court
                            for the
                        District of Utah
                         July 11, 2003


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Fred O. Goldberg, Esq.
        BERGER SINGERMAN
        200 S BISCAYNE BLVD STE 1000
        MIAMI, FL  33131

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
        EMAIL

        Stephen Neal Zack, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
        EMAIL

        Debra Weiss Goodstone, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
        EMAIL

        David Boies, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL
```

Evan R. Chesler, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY  10019