FILED
CLERK US DISTRICT COURT

25 AUG 03 PM 4:44

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER L.L.P.
100 Southeast Second Street
Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>Defendant. | **STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM**<br><br>Case No. 2: 03-CV-0294<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge David Nuffer |



#183205 v1

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order extending the time for plaintiff/counterclaim defendant to respond to defendant/counterclaim plaintiff's Counterclaim, to and including September 25, 2003.

DATED this 25 day of August, 2003.

> HATCH, JAMES & DODGE, P.C.
> Brent O. Hatch
> Mark F. James
>
> BOIES, SCHILLER & FLEXNER, L.L.P.
> Stephen N. Zack
> Mark J. Heise
>
> By _____
> *Counsel for Plaintiff/Counterclaim defendant*

DATED this 25 day of August, 2003.

> SNELL & WILMER L.L.P.
> Alan L. Sullivan
> Todd M. Shaughnessy
>
> CRAVATH, SWAIN & MOORE, P.C.
> Evan R. Chesler
> Thomas G. Rafferty
> David R. Marriott
>
> By _____
> *Counsel for Defendant/Counterclaim plaintiff*

#183205 v1