Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER L.L.P.
100 Southeast Second Street
Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

```
FILED
    DISTRICT COURT
26 AUG 03 PM 1:57
DISTRICT OF UTAH
BY:_____
    DEPUTY CLERK
```

RECEIVED CLERK

AUG 25 2003

U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>Defendant. | **ORDER**<br>**FOR EXTENSION OF TIME TO**<br>**RESPOND TO COUNTERCLAIM**<br><br>Case No. 2: 03-CV-0294<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge David Nuffer |

Based on the joint stipulation of the parties and for good cause showing,

#183205 v1

IT IS HEREBY ORDERED that the time for Plaintiff/Counterclaim Defendant to respond to Defendant/Counterclaim Plaintiff's Counterclaim, is extended to and including September 25, 2003.

SO ORDERED this 26th day of August, 2003.

BY THE COURT:

Honorable Dale A. Kimball
U.S. District Court Judge

Approved as to form:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER, L.L.P.
Stephen N. Zack
Mark J. Heise

*Counsel for Plaintiff/Counterclaim defendant*

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy

CRAVATH, SWAIN & MOORE, P.C.
Evan R. Chesler
Thomas G. Rafferty
David R. Marriott

*Counsel for Defendant/Counterclaim plaintiff*

#183205 v1

ksp

United States District Court
for the
District of Utah
August 28, 2003

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Evan R. Chesler, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY  10019

Brent O. Hatch, Esq.
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT  84101
EMAIL