FILED
CLERK, U.S. DISTRICT COURT
-8 SEP 03 PM 12: 55
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101-1004
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800

CRAVATH, SWAINE & MOORE
Evan R. Chesler (admitted pro hac vice)
Thomas G. Rafferty (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000

*Attorneys for Defendant International Business
Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALDERA SYSTEMS, INC, d/b/a/ THE SCO GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendants. | **STIPULATION AND JOINT MOTION FOR AMENDMENT TO SCHEDULING ORDER DATED JULY 10, 2003**<br><br>Civil No. 2:03cv0294<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge David Nuffer |

262604.2

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order amending the Court's Scheduling Order dated July 10, 2003. Specifically, the parties respectfully request the following:

(1)     The parties have agreed to eliminate the requirement of exchanging initial disclosures because both parties have exchanged extensive written discovery covering some or all of the matters otherwise required to be disclosed by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(2)     The parties have agreed that the disclosure of experts and the subject matter of their testimony should take place at the times and in the manner set forth in paragraph II.e. of the Scheduling Order. The parties believe that the orderly disposition of this case would be best served by adhering to these deadlines and not, as required by footnote 1 of the Scheduling Order, identifying experts and the subject of their testimony at the time they are retained or, in the case of an employee-expert, at the time they are directed to prepare a report.

For these reasons, the parties jointly request that the Court amend the current scheduling order. A proposed form of order is submitted herewith for the Court's consideration.

DATED this 5th day of September, 2003.

        SNELL & WILMER L.L.P.
        Alan L. Sullivan
        Todd M. Shaughnessy

        CRAVATH, SWAINE & MOORE
        Evan R. Chesler
        Thomas G. Rafferty
        David R. Marriott

By _____
        *Counsel for Defendant International Business Machines Corporation*

DATED this 4th day of September, 2003.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

By _____
        *Counsel for Plaintiff*