Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE
Evan R. Chesler (admitted pro hac vice)
Thomas G. Rafferty (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant International Business
  Machines Corporation*

FILED
CLERK, U.S. DISTRICT COURT
-8 SEP 03 PM 12: 55
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CALDERA SYSTEMS, INC, d/b/a/ THE SCO GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendants. | **ORDER**<br>AMENDMENT TO SCHEDULING ORDER DATED JULY 3, 2003<br><br>Civil No. 2:03cv0294<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge David Nuffer |

262604.2

33

Based upon the Stipulation and Joint Motion entered into by the respective counsel for the above parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

(1)   Neither party shall be required to serve Rule 26(a)(1) initial disclosures;

(2)   The disclosure of experts and the subject matter of their testimony shall take place at the times and in the manner set forth in paragraph II.e. of the Scheduling Order dated July 3, 2003, and the parties are not required to identify experts at the time they are retained or, in the case of an employee-expert, at the time they are directed to prepare a report.

DATED this 8 day of September, 2003.

BY THE COURT:

_____
David Nuffer
U.S. District Court Magistrate Judge

APPROVED AS TO FORM:

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy

CRAVATH, SWAINE & MOORE
Evan R. Chesler
Thomas G. Rafferty
David R. Marriott

By_____
*Counsel for Defendant International Business Machines Corporation*

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By_____
*Counsel for Plaintiff*

262604.2                                     2

blk

United States District Court
for the
District of Utah
September 9, 2003

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Mr. Alan L Sullivan, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Evan R. Chesler, Esq.
    CRAVATH SWAINE & MOORE
    825 EIGHTH AVE
    NEW YORK, NY  10019

    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL