FILED
CLERK, U.S. DISTRICT COURT

10 SEP 03 PM 12: 15

DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP,<br><br>             Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>             Defendant. | ORDER OF REFERENCE<br><br><br>Civil No. 2:03CV294DAK |

IT IS ORDERED that, as authorized by 28 U.S.C. § 636(b)(1)(A) and the rules of this Court, the above entitled case is referred to the magistrate judge. The magistrate judge is directed to hear and determine any nondispositive pretrial matters pending before the Court.

DATED this 9th day of September, 2003.

BY THE COURT:

*Dale A. Kimball*

DALE A. KIMBALL
United States District Judge



```
                                                       alt
             United States District Court
                       for the
                   District of Utah
                 September 10, 2003


          * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019

        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Stanley J. Preston, Esq.
        SNOW CHRISTENSEN & MARTINEAU
        10 EXCHANGE PLACE
        PO BOX 45000
        SALT LAKE CITY, UT  84145-5000
        JFAX 9,3630400
```