# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH



---

SCO Grp,

    Plaintiff,　　　　　　　　　　　　　　　　MAGISTRATE ASSIGNMENT

        vs.

Intl Bus Mach Inc,

    Defendant.　　　　　　　　　　　　　　　　Case No.  2:03-cv-00294

---

Magistrate Judge Brooke C. Wells was assigned to this case on: 9/15/03. All subsequent papers filed in this case must conform to the following:

A.  CASE CAPTION: All pleadings, proposed orders, and other papers that are prepared for review by a magistrate judge and filed with the clerk, shall indicate directly below the district judge's name the name of the magistrate judge to whom the case has been referred. An example is provided below:

```
              UNITED STATES DISTRICT COURT
                   DISTRICT OF UTAH
_____
                              :
  Smith                       :
  v.                          :  Case 94-C-0000<dist judge initials>
  Smith                       :  District Judge Name
                              :  Magistrate Judge Wells
_____
```

B.  ADDITIONAL COPIES: When filing such papers with the clerk, you must submit two copies that can be routed directly to the assigned district judge, who will in turn route one copy to the magistrate judge.

                                   MARKUS B. ZIMMER,
                                    Clerk of Court


                              By:  Bonnie L. King
                                  Deputy Clerk

**36**

Case 2:03-cv-00294-DN   Document 36   Filed 09/15/03   PageID.284   Page 2 of 2

```
blk
```

                     United States District Court
                              for the
                          District of Utah
                        September 16, 2003


                  * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294


True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Stanley J. Preston, Esq.
        SNOW CHRISTENSEN & MARTINEAU
        10 EXCHANGE PLACE
        PO BOX 45000
        SALT LAKE CITY, UT  84145-5000
        JFAX 9,3630400

        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL