FILED
CLERK DISTRICT COURT
23 SEP 03 AM 11:18
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

RECEIVED CLERK
SEP 22 2003
U.S. DISTRICT COURT

Stephen N. Zack (Pro hac vice)
Mark J. Heise (Pro hac vice)
BOIES, SCHILLER & FLEXNER L.L.P.
100 Southeast Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>Defendant. | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT IBM'S ANSWER TO THE AMENDED COMPLAINT AND COUNTERCLAIM-PLAINTIFF IBM'S COUNTERCLAIMS AGAINST SCO<br><br>Case No. 03-CV-0294<br><br>Hon: Dale A. Kimball<br>Magistrate Judge Wells |

RECEIVED
SEP 23 2003
OFFICE OF
JUDGE DALE A. KIMBALL

Plaintiff The SCO Group, Inc.'s ("SCO") Motion for Enlargement of Time to Respond to

Defendant International Business Machines Corporation's ("IBM") Answer to the Amended



Complaint and Counterclaim-Plaintiff IBM's Counterclaims Against SCO having come before this Court, and good cause being found therefore, said Motion is hereby GRANTED. Plaintiff shall have until October 15, 2003 to file its response.

ENTERED this 23rd day of September, 2003.

BY THE COURT:

```
                                                              alt
             United States District Court
                        for the
                   District of Utah
               September 24, 2003


          * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


       Brent O. Hatch, Esq.
       HATCH JAMES & DODGE
       10 W BROADWAY STE 400
       SALT LAKE CITY, UT  84101
       EMAIL

       Evan R. Chesler, Esq.
       CRAVATH SWAINE & MOORE
       825 EIGHTH AVE
       NEW YORK, NY  10019

       Mr. Alan L Sullivan, Esq.
       SNELL & WILMER LLP
       15 W SOUTH TEMPLE STE 1200
       GATEWAY TOWER W
       SALT LAKE CITY, UT  84101
       EMAIL
```