Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (pro hac vice)
Mark J. Heise (pro hac vice)
BOIES, SCHILLER & FLEXNER L.L.P.
100 Southeast Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>Defendant. | (Proposed)<br>**ORDER ENLARGING PLAINITFF'S TIME TO AMEND PLEADINGS AND ADD PARTIES**<br><br>Case No. 03-CV-0294<br><br>Hon: Dale A. Kimball |

Plaintiff The SCO Group, Inc.'s ("SCO") Motion for Enlargement of Time to Amend Pleadings and Add parties having come before this Court, and good cause being found therefore,

43

said Motion is hereby GRANTED. Plaintiff shall have until February 4, 2004, to file any amended pleadings or add parties to this action.

ENTERED this 29th day of September, 2003.

BY THE COURT:

*[Signature: Dale A. Kimball]*

```
                                                       blk
                 United States District Court
                            for the
                       District of Utah
                     September 30, 2003


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT   84101
        EMAIL

        Stephen Neal Zack, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL   33131
        EMAIL

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY   10019

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT   84101
        EMAIL
```