Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (Pro hac vice)
Mark J. Heise (Pro hac vice)
BOIES, SCHILLER & FLEXNER L.L.P.
100 Southeast Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

FILED
CLERK, U.S. DISTRICT COURT

14 OCT 03 PM 4:09

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation, <br><br> Defendant. | **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO IBM'S AMENDED COUNTERCLAIMS AGAINST SCO** <br><br> Case No. 03-CV-0294 <br><br> Hon: Dale A. Kimball <br> Magistrate Judge Wells |

Plaintiff/Counterclaim Defendant, The SCO Group, Inc. ("SCO"), through its undersigned

counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and applicable Local Rules,

files this Motion for Enlargement of Time to Respond to Defendant IBM's Amended

Counterclaims against SCO, and in support states:

49

1.      On September 23, 2003, the Court granted SCO to October 15, 2003, to respond to the Counterclaims raised by International Business Machines Corporation ("IBM") in its Answer to the Amended Complaint and Counterclaim-Plaintiff IBM's Counterclaims against SCO

2.      Two days later, on September 25, 2003, IBM filed and served SCO with Amended Counterclaims.

3.      The Amended Counterclaims contained additional causes of action not included in the counterclaims as originally filed.

4.      SCO should be allowed an additional seven business days to October 24, 2003, to respond to the new Counterclaims.

5.      No prejudice will come to IBM by the granting of the requested enlargement, and the grant of this Motion will not affect the schedule in this case.

6.      SCO respectfully requests an extension of time to October 24, 2003, to respond to IBM's Amended Counterclaims.

DATED this 14th day of October, 2003.

Respectfully submitted,

By: _____

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER, L.L.P.
Stephen N. Zack
Mark J. Heise

*Counsel for Plaintiff/Counterclaim Defendant*

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc. hereby certifies that a true and correct copy of

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO IBM'S**

**AMENDED COUNTERCLAIMS AGAINST SCO** was served on Defendant International

Business Machines Corporation on this 14th day of October, 2003, by facsimile and U.S. Mail,

first class, postage prepaid, on their counsel of record as indicated below:

Copies by U.S. Mail and Facsimile:

Alan L. Sullivan, Esq.                        Facsimile:   257-1800
Todd M. Shaughnessy, Esq.
Snell & Wilmer L.L.P.
15 West South Temple, Ste. 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004

Evan R. Chesler, Esq.                         Facsimile:  (212) 474-3700
David R. Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Copies by U.S. Mail to

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604