Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER L.L.P.
100 Southeast Second Street
Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

```
                            FILED
                   CLERK, U.S. DISTRICT COURT

                   16 OCT 03 PM 5: 06
                    DISTRICT OF UTAH

                   BY:_____
                        DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>Defendant. | **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT IBM'S SECOND SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Case No. 03-CV-0294<br><br>Hon: Dale A. Kimball |

Plaintiff/Counterclaim Defendant, The SCO Group, Inc. ("SCO"), through its undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and applicable Local Rules,



files this Motion for Enlargement of Time to Respond to Defendant IBM's Second Set of Interrogatories and Second Request for Production of Documents, and in support states:

1. On September 16, 2003, Defendant, International Business Machines Corporation ("IBM") served Defendant IBM's Second Set of Interrogatories and Second Request for Production of Documents ("IBM's Second Request").

2. IBM's Second Request followed a much lengthier Defendant IBM's First Set of Interrogatories and First Request for the Production of Documents ("IBM's First Request").

3. IBM's First Request and Plaintiff SCO's responses thereto have been the subject of innumerable extremely lengthy letters, e-mails and telephone calls through which counsel for the parties have attempted to clarify and resolve outstanding issues, the most recent of which occurred yesterday.

4. IBM's First Request is also the subject of a pending Motion to Compel and a *Motion for Enlargement of Time which was filed this date.*

5. SCO advised IBM that it was voluntarily serving supplemental responses to IBM's First Request and was prepared to serve these responses on October 23, 2003. The responsive information to IBM's First Request is intertwined with the responsive information to IBM's Second Request. Consequently, SCO requested that IBM agree to an enlargement of time to respond to IBM's Second Request on the same date as the offered supplemental responses, i.e., October 23, 2003.

6. IBM has refused to agree to the requested enlargement until October 23, 2003.

7. No prejudice will come to IBM by the granting of this motion. The current discovery cut off date is not until August 4, 2004 for fact discovery and October 22, 2004 for

2

expert discovery, more than one year from now. SCO is seeking just one additional week to respond.

8. SCO will be prejudiced if this Motion is not granted.

9. SCO respectfully requests an extension of time to October 24, 2003 to respond to IBM's Second Set of Interrogatories and Second Request for Production of Documents.

Respectfully submitted,

DATED this 16th day of October, 2003.

> HATCH, JAMES & DODGE, P.C.
> Brent O. Hatch
> Mark F. James
>
> BOIES, SCHILLER & FLEXNER, L.L.P.
> Stephen N. Zack
> Mark J. Heise
>
> By: _____
> Counsel for Plaintiff/Counterclaim defendant

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc. hereby certifies that a true and correct copy of **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT IBM'S SECOND SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** was served on Defendant International Business Machines Corporation on this 16th day of October, 2003, by facsimile and U.S. Mail, first class, postage prepaid, on their counsel of record as indicated below:

Copies by U.S. Mail and Facsimile:

| | |
|---|---|
| Alan L. Sullivan, Esq.<br>Todd M. Shaughnessy, Esq.<br>Snell & Wilmer L.L.P.<br>15 West South Temple, Ste. 1200<br>Gateway Tower West<br>Salt Lake City, Utah 84101-1004 | Facsimile:  257-1800 |
| Evan R. Chesler, Esq.<br>David R. Marriott, Esq.<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019 | Facsimile:  (212) 474-3700 |

Copies by U.S. Mail to

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

*/s/ Nedulia H*

4