FILED
CLERK, U.S. DISTRICT COURT
28 OCT 03 AM 11: 46
DISTRICT OF UTAH
BY:_____
        CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (Pro hac vice)
Mark J. Heise (Pro hac vice)
BOIES, SCHILLER & FLEXNER L.L.P.
100 Southeast Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>Defendant. | (Proposed)<br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT IBM'S MOTION TO COMPEL DISCOVERY**<br><br>Case No. 03-CV-0294<br><br>Hon: Dale A. Kimball<br>Magistrate Judge Wells |

Plaintiff The SCO Group, Inc.'s ("SCO") Motion for Enlargement of Time to Respond to

Defendant International Business Machines Corporation's ("IBM") Motion to Compel having

59

come before this Court, and good cause being found therefore, said Motion is hereby GRANTED.

Plaintiff shall have until October 24, 2003 to file its response.

ENTERED this 28th day of October, 2003.

BY THE COURT:

*Brooke C. Wells*

#185535v1

```
                                                              blk
              United States District Court
                        for the
                   District of Utah
                  October 29, 2003


           * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


     Brent O. Hatch, Esq.
     HATCH JAMES & DODGE
     10 W BROADWAY STE 400
     SALT LAKE CITY, UT  84101
     EMAIL

     Stephen Neal Zack, Esq.
     BOIES SCHILLER & FLEXNER
     100 SE 2ND ST STE 2800
     MIAMI, FL  33131
     EMAIL

     Evan R. Chesler, Esq.
     CRAVATH SWAINE & MOORE
     825 EIGHTH AVE
     NEW YORK, NY  10019

     Mr. Alan L Sullivan, Esq.
     SNELL & WILMER LLP
     15 W SOUTH TEMPLE STE 1200
     GATEWAY TOWER W
     SALT LAKE CITY, UT  84101
     EMAIL
```