# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Brooke Wells

COURT REPORTER: Electronic
COURTROOM DEPUTY: Amy Pehrson
INTERPRETER:

DATE: October 31, 2003

TAPE # 29

CASE NO. 2:03CV294DAK

LOG # 6030-6325

SCO Group vs IBM

Approved By:_____

## APPEARANCE OF COUNSEL

Pla    Brent Hatch
Dft    Todd Shaugnessy
US PO
USMS

MATTER SET: Status Conference

DOCKET ENTRY:

Counsel for both parties present. Discussion held re: status of discovery. Parties to reconvene for a status conference set for 11/21/03 at 10:00 a.m. before Judge Wells. If at that time it is determined that a hearing should be held re: Motion to Compel (docket entry #44), that hearing will be set for 12/5/03 at 10:00 a.m. Court adjourned.

Case Title: 2:03CV294DAK, SCO Group vs IBM

Page 1