FILED
U.S. DISTRICT COURT

18 NOV 03 AM 11: 00

DISTRICT OF UTAH

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

| THE SCO GROUP, INC. | * | CASE NO. 03-CV-0294 DAK |
| --- | --- | --- |
| Plaintiff | * | |
| | * | Appearing on behalf of: **RECEIVED CLERK** |
| v. | * | PLAINTIFF |
| INTERNATIONAL BUSINESS MACHINES CORP. | * | **NOV 17 2003** |
| | * | (Plaintiff/Defendant) |
| Defendant. | * | **U.S. DISTRICT COURT** |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Mark F. James, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: Nov. 17, 2003   _Mark F. James_   (5295)
(Signature of Local Counsel)   (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, David K. Markarian, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ___ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates Mark F. James as associate local counsel.

Date: _____, 20 03.    Check here ___ if petitioner is lead counsel.

_David K. Markarian_
(Signature of Petitioner)

**FEE PAID**

**Name of Petitioner:** David K. Markarian   Office Telephone: (305) 539-8400
(Area Code and Main Office Number)

**Business Address:** Boies Schiller & Flexner, LLP
(Firm/Business Name)
100 S.E. 2nd Street, Suite 2800   Miami   FL   33131
Street   City   State   Zip

77

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Florida Bar - All State Courts of Florida | All Florida State Courts | June 1985 |
| U.S. District Court For Southern District of Florida | Miami-Dade County, FL | July 1986 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 16th day of November, 2003.

_____
U.S. District Judge

```
                                                              blk
                  United States District Court
                            for the
                       District of Utah
                      November 18, 2003
```

```
               * * CERTIFICATE OF SERVICE OF CLERK * *
```

Re:   2:03-cv-00294


True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

```
        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Stephen Neal Zack, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
        EMAIL

        David K. Markarian, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL
```