## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Brooke Wells

COURT REPORTER: Electronic
COURTROOM DEPUTY: Amy Pehrson
INTERPRETER:

DATE: November 21, 2003

TAPE # 38

CASE NO. 2:03CV294DAK

LOG # 4098 - 4716

SCO v IBM

Approved By:_____

### APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Brent Hatch |
| Dft | David Marriot, Todd Shaughnessy |
| US PO | |
| USMS | |

MATTER SET: Status Conference

DOCKET ENTRY:

Counsel present. After discussion with counsel, the motion to compel hearing will remain set for 12/5/03 at 10:00. Court Adjourned.

Case Title: 2:03CV294DAK,SCO v IBM

