# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Brooke Wells

COURT REPORTER:

COURTROOM DEPUTY: Amy Pehrson

DATE:  December 5, 2003

CASE NO. 2:03CV294DAK

SCO v IBM

Approved By:_____

## APPEARANCE OF COUNSEL

Pla       Kevin McBride, Brent Hatch
Dft       David Marriot, Todd Shaugnessey

MATTER SET: Motion to Compel

DOCKET ENTRY:

> Counsel for both parties present.  The Court hears arguments re: Motion to Compel (#68).
> Court GRANTS motion.  Plaintiff is to provide responses/affidavits within 30 days of the entry
> of this order.  All other discovery is to be postponed until the order has been complied with.  An
> order reflecting this ruling is to be prepared by counsel for defendant.  A motion hearing is
> scheduled for 1/23/04 at 10:00 a.m. Court is adjourned.

Case Title:   2:03CV294DAK,SCO v IBM

Page: 1