FILED
CLERK, U.S. DISTRICT COURT

18 DEC 03 PM 3:49

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION, DISTRICT OF UTAH

In re:                              :    Case No. 2:03 CV 294 DAK
SCO GROUP,                          :
        Plaintiff,                  :
                                    :    **O R D E R**
    vs.                             :
INTERNATIONAL BUSINESS MACHINES     :
        Defendant.

IT IS HEREBY ORDERED that a transcript of the hearing held December 5, 2003, before the magistrate judge in the above-entitled case, be prepared by a certified court reporter and paid for by the clerk's office, United States District Court.

DATED this 16th day of December, 2003.

BY THE COURT:

*Brooke C. Wells*
BROOKE C. WELLS
United States Magistrate Judge

95

blk

United States District Court
for the
District of Utah
December 19, 2003

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL

    Stephen Neal Zack, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131
    EMAIL

    David K. Markarian, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131

    Mark J. Heise, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131
    EMAIL

    Evan R. Chesler, Esq.
    CRAVATH SWAINE & MOORE
    825 EIGHTH AVE
    NEW YORK, NY  10019

    Thomas G. Rafferty, Esq.
    CRAVATH SWAINE & MOORE
    825 EIGHTH AVE
    NEW YORK, NY  10019

    David R. Marriott, Esq.
    CRAVATH SWAINE & MOORE
    825 EIGHTH AVE
    NEW YORK, NY  10019
    EMAIL

    Mr. Alan L Sullivan, Esq.

SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Todd M. Shaughnessy, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Amy F. Sorenson, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Mr. Kevin P McBride, Esq.
299 S MAIN STE 1700
SALT LAKE CITY, UT  84111