FILED
-4 FEB 04 PM 5: 07
DISTRICT OF UTAH

BY:

Brent O. Hatch (5715)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower, Ste. 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP,<br><br>Plaintiff,<br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>Defendant. | **NOTICE OF FILING**<br>**PLAINTIFF'S EXHIBITS**<br>**FOR USE AT HEARING**<br>**ON  FEBRUARY 6, 2004**<br><br>Case No. 03-CV-0294<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke Wells |

Plaintiff/Counterclaim Defendant, The SCO Group ("SCO"), hereby files the following

exhibits for the court's use and consideration at the hearing on the matters set for hearing on

February 6th, 2004:

101

1.   SCO's Source Log of documents that have been produced.

2.   IBM's Response to SCO's Request for Admissions.

3.   Spreadsheet listing documents sought in SCO's First Request for Production to IBM.

4.   SCO's Notice of Compliance and attached Declaration dated January 12, 2004

DATED THIS _4_ th day of February, 2004

                              Respectfully submitted,

                              HATCH, JAMES & DODGE, P.C.
                              Brent O. Hatch
                              Mark F. James

                              BOIES, SCHILLER & FLEXNER, L.L.P.
                              Stephen N. Zack
                              Mark J. Heise
                              David K. Markarian

                              By _____
                              *Counsel for Plaintiff/Counterclaim defendant*

2

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, hereby certifies that a true and correct copy of the foregoing was served on Defendant International Business Machines Corporation on the ____ day of February 2004, by U.S. Mail to:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York  10604

and HAND-DELIVERED to:

Todd Shaughnessy, Esq.
Snell & Wilmer L.L.P.
15 West South Temple, Ste. 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004

# Exhibits/ Attachments to this document have **not** been scanned.

# Please see the case file.