Kevin P. McBride (4494)
1299 Ocean Avenue Suite 900
Santa Monica, California 90401
Tel:   (310) 393-1080
Fax:   (310) 393-1214

<u>Attorneys for Plaintiff</u>

FILED

17 FEB 04 PM 2:51

DISTRICT OF UTAH

BY: _____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>Defendant. | **NOTICE OF CHANGE OF ADDRESS**<br><br>Case No. 03-CV-0294<br><br>US District Judge: Dale A. Kimball<br>Magistrate Judge: Brook C. Wells |
|---|---|

Kevin P. McBride, co-counsel for plaintiff, The SCO Group, Inc., hereby gives notice of change of address.   Please serve all further pleadings in this matter to the following:

Kevin P. McBride
1299 Ocean Avenue Suite 900
Santa Monica, California 90401
Tel:   (310) 393-1080
Fax:   (310) 393-1214
Email: km@mcbride-law.com

DATED this 10th day of February 2004.

_____
KEVIN P. McBRIDE

The undersigned hereby certifies that a true and correct copy of Notice of Change of Address was served on Defendant International Business Machines Corporation on this _11_ day of _February_ 2004, by U.S. Mail, first class, postage prepaid to:

Alan L. Sullivan
Todd Shaughnessy
Snell & Wilmer L.L.P.
15 West South Temple, Ste. 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004

Evan R. Chesler
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Donald J. Rosenberg
1133 Westchester Avenue
White Plains, New York 10604

_____
KEVIN J. McBRIDE