FILED

25 FEB 04 PM 3: 15

IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION, DISTRICT OF UTAH

| | | |
|---|---|---|
| THE SCO GROUP INC. | : | Case No. 2:03cv00294 DK |
| Plaintiff, | : | |
| | : | ORDER GRANTING SCO GROUP |
| vs. | | INC.'S MOTION FOR LEAVE TO |
| | | FILE AMENDED PLEADINGS |
| INTERNATIONAL BUSINESS MACHINES CORP. | | |
| Defendant. | | |

The Court having reviewed Plaintiff and Counter Defendant SCO Group Inc.'s Motion for Leave to File Amended Pleadings, and the accompanying memoranda hereby enters the following:

IBM in its memoranda in response stated that it "does not oppose plaintiff's second motion for leave to amend, subject to IBM's right to move against the amended pleadings."

The Court, therefore, finding good cause shown hereby **GRANTS** SCO Group's Motion for Leave to File Amended Pleadings.

107

DATED this 25th day of February, 2004.

BY THE COURT:

*signature*

BROOKE C. WELLS
United States Magistrate Judge

```
                                                              blk
             United States District Court
                        for the
                   District of Utah
                  February 26, 2004


           * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


       Brent O. Hatch, Esq.
       HATCH JAMES & DODGE
       10 W BROADWAY STE 400
       SALT LAKE CITY, UT  84101
       EMAIL

       Stephen Neal Zack, Esq.
       BOIES SCHILLER & FLEXNER
       100 SE 2ND ST STE 2800
       MIAMI, FL  33131
       EMAIL

       David K. Markarian, Esq.
       BOIES SCHILLER & FLEXNER
       100 SE 2ND ST STE 2800
       MIAMI, FL  33131

       Mark J. Heise, Esq.
       BOIES SCHILLER & FLEXNER
       100 SE 2ND ST STE 2800
       MIAMI, FL  33131
       EMAIL

       Evan R. Chesler, Esq.
       CRAVATH SWAINE & MOORE
       825 EIGHTH AVE
       NEW YORK, NY  10019

       Thomas G. Rafferty, Esq.
       CRAVATH SWAINE & MOORE
       825 EIGHTH AVE
       NEW YORK, NY  10019

       David R. Marriott, Esq.
       CRAVATH SWAINE & MOORE
       825 EIGHTH AVE
       NEW YORK, NY  10019
       EMAIL

       Mr. Alan L Sullivan, Esq.
```

SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Todd M. Shaughnessy, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Amy F. Sorenson, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401