Mark M. Bettilyon (Utah Bar No. 4798)
Cecilia M. Romero (Utah Bar. No. 9570)
**RAY QUINNEY & NEBEKER**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500

*Attorneys for non-party, Computer Associates International, Inc.*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, | **ADDENDUM TO STIPULATED PROTECTIVE ORDER** |
| Plaintiff, | |
| v. | Judge: Dale A. Kimball |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| Defendant. | Civil No. 2:03 CV 294 |

On September 15, 2003 the SCO Group ("SCO") and International Business Machines Corporation ("IBM") agreed to the terms of a stipulated protective order.

In ongoing discovery, SCO has sought from IBM source code for the AIX and Dynix operating system (collectively "Source Code"). The Source Code contains, among other things, source code that is subject to third-party confidentiality obligations, including code for which IBM may owe obligations to Computer Associates International, Inc. and/or its subsidiaries and predecessors in interest ("Computer Associates"). Some of the Source Code that has been identified as being subject to such confidentiality obligations includes code developed by Locus

110

Computing Corporation ("Locus") and code for the Dynix operating system developed by Interactive Systems Corporation ("Interactive"). The obligations of confidentiality owed to Computer Associates with regard to the aforementioned Source Code arise from a series of acquisitions and/or changes of control whereby Computer Associates became successor-in-interest to Locus and Interactive. IBM, Locus and Interactive, respectively, entered agreements that obligated IBM to maintain the confidentiality of the foregoing Source Code.

Computer Associates considers the Source Code to be highly confidential. Because of its confidentiality, and because of the competing business interests between SCO and Computer Associates, SCO has agreed that, with respect to any Source Code that is provided to SCO by IBM in this lawsuit, it shall be produced to SCO on an outside attorneys' eyes-only basis. Accordingly, the Source Code may be disclosed to SCO's outside counsel of record in this lawsuit, but shall not be disclosed to anyone else, including without limitation any of SCO's officers, directors or employees, including SCO's in-house counsel. Computer Associates has agreed that outside experts who are not otherwise affiliated with SCO and outside counsel may review the Source Code. SCO further agrees that outside counsel and/or any experts who review the Source Code will not utilize this software for any development purposes, and will limit their review and use of the software to issues relevant to the present litigation.

Based upon the stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED THAT the Stipulated Protective Order is amended as follows:

The Source Code, as defined above, may only be disclosed by IBM to SCO's outside counsel and its independent experts. SCO shall not provide said Source Code to SCO's officers

or employees, including SCO's in-house counsel, nor use said source code for any purpose outside the context of the present litigation.

DATED this ___5th___ day of March, 2004

                                      Honorable Dale A. Kimball
                                      United States District Court Judge

741560v4

3

**APPROVED AS TO FORM**

HATCH, JAMES & DODGE, P.C.

By _____
Brent O. Hatch
Mark F. James

Attorneys for Plaintiff, The SCO Group

SNELL & WILMER, L.L.P.

By _____
Alan L. Sullivan
Todd M. Shaughnessy

Attorneys for Defendant, International Business Machines Corporation

RAY, QUINNEY & NEBEKER

By _____
Mark M. Bettilyon
Cecilia M. Romero

Attorneys for non-party, Computer Associates

4

## CERTIFICATE OF MAILING

I hereby certify that on the 4th day of March, 2004, a true and correct copy of the foregoing ADDENDUM TO STIPULATED PROTECTIVE ORDER was hand delivered to the following:

    Brent O. Hatch
    Mark F. James
    HATCH, JAMES & DODGE, P.C.
    10 West Broadway, Suite 400
    Salt Lake City, Utah 84101

    Alan L. Sullivan, Esq.
    SNELL & WILMER L.L.P.
    15 West South Temple, Suite 1200
    Gateway Tower West
    Salt Lake City, Utah 84101-1004

and sent by U. S. Mail, postage prepaid, to the following:

    David Boies
    BOIES, SCHILLER & FLEXNER LLP
    333 Main Street
    Armonk, New York 10504

    Stephen N. Zack
    Mark J. Heise
    BOISE, SCHILLER & FLEXNER LLP
    100 Southeast Second Street, Suite 2800
    Miami, Florida 33131

    Leonard K. Samuels, Esq.
    Fred O. Goldberg, Esq.
    BERGER SINGERMAN
    350 East Las Olas Boulevard, Suite 1000
    Fort Lauderdale, Florida 33301

Evan R. Chesler, Esq.
Edward J. McNamara
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

*/s/ Pauline Langston*

741560v4

blk

United States District Court
for the
District of Utah
March 5, 2004


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:


```
Brent O. Hatch, Esq.
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT  84101
EMAIL

Stephen Neal Zack, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL  33131
EMAIL

David K. Markarian, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL  33131

Mark J. Heise, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL  33131
EMAIL

Evan R. Chesler, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY  10019

Thomas G. Rafferty, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY  10019

David R. Marriott, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY  10019
EMAIL

Mr. Alan L Sullivan, Esq.
```

SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Todd M. Shaughnessy, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Amy F. Sorenson, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401