```
            FILED
      10 MAR 04 AM 8:22
        DISTRICT OF UTAH
```


RECEIVED CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

| | |
|---|---|
| The SCO Group, Inc. | * |
| _____ | * CASE NO. 03-CV-0294 |
| Plaintiff | * |
| | * Appearing on behalf of: |
| v. | * The SCO Group, Inc. |
| International Business Machines | * |
| _____ | * (Plaintiff/Defendant) |
| Defendant. | * |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Brent O. Hatch, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: March 9, 2004 _____  5715
                    (Signature of Local Counsel)   (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Scott E. Gant, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ✓ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates Brent O. Hatch as associate local counsel.

Date: March 4, 2004.  Check here ___ if petitioner is lead counsel.

_____
(Signature of Petitioner)

**Name of Petitioner:** Scott E. Gant   Office Telephone: (202)-237-2727
                                       (Area Code and **Main** Office Number)

**Business Address:** Boies, Schiller & Flexner LLP
                     (Firm/Business Name)
                     5301 Wisconsin Avenue, NW   Washington, D.C.   20015
                     Street                      City        State  Zip

111

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Please see attached | | |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| None | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This _10th_ day of _March_, 2004.

_____
U.S. District Judge

FEE PAID

## Scott E. Gant

| Court | Date of Admission | Bar # |
|---|---|---|
| Pennsylvania | 11/21/1995 | 76052 |
| District of Columbia | 7/7/1997 | 455392 |
| Supreme Court of the United States | 2/22/1999 | |
| U.S. Court of Appeals: 3rd Cir. | 6/11/1996 | |
| U.S. Court of Appeals: 6th Cir. | 11/21/2001 | |
| U.S. Court of Appeals: 8th Cir. | 5/14/1998 | |
| U.S. Court of Appeals: 9th Cir. | 3/16/1999 | |
| U.S. Court of Appeals: 10th Cir. | 5/22/2001 | |
| U.S. Court of Appeals: DC Cir. | 1/31/2002 | |
| D. Colorado | 1/25/2001 | |
| E.D. Michigan | 3/1/2001 | |

blk

United States District Court
for the
District of Utah
March 10, 2004

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:  2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

```
Brent O. Hatch, Esq.
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT  84101
EMAIL

Stephen Neal Zack, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL  33131
EMAIL

David K. Markarian, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL  33131

Mark J. Heise, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL  33131
EMAIL

Scott E. Gant, Esq.
BOIES SCHILLER & FLEXNER
5301 WISCONSIN AVE NW
WASHINGTON, DC  20015

Evan R. Chesler, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY  10019

Thomas G. Rafferty, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY  10019

David R. Marriott, Esq.
CRAVATH SWAINE & MOORE
```

825 EIGHTH AVE
NEW YORK, NY  10019
EMAIL

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Todd M. Shaughnessy, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Amy F. Sorenson, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401