## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Brooke Wells

COURT REPORTER:
COURTROOM DEPUTY: Amy Pehrson

DATE: March 9, 2004

CASE NO. 2:03CV294DAK

SCO vs IBM

Approved By:_____

### APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Brent Hatch |
| Dft | Todd Shaughnessey, David Marriott |
| US PO | |
| USMS | |

MATTER SET:

DOCKET ENTRY:

Teleconference held in chambers at the request of both parties.

Case Title:  2:03CV907DAK, SCO vs IBM

