SNELL & WILMER, L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

MAR 1 2 2004

MARKUS B. ZIMMER, CLERK
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Civil No. 2:03CV0294 DAK<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

　　　　The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the time for Defendant to respond to Plaintiff's Second Amended

289686.1

115

Complaint. The parties agree that Defendant may have up to and including March 19, 2004, within which to respond to the Second Amended Complaint.

DATED this 12th day of March, 2004.

>SNELL & WILMER L.L.P.
>Alan L. Sullivan
>Todd M. Shaughnessy
>
>CRAVATH, SWAINE & MOORE
>Evan R. Chesler
>David R. Marriott
>
>By _[signature]_
>*Counsel for Defendant International Business Machines Corporation*

DATED this 12th day of March, 2004.

>HATCH, JAMES & DODGE, P.C.
>Brent O. Hatch
>Mark F. James
>
>By _[signature]_
>*Counsel for Plaintiff*