

FILED
19 MAR 04 PM 4: 15
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

SNELL & WILMER, L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**Civil No. 2:03CV0294 DAK**<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

289686.1

117

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the time for Defendant to respond to Plaintiff's Second Amended Complaint. The parties agree that Defendant may have up to and including March 26, 2004, within which to respond to the Second Amended Complaint.

DATED this 19th day of March, 2004.

    SNELL & WILMER L.L.P.
    Alan L. Sullivan
    Todd M. Shaughnessy

    CRAVATH, SWAINE & MOORE
    Evan R. Chesler
    David R. Marriott

    By _____
    *Counsel for Defendant International*
    *Business Machines Corporation*

DATED this 18th day of March, 2004.

    HATCH, JAMES & DODGE, P.C.
    Brent O. Hatch
    Mark F. James

    By _____
    *Counsel for Plaintiff*