FILED
22 MAR 04 PM 4:00
DISTRICT OF UTAH
BY: _____
    DEPUTY CLERK

RECEIVED CLERK
MAR 19 2004
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>　　　Plaintiff/Counterclaim-<br>　　　Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>　　　Defendant/Counterclaim-<br>　　　Plaintiff. | **ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Civil No. 2:03CV0294 DAK<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

　　　Based upon the Stipulation and Joint Motion entered into by the respective counsel for the above parties, and good cause appearing,

　　　IT IS HEREBY ORDERED that Defendant may have until March 26, 2004, to respond to Plaintiff's Second Amended Complaint.

289686.1



DATED this 22d day of March, 2004.

BY THE COURT:

*[signature]*
United States District Court

APPROVED AS TO FORM:

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

By *[signature]*

*Counsel for Defendant International Business Machines Corporation*

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By *[signature]*

*Counsel for Plaintiff*

```
                                                            blk
              United States District Court
                        for the
                   District of Utah
                   March 24, 2004


         * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      EMAIL

      Stephen Neal Zack, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131
      EMAIL

      David K. Markarian, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131

      Mark J. Heise, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131
      EMAIL

      Scott E. Gant, Esq.
      BOIES SCHILLER & FLEXNER
      5301 WISCONSIN AVE NW
      WASHINGTON, DC  20015

      Evan R. Chesler, Esq.
      CRAVATH SWAINE & MOORE
      825 EIGHTH AVE
      NEW YORK, NY  10019
      EMAIL

      Thomas G. Rafferty, Esq.
      CRAVATH SWAINE & MOORE
      825 EIGHTH AVE
      NEW YORK, NY  10019

      David R. Marriott, Esq.
```

CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY  10019
EMAIL

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Todd M. Shaughnessy, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Amy F. Sorenson, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401