Brent O. Hatch (5715)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666



Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
David K. Markarian (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff*

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | **PLAINTIFF'S MOTION FOR SEPARATE TRIALS**<br><br>Case No. 2:03CV0294DAK<br><br>Judge Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff The SCO Group, Inc. ("SCO") hereby moves this Court for an Order separating the trial of Defendant International Business Machine Corporation's ("IBM")



patent counterclaims (counterclaims nine through twelve) from the trial of the primary claims and counterclaims in this case. The grounds for this Motion are as follows:

SCO and IBM have asserted various claims arising from the same nucleus of operative facts and the central issue in this case of whether IBM's disclosure of AIX and Dynix/ptx through its involvement in Linux violated the licensing agreements IBM entered into with several third parties.

IBM has interposed four unrelated patent counterclaims into this case. The discrete issues arising from the breach of the license agreements should not be tried before a jury together with IBM's unrelated patent infringement counterclaims where the only common thread between the licensing agreements claims and the patent counterclaims is the identity of the parties. To assist in juror comprehension and reduce both prejudice and delay IBM's four patent counterclaims should be tried separately and should proceed on a separate discovery schedule.

This Motion is supported by a Memorandum in Support filed concurrently herewith.

DATED this 24th day of March, 2004.

Respectfully submitted,

By: _____
HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER, L.L.P.
Stephen N. Zack
Mark J. Heise
David K. Markarian

2

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc. hereby certifies that a true and correct copy of **PLAINTIFF'S MOTION FOR SEPARATE TRAILS** was served on Defendant International Business Machines Corporation on this ____ day of March, 2004, by U.S. Mail, first class, postage prepaid, on their counsel of record as indicated below:

Alan L. Sullivan, Esq.
Todd M. Shaughnessy, Esq.
Snell & Wilmer L.L.P.
15 West South Temple, Ste. 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004

Evan R. Chesler, Esq.
David R. Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

*[signature]*