Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (Pro hac vice)
Mark J. Heise (Pro hac vice)
BOIES, SCHILLER & FLEXNER L.L.P.
100 Southeast Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>Defendant. | **STIPULATION AND ORDER**<br><br>Case No. 03-CV-0294<br><br>Hon: Dale A. Kimball<br>Magistrate Judge Wells |

Plaintiff The SCO Group, Inc. ("SCO") and Defendant International Business Machines Corporation ("IBM") jointly stipulate to enlarge the time for SCO to respond to IBM's Amended Counterclaims to April 23, 2004, and to enlarge the time for IBM to respond to SCO's Motion to Amend the Scheduling Order to April 30, 2004.

294475.1

DATED this 12th day of April, 2004.

By: _____  
HATCH, JAMES & DODGE, P.C.  
Brent O. Hatch, Esq.  
Mark F. James, Esq.

BOIES, SCHILLER & FLEXNER, L.L.P.  
Stephen N. Zack, Esq.  
Mark J. Heise, Esq.

Attorneys for Plaintiff

By: _____  
SNELL & WILMER L.L.P.  
Alan L. Sullivan, Esq  
Todd M. Shaughnessy, Esq.  
Nathan E. Wheatley, Esq.

CRAVATH, SWAINE & MOORE  
Evan R. Chesler, Esq.  
David R. Marriott, Esq.

Attorneys for Defendant

This matter having come before this Court upon the stipulation of the parties and for other good cause being found therefore, the Court hereby ORDERS as follows:

1. SCO shall have until April 23, 2004, to respond to IBM's Amended Counterclaims.

2. IBM shall have until April 30, 2004, to respond to SCO's Motion to Amend the Scheduling Order.

ENTERED this 15th day of April, 2004.

BY THE COURT:

_____  
Honorable Dale A. Kimball

```
                                                                blk
                    United States District Court
                              for the
                         District of Utah
                          April 16, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Stephen Neal Zack, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
        EMAIL

        David K. Markarian, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
        EMAIL

        Scott E. Gant, Esq.
        BOIES SCHILLER & FLEXNER
        5301 WISCONSIN AVE NW
        WASHINGTON, DC  20015

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019
        EMAIL

        Thomas G. Rafferty, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019

        David R. Marriott, Esq.
```