FILED
DISTRICT COURT
-5 MAY 04 PM 3:47
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

SNELL & WILMER, L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>　　Plaintiff/Counterclaim-<br>　　Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>　　Defendant/Counterclaim-<br>　　Plaintiff. | **STIPULATION RE BRIEFING FOR**<br>**PENDING MOTIONS**<br><br>Civil No. 2:03CV0294 DAK<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |



SHAUGHT\SLC\296930.1

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order setting the following deadlines for briefing:

IBM's Memorandum in Opposition to SCO's Motion to Dismiss shall be due on May 14, 2004;

IBM's Memorandum in Opposition to SCO's Motion to Amend Scheduling Order shall be due on May 14, 2004;

SCO's Reply Memorandum in Support of its Motion to Dismiss shall be due on May 28, 2004.

SCO's Reply Memorandum in Support of its Motion to Amend Scheduling Order shall be due on May 28, 2004.

DATED this 5th day of May, 2004.

        SNELL & WILMER L.L.P.
        Alan L. Sullivan
        Todd M. Shaughnessy

        CRAVATH, SWAINE & MOORE
        Evan R. Chesler
        David R. Marriott

        By _[signature]_
        *Counsel for Defendant International*
        *Business Machines Corporation*

DATED this 4TH day of May, 2004.

                                       HATCH, JAMES & DODGE, P.C.
                                       Brent O. Hatch
                                       Mark R. Clements

                               By _____
                                       *Counsel for Plaintiff*