

FILED
DISTRICT OF UTAH
-6 MAY 04 PM 12: 14
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER RE BRIEFING FOR PENDING MOTIONS**<br><br>Civil No. 2:03CV0294 DAK<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

IBM's Memorandum in Opposition to SCO's Motion to Dismiss shall be due on May 14, 2004;

IBM's Memorandum in Opposition to SCO's Motion to Amend Scheduling Order shall be due on May 14, 2004;

SHAUGHT\SLC\296930.1



SCO's Reply Memorandum in Support of its Motion to Dismiss shall be due on May 28, 2004.

SCO's Reply Memorandum in Support of its Motion to Amend Scheduling Order shall be due on May 28, 2004.

DATED this 6th day of May, 2004.

BY THE COURT:

_____
United States District Court

APPROVED AS TO FORM:

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

By_____
Counsel for Defendant International
Business Machines Corporation

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark R. Clements

By_____
Counsel for Plaintiff

```
                    United States District Court                    alt
                             for the
                         District of Utah
                          May 6, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      EMAIL

      Scott E. Gant, Esq.
      BOIES SCHILLER & FLEXNER
      5301 WISCONSIN AVE NW
      WASHINGTON, DC  20015

      Evan R. Chesler, Esq.
      CRAVATH SWAINE & MOORE
      825 EIGHTH AVE
      NEW YORK, NY  10019
      EMAIL

      Mr. Alan L Sullivan, Esq.
      SNELL & WILMER LLP
      15 W SOUTH TEMPLE STE 1200
      GATEWAY TOWER W
      SALT LAKE CITY, UT  84101
      EMAIL

      Mark J. Heise, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131
      EMAIL

      Mr. Kevin P McBride, Esq.
      1299 OCEAN AVE STE 900
      SANTA MONICA, CA  90401

      Mr. David W Scofield, Esq.
      PETERS SCOFIELD PRICE
      340 BROADWAY CENTRE
      111 E BROADWAY
      SALT LAKE CITY, UT  84111
      EMAIL
```