

SNELL & WILMER, L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **STIPULATION RE BRIEFING FOR PENDING MOTIONS**<br><br>**Civil No. 2:03CV0294 DAK**<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

SHAUGHT\SLC\298577.1



The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order amending the deadlines for briefing SCO's Motion to Dismiss as follows::

IBM's Memorandum in Opposition to SCO's Motion to Dismiss shall be due on May 18, 2004;

SCO's Reply Memorandum in Support of its Motion to Dismiss shall be due on June 1, 2004.

The parties submit herewith a proposed Order confirming these deadlines.

DATED this 14th day of May, 2004.

> SNELL & WILMER L.L.P.
> Alan L. Sullivan
> Todd M. Shaughnessy
>
> CRAVATH, SWAINE & MOORE
> Evan R. Chesler
> David R. Marriott
>
> By _____
> Counsel for Defendant International
> Business Machines Corporation

DATED this 13th day of May, 2004.

                                        HATCH, JAMES & DODGE, P.C.
                                        Brent O. Hatch
                                        Mark F. James

                                        By_____
                                        *Counsel for Plaintiff*