```
         FILED
   CLERK U S DISTRICT COURT

    18 MAY 04 AM 10: 57

     DISTRICT OF UTAH

   BY:_____
       DEPUTY CLERK
```



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>    Plaintiff/Counterclaim-<br>    Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-<br>    Plaintiff. | **ORDER RE BRIEFING FOR PENDING MOTIONS**<br><br>Civil No. 2:03CV0294 DAK<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

IBM's Memorandum in Opposition to SCO's Motion to Dismiss shall be due on May 18, 2004;

SCO's Reply Memorandum in Support of its Motion to Dismiss shall be due on June 1, 2004.

SHAUGHT\SLC\298577.1



DATED this 17th day of May, 2004.

BY THE COURT:

*[signature]*
United States District Court

APPROVED AS TO FORM:

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

By *[signature]*
*Counsel for Defendant International Business Machines Corporation*

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By *[signature]*
*Counsel for Plaintiff*

```
                                                    blk
                     United States District Court
                              for the
                         District of Utah
                          May 18, 2004


             * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


     Brent O. Hatch, Esq.
     HATCH JAMES & DODGE
     10 W BROADWAY STE 400
     SALT LAKE CITY, UT  84101
     EMAIL

     Scott E. Gant, Esq.
     BOIES SCHILLER & FLEXNER
     5301 WISCONSIN AVE NW
     WASHINGTON, DC  20015

     Evan R. Chesler, Esq.
     CRAVATH SWAINE & MOORE
     825 EIGHTH AVE
     NEW YORK, NY  10019
     EMAIL

     Mr. Alan L Sullivan, Esq.
     SNELL & WILMER LLP
     15 W SOUTH TEMPLE STE 1200
     GATEWAY TOWER W
     SALT LAKE CITY, UT  84101
     EMAIL

     Mark J. Heise, Esq.
     BOIES SCHILLER & FLEXNER
     100 SE 2ND ST STE 2800
     MIAMI, FL  33131
     EMAIL

     Mr. Kevin P McBride, Esq.
     1299 OCEAN AVE STE 900
     SANTA MONICA, CA  90401

     Mr. David W Scofield, Esq.
     PETERS SCOFIELD PRICE
     340 BROADWAY CENTRE
     111 E BROADWAY
     SALT LAKE CITY, UT  84111
     EMAIL
```