

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

```
SCO Grp,

    Plaintiff,                                          NOTICE

        vs.

Intl Bus Mach Inc,

    Defendant.                                Case No.  2:03-cv-00294


TYPE OF CASE          CIVIL


PLEASE TAKE NOTICE that a proceeding in this case has been set for
hearing before Honorable Dale A. Kimball at:

            Room 220
            350 South Main Street
            Salt Lake City, Utah

     On Tuesday, 6/8/04 at 10:30 a.m.


TYPE OF PROCEEDING: Motion to Amend Scheduling Order; Motion to Bifurcate


                                        MARKUS B. ZIMMER,
                                         Clerk of Court


                                    By:  Bonnie L. King
                                         Deputy Clerk



   DATE:     May 27, 2004
```

**158**

```
blk
```

United States District Court
for the
District of Utah
May 27, 2004


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:  2:03-cv-00294


True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

```
    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL

    Scott E. Gant, Esq.
    BOIES SCHILLER & FLEXNER
    5301 WISCONSIN AVE NW
    WASHINGTON, DC  20015

    Evan R. Chesler, Esq.
    CRAVATH SWAINE & MOORE
    825 EIGHTH AVE
    NEW YORK, NY  10019
    EMAIL

    Mr. Alan L Sullivan, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Mark J. Heise, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131
    EMAIL

    Mr. Kevin P McBride, Esq.
    1299 OCEAN AVE STE 900
    SANTA MONICA, CA  90401

    Mr. David W Scofield, Esq.
    PETERS SCOFIELD PRICE
    340 BROADWAY CENTRE
    111 E BROADWAY
    SALT LAKE CITY, UT  84111
    EMAIL
```