

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

```
SCO Grp,

    Plaintiff,                                          NOTICE

        vs.

Intl Bus Mach Inc,

    Defendant.                                  Case No.  2:03-cv-00294


TYPE OF CASE           CIVIL


PLEASE TAKE NOTICE that a proceeding in this case has been set for
hearing before Honorable Dale A. Kimball at:

            Room 220
            350 South Main Street
            Salt Lake City, Utah

        On Wednesday, 8/4/04 at 3:00 p.m.


TYPE OF PROCEEDING: Motion to Dismiss  and Motion for partial sum jgm


                                    MARKUS B. ZIMMER,
                                    Clerk of Court


                                By:  Bonnie L. King
                                     Deputy Clerk



   DATE:    May 27, 2004
```

**159**

```
blk
                    United States District Court
                              for the
                          District of Utah
                           May 27, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


       Brent O. Hatch, Esq.
       HATCH JAMES & DODGE
       10 W BROADWAY STE 400
       SALT LAKE CITY, UT   84101
       EMAIL

       Scott E. Gant, Esq.
       BOIES SCHILLER & FLEXNER
       5301 WISCONSIN AVE NW
       WASHINGTON, DC   20015

       Evan R. Chesler, Esq.
       CRAVATH SWAINE & MOORE
       825 EIGHTH AVE
       NEW YORK, NY   10019
       EMAIL

       Mr. Alan L Sullivan, Esq.
       SNELL & WILMER LLP
       15 W SOUTH TEMPLE STE 1200
       GATEWAY TOWER W
       SALT LAKE CITY, UT   84101
       EMAIL

       Mark J. Heise, Esq.
       BOIES SCHILLER & FLEXNER
       100 SE 2ND ST STE 2800
       MIAMI, FL   33131
       EMAIL

       Mr. Kevin P McBride, Esq.
       1299 OCEAN AVE STE 900
       SANTA MONICA, CA   90401

       Mr. David W Scofield, Esq.
       PETERS SCOFIELD PRICE
       340 BROADWAY CENTRE
       111 E BROADWAY
       SALT LAKE CITY, UT   84111
       EMAIL
```