

Brent O. Hatch (5715)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
David K. Markarian (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>　　　　Plaintiff/Counterclaim-<br>　　　　Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>　　　　Defendant/Counterclaim-<br>　　　　Plaintiff. | **STIPULATION RE BRIEFING FOR<br>PENDING MOTIONS**<br><br>**Civil No. 2:03CV0294 DAK**<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order amending the deadlines for briefing SCO's Motion to Dismiss as follows:

160

SCO's Reply Memorandum in Support of its Motion to Dismiss shall be due on June 14, 2004.

The parties submit herewith a proposed Order confirming these deadlines.

DATED this 26th day of May, 2004.

By: _____
HATCH, JAMES & DODGE, P.C.
Brent O. Hatch

*Counsel for Plaintiff The SCO Group, Inc.*

By: _____
SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

*Counsel for Defendant International Business Machines Corporation*

2