FILED
CLERK, U.S. DISTRICT COURT
27 MAY 04 AM 11:12
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

RECEIVED CLERK
MAY 26 2004
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER RE BRIEFING FOR PENDING MOTIONS**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke Wells |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

SCO's Reply Memorandum in Support of its Motion to Dismiss shall be due on June 14, 2004.

DATED this 27th day of May, 2004.

BY THE COURT:

_____
United States District Court

161

**APPROVED AS TO FORM:**

By: _____
SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

*Counsel for Defendant International Business Machines Corporation*

By: _____
HATCH, JAMES & DODGE, P.C.
Brent O. Hatch

*Counsel for Plaintiff The SCO Group, Inc.*

```
                                                          blk
                  United States District Court
                           for the
                       District of Utah
                        May 27, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      EMAIL

      Scott E. Gant, Esq.
      BOIES SCHILLER & FLEXNER
      5301 WISCONSIN AVE NW
      WASHINGTON, DC  20015

      Evan R. Chesler, Esq.
      CRAVATH SWAINE & MOORE
      825 EIGHTH AVE
      NEW YORK, NY  10019
      EMAIL

      Mr. Alan L Sullivan, Esq.
      SNELL & WILMER LLP
      15 W SOUTH TEMPLE STE 1200
      GATEWAY TOWER W
      SALT LAKE CITY, UT  84101
      EMAIL

      Mark J. Heise, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131
      EMAIL

      Mr. Kevin P McBride, Esq.
      1299 OCEAN AVE STE 900
      SANTA MONICA, CA  90401

      Mr. David W Scofield, Esq.
      PETERS SCOFIELD PRICE
      340 BROADWAY CENTRE
      111 E BROADWAY
      SALT LAKE CITY, UT  84111
      EMAIL
```