RECEIVED CLERK

FILED MAY 28 2004

28 MAY U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

THE SCO GROUP, INC.
Plaintiff

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION
Defendant.

CASE NO. 2:03CV-0294 DAK

Appearing on behalf of:

PLAINTIFF
(Plaintiff/Defendant)

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Jeremy O. Evans, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: May 28, 2004         (Signature of Local Counsel)    10087 (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, ROBERT SILVER, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) __X__ a non-resident of the State of Utah or, (ii) ____ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates Jeremy O. Evans as associate local counsel.

Date: MAY 27, 2004.        Check here ____ if petitioner is lead counsel.

(Signature of Petitioner)

Name of Petitioner: ROBERT SILVER      Office Telephone: 914-749-8200
(Area Code and Main Office Number)

Business Address: BOIES, SCHILLER & FLEXNER LLP
(Firm/Business Name)
333 MAIN STREET      ARMONK      NY      10504
Street                City           State    Zip

162

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| United States District Court | Southern District of New York | 1985 |
| United States District Court | Eastern District of New York | 1985 |
| First Department | State of New York | 1985 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

FEE PAID

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 28th day of May, 2004.

_____
U.S. District Judge

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ROBERT B. SILVER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 14th day of January, 1985 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

May 28, 2004

*Catherine O'Hagan Wolfe*

6625

Clerk

```
                                                          blk
                    United States District Court
                            for the
                        District of Utah
                         May 28, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


       Brent O. Hatch, Esq.
       HATCH JAMES & DODGE
       10 W BROADWAY STE 400
       SALT LAKE CITY, UT  84101
       EMAIL

       Scott E. Gant, Esq.
       BOIES SCHILLER & FLEXNER
       5301 WISCONSIN AVE NW
       WASHINGTON, DC  20015

       Evan R. Chesler, Esq.
       CRAVATH SWAINE & MOORE
       825 EIGHTH AVE
       NEW YORK, NY  10019
       EMAIL

       Mr. Alan L Sullivan, Esq.
       SNELL & WILMER LLP
       15 W SOUTH TEMPLE STE 1200
       GATEWAY TOWER W
       SALT LAKE CITY, UT  84101
       EMAIL

       Mark J. Heise, Esq.
       BOIES SCHILLER & FLEXNER
       100 SE 2ND ST STE 2800
       MIAMI, FL  33131
       EMAIL

       Mr. Kevin P McBride, Esq.
       1299 OCEAN AVE STE 900
       SANTA MONICA, CA  90401

       Robert Silver, Esq.
       BOIES SCHILLER & FLEXNER
       333 MAIN ST
       ARMONK, NY  10504

       Mr. David W Scofield, Esq.
```

```
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL
```