Brent O. Hatch (5715)
Mark R. Clements (7172)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver, Esq. (pro hac vice pending)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone:  (914) 749-8200
Facsimile:   (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff*

FILED
CLERK, U.S. DISTRICT COURT
-2 JUN 04 PM 12: 12
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

RECEIVED CLERK
MAY 28 2004
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING LEAVE TO FILE OVERLENGTH MEMORANDUM**<br><br>Case No. 2:03CV0294DAK<br><br>Judge Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |



Plaintiff The SCO Group, Inc. ("SCO")'s Ex Parte Motion for Leave to File Overlength Memorandum having come before this Court on May 28, 2004, and good cause being found therefore, the Court finds as follows:

IT IS HEREBY ORDERED

SCO shall have leave to file a reply memorandum of up to 20 pages, exclusive of face sheet and any table of contents, in support of SCO's Motion to Amend the Scheduling Order

ORDERED this 2nd day of June, 2004.

BY THE COURT:

Dale A. Kimball

```
                                                           blk
                    United States District Court
                              for the
                         District of Utah
                          June 3, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Scott E. Gant, Esq.
        BOIES SCHILLER & FLEXNER
        5301 WISCONSIN AVE NW
        WASHINGTON, DC  20015

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019
        EMAIL

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
        EMAIL

        Mr. Kevin P McBride, Esq.
        1299 OCEAN AVE STE 900
        SANTA MONICA, CA  90401
        EMAIL

        Robert Silver, Esq.
        BOIES SCHILLER & FLEXNER
        333 MAIN ST
        ARMONK, NY  10504
```

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL