FILED
CLERK, U.S. DISTRICT COURT
-3 JUN 04 PM 4: 11
DISTRICT OF UTAH
BY: _____
      DEPUTY CLERK

RECEIVED CLERK
JUN 0 2 2004
U.S. DISTRICT COURT

FEE PAID

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

The SCO Group, Inc.
    Plaintiff

v.

International Business Machines Corporation
    Defendant.

CASE NO. 03-CV-0294

Appearing on behalf of:

Plaintiff
(Plaintiff/Defendant)

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

    I, David S. Stone, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: May 25, 2004

_____     5715 _____
(Signature of Local Counsel)     (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

    Petitioner, David S. Stone, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) **X** a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

    Petitioner designates **Brent O. Hatch** as associate local counsel.

Date: May 25, 2004      Check here _____ if petitioner is lead counsel.

_____
(Signature of Petitioner)

**Name of Petitioner:** David S. Stone     Office Telephone: 973-218-1111
                                                                           (Area Code and **Main** Office Number)

**Business Address:** Boies, Schiller & Flexner, LLP
                          (Firm/Business Name)
                    150 John F. Kennedy Parkway, Short Hills, New Jersey 07078
                          Street                       City                  State         Zip

169

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| State of New Jersey | New Jersey | 1987 |
| State of New York | New York | 1987 |
| State of Massachusetts | Massachusetts | 1984 |
| United States Supreme Court | Washington, DC | 8/26/02 |
| United States District Court Massachusetts | Massachusetts | 4/25/85 |
| United States District Court S.D.N.Y. | New York | 1/30/90 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 3rd day of June, 19 04.

_Dale A. Kimball_
U.S. District Judge

                                                              blk
                    United States District Court
                             for the
                        District of Utah
                         June 4, 2004


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294


True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT   84101
        EMAIL

        Scott E. Gant, Esq.
        BOIES SCHILLER & FLEXNER
        5301 WISCONSIN AVE NW
        WASHINGTON, DC   20015

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY   10019
        EMAIL

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT   84101
        EMAIL

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL   33131
        EMAIL

        Mr. Kevin P McBride, Esq.
        1299 OCEAN AVE STE 900
        SANTA MONICA, CA   90401
        EMAIL

        Robert Silver, Esq.
        BOIES SCHILLER & FLEXNER
        333 MAIN ST
        ARMONK, NY   10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL