FILED
CLERK U.S. DISTRICT COURT
-3 JUN 04 PM 4: 12

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

| | |
|---|---|
| The SCO Group, Inc. <br> Plaintiff | CASE NO. 03-CV-0294 <br><br> Appearing on behalf of: |
| v. | |
| International Business Machines Corporation <br> Defendant. | Plaintiff <br> (Plaintiff/Defendant) |

RECEIVED CLERK
JUN 0 2 2004
U.S. DISTRICT COURT

FEE PAID

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Michael Macmanus, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: May 25, 2004

_____   5715
(Signature of Local Counsel)   (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Michael Macmanus, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _X_ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates __Brent O. Hatch__ as associate local counsel.

Date: May 25, 2004          Check here _____ if petitioner is lead counsel.

_____
(Signature of Petitioner)

**Name of Petitioner:** Michael Macmanus          Office Telephone: 973-218-1111
                                                                              (Area Code and **Main** Office Number)

**Business Address:**   Boies, Schilles & Flexner, LLP
                                   (Firm/Business Name)
                        150 John F. Kennedy Parkway, Short Hills, New Jersey 07078
                        Street                                        City               State        Zip

171

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## OFFICE OF THE CLERK OF COURT
Suite 150, Frank E. Moss United States Courthouse
350 South Main Street
Salt Lake City, Utah 84101-2180
(801) 524-6100

## PRO HAC VICE ADMISSION APPLICATION

### INSTRUCTIONS

**Admission Fee:** $15.00 payable by check or money order to Clerk, U.S. District Court. Fee will cover membership for the duration of the case or twelve (12) months, whichever is longer. Pro hac applicants who paid the fee within the past 12 months and who are requesting admission to practice in a case other than that originally specified when the fee was paid should check the blank below and indicate the date of their most recent pro hac vice admission to this Court. *Applicants are required to complete and submit this form for each case in which they participate as pro hac vice counsel.*

_____ Applicant was previously admitted pro hac vice to this Court in case # _____; month of most recent pro hac vice admission and payment of fee was _____, 199___.

**Application:** Please type or print legibly and complete all blanks.

**Designated Local Counsel:** Must be an active member in good standing of the Utah State Bar and the Bar of this Court.

**Mandatory Requirements:**

1. Provide and attach a separate list by number and title of all cases filed in this Court in which applicant has appeared as counsel in the past five years.

2. Type local counsel's name below the signature line and enter the bar number in the space provided.

3. If more than one attorney from the same firm is seeking pro hac admission in this case, please indicate which attorney will serve as lead counsel for purposes of receiving official court notices and other case-related documents.

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| State of New Jersey | New Jersey | 1998 |
| State of New York | New York | 1999 |
| United States District Court of Appeals for 3rd Cir. | New Jersey | 1999 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
|  |  |  |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 3rd day of June, 19 04.

Dale A. Kimball
U.S. District Judge

blk

United States District Court
for the
District of Utah
June 4, 2004

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re: 2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

> Brent O. Hatch, Esq.
> HATCH JAMES & DODGE
> 10 W BROADWAY STE 400
> SALT LAKE CITY, UT 84101
> EMAIL
>
> Scott E. Gant, Esq.
> BOIES SCHILLER & FLEXNER
> 5301 WISCONSIN AVE NW
> WASHINGTON, DC 20015
>
> Evan R. Chesler, Esq.
> CRAVATH SWAINE & MOORE
> 825 EIGHTH AVE
> NEW YORK, NY 10019
> EMAIL
>
> Mr. Alan L Sullivan, Esq.
> SNELL & WILMER LLP
> 15 W SOUTH TEMPLE STE 1200
> GATEWAY TOWER W
> SALT LAKE CITY, UT 84101
> EMAIL
>
> Mark J. Heise, Esq.
> BOIES SCHILLER & FLEXNER
> 100 SE 2ND ST STE 2800
> MIAMI, FL 33131
> EMAIL
>
> Mr. Kevin P McBride, Esq.
> 1299 OCEAN AVE STE 900
> SANTA MONICA, CA 90401
> EMAIL
>
> Robert Silver, Esq.
> BOIES SCHILLER & FLEXNER
> 333 MAIN ST
> ARMONK, NY 10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL