# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| The SCO Group, Inc., <br> Plaintiff <br><br> v. <br><br> International Business Machines Corporation, <br> Defendant. | * CASE NO. 2:03 CV-0294 DAK <br> * <br> * Appearing on behalf of: <br> * <br> * The SCO Group, Inc. <br> * <br> * |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Brent O. Hatch, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: June 4, 2004.             _____             5715
                                        BRENT O. HATCH                  (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Frederick S. Frei, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _X_ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates Brent O. Hatch as associate local counsel.

Date: June 3, 2004.                              Check here ____ if petitioner is lead counsel.

                                                 _____
                                                          Frederick S. Frei

**Name of Petitioner:** Frederick S. Frei           Office Telephone:   (202) 662-2700


**Business Address:**   Andrews Kurth LLP
                        1701 Pennsylvania Avenue, N.W., Washington, DC 20006

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| District of Columbia Court of Appeals | Washington, DC | 1974 |
| Massachusetts Supreme Court | Massachusetts | 1989 |
| U.S. 6th Cir. Ct. of Appeals | Cincinnati, OH | 1974 |
| U.S. Federal Cir. Ct. of Appeals | Washington, DC | 1983 |
| U.S. District Court (D.C.) | Washington, DC | 1975 |
| U.S. District Court (N.D. Texas) | Dallas, TX | 1985 |
| U.S. District Court (D. Wisc.) | Milwaukee, WI | 2004 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| None | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 7th day of June, 2004.

_____
U.S. District Judge



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

FREDERICK S. FREI

was on the 25TH day of JANUARY, 1974 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 2, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

FILED

-7 JUN 04 PM 12:02

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

BY:

| | |
|---|---|
| THE SCO GROUP, INC.<br>Plaintiff<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>Defendant. | CASE NO. Civil No. 2:03CV-0294 DAK<br><br>Appearing on behalf of:<br><br>THE SCO GROUP, INC. |

RECEIVED CLERK
JUN 04 2004
U.S. DISTRICT COURT

FEE PAID

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, BRENT HATCH, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: June 7, 2004.          _____  5715_____
                              (BRENT O. HATCH)         (Utah Bar Number)

### APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, JOHN K. HARROP, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ___ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates BRENT O. HATCH as associate local counsel.

Date: June 2, 2004.          Check here _____ if petitioner is lead counsel.

                              _____
                              JOHN K. HARROP

**Name of Petitioner:** JOHN K. HARROP          Office Telephone: 202-662-2700

**Business Address:** Andrews Kurth LLP

1701 Pennsylvania Avenue, NW, Suite 300, Washington, DC 20006-5805

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Supreme Court of Virginia | Richmond, VA | 1995 |
| Court of Appeals for Fourth Circuit | Richmond, VA | 1995 |
| District of Columbia Superior Court | Washington, DC | 2000 |
| District of Columbia Court of Appeals | Washington, DC | 2000 |
| U.S. Tax Court | Washington, DC | 1997 |
| U.S. Court of Claims | Washington, DC | 1997 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
|  | None |  |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 7th day of June, 19___

_____
U.S. District Judge



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN K. HARROP

was on the 2ND day of AUGUST, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 3, 2004.

GARLAND PINKSTON, JR., CLERK

By: *Christopher C. D.*
Deputy Clerk

FILED

-7 JUN 04 PM 12:02

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br>Plaintiff<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION,<br>Defendant. | CASE NO. Civil No. 2:03CV-0294<br><br>Appearing on behalf of:<br><br>THE SCO GROUP, INC. |

RECEIVED CLERK
JUN 0 4 2004
U.S. DISTRICT COURT

FEE PAID

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, BRENT HATCH, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: June 4, 2004.

_____   5715
BRENT O. HATCH        (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, ALDO NOTO, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ✓ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates BRENT O. HATCH as associate local counsel.

Date: June 3, 2004.        Check here __ if petitioner is lead counsel.

_____
ALDO NOTO

**Name of Petitioner:** ALDO NOTO        Office Telephone: 202-662-2700

**Business Address:** Andrews Kurth LLP
1701 Pennsylvania Avenue, NW, Suite 300, Washington, DC 20006-5805

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| District Court of Appeals | Washington, DC | July 31, 1991 |
| District of Columbia Superior Court | Washington, DC | July 31, 1991 |
| United States Court for the District of Columbia | Washington, DC | September 9, 1996 |
| United States Court of Appeals for the Federal Circuit | Washington, DC | July 22, 1994 |
| District Court Eastern District of Virginia | Alexandria, VA | October 27, 1995 |
| Virginia Supreme Court | Richmond, VA | November 6, 1990 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
|  | NONE |  |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 7th day of June, 2004.

U.S. District Judge



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ALDO NOTO

was on the 31ST day of JULY, 1991 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 2, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk

tsh

United States District Court
for the
District of Utah
June 7, 2004

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

Brent O. Hatch, Esq.
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT   84101
EMAIL

Scott E. Gant, Esq.
BOIES SCHILLER & FLEXNER
5301 WISCONSIN AVE NW
WASHINGTON, DC   20015

Frederick S. Frei, Esq.
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC   20006

Evan R. Chesler, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY   10019
EMAIL

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT   84101
EMAIL

Mark J. Heise, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL   33131
EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA   90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL