## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Brooke Wells

COURT REPORTER: n/a
COURTROOM DEPUTY: n/a
INTERPRETER: n/a

DATE: June 7, 2004

TAPE # n/a

CASE NO. 2:03CV294DAK

LOG #   n/a -

SCO vs IBM

Approved By:_____

---

### APPEARANCE OF COUNSEL

Pla     Brent Hatch
Dft     Todd Shaughnessey
US PO
USMS

MATTER SET: Telephone Conference

---

DOCKET ENTRY:

Counsel for both parties contact the Court by telephone re: expedited motion for protective order (d.e. #168). Court hears arguments and DENIES the motion due to lateness of the objection and inconvenience to the parties already scheduled for deposition. Counsel for defendant is to prepare an order.

---

Case Title:   2:03CV294DAK,SCO vs IBM

