# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Dale A. Kimball

COURT REPORTER: Kelly Hicken
COURTROOM DEPUTY: Kim Jones
INTERPRETER:

CASE NO. 2:03-cv-294 DAK

SCO Grp v IBM

Approved By:_____

## APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Brent Hatch |
| Pla | Robert Silver |
| Pla | Frederick Frei |
| Dft | David Marriott |
| Dft | Todd Shaughnessy |

DATE: June 8, 2004

MATTER SET: Motion Hearing

DOCKET ENTRY:

> Pla's motion to sever or bifurcate and pla's motion to amend the scheduling order were argued to the court. The court took the motions under advisement.