# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

SCO Grp,

    Plaintiff,                                         AMENDED NOTICE

       vs.

Intl Bus Mach Inc,

    Defendant.                                Case No.   2:03-cv-00294

---

TYPE OF CASE          CIVIL

PLEASE TAKE NOTICE that a proceeding in this case has been reset for hearing before Honorable Dale A. Kimball at:

      Room 220
      350 South Main Street
      Salt Lake City, Utah

    On Tuesday, 10/11/05 at 2:30 p.m.

PLEASE NOTE: Changed from 10/10/05 at 2:30 due to Columbus Day being a
        Federal holiday

TYPE OF PROCEEDING: Final Pretrial Conference

                  MARKUS B. ZIMMER,
                  Clerk of Court

                By:  Bonnie L. King
                  Deputy Clerk

  DATE:     June 14, 2004

**178**

blk

```
United States District Court
             for the
        District of Utah
         June 14, 2004


    * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Scott E. Gant, Esq.
        BOIES SCHILLER & FLEXNER
        5301 WISCONSIN AVE NW
        WASHINGTON, DC  20015

        Frederick S. Frei, Esq.
        ANDREWS KURTH
        1701 PENNSYLVANIA AVE NW STE 300
        WASHINGTON, DC  20006

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019
        EMAIL

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
        EMAIL

        Mr. Kevin P McBride, Esq.
        1299 OCEAN AVE STE 900
        SANTA MONICA, CA  90401
        EMAIL
```

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL