FILED/RECEIVED CLERK
U.S. DISTRICT COURT
16 JUN 04 2004 JUN 5 11 P 5: 23
DISTRICT OF UTAH
U.S. DISTRICT COURT
BY: DISTRICT OF UTAH
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

THE SCO GROUP, INC.

Plaintiff/Counterclaim-Defendant,

vs.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant/Counterclaim-Plaintiff.

**ORDER DENYING SCO'S MOTION FOR PROTECTIVE ORDER**

**Civil No. 2:03CV0294 DAK**

**Honorable Dale A. Kimball**

**Magistrate Judge Brooke Wells**

Plaintiff and Counterclaim Defendant The SCO Group, Inc.'s ("SCO's") Expedited Motion for Protective Order came before the Court for a telephonic hearing on June 7, 2004. SCO was represented by Brent Hatch. Defendant Counterclaim Plaintiff International Business Machines Corporation ("IBM") was represented by Todd Shaughnessy.

The Court, being fully advised, hereby concludes as follows: (i) SCO's attempt to postpone depositions scheduled for the week of June 7, 2004 was undertaken too late; (ii) granting SCO's motion would cause undue inconvenience to the third party witnesses and other





participants in the depositions, and (iii) to the extent SCO's motion is premised on its need to have the same attorney appear both at the deposition of David Frasure and at the hearing scheduled for June 8, 2004, before the Honorable Dale A. Kimball, Judge Kimball is willing to reschedule that hearing to accommodate SCO's counsel.

Based on the foregoing, and for good cause shown, IT IS HEREBY ORDERED that SCO's Expedited Motion for Protective Order be and hereby is denied.

DATED this 15th day of June, 2004.

BY THE COURT:

United States District Court
Magistrate Judge Brooke Wells

APPROVED AS TO FORM:

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

By__________________________
*Counsel for Defendant International Business Machines Corporation*

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By__________________________
*Counsel for Plaintiff*

blk

United States District Court
for the
District of Utah
June 17, 2004

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

Brent O. Hatch, Esq.
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
EMAIL

Scott E. Gant, Esq.
BOIES SCHILLER & FLEXNER
5301 WISCONSIN AVE NW
WASHINGTON, DC 20015

Frederick S. Frei, Esq.
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC 20006

Evan R. Chesler, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY 10019
EMAIL

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT 84101
EMAIL

Mark J. Heise, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL 33131
EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA 90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY 10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT 84111
EMAIL

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

SCO Grp,

Plaintiff,

vs.

Intl Bus Mach Inc,

Defendant.

Case No. 2:03-cv-00294

Document number 182 was scanned and saved on the court's file server.

By: Bonnie L. King
Deputy Clerk

DATE: June 17, 2004