# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-<br>Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>Defendant/Counterclaim-<br>Plaintiff. | **ORDER**<br><br>**Civil No. 2:03CV0294 DAK**<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke C. Wells** |

Plaintiff The SCO Group, Inc. ("SCO") through its attorney Brent O. Hatch of the law firm Hatch, James & Dodge and Defendant International Business Machines Corporation ("IBM") through its attorney Todd Shaughnessy of the law firm Snell & Wilmer appeared before the Court on June 8, 2004, in a telephonic hearing. The Court having heard the arguments of counsel, considered all other relevant matters of record, and for good cause appearing,

**HEREBY ORDERS** as follows:

Any affidavit or declaration intended to be used at a deposition is to be produced to the opposing party at least forty-eight hours prior to the beginning of the deposition, or such affidavit or declaration shall not be used at the deposition.



SO ORDERED this __ day of June, 2004.

BY THE COURT:

_____
Honorable Brooke C. Wells
United States Magistrate Judge


**APPROVED AS TO FORM:**

By: _____
SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

*Counsel for Defendant International Business Machines Corporation*


By: _____
HATCH, JAMES & DODGE, P.C.
Brent O. Hatch

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Mark J. Heise

*Counsel for Plaintiff The SCO Group, Inc.*

```
                                                             alt
                    United States District Court
                              for the
                          District of Utah
                          June 23, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      EMAIL

      Scott E. Gant, Esq.
      BOIES SCHILLER & FLEXNER
      5301 WISCONSIN AVE NW
      WASHINGTON, DC  20015

      Frederick S. Frei, Esq.
      ANDREWS KURTH
      1701 PENNSYLVANIA AVE NW STE 300
      WASHINGTON, DC  20006

      Evan R. Chesler, Esq.
      CRAVATH SWAINE & MOORE
      825 EIGHTH AVE
      NEW YORK, NY  10019
      EMAIL

      Mr. Alan L Sullivan, Esq.
      SNELL & WILMER LLP
      15 W SOUTH TEMPLE STE 1200
      GATEWAY TOWER W
      SALT LAKE CITY, UT  84101
      EMAIL

      Mark J. Heise, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131
      EMAIL

      Mr. Kevin P McBride, Esq.
      1299 OCEAN AVE STE 900
      SANTA MONICA, CA  90401
      EMAIL
```

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL