FILED
CLERK, U.S. DISTRICT COURT
22 JUN 04 PM 4: 04
DISTRICT OF UTAH
BY:_____

RECEIVED CLERK

JUN 2 1 2004

U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-<br>    Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-<br>    Plaintiff. | **ORDER RE BRIEFING FOR PENDING MOTIONS**<br><br><br>Civil No. 2:03CV0294 DAK<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

    Based upon the stipulation of the parties, and good cause appearing,

    IT IS HEREBY ORDERED as follows:

    IBM's supplemental Memorandum in Opposition to the Motion to Dismiss shall be due on June 28, 2004.

    IBM's Response to SCO's Memorandum Regarding Discovery shall be due on June 23, 2004.

    SCO's Opposition Memorandum to IBM's Motion for Partial Summary Judgment shall be due on July 8, 2004.

    SCO's Reply Memorandum Regarding Discovery shall be due on July 12, 2004.

    IBM's Reply Memorandum in Support of its Motion for Summary Judgment shall be due on July 26, 2004.



SCO's Reply Memorandum in Support of its Motion to Dismiss shall be due on July 26, 2004.

DATED this 22d day of June, 2004.

BY THE COURT:

Honorable Dale A. Kimball
United States District Court Judge

**APPROVED AS TO FORM:**

By: _____
SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

*Counsel for Defendant International Business Machines Corporation*

By: _____
HATCH, JAMES & DODGE, P.C.
Brent O. Hatch

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Mark J. Heise
*Counsel for Plaintiff The SCO Group, Inc.*

```
                                                            blk
                    United States District Court
                              for the
                         District of Utah
                         June 23, 2004



             * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


       Brent O. Hatch, Esq.
       HATCH JAMES & DODGE
       10 W BROADWAY STE 400
       SALT LAKE CITY, UT  84101
       EMAIL

       Scott E. Gant, Esq.
       BOIES SCHILLER & FLEXNER
       5301 WISCONSIN AVE NW
       WASHINGTON, DC  20015

       Frederick S. Frei, Esq.
       ANDREWS KURTH
       1701 PENNSYLVANIA AVE NW STE 300
       WASHINGTON, DC  20006

       Evan R. Chesler, Esq.
       CRAVATH SWAINE & MOORE
       825 EIGHTH AVE
       NEW YORK, NY  10019
       EMAIL

       Mr. Alan L Sullivan, Esq.
       SNELL & WILMER LLP
       15 W SOUTH TEMPLE STE 1200
       GATEWAY TOWER W
       SALT LAKE CITY, UT  84101
       EMAIL

       Mark J. Heise, Esq.
       BOIES SCHILLER & FLEXNER
       100 SE 2ND ST STE 2800
       MIAMI, FL  33131
       EMAIL

       Mr. Kevin P McBride, Esq.
       1299 OCEAN AVE STE 900
       SANTA MONICA, CA  90401
       EMAIL
```

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL