
FILED
RECEIVED CLERK

Brent O. Hatch (5715)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **EX PARTE MOTION FOR LEAVE TO FILE OVER-LENGTH MEMORANDUM**<br><br>**Civil No. 2:03CV0294 DAK**<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") hereby moves the Court pursuant to District Court Rule 7-1(e) for leave to file an over-length Memorandum in Opposition to Defendant International Business Machines' Motion for Partial Summary Judgment on its Tenth Counterclaim for Declaratory Judgment of Non-Infringement and in Support of its Rule 56(b) Motion. SCO has combined argument on both Motions for the Court's convenience.

196

In its Memorandum in Support of Motion for Partial Summary Judgment, IBM requests summary judgment under Rule 56 on the merits and alternatively seeks the sanction of dismissal under Rule 37(b)(2). IBM's Rule 56 claim is based on its position that SCO has purportedly not produced any evidence of IBM's copyright infringement. IBM's alternative claim for sanctions under Rule 37(b)(2) is based on its position that if SCO were now to come forward with evidence in opposition to IBM's Motion, SCO should be sanctioned for allegedly failing to comply with its discovery obligations while purportedly having certified full compliance to the Court. Thus, SCO must address IBM's legal and factual arguments under Rule 56 and also address IBM's request for sanctions under Rule 37(b)(2). In responding to these two claims, SCO must address IBM's numerous misstatements and mischaracterizations of the record and provide a detailed analysis of how SCO has fully complied with its discovery obligations.

Moreover, as part of its response to IBM's Motion, SCO has filed a motion under Rule 56(f). Rather than file a separate memorandum, SCO has included argument in support of its Rule 56(f) Motion in its Memorandum in Opposition to IBM's Summary Judgment Motion.

As SCO must address multiple issues and place them in context for the Court, SCO respectfully requests leave to file an over-length memorandum. SCO's Memorandum now contains 48 pages of argument exclusive of statement of facts, face sheet and table of contents. SCO respectfully submits that the excess length is necessary to fully address the issues.

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, hereby certifies that a true and correct copy of **EX PARTE MOTION FOR LEAVE TO FILE OVER-LENGTH MEMORANDUM** was served on Defendant International Business Machines Corporation on the 9th day of July, 2004, as follows:

BY HAND DELIVERY:

Alan L. Sullivan, Esq.
Todd M. Shaughnessy, Esq.
Snell & Wilmer L.L.P.
15 West South Temple, Ste. 1200
Salt Lake City, Utah 84101-1004


Evan R. Chesler, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY  10019


Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York  10604

4

DATED this 8th day of July, 2004.

*[signature]*

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch (5715)
Mark F. James
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Counsel for Plaintiff/Counterclaim-Defendant

Frederick S. Frei (admitted pro hac vice)
Aldo Noto (admitted pro hac vice)
John K. Harrop (admitted pro hac vice)
ANDREWS KURTH LLP
1701 Pennsylvania Avenue, Ste. 300
Washington, DC 20006
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

Of Counsel