

RECEIVED CLERK
FILED
2004 JUL 22 P 5:03
U.S.
DISTRICT ... UTAH

SNELL & WILMER, L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>        Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Defendant/Counterclaim-Plaintiff. | **STIPULATION RE BRIEFING FOR PENDING MOTIONS**<br><br>**Civil No. 2:03CV0294 DAK**<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |



207

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order amending the deadlines for briefing as follows:

IBM's Memorandum in Opposition to SCO's Motion to Compel shall be due on August 4, 2004;

SCO's Reply Memorandum in Support of its Motion to Compel shall be due on August 18, 2004;

IBM's Reply Memorandum in Support of its Motion for Partial Summary Judgment, and SCO's Reply Memorandum in Support of its Motion to Dismiss shall be due on August 16, 2004.

The parties submit herewith a proposed Order confirming these deadlines.

DATED this 22nd day of July, 2004.

        SNELL & WILMER L.L.P.
        Alan L. Sullivan
        Todd M. Shaughnessy

        CRAVATH, SWAINE & MOORE
        Evan R. Chesler
        David R. Marriott

By _____

*Counsel for Defendant International Business Machines Corporation*

DATED this 22 day of July, 2004.

                                           HATCH, JAMES & DODGE, P.C.
                                           Brent O. Hatch
                                           Mark F. James

                                           By _____
                                                 Counsel for Plaintiff