

FILED

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, #1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **DEFENDANT/COUNTERCLAIM-PLAINTIFF IBM'S MOTION TO STRIKE THE DECLARATION OF CHRISTOPHER SONTAG** <br><br> **(ORAL ARGUMENT REQUESTED)** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

212

Pursuant to DUCivR 7-1(a) and Federal Rules of Evidence 602, 701, and 702, Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("IBM") respectfully submits this Motion to Strike the July 12, 2004 Declaration of Christopher Sontag ("Sontag Decl."), submitted by Plaintiff/Counterclaim-Defendant The SCO Group, Inc. ("SCO") in support of its Reply Memorandum Regarding Discovery. IBM respectfully submits that the Court should strike the Sontag Declaration for at least the following reasons:

1. The Sontag Declaration contains extensive testimony about an IBM-owned and IBM-operated tool, Configuration Management Version Control ("CMVC"), a software management and revision control system. In particular, the Sontag Declaration offers testimony about the operation of CMVC and sets forth opinions regarding how IBM should search in and compile information from CMVC.

2. The Sontag Declaration contains no testimony at all, however, showing that Sontag has any personal knowledge of CMVC, or of revision control system tools generally. (See Sontag Decl. ¶ 1.)

3. The Sontag Declaration also contains no information whatsoever about Mr. Sontag's responsibilities, training, education, or work history, much less information sufficient to qualify him as an expert in the fields of computer science, operating system development, revision control systems, or discovery or litigation support in any of these areas. (Id.)

4. Because SCO has failed to show that Mr. Sontag either has personal knowledge of the matters in his declaration or is qualified as an expert witness by means of his experience or education, IBM respectfully requests that the Court strike his declaration and exclude it from consideration in ruling upon SCO's Memorandum Regarding Discovery and its "Renewed" Motion to Compel.

IBM also respectfully requests oral argument on this motion, and that such argument be heard at the same time as argument on SCO's Memorandum Regarding Discovery and its Renewed Motion to Compel. This motion is further supported by the memorandum of points and authorities submitted herewith, by the June 23, 2004 and August 4, 2004 declarations of Joan Thomas, IBM's Program Director for AIX, HPC Program Management, and pSeries Software Development Operations, and by such argument as shall be presented at hearing.

DATED this 4th day of August, 2004.

SNELL & WILMER L.L.P.

Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

Of counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Donald J. Rosenberg
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff International
Business Machines Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2004, a true and correct copy of the foregoing was hand delivered to the following:

>   Brent O. Hatch
>   Mark F. James
>   HATCH, JAMES & DODGE, P.C.
>   10 West Broadway, Suite 400
>   Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

>   Stephen N. Zack
>   Mark J. Heise
>   BOIES, SCHILLER & FLEXNER LLP
>   100 Southeast Second Street, Suite 2800
>   Miami, Florida 33131

>   Robert Silver
>   BOIES, SCHILLER & FLEXNER LLP
>   333 Main Street
>   Armonk, New York 10504

Amy F. Sorenson

309365.2

4