SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, #1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br>  Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **NOTICE OF ERRATA** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

Defendant/Counterclaim Plaintiff International Business Machines Corporation ("IBM") respectfully submits this Notice of Errata for its Memorandum in Support of its Motion to Strike the Declaration of Christopher Sontag, filed August 4, 2004.

The August 4, 2004 Declaration of Joan Thomas In Support of IBM's Motion to Strike the Declaration of Christopher Sontag is incorrectly quoted at page four of the memorandum. The quotation instead should read as follows:

Even setting aside the fact that he has no personal knowledge of the operation of CMVC, Mr. Sontag's conjecture regarding his proposed "top-down" approach is simply wrong, as set forth in the accompanying Declaration of Joan Thomas. (See, e.g., 8/4/04 Declaration of Joan Thomas ¶¶ 8-9) ("Contrary to Mr. Sontag's assumptions, there is no top-level directory in CMVC that contains the word 'AIX', from which we could extract all AIX source, and only AIX source, from that directory and its subdirectories. The vast majority of the AIX-related directories and files on CMVC, in fact, do not even contain the word 'AIX' in their names. . . . . [D]etermining which components in CMVC are part of the AIX operating system is a time-consuming process that requires that engineers intimately knowledgeable about the AIX operating system and about CMVC engage in a time-consuming, multi-step process to extract the source code files that are part of the AIX operating system from the tens of thousands of other source code files that are not part of the operating system.")

DATED this 9th day of August, 2004.

        SNELL & WILMER L.L.P.

        Alan L. Sullivan
        Todd M. Shaughnessy
        Amy F. Sorenson

        CRAVATH, SWAINE & MOORE LLP
        Evan R. Chesler
        David R. Marriott

        *Attorneys for Defendant/Counterclaim-Plaintiff*
        *International Business Machines Corporation*

Of counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Donald J. Rosenberg
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000
*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2004, a true and correct copy of the foregoing was hand delivered to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131
>
>Robert Silver
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504

Amy F. Sorenson

310276.1

4