```
                                            FILED
                                     CLERK, U.S DISTRICT COURT

                                       12 AUG 04 PM 3: 25

                                       DISTRICT OF UTAH

                                     BY:_____
                                         DEPUTY CLERK
```

SNELL & WILMER, L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **STIPULATION RE BRIEFING FOR PENDING MOTIONS**<br><br>**Civil No. 2:03CV0294 DAK**<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

SHAUGHT\SLC\298577.1

222

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order amending the deadlines for briefing as follows:

IBM's Reply Memorandum in Support of its Cross-Motion for Partial Summary Judgment its Claim for Declaratory Judgment of Non-Infringement shall be due on August 23, 2004;

SCO's Reply Memorandum in Support of its Motion to Dismiss or Stay Count Ten of IBM's Second Amended Counterclaims Against SCO shall be due on August 23, 2004;

SCO's Reply Memorandum in Support of its Renewed Motion to Compel shall be due on August 26, 2004;

SCO's Memorandum in Opposition to IBM's Motion to Strike the Declaration of Christopher Sontag shall be due on August 26, 2004

IBM's Reply Memorandum in Support of its Motion to Strike the Declaration of Christopher Sontag shall be due on September 7, 2004.

The parties submit herewith a proposed Order confirming these deadlines.

DATED this 12th day of August, 2004.

> SNELL & WILMER L.L.P.
> Alan L. Sullivan
> Todd M. Shaughnessy
>
> CRAVATH, SWAINE & MOORE
> Evan R. Chesler
> David R. Marriott
>
> By _____
> *Counsel for Defendant International Business Machines Corporation*

DATED this 12th day of August, 2004.

> HATCH, JAMES & DODGE, P.C.
> Brent O. Hatch
> Mark F. James
>
> By _____
> *Counsel for Plaintiff*