FILED
CLERK, U.S. DISTRICT COURT

13 AUG 04 PM 1:32

DISTRICT OF UTAH

BY:_____
      DEPUTY CLERK

RECEIVED CLERK

AUG 12 2004

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-<br>    Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-<br>    Plaintiff. | **ORDER RE BRIEFING FOR PENDING MOTIONS**<br><br>Civil No. 2:03CV0294 DAK<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

IBM's Reply Memorandum in Support of its Cross-Motion for Partial Summary Judgment its Claim for Declaratory Judgment of Non-Infringement shall be due on August 23, 2004;

SCO's Reply Memorandum in Support of its Motion to Dismiss or Stay Count Ten of IBM's Second Amended Counterclaims Against SCO shall be due on August 23, 2004;

SHAUGHT\SLC\298577.1


224

SCO's Reply Memorandum in Support of its Renewed Motion to Compel shall be due on August 26, 2004;

SCO's Memorandum in Opposition to IBM's Motion to Strike the Declaration of Christopher Sontag shall be due on August 26, 2004; and

IBM's Reply Memorandum in Support of its Motion to Strike the Declaration of Christopher Sontag shall be due on September 7, 2004.

DATED this 12th day of August, 2004.

BY THE COURT:

_____
United States District Court

APPROVED AS TO FORM:

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

By _____
*Counsel for Defendant International Business Machines Corporation*


HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By _____
*Counsel for Plaintiff*

SHAUGHT\SLC\298577.1                                    2

blk

```
         United States District Court
                   for the
              District of Utah
             August 13, 2004
```

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

```
Brent O. Hatch, Esq.
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT  84101
EMAIL

Scott E. Gant, Esq.
BOIES SCHILLER & FLEXNER
5301 WISCONSIN AVE NW
WASHINGTON, DC  20015

Frederick S. Frei, Esq.
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC  20006

Evan R. Chesler, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY  10019
EMAIL

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Mark J. Heise, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL  33131
EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401
EMAIL
```

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY   10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT   84111
EMAIL