SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **DEFENDANT/COUNTERCLAIM PLAINTIFF IBM'S EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

248

Pursuant to DUCivR 7-1(e), Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("IBM") respectfully submits this Ex Parte Motion for Leave to File Overlength Memorandum, submitted in support of its Motion to Strike Materials Submitted by SCO In Opposition to IBM's Cross-Motion for Partial Summary Judgment, consisting of approximately thirteen pages of argument, exclusive of face sheet, preliminary statement, and exhibits.

In its Memorandum in Support of Motion to Strike Materials Submitted by SCO In Opposition to IBM's Cross-Motion for Partial Summary Judgment, IBM demonstrates that SCO has submitted, and seeks to rely on, incompetent and inadmissible evidence in an attempt to create a fact dispute in opposition to IBM's cross-motion for partial summary judgment on its Tenth Counterclaim. Specifically, SCO offers the declarations of three witnesses, Sandeep Gupta, Chris Sontag and John Harrop, consisting almost entirely of testimony not made on personal knowledge and improper opinion testimony. Furthermore, Mr. Harrop's declaration is replete with pure legal argument (which notably is primarily addressed to SCO's motion to dismiss, and not IBM's motion for summary judgment). In addition, SCO seeks improperly to rely on certain news articles for the truth of their contents. That is classic inadmissible hearsay and should also be stricken.

Rather than submitting three memoranda moving to strike each of the Gupta, Sontag and Harrop Declarations, as well as submitting a separate memorandum addressing the deficiencies in the documents submitted in opposition to IBM's cross-motion for partial summary judgment, IBM combined these arguments into a single memorandum. Submitting a combined memorandum resulted in the need for approximately thirteen pages of legal argument, exclusive of face sheet, preliminary statement, and exhibits, three additional pages of argument beyond the ten pages allotted by DUCivR 7-1(3).

Accordingly, IBM respectfully requests that it be granted leave to file a Memorandum in Support of Motion to Strike Materials Submitted by SCO In Opposition to IBM's Cross-Motion for Partial Summary Judgment, consisting of approximately thirteen pages of argument.

DATED this 23rd day of August, 2004.

SNELL & WILMER L.L.P.

*(signature)*

Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott

*Attorneys for Defendant/Counterclaim-Plaintiff International Business Machines Corporation*

Of counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Donald J. Rosenberg
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2004, a true and correct copy of the foregoing was hand delivered to the following:

> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131

> Robert Silver
> BOIES, SCHILLER & FLEXNER LLP
> 333 Main Street
> Armonk, New York 10504

Amy F. Sorenson

312117.1