SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | ORDER GRANTING DEFENDANT/COUNTERCLAIM PLAINTIFF IBM'S EX PARTE MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |



Based upon Defendant/Counterclaim-Plaintiff International Business Machines Corporation's ("IBM") Ex Parte Motion for Leave to File Overlength Memorandum in Support of Motion to Strike Materials Submitted by SCO In Opposition to IBM's Cross-Motion for Partial Summary Judgment, and for good cause appearing thereon,

IT IS HEREBY ORDERED that IBM may file its overlength Memorandum in Support of Motion to Strike Materials Submitted by SCO In Opposition to IBM's Cross-Motion for Partial Summary Judgment, not to exceed thirteen pages of argument.

DATED this 24th day of August, 2004.

BY THE COURT

_____

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2004, a true and correct copy of the foregoing was hand delivered to the following:

> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131
>
> Robert Silver
> BOIES, SCHILLER & FLEXNER LLP
> 333 Main Street
> Armonk, NY 10504

Amy F. Sorenson

312112.1

```
                                                       blk
                  United States District Court
                           for the
                       District of Utah
                      August 25, 2004


             * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Scott E. Gant, Esq.
        BOIES SCHILLER & FLEXNER
        5301 WISCONSIN AVE NW
        WASHINGTON, DC  20015

        Frederick S. Frei, Esq.
        ANDREWS KURTH
        1701 PENNSYLVANIA AVE NW STE 300
        WASHINGTON, DC  20006

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019
        EMAIL

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Todd M. Shaughnessy, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
```

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL