FILED
CLERK, U S DISTRICT COURT

2004 AUG 24  P 4: 29

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

RECEIVED CLERK

2004 AUG 23  P 7: 29

U.S. DISTRICT COURT
DISTRICT OF UTAH

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING DEFENDANT/COUNTERCLAIM PLAINTIFF IBM'S EX PARTE MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |


259

Based upon Defendant/Counterclaim-Plaintiff International Business Machines Corporation's ("IBM") Ex Parte Motion for Leave to File Overlength Reply Memorandum in further support of its cross-motion for partial summary judgment on its claim for declaratory judgment of non-infringement, and for good cause appearing thereon,

IT IS HEREBY ORDERED that IBM may file its overlength Reply Memorandum in Support of its Cross-Motion for Partial Summary Judgment on its Claim for Declaratory Judgment of Non-Infringement, not to exceed 39 pages of argument.

DATED this 24th day of August, 2004.

BY THE COURT

Honorable Dale A. Kimball
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2004, a true and correct copy of the foregoing was hand delivered to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131
>
>Robert Silver
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

Amy F. Sorenson

312188.1

```
                                                              blk
              United States District Court
                       for the
                   District of Utah
                   August 25, 2004


          * * CERTIFICATE OF SERVICE OF CLERK * *
```

Re:   2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

```
    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL

    Scott E. Gant, Esq.
    BOIES SCHILLER & FLEXNER
    5301 WISCONSIN AVE NW
    WASHINGTON, DC  20015

    Frederick S. Frei, Esq.
    ANDREWS KURTH
    1701 PENNSYLVANIA AVE NW STE 300
    WASHINGTON, DC  20006

    Evan R. Chesler, Esq.
    CRAVATH SWAINE & MOORE
    825 EIGHTH AVE
    NEW YORK, NY  10019
    EMAIL

    Mr. Alan L Sullivan, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Todd M. Shaughnessy, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Mark J. Heise, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131
```

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL