

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

SCO Grp,

Plaintiff,

vs.

Intl Bus Mach Inc,

Defendant.

NOTICE

Case No. 2:03-cv-00294

TYPE OF CASE CIVIL

PLEASE TAKE NOTICE that a proceeding in this case has been set for hearing before Honorable Dale A. Kimball at:

Room 220
350 South Main Street
Salt Lake City, Utah

On Thursday, 12/9/04 at 2:30 p.m.

TYPE OF PROCEEDING: Motions for Partial Summary Judgment nos. 225 & 233

MARKUS B. ZIMMER,
Clerk of Court

By: Bonnie L. King
Deputy Clerk

DATE: August 27, 2004

262

blk

United States District Court
for the
District of Utah
August 27, 2004

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

Brent O. Hatch, Esq.
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
EMAIL

Scott E. Gant, Esq.
BOIES SCHILLER & FLEXNER
5301 WISCONSIN AVE NW
WASHINGTON, DC 20015

Frederick S. Frei, Esq.
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC 20006

Evan R. Chesler, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY 10019
EMAIL

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT 84101
EMAIL

Todd M. Shaughnessy, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT 84101
EMAIL

Mark J. Heise, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL 33131

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA 90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY 10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT 84111
EMAIL