Brent O. Hatch (5715)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | [Proposed] **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE OVER-LENGTH MEMORANDUM**<br><br>**Civil No. 2:03CV0294 DAK**<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

This matter comes before the Court on the Ex Parte Motion of Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") for Leave to File an over-length Reply Memorandum in Support of Plaintiff/Counterclaim-Defendant SCO's Renewed Motion to Compel. The Court, having considered the matter, hereby determines that good cause and exceptional circumstances exist and here ORDERS that SCO be granted leave to file its over-length Memorandum.

DATED: August 27th, 2004.

BY THE COURT:

_____
Honorable Dale A. Kimball

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, hereby certifies that a true and correct copy of [Proposed] **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM** was served on Defendant International Business Machines Corporation on this 26th day of August, 2004, by U.S. mail, postage prepaid to:

        Alan L. Sullivan, Esq.
        Todd M. Shaughnessy, Esq.
        Snell & Wilmer L.L.P.
        15 West South Temple, Ste. 1200
        Gateway Tower West
        Salt Lake City, Utah 84101-1004

Copy to:

        Evan R. Chesler, Esq.
        Cravath, Swaine & Moore LLP
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019

        Donald J. Rosenberg, Esq.
        1133 Westchester Avenue
        White Plains, New York 10604

*Attorneys for Defendant/Counterclaim Plaintiff IBM Corp.*

/s/ Mark F. James

```
                                                            blk
                    United States District Court
                              for the
                         District of Utah
                        August 30, 2004



            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


       Brent O. Hatch, Esq.
       HATCH JAMES & DODGE
       10 W BROADWAY STE 400
       SALT LAKE CITY, UT  84101
       EMAIL

       Scott E. Gant, Esq.
       BOIES SCHILLER & FLEXNER
       5301 WISCONSIN AVE NW
       WASHINGTON, DC  20015

       Frederick S. Frei, Esq.
       ANDREWS KURTH
       1701 PENNSYLVANIA AVE NW STE 300
       WASHINGTON, DC  20006

       Evan R. Chesler, Esq.
       CRAVATH SWAINE & MOORE
       825 EIGHTH AVE
       NEW YORK, NY  10019
       EMAIL

       Mr. Alan L Sullivan, Esq.
       SNELL & WILMER LLP
       15 W SOUTH TEMPLE STE 1200
       GATEWAY TOWER W
       SALT LAKE CITY, UT  84101
       EMAIL

       Todd M. Shaughnessy, Esq.
       SNELL & WILMER LLP
       15 W SOUTH TEMPLE STE 1200
       GATEWAY TOWER W
       SALT LAKE CITY, UT  84101
       EMAIL

       Mark J. Heise, Esq.
       BOIES SCHILLER & FLEXNER
       100 SE 2ND ST STE 2800
       MIAMI, FL  33131
```

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL