

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

```
SCO Grp,

     Plaintiff,                                NOTICE

        vs.

Intl Bus Mach Inc,

     Defendant.                          Case No.  2:03-cv-00294


   TYPE OF CASE            CIVIL


PLEASE TAKE NOTICE that a proceeding in this case has been set for
hearing before Honorable Dale A. Kimball at:

          Room 220
          350 South Main Street
          Salt Lake City, Utah

     On Wednesday, 9/15/04 at 2:00 p.m.


TYPE OF PROCEEDING: Motion to Dismiss and Motion for Partial Summary Jgm


                              MARKUS B. ZIMMER,
                               Clerk of Court


                         By:  Bonnie L. King
                              Deputy Clerk



   DATE:     September 1, 2004
```

**268**

blk

```
                      United States District Court
                                for the
                           District of Utah
                          September 1, 2004


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Scott E. Gant, Esq.
        BOIES SCHILLER & FLEXNER
        5301 WISCONSIN AVE NW
        WASHINGTON, DC  20015

        Frederick S. Frei, Esq.
        ANDREWS KURTH
        1701 PENNSYLVANIA AVE NW STE 300
        WASHINGTON, DC  20006

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019
        EMAIL

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Todd M. Shaughnessy, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
```

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL