Brent O. Hatch (5715)
Mark F. James (5295)
Mark R. Clements (7172)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP<br><br>Plaintiff/Counterclaim-Defendant<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff | **SCO'S MOTION FOR EXTENSION TO FILE RESPONSE TO IBM'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF CONTRACT CLAIMS AND IBM'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT (EIGHTH COUNTERCLAIM)**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |



SCO respectfully moves the Court for an extension of time of at least thirty days to file a response to IBM's Motion for Partial Summary Judgment on Breach of Contract Claims (IBM's "Contract Motion") and IBM's Motion for Partial Summary Judgment on its Counterclaim for Copyright Infringement (Eighth Counterclaim) (IBM's "Copyright Motion"). SCO seeks this extension for at least two reasons. First, SCO has filed an expedited motion, along with this one, seeking to stay further briefing on, and consideration of, IBM's fact-intensive dispositive motions until after the close of fact discovery in this case (the "Scheduling Motion"). Unless the Court has an opportunity to consider and rule on SCO's Scheduling Motion before it is required to file it opposition briefs to IBM's motions, a large part of the purpose of the Scheduling Motion will be lost. Second, IBM admits that the requested extension will not impact the current hearing schedule. Thus, even if the Court denies SCO's Scheduling Motion, the Motions can still be heard at the December 9 hearing the Court has scheduled for oral argument. Even if both SCO and IBM take additional time to brief the Motions, the Court will still have more than enough time to review and consider the submissions before the currently-scheduled hearing.

This Motion is supported by a memorandum filed concurrently herewith.

DATED this ___8___ day of September, 2004.

*/s/ Mark F. James*

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James
Mark R. Clements

BOIES, SCHILLER & FLEXNER LLP
Robert Silver, Esq. (admitted pro hac vice)
Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)

*Attorneys for The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, hereby certifies that a true and correct copy of the foregoing **SCO'S MOTION FOR EXTENSION TO FILE RESPONSE TO IBM'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF CONTRACT CLAIMS AND IBM'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT (EIGHTH COUNTERCLAIM)** was served on Defendant International Business Machines Corporation on this ___8___ day of September, 2004, by hand-delivery to:

> Alan L. Sullivan, Esq.
> Todd M. Shaughnessy, Esq.
> Snell & Wilmer L.L.P.
> 15 West South Temple, Ste. 1200
> Gateway Tower West
> Salt Lake City, Utah 84101-1004

and mailed by U.S. mail, postage prepaid, addressed to:

> Evan R. Chesler, Esq.
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, NY 10019
>
> Donald J. Rosenberg, Esq.
> 1133 Westchester Avenue
> White Plains, New York 10604

*Attorneys for Defendant/Counterclaim Plaintiff IBM Corp.*

/s/ Mark F. James

3