FILED

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **IBM'S EX PARTE MOTION FOR LEAVE TO FILE A RESPONSE TO SCO'S SUPPLEMENTAL MEMORANDUM REGARDING DISCOVERY AND TO CONTINUE HEARING DATE** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |



International Business Machines Corporation ("IBM") respectfully moves the Court for an order allowing it to respond to the Supplemental Memorandum Regarding Discovery filed by The SCO Group, Inc. ("SCO"), and to SCO's Memorandum in Reply to IBM's Opposition to SCO's Ex Parte Motion for Leave to File a Supplemental Memorandum Regarding Discovery, both of which contain new arguments and new issues to which IBM has not been provided an opportunity to respond.

IBM learned this afternoon that the Court has granted SCO's Ex Parte Motion for Leave to File a Supplemental Memorandum Regarding Discovery.[1] That memorandum, together with SCO's reply memorandum received by counsel yesterday, raise a number of new arguments and issues to which IBM has not been permitted to respond. Most importantly, SCO's filings suggest that IBM must secure declarations to address the new issues raised in SCO's papers. IBM respectfully requests that it be granted leave to file a response, and that it be allowed ten days from the entry of the order within which to do so. Under the rules, IBM would be permitted fifteen days within which to oppose a motion. The ten days we seek is therefore less than the time IBM normally should be permitted under the rules, and reasonable given IBM's need to obtain declarations to address SCO's new arguments. IBM further requests that the hearing on these matters be re-set for a date as soon as the Court's calendar permits following the submission of these papers.

---

[1] Counsel for IBM learned this from the Court's law clerk. IBM has not yet received an order from the Court, nor does it appear on Pacer.

DATED this 8th day of September, 2004.

          SNELL & WILMER L.L.P.

          /s/ Alan L. Sullivan
          Alan L. Sullivan
          Todd M. Shaughnessy
          Amy F. Sorenson

          CRAVATH, SWAINE & MOORE LLP
          Evan R. Chesler
          David R. Marriott

          *Attorneys for Defendant/Counterclaim-Plaintiff*
          *International Business Machines Corporation*

Of counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Donald J. Rosenberg
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2004, a true and correct copy of the foregoing was hand delivered to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

>Robert Silver
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504

