2004 SEP 10 A 11: 58

IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION, DISTRICT OF UTAH

| | | |
|---|---|---|
| THE SCO GROUP INC. | : | Case No. 2:03cv00294 DK |
| Plaintiff/Counterclaim-Defendant, | : | ORDER GRANTING IBM'S EX PARTE MOTION FOR LEAVE TO FILE A RESPONSE TO SCO'S SUPPLEMENTAL MEMORANDUM REGARDING DISCOVERY AND STRIKING HEARING DATE |
| vs. | | |
| INTERNATIONAL BUSINESS MACHINES CORP. | | |
| Defendant/Counterclaim-Plaintiff. | | Judge Dale A. Kimball |
| | | Magistrate Judge Brooke C. Wells |

On September 3, 2004, the court granted SCO Group's ex parte motion for leave to file a supplemental memoranda regarding discovery. See Docket no. 270. On September 8, 2004, IBM filed an ex parte motion for leave to file a response to SCO's supplemental memorandum regarding discovery. Coupled with this motion is IBM's request to continue the motion hearing set for September 14, 2004 to allow the filing of a response.

The court HEREBY GRANTS IBM's motion. IBM will have until September 24, 2004 to file a response to SCO Group's supplemental

284

memoranda regarding discovery. SCO Group will then have until October 1, 2004 to file a reply if warranted. No further briefing will then be permitted by the court on SCO Groups's discovery motion. Any remaining issues the parties wish to raise will be heard during oral argument.

The court HEREBY STRIKES the hearing originally scheduled for September 14, 2004. The hearing will be rescheduled for Tuesday October 19, 2004 at 10:00 a.m. At this hearing, the court will hear arguments regarding SCO Group's motion to compel discovery, including any additional issues raised by the second round of briefing and IBM's motion to strike the declaration of Christopher Sontag.

DATED this 10th day of September, 2004.

BY THE COURT:

BROOKE C. WELLS
United States Magistrate Judge

2

blk

United States District Court
for the
District of Utah
September 10, 2004

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re: 2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

Brent O. Hatch, Esq.
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
EMAIL

Scott E. Gant, Esq.
BOIES SCHILLER & FLEXNER
5301 WISCONSIN AVE NW
WASHINGTON, DC 20015

Frederick S. Frei, Esq.
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC 20006

Evan R. Chesler, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY 10019
EMAIL

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT 84101
EMAIL

Todd M. Shaughnessy, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT 84101
EMAIL

Mark J. Heise, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL 33131

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA   90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY   10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT   84111
EMAIL