Brent O. Hatch (5715)
Mark F. James (5295)
Mark R. Clements (7172)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
David K. Markarian (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Frederick S. Frei (admitted pro hac vice)
Aldo Noto (admitted pro hac vice)
John K. Harrop (admitted pro hac vice)
ANDREWS KURTH LLP
1701 Pennsylvania Avenue, Ste. 300
Washington, DC 20006
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

*Attorneys for Plaintiff The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>  Plaintiff/Counterclaim Defendant<br><br>vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br><br>  Defendant/Counterclaim Plaintiff | [Proposed] **ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE OVER-LENGTH MEMORANDUM**<br><br>**Case No. 2:03-CV-0294 DAK**<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |



This matter comes before the Court on the Ex Parte Motion of Plaintiff/Counterclaim-Defendant The SCO Group, Inc. ("SCO") for Leave to File an over-length Memorandum in Opposition to IBM's Motion to Strike Materials Submitted by SCO in Opposition to IBM's Cross-Motion for Partial Summary Judgment. The Court, having considered this matter, hereby determines that good cause and exceptional circumstances exist and hereby ORDERS that SCO be granted leave to file its over-length Memorandum.

DATED: September 12th, 2004.

BY THE COURT:,

_____
Honorable Dale A. Kimball

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, hereby certifies that a true and correct copy of [Proposed] **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE OVER-LENGTH MEMORANDUM** was served on Defendant International Business Machines Corporation in this 7th day of September, 2004 by U.S. mail, postage prepaid to:

> Alan L. Sullivan, Esq.
> Todd M. Saughnessy, Esq.
> Snell & Wilmer L.L.P.
> 15 West South Temple, Ste. 1200
> Gateway Tower West
> Salt Lake City, Utah 84101-1004

Copy to:

> Evan T. Chesler, Esq.
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, NY 10019
>
> Donald J. Rosenberg, Esq.
> 1133 Westchester Avenue
> White Plains, New York 10604

*Attorneys for Defendant/Counterclaim Plaintiff IBM Corp.*

3

```
                                                           blk
                    United States District Court
                             for the
                        District of Utah
                      September 13, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT   84101
      EMAIL

      Scott E. Gant, Esq.
      BOIES SCHILLER & FLEXNER
      5301 WISCONSIN AVE NW
      WASHINGTON, DC   20015

      Frederick S. Frei, Esq.
      ANDREWS KURTH
      1701 PENNSYLVANIA AVE NW STE 300
      WASHINGTON, DC   20006

      Evan R. Chesler, Esq.
      CRAVATH SWAINE & MOORE
      825 EIGHTH AVE
      NEW YORK, NY   10019
      EMAIL

      Mr. Alan L Sullivan, Esq.
      SNELL & WILMER LLP
      15 W SOUTH TEMPLE STE 1200
      GATEWAY TOWER W
      SALT LAKE CITY, UT   84101
      EMAIL

      Todd M. Shaughnessy, Esq.
      SNELL & WILMER LLP
      15 W SOUTH TEMPLE STE 1200
      GATEWAY TOWER W
      SALT LAKE CITY, UT   84101
      EMAIL

      Mark J. Heise, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL   33131
```

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA   90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY   10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT   84111
EMAIL