# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Dale A. Kimball

COURT REPORTER: Becky Janke
COURTROOM DEPUTY: Kim Jones
INTERPRETER:

CASE NO. 2:03-cv-294 DAK

SCO Grp v IBM

Approved By:_____

## APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Brent Hatch |
| Pla | Robert Silver |
| Pla | Mark James |
| Pla | Frederick Frei |
| Dft | Evan Chesler |
| Dft | David Marriott |
| Dft | Chris Kao |
| Dft | Todd Shaughnessy |

DATE: Sept. 15, 2004

MATTER SET: Motion Hearing

DOCKET ENTRY:

The Court heard the arguments of counsel re: pla's [144] motion to stay or dismiss, pla's [195] Rule 56f motion, dft's [152] motion for partial summary judgment and dft's [212] motion to strike. The motions were taken under advisement.