FILED
CLERK US DISTRICT COURT

2004 SEP 30 P 1: 52

DISTRICT OF UTAH

BY:
DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
Mark R. Clements (7172)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:  (305) 539-1307

*Attorneys for The SCO Group, Inc.*

RECEIVED CLERK

SEP 2 9 2004

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. | **ORDER** |
| Plaintiff/Counterclaim-Defendant, | |
| vs. | **Civil No. 2:03CV0294 DAK** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | **Honorable Dale A. Kimball** |
| Defendant/Counterclaim-Plaintiff. | **Magistrate Judge Brooke Wells** |

312

Based upon the Stipulation of the parties, good cause appearing,

IT IS HEREBY ORDERED that Plaintiff The SCO Group may have up to and including

October 4, 2004 in which to file a Reply to IBM's opposition to SCO's Supplemental

Memorandum Regarding Discovery.

DATED: September 30th, 2004.

BY THE COURT:

Dale A. Kimball

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, hereby certifies that a true and correct copy of the foregoing

**ORDER** was served on Defendant International Business Machines Corporation on this 29th day

of September, 2004, by U.S. mail, postage prepaid to:

> Alan L. Sullivan, Esq.
> Todd M. Shaughnessy, Esq.
> Snell & Wilmer L.L.P.
> 15 West South Temple, Ste. 1200
> Gateway Tower West
> Salt Lake City, Utah 84101-1004

Copy to:

> Evan R. Chesler, Esq.
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, NY 10019

> Donald J. Rosenberg, Esq.
> 1133 Westchester Avenue
> White Plains, New York 10604

*Attorneys for Defendant/Counterclaim Plaintiff IBM Corp.*

3

blk

United States District Court
for the
District of Utah
September 30, 2004


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:03-cv-00294


True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


     Brent O. Hatch, Esq.
     HATCH JAMES & DODGE
     10 W BROADWAY STE 400
     SALT LAKE CITY, UT  84101
     EMAIL

     Scott E. Gant, Esq.
     BOIES SCHILLER & FLEXNER
     5301 WISCONSIN AVE NW
     WASHINGTON, DC  20015

     Frederick S. Frei, Esq.
     ANDREWS KURTH
     1701 PENNSYLVANIA AVE NW STE 300
     WASHINGTON, DC  20006

     Evan R. Chesler, Esq.
     CRAVATH SWAINE & MOORE
     825 EIGHTH AVE
     NEW YORK, NY  10019
     EMAIL

     Mr. Alan L Sullivan, Esq.
     SNELL & WILMER LLP
     15 W SOUTH TEMPLE STE 1200
     GATEWAY TOWER W
     SALT LAKE CITY, UT  84101
     EMAIL

     Todd M. Shaughnessy, Esq.
     SNELL & WILMER LLP
     15 W SOUTH TEMPLE STE 1200
     GATEWAY TOWER W
     SALT LAKE CITY, UT  84101
     EMAIL

     Mark J. Heise, Esq.
     BOIES SCHILLER & FLEXNER
     100 SE 2ND ST STE 2800
     MIAMI, FL  33131

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL