2004 OCT -1  A 10: 21

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

THE SCO GROUP, INC.,

      Plaintiff/Counterclaim-
      Defendant,

vs.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

      Defendant/Counterclaim-
      Plaintiff.

ORDER

Case No.  2:03CV294 DAK

This matter is before the court on Plaintiff/Counterclaim-Defendant The SCO Group, Inc.'s ("SCO") "Expedited Motion to Enforce the Court's Amended Scheduling Order Dated June 10, 2004," and SCO's Ex Parte Emergency Motion for a Scheduling Conference.   The court has carefully considered the memoranda and other materials submitted by the parties.  Now being fully advised, the court renders the following Order.

In its "Expedited Motion to Enforce the Court's Amended Scheduling Order Dated June 10, 2004," SCO essentially requests that the court relieve SCO from its obligation to respond to IBM's motions for summary judgment until the close of fact discovery in February 2005. However, there is nothing in the Amended Scheduling Order that precludes IBM from filing motions for summary judgment, and there is nothing in the Scheduling Order that relieves SCO from responding to such motions.  Thus, it is puzzling that SCO seeks to "enforce" the Amended

*313*

Scheduling Order when there is nothing in that Order to justify SCO's request for a significant

delay in filing its responses.  Rule 56(a) of the Federal Rules of Civil Procedure ("FRCP")

plainly permits the filing of motions for summary judgment "at any time after the expiration of

20 days from the commencement of the action,"and litigants routinely file summary judgment

motions prior to the close of discovery.   If SCO believes that it has not obtained discovery from

IBM that is necessary to oppose the motions, the remedy is to comply with FRCP 56(f).  This

court has never dictated to litigants that the filing of summary judgment motions–or the

responses to such motions–must be delayed until after discovery, and it declines to do so now.

The court has already granted a thirty-day extension to SCO to respond to the pending

motions, and the court will permit up to thirty additional days, if requested by SCO.  Such a

delay in responding would necessitate a change in the December 9, 2004 hearing date.

Additionally, the court declines to hold a scheduling conference, as requested by SCO.

Although SCO blames IBM for the delay regarding the September 14, 2004 hearing before the

Magistrate Judge, the delay was caused by SCO's filing of a supplemental reply memorandum

just prior to the hearing.  See docket # 254.  Obviously, as the Magistrate Judge ruled, IBM was

entitled to respond to SCO's supplemental brief, thus necessitating the delay.  The magistrate has

set a new hearing for the pending discovery motions on October 19, 2004.   The court declines to

hold a scheduling conference before that hearing.

Accordingly, IT IS HEREBY ORDERED that (1) SCO's "Expedited Motion to Enforce

the Court's Amended Scheduling Order Dated June 10, 2004" is DENIED, and (2) SCO's Ex

Parte Emergency Motion for a Scheduling Conference is DENIED.

DATED this 30th day of September, 2004.

BY THE COURT:

DALE A. KIMBALL
United States District Judge

3

blk

United States District Court
for the
District of Utah
October 1, 2004


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:  2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL

    Scott E. Gant, Esq.
    BOIES SCHILLER & FLEXNER
    5301 WISCONSIN AVE NW
    WASHINGTON, DC  20015

    Frederick S. Frei, Esq.
    ANDREWS KURTH
    1701 PENNSYLVANIA AVE NW STE 300
    WASHINGTON, DC  20006

    Evan R. Chesler, Esq.
    CRAVATH SWAINE & MOORE
    825 EIGHTH AVE
    NEW YORK, NY  10019
    EMAIL

    Mr. Alan L Sullivan, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Todd M. Shaughnessy, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Mark J. Heise, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA   90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY   10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT   84111
EMAIL