Brent O. Hatch (5715)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-<br>    Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-<br>    Plaintiff. | [Proposed] **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE OVER-LENGTH MEMORANDUM**<br><br>**Civil No. 2:03CV0294 DAK**<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

This matter comes before the Court on the Ex Parte Motion of Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") for Leave to File an Over-Length Reply Brief in Further Support of Its Supplemental Memorandum Regarding Discovery. The Court, having considered

the matter, hereby determines that good cause exists and ORDERS that SCO be granted leave to file its over-length Memorandum.

DATED this 5th day of October 2004.

BY THE COURT:

Honorable Dale A. Kimball

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, hereby certifies that a true and correct copy of [Proposed] **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM** was served on Defendant International Business Machines Corporation by first class mail on the 4th day of October, 2004, as follows:

Alan L. Sullivan, Esq.
Todd M. Shaughnessy, Esq.
Snell & Wilmer L.L.P.
15 West South Temple, Ste. 1200
Salt Lake City, Utah 84101-1004

Evan R. Chesler, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

/s/ Mark R.

```
                                                          blk
              United States District Court
                         for the
                    District of Utah
                   October 5, 2004


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


       Brent O. Hatch, Esq.
       HATCH JAMES & DODGE
       10 W BROADWAY STE 400
       SALT LAKE CITY, UT   84101
       EMAIL

       Scott E. Gant, Esq.
       BOIES SCHILLER & FLEXNER
       5301 WISCONSIN AVE NW
       WASHINGTON, DC   20015

       Frederick S. Frei, Esq.
       ANDREWS KURTH
       1701 PENNSYLVANIA AVE NW STE 300
       WASHINGTON, DC   20006

       Evan R. Chesler, Esq.
       CRAVATH SWAINE & MOORE
       825 EIGHTH AVE
       NEW YORK, NY   10019
       EMAIL

       Mr. Alan L Sullivan, Esq.
       SNELL & WILMER LLP
       15 W SOUTH TEMPLE STE 1200
       GATEWAY TOWER W
       SALT LAKE CITY, UT   84101
       EMAIL

       Todd M. Shaughnessy, Esq.
       SNELL & WILMER LLP
       15 W SOUTH TEMPLE STE 1200
       GATEWAY TOWER W
       SALT LAKE CITY, UT   84101
       EMAIL

       Mark J. Heise, Esq.
       BOIES SCHILLER & FLEXNER
       100 SE 2ND ST STE 2800
       MIAMI, FL   33131
```