# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| The SCO Group, Inc., a Delaware Corporation | CASE NO. 2:03-CV-294 (DAK) |
| Plaintiff | |
| v. | Appearing on behalf of: |
| International Business Machines Corporation | Plaintiff |
| Defendant. | (Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, __Brent O. Hatch__, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: __October 6__, 20__04__      __[signature]__      __5715__
                            (Signature of Local Counsel)      (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, __Edward Normand__, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ___ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates __Brent O. Hatch__ as associate local counsel.

Date: __October 5__, 20__04__.      Check here _____ if petitioner is lead counsel.

__[signature]__ FEE PAID
(Signature of Petitioner)

**Name of Petitioner:** Edward Normand      **Office Telephone:** (914) 749-8200
                                                         (Area Code and Main Office Number)

**Business Address:** Boies, Schiller & Flexner LLP
                            (Firm/Business Name)
333 Main Street            Armonk            New York            10504
Street                          City                State                    Zip

318

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| New York State Supreme Court | New York, NY | 1996 |
| United States District Court, Southern District of New York | New York, NY | 1998 |
| United States District Court, District of Colorado | Denver, CO | 2000 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
|  |  |  |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This __6th__ day of __October__, 20__04__.

_____
U.S. District Judge

FILED
CLERK, U.S. DISTRICT COURT

RECEIVED CLERK
OCT - 6 2004

2004 OCT -6 P 3:02

U.S. DISTRICT COURT
DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| The SCO Group, Inc., a Delaware Corporation | * | CASE NO. 2:03-CV-294 (DAK) |
| Plaintiff | * | |
| v. | * | Appearing on behalf of: Plaintiff |
| International Business Machines Corporation | * | |
| Defendant. | * | (Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Brent O. Hatch, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: October 6th, 2004    _____    5715
                            (Signature of Local Counsel)    (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Sean Eskovitz, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ___ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates Brent O. Hatch as associate local counsel.

Date: October 5, 2004.    Check here ___ if petitioner is lead counsel.

_____  FEE PAID
(Signature of Petitioner)

**Name of Petitioner:** Sean Eskovitz    Office Telephone: (914) 749-8200
                                          (Area Code and Main Office Number)

**Business Address:** Boies, Schiller & Flexner LLP
                      (Firm/Business Name)

| 333 Main Street | Armonk | NY | 10504 |
|---|---|---|---|
| Street | City | State | Zip |

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| New York State Supreme Court | New York, NY | 07/12/1999 |
| United States District Court, Southern District of New York | New York, NY | 10/02/2003 |
| United States Court of Appeals, Second Circuit | New York, NY | 12/10/2003 |
| District of Columbia Court of Appeals | Washington, DC | 04/03/1998 |
| United States Court of Appeals, Fourth Court | Richmond, VA | 06/03/1997 |
| New Jersey Supreme Court | Trenton, NJ | 04/25/1997 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
|  |  |  |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This  6th  day of  October , 20 04 .

_____
U.S. District Judge

```
                                                              alt
                    United States District Court
                              for the
                         District of Utah
                         October 8, 2004


             * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


       Brent O. Hatch, Esq.
       HATCH JAMES & DODGE
       10 W BROADWAY STE 400
       SALT LAKE CITY, UT   84101
       EMAIL

       Scott E. Gant, Esq.
       BOIES SCHILLER & FLEXNER
       5301 WISCONSIN AVE NW
       WASHINGTON, DC   20015

       Frederick S. Frei, Esq.
       ANDREWS KURTH
       1701 PENNSYLVANIA AVE NW STE 300
       WASHINGTON, DC   20006

       Evan R. Chesler, Esq.
       CRAVATH SWAINE & MOORE
       825 EIGHTH AVE
       NEW YORK, NY   10019
       EMAIL

       Mr. Alan L Sullivan, Esq.
       SNELL & WILMER LLP
       15 W SOUTH TEMPLE STE 1200
       GATEWAY TOWER W
       SALT LAKE CITY, UT   84101
       EMAIL

       Todd M. Shaughnessy, Esq.
       SNELL & WILMER LLP
       15 W SOUTH TEMPLE STE 1200
       GATEWAY TOWER W
       SALT LAKE CITY, UT   84101
       EMAIL

       Mark J. Heise, Esq.
       BOIES SCHILLER & FLEXNER
       100 SE 2ND ST STE 2800
       MIAMI, FL   33131
```

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA   90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY   10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT   84111
EMAIL