FILED
CLERK, U.S. DISTRICT COURT

2004 OCT 12  P 2: 46

DISTRICT OF UTAH
BY:_____
    DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower, Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| THE SCO GROUP, INC. <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | **JOINT STIPULATION TO EXTEND TIME FOR BRIEFING REGARDING IBM'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF CONTRACT CLAIMS AND IBM'S MOTION FOR PARTIAL JUDGMENT ON ITS COUNTERCLAIMS FOR COPYRIGHT INFRINGMENT (EIGHTH COUNTERCLAIM)** <br><br> Case No. 2:03CV0294DAK <br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |
|---|---|

319

Plaintiff The SCO Group ("SCO"), by and through counsel, and Defendant International Business Machines Corporation ("IBM"), by and through counsel, hereby stipulate that SCO may have up to and including November 23, 2004, in which to file a memorandum in response to IBM's Motion for Partial Summary Judgment on Breach of Contract Claims; and may have up to and including November 23, 2004, to file a memorandum in response to IBM's Motion for Partial Summary Judgment on its Counterclaim for Copyright Infringement (Eighth Counterclaim). IBM may have up to and including January 14, 2005, to file its reply memorandum in support of its Motion for Partial Summary Judgment on Breach of Contract Claims; and may have up to and including January 14, 2005, to file a reply memorandum in support of its Motion for Partial Summary Judgment on its Counterclaim for Copyright Infringement (Eighth Counterclaim).

DATED this 12th day of October, 2004.

By: _____  
HATCH, JAMES & DODGE, P.C.  
Brent O. Hatch  
Mark F. James  

BOIES, SCHILLER & FLEXNER LLP  
Robert Silver (admitted pro hac vice)  
Ted Normand (admitted pro hac vice)  
Sean Eskovitz (admitted pro hac vice)  

*Attorneys for The SCO Group, Inc.*

By: _____  
SNELL & WILMER L.L.P.  
Alan L. Sullivan  
Todd M. Shaughnessy  

CRAVATH, SWAINE & MOORE  
Evan R. Chesler  
David R. Marriott  

*Attorneys for IBM*