IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | (proposed) ORDER TO EXTEND TIME FOR BRIEFING REGARDING IBM'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF CONTRACT CLAIMS AND IBM'S MOTION FOR PARTIAL JUDGMENT ON ITS COUNTERCLAIMS FOR COPYRIGHT INFRINGMENT (EIGHTH COUNTERCLAIM)<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

Plaintiff The SCO Group ("SCO") may have up to and including November 23, 2004, in which to file a memorandum in response to IBM's Motion for Partial Summary Judgment on Breach of Contract Claims.

SCO may have up to and including November 23, 2004, to file a memorandum in response to IBM's Motion for Partial Summary Judgment on its Counterclaim for Copyright Infringement (Eighth Counterclaim).

IBM may have up to and including January 14, 2005, to file its reply memorandum in support of its Motion for Partial Summary Judgment on Breach of Contract Claims.

IBM may have up to and including January 14, 2005, to file a reply memorandum in support of its Motion for Partial Summary Judgment on its Counterclaim for Copyright Infringement (Eighth Counterclaim).

DATED this 13th day of October, 2004.

BY THE COURT:

_____
Honorable Dale A. Kimball
United States District Court Judge

**APPROVED AS TO FORM:**

By: _____
SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

*Counsel for Defendant International Business Machines Corporation*

By: _____
HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Ted Normand
Sean Eskovitz

*Counsel for Plaintiff The SCO Group, Inc.*

2

```
                                                         blk
              United States District Court
                         for the
                    District of Utah
                   October 14, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Scott E. Gant, Esq.
        BOIES SCHILLER & FLEXNER
        5301 WISCONSIN AVE NW
        WASHINGTON, DC  20015

        Frederick S. Frei, Esq.
        ANDREWS KURTH
        1701 PENNSYLVANIA AVE NW STE 300
        WASHINGTON, DC  20006

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019
        EMAIL

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Todd M. Shaughnessy, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
```

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL