Brent O. Hatch (5715)
Mark R. Clements (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
Sean Eskovitz (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

FILED

*Attorneys for The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff | **EX PARTE MOTION FOR**<br>**LEAVE TO FILE OVER-**<br>**LENGTH MEMORANDUM**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") hereby moves the Court

pursuant to District Court Rule 7-1(e) for leave to file an over-length Memorandum in Support of

SCO's Motion for Leave to File a Third Amended Complaint Pursuant to Federal Rules of Civil

Procedure 15(a) and 16(b).  SCO's Memorandum has four pages of preliminary statement, two

pages of procedural background, eight pages of factual background, and approximately ten pages

321

of argument.  The Memorandum explains why SCO must have leave to file its Third Amended

Complaint and the preliminary and procedural statements and the fact section provide the Court

with the necessary background to understand the basis of SCO's Motion.  Given the importance

of the issues to SCO, it is necessary for SCO to fully address, clarify and explain to the Court the

importance of the amendment.

      To address these issues and place them in context for the Court, SCO respectfully

requests leave to file an over-length memorandum.  SCO submits that the excess length is

necessary to fully address the issues.


      DATED this 14th day of October, 2004.

                         Respectfully submitted,

                         HATCH, JAMES & DODGE, P.C.
                         Brent O. Hatch
                         Mark R. Clements

                         BOIES, SCHILLER & FLEXNER LLP
                         Robert Silver
                         Stephen N. Zack
                         Mark J. Heise
                         Edward Normand
                         Sean Eskovitz

                         By_____

                         *Counsel for Plaintiff/Counterclaim Defendant*

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served this 14th day of October, 2004, by U.S. Mail to:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York  10604

and HAND-DELIVERED to:

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

3