## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Brooke Wells

COURT REPORTER: Kelly Hicken
COURTROOM DEPUTY: Amy Pehrson

DATE: October 19, 2004

CASE NO. 2:03CV294DAK

SCO v IBM

Approved By:_____

### APPEARANCE OF COUNSEL

Pla    Sean Eskovitz, Fred Frei, Edward Normand, Brent Hatch
Dft    David Marriott, Chris Kao, Todd Shaughessey

MATTER SET: Motion Hearing

DOCKET ENTRY:

Counsel for both parties present. The Court hears arguments and rebuttal from each party as to pla's renewed motion to compel (d.e. #190). The Court orders that privilege logs be prepared and exchanged within 30 days; Dft to provide within 30 days, affidavits from management members Palmisano and Wladawsky-Berger and Board of Directors as to what exists if their files and takes the remainder of the motion under advisement.

Case Title: 2:03CV294DAK, SCO v IBM



Page: 1