FILED
CLERK, U.S. DISTRICT COURT

2004 OCT 20 P 3:18

IN THE UNITED STATES DISTRICT COURT DIST. OF UTAH

CENTRAL DIVISION, DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| | |
|---|---|
| THE SCO GROUP INC. | Case No. 2:03cv00294 DK |
| Plaintiff/Counterclaim-Defendant, | ORDER |
| | Judge Dale A. Kimball |
| vs. | |
| INTERNATIONAL BUSINESS MACHINES CORP. | Magistrate Judge Brooke C. Wells |
| Defendant/Counterclaim-Plaintiff. | |

On October 19, 2004, the court heard argument regarding SCO Group's renewed Motion to Compel Discovery. For good cause shown, the court hereby ORDERS:

1. Both parties are to prepare and exchange privilege logs within 30 days from the entry of this order.

2. IBM is provide affidavits from the Board of Directors, Mr. Palmisano and Mr. Wladawsky-Berger regarding production of all non-privileged documents pertaining to IBM's Linux strategy. The affidavits are to be filed within 30 days from the entry of this order.

328

3. The court takes the remainder of SCO's motion under advisement.

4. The court, *sua sponte*, hereby seals the transcript of the proceedings held on October 19, 2004. Copies of the transcript are to be provided to the parties in the case and to the court but the transcript shall remain sealed until further order of the court.

DATED this 20 day of October, 2004.

BY THE COURT:

*Brooke C. Wells*

BROOKE C. WELLS
United States Magistrate Judge

2

```
                                                               blk
                 United States District Court
                           for the
                       District of Utah
                      October 21, 2004


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Scott E. Gant, Esq.
        BOIES SCHILLER & FLEXNER
        5301 WISCONSIN AVE NW
        WASHINGTON, DC  20015

        Frederick S. Frei, Esq.
        ANDREWS KURTH
        1701 PENNSYLVANIA AVE NW STE 300
        WASHINGTON, DC  20006

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019
        EMAIL

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Todd M. Shaughnessy, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
```

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA 90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY 10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT 84111
EMAIL