FILED
CLERK, U.S. DISTRICT COURT

2004 OCT 28 A 11: 12

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

RECEIVED CLERK

OCT 27 2004

U.S. DISTRICT COURT

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim- Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim- Plaintiff. | **ORDER RE BRIEFING ON SCO'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

330

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

    (a)    IBM's Memorandum in Opposition to SCO's Motion for Leave to File a Third Amended Complaint Pursuant to Federal Rules of Civil Procedure 15(a) and 16(b) shall be due on November 23, 2004; and

    (b)    SCO's Reply Memorandum in Support of its Motion for Leave to File a Third Amended Complaint Pursuant to Federal Rules of Civil Procedure 15(a) and 16(b) shall be due on December 21, 2004.

DATED this 17th day of October, 2004.

BY THE COURT:

DALE A. KIMBALL
U.S. DISTRICT COURT JUDGE

APPROVED AS TO FORM:

HATCH, JAMES & DODGE, P.C.

Brent O. Hatch
Mark F. James

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2004, a true and correct copy of the foregoing was hand delivered to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

>Robert Silver
>Edward Normand
>Sean Eskovitz
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504

Amy F. Sorenson

43649.0001\SORENSA\SLC\321379

3

```
                                                          blk
              United States District Court
                        for the
                   District of Utah
                   October 28, 2004



         * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Brent O. Hatch, Esq.
      HATCH JAMES & DODGE
      10 W BROADWAY STE 400
      SALT LAKE CITY, UT  84101
      EMAIL

      Scott E. Gant, Esq.
      BOIES SCHILLER & FLEXNER
      5301 WISCONSIN AVE NW
      WASHINGTON, DC  20015

      Frederick S. Frei, Esq.
      ANDREWS KURTH
      1701 PENNSYLVANIA AVE NW STE 300
      WASHINGTON, DC  20006

      Evan R. Chesler, Esq.
      CRAVATH SWAINE & MOORE
      825 EIGHTH AVE
      NEW YORK, NY  10019
      EMAIL

      Mr. Alan L Sullivan, Esq.
      SNELL & WILMER LLP
      15 W SOUTH TEMPLE STE 1200
      GATEWAY TOWER W
      SALT LAKE CITY, UT  84101
      EMAIL

      Todd M. Shaughnessy, Esq.
      SNELL & WILMER LLP
      15 W SOUTH TEMPLE STE 1200
      GATEWAY TOWER W
      SALT LAKE CITY, UT  84101
      EMAIL

      Mark J. Heise, Esq.
      BOIES SCHILLER & FLEXNER
      100 SE 2ND ST STE 2800
      MIAMI, FL  33131
```

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA   90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY   10504

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT   84111
EMAIL