```
              FILED
       CLERK, U.S. DISTRICT COURT

         2004 NOV 23  P 4: 19

         DISTRICT OF UTAH
         BY:_____
             DEPUTY CLERK
```

SNELL & WILMER, L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>    Plaintiff/Counterclaim-<br>    Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-<br>    Plaintiff. | **STIPULATION RE BRIEFING FOR PENDING MOTIONS**<br><br>Civil No. 2:03CV0294 DAK<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

SHAUGHT\SLC\325151



The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order amending the deadlines for briefing as follows:

IBM's Memorandum in Opposition to SCO's Motion for Leave to Amend shall be due on November 30, 2004;

SCO's Memorandum in Opposition to IBM's Motion for Partial Summary Judgment on Breach of Contract Claims shall be due on November 30, 2004; and

SCO's Memorandum in Opposition to IBM's Motion for Partial Summary Judgment on its Counterclaim for Copyright Infringement (Eighth Counterclaim) shall be due on November 30, 2004.

The parties submit herewith a proposed Order confirming these deadlines.

DATED this 23rd day of November, 2004.

        SNELL & WILMER L.L.P.
        Alan L. Sullivan
        Todd M. Shaughnessy

        CRAVATH, SWAINE & MOORE
        Evan R. Chesler
        David R. Marriott

By [signature]

        *Counsel for Defendant International*
        *Business Machines Corporation*

DATED this 3rd day of November, 2004.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By *[signature]*
*Counsel for Plaintiff*
