FILED
CLERK, U.S. DISTRICT COURT

2004 DEC -1 P 3: 56

Brent O. Hatch (5715)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **DECLARATION OF JEREMY O. EVANS IN SUPPORT OF SCO'S MEMORANDUM IN OPPOSITION TO IBM'S MOTION FOR SUMMARY JUDGEMENT ON BREACH OF CONTRACT CLAIMS**<br><br>**AUTHORITIES**<br><br>**Civil No. 2:03CV0294 DAK**<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |



# Table of Contents

## EXHIBITS

| Exhibit No. | Date | Description |
|---|---|---|
| 1 | 04/18/85 | Software Agreement between AT&T Technologies, Inc. and Sequent Computer Systems, Inc. |
| 2 | 02/01/85 | Software Agreement between AT&T Technologies, Inc. and IBM Corp. |
| 3 | 02/01/85 | Side Letter Agreement between AT&T Technologies, Inc. and IBM Corp. |
| 4 | 11/04/04 | Declaration of Evelyn Davis |
| 5 | 11/15/04 | Deposition of Geoffrey Green [Cited Excerpts] |
| 6 | 02/01/85 | Sublicensing Agreement between AT&T Technologies, Inc. and IBM Corp. |
| 7 | 11/23/04 | Declaration of Burton Levine |
| 8 | 09/07/04 | Declaration of Martin Pfeffer |
| 9 | 06/24/04 | Declaration of Ira Kistenberg |
| 10 | 11/12/04 | Declaration of Ira Kistenberg |
| 11 | 04/26/04 | Declaration of Otis Wilson |
| 12 | 12/10/92 | Deposition of Otis Wilson [Cited Excerpts] |
| 13 | 11/12/85 | Educational Software Agreement between The Regents of the University of California and AT&T Information Systems, Inc. |
| 14 | 11/04/04 | Declaration of Mitzi Bond |
| 15 | 07/27/87 | Letter from O. Wilson to IBM Corp. |
| 16 | 07/27/87 | Letter from O. Wilson to Sequent Computer Systems, Inc. |
| 17 | 06/10/04 | Deposition of Otis Wilson [Cited Excerpts] |
| 18 | 03/28/04 | Declaration of David Frasure |
| 19 | 12/08/92 | Deposition of David Frasure [Cited Excerpts] |
| 20 | 06/08/04 | Deposition of David Frasure [Cited Excerpts] |
| 21 | 10/07/03 | Declaration of David Frasure |
| 22 | 06/17/04 | Declaration of Geoffrey Green |
| 23 | 11/05/03 | Declaration of David Rodgers |
| 24 | 12/09/92 | Deposition of Mitzi Bond [Cited Excerpts] |
| 25 | 12/11/03 | Declaration of Otis Wilson |
| 26 | 02/21/85 | Letter from O. Wilson to Digital Equipment Corp. |
| 27 | 06/18/90 | Letter from O. Wilson to F. Kovacs |
| 28 | 06/29/90 | Letter from O. Wilson to B. Factor |
| 29 | 08/03/90 | Letter from O. Wilson to R. Tevonian |
| 30 | 05/06/86 | Software Agreement between The Santa Cruz Operation, Inc. and AT&T Information Systems, Inc. |

