FILED
CLERK, U.S. DISTRICT COURT

2004 DEC -1 P 3: 52

Brent O. Hatch (5715)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>        Plaintiff/Counterclaim-<br>        Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>        Defendant/Counterclaim-<br>        Plaintiff. | **DECLARATION OF JEREMY O. EVANS IN SUPPORT OF SCO'S MEMORANDUM IN OPPOSITION TO IBM'S MOTION FOR SUMMARY JUDGEMENT ON BREACH OF CONTRACT CLAIMS**<br><br>**Civil No. 2:03CV0294 DAK**<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

**Portions Filed Under Seal**

348

I, Jeremy O. Evans, declare:

1. I am a citizen of the United States, am over the age of 21, and am competent to testify to the matters set forth herein.

2. I am an attorney at law duly licensed to practice before all the Courts of the State of Utah, and an attorney with the firm of HATCH, JAMES & DODGE, P.C., counsel for the plaintiff, The SCO Group, Inc. in the pending action.

3. Attached hereto and filed herewith are true and correct copies of the below-listed exhibits.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this ___ day of December 2004.

By: _____
Jeremy O. Evans

# Table of Contents

## EXHIBITS

| Exhibit No. | Date | Description |
|---|---|---|
| 1 | 04/18/85 | Software Agreement between AT&T Technologies, Inc. and Sequent Computer Systems, Inc. |
| 2 | 02/01/85 | Software Agreement between AT&T Technologies, Inc. and IBM Corp. |
| 3 | 02/01/85 | Side Letter Agreement between AT&T Technologies, Inc. and IBM Corp. |
| 4 | 11/04/04 | Declaration of Evelyn Davis |
| 5 | 11/15/04 | Deposition of Geoffrey Green [Cited Excerpts] |
| 6 | 02/01/85 | Sublicensing Agreement between AT&T Technologies, Inc. and IBM Corp. |
| 7 | 11/23/04 | Declaration of Burton Levine |
| 8 | 09/07/04 | Declaration of Martin Pfeffer |
| 9 | 06/24/04 | Declaration of Ira Kistenberg |
| 10 | 11/12/04 | Declaration of Ira Kistenberg |
| 11 | 04/26/04 | Declaration of Otis Wilson |
| 12 | 12/10/92 | Deposition of Otis Wilson [Cited Excerpts] |
| 13 | 11/12/85 | Educational Software Agreement between The Regents of the University of California and AT&T Information Systems, Inc. |
| 14 | 11/04/04 | Declaration of Mitzi Bond |
| 15 | 07/27/87 | Letter from O. Wilson to IBM Corp. |
| 16 | 07/27/87 | Letter from O. Wilson to Sequent Computer Systems, Inc. |
| 17 | 06/10/04 | Deposition of Otis Wilson [Cited Excerpts] |
| 18 | 03/28/04 | Declaration of David Frasure |
| 19 | 12/08/92 | Deposition of David Frasure [Cited Excerpts] |
| 20 | 06/08/04 | Deposition of David Frasure [Cited Excerpts] |
| 21 | 10/07/03 | Declaration of David Frasure |
| 22 | 06/17/04 | Declaration of Geoffrey Green |
| 23 | 11/05/03 | Declaration of David Rodgers |
| 24 | 12/09/92 | Deposition of Mitzi Bond [Cited Excerpts] |
| 25 | 12/11/03 | Declaration of Otis Wilson |
| 26 | 02/21/85 | Letter from O. Wilson to Digital Equipment Corp. |
| 27 | 06/18/90 | Letter from O. Wilson to F. Kovacs |
| 28 | 06/29/90 | Letter from O. Wilson to B. Factor |
| 29 | 08/03/90 | Letter from O. Wilson to R. Tevonian |
| 30 | 05/06/86 | Software Agreement between The Santa Cruz Operation, Inc. and AT&T Information Systems, Inc. |

| 31 | 01/04/89 | Software Agreement between Systech Computer Corp. and AT&T Information Systems, Inc. |
|---|---|---|
| 32 | 03/01/90 | Software Agreement between Gates Rubber Co. and AT&T Information Systems, Inc. |
| 33 | 11/24/92 | Software Agreement between Information Foundation, Inc. and UNIX System Laboratories, Inc. |
| 34 | 06/21/94 | Software Agreement between Green Hills Software, Inc. and Novell, Inc. |
| 35 | 03/28/96 | Software Agreement between Modcomp/Cerplex L.P. and The Santa Cruz Operation, Inc. |
| 36 | 09/05/84 | Letter from O. Wilson to Digital Equipment Corp. |
| 37 | 08/85 | $ *echo* Newsletter |
| 38 | 09/19/95 | Asset Purchase Agreement between The Santa Cruz Operation, Inc. and Novell, Inc. |
| 39 | 10/1/04 | Declaration of Ed Chatlos |
| 40 | 11/23/04 | Declaration of Jim Wilt |
| 41 | 12/16/96 | Amendment 2 to the Asset Purchase Agreement between The Santa Cruz Operation, Inc. and Novell, Inc. |
| 42 | 11/19/04 | Declaration of Steve Sabbath |
| 43 | 12/06/95 | Amendment 1 to the Asset Purchase Agreement between The Santa Cruz Operation, Inc. and Novell, Inc. |
| 44 | 11/30/04 | Declaration of Jean Acheson |
| 45 | 03/23/04 | Press Release, Novell, Inc., Novell Finalizes IBM Investment (3/23/04) |
| 46 | 11/05/03 | Hiawatha Bray, *Novell to Buy SuSE Linux for $210M; Firm's Commitment to Software Boosted*, The Boston Globe, Nov. 5, 2003. |
| 47 | 03/25/04 | Bob Mims, *Novell, IBM and HP unite efforts to put Linux on top; Three companies unite to boost Linux and topple Microsoft*, The Salt Lake Tribune, Mar. 25, 2004, at E1. |
| 48 | 12/06/95 | Technology License Agreement between Novell, Inc. and The Santa Cruz Operation, Inc. |
| 49 | 11/30/04 | Declaration of Christopher Sontag |
| 50 | 11/30/04 | Declaration of Erik Hughes |
| 51 |  | IBM Dictionary of Computing, 18 (George McDaniel ed., 1994) |
| 52 | 10/24/03 | Computerworld: IBM's Mills sets sights on middleware, Linux, Oct. 24, 2003 |
| 53 |  | "IBM Small and Medium Business Advantage," Frequently Asked Questions, http://www-1.ibm.com/partnerworld/pwhome.nsf/weblook/smb_offerings_sol_linux_faq.html |
| 54 | 1/28/86 | Sublicensing Agreement between Sequent Computer Systems, Inc. and AT&T Information Systems, Inc. |
| 55 | 10/28/04 | Letter from E. Normand to D. Marriott |

