Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Robert Silver, Esq. (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

FILED
CLERK, U.S. DISTRICT COURT
2004 DEC -9 P 4: 36
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>　　　　Plaintiff/Counterclaim-<br>　　　　Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>　　　　Defendant/Counterclaim-<br>　　　　Plaintiff. | **SCO'S CORRECTIONS TO ITS MEMORANDUM IN OPPOSITION TO IBM'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS CLAIM OF COPYRIGHT INFRINGEMENT (EIGHTH COUNTERCLAIM)**<br><br>**Civil No. 2:03CV0294 DAK**<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

The SCO Group, Inc. ("SCO") respectfully submits these corrections regarding its

Memorandum in Opposition to IBM's Motion for Partial Summary Judgment on its



Counterclaim for Copyright Infringement (Eighth Counterclaim) (Nov. 30, 2004) (the "Memorandum"), and a supporting declaration thereto:

1. Attached at Exhibit A is the entire Declaration of Christopher Sontag. The first page had been inadvertently omitted from SCO's filing.

2. Attached at Exhibit B is an amended Declaration of Erik Hughes, which replaces in paragraph 12 the phrase "Prior to the filing of its Second Amended Counterclaim on March 29, 2004," with "Prior to the filing of its Counterclaim on August 6, 2003."

3. On page 10, line 3 of the Memorandum, the phrase "Prior to the filing of its Second Amended Counterclaim on March 29, 2004," should be "Prior to the filing of its Counterclaim on August 6, 2003."

4. On page 25, lines 10-11 of the Memorandum, the phrase "until IBM filed its Eighth Counterclaim, on March 29, 2004," should be "until IBM filed its Counterclaim on August 6, 2003."

5. On page 11, footnote 1 of the Memorandum, the citation to the Moglen article should be http://www.gnu.org/philosophy/sco/sco-v-ibm.html. A copy of this article is attached at Exhibit C.

6. On page 12, line 8 of the Memorandum, the citation to the Radcliffe article should be http://www.alwayson-network.com/comments.php?id=P1303_0_4_0_C. A copy of this article is attached at Exhibit D.

7. On page 18, footnote 2 of the Memorandum, the citation to the Epstein article should be http://news.ft.com/cms/s/78d9812a-2386-11d9-aee5-00000e2511c8.html. A copy of this article is attached at Exhibit E.

Wherefore, SCO respectfully requests that its Memorandum and supporting declarations be deemed corrected as set forth above.

Dated this 9 day of December 2004.

By: /s/ Mark F. James

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of SCO's Corrections to its Memorandum in Opposition to IBM's Motion for Partial Summary Judgment on its Claim of Copyright Infringement (Eighth Counterclaim) was served on Defendant International Business Machines Corporation on this 9th day of December, 2004, by U.S. mail postage prepaid or by hand delivery to:

By U.S. mail, postage prepaid:

>Evan R. Chesler, Esq.
>Cravath, Swaine & Moore LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, NY 10019
>
>Donald J. Rosenberg, Esq.
>1133 Westchester Avenue
>White Plains, New York 10604
>
>Alan L. Sullivan, Esq.
>Todd M. Shaughnessy, Esq.
>Snell & Wilmer L.L.P.
>15 West South Temple, Ste. 1200
>Gateway Tower West
>Salt Lake City, Utah 84101-1004
>
>*Attorneys for Defendant/Counterclaim Plaintiff IBM Corp.*

*/s/ Laura Chaves/*

# Exhibits/Attachments to this document have **not** been scanned.

# Please see the case file.