FILED
CLERK, U.S. DISTRICT COURT
2004 DEC 16  P 3: 53
DISTRICT OF UTAH
BY:
_____
DEPUTY CLERK

RECEIVED CLERK
DEC 13 2004
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| The SCO Group, Inc., a Delaware Corporation | CASE NO. 2:03-CV-294 (DAK) |
| Plaintiff | |
| v. | Appearing on behalf of: |
| International Business Machines Corporation | Plaintiff |
| Defendant. | (Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, **Brent O. Hatch**, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: December 13, 2004    _____[signature]_____    5715
                          (Signature of Local Counsel)    (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, **Stuart H. Singer**, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ___ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates **Brent O. Hatch** as associate local counsel.

Date: **December 10**, 20**04**.    Check here ___ if petitioner is lead counsel.

_____[signature]_____ FEE PAID
(Signature of Petitioner)

**Name of Petitioner:** Stuart H. Singer    **Office Telephone:** (954) 356-0011
                                                                   (Area Code and Main Office Number)

**Business Address:** Boies, Schiller & Flexner LLP
                      (Firm/Business Name)
                      401 E. Las Olas Boulevard, Suite 1200   Ft. Lauderdale   Florida   33301
                      Street                                   City             State     Zip

356

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Supreme Court of Florida | Florida | 1983 |
| United States Supreme Court | Washington, DC | 1992 |
| United States Court of Appeals for the Eleventh Circuit | Florida | 1986 |
| United States District Court, Southern District of Florida | Florida | 1984 |
| United States District Court, Middle District of Florida | Florida | 1986 |
| United States Court of Appeals for the Third Circuit | Pennsylvania | 2003 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
|  |  |  |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 14th day of December, 2004.

_____
U.S. District Judge

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## OFFICE OF THE CLERK OF COURT
Suite 150, Frank E. Moss United States Courthouse
350 South Main Street
Salt Lake City, Utah 84101-2180
(801) 524-6100

## PRO HAC VICE ADMISSION APPLICATION

### INSTRUCTIONS

**Admission Fee:** $15.00 payable by check or money order to Clerk, U.S. District Court. Fee will cover membership for the duration of the case or twelve (12) months, whichever is longer. Pro hac applicants who paid the fee within the past 12 months and who are requesting admission to practice in a case other than that originally specified when the fee was paid should check the blank below and indicate the date of their most recent pro hac vice admission to this Court. *Applicants are required to complete and submit this form for each case in which they participate as pro hac vice counsel.*

_____ Applicant was previously admitted pro hac vice to this Court in case # _____; month of most recent pro hac vice admission and payment of fee was _____, 20___.

**Application:** Please type or print legibly and complete all blanks.

**Designated Local Counsel:** Must be an active member in good standing of the Utah State Bar and the Bar of this Court.

**Mandatory Requirements:**

1. Provide and attach a separate list by number and title of all cases filed in this Court in which applicant has appeared as counsel in the past five years.

2. Type local counsel's name below the signature line and enter the bar number in the space provided.

3. If more than one attorney from the same firm is seeking pro hac admission in this case, please indicate which attorney will serve as lead counsel for purposes of receiving official court notices and other case-related documents.

```
                                                                  blk
                    United States District Court
                              for the
                         District of Utah
                        December 16, 2004



           * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT   84101
        EMAIL

        Scott E. Gant, Esq.
        BOIES SCHILLER & FLEXNER
        5301 WISCONSIN AVE NW
        WASHINGTON, DC   20015

        Frederick S. Frei, Esq.
        ANDREWS KURTH
        1701 PENNSYLVANIA AVE NW STE 300
        WASHINGTON, DC   20006

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY   10019
        EMAIL

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT   84101
        EMAIL

        Todd M. Shaughnessy, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT   84101
        EMAIL

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL   33131
```

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA   90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY   10504

Stuart H. Singer, Esq.
BOIES SCHILLER & FLEXNER
401 E LAS OLAS BLVD STE 1200
FT LAUDERDALE, FL   33301

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT   84111
EMAIL

Mr. Michael P O'Brien, Esq.
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
PO BOX 45444
SALT LAKE CITY, UT   84145-0444