FILED
CLERK, U S DISTRICT COURT
2004 DEC 20 P 3: 55
US          UTAH
BY:
DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
Sean Eskovitz (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower, Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | **JOINT STIPULATION TO EXTEND TIME FOR SCO TO FILE REPLY TO G2 COMPUTER INTELLIGENCE, INC.'S MOTION TO INTERVENE AND MOTION TO UNSEAL COURT'S FILES**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |



Plaintiff The SCO Group ("SCO"), by and through counsel, and movant G2 Computer Intelligence, Inc. ("G2"), by and through counsel, hereby stipulate that SCO may have through January 7, 2004 in which to file a response to G2's November 30, 2004 Motion to Intervene and Motion to Unseal Court Records ("G2's Motion"). In the event that the Court grants Defendant IBM additional time beyond January 7, 2004 to reply to G2's Motion, SCO's response shall be due on the same day as IBM's response.

DATED this 20th day of December, 2004.

By: _____
HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Robert Silver, Esq. (admitted pro hac vice)
Stephen N. Zack (admitted pro hac vice)
Mark J. Heise (admitted pro hac vice)

*Attorneys for The SCO Group, Inc.*

By: _____
JONES WALDO HOLBROOK & McDONOUGH PC
Michael P. O'Brien
Andrew H. Stone

*Attorneys for G2 Computer Intelligence, Inc.*

I hereby certify that I caused a true and correct copy of **JOINT STIPULATION TO EXTEND TIME FOR SCO TO FILE REPLY TO G2 COMPUTER INTELLIGENCE, INC.'S MOTION TO INTERVENE AND MOTION TO UNSEAL COURT'S FILES** to be served on International Business Machines Corporation on this 20th day of December, 2004, by placing it in U.S. mail, postage prepaid, to the following:

> Evan R. Chesler, Esq.
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, NY 10019
>
> Donald J. Rosenberg, Esq.
> 1133 Westchester Avenue
> White Plains, New York 10604
>
> Alan L. Sullivan, Esq.
> Snell & Wilmer L.L.P.
> 15 West South Temple, Ste. 1200
> Gateway Tower West
> Salt Lake City, Utah 84101-1004
>
> *Attorneys for Defendant/Counterclaim Plaintiff IBM Corp.*
>
> By: _____