RECEIVED CLERK
**FILED**
2004 DEC 20  P 5: 07

U.S. DISTRICT COURT
DISTRICT OF UTAH

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
Peter H. Donaldson (9642)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **IBM'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN RESPONSE TO G2 COMPUTER INTELLIGENCE, INC'S MOTION TO INTERVENE AND MOTION TO UNSEAL COURT'S FILE** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

328792.1



International Business Machines Corporation ("IBM") respectfully moves the Court for a 30-day extension of time in which to respond to G2 Computer Intelligence, Inc.'s ("G2") Motion to Intervene and Motion to Unseal Court's File (Docket No. 340-1) (the "Motion"). IBM seeks to move the deadline from December 20, 2004 until January 20, 2005.

G2's Motion seeks to unseal all documents in this case, including those attached to the summary judgment motions now in the process of being briefed. IBM's reply memoranda supporting its motions for summary judgment are currently due on January 14, 2005. IBM would like to be able to address all documents attached in summary judgment briefing at once, not in piecemeal fashion. Counsel for IBM contacted counsel for G2 to request a 30-day extension based on these concerns as well as on the holiday schedule, but G2 would only agree to grant an extension until January 7, 2005, well short of the 30 days requested. G2's offer does not address IBM's desire to address all relevant documents at once.

Based on the foregoing, IBM respectfully requests that the Court extend the deadline to respond to G2's motion 30 days until January 19, 2005.

DATED this 20th day of December, 2004.

SNELL & WILMER L.L.P.

*/signature/*

Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson
Peter H. Donaldson

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

Of counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Donald J. Rosenberg
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of December, 2004, a true and correct copy of the foregoing was delivered by hand to the following:

>Michael P. O'Brien
>Andrew H. Stone
>JONES WALDO HOLBROOK & McDONOUGH PC
>170 South Main Street, Suite 1500
>Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

>Robert Silver
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

_____