```
                                          FILED
                                    CLERK, U.S. DISTRICT COURT

                                    2004 DEC 21  P 2: 15

                                    DISTRICT OF UTAH
                                    BY:
                                       DEPUTY CLERK
```

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
Peter H. Donaldson (9642)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | [Proposed] ORDER GRANTING DEFENDANT/COUNTERCLAIM PLAINTIFF IBM'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN RESPONSE TO G2 COMPUTER INTELLIGENCE, INC'S MOTION TO INTERVENE AND MOTION TO UNSEAL COURT'S FILE<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |


361

Based upon Defendant/Counterclaim-Plaintiff International Business Machines Corporation's ("IBM") Ex Parte Motion for Extension of Time to File Memorandum in Response to G2 Computer Intelligence, Inc's Motion to Intervene and Motion to Unseal Court's File, and for good cause appearing thereon,

IT IS HEREBY ORDERED that IBM may file its Memorandum in Response to G2 Computer Intelligence, Inc.'s Motion to Intervene and Motion to Unseal Court's File on or before January 20, 2005.

DATED this 21st day of December, 2004.

BY THE COURT

Honorable Dale A. Kimball
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of December, 2004, a true and correct copy of the foregoing was delivered by hand to the following:

>   Michael P. O'Brien
>   Andrew H. Stone
>   JONES WALDO HOLBROOK & McDONOUGH PC
>   170 South Main Street, Suite 1500
>   Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

>   Brent O. Hatch
>   Mark F. James
>   HATCH, JAMES & DODGE, P.C.
>   10 West Broadway, Suite 400
>   Salt Lake City, Utah 84101
>
>   Stephen N. Zack
>   Mark J. Heise
>   BOIES, SCHILLER & FLEXNER LLP
>   100 Southeast Second Street, Suite 2800
>   Miami, Florida 33131
>
>   Robert Silver
>   BOIES, SCHILLER & FLEXNER LLP
>   333 Main Street
>   Armonk, NY 10504

_____

328818.1

3

blk

United States District Court
for the
District of Utah
December 21, 2004

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL

    Scott E. Gant, Esq.
    BOIES SCHILLER & FLEXNER
    5301 WISCONSIN AVE NW
    WASHINGTON, DC  20015

    Frederick S. Frei, Esq.
    ANDREWS KURTH
    1701 PENNSYLVANIA AVE NW STE 300
    WASHINGTON, DC  20006

    Evan R. Chesler, Esq.
    CRAVATH SWAINE & MOORE
    825 EIGHTH AVE
    NEW YORK, NY  10019
    EMAIL

    Mr. Alan L Sullivan, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Todd M. Shaughnessy, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Mark J. Heise, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA   90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY   10504

Stuart H. Singer, Esq.
BOIES SCHILLER & FLEXNER
401 E LAS OLAS BLVD STE 1200
FT LAUDERDALE, FL   33301

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT   84111
EMAIL

Mr. Michael P O'Brien, Esq.
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
PO BOX 45444
SALT LAKE CITY, UT   84145-0444