

FILED
CLERK, U.S. DISTRICT COURT
2004 DEC 21 P 3: 50

Michael P. O'Brien (USB #4894)
Andrew H. Stone (USB #4921)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200

Attorneys for G2 Computer Intelligence, Inc.

## IN THE UNITED STATES DISTRICT COURT

## STATE OF UTAH, CENTRAL DIVISION

| THE SCO GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>Defendant. | G2 COMPUTER INTELLIGENCE INC.'S RESPONSE TO IBM'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN RESPONSE TO G2 COMPUTER INTELLIGENCE, INC.'S MOTION TO INTERVENE AND MOTION TO UNSEAL THE COURT'S FILE<br><br>Civil No. 03CV0294<br><br>Judge Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |
|---|---|

G2 Computer Intelligence, Inc. ("G2") submits the following memorandum in response to IBM's Ex Parte Motion For Extension Of Time. G2 objects to a further extension beyond that which G2 agreed to, until January 7, 2005.

Further extension is unreasonable. IBM's desire to await response until it files its latest papers is of no avail. G2's motion contemplates ongoing responsibilities of the parties in this matter to justify the sealing of any document filed with the Court. It is no less efficient to justify filings sealed to date now,

675326v1

362

rather than wait for those to be filed next month. This responsibility is not onerous; the protective order in this case obligates counsel to have a "good faith" basis for designating materials confidential in the first instance. And IBM certainly has the legal resources to have responded to G2's motion in a timely manner, much less an entire month late.

While counsel for G2 believes in accommodating reasonable requests for extension, it has done so in this instance; counsel consented to a nearly three week delay. There are no real efficiencies in waiting, but real damage comes with delay. G2 is entitled to have its motion heard promptly, without being tied to IBM's briefing on its motion for summary judgment. Moreover, the public is entitled to review non-proprietary matters that are filed under seal in this action promptly. Accordingly, G2 respectfully requests that the Court deny the ex parte application for extension beyond January 7, 2005 and require delivery of IBM's response on G2 by close of business on that day.

Dated this 21st day of December, 2004.

JONES WALDO HOLBROOK & McDONOUGH PC

By: _____
Michael P. O'Brien
Andrew H. Stone
Attorneys for G2 Computer Intelligence, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___21st___ day of December, 2004, I caused a true and correct copy of the foregoing to be mailed, postage prepaid, to the following:

>Brent O Hatch
>Mark F. James
>Hatch, James & Dodge, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, UT 84101
>
>David Boies
>Boies, Schiller & Flexner LLP
>333 Main Street
>Armonk, NY 10504
>
>Stephen N. Zack
>Mark J. Heise
>Boies, Schiller & Flexner LLP
>100 Southeast Second Street, Suite 2800
>Miami, FL 33131
>
>Todd Shaughnessy
>Snell & Wilmer LLP
>15 West South Temple, Suite 1200
>Salt Lake City, UT 84101
>
>Advid Marriott
>Cravath, Swaine & Moore LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, NY 10019
>
>Donald J. Rosenberg
>1133 Westchester Avenue
>White Plains, NY 10604