FILED
CLERK, U.S. DISTRICT COURT

2004 DEC 22  P 1: 30

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

RECEIVED CLERK

DEC 2 0 2004

U.S. DISTRICT COURT

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
Sean Eskovitz (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower, Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | [Proposed] **ORDER TO EXTEND TIME FOR SCO TO FILE REPLY TO G2 COMPUTER INTELLIGENCE, INC.'S MOTION TO INTERVENE AND MOTION TO UNSEAL COURT'S FILES**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |



Based upon the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that

1.  Plaintiff the SCO Group ("SCO") may have through January 7, 2004 in which to file a reply to G2 Computer Intelligence, Inc.'s November 30, 2004 Motion to Intervene and Motion to Unseal Court Records ("G2's Motion"); and

2.  In the event that the Court grants Defendant IBM additional time beyond January 7, 2004 to reply to G2's Motion, SCO's response shall be due on the same day as IBM's response.

DATED this 21st day of December, 2004.

By: _____
The Court

Approved as to form:

By: _____
JONES WALDO HOLBROOK & McDONOUGH PC
Michael P. O'Brien
Andrew H. Stone

*Attorneys for G2 Computer Intelligence, Inc.*

blk

**United States District Court**
**for the**
**District of Utah**
**December 22, 2004**


**\* \* CERTIFICATE OF SERVICE OF CLERK \* \***


Re:  2:03-cv-00294


**True and correct copies of the attached were either mailed, faxed or e-mailed**
**by the clerk to the following:**


       Brent O. Hatch, Esq.
       HATCH JAMES & DODGE
       10 W BROADWAY STE 400
       SALT LAKE CITY, UT  84101
       EMAIL

       Scott E. Gant, Esq.
       BOIES SCHILLER & FLEXNER
       5301 WISCONSIN AVE NW
       WASHINGTON, DC  20015

       Frederick S. Frei, Esq.
       ANDREWS KURTH
       1701 PENNSYLVANIA AVE NW STE 300
       WASHINGTON, DC  20006

       Evan R. Chesler, Esq.
       CRAVATH SWAINE & MOORE
       825 EIGHTH AVE
       NEW YORK, NY  10019
       EMAIL

       Mr. Alan L Sullivan, Esq.
       SNELL & WILMER LLP
       15 W SOUTH TEMPLE STE 1200
       GATEWAY TOWER W
       SALT LAKE CITY, UT  84101
       EMAIL

       Todd M. Shaughnessy, Esq.
       SNELL & WILMER LLP
       15 W SOUTH TEMPLE STE 1200
       GATEWAY TOWER W
       SALT LAKE CITY, UT  84101
       EMAIL

       Mark J. Heise, Esq.
       BOIES SCHILLER & FLEXNER
       100 SE 2ND ST STE 2800
       MIAMI, FL  33131

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Stuart H. Singer, Esq.
BOIES SCHILLER & FLEXNER
401 E LAS OLAS BLVD STE 1200
FT LAUDERDALE, FL  33301

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL

Mr. Michael P O'Brien, Esq.
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
PO BOX 45444
SALT LAKE CITY, UT  84145-0444