FILED
CLERK, U.S. DISTRICT COURT
2004 DEC 30 P 12: 35
DISTRICT OF UTAH
BY:
DEPUTY CLERK

RECEIVED CLERK
2004 DEC 29 P 10: 38
U.S. DISTRICT COURT
DISTRICT OF UTAH

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
Sean Eskovitz (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **[Proposed] ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE OVER-LENGTH REPLY MEMORANDUM**<br><br>Civil No. 2:03CV0294 DAK<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

This matter comes before the Court on the Ex Parte Motion of Plaintiff/Counterclaim-Defendant The SCO Group, Inc. ("SCO") for Leave to File an Overlength Reply Memorandum in Further Support of SCO's Motion for Leave to File a Third Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a) and 16(b). The Court, having considered this matter,

370

hereby determines that good cause and exceptional circumstances exist and hereby ORDERS that SCO be granted leave to file its over-length Reply Memorandum.

DATED: December 20th, 2004.

BY THE COURT:,

_____
Honorable Dale A. Kimball

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing Plaintiff's [Proposed] Order Granting Ex Parte Motion for Leave to File Overlength Reply Memorandum in Further Support of SCO's Motion for Leave to File a Third Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a) and 16(b) was served by mail on Defendant International Business Machines Corporation on the 29th day of December, 2004, by U.S. Mail to:

    David Marriott, Esq.
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York 10019

    Donald J. Rosenberg, Esq.
    1133 Westchester Avenue
    White Plains, New York 10604

    Todd Shaughnessy, Esq.
    Snell & Wilmer LLP
    1200 Gateway Tower West
    15 West South Temple
    Salt Lake City, Utah 84101-1004

*[signature]*

tsh

United States District Court
for the
District of Utah
January 3, 2005

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:  2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL

    Robert Silver, Esq.
    BOIES SCHILLER & FLEXNER
    333 MAIN ST
    ARMONK, NY  10504