

RECEIVED CLERK

JAN - 7 2005

U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | ~~[PROPOSED]~~<br>**ORDER RE BRIEFING FOR PENDING MOTIONS**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

IBM's Memorandum in Opposition to SCO's Renewed Motion to Compel Discovery shall be due on February 4, 2005;

IBM's Reply Memorandum in Support of its Motion for Partial Summary Judgment on Breach of Contract Claims shall be due on February 25, 2005; and

373

IBM's Reply Memorandum in Support of its Motion for Partial Summary Judgment on its Counterclaim for Copyright Infringement (Eighth Counterclaim) shall be due on February 25, 2005.

DATED this 7th day of January, 2005.

BY THE COURT:

Dale A. Kimball
Honorable Dale A. Kimball
United States District Court

APPROVED AS TO FORM:

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

By_____
*Counsel for Defendant International Business Machines Corporation*


HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By_____
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2005, a true and correct copy of the foregoing was and was sent by U.S. Mail, postage prepaid, to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131
>
>Robert Silver
>Edward Normand
>Sean Eskovitz
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

_Karen Butler_

blk

United States District Court
for the
District of Utah
January 10, 2005

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL

    Scott E. Gant, Esq.
    BOIES SCHILLER & FLEXNER
    5301 WISCONSIN AVE NW
    WASHINGTON, DC  20015

    Frederick S. Frei, Esq.
    ANDREWS KURTH
    1701 PENNSYLVANIA AVE NW STE 300
    WASHINGTON, DC  20006

    Evan R. Chesler, Esq.
    CRAVATH SWAINE & MOORE
    825 EIGHTH AVE
    NEW YORK, NY  10019
    EMAIL

    Mr. Alan L Sullivan, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Todd M. Shaughnessy, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Mark J. Heise, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131