```
                                                          FILED
                                                 CLERK, U S. DISTRICT COURT

                                                    2005 JAN 19  P 3: 53

                                                   DISTRICT OF UTAH
```

Michael P. O'Brien (USB #4894)
Andrew H. Stone (USB #4921)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200

BY:_____
DEPUTY CLERK

Attorneys for G2 Computer Intelligence, Inc., CNET Networks, Inc., and Forbes Inc.

## IN THE UNITED STATES DISTRICT COURT

## STATE OF UTAH, CENTRAL DIVISION

| THE SCO GROUP, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>　　　　Defendant. | **JOINDER IN MOTION TO INTERVENE AND MOTION TO UNSEAL COURT FILES**<br><br><br><br><br>Civil No. 03CV0294<br><br>Judge Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |
|---|---|

  CNET Networks, Inc. ("CNET"), and Forbes Inc. ("Forbes"), by and through their undersigned counsel, hereby join in the motions of G2 Computer Intelligence, Inc. ("G2") to intervene in this action and unseal the Court's file.

  CNET is a global interactive content company providing, among other content, information and news regarding personal and business technology. It is the publisher, among other websites, of www.cnet.com, CNET News.com (www.news.com.com), and www.zdnet.com. Both of these sites regularly cover issues concerning computer technology and the high-tech industry.

678699v1



Forbes is the publisher of *Forbes*, the nation's leading business magazine and its international edition, *Forbes Global*, which together reach a worldwide audience of nearly five million readers. Forbes also publishes www.Forbes.com, a leading business website. Forbes' publications regularly cover business, technology and computer industry issues.

CNET and Forbes respectfully incorporate G2's *Motion to Intervene and Motion to Unseal Court's File* as though fully set forth herein and further request that they be permitted to intervene on the same terms as G2.

Respectfully submitted this 19th day of January, 2005.

JONES WALDO HOLBROOK & McDONOUGH PC

By: _____

Michael P. O'Brien
Andrew H. Stone
Attorneys for G2 Computer Intelligence, Inc., CNET Networks, Inc., and Forbes Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of January, 2005, I caused a true and correct copy of the foregoing to be sent as indicated below to the following:

Brent O Hatch    **(via facsimile & hand delivery)**
Mark F. James
Hatch, James & Dodge, P.C.
10 West Broadway, Suite 400
Salt Lake City, UT 84101

David Boies    **(via facsimile & 1st class mail)**
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Stephen N. Zack    **(via facsimile & 1st class mail)**
Mark J. Heise
Boies, Schiller & Flexner LLP
100 Southeast Second Street, Suite 2800
Miami, FL 33131

Todd Shaughnessy    **(via facsimile & hand delivery)**
Snell & Wilmer LLP
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Advid Marriott    **(via facsimile & 1st class mail)**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Donald J. Rosenberg    **(via facsimile & 1st class mail)**
1133 Westchester Avenue
White Plains, NY 10604