FILED
CLERK, U.S. DISTRICT COURT

2005 JAN 28  A 11: 33

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION RE BRIEFING FOR PENDING MOTIONS**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |



The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order amending the deadlines for briefing as follows:

IBM's Memorandum in Opposition to SCO's Motion to Compel IBM to Produce Samuel Palmisano for Deposition shall be due on February 11, 2005;

SCO's Reply Memorandum in Support of its Renewed Motion to Compel Discovery shall be due on February 25, 2005; and

SCO's Reply Memorandum in Support of its Motion to Compel IBM to Produce Samuel Palmisano for Deposition shall be due on March 4, 2005.

The parties submit herewith a proposed Order confirming these deadlines.

DATED this 28th day of January, 2005.

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

By _____

*Counsel for Defendant International Business Machines Corporation*

DATED this 28th day of January, 2005.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By _____
*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2005, a true and correct copy of the foregoing was and was sent by U.S. Mail, postage prepaid, to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131
>
>Robert Silver
>Edward Normand
>Sean Eskovitz
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

SHAUGHT\SLC\334698

3