FILED
CLERK, U.S. DISTRICT COURT

2005 JAN 28  P 5: 39

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

RECEIVED CLERK
JAN 28 2005
U.S. DISTRICT COURT

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | [PROPOSED]<br>ORDER RE BRIEFING FOR PENDING MOTIONS<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

387

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

IBM's Memorandum in Opposition to SCO's Motion to Compel IBM to Produce Samuel Palmisano for Deposition shall be due on February 11, 2005;

SCO's Reply Memorandum in Support of its Renewed Motion to Compel Discovery shall be due on February 25, 2005; and

SCO's Reply Memorandum in Support of its Motion to Compel IBM to Produce Samuel Palmisano for Deposition shall be due on March 4, 2005.

DATED this 28th day of January, 2005.

**BY THE COURT**

Dale A. Kimball

APPROVED AS TO FORM:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By _____
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28TH day of January, 2005, a true and correct copy of the foregoing was and was sent by U.S. Mail, postage prepaid, to the following:

    Brent O. Hatch
    Mark F. James
    HATCH, JAMES & DODGE, P.C.
    10 West Broadway, Suite 400
    Salt Lake City, Utah 84101

    Stephen N. Zack
    Mark J. Heise
    BOIES, SCHILLER & FLEXNER LLP
    100 Southeast Second Street, Suite 2800
    Miami, Florida 33131

    Robert Silver
    Edward Normand
    Sean Eskovitz
    BOIES, SCHILLER & FLEXNER LLP
    333 Main Street
    Armonk, NY 10504

                                    Amy F. Sorenson

334726.1

blk

United States District Court
for the
District of Utah
January 31, 2005


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:   2:03-cv-00294


True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:


    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT   84101
    EMAIL

    Scott E. Gant, Esq.
    BOIES SCHILLER & FLEXNER
    5301 WISCONSIN AVE NW
    WASHINGTON, DC   20015

    Frederick S. Frei, Esq.
    ANDREWS KURTH
    1701 PENNSYLVANIA AVE NW STE 300
    WASHINGTON, DC   20006

    Evan R. Chesler, Esq.
    CRAVATH SWAINE & MOORE
    825 EIGHTH AVE
    NEW YORK, NY   10019
    EMAIL

    Mr. Alan L Sullivan, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT   84101
    EMAIL

    Todd M. Shaughnessy, Esq.
    SNELL & WILMER LLP
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT   84101
    EMAIL

    Mark J. Heise, Esq.
    BOIES SCHILLER & FLEXNER
    100 SE 2ND ST STE 2800
    MIAMI, FL   33131

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA 90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY 10504

Stuart H. Singer, Esq.
BOIES SCHILLER & FLEXNER
401 E LAS OLAS BLVD STE 1200
FT LAUDERDALE, FL 33301
EMAIL

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT 84111
EMAIL

Mr. Michael P O'Brien, Esq.
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
PO BOX 45444
SALT LAKE CITY, UT 84145-0444