FILED
CLERK, U.S. DISTRICT COURT

2005 JAN 28 P 4: 40

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **IBM'S EX PARTE MOTION FOR LEAVE TO FILE SUR-REPLY** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |



388

Pursuant to DUCivR 7-1(b)(3), International Business Machines Corporation ("IBM") respectfully moves the Court for leave to file a sur-reply memorandum in response to The SCO Group, Inc.'s ("SCO") Reply Memorandum in Support of Motion for Leave to File Third Amended Complaint, filed on December 29, 2004.

Although we have not yet seen a formal order of reference, we understand that SCO's motion to amend will be heard by this Court. Assuming that is the case, IBM respectfully requests that the Court allow IBM to submit a sur-reply memorandum to address issues raised by SCO for the first time in its reply brief that are important to the resolution of that motion.

As the Court is aware, a reply memorandum in support of any motion "must be limited to rebuttal of matters raised in the memorandum opposing the motion." DUCivR 7-1(b)(3) (emphasis added). In its motion, SCO argued that its proposed amendment was timely because it "did not know and could not reasonably have determined" that IBM's AIX 5L for Power product contains certain UnixWare/SVR4 source code until SCO received various documents from IBM in discovery in April 2004. (SCO Mem. at 15.) Rather than providing all (or any) facts which might support such a contention with its opening memorandum, however, SCO waited until after IBM showed in its opposition memorandum that SCO had — or should have had — such knowledge (which has been publicly available for over three-and-a-half years), only then submitting a declaration from a witness formerly employed at The Santa Cruz Operation, Inc. In the declaration, SCO offers new factual arguments regarding notice, arguments to which IBM necessarily has had no opportunity to respond. (See Reply Mem., Ex. A, 12/29/04 Decl. of Jay F. Petersen.) Because SCO waited until the filing of its reply memorandum to proffer these new factual and other arguments, IBM respectfully requests that it be given leave to file a brief sur-reply to fully address these important issues for the Court.

For the foregoing reasons, IBM respectfully requests leave to file a sur-reply memorandum in response to SCO's Reply Memorandum in Support of Motion for Leave to File Third Amended Complaint.

DATED this 28th day of January, 2005.

SNELL & WILMER L.L.P.

Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

Of Counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Donald J. Rosenberg
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27 day of January, 2005, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131
>
>Robert Silver
>Edward Normand
>Sean Eskovitz
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

Amy F. Sorenson

SLC\334440

4