SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br>  Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br>  Defendant/Counterclaim-Plaintiff. | [PROPOSED] <br> **ORDER GRANTING IBM'S EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT OBJECTIONS TO DISCOVERY ORDER** <br><br> Civil No. 2:03CV0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

SHAUGHT\SLC\335272

393

Based upon Defendant/Counterclaim-Plaintiff International Business Machines Corporation's ("IBM") Ex Parte Motion for Extension of Time to Submit Objections to Discovery Order, and for good cause appearing,

IT IS HEREBY ORDERED as follows:

1. IBM shall have until February 11, 2005, to file with the Magistrate Judge its Motion for Reconsideration/Clarification of the January 18, 2005, Discovery Order; and

2. IBM's objections to the discovery order under Federal Rule of Civil Procedure 72(a), if any, shall be due no later than 10 days after being served with a copy of the Magistrate Judge's order on that motion.

DATED this 1st day of February, 2005.

BY THE COURT

Dale A. Kimball
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on the \_\_\_ day of February, 2005, a true and correct copy of the foregoing was served by hand delivery to the following:

>   Brent O. Hatch
>   Mark F. James
>   HATCH, JAMES & DODGE, P.C.
>   10 West Broadway, Suite 400
>   Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

>   Stephen N. Zack
>   Mark J. Heise
>   BOIES, SCHILLER & FLEXNER LLP
>   100 Southeast Second Street, Suite 2800
>   Miami, Florida 33131
>
>   Robert Silver
>   Edward Normand
>   Sean Eskovitz
>   BOIES, SCHILLER & FLEXNER LLP
>   333 Main Street
>   Armonk, NY 10504

_[signature]_

```
                                                        blk
                  United States District Court
                            for the
                       District of Utah
                       February 2, 2005



            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT   84101
        EMAIL

        Scott E. Gant, Esq.
        BOIES SCHILLER & FLEXNER
        5301 WISCONSIN AVE NW
        WASHINGTON, DC   20015

        Frederick S. Frei, Esq.
        ANDREWS KURTH
        1701 PENNSYLVANIA AVE NW STE 300
        WASHINGTON, DC   20006

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY   10019
        EMAIL

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT   84101
        EMAIL

        Todd M. Shaughnessy, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT   84101
        EMAIL

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL   33131
```

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA   90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY   10504

Stuart H. Singer, Esq.
BOIES SCHILLER & FLEXNER
401 E LAS OLAS BLVD STE 1200
FT LAUDERDALE, FL   33301
EMAIL

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT   84111
EMAIL

Mr. Michael P O'Brien, Esq.
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
PO BOX 45444
SALT LAKE CITY, UT   84145-0444