SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Peter H. Donaldson (9642)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION RE: DEADLINES FOR FILING PRIVILEGE LOGS AND OBJECTIONS**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

336663.3

399

2

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order amending the deadlines for filing their respective privilege logs, and objections thereto. As grounds for this motion, the parties state as follows:

1. On November 19, 2004, the parties exchanged privilege logs pursuant to this Court's Order dated October 20, 2004.

2. On January 18, 2005, this Court entered an Order which requires, among other things, that both parties file their respective privilege logs with the Court, together with their respective objections to the opposing party's privilege log, by Friday, February 18, 2005.

3. In light of the on-going review of their privilege logs, the parties respectfully submit that it would be more efficient if both parties were allowed to file and serve their respective privilege logs (or an updated or revised log), and then were allowed a reasonable period of time thereafter within which to review and then lodge objections to the other party's privilege log.

Based on the foregoing, the parties hereby stipulate and jointly move the Court for entry of an Order requiring that the parties file and serve their respective privilege logs no later than March 10, 2005, and that the parties file and serve their respective objections to the opposing party's privilege log within 30 days thereafter, on or before April 9, 2005. The parties respectfully submit herewith a proposed Order confirming these deadlines.

DATED this 11th day of February, 2005.

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy
Peter H. Donaldson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

By _____
*Counsel for Defendant International Business Machines Corporation*

DATED this 10th day of February, 2005.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By _____
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the _11th_ day of February, 2005, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131
>
>Robert Silver
>Edward Normand
>Sean Eskovitz
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

_/s/ Debra Wotton_