SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Peter H. Donaldson (9462)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION RE BRIEFING OF PENDING MOTION**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

The parties, through their counsel of record, hereby stipulate and jointly move the Court

for an Order amending the following briefing deadlines as follows:

336726.2



1.  IBM's Memorandum in Opposition to SCO's Motion to Compel IBM to Produce Samuel J. Palmisano for Deposition shall be due on February 18, 2005.

2.  SCO's Reply Memorandum in Support of SCO's Motion to Compel IBM to Produce Samuel J. Palmisano for Deposition shall be due on March 11, 2005.

The parties submit herewith a proposed Order confirming these deadlines.

DATED this 11th day of February, 2005.

> SNELL & WILMER L.L.P.
> Alan L. Sullivan
> Todd M. Shaughnessy
> Peter H. Donaldson
>
> CRAVATH, SWAINE & MOORE
> Evan R. Chesler
> David R. Marriott
>
> By _____
> *Counsel for Defendant International Business Machines Corporation*

DATED this 10th day of February, 2005.

> HATCH, JAMES & DODGE, P.C.
> Brent O. Hatch
> Mark F. James
>
> By _____
> *Counsel for Plaintiff*

336726.2

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2005, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131
>
>Robert Silver
>Edward Normand
>Sean Eskovitz
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

*/s/ Debra Withers*