IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | ~~(Proposed)~~<br>**ORDER RE DEADLINES FOR FILING PRIVILEGE LOGS AND OBJECTIONS**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO"), and Defendant and Counterclaim-Plaintiff International Business Machines Corporation ("IBM") shall file and serve their respective privilege logs no later than March 10, 2005.

2. SCO and IBM shall file their respective objections, if any, to the opposing party's privilege log no later than April 9, 2005.

DATED this  11  day of February, 2005.

BY THE COURT:

_____
Honorable Brooke C. Wells
United States District Court Judge

336680.2



**APPROVED AS TO FORM:**

By: _____

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy
Peter H. Donaldson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

*Counsel for Defendant International Business Machines Corporation*


By: _____

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Ted Normand
Sean Eskovitz

*Counsel for Plaintiff The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the _11th_ day of February, 2005, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

Brent O. Hatch
Mark F. James
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

Robert Silver
Edward Normand
Sean Eskovitz
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504

_[signature]_

blk

United States District Court
for the
District of Utah
February 11, 2005


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294


True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:


   Brent O. Hatch, Esq.
   HATCH JAMES & DODGE
   10 W BROADWAY STE 400
   SALT LAKE CITY, UT  84101
   EMAIL.

   Scott E. Gant, Esq.
   BOIES SCHILLER & FLEXNER
   5301 WISCONSIN AVE NW
   WASHINGTON, DC  20015

   Frederick S. Frei, Esq.
   ANDREWS KURTH
   1701 PENNSYLVANIA AVE NW STE 300
   WASHINGTON, DC  20006

   Evan R. Chesler, Esq.
   CRAVATH SWAINE & MOORE
   825 EIGHTH AVE
   NEW YORK, NY  10019
   EMAIL

   Mr. Alan L Sullivan, Esq.
   SNELL & WILMER LLP
   15 W SOUTH TEMPLE STE 1200
   GATEWAY TOWER W
   SALT LAKE CITY, UT  84101
   EMAIL

   Todd M. Shaughnessy, Esq.
   SNELL & WILMER LLP
   15 W SOUTH TEMPLE STE 1200
   GATEWAY TOWER W
   SALT LAKE CITY, UT  84101
   EMAIL

   Mark J. Heise, Esq.
   BOIES SCHILLER & FLEXNER
   100 SE 2ND ST STE 2800
   MIAMI, FL  33131

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA 90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY 10504

Stuart H. Singer, Esq.
BOIES SCHILLER & FLEXNER
401 E LAS OLAS BLVD STE 1200
FT LAUDERDALE, FL 33301
EMAIL

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT 84111
EMAIL

Mr. Michael P O'Brien, Esq.
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
PO BOX 45444
SALT LAKE CITY, UT 84145-0444