SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

RECEIVED CLERK
FILED
2005 FEB 18 P 7: 16
U.S. DISTRICT COURT
DISTRICT OF UTAH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **IBM'S EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH SUR-REPLY MEMORANDUM IN FURTHER OPPOSITION TO SCO'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

404

Pursuant to DUCivR 7-1(e), Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("IBM") respectfully submits this Ex Parte Motion for Leave to File Overlength Sur-Reply Memorandum in Further Opposition to SCO's Motion for Leave to File a Third Amended Complaint, consisting of approximately fourteen pages of argument, exclusive of face sheet and preliminary statement.

In support of its motion to amend, SCO submitted an overlength memorandum some twenty-five pages long. On December 29, 2004, SCO filed an overlength reply memorandum in support of its motion to amend, some eighteen pages long, in which it advanced new arguments. IBM has endeavored to address SCO's arguments succinctly in its sur-reply memorandum, but doing so nevertheless resulted in the need for approximately fourteen pages of legal argument, four pages beyond the limit set forth in DUCivR 7-1(3).

For the foregoing reasons, IBM respectfully requests that it be granted leave to file its Sur-reply Memorandum, consisting of approximately fourteen pages of argument.

DATED this 18th day of February, 2005.

                                        SNELL & WILMER L.L.P.

                                        /s/

                                        Alan L. Sullivan
                                        Todd M. Shaughnessy
                                        Amy F. Sorenson

                                        CRAVATH, SWAINE & MOORE LLP
                                        Evan R. Chesler
                                        David R. Marriott

                                        *Attorneys for Defendant/Counterclaim-*
                                        *Plaintiff International Business Machines*
                                        *Corporation*

Of counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Donald J. Rosenberg
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2005 a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following::

    Brent O. Hatch
    Mark F. James
    HATCH, JAMES & DODGE, P.C.
    10 West Broadway, Suite 400
    Salt Lake City, Utah 84101

    Stephen N. Zack
    Mark J. Heise
    BOIES, SCHILLER & FLEXNER LLP
    100 Southeast Second Street, Suite 2800
    Miami, Florida 33131

    Robert Silver
    Edward Normand
    Sean Eskovitz
    BOIES, SCHILLER & FLEXNER LLP
    333 Main Street
    Armonk, New York 10504

                                      Amy F. Sorenson