FILED
CLERK, U.S. DISTRICT COURT

2005 MAR -8  A 9:48

**RECEIVED CLERK**

DISTRICT OF UTAH

MAR - 4 2005

BY: _____
DEPUTY CLERK

U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-<br>    Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-<br>    Plaintiff. | **ORDER**<br><br>Civil No. 2:03CV0294 DAK<br><br>**Honorable Dale A. Kimball**<br><br>**Magistrate Judge Brooke Wells** |

Based upon the motion and memorandum of The SCO Group, Inc. ("SCO"), relevant matters of record, and good cause appearing,

IT IS HEREBY ORDERED as follows:

SCO's brief in Opposition to IBM's Motion For Entry of Order Limiting Scope of IBM's Ninth Counterclaim shall be due on March 23, 2005.

DATED this 7th day of March, 2005.

BY THE COURT:

_\[signature\]_
Honorable Dale A. Kimball
United States District Court Judge

413

blk

United States District Court
for the
District of Utah
March 8, 2005

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:03-cv-00294

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

>    Brent O. Hatch, Esq.
>    HATCH JAMES & DODGE
>    10 W BROADWAY STE 400
>    SALT LAKE CITY, UT   84101
>    EMAIL
>
>    Scott E. Gant, Esq.
>    BOIES SCHILLER & FLEXNER
>    5301 WISCONSIN AVE NW
>    WASHINGTON, DC   20015
>
>    Frederick S. Frei, Esq.
>    ANDREWS KURTH
>    1701 PENNSYLVANIA AVE NW STE 300
>    WASHINGTON, DC   20006
>
>    Evan R. Chesler, Esq.
>    CRAVATH SWAINE & MOORE
>    825 EIGHTH AVE
>    NEW YORK, NY   10019
>    EMAIL
>
>    Mr. Alan L Sullivan, Esq.
>    SNELL & WILMER LLP
>    15 W SOUTH TEMPLE STE 1200
>    GATEWAY TOWER W
>    SALT LAKE CITY, UT   84101
>    EMAIL
>
>    Todd M. Shaughnessy, Esq.
>    SNELL & WILMER LLP
>    15 W SOUTH TEMPLE STE 1200
>    GATEWAY TOWER W
>    SALT LAKE CITY, UT   84101
>    EMAIL
>
>    Mark J. Heise, Esq.
>    BOIES SCHILLER & FLEXNER
>    100 SE 2ND ST STE 2800
>    MIAMI, FL   33131

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA 90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY 10504

Stuart H. Singer, Esq.
BOIES SCHILLER & FLEXNER
401 E LAS OLAS BLVD STE 1200
FT LAUDERDALE, FL 33301
EMAIL

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT 84111
EMAIL

Mr. Michael P O'Brien, Esq.
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
PO BOX 45444
SALT LAKE CITY, UT 84145-0444