# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH



SCO Grp,

    Plaintiff,                                                                     NOTICE

        vs.

Intl Bus Mach Inc,

    Defendant.                                                      Case No.   2:03-cv-00294

TYPE OF CASE             CIVIL

PLEASE TAKE NOTICE that a proceeding in this case has been set for hearing before Honorable Dale A. Kimball at:

        Room 220
        350 South Main Street
        Salt Lake City, Utah

    On Thursday, 4/21/05 at 3:00 p.m.


TYPE OF PROCEEDING: Motion to Amend #322, and Motion to Compel #374

                                    MARKUS B. ZIMMER,
                                    Clerk of Court


                                By:  Bonnie L. King
                                   Deputy Clerk


   DATE:      March 17, 2005

**422**

```
blk
                        United States District Court
                                   for the
                              District of Utah
                              March 17, 2005


                * * CERTIFICATE OF SERVICE OF CLERK * *


Re: 2:03-cv-00294



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Brent O. Hatch, Esq.
        HATCH JAMES & DODGE
        10 W BROADWAY STE 400
        SALT LAKE CITY, UT  84101
        EMAIL

        Scott E. Gant, Esq.
        BOIES SCHILLER & FLEXNER
        5301 WISCONSIN AVE NW
        WASHINGTON, DC  20015

        Frederick S. Frei, Esq.
        ANDREWS KURTH
        1701 PENNSYLVANIA AVE NW STE 300
        WASHINGTON, DC  20006

        Evan R. Chesler, Esq.
        CRAVATH SWAINE & MOORE
        825 EIGHTH AVE
        NEW YORK, NY  10019
        EMAIL

        Mr. Alan L Sullivan, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Todd M. Shaughnessy, Esq.
        SNELL & WILMER LLP
        15 W SOUTH TEMPLE STE 1200
        GATEWAY TOWER W
        SALT LAKE CITY, UT  84101
        EMAIL

        Mark J. Heise, Esq.
        BOIES SCHILLER & FLEXNER
        100 SE 2ND ST STE 2800
        MIAMI, FL  33131
```

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA  90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY  10504

Stuart H. Singer, Esq.
BOIES SCHILLER & FLEXNER
401 E LAS OLAS BLVD STE 1200
FT LAUDERDALE, FL  33301
EMAIL

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT  84111
EMAIL

Mr. Michael P O'Brien, Esq.
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
PO BOX 45444
SALT LAKE CITY, UT  84145-0444