FILED
U.S. DISTRICT COURT

2005 MAR 17  A 10: 24

IN THE UNITED STATES DISTRICT COURT          DISTRICT OF UTAH

FOR THE DISTRICT OF UTAH          BY:_____
                                      DEPUTY CLERK

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | ~~(Proposed)~~<br>**ORDER RE IBM'S MOTION FOR 45-DAY EXTENSION OF TIME TO COMPLY WITH 1/18/05 ORDER**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Based upon IBM's Motion for a 45-day Extension of Time to Comply with the 1/18/05

Order, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1.      IBM shall have until May 3, 2005, within which to produce the materials required

by the Court's January 18, 2005, Order.

2.      With respect to the materials that are the subject of IBM's Motion for

Reconsideration of the January 18, 2005 Order Regarding SCO's Renewed Motion to Compel,

IBM shall not be required to produce such materials until the Court has ruled on that motion.

SHAUGHT\SLC\340535



DATED this __16th__ day of March, 2005.

BY THE COURT:

United States District Court
District of Utah

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2005, a true and correct copy of the

foregoing [proposed] **ORDER RE IBM'S MOTION FOR 45-DAY EXTENSION OF TIME**

**TO COMPLY WITH 1/18/05 ORDER** was served by hand delivery on the following:

> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101

and by U.S. Mail, postage prepaid, on the following:

> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131
>
> Robert Silver
> Edward Normand
> Sean Eskovitz
> BOIES, SCHILLER & FLEXNER LLP
> 333 Main Street
> Armonk, NY 10504

blk

United States District Court
for the
District of Utah
March 17, 2005


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00294


True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


Brent O. Hatch, Esq.
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT  84101
EMAIL

Scott E. Gant, Esq.
BOIES SCHILLER & FLEXNER
5301 WISCONSIN AVE NW
WASHINGTON, DC  20015

Frederick S. Frei, Esq.
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC  20006

Evan R. Chesler, Esq.
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY  10019
EMAIL

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Todd M. Shaughnessy, Esq.
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER W
SALT LAKE CITY, UT  84101
EMAIL

Mark J. Heise, Esq.
BOIES SCHILLER & FLEXNER
100 SE 2ND ST STE 2800
MIAMI, FL  33131

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA   90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER
333 MAIN ST
ARMONK, NY   10504

Stuart H. Singer, Esq.
BOIES SCHILLER & FLEXNER
401 E LAS OLAS BLVD STE 1200
FT LAUDERDALE, FL   33301
EMAIL

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT   84111
EMAIL

Mr. Michael P O'Brien, Esq.
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
PO BOX 45444
SALT LAKE CITY, UT   84145-0444