FILED
2005 APR 11 P 7:30
U.S. DISTRICT COURT
DISTRICT OF UTAH

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **IBM'S OBJECTIONS TO SCO'S PRIVILEGE LOG**<br><br>Case No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |


431

Pursuant to this Court's January 18, 2005 Order, Defendant International Business Machines Corporation ("IBM") respectfully submits its Objections to The SCO Group, Inc.'s ("SCO") Privilege Log as follows:[1]

## I. SCO IMPROPERLY CLAIMS ATTORNEY-CLIENT PRIVILEGE OVER MATERIALS WHERE NO ATTORNEY WAS INVOLVED.[2]

| OBJECTION SUB-CATEGORIES | SCO PRIVILEGE LOG ENTRY NUMBERS |
|---|---|
| SCO Claims "Attorney Compilation of Information", But No Attorney is Identified | 1595, 1604, 2268, 2269 |
| SCO Claims "Attorney Discussion", But No Attorney is Identified | 134, 182, 272, 328, 629, 716, 726, 994, 1351, 1491, 1931, 1932, 1933, 1934, 1935, 1996, 2138, 2163, 2204, 2589, 2668 |
| SCO Claims "Attorney Draft of Document", But No Attorney is Identified (continued) | 6, 10, 141, 264, 273, 301, 312, 396, 467, 468, 481, 562, 585, 773, 782, 798, 829, 832, 878, 913, 949, 951, 952, 966, 969, 971, 993, 995, 1112, 1138, 1153, 1154, 1155, 1156, 1157, 1158, 1159, 1166, 1167, 1168, 1170, 1172, 1173, 1176, 1179, 1189, 1190, 1191, 1193, 1195, 1196, 1258, 1260, 1261, 1265, 1361, 1495, 1496, 1504, 1514, 1515, 1518, 1519, 1593, 1607, 1611, 1624, 1626, 1655, 1692, 1697, 1711, 1712, 1713, 1714, 1715, 1716, 1743, |

---

[1] SCO's original privilege logs, provided to IBM in November and December of 2004, contain 19,207 entries. The privilege log SCO filed with the Court on March 10, 2005, however, contains only 2,998 entries. IBM has requested that SCO account for the 16,209 documents that it removed from its privilege log. This morning, counsel for IBM had a brief telephone conference with SCO about this discrepancy, but we do not fully understand what documents have been removed from the log and why. IBM therefore reserves the right to make further objections and to compel production of the missing documents.

In addition, entries 2546 to 2998 on SCO's privilege log (bates numbers SCOR0005569 to SCOR0007192) refer to documents that purportedly have been redacted by SCO. However, to date, SCO has not produced these redacted documents to IBM. Because IBM has not had an opportunity to review these 1,623 documents, IBM reserves the right to make additional objections to these documents.

[2] SCO provided a "List of Attorneys in SCO's Privilege Log" together with its March 10, 2005 privilege log. None of the attorneys from SCO's list appears in the entries listed in this section.

