FILED
U.S. DISTRICT COURT
2005 APR 28  P 4:51
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | ORDER <br><br> Case No. 2:03CV294 DAK |

This matter is before the court on G2 Computer Intelligence, Inc.'s ("G2's") Motion to Intervene and Motion to Unseal Court's File. CNET Networks, Inc. ("CNET") and Forbes Inc. ("Forbes") have also joined in the motion. A hearing on the motion was held on April 26, 2005. At the hearing, G2, CNET, and Forbes were represented by Andrew H. Stone. International Business Machines Corp. was represented by Amy Sorenson, and The SCO Group was represented by Brent O. Hatch. Before the hearing, the court considered carefully the memoranda and other materials submitted by the parties. Since taking the motions under advisement, the court has further considered the law and facts relating to the motion. Now being fully advised, the court renders the following Order.

The court declines to allow G2, CNET, and/or Forbes to intervene in this case. The court, however, sets forth the following requirements and admonitions to minimize the risk of

438

overdesignating confidential documents, thereby maximizing the public's accessability to the documents filed in this case:

(1) Counsel for both IBM and SCO shall review the documents filed thus far in this action to determine whether any such documents may be unsealed. Counsel shall notify the court on or before May 27, 2005 as to which documents the parties agree may be unsealed.

(2) All future dispositive motions and memoranda that are filed under seal shall be publicly filed with all confidential information redacted. Additionally, all non-confidential supporting exhibits shall be publicly filed;

(3) After May 27, 2005, the court will award reasonable attorneys' fees to any party that successfully challenges the opposing party's designation of a document as confidential after such document has been filed with the court and after having provided the party seeking confidentiality at least ten days to remove the confidential designation;

(4) Although the court does not have the resources to monitor whether each sealed document is appropriately sealed, the court hereby notifies the parties that if the court, in its regular consideration of future motions, becomes aware that material documents are improperly filed under seal, the court may issue an order to show cause why a particular document was filed under seal and may impose monetary sanctions for improper sealing of a document.

## CONCLUSION

Accordingly, IT IS HEREBY ORDERED that G2, CNET, and Forbes' Motion to

Intervene and Unseal Court's Files is DENIED. The court has set forth several requirements and admonitions to minimize the risk of the parties improperly filing documents under seal.

DATED this 28th day of April, 2005.

BY THE COURT:

DALE A. KIMBALL
United States District Judge

United States District Court
for the
District of Utah
April 29, 2005


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:   2:03-cv-00294


True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:


    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    EMAIL

    Scott E. Gant, Esq.
    BOIES SCHILLER & FLEXNER (DC)
    5301 WISCONSIN AVE NW
    WASHINGTON, DC  20015

    Frederick S. Frei, Esq.
    ANDREWS KURTH
    1701 PENNSYLVANIA AVE NW STE 300
    WASHINGTON, DC  20006

    Evan R. Chesler, Esq.
    CRAVATH SWAINE & MOORE
    825 EIGHTH AVE
    NEW YORK, NY  10019
    EMAIL

    Mr. Alan L Sullivan, Esq.
    SNELL & WILMER (UT)
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Todd M. Shaughnessy, Esq.
    SNELL & WILMER (UT)
    15 W SOUTH TEMPLE STE 1200
    GATEWAY TOWER W
    SALT LAKE CITY, UT  84101
    EMAIL

    Mark J. Heise, Esq.
    BOIES SCHILLER & FLEXNER (FL)
    100 SE 2ND ST STE 2800
    MIAMI, FL  33131

EMAIL

Mr. Kevin P McBride, Esq.
1299 OCEAN AVE STE 900
SANTA MONICA, CA 90401
EMAIL

Robert Silver, Esq.
BOIES SCHILLER & FLEXNER (NY)
333 MAIN ST
ARMONK, NY 10504

Stuart H. Singer, Esq.
BOIES SCHILLER & FLEXNER (FL)
401 E LAS OLAS BLVD STE 1200
FT LAUDERDALE, FL 33301
EMAIL

Mr. David W Scofield, Esq.
PETERS SCOFIELD PRICE
340 BROADWAY CENTRE
111 E BROADWAY
SALT LAKE CITY, UT 84111
EMAIL

Mr. Michael P O'Brien, Esq.
JONES WALDO HOLBROOK & MCDONOUGH (SLC)
170 S MAIN ST STE 1500
PO BOX 45444
SALT LAKE CITY, UT 84145-0444
EMAIL