SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

FILED
U.S. DISTRICT COURT

2005 MAY -4  P 4: 57

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **UNSEALED DECLARATION OF IRVING WLADAWSKY-BERGER** [Docket 332]<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

I, Irving Wladawsky-Berger, declare as follows:

1. I am currently employed by International Business Machines Corporation ("IBM") as Vice President, Technical Strategy and Innovation.

2. This declaration is submitted in connection with the lawsuit brought by The SCO Group, Inc. ("SCO") against IBM, titled The SCO Group, Inc. v. International Business Machines Corporation, Civil No. 2:03CV-0294 DAK (D. Utah 2003). I make this declaration based upon personal knowledge.

3. On August 12, 2003, I met with counsel for IBM for the purpose of providing all documents in my possession that were responsive to SCO's document requests. The attorneys discussed with me in detail each of the categories of documents sought by SCO through its document requests.

4. During this meeting, I, with help from my administrative assistant, identified the documents in my possession (in both hard copy or electronic form) that I believed might be responsive to the document requests. We subsequently searched for, located and forwarded all of those documents to IBM's Corporate Litigation department in White Plains, New York.

5. I understand that further review by attorneys for IBM determined that none of the documents I provided were responsive to any of SCO's document requests.

6. Subsequently, in both February 2004 and March 2004, my assistant and I searched again for documents that were responsive to additional document requests from SCO, as well as the March 3, 2003 Order of this Court. We did not find any additional responsive documents.

7. On October 29, 2004, I met again with several attorneys representing IBM in this litigation. During that meeting, I recalled the existence of two folders of electronic documents on my computer that I may have overlooked in our prior searches for relevant documents. I gave to the attorneys CDs containing copies of all of the documents in the two folders. I understand that the attorneys have determined that some of the documents I recently provided are responsive to some of SCO's document requests, and that the attorneys will be producing those documents to SCO.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 17, 2004.

Somers, New York

Irving Wladawsky-Berger

## CERTIFICATE OF SERVICE

I hereby certify that on the \⁊⎍day of November, 2004, a true and correct copy of the foregoing was hand delivered to the following:

> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131

> Robert Silver
> Edward Normand
> Sean Eskovitz
> BOIES, SCHILLER & FLEXNER LLP
> 333 Main Street
> Armonk, New York 10504

*[signature]*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2005, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

    Brent O. Hatch
    Mark F. James
    HATCH, JAMES & DODGE, P.C.
    10 West Broadway, Suite 400
    Salt Lake City, Utah 84101

    Stephen N. Zack
    Mark J. Heise
    BOIES, SCHILLER & FLEXNER LLP
    100 Southeast Second Street, Suite 2800
    Miami, Florida 33131

    Robert Silver
    Edward Normand
    Sean Eskovitz
    BOIES, SCHILLER & FLEXNER LLP
    333 Main Street
    Armonk, New York 10504

_[signature]_