SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

FILED
U.S. DISTRICT COURT

2005 MAY -4  P 4: 58

DISTRICT OF UTAH

BY:_____
     DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **UNSEALED DECLARATION OF ANDREW BONZANI** <br> **[Docket 334]** <br><br> Civil No. 2:03CV0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

I, Andrew Bonzani, declare as follows:

1.      I am currently employed by International Business Machines Corporation ("IBM") as Assistant Secretary and Associate General Counsel.

2.      This declaration is submitted in connection with the lawsuit brought by The SCO Group, Inc. ("SCO") against IBM, titled The SCO Group, Inc. v. International Business Machines Corporation, Civil No. 2:03CV-0294 DAK (D. Utah 2003). I make this declaration based upon personal knowledge.

3.      As Assistant Secretary, I am responsible for overseeing and maintaining the files with respect to the meetings of the IBM Board of Directors, including materials delivered or presented to the Board.

4.      IBM maintains files for all such materials and members of the Board are not required to maintain or preserve their own copies of such materials. At the end of each meeting of the Board of Directors, the materials for that Board meeting are left behind for collection by members of the Secretary's staff.

5.      In March 2004, I and persons under my direction conducted a full and complete search of the Board's files for documents responsive to SCO's document requests. We turned over all such documents that we believed to be responsive to our outside counsel at Cravath, Swaine & Moore LLP for their review. I understand that all responsive, non-privileged documents from the Board files have been produced to SCO.

6.    I declare under penalty of perjury that the foregoing is true and correct.


Executed:  November __, 2004.

Armonk, New York

_____
Andrew Bonzani

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2004, a true and correct copy of

the foregoing was hand delivered to the following:

> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131

> Robert Silver
> Edward Normand
> Sean Eskovitz
> BOIES, SCHILLER & FLEXNER LLP
> 333 Main Street
> Armonk, New York 10504

4

## CERTIFICATE OF SERVICE

I hereby certify that on the ___4___ day of May, 2005, a true and correct copy of the

foregoing was sent by U.S. Mail, postage prepaid, to the following:

> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101
>
> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131
>
> Robert Silver
> Edward Normand
> Sean Eskovitz
> BOIES, SCHILLER & FLEXNER LLP
> 333 Main Street
> Armonk, New York 10504