ORIGINAL

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUN 16 2005 4:71pm

MARKUS B. ZIMMER, CLERK
BY_____
DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
Sean Eskovitz (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **SCO'S NOTICE OF UNSEALING**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

SCO respectfully submits this notice to identify documents that SCO originally filed with this Court under seal and that, pursuant to the Court's Order of April 28, 2005, the parties have to date agreed may be unsealed in their entirety or may be filed in redacted form.

1. The parties have agreed that the following documents may be unsealed in their entirety, and SCO respectfully requests that they be unsealed.

| Docket No. | Date Filed | Sealed Documents That May Be Unsealed |
|---|---|---|
| 203 | July 12, 2004 | Exhibits to the Declaration of Christopher Sontag in Support of SCO's Reply Memorandum Regarding Discovery (Exhibits 1-5) |
| 245 | August 19, 2004 | Ex Parte Motion for Leave to File a Supplemental Memorandum Regarding Discovery |
| 288 | August 19, 2004 | Declaration of Jeremy Evans and all exhibits thereto (Exhibits A-E) |
| 289 | August 19, 2004 | Declaration of Barbara Howe |
| 290 | September 9, 2004 | Memorandum in Support of Expedited Motion to Enforce the Court's Amended Scheduling Order |
| 317 | October 4, 2004 | Declaration of Jeremy Evans |
| 346 | November 30, 2004 | Memorandum in Opposition to IBM's Motion for Summary Judgment on SCO's Breach-of-Contract Claims |
| 369 | December 29, 2004 | Reply Memorandum in Further Support of SCO's Motion for Leave to File a Third Amended Complaint, and all exhibits thereto (A1, A2, and A-E) |
| 375 | January 12, 2005 | Memorandum in Support of SCO's Motion to Compel IBM to Produce Samuel J. Palmisano for Deposition, and all exhibits thereto (Exhibits A-Q) |
| 425 | March 23, 2005 | Memorandum in Opposition to IBM's Motion for Entry of Order Limiting Scope of IBM's Ninth Counterclaim |
| 432 | April 11, 2005 | Objections to IBM's Privilege Log and Memorandum in Support of SCO's Request to Compel IBM to Provide Proper Bases for Its Privilege Claims |

2. The parties have also agreed that the following documents may be filed in redacted form. SCO is preparing redacted versions of these documents and intends to file them shortly with the Court.

| Docket No. | Date Filed | Sealed Documents to be Submitted in Redacted Form |
|---|---|---|
| 197 | July 8, 2004 | Declaration of Sandeep Gupta |
| 198 | July 8, 2004 | Declaration of Christopher Sontag |
| 203 | July 12, 2004 | Declaration of Christopher Sontag |

2

| 206 | July 9, 2004 | Exhibit S-3 to SCO's Opposition to IBM's Cross-Motion for Summary Judgment on Tenth Counterclaim |
|---|---|---|
| 269 | September 3, 2004 | Reply to IBM's Opposition to SCO's Ex Parte Motion for Leave to File a Supplemental Memorandum Regarding Discovery |
| 287 | August 19, 2004 | Supplemental Memorandum Regarding Discovery |
| 316 | October 4, 2004 | Reply in Further Support of SCO's Supplemental Memorandum Regarding Discovery |
| 317 | October 4, 2004 | Exhibit 10 to the Declaration of Jeremy Evans |
| 323 | October 14, 2004 | Memorandum in Support of SCO's Motion for Leave to File a Third Amended Complaint |
| 350 | December 1, 2004 | Exhibit S8 to the Declaration of Jeremy Evans in Support of Memorandum in Opposition to IBM's Motion for Summary Judgment on SCO's Contract Claims |
| 365 | December 23, 2004 | Memorandum in Support of Renewed Motion to Compel Discovery |
| 409 | February 25, 2005 | Reply Memorandum in Further Support of Renewed Motion to Compel Discovery |
| 419 | March 11, 2005 | Reply Memorandum in Support of Motion to Compel IBM to Produce Samuel J. Palmisano for Deposition |

3. Finally, the parties have agreed that the following exhibits may be unsealed (the "Unsealed Exhibits"). SCO will resubmit the Unsealed Exhibits for filing together with all of the exhibits that were originally filed publicly in each of the submissions identified below, but will submit separately, for filing under seal, the remainder of the exhibits that originally accompanied each submission.

| Docket No. | Date Filed | Sealed Exhibits to be Submitted for Public Filing | Filed With |
|---|---|---|---|
| 191 | 07/06/04 | Exhibits I and J | SCO's Memorandum in Support of Renewed Motion to Compel |
| 197 | 07/08/04 | Exhibits B-G, K, N, Q, T, Z, AA, and DD | Declaration of Sandeep Gupta in Support of SCO's Opposition to IBM's Cross-Motion for Summary on Tenth Counterclaim |
| 198 | 07/08/04 | Exhibits O and P | Declaration of Christopher Sontag in Support of SCO's Motion for Continuance Pursuant to Rule 56(f) |
| 206 | 07/09/04 | Exhibits S-2, S-4, S-5, and S-7 | SCO's Opposition to IBM's Cross-Motion for Summary Judgment on Tenth Counterclaim |
| 293 | 09/09/04 | Exhibits 1-4, 6, 8-30, 32, 33, and A-D | SCO's Memorandum in Support of Expedited Motion to Enforce the Court's Amended Scheduling Order |

3

| 317 | 10/04/04 | Exhibits 1-9, 11, 12 and A-E | Declaration of Jeremy Evans in Support of SCO's Reply Supplemental Memorandum Regarding Discovery |
| --- | --- | --- | --- |
| 323 | 10/14/04 | Exhibits 1-6 and A-E | SCO's Memorandum in Support of Motion for Leave to File Third Amended Complaint |
| 350 | 12/01/04 | Exhibits S1, S2, S3, S5, and S7 | Declaration of Jeremy Evans in Support of SCO's Memorandum in Opposition to IBM's Motion for Summary Judgment on SCO's Contract Claims |
| 365 | 12/23/04 | Exhibits A-E and G-N | SCO's Memorandum in Support of Renewed Motion to Compel |
| 409 | 02/25/05 | Exhibits 2, 3, and A-C | SCO's Reply Memorandum in Further Support of Renewed Motion to Compel |
| 419 | 03/11/05 | Exhibits A-F | SCO's Reply Memorandum in Support of Motion to Compel IBM to Produce Samuel J. Palmisano |
| 425 | 03/23/05 | Exhibits A and B | SCO's Memorandum in Opposition to IBM's Motion for Entry of Order Limiting Scope of Ninth Counterclaim |
| 432 | 04/11/05 | Exhibits A-C | Objections to IBM's Privilege Log and Memorandum in Support of SCO's Request to Compel IBM to Provide Proper Bases for Its Privilege Claims |

DATED this 16th day of June, 2005.

        Respectfully submitted,

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER LLP
        Robert Silver
        Stuart H. Singer
        Stephen N. Zack
        Edward Normand
        Sean Eskovitz

        By _____
        *Counsel for The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing SCO's Notice of Unsealing was served on Defendant IBM on the 16th day of June, 2005, by U.S. Mail to:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York  10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

/s/ Mark James