RECEIVED CLERK

JUL 19 2005

FILED
U.S. DISTRICT COURT    U.S. DISTRICT COURT

2005 AUG -1  P 3: 14

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. | [~~PROPOSED~~] |
| Plaintiff/Counterclaim-Defendant, | ORDER LIMITING SCOPE OF IBM's NINTH COUNTERCLAIM |
| v. | Civil No. 2:03CV0294 DAK |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Honorable Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff. | Magistrate Judge Brooke C. Wells |

Based upon Defendant/Counterclaim Plaintiff International Business Machines Corporation's ("IBM's") Motion for Entry of Order Limiting Scope of IBM's Ninth Counterclaim, and for good cause appearing,

IT IS HEREBY ORDERED that IBM's Ninth Counterclaim is limited to seeking a declaration that IBM has not infringed SCO's alleged copyrights based on alleged breaches of license agreements with AT&T and SCO's purported termination of those licenses.

DATED this 1st day of August, 2005.

BY THE COURT

Dale A. Kimball

U.S. District Court Judge
Dale A. Kimball

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2005, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101
>
> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131
>
> Robert Silver
> Edward Normand
> Sean Eskovitz
> BOIES, SCHILLER & FLEXNER LLP
> 333 Main Street
> Armonk, NY 10504

*[Signature]*