**BOIES, SCHILLER & FLEXNER**

NEW YORK  WASHINGTON DC  FLORIDA  CALIFORNIA  NEW HAMPSHIRE

April 19, 2005

RECEIVED CLERK

JUL 0 5 2005

U.S. DISTRICT COURT

**Via Hand Delivery**
Honorable Dale A. Kimball
United States District Court for the District of Utah
350 South Main Street, Room 220
Salt Lake City, Utah 84101

Re:   **SCO v. IBM, Case No. 2:03CV-0294 DAK**

Dear Judge Kimball:

This firm is counsel for plaintiff The SCO Group, Inc. ("SCO") in the above-captioned matter. On Thursday, April 21, the parties are scheduled to appear before Your Honor for oral argument on two SCO motions and on the new Scheduling Order for this case.

All of the briefing on the two motions was filed under seal because many of the key documents referenced therein had been produced by IBM in discovery as "confidential". SCO expects that contents from such documents will be an important part of the argument before the Court on Thursday.

We do not believe there is any "confidential" information in the documents that we have referenced in our papers or that we intend to reference during oral argument. The documents at issue are many years old, and, at least with respect to the portions that SCO has referenced, do not reveal any information that could conceivably be sensitive to IBM.

Over the past several months, we have repeatedly asked IBM whether IBM would consent to unsealing (among other briefs) the briefing on these two pending motions. While IBM has never identified any portions of the briefs that it views as legitimately "confidential," it has declined such consent.

Honorable Dale A. Kimball
April 19, 2005
Page 2

Accordingly, we seek Your Honor's guidance as to the appropriate way for SCO to present this information to the Court during the argument on Thursday. While SCO does not believe the information at issue warrants it, the Court (and IBM) may prefer that the Courtroom be sealed for purposes of the argument on SCO's two motions.

Thank you for your consideration.

Respectfully Yours,

Edward Normand

cc: David R. Marriott, Esq.
Todd M. Shaughnessy, Esq.
Brent O. Hatch, Esq.