

FILED
U.S. DISTRICT COURT

2005 JUL -5 P 4: 45

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
Sean Eskovitz (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **EXHIBIT 10 TO THE DECLARATION OF JEREMY O. EVANS IN SUPPORT OF SCO'S REPLY BRIEF IN FURTHER SUPPORT OF ITS SUPPLEMENTAL MEMORANDUM REGARDING DISCOVERY**<br>[Docket No. 317]<br><br>**(REFILED IN REDACTED FORM)**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

/ Ron Saint Pierre
06/12/2000 10:06 AM

*Toronto's Approval (negative confirmation)*

To: Helene Armitage/Austin/IBM@IBMUS
cc: Teri Hunt/Austin/IBM@IBMUS, Sharon Dobbs/Austin/IBM@IBMUS, Terry McElroy/Toronto/IBM@IBMCA
From: Ron Saint Pierre/Austin/IBM@ibmus
Subject: Approve additional ISVs for Monterey Beta Program
Importance: Urgent

Helene, Sharon - please approve the following ISVs for inclusion in the Monterey Beta program.
Some of these companies are nominated by IBM, some by Bull, and one by Intel. The nominating
company provides first-level support.
Teri- the detailed company info from the Bull and Intel nominees is appended below.
Terry - your approval is assumed if I don't hear from you in 48 hours.

Nominated by IBM:
Storix
Compuware
— Facet Corp.———
Scriptics Corp.

Nominated by Bull:
Eastman Software
DST Innovis
BEA Software

Nominated by Intel:
Infosec Technologies Company

REDACTED

AT IBM'S REQUEST

CONFIDENTIAL                                                              1710057360

**REDACTED**

**AT IBM'S REQUEST**

Ron Saint Pierre          (512) 838-1944
Manager, Monterey OEM/IHV Support and Diagnostics
Austin, Tx. 78758

CONFIDENTIAL

1710057361

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant IBM on the 5th day of July, 2005 by U.S. Mail to:

David Marriott, Esq.
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Donald Rosenberg, Esq.
1133 Westchester Avenue
White Plains, NY 10604

Todd Shaughnessy, Esq.
SNELL & WILMER LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, UT 84101-1004

/s/ Laura K. Chaves