**ORIGINAL**

FILED
U.S. DISTRICT COURT

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
Sean Eskovitz (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff | **UNSEALED EXHIBITS TO THE DECLARATION IN SUPPORT OF SCO'S MOTION FOR CONTINUANCE PURSUANT TO RULE 56(F)**<br>**[Docket No. 198]**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

# EXHIBIT O



EXHIBIT O    http://w3.austin.ibm.com/~projects/aix_ed/modules/cmvc/Introduction.htm

# CMVC Introduction

## Introduction

This section contains:

- What is CMVC?
- Where to find more information

Welcome to the Configuration Management Version Control (CMVC) training document. In this document you will learn how CMVC is used in your work environment and how you can use it to become more productive and collaborate with others.

*This introduction will explain what CMVC is, why it is important to your work environment and provide you with some references to more information on CMVC.*

### What is CMVC? (Technical Description)

CMVC stands for Configuration Management Version Control. It is used by the AIX development organization as well as many other areas inside of IBM.

CMVC provides configuration management, version control, change control, and problem tracking in a distributed development environment to facilitate project-wide coordination of development activities across all phases of the product development life cycle.

Configuration management is the process of identifying, managing and controlling software modules as they change over time. Version control is the storage of multiple versions of a single file along with information about each version.

Shared access to all development data is supported by storing all files and information on a central server and providing access control that can be configured for each component of data. CMVC provides two types of change control. The first type controls access to files and requires files to be locked while changes take place. The second type complements the first with a mechanism for tracking all file changes across multiple products and environments. You can track both problem correction and design implementation.

The integration of problem and design tracking with change control provides a systematic, configurable approach to tracking the file changes made to resolve a reported problem or to implement a proposed design. With CMVC, you can organize your development data for effective development tracking.

### What is CMVC (Simplified Description)

*Note: Sometimes when you hear the term "release", it refers to the release of the product, e.g. 510, 43V and sometimes it refers to a track e.g. bos510, rspc43V. In the verbiage below, release refers to the release of the product.*

What the above section conceptually boils down to is that all levels of all files (the unit of software stored in CMVC) are stored on a central server and are available for viewing and or updating by those with the proper authority.

3/12/2003 9:43 PM

CONFIDENTIAL

1710058191

Parallel to that is problem tracking, which is done with "defects", which are created to document and track bugs in the software. Similar to defects are "features" which are used to track enhancements to the software. Defects and features contain "tracks". A track represents a portion of a release, (which is a particular level of the product). A defect can represent a problem in multiple releases, so a defect may have multiple tracks (e.g. bos43V, bos510)... even multiple tracks for a release (e.g. bos510, pkg510).

Files that are modified to fix the bugs are associated with a particular track. There can be multiple files associated with a track, multiple tracks associated with a release and multiple releases associated with a defect.

Using the file information, defect information and reporting capability (documented later) it is possible to tie specific file changes to specific problems and generate statistics to monitor and improve the development process.

**Where to find more information**

*Note: Be sure the information you reference is consistent with the level of CMVC you are using. Lesson 1 (Setting up CMVC) tells you how to determine the CMVC level you are using.*

• CMVC Documentation

Continue to Lesson 1 (Setting up CMVC)

CONFIDENTIAL

1710058192

# EXHIBIT P

EXHIBIT P

## Named Contributors In 2.4.x Change Logs[1]

9a4gl@9a0tcp.ampr.org

aaron.baranoff@isc.tdk.com

abbotti@mev.co.uk

Abraham vd Merwe

achirica

acme@conectiva.com.br

adam

Adam Fritzler

Adam J. Richter <adam@yggdrasil.com>

Adam Kropelin <akropel1@rochester.rr.com>

Adam Radford <adam@nmt.edu>

Adam Richter

adam@nmt.edu

Adan Richter

Adrian Bunk <bunk@fs.tum.de>

adsharma

agruen@suse.de

ajoshi@kernel.crashing.org

ajz@cambridgebroadband.com

---

[1]      This list was compiled from http://www.kernel.org/pub/linux/kernel/v2.4/.  There are hundreds of other
contributor names in the change logs for other Linux kernels, such as:

- http://www.kernel.org/pub/linux/kernel/v1.0/CHANGES
- http://www.kernel.org/pub/linux/kernel/v2.0/Changes
- http://www.kernel.org/pub/linux/kernel/v2.5/
- http://www.kernel.org/pub/linux/kernel/v2.6/

