# EXHIBIT S-7

Learning Unit 001

# SCO Linux Introduction



Version 1.2

SCO1355589

# SCO Linux Introduction

## Copyright

© 2002 Caldera International, Inc. All Rights Reserved.

No part of this document may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, or translated to another language without the express written consent of SCO Education.

THE SCO DOCUMENTS ARE PROVIDED AS IS AND MAY INCLUDE TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS. THE SCO GROUP RESERVES THE RIGHT TO ADD, DELETE, CHANGE OR MODIFY THE DOCUMENTS AT ANY TIME WITHOUT NOTICE. THE DOCUMENTS ARE FOR INFORMATION ONLY. SCO MAKES NO EXPRESS OR IMPLIED REPRESENTATIONS OR WARRANTIES OF ANY KIND.

## Trademarks

SCO, the SCO logos, SCO Volution, SCO OpenServer, are trademarks or registered trademarks of Caldera International, Inc. in the U.S. and other countries. Linux is a registered trademark of Linus Torvalds. UNIX and UnixWare, used under an exclusive license, are registered trademarks of The Open Group in the United States and other countries. All other brand and product names are trademarks or registered marks of the respective companies. Specifications subject to change without notice.

The SCO Group

355 South 520 West
Suite 100
Lindon, UT 84042
www.sco.com

# Typographical Conventions

This Learning Unit presents commands, filenames, keystrokes, and other special elements as shown:

| Element | Description |
| --- | --- |
| **format** or format | Command name |
| */etc/passwd* or /etc/passwd | File or directory name |
| root, cron, or username | System user or individual user name |
| `useradd -fm` | Command line |
| `useradd -fm <username>` | Command line requiring user variable input |
| **Cancel** | Button name |
| *Edit* | Menu name |
| **Copy** | Menu items |
| **File | Find | Text** | Sequences of menus and menu items |
| *IP Network Address* | Screen field names |
| `$HOME` | Environment or shell variables |
| `$SIGHUP` | Named constants, signals, and kernel parameters |
| *Linux System Administration Guide* | Book names |
| http://www.sco.com | Uniform Resource Locator (URL) |

SCO1355591



# Table of Contents

Introduction ........................................................................................... 1-1
    Learning Unit description ................................................................. 1-1
    Learning Unit objectives ................................................................. 1-2
    Prerequisite skills ............................................................................ 1-2
    Setup instructions ........................................................................... 1-2
    Suggested Learning Unit duration ................................................. 1-2
    More SCO Linux education .............................................................. 1-3

Origins and Features ............................................................................ 1-4
    In the beginning... .......................................................................... 1-5
    The Open Source movement ........................................................... 1-6
    Evolution of the Linux GUI .............................................................. 1-7
    Software and source code licensing ............................................... 1-9
    Linux commercialized ..................................................................... 1-13
    Linux operating system architecture ............................................. 1-14
    Multi-user and multitasking features ............................................. 1-17

Linux Functionality .............................................................................. 1-20
    Server functions ............................................................................. 1-21
    Workstation functions ..................................................................... 1-22
    Popular Linux software packages .................................................. 1-23
    Linux in comparison ....................................................................... 1-24

UnitedLinux, a Standard ...................................................................... 1-26
    Advantages of UnitedLinux .............................................................. 1-27
    UnitedLinux standards .................................................................... 1-28
    Core components of UnitedLinux .................................................... 1-30

SCO, a Technology Leader .................................................................. 1-33
    The SCO Group product line ........................................................... 1-34
    SCO Linux powered by UnitedLinux ............................................... 1-35
    SCO UnixWare ................................................................................ 1-37

*Copyright © 2002 The SCO Group All Rights Reserved.*

*1*

SCO OpenServer ................................................................................ 1-40
SCO Volution Manager ...................................................................... 1-42
SCO Volution Messaging Server .......................................................... 1-44
SCObiz ............................................................................................ 1-46

SCO Global Services ........................................................................... 1-49
Support Services ............................................................................. 1-50
Online Services ............................................................................... 1-50
Professional Services ....................................................................... 1-51
Education ....................................................................................... 1-52
SCO Global Services access ............................................................. 1-53

Learning Unit Summary .................................................................... 1-55
Review questions ............................................................................ 1-56
Review question answers ................................................................. 1-57

Expand Your Knowledge ..................................................................... 1-59

Copyright © 2002 The SCO Group All Rights Reserved.

