# Linux Functionality



- Server functions
- Workstation functions
- Linux software packages
- Linux compared to other operating systems

Linux systems provide support for many services and features. The functionality and adaptability of Linux promotes its use in networks and as an end-user platform.

After completing this module, you will be able to describe:

- The functions of Linux within the server and workstation roles

- Common Linux software packages

- Key features that set Linux apart from other operating systems

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

# Server functions



Linux servers sustain a variety of hardware platforms over networks while supporting local and remote clients. The term *server* is often used to describe the hardware servicing network requests, however, the server is actually the software running on the computer.

Server functions include:

- Management of network resources
- Distribution of information to other computers on the network

Common Linux servers include:

- Web servers
- File and print servers
- General network infrastructure servers such as mail, firewall, network router, and database servers

*Copyright © 2002 The SCO Group., All Rights Reserved.*

CONFIDENTIAL                    SCO1355614

# Workstation functions



Linux workstations are used in business or professional settings and are supported by servers. Historically, Linux workstations have functioned as software development environments, but increasingly, end-users are adopting Linux for general office productivity. Common Linux workstation services include:

- Engineering

- Software development

- High-end desktop publishing

- High-end graphics

- Word processing, spreadsheets, and databases

---

NOTE:  Although Linux computers are often used primarily as servers or workstations, it is important to remember there is no reason why, in non-critical situations, Linux cannot perform both tasks simultaneously. For example, Web developers often maintain Apache™ Web servers on their own local workstations.

---

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355615

# Popular Linux software packages

Because of widespread use, principal vendors including Sun, Corel, Borland, and Oracle have released office and server applications:

- OpenOffice from OpenOffice.org. is a free, Open Source office product similar to Microsoft® Office™.

- The GNU Image Manipulation Program (GIMP) is an Adobe© Photoshop® work-alike.

- Oracle®, a popular database, runs on Linux.

- Borland® Kylix™ is a version of Delphi for Linux Server.

- ARCserve™ for Linux, from Computer Associates®, is an end-to-end data protection program for Linux environments.

> **Did you know...**
>
> Linux has been adapted to run on a variety of CPU architectures and devices including network routers, handheld devices, and digital recorders.

*Copyright © 2002 The SCO Group., All Rights Reserved.*   1-23

SCO1355616

# Linux in comparison

CESCU
Education

- Multi-user
- Open Source
- Reliable
- Choice of vendors and support
- Variety of CPU architectures supported
- Tools, GUI interfaces, and applications are resolving common complaints



Linux in comparison

Linux systems are legendary for their stability and reliability. It is not uncommon for Linux servers and workstations to run for months between reboots. When reboots are required, they are usually due to hardware upgrade installations and not system failures.

Linux strengths include:

- Reliability

- Open Source

- Wide variety of CPU architectures

- Multi-user and multitasking capabilities

- Choice of vendors and support organizations

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

CBeco
*Education*

- Linux servers
  - Variety of hardware platforms
  - Variety of server functions
- Linux workstations
  - High-end development
  - Transition to general office productivity
- Major vendors enter the Linux market
  - Server application development
  - Office productivity development
- Linux moves to the front of the business arena

Review



Linux has historically been used as a server and high-end workstation, however end-users are beginning to adopt it for general office productivity.

Although traditional Linux products were not designed specifically for business purposes or to bring Linux and UNIX together, Linux has evolved to this level. Linux is a powerful and reliable operating system that competes and wins in the business arena.

*Copyright © 2002 The SCO Group. All Rights Reserved.*

CONFIDENTIAL

SCO1355618

# UnitedLinux, a Standard

CSCO
Education

- Founded by four companies:
  - The SCO Group
  - Conectiva
  - SuSE
  - TurboLinux
- Provides a standard base
- Consists of the Linux kernel plus other core components



Overview



UnitedLinux defines a common base on which all participating Linux companies build their product. The participating companies then rebrand with their own *look and feel* and other value added extensions. UnitedLinux is developed to unify rather than fragment Linux offerings. UnitedLinux focuses more resources on the advancement of Linux, thus creating a much higher quality, and more functional product than could be developed by individual companies.

