# SCObiz



Over the past several years, small business owners have begun to view a Web presence as an essential component for a competitive advantage in their business. This Web presence must extend beyond simple information Web sites, to Web sites that work to educate, build communities, generate leads, and conduct eCommerce. SCObiz extends this opportunity to small business owners.

SCObiz, the newest SCO product, was launched in August, 2002. This eBusiness platform is a win-win product for all involved. SCO partners receive an extension to their customer reach and business offering and SCO customers get online with a top quality Web site fully enable with eCommerce offerings.

SCObiz is a turnkey solution for integration, deployment, and management of Web-based applications. SCObiz provides a comprehensive Web site service that includes:

- Centralized site administration-management console
- Integrated eCommerce
  - Shopping cart
  - Merchant account
  - Inventory management
  - Integrated shipping / tax

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355639

*SCO Linux Introduction*

- Content management
- Marketing and promotions
- Customer services such as chat and message boards
- Business and site analysis
- Reservations, scheduling, and event calendar

SCObiz is a simple tool for the management of Web site building and hosting solution. It provides for easy customizing, snap-in core applications, automated deployment, and central management.

For the end-user customer, SCObiz provides for enhancing customer relationships and expanding customer service at a low cost of ownership. It is easy to use and requires very low maintenance. Because SCObiz is Internet-based, it does not require any special software or hardware. The end-user customer can manager their operations from anyplace, at anytime.

CONFIDENTIAL   SCO1355640

*SCO Education*

- SCO emphasis placed on stability
- Security decreases risk
- Enterprise management reduces overall cost of ownership
- SCO provides a complete line of Linux and UNIX products and services

*Review*



SCO enables the development, deployment, and management of Linux and UNIX Internet solutions for business through its product lines and services. SCO's solutions combine the performance, scalability, and confidence of UNIX with the momentum of Linux, providing a true enterprise-level solution.

By placing emphasis on careful design and security, SCO is the superior choice for the enterprise environment and SCObiz is the superior choice for providing a turnkey solution for Web site building and hosting and Web-based applications.

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355641

# SCO Global Services





SCO Global Services provides traditional and Web-delivered services worldwide including:

- Support Services
- Online Services
- Education
- Professional Services

SCO Global Services works in combination with SCO channel partners to deliver services to SCO customers, as well as to provide our unique services direct to corporate accounts and small to medium business.

With over 20 years of experience, SCO has developed skills and expertise enabling us to deliver enterprise class support and services to all our partners and customers, including both standard and customized offerings.

SCO Global Services are available for all SCO products and all major Linux operating system distributions.

# SCO Global Services





SCO Global Services provides traditional and Web-delivered services worldwide including:

- Support Services
- Online Services
- Education
- Professional Services

SCO Global Services works in combination with SCO channel partners to deliver services to SCO customers, as well as to provide our unique services direct to corporate accounts and small to medium business.

With over 20 years of experience, SCO has developed skills and expertise enabling us to deliver enterprise class support and services to all our partners and customers, including both standard and customized offerings.

SCO Global Services are available for all SCO products and all major Linux operating system distributions.

SCO offers a broad choice of operating systems and added-value software technologies. SCO Global Services matches these choices with unrivalled services that ensure successful development, integration, rollout, and maintenance of complete solutions. SCO, in conjunction with its partners, services over two million installed systems.

## Support Services

SCO's award-winning Technical Support Services delivers service, 24 hours a day and seven days a week, from its support centers around the world. It is industry-renowned for quality and professionalism.

Technical support is available in a range of convenient standard offerings spanning from incident call packs, annual unlimited contracts, through to dedicated and single point-of-contact. A range of response times, on site reviews, remote dial-in problem analysis, technical account management, and 24x7 options are available as integrated or add-ons to the standard offerings.

SCO Support Services includes access to your personalized Online Services Manager giving you access to SCO's Support Knowledge Center, account information and support activity, and proactive notification services.

With our enterprise level of service, SCO can construct a complete customized service offering tailored to your business needs. This can include defined engineering escalation response times for high severity issues.

## Online Services

SCO provides extensive 24x7 Self-Help technical support services on SCO products including installation and configuration support through an easy-to-use, single Web view. The Self-Help Web site is located at www.sco.com/support/self_help.html.

