# EXHIBIT 2

**From:** CN=Bill Sandve/OU=Austin/O=IBM on behalf of Bill Sandve [CN=Bill Sandve/OU=Austin/O=IBM]
**Sent:** Thursday, May 11, 2000 11:10 AM
**To:** Daniela Combe
**Subject:** *IBM Confidential: Thoughts on Monterey Evolution

Lotus Notes v5 Memo Note
Body:
FYI per our discussion--the text from the note I mentioned. Please do not redistribute.

Regards, Bill
Director, UNIX Product Management
IBM Austin, sandve@us.ibm.com
phone 512-838-3250, fax 512-838-4025

---------------------- Forwarded by Bill Sandve/Austin/IBM on 05/11/2000 11:08 AM ---------------------------

Thoughts on our major Monterey relationships.
SCO:
SCO has the rights to all the code if we cancel the project. Can they take the code and align with another competitor?
Press impacts of our non-fruitful partnership.
We will need to re-negotiate the rights to ship SVR4 and UW7 capabilities in the AIX base, or remove the code. Actually, shipping it with AIX is the preferred direction, because it helps us with Solaris compatibility issues.
Are there any indirect issues related to IHV relationships or agreements? SCO is the interface to most of the IHVs, there may be agreements that need resolution. In some cases SCO charges a fee for device driver porting and certification assistance.
Intel:
Intel is the second largest AIX RISC/6000 customer. Will this action sour our customer relationship with them? They have been chiseling on IBM to better support/endorse/use Intel chips for years. Will they see the Linux-focused play as a smaller move with them? Since Linux will not be driving the deployment of IA64 based platforms.
Normal press impacts...
Impacts to Intel's ISV development funding program; where Intel was paying ISVs to port to the Monterey IA64 platforms?
3rd party contracts for code that would ship with the OS base: will they stay in place if we only support RISC?
Oracle OID LDAP directory integration may be ok to lose as long Oracle does not back off from supporting AIX with the directory and database as well.
We do not think that Veritas will continue on the royalty-free contract without the potential for an Intel opportunity. Veritas VFS and VM integration is a strong requirement for replacing either Sun or HP boxes competitively.
OEMs: Is there any potential for OEM lawsuits? The one that comes to mind is Unisys; they have NT running on their large SMP, but are mostly counting on Monterey for their high-end business.
ISV: Will we lose more ISVs from AIX RISC due to perceived loss of a potential Intel opportunity and the major focus and investment in AIX that Monterey implies?
Current customers: Some concern that they will see this as a de-invesment in AIX. Monterey is a strong story for platform choice, and has reinforced our focus on AIX for current customers.

Development team impacts

The expected morale issues that may result in fairly high attrition no matter how carefully we manage this difficult transition. As a guess, we may lose between 20 and 50 developers. This seems likely to me, since we have lost 30 people in Austin since January. The Linux change in strategy has been stressful to the Austin/Monterey team. Re-building the development team may be the right answer depending on our goals.
We still have AIX 4.3 and 5.0 to deliver. There are continuing challenges with the volume of changes in the 5.0 code base. This is the largest volume of change in an AIX release in 5 years. We have stability issues to contain, with or without Monterey. Even without Monterey, we are putting in a 64bit kernel, a new file system, multi-path I/O, and we are enabling LPAR and NUMA for delivery with Regatta next year. These items are big and pervasive. My typical view is "open-heart surgery."

Our net view is that the major risks surround Intel, ISVs, and our current customers. If we think we can manage Intel with our Linux strategy, and can keep ISVs on AIX RISC until we build the Linux business, we will probably be ok. There is the final concern to our current customer base.

If the goal of canceling Monterey is to speed up work on Linux, I can take much more action in parallel with a slower move off Monterey.
If the largest concern is a naked OS, we can probably play the chicken-and-egg game at the launch - saying that ISVs are just coming on board, that this is the first release...