| 31 | 01/04/89 | Software Agreement between Systech Computer Corp. and AT&T Information Systems, Inc. |
|---|---|---|
| 32 | 03/01/90 | Software Agreement between Gates Rubber Co. and AT&T Information Systems, Inc. |
| 33 | 11/24/92 | Software Agreement between Information Foundation, Inc. and UNIX System Laboratories, Inc. |
| 34 | 06/21/94 | Software Agreement between Green Hills Software, Inc. and Novell, Inc. |
| 35 | 03/28/96 | Software Agreement between Modcomp/Cerplex L.P. and The Santa Cruz Operation, Inc. |
| 36 | 09/05/84 | Letter from O. Wilson to Digital Equipment Corp. |
| 37 | 08/85 | $ echo Newsletter |
| 38 | 09/19/95 | Asset Purchase Agreement between The Santa Cruz Operation, Inc. and Novell, Inc. |
| 39 | 10/1/04 | Declaration of Ed Chatlos |
| 40 | 11/23/04 | Declaration of Jim Wilt |
| 41 | 12/16/96 | Amendment 2 to the Asset Purchase Agreement between The Santa Cruz Operation, Inc. and Novell, Inc. |
| 42 | 11/19/04 | Declaration of Steve Sabbath |
| 43 | 12/06/95 | Amendment 1 to the Asset Purchase Agreement between The Santa Cruz Operation, Inc. and Novell, Inc. |
| 44 | 11/30/04 | Declaration of Jean Acheson |
| 45 | 03/23/04 | Press Release, Novell, Inc., Novell Finalizes IBM Investment (3/23/04) |
| 46 | 11/05/03 | Hiawatha Bray, *Novell to Buy SuSE Linux for $210M; Firm's Commitment to Software Boosted*, The Boston Globe, Nov. 5, 2003. |
| 47 | 03/25/04 | Bob Mims, *Novell, IBM and HP unite efforts to put Linux on top; Three companies unite to boost Linux and topple Microsoft*, The Salt Lake Tribune, Mar. 25, 2004, at E1. |
| 48 | 12/06/95 | Technology License Agreement between Novell, Inc. and The Santa Cruz Operation, Inc. |
| 49 | 11/30/04 | Declaration of Christopher Sontag |
| 50 | 11/30/04 | Declaration of Erik Hughes |
| 51 |  | IBM Dictionary of Computing, 18 (George McDaniel ed., 1994) |
| 52 | 10/24/03 | Computerworld: IBM's Mills sets sights on middleware, Linux, Oct. 24, 2003 |
| 53 |  | "IBM Small and Medium Business Advantage," Frequently Asked Questions, http://www-1.ibm.com/partnerworld/pwhome.nsf/weblook/smb_offerings_sol_linux_faq.html |
| 54 | 1/28/86 | Sublicensing Agreement between Sequent Computer Systems, Inc. and AT&T Information Systems, Inc. |
| 55 | 10/28/04 | Letter from E. Normand to D. Marriott |

| 56 |          | Schedule for UNIX System V, Release 2.0 Version 1 |
|----|----------|----------------------------------------------------|
| 57 | 10/16/96 | Amendment X to Software and Sublicensing Agreements between AT&T Technologies, Inc. and IBM Corp. |

## SEALED EXHIBITS

| Exhibit No. | Date     | Description |
|-------------|----------|-------------|
| S1          | 06/10/04 | Deposition of David Rodgers [Cited Excerpts] |
| S2          | 11/03/97 | E-mail from Ron Smith to Terry McKenna |
| S3          | 01/22/02 | E-mail from Bill Sandve to Kim Tran |
| S4          | 02/09/99 | Agreement for Licensing of AIX Source Code and Related Products between Argus Systems Group, Inc. and IBM Corp. |
| S5          | 06/30/87 | IBM Royalty Statement |
| S6          | 02/02/01 | IBM/Supplier Technical Services Agreement between IBM Corp. and CETIA |
| S7          |          | IBM Linux Strategy Presentation Version 1.0 |
| S8          | 11/22/04 | Declaration of Michael Davidson |

## AUTHORITIES

| A | *Brightway Adolescent Hosp. v. Health Plan of Nev.*, No. Civ. 2:98CV0729C, 2000 WL 33710845, (D. Utah Sept. 20, 2000) |
|---|---|
| B | *HotSamba, Inc. v. Caterpillar Inc.*, No. 01 C 5540, 2004 WL 609797, (N.D. Ill. Mar. 25, 2004) |
| C | *EPN Ingenieria S.A. de C.V. v. General Electric Co.*, No. 92 Civ. 1563 (KMW), 1996 WL 531867, (S.D.N.Y. Sept. 19, 1996) |
| D | *Viacao Aerea Sao Paulo, S.A. v. Int'l Lease Fin. Corp.*, 859 F.2d 924, 1988 WL 103286, (9th Cir. 1988) |
| E | *Ramming v. Barnard*, No. E030334, 2002 WL 393118, (Cal. Ct. App. March 13, 2002) |
| F | *McDarren v. Marvel Entertainment Group Inc.*, 94 CIV. 0910 (LMM), 1995 WL 214482, (S.D.N.Y. Apr. 11, 1995) |
| G | *T.W.A. Trading, Inc. v. Gold Coast Freightways, Inc.*, No. 2001-900 KC, 2002 WL 1311648 (N.Y. App. Term. Apr. 2, 2002) |
| H | *Dunlop-McCullen v. Pascerella*, No. 97 Civ. 0195 (PKL) (DFE), 2002 WL 31521012, (S.D.N.Y. Nov. 13, 2002) |
| I | *King Airway Co. v. Routt County*, No. 97 CJ C.A.R. 563, 1997 WL 186256, (10th Cir. Apr. 17, 1997) |
| J | *Holt v. Wesley Med. Ctr., LLC*, No. 00-1318-JAR, 2002 WL 31778785, (D. Kan. Nov. 25, 2002) |
| K | *Quark, Inc. v. Harley*, 141 F.3d 1185, 1998 WL 161035, (10th Cir. 1998) |

Exhibits/Attachments to this document have **not** been scanned.

Please see the case file.