| 56 |          | Schedule for UNIX System V, Release 2.0 Version 1 |
|----|----------|---------------------------------------------------|
| 57 | 10/16/96 | Amendment X to Software and Sublicensing Agreements between AT&T Technologies, Inc. and IBM Corp. |

## SEALED EXHIBITS

| Exhibit No. | Date | Description |
|---|---|---|
| S1 | 06/10/04 | Deposition of David Rodgers [Cited Excerpts] |
| S2 | 11/03/97 | E-mail from Ron Smith to Terry McKenna |
| S3 | 01/22/02 | E-mail from Bill Sandve to Kim Tran |
| S4 | 02/09/99 | Agreement for Licensing of AIX Source Code and Related Products between Argus Systems Group, Inc. and IBM Corp. |
| S5 | 06/30/87 | IBM Royalty Statement |
| S6 | 02/02/01 | IBM/Supplier Technical Services Agreement between IBM Corp. and CETIA |
| S7 |          | IBM Linux Strategy Presentation Version 1.0 |
| S8 | 11/22/04 | Declaration of Michael Davidson |

## AUTHORITIES

| A | *Brightway Adolescent Hosp. v. Health Plan of Nev.*, No. Civ. 2:98CV0729C, 2000 WL 33710845, (D. Utah Sept. 20, 2000) |
|---|---|
| B | *HotSamba, Inc. v. Caterpillar Inc.*, No. 01 C 5540, 2004 WL 609797, (N.D. Ill. Mar. 25, 2004) |
| C | *EPN Ingenieria S.A. de C.V. v. General Electric Co.*, No. 92 Civ. 1563 (KMW), 1996 WL 531867, (S.D.N.Y. Sept. 19, 1996) |
| D | *Viacao Aerea Sao Paulo, S.A. v. Int'l Lease Fin. Corp.*, 859 F.2d 924, 1988 WL 103286, (9th Cir. 1988) |
| E | *Ramming v. Barnard*, No. E030334, 2002 WL 393118, (Cal. Ct. App. March 13, 2002) |
| F | *McDarren v. Marvel Entertainment Group Inc.*, 94 CIV. 0910 (LMM), 1995 WL 214482, (S.D.N.Y. Apr. 11, 1995) |
| G | *T.W.A. Trading, Inc. v. Gold Coast Freightways, Inc.*, No. 2001-900 KC, 2002 WL 1311648 (N.Y. App. Term. Apr. 2, 2002) |
| H | *Dunlop-McCullen v. Pascerella*, No. 97 Civ. 0195 (PKL) (DFE), 2002 WL 31521012, (S.D.N.Y. Nov. 13, 2002) |
| I | *King Airway Co. v. Routt County*, No. 97 CJ C.A.R. 563, 1997 WL 186256, (10th Cir. Apr. 17, 1997) |
| J | *Holt v. Wesley Med. Ctr., LLC*, No. 00-1318-JAR, 2002 WL 31778785, (D. Kan. Nov. 25, 2002) |
| K | *Quark, Inc. v. Harley*, 141 F.3d 1185, 1998 WL 161035, (10th Cir. 1998) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Declaration of Jeremy O. Evans in Support of SCO's Memorandum in Opposition to IBM's Motion for Summary Judgment on Breach of Contract Claims on this 1st day of December, 2004, by U.S. mail postage prepaid or by hand delivery to:

By U.S. mail, postage prepaid:

>Evan R. Chesler, Esq.
>Cravath, Swaine & Moore LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, NY 10019

>Donald J. Rosenberg, Esq.
>1133 Westchester Avenue
>White Plains, New York 10604

By hand delivery:

>Alan L. Sullivan, Esq.
>Todd M. Shaughnessy, Esq.
>Snell & Wilmer L.L.P.
>15 West South Temple, Ste. 1200
>Gateway Tower West
>Salt Lake City, Utah 84101-1004

>*Attorneys for Defendant/Counterclaim Plaintiff IBM Corp.*

/s/ Nedilia Hedukut