2

| | |
|---|---|
| | 1755, 1773, 1774, 1781, 1782, 1783, 1804, 1894, 1902, 1917, 1951, 2002, 2003, 2059, 2065, 2066, 2070, 2079, 2132, 2177, 2179, 2180, 2195, 2211, 2212, 2213, 2214, 2215, 2218, 2221, 2223, 2224, 2229, 2232, 2241, 2246, 2247, 2256, 2262, 2265, 2271, 2275, 2276, 2277, 2278, 2279, 2280, 2281, 2288, 2289, 2297, 2302, 2312, 2315, 2317, 2325, 2327, 2335, 2338, 2339, 2340, 2343, 2350, 2359, 2366, 2368, 2370, 2373, 2382, 2392, 2393, 2394, 2395, 2396, 2402, 2403, 2404, 2405, 2435, 2446, 2448, 2449, 2458, 2459, 2461, 2462, 2464, 2466, 2468, 2473, 2475, 2480, 2482, 2483, 2484, 2485, 2490, 2506, 2507, 2548, 2762, 2779, 2851, 2903, 2929, 2958, 2959, 2960 |
| SCO Claims "Attorney Edit of Document", But No Attorney is Identified | 327, 479, 935, 1134, 1259, 1262, 1494, 1628, 1810, 1875, 1876, 1877, 1878, 2225, 2255, 2257, 2284, 2286, 2287, 2291, 2300, 2301, 2310, 2311, 2341, 2342, 2346, 2347, 2372, 2375, 2397, 2425, 2432, 2433, 2436, 2439, 2481, 2487, 2491, 2500, 2501, 2502, 2503, 2504, 2505, 2508, 2509, 2524, 2527, 2845, 2852, 2853, 2854, 2855, 2860, 2915, 2916, 2928, 2933, 2934, 2945, 2964, 2965, 2980, 2981, 2983, 2989 |
| SCO Claims "Attorney Legal Advice", But No Attorney is Identified<br><br>(continued) | 7, 9, 11, 13, 14, 17, 18, 19, 20, 21, 25, 26, 29, 46, 48, 50, 52, 53, 54, 55, 56, 57, 58, 60, 63, 73, 74, 76, 77, 78, 80, 81, 90, 95, 96, 99, 102, 103, 104, 105, 106, 107, 112, 113, 114, 115, 116, 216, 230, 237, 329, 334, 335, 469, 473, 489, 499, 513, 517, 525, 533, 558, 574, 576, 586, 601, 604, 605, 606, 614, 616, 624, 630, 637, 647, 650, 652, 653, 654, 658, 761, 794, 805, 823, 876, 879, 907, 910, 946, 950, 954, 962, 981, 1177, 1178, 1181, 1223, 1230, 1276, 1287, 1293, 1324, 1354, 1364, 1365, 1368, 1383, 1388, 1391, 1392, 1393, 1401, 1402, 1404, 1406, 1407, 1408, 1410, 1415, 1427, 1431, 1443, 1448, 1451, 1452, 1468, 1480, 1499, 1500, 1509, 1510, 1512, 1521, 1522, 1531, 1532, 1534, 1552, 1564, 1565, 1567, 1569, 1570, 1571, 1588, 1589, 1599, 1608, 1610, 1665, 1733, 1734, 1744, 1748, 1752, 1761, 1775, 1776, 1780, 1786, 1789, 1790, 1799, 1800, 1808, 1812, 1819, 1824, 1827, 1830, 1874, 1897, 1898, 1907, 1908, 1924, 1925, 1941, 1945, 1975, 1976, 2067, 2073, 2085, 2086, 2119, 2121, 2122, 2134, 2167, 2176, 2190, 2194, 2196, 2205, 2216, 2222, 2227, 2231, 2234, 2235, 2236, 2237, 2243, 2253, 2282, 2290, 2330, 2331, 2332, 2351, 2352, 2355, 2377, 2378, 2379, 2380, 2381, 2383, 2384, 2385, 2386, |

| | |
|---|---|
| | 2387, 2390, 2398, 2406, 2416, 2417, 2419, 2426, 2427, 2430, 2438, 2442, 2443, 2444, 2445, 2454, 2456, 2457, 2463, 2471, 2546, 2547, 2549, 2552, 2557, 2561, 2563, 2564, 2565, 2566, 2567, 2568, 2569, 2570, 2571, 2572, 2626, 2628, 2629, 2653, 2656, 2657, 2658, 2710, 2715, 2730, 2738, 2773, 2778, 2788, 2797, 2820, 2830, 2862, 2866, 2886, 2887, 2888, 2890, 2896, 2910, 2914, 2942, 2943, 2951, 2957, 2967, 2969, 2970, 2976, 2977, 2978, 2979, 2982, 2987, 2990 |
| SCO Claims "Attorney Request for Information", But No Attorney is Identified | 23, 33, 39, 118, 387, 388, 553, 623, 768, 916, 970, 1070, 1270, 1274, 1299, 1300, 1568, 1737, 1787, 2228, 2401, 2706, 2731 |
| SCO Claims "Discussion Reflecting Legal Advice", But No Attorney is Identified | 1, 70, 100, 101, 121, 129, 130, 132, 137, 139, 140, 150, 151, 154, 157, 179, 221, 283, 285, 289, 290, 296, 308, 362, 380, 381, 382, 383, 385, 386, 408, 409, 412, 413, 425, 431, 433, 470, 500, 501, 502, 503, 504, 505, 511, 515, 516, 518, 519, 520, 521, 522, 523, 524, 526, 527, 560, 636, 649, 661, 662, 663, 664, 665, 668, 669, 677, 678, 679, 680, 689, 691, 697, 698, 699, 712, 730, 760, 810, 817, 853, 864, 865, 867, 869, 886, 887, 892, 896, 898, 899, 928, 929, 933, 936, 938, 939, 948, 977, 984, 987, 988, 1187, 1220, 1277, 1278, 1279, 1280, 1289, 1290, 1291, 1292, 1294, 1314, 1327, 1329, 1330, 1331, 1336, 1352, 1353, 1355, 1356, 1369, 1379, 1382, 1384, 1386, 1387, 1394, 1395, 1400, 1413, 1416, 1449, 1454, 1457, 1459, 1461, 1466, 1474, 1483, 1488, 1489, 1490, 1493, 1497, 1502, 1503, 1505, 1508, 1517, 1526, 1528, 1529, 1533, 1535, 1536, 1556, 1557, 1583, 1644, 1645, 1753, 1764, 1879, 1881, 1936, 1949, 1967, 1990, 1992, 1995, 2072, 2074, 2075, 2092, 2093, 2219, 2226, 2233, 2238, 2248, 2251, 2260, 2274, 2283, 2299, 2303, 2304, 2305, 2306, 2307, 2308, 2309, 2313, 2318, 2319, 2320, 2323, 2363, 2369, 2371, 2418, 2420, 2422, 2424, 2428, 2474, 2550, 2573, 2575, 2582, 2583, 2602, 2604, 2605, 2606, 2617, 2619, 2639, 2718, 2719, 2739, 2741, 2768, 2769, 2770, 2771, 2774, 2775, 2777, 2791, 2792, 2793, 2794, 2795, 2815, 2821, 2833, 2842, 2878, 2966, 2984, 2985, 2995 |
| SCO Claims "Information Provided to Attorney to Solicit Legal Advice", But No Attorney is Identified (continued) | 27, 30, 38, 44, 126, 192, 193, 275, 278, 279, 280, 291, 307, 309, 416, 421, 422, 461, 477, 480, 514, 572, 646, 651, 783, 784, 785, 799, 812, 813, 848, 890, 893, 894, 900, 902, 903, 914, 924, 937, 978, 1141, 1175, 1235, |