WAS 196065 1

ak@muc.de

akpm@digeo.com

akropel1@rochester.rr.com

Al Viro

Alan Cox <alan@lxorguk.ukuu.org.uk>

Alan Cox <alan@redhat.com>

Alan Stern <stern@rowland.harvard.edu>

alan@irongate.swansea.linux.org.uk

alan@lxorguk.ukuu.org.uk

alan@redhat.com

Albert Cranford

alborchers@steinerpoint.com

Alex Williamson <alex_williamson@hp.com>

alex.williamson

alexander

Alexander Viro <viro@math.psu.edu>

Alexander Zarochentcev

Alexey Kuznetsov <kuznet@ms2.inr.ac.ru>

alex_williamson@attbi.com

alex_williamson@hp.com

Alvaro Lopez

amir.noam

amn3s1a

andersen@codepoet.org

Andi Kleen <ak@muc.de>

andikies

andre.breiler@null-mx.org

Andrea

Andrea Arcangeli <andrea@suse.de>

Andrea Arkangeli

Andreas Bombe

Andreas Dilger <adilger@clusterfs.com>

Andreas Gruenbacher

Andreas Schwab <schwab@suse.de>

Andrew Grover

Andrew Morton

Andrew Morton <akpm@digeo.com>

Andrew Morton <akpm@zip.com.au>

Andrew Ryan <andrewr@nam-shub.com>

andrew.wood@ivarch.com

Andrey Panin <pazke@orbital.ru>

Andrey Savochkin

Andries Brouwer

Andries E. Brouwer <andries.brouwer@cwi.nl>

Andy Grover <agrover@groveronline.com>

Angelo Dell'Aera

antoine@ausone.whoknows

Anton Altaparmakov

Anton Blanchard <anton@samba.org>

arekm

WAS 106065 1

Arjan van de Ven <arjanv@redhat.com>

Arnaldo Carvalho de Melo <acme@conectiva.com.br>

Arnaud Quette

Arnd Bergmann <arnd@bergmann-dalldorf.de>

arndb@de.ibm.com

arndt@lin02384n012.mc.schoenewald.de

Arun Sharma

arun.sharma@intel.com

Asit Mallick

aspicht

Atul Mukker

atul.mukker

baccala@vger.freesoft.org

baldrick

baldrick@wanadoo.fr

Barry K. Nathan <barryn@pobox.com>

barryn@pobox.com

Bart De Schuymer <bart.de.schuymer@pandora.be>

Bartlomiej Zolnierkiewicz

bbosch@iphase.com

bcollins@debian.org

bde@bwlink.com

bdschuym@pandora.be

Ben Collins <bcollins@debian.org>

Ben Fennema

Ben Greear

Ben LaHaise

bengen

benh@zion.wanadoo.fr

Benjamin Herrenschmidt <benh@kernel.crashing.org>

Benjamin LaHaise <bcrl@redhat.com>

berentsen

bergner@cannon.rchland.ibm.com

bergner@vnet.ibm.com

bernhard.kaindl@gmx.de

bernie@develer.com

bero@arklinux.org

Bhavesh P. Davda

bhavesh@avaya.com

bheilbrun@paypal.com

Bjoern A. Zeeb

Bjorn Ekwall

Bjorn Helgaas <bjorn_helgaas@hp.com>

Bjorn Wesen <bjorn.wesen@axis.com>

bjorn.andersson@erc.ericsson.se

bjorn.helgaas

bjorn.helgaas@hp.com

bjorn_helgaas@hp.com

bk@suse.de

blaschke@blaschke3.austin.ibm.com

WAS 106065 1

blueflux@koffein.net

bmatheny@purdue.edu

Bob Tracy

boutcher

brad

Brad Hards <bhards@bigpond.net.au>

brazilnut

Brian Beattie <beattie@beattie-home.net>

brihall@pcisys.net

brill

bryder@paradise.net.nz

buffer

bunk@fs.tum.de

bwa@us.ibm.com

bwheadley@earthlink.net

c-d.hailfinger.kernel.2003@gmx.net

c-d.hailfinger.kernel.2004

C. Hellwig

calum.mackay

car.busse

Carsten Otte

cattelan

ccheney@cheney.cx

cel@citi.umich.edu

celso@bulma.net

WAS 106065 1

Chad N. Tindel <ctindel@cup.hp.com>

chad_smith@hp.com

Charles White <charles.white@hp.com>

Charles.White@hp.com