CALDERA

CONFIDENTIAL

SCO1355593





# Introduction

- Linux origins
- The Open Source movement
- Software and source code licensing
- Linux deployment
- Multitasking and multi-user features
- UnitedLinux, a standard
- SCO, a Linux technology leader
- SCO Linux, UNIX, and management products
- SCO Global Services

## Learning Unit description

This Learning Unit presents the origins of Linux and the architecture of the Linux operating system.

It positions The SCO Group and product strategies and includes a description of SCO Linux powered by UnitedLinux, UnixWare, SCO OpenServer, Volution products, and SCObiz. Also described are SCO's Global Services offerings that include Support, Education, Professional Services, and On-line Services.

*Copyright © 2002 The SCO Group. All Rights Reserved.*

1-1

# Learning Unit objectives

After completing this Learning Unit, you will be able to:

- Describe a brief history of Linux

- Explain the Linux architecture and kernel functions

- Describe popular Linux software packages

- Compare the advantages of Linux over other operating systems

- Define UnitedLinux and the role it plays in the Linux world

- Describe the SCO product line

- Describe and access the SCO Global Services offerings

# Prerequisite skills

None.

# Setup instructions

None.

# Suggested Learning Unit duration

This Learning Unit takes approximately one hour to complete.

This Learning Unit is divided into five modules. Each module begins with an overview and ends with a review. A Summary section appears at the end of the Learning Unit that contains review questions and answers.

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355595

# More SCO Linux education

SCO has a number of options for education for Linux. This education meets the needs of several audiences including system administrators and technicians. The training options include self-paced online and print-based training, and instructor-led courses. SCO also can create customized courses for special requirements.

SCO has created 31 Linux Learning Units. Each is designed to be self-contained and self-paced. As with this Learning Unit, each contains conceptual text, graphics, and review questions and answers. In addition, all of the other Learning Units contain screen grabs, guided exercises, a comprehensive lab, and a summary of the commands and files used in that Learning Unit.

Some topics covered are command-line interface, shell scripting, user and group management, process management, TCP/IP configuration, DNS configuration, Squid configuration, Samba configuration, software management, security basics, and intrusion detection. A list of these Learning Units can be found at the end of this Learning Unit.

These 31 Learning Units have also been chunked into five instructor-led courses. These courses are:

- Linux System Administration (5 days)
- Linux Network Infrastructure (2 days)
- Linux Network Services (3 days)
- Linux Enterprise Administration (2 days)
- Linux Enterprise Security (3 days)

SCO's Linux courseware has earned the LPI (Linux Professional Institute) Approved Training Materials (LATM) designation. LATM identifies quality courseware through testing by an independent company. Education materials must accommodate several quality requirements including 100 percent correlation to LPI certification objectives. Because LPI is vendor neutral, our SCO training materials can be used to effectively train on any number of Linux distributions.

For more information on SCO Linux education offerings, visit www.sco.com/education/.

*Copyright © 2002 The SCO Group. All Rights Reserved.*

CONFIDENTIAL

SCO1355596

# Origins and Features

- Linus Torvalds
- GNU is Not UNIX and Open Source
- XFree86
- Licensing
- Commercialization of Linux
- Linux operating system architecture
- Multi-user and multitasking features



The Linux operating system stems from a rich history of collaborative development that has changed the face of software. SCO Linux, a descendant of Linux, brings this dynamic operating system to the mainstream user.

After completing this module, you will be able to describe:

- Origins of Linux

- Open Source movement

- Linux commercialization

- Linux kernel architecture

- Functions of the Linux kernel and kernel modules

- Difference between a program and a process

- Multi-user and multitasking capabilities of Linux

Copyright © 2002 The SCO Group All Rights Reserved

CONFIDENTIAL

SCO1355597

# In the beginning...

Linus Torvalds is the developer and keeper of the Linux kernel. While studying as an undergraduate student at the University of Helsinki, Torvalds held an interest in Minix, a small, freely available version of the UNIX® operating system. As a hobby, he set out to exceed its standards with a new operating system.