After completing this module, you will be able to:

- List the advantages of UnitedLinux
- List the major standards upon which UnitedLinux is built
- Describe the basic components of UnitedLinux

*Copyright © 2002 The SCO Group All Rights Reserved.*

CONFIDENTIAL

SCO1355619

# Advantages of UnitedLinux

Education

- Combined expertise of top Linux vendors
- Stability
- Quality assurance
- Certification
- World wide presence



Advantages of UnitedLinux

UnitedLinux provides many advantages. Here are five of the most important advantages:

| | |
|---|---|
| Combined expertise of top Linux vendors | Four major Linux vendors, through a joint effort, provide users their combined expertise in the Linux industry. |
| Stability | UnitedLinux is built on a solid and tested foundation delivering an enterprise-class operating system. |
| Quality assurance | UnitedLinux is tested by quality assurance teams and certification labs worldwide. This brings an unsurpassed quality level to Open Source operating systems. |
| Certification | UnitedLinux is certified by major software and hardware vendors. It offers a perfect environment for applications and for complete compatibility with hardware platforms and peripherals. |
| Worldwide presence | UnitedLinux is available on virtually all continents providing better support offerings and a worldwide presence of support representatives. |

*Copyright © 2002 The SCO Group. All Rights Reserved.*

CONFIDENTIAL

SCO1355620

# UnitedLinux standards

_Education_

- ▪ Linux Standards Base (LSB)
- ▪ Filesystem Hierarchy Standard (FHS)
- ▪ The Linux Internationalization specification (LI18NUX)
- ▪ Extensible Markup Language (XML)
- ▪ Simple Object Access Protocol (SOAP)
- ▪ Web-Based Enterprise Management (WBEM)



UnitedLinux standards

UnitedLinux is built upon several Linux industry standards. These standards are developed by a group of participating companies, the World Wide Web Consortium, or the Open Standards Group with the support of several companies.

| | |
|---|---|
| LSB | The Linux Standards Base (LSB) is a set of standards that increase compatibility among Linux distributions and lets software applications to run on any compliant Linux system. |
| FHS | The Filesystem Hierarchy Standard (FHS) consists of a set of requirements and guidelines for file and directory placement under UNIX-like operating systems. |
| LI18NUX | The Linux Internationalization specification includes the best of globalization functionality that commercial UNIX systems have successfully implemented. It compliments this functionality with extensions that make Linux inter nationalizations comprehensive for all local requirements. |

_Copyright © 2002 The SCO Group All Rights Reserved._

CONFIDENTIAL

SCO1355621

*SCO Linux Introduction*

XML                    The Extensible Markup Language (XML) is the
                       universal format for structured documents and data
                       on the Web.

SOAP                   The *Simple Object Access Protocol (SOAP) is an*
                       XML-based lightweight protocol for exchange of
                       information in a decentralized distributed
                       environment.

WBEM                   Web-Based Enterprise Management (WBEM) is a
                       *set of management and Internet standard*
                       technologies developed to unify the management
                       of enterprise computing environments.

*Copyright © 2002 The SCO Group, All Rights Reserved.*                    1-29

CONFIDENTIAL                                        SCO1355622

# Core components of UnitedLinux

SCO
Education

- Companies build on the core components of UnitedLinux
- Several services are available
  - Apache Web server
  - File and print server
  - Mail and news server
  - SQL server
  - Authentication server

Core components of UnitedLinux

UnitedLinux contains basic components, which make up the core of UnitedLinux. *The participating companies then build upon these core components to brand UnitedLinux.* Here is a list of most of the core components.