Other key Online Services features include access to

- Frequently Asked Questions (FAQs)
- SCO Certified Hardware
- Licensing and registration information
- Download support for supplements to SCO products

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355643

# Professional Services

SCO Professional Services provides expert advice for designing and deploying IT solutions based on Linux and UNIX technologies. After more the 20 years of planning and implementing complex IT solutions, SCO has gained a reputation as industry-leading consultants with professionalism, problem-solving skills, innovative solutions, and attention to detail.

With custom engineering and small footprint system development, SCO Professional Services can accelerate the production of your solution. With our experience, SCO has built a set of methodologies and techniques that speed up and reduce the risks of such projects.

SCO Professional Services expertise includes:

- Server design and deployment
- Server replication
- Application and server migration
- Clustering planning and deployment
- Network and systems management
- Custom engineering
- Drivers
- Linux distributions
- Embedded devices
- Small Footprint
- Network architecture design and infrastructure

*Copyright © 2002 The SCO Group., All Rights Reserved.* 1-51

CONFIDENTIAL

SCO1355644

# Education

SCO Education provides courseware and programs that meet the demands of busy IT professionals.

SCO Education provides courseware for UNIX, Linux, and SCO management products. *Courses and self-study materials prepare you to set up, manage, and maintain SCO UNIX and Linux networks.* From basic system administration to network infrastructure and services, to enterprise administration and security, you can find the courseware you need to gain the skills required for your success.

SCO Education is available in a number of formats:

- *Instructor-led training available in two to five day courses*
  All instructor-led courses are offered through a global channel of SCO Authorized Education Partners. Their instructors are experienced with a variety of platforms and bring real-world expertise to the classroom.

- eLearning, with mentoring, over the Internet

- Self-study through individual Learning Units available online
  For a complete listing of Linux Learning Units, see *Expand Your Knowledge* at the end of this Learning Unit.

- Customized courses developed and delivered to meet business needs

SCO Education provides full professional certification programs for UNIX and Linux tracks leveraging industry certifications.

- Certified Systems Administrator (CSA)
- Advanced Certified Engineer (ACE)
- SCO Master ACE
- LPI certification (Linux Professional Institute)
- Linux+ by CompTIA

Visit www.sco.com/education for information on SCO Education products and services.

*Copyright © 2002 The SCO Group All Rights Reserved.*

CONFIDENTIAL

SCO1355645

# SCO Global Services access

For more information on SCO Global Services, visit http://www.sco.com/services.
To reach SCO Global Services by telephone, use:

- In North America, 1-800-726-8649

- In Europe, the Middle East, India, Africa, and the Pacific Rim, +44(0) 1923 816344

>
> - Technical support provided 24x7 for SCO products and all major Linux operating systems
> - Software support library download capability
> - Self-Help and Online Services
> - Highly skilled Professional Services team
> - Instructor-led and self-paced education
> - Industry standard and proprietary education certification
>
> 
>
> Review



SCO Global Services offers support services, online services, education, and professional services.

Support Services are designed to meet the needs of partners and end users 24x7. In addition, Online Services provide for Self-Help 24x7.

Professional Services provides expert help in designing and deploying IT solutions based on Linux and UNIX technologies.

Education offers self-paced and instructor-led training. You can receive training through our SCO Authorized Education Partners or directly from SCO.

Copyright © 2002 The SCO Group All Rights Reserved

CONFIDENTIAL

SCO1355647

# Learning Unit Summary



- Linus Torvalds developed Linux
- Open Source licenses maintain public availability of source code
- The kernel is the core of the Linux operating system
- Linux supports both multitasking and multi-user capabilities
- Linux software packages are readily available
- UnitedLinux provides an industry standard
- SCO provides a complete solution for business through its products and Global Services

Linux is an Open Source, multi-user, multitasking operating system developed by Linus Torvalds. Since its inception, Linux has become a versatile, cost-effective way to meet users' computing needs.

Linux is used as a stand-alone system supporting many terminals, a network server providing resources to local and remote clients, and as a graphical workstation engaged in distributed computing on a network.

SCO's Global Services offerings include Support Services, Online Services, Education, and Professional Services.