CONFIDENTIAL 

# EXHIBIT 3

# AIX dependency on SCO licensed material

- Identified with origin code "216" in CMVC
- Some code originated in Unixware7, some was contributed as project work
- Some SCO licensed material is shipping in AIX 5L Version 5.0 (Power)
- Primary components affected:

| COMPONENT* | DESCRIPTION | IMPACT |
|---|---|---|
| linker (static/dynamic) | IA only | 6-8 months, critical to AIX for IA GA |
| IA32 binary compat | Used for Linux affinity | 6-8 months |
| NFB | graphics device supt, IA only | 3-4 months |
| /proc filesystem | process mgmt. | shipping in V5.0 Power |
| SVR5 printing | print subsystem | shipping in V5.0 Power |
| ksh93 | updated Korn shell | shipping in V5.0 Power |
| SVR4 APIs | command flags, pkgadd, UW7 functions | Targetted for V5.1 IA and Power |

* Note: not an exhaustive list of SCO content in AIX

# EXHIBIT 4



Bill Bulko
11/06/2002 03:41 PM
This document expires on 02/04/2003

To: Anthony Bell/Austin/IBM@IBMUS
cc:
From: Bill Bulko/Austin/IBM@IBMUS
Subject: Project Monterey update
Importance: Urgent

Tony: you asked me to collect some data on the current status of Project Monterey in order to update you before you meet with SCO (Caldera) again. I spoke with Ron Lauderdale, Sharon Dobbs, and Bill Saulnier. Here is a capsule summary of our position with Project Monterey.

History:

- We made a deal with SCO (before it was bought by Caldera) that we would take the AIX and SCO code and produce an IA-64 product.
  - From IBM's side: we would jointly develop a 64-bit Intel version of UNIX that would be the first and best available on the market using AIX as a base, but with SCO code for portions of the product.
  - From SCO's side: since they were the 32-bit leader in the market, this would give them and their customers an easy migration path to 64-bit.
- The deal was to do joint development, and then establish licensing back and forth between the two companies. The license would be royalty-free everywhere else except in Monterey. Even though SCO code is now embedded within AIX, we would only have to pay royalties to SCO when we distributed Monterey. Likewise, SCO owes IBM royalties when it distributes the product.
- As you know, when we changed strategic direction, we made Monterey a PRPQ.

Status:

- We distributed 32 copies of the PRPQ in 2001, resulting in only $256 in royalties paid to SCO.
- We believe we owe SCO royalties in 2002 -- but very little. We will be paying only $8 in royalties per copy. Sharon Dobbs is trying to determine the actual number of copies distributed in 2002.
- The PRPQ is out of date and does not support the hardware currently being shipped by Intel. There are no plans to update it. AIX 5L has moved on considerably since development on this version was stopped.
- The PRPQ is still available as of this date but is being withdrawn as we speak: the announcement has already been made, and it will be effective sometime in December.

Implications:

- SCO (Caldera) is still entitled to royalties from any distribution or sales of Monterey. IBM will no longer owe royalties once the PRPQ is withdrawn. They may be checking or they may want to know if there is any plan to resurrect the product.
- Our initial license to SCO code was contingent on our making an attempt to distribute an IA-64 product. Consequently, we need to be clear that we have been trying to distribute Monterey, but no one wants it.

What our external position regarding Monterey should be:

- We have been distributing Monterey since May 2001, but there have been very few takers.
- We have no plans to make AIX available on the Itanium platform.
- The slow adoption of Itanium in the market place and the quick maturity of Linux over the past few years makes Linux better suited for the Itanium market. Many of the qualities of service that customers have come to expect from AIX will be made available on Linux.
- We are planning to EOL Monterey by the end of this year.

# EXHIBIT 5

From: CN=Robert Acosta/OU=Austin/O=IBM on behalf of Robert Acosta [CN=Robert Acosta/OU=Austin/O=IBM]
Sent: Monday, January 29, 2001 7:19 PM
To: Marilyn Payne
Cc: Rose Ann Roth; Warren Washington; David Hall
Subject: Re: AIX 5.1 for IA-64 proposal - comments due by EOD 1/29

Lotus Notes v5 Reply Note
Body:
Marilyn - when does Intel plan to update your machines to the next rev of the processor? Is the 4 week extended ship test in sync with the timeframe that Intel has committed to provide the hardware update?