| | |
|---|---|
| | 1281, 1282, 1283, 1284, 1285, 1286, 1288, 1315, 1322, 1323, 1335, 1338, 1350, 1359, 1376, 1378, 1381, 1398, 1411, 1467, 1473, 1527, 1546, 1548, 1550, 1561, 1562, 1603, 1617, 1630, 1632, 1635, 1637, 1639, 1641, 1647, 1662, 1725, 1740, 1788, 1796, 1798, 1965, 2001, 2264, 2266, 2267, 2296, 2316, 2333, 2334, 2421, 2540, 2623, 2638, 2714, 2725, 2732, 2737, 2819, 2879, 2894, 2911, 2994 |
| SCO Claims "Request for Legal Advice", But No Attorney is Identified | 4, 22, 24, 31, 45, 51, 61, 108, 110, 122, 142, 159, 167, 212, 215, 217, 222, 227, 267, 271, 339, 359, 378, 389, 391, 394, 414, 417, 426, 452, 509, 510, 512, 775, 776, 779, 780, 793, 795, 796, 797, 807, 811, 819, 821, 833, 837, 838, 840, 843, 846, 849, 850, 870, 875, 901, 906, 909, 975, 979, 996, 1256, 1271, 1272, 1273, 1328, 1332, 1333, 1334, 1357, 1358, 1360, 1371, 1372, 1377, 1380, 1390, 1397, 1409, 1417, 1418, 1424, 1426, 1442, 1453, 1462, 1464, 1481, 1482, 1484, 1492, 1543, 1544, 1559, 1560, 1566, 1602, 1631, 1656, 1657, 1660, 1661, 1736, 1739, 1750, 1751, 1777, 1785, 1809, 1821, 1823, 1825, 1826, 1828, 1829, 1832, 1927, 1943, 1944, 1948, 2019, 2037, 2039, 2053, 2172, 2174, 2202, 2230, 2240, 2292, 2293, 2294, 2295, 2314, 2326, 2360, 2376, 2408, 2411, 2412, 2414, 2423, 2455, 2499, 2511, 2512, 2533, 2541, 2543, 2551, 2553, 2554, 2555, 2556, 2558, 2559, 2560, 2562, 2578, 2586, 2587, 2607, 2634, 2635, 2636, 2637, 2713, 2721, 2726, 2776, 2780, 2781, 2782, 2783, 2784, 2799, 2800, 2801, 2805, 2809, 2810, 2811, 2818, 2834, 2837, 2840, 2841, 2877, 2885, 2898, 2901, 2907, 2909, 2932, 2971, 2974, 2992 |
| SCO Claims "Response to Attorney Request", But No Attorney is Identified | 28, 32, 34, 37, 40, 41, 87, 119, 338, 427, 428, 430, 808, 874, 891, 941, 942, 955, 1192, 1301, 1302, 1303, 1304, 1305, 1306, 1307, 1308, 1309, 1311, 1553, 1663, 1890, 1946, 1947, 1986, 2239, 2273, 2415, 2460, 2495, 2908, 2950 |
| SCO Claims "Work Product Protection", But No Attorney is Identified (continued) | 49, 62, 64, 65, 66, 94, 238, 239, 240, 241, 242, 243, 244, 250, 251, 252, 253, 254, 255, 256, 390, 392, 393, 395, 397, 398, 399, 400, 401, 402, 405, 406, 407, 411, 424, 429, 434, 435, 451, 462, 472, 787, 806, 814, 854, 873, 880, 881, 882, 908, 919, 922, 945, 953, 956, 958, 959, 960, 961, 980, 985, 992, 1197, 1200, 1211, 1216, 1217, 1222, 1238, 1240, 1241, 1242, 1243, 1245, 1246, |