charles.white@hp.com <Charles.White@hp.com>

chas

Chas Williams

chas@cmd.nrl.navy.mil

chas@cmf.nrl.navy.mil

chas@locutus.cmf.nrl.navy.mil

Chris Mason <mason@suse.com>

Chris Wright

chris@qwirx.com

Christoph Hellwig <hch@infradead.org>

Christoph Hellwig <hch@lst.de>

Christoph Hellwig <hch@sb.bsdonline.org>

Christoph Hellwig <hch@sgi.com>

Christoph Rohland

Christophe Saout

chrisw

Chuck Lever

clemens@ladisch.de

cniehaus@handhelds.org

colin

Cort Dougan

coughlan@redhat.com

cramerj@intel.com

ctindel@cup.hp.com

cw

cweidema@indiana.edu

d3august@dtek.chalmers.se

dale@farnsworth.org

Damien Morange

dan

Dan Malek

Dan Quinlan

Dan Streetman

Dan Zink

dan.zink@hp.com <Dan.Zink@hp.com>

dana.lacoste@peregrine.com

danc@mvista.com

dancy

daniel

Daniel Phillips

Daniel Ritz

daniela

Dave Engebretsen <engebret@us.ibm.com>

Dave Hollis <dhollis@davehollis.com>

Dave Jones <davej@codemonkey.org.uk>

Dave Jones <davej@suse.de>

8 of 41

Dave Kleikamp <shaggy@kleikamp.austin.ibm.com>

Dave Kleikamp <shaggy@shaggy.austin.ibm.com>

Dave McCracken

Dave Miller

dave@thedillows.org

davej

davej@redhat.com

davem

davem@hera.kernel.org

davem@pizda.ninka.net

David Brownell <david-b@pacbell.net>

David Brownell <dbrownell@users.sourceforge.net>

David Dillow

David Engebretsen

David Fennell

David Gibson <david@gibson.dropbear.id.au>

David Glance

David Hinds

David Howells

David Miller

David Mosberger <davidm@hpl.hp.com>

David Mosberger <davidm@napali.hpl.hp.com>

David Mosberger <davidm@tiger.hpl.hp.com>

David S. Miller <davem@nuts.ninka.net>

David S. Miller <davem@redhat.com>

WAS 106065 1

David Stevens

David T. Hollis

David Woodhouse <dwmw2@infradead.org>

david@csse.uwa.edu.au

davidm@hpl.hp.com

davidm@tiger.hpl.hp.com

davidm@wailua.hpl.hp.com

dax

Dean Roehrich

dean@arctic.org

debian

defouwj@purdue.edu

dent@cosy.sbg.ac.at

devik@cdi.cz

dfages

dhinds@sonic.net

dledford

dlstevens@us.ibm.com

Dmitry Torokhov

dolbeau

Dominik Brodowski

Don Fry

Douglas Gilbert <dougg@torque.net>

drb

driver@huey.jpl.nasa.gov

WAS 106065 1

dtor_core@ameritech.net

Ducrot Bruno

dwmw2@dwmw2.baythorne.internal

dwmw2@redhat.com

dz@cs.unitn.it

ebrower@resilience.com

ebs@ebshome.net

ecd@skynet.be

Ed Vance

Edward Peng <edward_peng@dlink.com.tw>

Edward Shushkin

ehabkost@conectiva.com.br

emann

emoore

engebret

engebret@brule.rchland.ibm.com

engebret@us.ibm.com

eranian@frankl.hpl.hp.com

eranian@hpl.hp.com

eric

Eric Biederman

Eric Brower <ebrower@usa.net>

Eric Lammerts

Eric Sandeen <sandeen@sgi.com>

erik

Erik Andersen

Erik Andersen <andersen@codepoet.org>

erik@aarg.net

erikj

erlend-a

Ernie Petrides

Ernst Herzberg

Eyal Lebedinsky

eyal@eyal.emu.id.au

fbl@conectiva.com.br

felipewd@terra.com.br

felipe_alfaro

Felix Radensky

fello

Fenghua Yu

filip.sneppe@cronos.be

firestream network driver

flo@rfc822.org

FranÃ§ois Romieu

François Romieu

francis.wiran

Francois Romieu

fubar@us.ibm.com

fw@deneb.enyo.de