In 1991, he began developing the *kernel*, the foundation of Linux and released version 0.02 later that same year. Torvalds also began posting news of his project to Internet newsgroups, along with a call for volunteers to assist in his efforts.

With the Internet providing for a distributed collaboration, other programmers joined to create the huge patchwork of code making up the core operating system known as the Linux kernel. In 1994, Torvalds directed the collaboration to a version 1.0 release.

Development continues with the latest kernel, version 2.4.19, released in August of 2002

One of the most important decisions Torvalds made was to develop the Linux kernel under the GNU Public License (GPL) and keep the source code freely distributable so others could build upon, modify, and develop programs for the operating system.

This collaborative approach to developing and updating the Linux kernel is what makes Linux the most dynamic operating system available today.

---

**Did you know...**

The most common logo and unofficial mascot of Linux is a small, apparently well-fed penguin known as Tux. An amusing explanation of how Tux was conceived comes from Linus Torvalds himself, who was bitten by a small penguin in an Australian zoo a number of years ago.

---

*Copyright © 2002 The SCO Group., All Rights Reserved.*

CONFIDENTIAL                                        SCO1355598

# The Open Source movement

Linux is Open Source software and Richard Stallman is considered the founder of the Open Source movement. In 1979, he developed a strong belief in cooperative programming while working in the The Massachusetts Institute of Technology (MIT) artificial intelligence lab. As more and more hackers joined the commercial software world, Stallman began a movement to maintain open access to source code.

Stallman believes software should be free. This is not to say software must be distributed without cost, but that the source code must be publicly available and users have the freedom to run, copy, distribute, study, adapt, and improve software as they see fit.

After leaving MIT in 1984, Stallman founded both the GNU (GNU's Not UNIX) Project and the Free Software Foundation (FSF) to promote the development of Open Source software.

The FSF developed many of the components on which Linux is built. Key contributions include:

- The Editor MACros (Emacs) real-time text editor
- The GNU Compiler Collection (GCC)
- The standard C library
- Dozens of basic system utilities

All FSF contributions are Open Source software licensed under the GPL. Two additional examples of Open Source software, the X Window System and the K Desktop Environment (KDE) are described in the next section.

---

**Did you know...**

Well before the rise of Linux, GNU software was in widespread use in the UNIX community. In fact, the compiler (GCC) and editor (Emacs) were often the very first items installed by system administrators.

---

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355599

# Evolution of the Linux GUI



The development of XFree86™ has had a major impact on the evolution of Linux.
XFree86, originally developed at MIT, has been the standard graphical user
interface (GUI) for UNIX-based systems since its release in 1986. As written, the
X Window System did not support Intel-based architecture and graphics hardware,
the platform on which Linux was initially based.

In 1994, the XFree86 Project undertook a major effort to adapt the X Window
System to run on Intel hardware. The effort was successful and today, XFree86 is
the standard windowing system on all Linux computers.

Although the X Window System provides a GUI to the user, this interface has long
been recognized as unfriendly. A number of window managers has been released
by different developers to address this problem. The most prominent is the KDE.

*Copyright © 2002 The SCO Group., All Rights Reserved.*   1-7

   SCO1355600

KDE was developed by the KDE Project. The KDE Project is an Open Source, free software project with the goal of providing a user-friendly graphical environment for Linux. Now in its third major release, KDE is the standard desktop environment for SCO Linux.

---

**Did you know...**

The X Window System can run an application on one computer while *displaying it on another. The computer on which the application runs is* called an *application server.*

---

1-8

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL.

SCO1355601

# Software and source code licensing

- GPL
- Freeware
- Shareware
- Open Source
- Berkeley Software Distribution
- Closed source

Traditional licenses reflect the legal limitations restricting the use and reproduction of original works. The Open Source community has taken a different approach to licensing in an effort to maintain the integrity and availability of source code.