- The Linux kernel version 2.4.18 or higher
- LSB 1.1 runtime environment (all libraries, all commands, all interfaces)
- The GNU C library version 2.2.5 or higher
- Standard Linux and UNIX shells: sh, bash, csh, and ksh
- System V init scripts
- All text, file, shell, and shar utilities
- Remote shells tools including ssh and scp
- Networking tools such as ping, traceroute, and nslookup
- IPv6 networking tools
- Firewalling tools
- Scripting languages such as: python, perl, PHP, TCL/TK, and ruby
- Java runtime
- XFree86 version 4.2 or higher (libraries and server)

*Copyright © 2002 The SCO Group All Rights Reserved.*

CONFIDENTIAL

SCO1355623

- KDE 3.0 libraries
- Konqueror browser
- Gnome 2.0 libraries
- Postgresql SQL database server
- Simple Network Management Protocol (SNMP)
- Common Unix Printing System (CUPS)
- Wireless device support
- RedHat Linux compatibility, so that a majority of 3rd party Linux applications can run without modification

In addition to the above core components, several services are available. These services include:

- Apache Web server
- File and print services for Windows, Mac, and UNIX
- Name server and internet/intranet connection server
- Mail and news server
- Proxy server
- SQL database server
- Authentication server

*Copyright © 2002 The SCO Group., All Rights Reserved.*

*CONFIDENTIAL*

SCO1355624



 By building a distribution of Linux based on the UnitedLinux standard, companies reach a much larger audience. Customers know that their particular application runs reliably on any distribution which displays the *Powered by UnitedLinux* logo.

*Copyright © 2002 The SCO Group All Rights Reserved.*

CONFIDENTIAL

SCO1355625

*SCO Linux Introduction*

# SCO, a Technology Leader

- In August of 2002 Caldera International, Inc. became The SCO Group
- SCO is a leader in marketing and deploying Linux and UNIX solutions



In August of 2002 Caldera International, Inc. changed its name to The SCO Group. The new name draws upon the company's significant brand recognition in its SCO OpenServer and SCO UnixWare product lines.

The SCO Group is a technology leader in developing and marketing successful Linux and UNIX solutions. SCO develops, deploys, and manages Linux and UNIX Internet solutions through its award-winning services and product lines.

After completing this module, you will be able to describe:

- Describe SCO Linux and UnixWare products

- Describe SCO management products and SCObiz

*Copyright © 2002 The SCO Group., All Rights Reserved.*

1-33

SCO1355626

# The SCO Group product line



SCO offers a complete line of operating system, management products, and an eBusiness platform for the small business market including:

- SCO® Linux™ powered by UnitedLinux

- SCO® UnixWare™

- SCO® OpenServer™

- The Volution™ product family which includes:
  - SCO® Volution™ Manager
  - SCO® Volution™ Online
  - SCO® Volution™ Messaging Server

- SCObiz™

*Copyright © 2002 The SCO Group All Rights Reserved*

CONFIDENTIAL

SCO1355627

*SCO Linux Introduction*

# SCO Linux powered by ·UnitedLinux



SCO Linux powered by UnitedLinux is an optimized, stable, and secure Linux operating system designed for fast setup and easy management It is based on UnitedLinux with several value add-ons for SCO partners and customers.

SCO Linux can be easily installed and contains a secure version of Webmin that allows an administrator to remotely configure and manage the server.

## What's new

Because SCO Linux is based on UnitedLinux, all the features of UnitedLinux are available. In addition to the UnitedLinux features, SCO has added several valuable add-ons. Many of these add-ons include OpenSource software that has been optimized to run on UnitedLinux but is not part of United Linux.

*Copyright © 2002 The SCO Group., All Rights Reserved.*

CONFIDENTIAL   ·

SCO1355628

Some of the add-ons include:

- Supplemental localization support
- Additional administration and monitoring tools
- File and Web server facilities
- Remote access and communications tools
- Supplemental hardware support

Refer to www.sco.com/products for a compete listing of SCO Linux features and services

*Copyright © 2002 The SCO Group All Rights Reserved.*

CONFIDENTIAL

SCO1355629

# SCO UnixWare



SCO® UnixWare® is the most advanced deployment platform for industry standard Intel and AMD processor systems. UnixWare is the trusted foundation for solutions where proven scalability, reliability, and affordability are critical. UnixWare delivers the complete flexibility of Linux, with the same scalability and reliability that is synonymous with UNIX Systems.