*Copyright © 2002 The SCO Group., All Rights Reserved.*   1-55

CONFIDENTIAL   SCO1355648

# Review questions

1. List four goals of the General Public License (GPL).

2. Describe the differences between the terms multitasking and multi-user environments.

3. What are the most common server roles for Linux computers?

4. How is commercial application development affecting Linux?

5. What are the major strengths of Linux?

6. List four features that administrators need to manage their systems effectively with SCO Volution Manager.

7. List the five major advantages of UnitedLinux

8. Which OpenServer platform is an excellent platform for delivering highly reliable, non-networked multi-user solutions?

9. List two popular mail clients the SCO Volution Messaging Server supports.

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355649

# Review question answers

1. The following represents four goals of the GPL:

    - Maintain that individuals and companies can distribute free software alone or packaged with their own software
    - Allow companies that distribute free software to charge a fee for their services
    - Assure the source code to all licensed software and its derivatives is publicly available
    - Pass the same rights on to the recipients or users of the licensed software

2. The differences between a multitasking and multi-user environment are:

    - Multitasking environments execute several processes concurrently. These processes share the computer's CPU and memory resources.
    - Multi-user environments allow any number of users to access to the system simultaneously. This type of environment shares a computer's resources and peripheral devices between users.

3. Linux computers commonly serve as:

    - Web servers
    - File and print servers
    - General network infrastructure servers such as mail, firewall, network router, and database servers

4. Commercial application development by principle vendors is helping push Linux into mainstream use.

5. Strengths of Linux include:

    - Multi-user and multitasking capabilities
    - Open Source
    - Reliability
    - Choice of vendors and support organizations
    - Wide variety of CPU architectures

6. Features that administrators need to effectively manage their systems with SCO Volution Manager include:

    - Asset management
    - Software distribution
    - Health monitoring
    - Printer configuration
    - A scripting distribution engine

7. The five major advantages of UnitedLinux are:

CONFIDENTIAL

SCO1355650

- Combined expertise of top Linux vendors
- Stability
- Quality assurance
- Certification
- Worldwide presence

8. The OpenServer Host System platform is an excellent platform for delivering highly reliable, non-networked multi-user solutions.

9. Two popular mail clients the Volution Messaging Server supports are Microsoft Outlook® and Outlook® Express.

# Expand Your Knowledge

Refer to the SCO Education Web site, www.sco.com/education and check the availability of the following Linux Learning Units:

| Learning Unit Number | Learning Unit Name |
|---|---|
| LU001 | SCO Linux Introduction |
| LU002 | SCO Linux Installation |
| LU003 | Boot Processes |
| LU004 | KDE Desktop |
| LU005 | Documentation |
| LU006 | Command-line Interface |
| LU007 | Shell Scripting Basics |
| LU008 | Process Management |
| LU009 | User and Group Management |
| LU010 | File and Directory Basics |
| LU011 | Filesystem Management |
| LU012 | Backup Administration |
| LU013 | Printer Administration |
| LU014 | X Configuration and Use |
| LU015 | Samba Configuration I |
| LU016 | Samba Configuration II |
| LU017 | Software Management |
| LU019 | Kernel Management |
| LU020 | Apache Configuration |
| LU021 | FTP Configuration |
| LU022 | Mail Configuration |
| LU023 | Squid Configuration |
| LU024 | TCP/IP Configuration |
| LU025 | DNS Configuration |
| LU026 | DHCP Configuration |
| LU027 | PPP Configuration |

SCO Linux Learning Units

| Learning Unit Number | Learning Unit Name |
| --- | --- |
| LU028 | NFS Administration |
| LU029 | Security Overview |
| LU030 | Intrusion Prevention |
| LU031 | Firewall Configuration |
| LU032 | Intrusion Detection |

SCO Linux Learning Units

Copyright © 2002 The SCO Group All Rights Reserved.

CONFIDENTIAL

SCO1355653

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant IBM on the 5th day of July, 2005 by U.S. Mail to:

David Marriott, Esq.
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Donald Rosenberg, Esq.
1133 Westchester Avenue
White Plains, NY 10604

Todd Shaughnessy, Esq.
SNELL & WILMER LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, UT 84101-1004

/s/ Laura K. Chaves