Robert G. Acosta
AIX Release Management
(512) 838-3477, t/l 678-3477
RS/6000 Division, IBM Austin
Internet address: arobert@us.ibm.com

Marilyn Payne
01/29/2001 04:28 PM
To: Rose Ann Roth/Austin/IBM@IBMUS
cc: Warren Washington/Austin/IBM@IBMUS, David Hall/Austin/IBM@IBMUS, Robert Acosta/Austin/IBM@IBMUS
From: Marilyn Payne/Austin/IBM@IBMUS
Subject: Re: AIX 5.1 for IA-64 proposal - comments due by EOD 1/29

AFT is planning a four-week extended ship test beyond the GM date, which they can now accommodate due to changes in Regatta. I am willing to stay on board to support a June date, although after 5.1 ships the release status meetings focus will turn to Robert's 5.1.B (presumably this would be a status update in those meetings). However, history is a strong indicator that the June date will not hold. We need to be clear that anything beyond June is a build-as-you-go plan, including Release Manager coverage.

Are there RFA implications for June? Would we even do an RFA for the I-PRPQ? I think putting an SOD in an April RFA is awfully risky, so there would have to be some sort of announce activity.

I can't speak for Hye-Young as to whether she would be willing to stay in the Release Architect position beyond April. There will also be issues related to the DAT depending on who is perceived to be the "lead" architect during the interim between the I-PRPQ and the IA GA. Dennis will be fully in gear as the 5.1.B architect, and by the usual default would be the DAT lead.

Marilyn J. Payne
Certified Senior Project Manager
Team AIX: Professionalism, Quality, Excellence

Rose Ann Roth
01/29/2001 10:35 AM
To: Warren Washington/Austin/IBM@IBMUS
cc: David Hall/Austin/IBM@IBMUS, Marilyn Payne/Austin/IBM@IBMUS, Robert Acosta/Austin/IBM@IBMUS

From: Rose Ann Roth/Austin/IBM@IBMUS
Subject: Re: AIX 5.1 for IA-64 proposal - comments due by EOD 1/29

Is the 6-01 full GA schedule interlocked with APT? Which Release Mgr will own that deliverable and has agreed to that date and plan?
Also, I think the compiler MUST be available in some form or the whole thing just doesn't make sense (ie SCO won't buy it).

As always,
Rose Ann Roth, PMP
Project Manager Executive
IBM, Internal Zip 9586
11400 Burnet Road
Austin, TX 78758
512-838-8047

Warren Washington
01/27/2001 07:44 PM
To: rose ann roth, mike harrell, bill casey, bill buros, rosemary taylor, marilyn payne, richard ellington, thomas mcconathy, michael hitchcock, ron smith, hal hall, jim fair
cc: sharon dobbs
From: Warren Washington/Austin/IBM@IBMUS
Subject: AIX 5.1 for IA-64 proposal - comments due by EOD 1/29

Team,

Based on our meeting Friday, here is our refined position relative to our IA plans. Please review and let me know if I missed anything. Once we finalize, the next step will be for each of us to review the proposal with our functional execs and then incorporate into our Availabilty DCP recommendation.

Release AIX 5.1 for IA-64 as an I-Listed PRPQ on the planned April schedule
Ship using the ILA for Early Release of Programs
Other planned April GA products will not be included in the PRPQ (FastConnect and Performance Toolbox)
Compilers are not included in the PRPQ
Follow-up with a June GA, based on interlock on Intel production level hardware schedule

**SECTION WITHHELD ON THE BASIS OF ATTORNEY CLIENT OR WORK PRODUCT PRIVILEGE**

Actions that need to be closed on are:

Disclosure Agreement? - Sharon Dobbs/Ron Saint Pierre
Do we charge for the PRPQ? - Bill Casey/Mike Harrell
Can we make a Beta copy of the compilers available concurrent with, but not part of the PRPQ? - Ron Saint Pierre

Regards
Warren C. Washington
AIX PDT Leader
Enterprise Systems Group, IBM
8C-002/905 IZIP 9586
Off (512) 823-0133 T/L 523
Fax (512) 838-3882 T/L 678

# EXHIBIT 6

From: Helene Armitage on 04/04/2001 12:47 PM
To: Sharon Dobbs
cc:
From: Helene Armitage/Austin/IBM@IBMUS
Subject: Re: AIX 5L Announce Positioning re Itanium