5

| | |
|---|---|
| | 1247, 1248, 1249, 1251, 1295, 1296, 1310, 1312, 1316, 1318, 1319, 1320, 1554, 1555, 1594, 1648, 1673, 1726, 1727, 1728, 1729, 1732, 1815, 2217, 2329, 2620, 2621, 2622, 2624, 2630, 2631, 2632, 2633, 2708, 2709, 2722, 2723, 2724, 2727, 2728, 2733, 2734, 2735, 2736, 2764 |

**II.    SCO IMPROPERLY CLAIMS PRIVILEGE OVER DOCUMENTS THAT ORIGINATED WITH THE THIRD PARTIES THAT PREVIOUSLY OWNED THE UNIX ASSETS; BECAUSE THESE DOCUMENTS ARE NOW IN SCO'S POSSESSION, ANY PRIVILEGE HAS BEEN WAIVED.**

| OBJECTION SUB-CATEGORIES | SCO PRIVILEGE LOG ENTRY NUMBERS |
|---|---|
| SCO Claims Privilege Over Documents that Originated with AT&T | 556, 557, 558, 559, 1610, 1830, 2880, 2913, 2944 |
| SCO Claims Privilege Over Documents that Originated with Unix System Laboratories ("USL") | 1758, 2067, 2068, 2069, 2314, 2904, 2910, 2988, 2993 |
| SCO Claims Privilege Over Documents that Originated with Novell, Inc. ("Novell") | 543, 544, 545, 594, 595, 596, 597, 610, 611, 612, 613, 620, 621, 639, 640, 672, 673, 674, 675, 682, 688, 689, 690, 696, 721, 752, 753, 754, 755, 1580, 1581, 1755, 1772, 1774, 1790, 1791, 1792, 1801, 1835, 1874, 1891, 1892, 1893, 1899, 1905, 1906, 1914, 1915, 1916, 1918, 1920, 1921, 1922, 1923, 2092, 2093, 2099, 2116, 2201, 2241, 2337, 2338, 2397, 2445, 2454, 2513, 2514, 2516, 2517, 2518, 2519, 2520, 2521, 2522, 2541, 2542, 2543, 2544, 2545, 2548, 2653, 2654, 2655, 2674, 2675, 2679, 2686, 2688, 2689, 2690, 2691, 2692, 2700, 2701, 2889, 2899, 2995 |
| SCO Claims Privilege Over Documents that Originated with The Santa Cruz Operation, Inc. ("Santa Cruz")<br><br>(continued) | 1, 2, 3, 4, 5, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 359, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371, 372, 373, 374, 375, 376, 377, 378, 379, 380, 381, 382, 383, 384, 385, 386, 387, 388, 511, 512, 514, 515, 516, 517, 518, 519, 520, 521, 522, 523, 524, 525, 526, 527, 528, 529, 530, 531, 538, 540, 541, 542, 560, 561, 563, 564, 565, 566, 567, 568, 570, 571, 572, 573, 574, 582, 587, 588, 590, 593, 606, 607, 608, 609, 614, 616, 617, 618, 619, 624, 631, |