fzago@austin.rr.com

12 of 41

Gérard Roudier

gaa

galak

gandalf@netfilter.org

gandalf@wlug.westbo.se

Ganesh Varadarajan <ganesh@vxindia.veritas.com>

ganesh@tuxtop.vxindia.veritas.com

garloff@suse.de

garyhade@us.ibm.com

Geert Uytterhoeven <geert@linux-m68k.org>

geert@linux-m68k.org

georgn@somanetworks.com

Gerd Knorr <kraxel@bytesex.org>

Gerd Knorr <kraxel@suse.de>

giuseppe.furlan

Glen Overby

gnb@alphalink.com.au

Go Taniguchi <go@turbolinux.co.jp>

gone@us.ibm.com

gorgo

Grant Grundler

greearb@candelatech.com

green@angband.namesys.com

green@linuxhacker.ru

Greg Banks

WAS 106065 1

Greg KH

Greg Kroah-Hartman <greg@kroah.com>

grigouze@noos.fr

gronkin@nerdvana.com

grundler

grundym@us.ibm.com

gsromero@alumnos.euitt.upm.es

hadi@cyberus.ca

hadi@shell.cyberus.ca

hall@vdata.com

Hanna Linder <hannal@us.ibm.com>

hannal@us.ibm.com

hanno@gmx.de

Harald Welte <laforge@gnumonks.org>

harald@gnumonks.org

Harish Patil

hch@lst.de

hch@sgi.com

heiko.carstens@de.ibm.com

helgaas

helgaas@fc.hp.com

Henning Meier-Geinitz

henning@meier-geinitz.de

henry.ne

herbert

Herbert Xu

Hideaki Yoshifuji <yoshfuji@linux-ipv6.org>

Hirofumi Ogawa

hjm

Hollis Blanchard

hpa@zytor.com

Hubert Mantel <mantel@suse.de>

Hugh Dickins

Hugh Dickins <hugh@veritas.com>

Hui-Fen Hsu

hunold

hwahl@hwahl.de

i.palsenberg

Ian Abbott

ica2_ts@csv.ica.uni-stuttgart.de

IDE

info@usblcd.de

Ingo

Ingo Molnar <mingo@elte.hu>

Ingo Oeser

iod00d

Ion Badulescu

ionut@badula.org

irohlfs@irohlfs.de

Istvan Varadi

Itai Nahshon <nahshon@actcom.co.il>

Ivan Kokshaysky <ink@jurassic.park.msu.ru>

Jürgen E. Fischer <fischer@linux-buechse.de>

J. A. Magallon <jamagallon@able.es>

J.I. Lee <jung-ik.lee@intel.com>

ja

Jacek Stepniewski

jack

Jack Hammer

Jack Steiner

jackson@realtek.com.tw

jack_hammer@adaptec.com <Jack_Hammer@adaptec.com>

Jakub Jelinek

jakub@redhat.com

jamagallon@able.es

Jamal Hadi Salim

James Bottomley <james.bottomley@steeleye.com>

James McMechan

James Morris <jmorris@intercode.com.au>

James Washer

james@cobaltmountain.com

james@superbug.demon.co.uk

jamesl

jamie@shareable.org

jan

16 of 41

Jan Harkes

Jan Kara

Jan Niehusmann

Jan-Benedict Glaw <jbglaw@lug-owl.de>

jan.oravec

jani@iv.ro

janitor

Jari Ruusu

Jaroslav Kysela

javaman@katamail.com

javier

Javier Achirica <achirica@ttd.net>

Jay Estabrook

Jay Vosburgh <fubar@us.ibm.com>

jbarnes@sgi.com

jbaron

jbourne

jcchen

jdewand

Jean Delvare

Jean Tourrilhes <jt@bougret.hpl.hp.com>

jeb.j.cramer@intel.com

Jeff

Jeff Garzik <jgarzik@mandrakesoft.com>

Jeff Garzik <jgarzik@redhat.com>

WAS 106065 1

Jeff Hartmann

Jeff Mahoney

jejb@mulgrave.(none

jejb@raven.il.steeleye.com

jengel@brule.rchland.ibm.com

Jenna S. Hall <jenna.s.hall@intel.com>

Jens

Jens Axboe <axboe@suse.de>

Jeremy Linton

Jes Sorensen <jes@wildopensource.com>

jes@trained-monkey.org

jes@wildopensource.com

Jesse Barnes

jet

jgarzik

jgarzik@pobox.com

jgarzik@redhat.com

jgarzik@rum.normnet.org

jgarzik@tout.normnet.org