Keeping the source code publicly available maximizes the development and evolution of the software while developers:

- Maintain control of their original work

- Ensure the original source code remains publicly available

- Guarantee any software derived from the original code remains publicly available

- Ensure all works derived from the original source carry the same licensing terms as the original

SCO Linux products encompass a range of software that uses over 30 different licensing schemes. Many of the more prominent licenses are described in the following sections.

*Copyright © 2002 The SCO Group. All Rights Reserved.*

1-9

CONFIDENTIAL

## General Public License (GPL)

The GNU General Public License (GPL) is the original and most popular Open Source license available.

The GPL maintains that individuals and companies can distribute free software alone or packaged with their own software, whether gratis or for a fee, as long as the source code is available and the same rights are passed on to the recipients.

Licensing the Linux kernel under the GPL has been a great attribute to the development of Linux. Programmers from all over the world have added to and improved upon the operating system while adapting it to their own needs.

The number of Linux users has risen dramatically in recent years as several major computer manufacturers began endorsing Linux as an alternative to other operating systems.

Moreover, Linux's low cost and the rise of organizations dedicated to the distribution and support of it have combined to give Linux the critical mass necessary to gain mainstream adoption.

## Freeware

As the name implies, freeware is software offered at no cost. It might or might not include the source code. Although users can obtain this software for free, it is typically copyrighted so that the source code, if included, cannot be incorporated into any new software.

## Shareware

Unlike freeware, distribution of shareware is free on a trial-basis only.

After the trial period expires, the user must pay for the continued use of the program. It is common for shareware authors to include built-in expiration dates in the code to discontinue access to the program when the trial period ends.

Shareware might also have limited or disabled features in an attempt to entice users to pay for the full version of the program. Shareware is not usually distributed with the source code.

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355603

## Open Source

An Open Source program is software distributed with public access to the source code.

The Open Source community believes in the continuing evolution of software by those who use it. When programmers have access to the source code for a piece of software, they can adapt it, improve it, and even fix bugs at a much faster rate than the traditional closed model.

This is especially important with system components that affect the security of the overall system. In this case, Open Source also assures there are no hidden trapdoors or trojan entry points through which system security might be compromised.

SCO is committed to the Open Source community and makes its Linux products available for free download. ISO images (CD-ROM images) of SCO Linux are available for download on a single user, non-commercial license at www.sco.com/products.

## Berkeley Software Distribution

Over the years, one of the most popular versions of UNIX has been the Berkeley Software Distribution (BSD) developed at The University of California at Berkeley. FreeBSD, a project similar in focus to Linux, has its roots in the BSD source code.

The FreeBSD Project's goal is to provide software to anyone for any purpose without obligation and to achieve the widest possible use and benefit of the software rather than make a profit.

Although some of the components of the FreeBSD's source code tree fall under the GPL or GNU Library General Public License (LGPL), they do have their own, more relaxed, FreeBSD license and strive to replace the GPL and LGPL licenses whenever possible.

*Copyright © 2002 The SCO Group. All Rights Reserved.*          1-11

## Closed source

*Closed source is the traditional, primary approach to commercial software development. Just the opposite of Open Source, closed source programming does not allow for the distribution of source code.*

---

**Did you know...**

In the early days of microcomputers, programs were often written using interpreted rather than compiled languages. For example, many applications were written in BASIC. A side effect of interpreted languages was leaving the source code exposed for all to see. This did not, however, provide any of the rights associated with Open Source software.

---

*Copyright © 2002 The SCO Group All Rights Reserved.*

CONFIDENTIAL

SCO1355605

# Linux commercialized



- High demand
- Technical preference
- Available support
- Easy to install
- Application development
- Stable and reliable

Linux is the operating system of choice, particularly when it comes to network servers. The demand and technical preference for Linux is driving the commercialization and helping to create an operating system that is:

- Easy to install

- Commercially supported

- A driving force in application development

- One of the most stable and reliable operating systems currently available

---

**Did you know...**

During the early days of Linux development, CD-ROM drives had not yet become standard equipment on personal computers. To distribute Linux to users without CD-ROM drives, vendors had to provide Linux on floppy diskette. The distributed product sometimes exceeded 30 floppies.

---

*Copyright © 2002 The SCO Group., All Rights Reserved.*     1-13

CONFIDENTIAL

SCO1355606

# Linux operating system architecture



Hardware is accessed through layers of application, system, and kernel software.
The kernel represents the core of the operating system and is responsible for the
computer's basic behavior.