UnixWare consists of a comprehensive family of pre-configured Editions and optional products to build and deploy UNIX and Linux applications that comply with the Linux Standard Base (LSB) specification.

## Editions

UnixWare includes the following operating system Editions:

• Data Center Edition is for the highest-end multi-purpose servers demanding 24x7 availability.

• Enterprise Edition is for medium-to-high-end enterprise servers to run large-scale business applications and databases.

• Departmental Edition is for departmental servers in medium or large organizations to run applications and reliably share business critical information.

*Copyright © 2002 The SCO Group., All Rights Reserved.*          1-37

- Business Edition is for small businesses or workgroups requiring file and print services, access to diverse applications, and the ability to expand system capability as your organizations grows.

- Base Edition is a solid foundation for building dedicated or specialized server environments, such as telecommunications equipment and other embedded systems.

## Optional services

The following optional services are a series of enhancement products that extend and compliment the built-in functionality provided in the UnixWare Edition products:

- Merge 5.1.1 provides users the capability of running Microsoft Windows sessions on UnixWare.

- Advanced File and Print Server 4.0.1 enables enterprise-wide, scalable file and print sharing with Microsoft products.

- Reliant® HA 1.1 provides high-availability clustering solutions for enterprises requiring high levels of application, system, and data availability.

- Online Data Manager 3.2 is a cost-effective, enterprise-class storage management solution for online volume management.

- Disk Mirroring 3.2 offers increased data availability by providing fault tolerance against disk failures.

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355631

## What's new

With the addition of the Linux Kernel Personality (LKP), customers can run Linux applications on UnixWare systems.

The LKP offers:

| | |
|---|---|
| Application compatibility | Linux applications install and run without modification. UnixWare customers have access to a broad range of Linux applications. |
| UnixWare feature availability | Linux applications can benefit from the features and options available for UnixWare, including a journaling filesystem, RAID support, and increased scalability and reliability. |
| Versatility | Users can choose either Linux or UnixWare, or combine both. |

To learn more about UnixWare, visit http://www.sco.com/products.

*Copyright © 2002 The SCO Group., All Rights Reserved.*    1-39

CONFIDENTIAL                    SCO1355632

# SCO OpenServer



SCO OpenServer systems have been the de facto operating system platform for small and medium sized businesses for over a decade. SCO OpenServer systems provide integrated support for electronic mail, Internet services, and built-in support for Windows file and print services.

SCO OpenServer consists of a comprehensive product family that includes the following:

- The Enterprise System runs critical business applications and reliably provides a variety of network services including file and print services for both UNIX and Windows systems, email services, Web services, Internet connectivity, and calendar services.

- The Host System is an excellent platform for delivering highly reliable, non-networked multi-user solutions.

- The Development System is comprised of a core set of development tools that can be easily augmented with over 200 third-party products creating a robust and efficient development environment.

- The Desktop System excels at running client-side, transaction-based applications as well as accessing databases and networked information. It can also provide file and resource sharing and communications across a range of peer, server, and host environments.

*Copyright © 2002 The SCO Group All Rights Reserved.*

CONFIDENTIAL

SCO1355633

Additional SCO OpenServer Enterprise System features provide support for the following:

- A large base of business critical applications including accounting, health care, manufacturing, human resources, and many others. Many DOS/Windows applications can be run through the use of optional add-on products.

- A wide range of hardware platforms and peripherals

- Reliability, Availability, and Scalability (RAS) services including RAID and SMP

- A wide range of networking technologies including TCP/IP, DHCP, IPX/SPX, SNMP, NetBEUI, SMTP, POP3, IMAP4, HTTP, FTP, telnet, ping, NAT, DNS, NFS, NIS, Web browsers, and mail readers

- Computers installed with multiprocessors

- Graphical administration tools, graphical desktop, and a browser-based online help system

To learn more about SCO OpenServer Enterprise, Host, Development and Desktop System features, visit http://www.sco.com/products.