SECTION WITHHELD ON THE
BASIS OF ATTORNEY CLIENT
OR WORK PRODUCT PRIVILEGE

----- Forwarded by Helene Armitage/Austin/IBM on 04/04/2001 12:47 PM -----

Helene Armitage
04/04/2001 12:27 PM

To: William J Saulnier/Austin/IBM
cc: Alice Guerra/Austin/IBM@IBMUS, Bill Casey/Austin/IBM@IBMUS, Ian Miller/Beaverton/IBM@IBMUS, Kristian Thyregod/Austin/IBM, Pamela Wickline/Austin/IBM, Per Larsen/Raleigh/IBM, Thomas Keith/Dallas/IBM@IBMUS, Sharon Dobbs, Michael Day/Austin/IBM, Hye-Young McCreary, Robert Amezcua/Raleigh/IBM, Bill Sandve
From: Helene Armitage/Austin/IBM@IBMUS
Subject: Re: *IBM Confidential: AIX 5L Announce Positioning re Itanium

Bill,
I'm concerned that your words define a delayed GA to 2H01 for the AIX product, and do not call the PRPQ GA, so I have taken a stronger hand in stating our delivery. (As you know, we need to GA this PRPQ to gain rights to SCO code we want for our base AIX product delivery - and every is rather tired of me remaining and harping on this point.)

I also think that we do have a very positive product to deliver to our OEMs and ISVs. The development team has made improvements in quality and stability that we can get into customer hands to upgrade what they currently have from our beta programs.

The product is not under-function for this target delivery - and is not different from the Power release. The fact that the HACMP LPP is not available will not be significant in this time frame. ISVs will be developing applications, HACMP is a deployment time LPP. We do have time to provide these LPPs for deployment. Let's not apologies for this product. In addition, we are working the compiler transition. We do have compilers for the product delivery, and we will re-release with compiler tools. Our compiler transition is an internal development hurdle. Not to worry in your positioning. The good news for ISVs is that we will transition their compilers before they release their first official products.

I know the fine lines we are walking here. I took a heavy hack at your thoughts in my updated attachment. My goal is to get help get us on the same page - that this is a useful delivery to those ISVs and OEMs that want to use and evaluate a high-end UNIX on Itanium. We will focus on tuning and market trajectory, and will every product vendor, but this product is stable and worth release.

Is there more that I can do to help? Or my team? Let us know.
Thanks much.
Helene

William J Saulnier
04/04/2001 10:18 AM

To: Per Larsen/Raleigh/IBM
cc: Kristian Thyregod/Austin/IBM, Bill Casey/Austin/IBM@IBMUS, Pamela Wickline/Austin/IBM, Alice Guerra/Austin/IBM@IBMUS, Thomas Keith/Dallas/IBM@IBMUS, Ian Miller/Beaverton/IBM@IBMUS@IBMUS, Helene Armitage/Austin/IBM
From: William J Saulnier/Austin/IBM@IBMUS
Subject: *IBM Confidential: AIX 5L Announce Positioning re Itanium

Pam,

Bill Casey and I are ready to discuss the attached proposal with Per (Kristian and Ian, if available) and need some time to do so today. Thirty minutes is OK - you can contact me via my mobile phone at 512-799-7945. email won't work for quick response. This is very important. Others please send me comments or call me to discuss.

I believe this proposal does the best possible job at announcing what we intend to do while allowing us some increased flexibility with regard to NUMA-Q directions. I suggest that Ian quickly develop migration plans for existing ptx customers which emphasize Linux, Windows and AIX 5L on POWER as appropriate. AIX 5L on Itanium can be totally omitted from this planning, if desired. These should be worked so as not to set off a negative public reaction which could unnecessarily impact our business. By the time anyone really notices (if they ever do) that we are migrating ptx customers to other OS options I believe the issue will be moot as far as any external reaction is concerned.

Thanks.

William (Bill) Saulnier
Program Director, UNIX Product Marketing
Phone: (512) 838-4039 T/L 678-4039; email: bsaul@us.ibm.com
Assistant: Alice Guerra (512) 838-2656 T/L 678-2656

**** Attachment AIX.ItaniumPositioning.040401.PRZ has been removed from this note on 04 April 2001 by Helene Armitage ****; **** Attachment Itanium.PRZ has been removed from this note on 04 April 2001 by Helene Armitage ****



CONFIDENTIAL

# EXHIBIT 7

# DOCUMENT MAINTAINED UNDER SEAL AT IBM'S REQUEST