6

| | |
|---|---|
| | 635, 638, 666, 670, 700, 704, 705, 706, 713, 714, 715, 725, 729, 731, 733, 735, 738, 739, 740, 741, 742, 743, 744, 745, 746, 747, 748, 749, 750, 751, 764, 766, 767, 769, 770, 771, 772, 924, 1270, 1271, 1272, 1273, 1274, 1275, 1276, 1277, 1278, 1279, 1280, 1281, 1322, 1324, 1325, 1327, 1328, 1331, 1332, 1333, 1334, 1336, 1337, 1338, 1339, 1340, 1341, 1342, 1343, 1344, 1345, 1346, 1347, 1348, 1349, 1350, 1351, 1352, 1353, 1354, 1355, 1356, 1358, 1362, 1363, 1364, 1365, 1366, 1367, 1368, 1369, 1370, 1371, 1372, 1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 1388, 1389, 1390, 1391, 1392, 1393, 1394, 1395, 1396, 1397, 1399, 1400, 1401, 1402, 1403, 1404, 1405, 1406, 1407, 1408, 1409, 1410, 1411, 1412, 1413, 1414, 1415, 1416, 1417, 1418, 1419, 1420, 1421, 1422, 1423, 1424, 1425, 1426, 1427, 1428, 1429, 1430, 1431, 1432, 1433, 1434, 1435, 1436, 1437, 1438, 1439, 1440, 1441, 1442, 1443, 1444, 1445, 1446, 1447, 1448, 1449, 1450, 1451, 1452, 1453, 1454, 1455, 1456, 1457, 1458, 1459, 1460, 1461, 1463, 1464, 1465, 1466, 1467, 1468, 1469, 1470, 1471, 1472, 1473, 1474, 1475, 1476, 1477, 1478, 1479, 1480, 1481, 1482, 1483, 1484, 1485, 1486, 1487, 1488, 1489, 1490, 1497, 1498, 1499, 1501, 1506, 1507, 1508, 1511, 1513, 1517, 1518, 1520, 1523, 1524, 1526, 1527, 1529, 1530, 1536, 1537, 1538, 1539, 1540, 1541, 1542, 1543, 1544, 1545, 1546, 1547, 1548, 1549, 1550, 1551, 1552, 1556, 1558, 1559, 1560, 1561, 1562, 1563, 1564, 1565, 1566, 1567, 1568, 1569, 1571, 1572, 1573, 1574, 1576, 1577, 1578, 1579, 1582, 1584, 1585, 1586, 1587, 1589, 1590, 1591, 1596, 1597, 1598, 1599, 1600, 1601, 1602, 1736, 1737, 1738, 1739, 1740, 1741, 1742, 1747, 1748, 1749, 1751, 1753, 1754, 1757, 1759, 1762, 1764, 1765, 1766, 1767, 1768, 1769, 1780, 1784, 1785, 1786, 1787, 1796, 1797, 1798, 1799, 1800, 1802, 1806, 1807, 1809, 1810, 1811, 1812, 1813, 1814, 1815, 1816, 1817, 1818, 1819, 1820, 1821, 1822, 1823, 1824, 1825, 1826, 1827, 1828, 1829, 1832, 1833, 1834, 1836, 1837, 1838, 1839, 1841, 1842, 1843, 1844, 1845, 1846, 1847, 1848, 1849, 1850, 1851, 1852, |
| (continued) | 1853, 1854, 1855, 1856, 1857, 1858, 1859, 1860, |

| | |
|---|---|
| | 1863, 1864, 1865, 1866, 1867, 1868, 1869, 1870, 1872, 1873, 1895, 1903, 1904, 1926, 1928, 1929, 1930, 1931, 1932, 1933, 1934, 1935, 1937, 1938, 1943, 1944, 1945, 1946, 1947, 1950, 1952, 1953, 1954, 1955, 1959, 1961, 1969, 1970, 1972, 1973, 1977, 1978, 1979, 1980, 1981, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1992, 1993, 1995, 1997, 1998, 1999, 2004, 2005, 2006, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058, 2060, 2061, 2062, 2063, 2070, 2071, 2073, 2074, 2075, 2076, 2077, 2078, 2080, 2081, 2082, 2083, 2084, 2085, 2086, 2088, 2089, 2090, 2091, 2113, 2199, 2205, 2206, 2209, 2210, 2219, 2220, 2229, 2239, 2242, 2243, 2244, 2245, 2248, 2249, 2251, 2252, 2254, 2258, 2259, 2260, 2261, 2262, 2263, 2264, 2272, 2273, 2285, 2286, 2287, 2288, 2290, 2291, 2292, 2293, 2294, 2295, 2296, 2298, 2312, 2316, 2317, 2318, 2319, 2320, 2321, 2322, 2323, 2324, 2326, 2327, 2329, 2331, 2332, 2333, 2334, 2336, 2339, 2340, 2341, 2342, 2344, 2345, 2346, 2348, 2349, 2350, 2351, 2352, 2353, 2354, 2355, 2356, 2357, 2358, 2360, 2361, 2362, 2363, 2364, 2365, 2366, 2367, 2368, 2369, 2371, 2376, 2377, 2380, 2383, 2385, 2388, 2389, 2406, 2409, 2410, 2411, 2412, 2413, 2414, 2415, 2419, 2420, 2421, 2422, 2423, 2426, 2429, 2434, 2442, 2444, 2458, 2459, 2462, 2465, 2466, 2467, 2474, 2478, 2481, 2486, 2492, 2495, 2499, 2525, 2526, 2528, 2529, 2530, 2531, 2533, 2536, 2546, 2608, 2609, 2610, 2611, 2612, 2613, 2614, 2615, 2616, 2617, 2618, 2619, 2634, 2635, 2636, 2637, 2638, 2639, 2652, 2659, 2660, 2661, 2663, 2665, 2666, 2676, 2677, 2681, 2683, 2684, 2685, 2697, 2698, 2699, 2704, 2705, 2706, 2773, 2774, 2775, 2776, 2777, 2778, 2779, 2780, 2781, 2782, 2783, 2784, 2785, 2786, 2787, 2788, 2789, 2790, 2791, 2795, 2796, 2797, 2798, 2799, 2800, 2801, 2802, 2803, 2804, 2805, 2806, 2807, 2808, 2809, 2810, 2811, 2812, 2813, 2814, 2815, 2816, |
| (continued) | 2817, 2818, 2819, 2820, 2821, 2822, 2823, 2824, |