jh@sgi.com

jhf

JI Lee

jkt@helius.com

jlcooke

jmcmullan@linuxcare.com

jmorris

jmorris@intercode.com.au

jo-lkml@suckfuell.net

joakim.tjernlund@lumentis.se

Jochen Hein

jochen@scram.de

Joe Burks <joe@wavicle.org>

joel.becker

Joerg Prante

Joerg Reuter

joergprante@netcologne.de

Joern Engel

Johannes Erdfelt <johannes@erdfelt.com>

Johannes Erdfelt++

john

John Belmonte

John Byrne

John Cagle

John Levon <levon@movementarian.org>

John Marvin

John Stultz <johnstul@us.ibm.com>

john.l.byrne

johnstul@us.ibm.com

jon

Jon Oberheide

jones

jorge@dti2.net

joris

josh@joshisanerd.com

Joshua Uziel <uzi@uzix.org>

Jozsef Kadlecsik

jpk

jsiemes@web.de

jsm

jsm@udlkern.fc.hp.com

jsun@mvista.com

jt@bougret.hpl.hp.com

Juan Quintela <quintela@mandrakesoft.com>

Judd Montgomery

judd@jpilot.org

Julian Anastasov

Julien Lerouge

Jun Komuro

Justin Gibbs

Justin T. Gibbs <gibbs@overdrive.btc.adaptec.com>

jwoithe@physics.adelaide.edu.au

kadlec@blackhole.kfki.hu

kafai0928@yahoo.com

Kai Germaschewski <kai@tp1.ruhr-uni-bochum.de>

Kai Mäkisara

Kai Makisara

kai.makisara@kolumbus.fi <Kai.Makisara@kolumbus.fi>

Kamble

kambo77

Kanoj Sarcar <kanojsarcar@yahoo.com>

kaos@ocs.com.au

kaos@sgi.com

kare.sars@lmf.ericsson.se

Karl Rister

karlis

Karol Kozimor

Karsten Keil <kkeil@suse.de>

kartik_me

kas

Keith M. Wesolowski

Keith Owens

Keith Owens <kaos@ocs.com.au>

keithu@parl.clemson.edu

ken

Ken Brownfield

Kenneth W. Chen <kenneth.w.chen@intel.com>

kenneth.w.chen@intel.com

Kent Yoder <key@austin.ibm.com>

kernel@jsl.com

kernel@steeleye.com

WAS 106005 1

Kevin Fleming

kevino

khali

Khalid Aziz <khalid_aziz@hp.com>

khalid_aziz@hp.com

khc@pm.waw.pl

kiran@in.ibm.com

kisza@sch.bme.hu

kkeil@suse.de

kml

Knut Neumann

Kochi Takayoshi

kolya

komujun@nifty.com

kpc-usbdev@gelato.uiuc.edu

Krishna Kumar

krishnakumar

krkumar@us.ibm.com

Krzysztof Halasa

kuba@mareimbrium.org

Kumar Gala

kumarkr@us.ibm.com

kurd@cp.rtfm.se

Kurt Garloff <garloff@suse.de>

kuznet@ms2.inr.ac.ru

kyle

L.C. Chang

ladis

laforge@gnumonks.com

laforge@netfilter.org

Larry McVoy

Laurent Morichetti.

laurent.ml

leachbj

lee@compucrew.com

legoll@free.fr

Leigh Brown <leigh@solinno.co.uk>

leigh@solinno.co.uk

Len Brown

len.brown

Lennert Buytenhek <buytenh@gnu.org>

Leonard Zubkoff

lethal

lethal@linux-sh.org

lfo@polyad.org

liam.girdwood

linas

Linus Torvalds <torvalds@transmeta.com>

linux-kernel@vger.kernel.org

linux-usb@gemeinhardt.info

livio

lode_leroy@hotmail.com

lowekamp@cs.wm.edu <lowekamp@CS.WM.EDU>

luca

Luca Tettamanti

luca.risolia

lucy

lucy@innosys.com

lunz@falooley.org

m.c.p@wolk-project.de

maalanen@ra.abo.fi

Maciej Rozycki

Maciej Soltysiak

macro

Maksim Krasnyanskiy <maxk@qualcomm.com>

malte.d

Manfred Spraul <manfred@colorfullife.com>

manish@zambeel.com

Manuel Estrada Sainz

Marc Boucher <marc@mbsi.ca>

Marc-Christian Petersen

Marcel Holtmann <marcel@holtmann.org>

marcel@holtmann.org

marcel@holtmann.org[holtmann]