Copyright © 2002 The SCO Group All Rights Reserved

CONFIDENTIAL

## Linux kernel functions



Hundreds, sometimes thousands, of individual components comprise modern operating systems. Among these, the single most important component is the system's kernel. The kernel is responsible for controlling every aspect of system operation including:

- Launching and scheduling the priorities of system and user programs

- Controlling and maintaining access to all system devices, such as memory and disk drives

Because the kernel always remains active in the main memory, it is important for the kernel to be as small as possible. The small size of the Linux kernel supports this ideal and helps to conserve CPU resources.

In addition, the kernel supports a modular architecture that can load and unload blocks of code, or *modules,* on-demand without a reboot. This flexibility adds functionality to a busy system without interrupting the user's work.

*Copyright © 2002 The SCO Group., All Rights Reserved.*

CONFIDENTIAL

SCO1355608

Important kernel functions include:

| | |
|---|---|
| System call interface | All system and user programs communicate with the kernel through a well-defined set of *system calls*. A program invokes these calls whenever it wants to gain access to a service or resource controlled by the kernel. |
| Process control | Any given program, when running, is referred to as a process. The kernel controls the Linux environment by creating the processes and associated environments in which programs execute. These processes run for a small amount of time, or time slice, and are then paused briefly to give another process a chance to use the central processing unit (CPU). In time, each process receives enough time slices to finish its job. |
| Memory management | The kernel allocates and frees the computer's memory so processes have the resources they require to execute. |
| File system management | The kernel manages the overall storage environment by maintaining the organization, integrity, security, and access to each individual storage device. |
| Device drivers | This portion of the kernel is responsible for communicating with, and controlling access to, all system devices such as hard disks, printers, and modems. Every device available in the system has a device driver. This is the sole means through which system and user programs interact with these devices. |

## Processes and programs

Linux systems must share the computer's resources among many users and programs performing many different tasks. To accomplish this, the operating system allocates memory to each program. While a program is executing in memory it is called a process. Note the following distinctions in these terms:

- A program is a file that contains instructions and data to perform a specific task.

- A process is an instance of a program that is in a state of execution. Processes are the active, working entities of the operating system.

---

NOTE:  The kernel is not a process because it is the controlling and initiating authority of every process in the system.

---

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355609

*SCO Linux Introduction*

# Multi-user and multitasking features



Linux systems are able to share the computer's memory and other resources because of its multi-user and multitasking capabilities.

The Linux operating system supports a multi-user environment that allows users to access the system simultaneously.

The Linux operating system also relies on preemptive multitasking where the operating system parcels out CPU time as *time slices* to each process. The CPU switches between programs so quickly that it appears as if all programs are running at the same time.

CONFIDENTIAL

SCO1355610

Sharing the computer's CPU, memory resources, and expensive peripheral devices between several users and processes:

- Is cost-effective

- Decreases maintenance

- Improves user and system efficiency and productivity

---

**Did you know...**

Linux has its roots in the UNIX operating system, a system first conceived and designed in 1969. While much has been added since then, the basic principles of operation and organization have remained largely unchanged. The design of UNIX, and by extension Linux, is the most successful and long-lived of any operating system in the history of computing.

---

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

*SCO Linux Introduction*

SCO
Education

- Linus Torvalds developed Linux
- Richard Stallman promoted GNU, FSF, and GPL
- The kernel is the core of the operating system
- Operating systems control a computer's actions
- A process is a program in execution
- The kernel is not a process
- Linux has both multitasking and multi-user capabilities





Linus Torvalds developed the Linux kernel under the GPL as Open Source software. The Open Source movement continues to be a driving force in software development for Linux.

The Linux kernel is the core of the operating system. The modular design and function of the kernel helps to conserve CPU resources while it performs all functions that control a computer's basic actions. Linux is a multi-user, multitasking operating system, which makes it a versatile, cost-effective way to meet users' computing needs.

*Copyright © 2002 The SCO Group., All Rights Reserved.*

1-19

CONFIDENTIAL

SCO1355612