*Copyright © 2002 The SCO Group., All Rights Reserved.*

CONFIDENTIAL

SCO1355634

# SCO Volution Manager



SCO Volution Manager is a secure, Web-based, systems management solution that reduces the cost of managing and maintaining established versions of Linux and SCO Unix.

Volution Manager enables secure, remote management of multiple systems through a browser. It lets administrators collectively or individually manage their systems locally or remotely through directory-based actions known as policies.

Volution Manager provides the capabilities that administrators need to effectively manage their systems. Key features include:

- Asset management

- Software distribution

- Health monitoring

- Printer configuration

- A scripting distribution engine

SCO Volution Manager is built on open standards and uses the power of Lightweight Directory Access Protocol (LDAP) for data storage and policy implementation.

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355635

## What's new

| | |
|---|---|
| Diagnostic Information | New self-diagnostic capabilities makes Volution Manager easier to use. |
| GUI Changes | No longer an exclusive HTML interface, Volution Manager now provides for Java interface capabilities such as menus and pop-ups. |
| GUI Scalability | The Volution Manager interface provides for three frames rather than the two frames previously available. |
| Extended Platform Support | In addition to Linux, Volution Manager provides for the installation and removal of applications on UnixWare and OpenServer. |
| Integration with Volution Online | Volution Online simplifies Linux management by tracking changes in Open Source software (Linux neutral) and proactively advising administrators of changes that directly impact their systems. |
| Installation | A new, quick installation option is ideal for evaluations, pilots, and technical reviews. |
| Security | Volution Manager uses certificates and SSL to secure all communications. |
| Wizards | Volution Manager includes several wizards to further simplify and speed up administration. |

To learn more about Volution Manager, visit http://www.sco.com/products.

*Copyright © 2002 The SCO Group., All Rights Reserved.*

CONFIDENTIAL

SCO1355636

# SCO Volution Messaging Server



SCO Volution Messaging Server is a robust, secure, easy to install and manage collaboration server that provides the vital messaging services for today's small to medium businesses. It is the newest member of the award winning Volution family of products and services.

The Volution Messaging Server supports open and de facto standards for complete interoperability with Microsoft Outlook®, Outlook® Express and other popular mail clients on almost any platform.

By supporting popular anti-virus, backup, and fax server software, the Volution Messaging Server is the foundation for a comprehensive, yet affordable and manageable, office collaboration solution.

As part of SCO's overall Volution architecture, the Volution Messaging Server can be installed on SCO Linux and SCO UnixWare and supports SCO's ReliantHA and Volution Manager products.

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355637

Additional features include:

- An office messaging foundation that performs standard message routing, prioritizing, queuing, and calendering. The Volution Messaging Server can be used as the core of a comprehensive office collaboration solution that includes a wide range of telecommunication and computing services, including electronic mail, networks, directories, paging, groupware, and unified messaging.

- An easy installation using simple graphical tools designed for administrators who are not experts with operating systems, email, or the Internet

- Compatibility with Microsoft Outlook and other mail clients. It comes pre-configured to support mail, address book, and busy-free calendar features. Major components include an advanced mail agent, proven IMAP server, support for OpenLDAP, and built-in security.

- Postfix mail transport agent. Originally known as the IBM® Secure Mailer, the postfix mail transport agent provides the mechanism for delivering mail both to and from the Volution Messaging Server.

- OpenLDAP default directory services. These directory services provide flexibility in user and alias management.

- Built-in security using OpenSSL. OpenSSL is the Open Source implementation of the Secure Socket Layer that provides the default secure transport mechanism for the Volution Messaging Server.

The following describes integration with Volution Manager and the Volution Online service:

- Volution Messaging Server administrators can easily apply updates and receive notifications of system problems with Volution Manager.

- Volution Manager email alerts can be delivered by the Volution Messaging Server.

- Volution Messaging Server and Volution Manager share the same LDAP directory providing centralization of management information.

- The Volution Messaging Server can be updated remotely with Volution Online.

To learn more about the SCO Volution Messaging Server's features and benefits, visit: http://www.sco.com/products.

*Copyright © 2002 The SCO Group., All Rights Reserved.*

CONFIDENTIAL

SCO1355638