| | |
|---|---|
| | 2825, 2826, 2827, 2828, 2829, 2830, 2831, 2832, 2833, 2834, 2835, 2836, 2837, 2838, 2839, 2840, 2841, 2843, 2844, 2846, 2847, 2848, 2849, 2850, 2852, 2853, 2854, 2855, 2856, 2857, 2858, 2859, 2860, 2861, 2862, 2863, 2864, 2865, 2877, 2878, 2881, 2882, 2883, 2884, 2886, 2887, 2888, 2890, 2891, 2893, 2894, 2895, 2897, 2912, 2916, 2917, 2918, 2924, 2926, 2927, 2928, 2930, 2931, 2932, 2935, 2936, 2937, 2938, 2939, 2941, 2942, 2943, 2948, 2952, 2954, 2955, 2956, 2957, 2958, 2959, 2960, 2961, 2962, 2963, 2966, 2967, 2968, 2969, 2970, 2971, 2972, 2973, 2974, 2975, 2976, 2977, 2978, 2979, 2980, 2981, 2982, 2984, 2985, 2986, 2987, 2989, 2991, 2996 |
| SCO Claims Privilege Over Documents that Originated with AT&T, USL, Novell, or Santa Cruz[3]<br><br>(continued) | 8, 9, 10, 11, 12, 13, 14, 535, 539, 547, 548, 549, 552, 553, 554, 555, 575, 576, 577, 578, 579, 580, 581, 583, 584, 591, 592, 598, 599, 600, 622, 636, 637, 641, 642, 644, 645, 647, 648, 649, 650, 651, 652, 653, 654, 655, 656, 657, 658, 676, 681, 683, 684, 685, 686, 687, 691, 692, 693, 694, 695, 701, 702, 709, 710, 711, 717, 718, 719, 720, 722, 723, 724, 726, 734, 756, 757, 758, 759, 765, 1514, 1515, 1575, 1594, 1595, 1605, 1606, 1607, 1608, 1609, 1610, 1743, 1744, 1745, 1746, 1750, 1756, 1757, 1760, 1761, 1763, 1775, 1776, 1777, 1793, 1794, 1795, 1803, 1805, 1831, 1840, 1861, 1862, 1871, 1883, 1884, 1885, 1886, 1887, 1888, 1889, 1890, 1894, 1896, 1898, 1900, 1901, 1902, 1907, 1908, 1909, 1910, 1911, 1912, 1913, 1917, 1919, 1924, 1925, 1940, 1941, 1964, 1966, 1968, 1991, 1994, 1996, 2000, 2007, 2008, 2009, 2010, 2064, 2065, 2066, 2068, 2079, 2087, 2094, 2095, 2096, 2097, 2098, 2100, 2101, 2102, 2103, 2104, 2105, 2106, 2107, 2108, 2109, 2110, 2111, 2112, 2114, 2115, 2117, 2118, 2119, 2120, 2121, 2122, 2123, 2124, 2125, 2126, 2127, 2128, 2129, 2130, 2131, 2133, 2134, 2135, 2136, 2137, 2138, 2139, 2140, 2141, 2142, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2150, 2151, 2152, 2153, 2154, 2155, 2156, 2157, 2158, 2159, 2160, 2161, 2162, 2163, |

---

[3] SCO's privilege log fails to identify the business entity with whom the listed documents originated. In this section, IBM has identified documents that, according to the log, can only have originated with either AT&T, USL, Novell, or Santa Cruz.