Marcelo

WAS 106065 1

marcelo

Marcelo Tosatti <marcelo@conectiva.com.br>

Marcelo Tosatti <marcelo@freak.distro.conectiva>

Marcelo Tosatti <marcelo@plucky.distro.conectiva>

marcelo.tosatti

marcelo@freak.distro.conectiva

marcelo@logos.cnet

marcus@ingate.com

marekm@amelek.gda.pl

Mark A. Greer <mgreer@mvista.com>

Mark Hemment

Mark W. McClelland <mark@alpha.dyndns.org>

mark.fasheh

mark@alpha.dyndns.org

mark@hal9000.dyndns.org

markhe

Marko Myllynen

marr

Martin Bligh

Martin Dalecki

Martin Devera <devik@cdi.cz>

Martin Diehl

Martin Frey

Martin Hicks

Martin Josefsson

WAS 106065 1

Martin K. Petersen

Martin Mares <mj@ucw.cz>

Martin Schwidefsky <schwidefsky@de.ibm.com>

martin.bene

masanari.iida

mashirie@us.ibm.com

Massimo Dal Zotto

Matija Nalis

Matt Chapman

Matt Domsch <matt_domsch@dell.com>

Matt Porter

Matthew Dharm

Matthew Tippett

Matthew Wilcox <willy@debian.org>

matthewc

matthewn

Matthias Andree

matt_domsch@dell.com <Matt_Domsch@dell.com>

mauelshagen@sistina.com

mb@ozaba.mine.nu

mbp

Me

me

Meelis Roos

Mehmet Ceyran

meissner@suse.de

mfedyk

mgalgoci

mgreer@mivsta.com

mgreer@mvista.com

Michael Hunold

Michael Shields

Michael Warfield

michael.krauth

michaelw@foldr.org

Michal Ostrowski

michal_dobrzynski

michel

miguel

Mikael Pettersson <mikpe@csd.uu.se>

Mikael Starvik

mikael.starvik@axis.com

mikal@stillhq.com

Mike Miller

Mike Phillips

mike.miller

mikem

mikpe@csd.uu.se

Mikulas Patocka

Mingming Cao

minyard@acm.org

mirage

Mirko Lindner

mitch@sfgoth.com

mk@linux-ipv6.org

mkp@mkp.net

mlang@delysid.org

mlocke@mvista.com

mlord

mlotek

mmagallo

moilanen

mort@wildopensource.com

mpm

mporter

mroos

mrr@nexthop.com

msdemlei@cl.uni-heidelberg.de

mtd

Muli Ben-Yehuda

mulix@mulix.org

mw@microdata-pos.de

my

Nathan Scott

Nathan Straz

nathans

Neil Brown

Neil Brown <neilb@cse.unsw.edu.au>

neilt@slimy.greenend.org.uk

Nemosoft Unv. <nemosoft@smcc.demon.nl>

netfilter@interlinx.bc.ca

Nicolas Aspert

Nicolas Pitre <nico@cam.org>

nicolas.mailhot@laposte.net

nicolas@dupeux.net

Niels Kristian Bech Jensen <nkbj@image.dk>

Nigel Gamble

NIIBE Yutaka

Nikita Danilov

Nitin A

nitin.a.kamble

niv@us.ibm.com

Nivedita Singhvi

nobita@t-online.de

not

ntfs

numerous

nuno

OGAWA Hirofumi

Ogawa Hirofumi

okir@suse.de

okurth@gmx.net

Olaf Hering <olh@suse.de>

Oleg Drokin <green@angband.namesys.com>

Oleg Drokin <green@namesys.com>

olh@suse.de

Oliver Neukum <oliver@neukum.name>

Oliver Neukum <oliver@neukum.org>

oliver@oenone.homelinux.org

oliver@vermuden.neukum.org