9

|  | 2164, 2165, 2166, 2167, 2168, 2169, 2170, 2171, 2172, 2173, 2174, 2175, 2176, 2177, 2178, 2179, 2180, 2181, 2182, 2183, 2184, 2185, 2186, 2187, 2188, 2189, 2190, 2191, 2192, 2193, 2194, 2195, 2196, 2197, 2198, 2200, 2203, 2204, 2207, 2208, 2216, 2222, 2223, 2224, 2225, 2228, 2230, 2231, 2232, 2233, 2234, 2235, 2240, 2253, 2266, 2267, 2268, 2269, 2274, 2313, 2314, 2328, 2396, 2398, 2399, 2400, 2401, 2402, 2403, 2404, 2405, 2438, 2439, 2440, 2441, 2447, 2449, 2455, 2456, 2457, 2460, 2461, 2463, 2496, 2497, 2510, 2515, 2523, 2524, 2534, 2537, 2538, 2539, 2540, 2667, 2668, 2669, 2670, 2671, 2672, 2678, 2687, 2693, 2694, 2695, 2696, 2702, 2898, 2902, 2903, 2905, 2906, 2907, 2908, 2911, 2914, 2940, 2945, 2946, 2947, 2949, 2950, 2951, 2953, 2983, 2990, 2994, 2997, 2998 |
|---|---|

### III. SCO IMPROPERLY CLAIMS PRIVILEGE OVER DOCUMENTS DISCLOSED TO OR CREATED BY THIRD PARTIES.

| OBJECTION SUB-CATEGORIES | SCO PRIVILEGE LOG ENTRY NUMBERS |
|---|---|
| SCO Claims Privilege Over Communications with Investment Advisor S2 Consulting | 16, 420, 423, 429, 456, 1206, 1211, 1238, 1673, 2624, 2867 |
| SCO Claims Privilege Over Communications with Investment Advisor Kimble Jenkins of Morgan Keegan | 330, 331, 333, 453, 459, 461, 465, 1198, 1201, 1203, 1204, 1208, 1209, 1210, 1214, 1221, 1317, 1326, 1615, 1619, 1621, 1623, 1625, 1627, 1629, 1633, 1638, 1640, 1646, 1663, 2765 |
| SCO Claims Privilege Over Communications with Investment Advisor Whitney Company | 408 |
| SCO Claims Privilege Over Communications with Menzies Chartered Accountants | 58, 59, 63, 64 |

| | |
|---|---|
| SCO Claims Privilege Over Communications with Schwartz PR | 425 |
| SCO Claims Privilege Over Communications with AT&T | 890, 1607 |
| SCO Claims Privilege Over Communications with Silicon Graphics, Inc. | 1672 |
| SCO Claims Privilege Over Communications with Santa Cruz | 659, 1786, 1820, 2408, 2469, 2470, 2488, 2489, 2532, 2533, 2682 |
| SCO Claims Privilege Over Communications with Thomas Kroeger | 2928, 2929 |
| SCO Claims Privilege Over Communications with Cendant Corporation | 141 |
| SCO Claims Privilege Over Communications with "jetsonsystems.com" | 1178, 1268 |
| SCO Claims Privilege Over Communications with Tarantella | 1513 |
| SCO Claims Privilege Over Communications with IBM Employee Haig McNamee | 1361 |
| SCO Claims Privilege Over Communications Between Santa Cruz and the United States Patent and Trademark Office | 2704 |
| SCO Claims Privilege Over Communications Between Santa Cruz and Dell | 2589 |
| SCO Claims Privilege Over Communications Between Santa Cruz and IBM | 2798, 2859, 2860 |
| SCO Claims Privilege Over Communications Between Santa Cruz and Caldera | 2886 |
| SCO Claims Privilege Over Communications Between Santa Cruz and PeopleSoft | 2915 |

| | |
|---|---|
| SCO Claims Privilege Over Communications Between Santa Cruz and Novell | 1994, 2087, 2660, 2940, 2946 |

### IV. SCO'S LOG CONTAINS NUMEROUS ENTRIES THAT LACK BASIC INFORMATION NECESSARY FOR IBM AND THE COURT TO ASSESS THE VALIDITY OF THE ASSERTED PRIVILEGES.