Olof Johansson

olof@austin.ibm.com

otaylor@redhat.com

others

p.guehring@futureware.at

Pam Delaney <pdelaney@lsil.com>

Pasi Sarolahti <sarolaht@cs.helsinki.fi>

Patrick McHardy <kaber@trash.net>

Patrick Mochel

Paul Fulghum <paulkf@microgate.com>

Paul Gortmaker <p_gortmaker@yahoo.com>

Paul Mackerras <paulus@au1.ibm.com>

Paul Mackerras <paulus@samba.org>

Paul Menage

Paul Mundt

Paul Schroeder

paul.clements

paul.mundt@timesys.com

paulm@routefree.com

Paulo Marques

Paulo Ornati

paulus@au1.ibm.com

Pavel Machek <pavel@ucw.cz>

pavel@janik.cz <Pavel@Janik.cz>

pavlin

pekon@informatics.muni.cz

Per Winkvist

per.winkvist

per.winkvist@telia.com

Pete Zaitcev <zaitcev@redhat.com>

Peter Anvin

Peter Braam

Peter Chubb <peter@chubb.wattle.id.au>

Peter Rival

peter@bergner.org

petkan

petkan@mastika.dce.bg

petkan@rakia.dce.bg

petkan@rakia.hell.org

petkan@tequila.dce.bg

WAS 106065 1

petkan@users.sourceforge.net

Petko Manolov <petkan@users.sourceforge.net>

Petr Vandrovec <vandrove@vc.cvut.cz>

petrides@redhat.com

pfg

pg

phil.el

philipc

philipp@void.at

PI

pkot@linuxnews.pl

plcl@telefonica.net

pmeda

pp

prepare-for-Alan

proski@gnu.org

purna

Put Alexey

qboosh@pld.org.pl

quade

R Sreelatha

r.a.mercer@blueyonder.co.uk

Ralf Bächle

Ralf Baechle

ralf@dea.linux-mips.net

Randy Dunlap <randy.dunlap@verizon.net>

Randy Dunlap <rddunlap@osdl.org>

raul@pleyades.net

rbh00@utsglobal.com

rddunlap@osdl.org

reeja.john@amd.com

René Scharfe

rene.herman

rgcrettol@datacomm.ch

rgs@linalco.com

Rich Baum

Richard Curnow

Richard Gooch <rgooch@atnf.csiro.au>

Richard Henderson <rth@dorothy.sfbay.redhat.com>

Richard Henderson <rth@dot.sfbay.redhat.com>

Richard Henderson <rth@twiddle.net>

richard.curnow@superh.com

ricklind

riel@redhat.com

riel@surriel.com

Rik

Rik van Riel <riel@conectiva.com.br>

rml

Rob Radez <rob@osinvestor.com>

Robert Love <rml@tech9.net>

WAS 106063 1

Robert Olsson <robert.olsson@data.slu.se>

Robert Siemer

robn

Roger Luethi <rl@hellgate.ch>

Rogier Wolff

rohit.seth@intel.com

Roland Fehrenbacher

Roland McGrath

roland@topspin.com

Rolf Eike Beer <eike@bilbo.math.uni-mannheim.de>

Romain Lievin <rlievin@free.fr>

Roman Zippel

romieu@fr.zoreil.com

root@madp.eti.br

rth

rth@are.twiddle.net

rtjohnso

rtjohnso@eecs.berkeley.edu

Rui Sousa <rui.sousa@laposte.net>

Russell Cattelan

Russell King <rmk@arm.linux.org.uk>

russell_d_cagle

Rusty

Rusty Russell <rusty@rustcorp.com.au>

rusty@rustcorp.com.au

sabala@students.uiuc.edu

Sam Ravnborg <sam@mars.ravnborg.org>.