| OBJECTION SUB-CATEGORIES | SCO PRIVILEGE LOG ENTRY NUMBERS |
|---|---|
| The Following Privilege Log Entries Contain Email Addresses Not Included in SCO's Email Directory[4] | 516, 1335, 1336, 1382, 1383, 1462, 1528, 1529, 1562, 1733, 1734, 1846, 1981, 1982, 1990, 1992, 1995, 2226, 2292, 2294, 2384, 2387, 2389, 2412, 2413, 2426, 2432, 2433, 2492, 2493, 2494, 2777, 2799, 2803, 2804, 2924, 2925, 2926, 2927, 2929 |
| The Following Privilege Log Entries Lack Information Regarding Author, Recipient, CC(s), and Business Entity[5] | 6, 396, 428, 903, 941, 1493, 1494, 1496, 1497, 1502, 1504, 1509, 1512, 1514, 1515, 1522, 1583, 1781, 1782, 1783, 1879, 1897, 1931, 1932, 1933, 1934, 1935, 1936, 1957, 1958, 1960, 1962, 1963, 1975, 1976, 2001, 2002, 2003, 2079, 2179, 2180, 2211, 2212, 2213, 2214, 2215, 2218, 2220, 2221, 2227, 2229, 2236, 2237, 2238, 2241, 2247, 2256, 2257, 2265, 2266, 2284, 2286, 2289, 2290, 2297, 2305, 2312, 2317, 2325, 2327, 2330, 2343, 2353, 2355, 2359, 2372, 2373, 2375, 2378, 2379, 2381, 2382, 2390, 2391, 2398, 2406, 2418, 2424, 2427, 2428, 2454, 2456, 2457, 2462, 2464, 2473, 2483, 2484, 2485, 2487, 2500, 2501, 2502, 2503, 2504, 2507, 2512, 2527, 2547, 2910, 2964, 2965, 2982 |
| The Following Privilege Log Entries Lack Information Regarding Date | 833, 837, 838, 839, 840, 841, 842, 843, 844, 845, 846, 847, 848, 849, 850, 851, 852, 911, 912, 1072, 1073, 1088, 1141, 1861 |

---

[4]   SCO's Email Directory is found in Exhibit 2, to SCO's Privilege Log.

[5]   Because SCO is improperly claiming privilege over documents involving several different companies, SCO's privilege log entries should have identified, at a minimum, the name of the company, or "Business Entity", from which the document originated.

| | |
|---|---|
| The Following Privilege Log Entries Lack Information Regarding Date, Author, Recipient, and CC(s) | 122, 159, 162, 192, 193, 237, 307, 426, 427, 475, 499, 783, 784, 785, 966, 1193, 1505, 1624, 1626, 1628, 1632, 1641, 2302, 2472, 2980 |
| The Following Privilege Log Entries Lack Information Regarding Date, Author, Recipient, CC(s), and Business Entity | 99, 119, 196, 310, 312, 313, 421, 481, 534, 562, 585, 604, 605, 623, 629, 643, 646, 773, 782, 832, 878, 894, 913, 949, 952, 995, 1167, 1168, 1170, 1172, 1176, 1190, 1191, 1260, 1261, 1592, 1603, 1604, 1644, 1647, 1692, 1711, 1712, 1713, 1714, 1715, 1716, 1835, 2132, 2301, 2315, 2347, 2370, 2416, 2425, 2437, 2443, 2446, 2448, 2451, 2452, 2453, 2471, 2476, 2477, 2479, 2656, 2668, 2696, 2763, 2772, 2947 |
| The Following Privilege Log Entries Lack Information Regarding Date and Business Entity | 834, 835, 836, 1492, 1510, 1850, 1855, 1860, 1871, 1964, 2059, 2900, 2931 |
| The Following Privilege Log Entries Lack Information Regarding Date, Recipient, CC(s), and Business Entity | 154, 157, 175, 955, 1516, 1525 |
| The Following Privilege Log Entries Lack Information Regarding Business Entity | 8, 532, 533, 552, 555, 578, 620, 661, 662, 663, 664, 665, 667, 668, 669, 677, 678, 679, 680, 685, 686, 692, 693, 695, 697, 698, 699, 730, 752, 758, 759, 761, 768, 799, 1359, 1361, 1557, 1575, 1607, 1745, 1749, 1756, 1761, 1772, 1776, 1777, 1831, 1881, 1927, 1941, 1948, 1949, 2065, 2066, 2103, 2147, 2190, 2191, 2199, 2202, 2225, 2226, 2255, 2267, 2268, 2269, 2306, 2329, 2338, 2407, 2432, 2433, 2442, 2455, 2482, 2493, 2494, 2508, 2510, 2541, 2657, 2658, 2680, 2693, 2879, 2898, 2929 |
| The Following Privilege Log Entries Lack Information Regarding Recipient | 2222, 2911, 2942 |
| The Following Privilege Log Entry Lacks Information Regarding Date, Author, CC(s), and Business Entity | 2478 |

13

DATED this 11th day of April, 2005.

                                SNELL & WILMER L.L.P.

                                /s/ Todd Shaughnessy
                                Alan L. Sullivan
                                Todd M. Shaughnessy
                                Amy F. Sorenson

                                CRAVATH, SWAINE & MOORE LLP
                                Evan R. Chesler
                                David R. Marriott

                                *Attorneys for Defendant/Counterclaim-Plaintiff*
                                *International Business Machines Corporation*

Of Counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Donald J. Rosenberg
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2005, a true and correct copy of the foregoing was served on the following by U.S. Mail, postage prepaid:

Brent O. Hatch
Mark F. James
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

Robert Silver
Edward Normand
Sean Eskovitz
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504

[signature]

336438.18