schoenfr@gaaertner.de

schwab@suse.de

Scott Feldman <scott.feldman@intel.com>

scottm@somanetworks.com

sct@redhat.com

Sean McGoogan

Sergio Visinoni

Seth Rohit

sfr

sfrost@snowman.net

shaggy

shaggy@shaggy.austin.ibm.com

Shaohua David Li

sheilds

shemminger@osdl.org

Shmulik Hen

shmulik.hen@intel.com

silicon@falcon.sch.bme.hu

Silvio Cesare

Simon Barber

Simon Evans <spse@secret.org.uk>

Simon Horman

skewer

WAS 106065.1

smbi@smbnet.de

solar@openwall.com

solt@dns.toxicfilms.tv

soruk@eridani.co.uk

sparker@sun.com

sprite@sprite.fr.eu.org

sri@us.ibm.com

Sridhar Samudrala

srompf@isg.de

Stéphane Eranian <eranian@hpl.hp.com>

Stas Sergeev

Stefan Becker

Stefan Rompf

Stelian Pop

Stelian Pop <stelian.pop@fr.alcove.com>

stelian@popies.net

stephane.galles

Stephen C. Tweedie <sct@redhat.com>

Stephen Hemminger

Stephen Lord

Stephen Rothwell <sfr@canb.auug.org.au>

Stephen Tweedie

steve

steve@gw.chygwyn.com

steved

Steven Cole <elenstev@mesatop.com>

stewart@inverse.wetlogic.net

Stian Jordet

stuart_hayes

sv@sw.com.sg

swiergot@intersec.pl

sziwan

t-kochi

takai@valinux.co.jp

Takanori Kawano

Takayoshi Kochi

Takayoshi Kouchi <t-kouchi@mvf.biglobe.ne.jp>

taowenhwa

tchen

tes

tgraf

th122948@scl1.sfbay.sun.com

Theodore Ts'o <tytso@mit.edu>

Theodore Y. T'so

thiel@ksan.de

thockin@freakshow.cobalt.com

thomas

Thomas Chen

Thomas Sailer <sailer@scs.ch>

Thomas Schlichter

Thomas Winischhofer

thomas@osterried.de

tigran

Tigran Aivazian

Tim Hockin

Tim Schmielau <tim@physik3.uni-rostock.de>

Tim Waugh <twaugh@redhat.com>

Timothy Shimmin

tmcreynolds@nvidia.com <TMcReynolds@nvidia.com>

Tobias Ringstrom

Tom Callaway <tcallawa@redhat.com>

Tom Rini <trini@kernel.crashing.org>

Tomas Szepe <szepe@pinerecords.com>

tommy.christensen

Tony Luck

tonyb@cybernetics.com

torben.mathiasen@hp.com

trini

trini@mvista.com

tritol

Trond Myklebust <trond.myklebust@fys.uio.no>

trond.myklebust@fys.uio.no

tsk

tuncer.ayaz

tv

tvrtko@net4u.hr

uaca

Urban Widmark <urban@teststation.com>

urban.widmark

V. Ganesh <ganesh@vxindia.veritas.com>

valdis.kletnieks@vt.edu

valko@linux.karinthy.hu

various

Venkatesh Pallipadi

venkatesh.pallipadi@intel.com

vherva

Ville Nuorvala

Ville Syrjala

vinay-rc@naturesoft.net

viro@parcelfarce.linux.theplanet.co.uk

Vladimir Saveliev

Vladislav Yasevich

vmlinuz386

Vojtech Pavlik <vojtech@suse.cz>

vsu@altlinux.ru

wa@almesberger.net

wahrenbruch@kobil.de

waltabbyh

walter.harms@informatik.uni-oldenburg.de

wang

39 of 41

wanrouter

weigand@immd1.informatik.uni-erlangen.de

wensong

Wensong Zhang

wes@infosink.com

wesolows@.foobazco.org

wessmith

wg@malloc.de

Wiedemeier

will@sowerbutts.com

Willem Riede

William Lee Irwin III

William Stinson <wstinson@infonie.fr>

Willy Tarreau

willy@debian.org

willy@fc.hp.com

willy@w.ods.org

wilsonc@abocom.com.tw

Wolfgang Muees <wolfgang@iksw-muees.de>

wstinson@wanadoo.fr

xose

Xose Vazquez Perez

xose@wanadoo.es

Yasuyuki Kozakai

yinah

WAS 106065 1

Yokota Hiroshi

yoshfuji @linux-ipv6.org

yoshfuji@nuts.ninka.net

yuasa.

Zdenek OGAR Skalak

Zdenek Ogar Skalak

zubarev@us.ibm.com

Zwane Mwaikambo <zwane@linuxpower.ca>

zwane@linuxpower.ca

zwane@mwaikambo.name

zzz

_nessuno_

41 of 41

# CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true

and correct copy of the foregoing was served on Defendant IBM on the 5th day of July, 2005

by U.S. Mail to:

> David Marriott, Esq.
> CRAVATH SWAINE & MOORE LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, NY 10019
>
> Donald Rosenberg, Esq.
> 1133 Westchester Avenue
> White Plains, NY 10604
>
> Todd Shaughnessy, Esq.
> SNELL & WILMER LLP
> 1200 Gateway Tower West
> 15 West South Temple
> Salt Lake City, UT 84101-1004