# EXHIBIT C

**EXHIBIT C**

# READ-COPY UPDATE: USING EXECUTION HISTORY TO SOLVE CONCURRENCY PROBLEMS

PAUL E. MCKENNEY
*15450 SW Koll Parkway*
*Beaverton, OR 97006 USA*
*mckenney@sequent.com*

JOHN D. SLINGWINE
*1825 NW 167th Pl.*
*Beaverton, OR 97006 USA*
*jacks@ncube.com* [1]

## 1 ABSTRACT

Synchronization overhead, contention, and deadlock can pose severe challenges to designers and implementers of parallel programs. Therefore, many researchers have proposed update disciplines that solve these problems in restricted but commonly occurring situations. However, these proposals rely either on garbage collectors [7, 8], termination of all processes currently using the data structure [10], or expensive explicit tracking of all processes accessing the data structure [5, 15]. These mechanisms are inappropriate in many cases, such as within many operating-system kernels and server applications. This paper proposes a novel and extremely efficient mechanism, called read-copy update, and compares its performance to that of conventional locking primitives.

**Keywords:** locking synchronization performance

## 2 INTRODUCTION

Increases in CPU-core instruction-execution rate are expected to continue to outstrip reductions in global latency for large-scale multiprocessors [3, 4, 18]. This trend will cause global lock and synchronization operations to continue becoming more costly relative to instructions that manipulate local data. This situation will continue to motivate the use of more specialized but less expensive locking designs.

For read-mostly data structures, performance can be greatly improved by using asymmetric locking primitives that provide reduced overhead for read-side accesses in exchange for more expensive write-side accesses. One example of such a primitive is the distributed reader-writer spinlock, which allows read-side lock acquisition to take place with no expensive references to globally shared state in the common case [11].

This paper takes asymmetric locking to its logical extreme, permitting read-side access with no locking or synchronization operations whatsoever. Of course, this means that updates do not block reads, so that a read-side access that completes shortly after an update could return old data. However, any reading thread that *starts* its access *after* an update completes is guaranteed to see the new data. This guarantee is sufficient in many cases. In addition, data structures that track state of components external to the computer system (e.g., network connectivity or positions and velocities of physical objects) must tolerate old data because of communication delays. In other cases, old data may be flagged so that the reading threads may detect it and take explicit steps to obtain up-to-date data, if required [10, 15].

Section 3 introduces concepts underlying read-copy update. Section 4 presents an implementation of read-copy update. Section 5 compares measured read-copy update performance to that of a simple spinlock. Section 6 analytically compares read-copy update to other locking primitives. Section 7 discusses related work, and Section 8 presents summary and conclusions.

## 3 CONCEPTS

Section 3.1 gives a brief intuitive introduction to read-copy update. Section 3.2 gives rigorous definitions of several important terms. Section 3.3 expands on these definitions with examples. Section 3.4 presents examples of how read-copy update might be applied to a number of different programming environments. Section 3.5 describes several different read-copy update architectures.

### 3.1 APPROACH

Data structures in a parallel environment generally cannot be assumed to be stable unless the corresponding update disciplines are followed, for example that particular locks are held. Once these locks are released, no prior-knowledge assumptions can be made about the state of any data structures protected by those locks. Therefore, if a given thread currently holds no locks, it cannot make any prior-knowledge assumptions about *any* data structure that is protected by *any* lock. A thread that is holding no locks is said to be in a *quiescent state* with respect to any lock-protected data structure. Such a thread cannot actively reference or modify any data structure guarded by a lock.

The keystone of read-copy update is the ability to determine when all threads have passed through a quiescent state since a particular point in time. This information is valuable—if all threads have passed through a quiescent state during a particular time interval, they are all guaranteed to see the effects of any change

[1] Work performed at Sequent.

made prior to the start of that interval. This guarantee allows many algorithms to be constructed using fewer locks, and, in some specialized but commonly occurring cases, using no locks whatsoever. Reducing the number of locks simplifies deadlock avoidance, reduces lock and memory contention, and decreases synchronization overhead, all of which in turn result in simpler and faster programs.

## 3.2 DEFINITIONS

*Guarded data structure*: A data structure that cannot safely be accessed and/or updated without possessing the proper token, lock, or identity.

*Quiescent state*: A state beyond which a thread makes no assumptions based on prior knowledge of any guarded data structures. Although it is possible to consider quiescent states with respect to particular data structures, this paper will use "quiescent state" in the universal sense unless otherwise stated.

*Quiescent period*: A time interval during which each thread passes through at least one quiescent state. Note that any time interval that encloses a quiescent period is itself a quiescent period.

*Summary of thread activity*: A set of data structures that are used to identify quiescent periods.

## 3.3 QUIESCENT STATES AND PERIODS

Figure 1 shows the relationship between quiescent states and quiescent periods. Each row in the figure represents the sequence of states that the corresponding thread passes through, with time progressing from left to right. The double vertical bars represent quiescent states.

**Figure 1: QUIESCENT STATES AND PERIODS**

The area between the pair of dotted vertical lines is a quiescent period, since each thread passes through at least one quiescent state during this time. The horizontal arrows show the maximum length of time that each thread can legitimately make assumptions based on prior knowledge of state preceding the start of the quiescent period. Any prior knowledge of the state of any guarded data structure held by any of the threads at the beginning of the quiescent period must be forgotten by the end of that quiescent period.

This property of quiescent periods guarantees that any change made before the beginning of a quiescent period will be observed by all threads by the end of that quiescent period. This guarantee can be used to construct extremely low-overhead update disciplines. Furthermore, since locks are not needed on the read side, deadlock issues are in some cases avoided. The following two sections show example update disciplines based on quiescent periods.

### 3.3.1 LOCK-FREE LINKED-LIST ACCESS

If a thread removes all references to a given data structure, it may safely free up the memory comprising that data structure after the end of the next quiescent period. Note that threads traversing the data structure need not acquire any locks. The required synchronization is achieved implicitly through the quiescent states—the quiescent period guarantees that no threads reference the data structure. Eliminating read-side locking can greatly increase speedups in the many cases where updates are rare. This same effect can be achieved using a garbage collector (in environments possessing them), but at greater cost. This greater cost stems from the need to modify otherwise-read-only data to indicate that a reference is held.

For a concrete example, consider a singly linked list with Thread 0 updating Element B while Thread 1 is doing a lock-free traversal.

**Figure 2: LIST INITIAL STATE**

Suppose that Thread 0 needs to make a change to Element B that cannot be done atomically. Thread 0 cannot simply modify Element B in place, as this would interfere with Thread 1. Thread 0 instead copies Element B into a new Element B', modifies B', issues a memory-barrier operation, then points A's next pointer to B'. This does not harm Thread 1 as long as B still points to C, and as long as Thread 0 waits until Thread 1 stops referencing B before freeing it.[2]

[2] A pointer from B to B' may be used to allow Thread 1 to avoid stale data. Explicit locking may be used [15] to guarantee forward progress in cases where many updates are running concurrently with the reader.



**Figure 3: LIST DEFERRED DELETION**

Thread 1 can no longer obtain a reference to B, so Thread 0 waits for a quiescent period (see Figure 4) before deleting it. After the quiescent period, Thread 0 deletes B, as shown in Figure 5.

**Figure 4: LIST AFTER QUIESCENT PERIOD**

**Figure 5: LIST AFTER DELETION**

This idiom of updating a copy of an element while allowing concurrent reads gives "read-copy update" its name. This idiom may be easily extended to handle arbitrarily linked multi-lists.

Note that Thread 0 must use some sort of update discipline to handle concurrent updates. This update discipline can be of any sort, including explicit locking, atomic instructions, or techniques taken from wait-free synchronization [5]. However, if only one thread is allowed to update the data, *all* locking may be eliminated.

### 3.3.2 LOCK-FREE BUFFER FLUSHING

For another example, suppose that a parallel program creates log buffers that must be flushed to disk, but only after all log records have been completed. One approach is to maintain a global lock so that only one process at a time could create log records. However, this could result in a bottleneck under heavy load. Another approach is to use a global lock only to allocate space for the log records, and then create the actual records themselves in parallel. If the creation of a log record does not involve quiescent states, a flush may be safely initiated after a quiescent period starting after the last log record has been allocated.

Consider an initially empty two-entry log buffer:

**Figure 6: LOG BUFFER INITIAL STATE**

If Threads 0 and 1 reserve both available slots, the situation will be as shown in Figure 7.

Both slots are occupied, and the "next" pointer is NULL. Therefore, Thread 2 must wait until Threads 0 and 1 have completed their entries, flush the log buffer, and only then reserve its slot.

**Figure 7: LOG BUFFER FULLY RESERVED**

Threads 0 and 1 could use explicit synchronization operations to inform Thread 2 when they have completed their log entries. However, this would result in needless synchronization operations for log buffers with large numbers of entries. Instead, Thread 2 waits to flush the buffer until the end of the next synchronization period. This guarantees that Threads 0 and 1 have completed their entries without requiring synchronization operations.

Note that a garbage collector is not an appropriate solution for this second example, because we need to write out the log buffer instead of freeing it.[3]

### 3.4 *QUIESCENT STATE EXAMPLES*

A thread is said to be in a quiescent state any time that it is not keeping prior state for any data structure. Many applications and systems have natural *universal* quiescent states, which are quiescent states that apply to *all* data structures in the application or system.

For example, within an operating system (OS) with non-preemptive kernel threads, there is a direct mapping from "thread" to CPU. Any CPU that is in the idle loop, executing in user mode, offline (halted), or performing a context switch[4] cannot be holding any references to *any*

[3] In some languages, it is possible to define finalization functions that are invoked at garbage-collection time. However, there is no guarantee that garbage collection will be performed in a timely manner.

[4] Operating systems with preemptive kernels must take explicit action to suppress context switches. However, this is usually simply setting a bit in a register, which, on most CPUs, is much cheaper than locking primitives.

kernel data structure. Therefore, each of these four states is a universal quiescent state.

Similarly, many parallel user applications drop all references to guarded data structures while waiting for user input. Many transaction-processing systems drop all references to guarded data structures at the completion of a transaction. Interrupt-driven real-time control systems often drop all references to guarded data when running at base priority level. Reactive systems often drop all references to application-level guarded data structures upon completion of processing for a given event. Discrete-event simulation systems often drop all references to guarded simulation data structures at the end of processing for each discrete event. These applications therefore also possess natural universal quiescent states.

Such systems will normally maintain statistics that track the number of times that they pass through their natural quiescent states. For example, most OSs will maintain counts of context switches and most transaction-processing systems maintain counts of the number of transactions complete. These counts, kept for performance-monitoring purposes, can be used to greatly reduce the cost of tracking quiescent periods, as will be shown in later sections.

## 3.5 SUMMARY OF THREAD ACTIVITY

Tracking quiescent periods is useful only if done very efficiently, otherwise, it is cheaper just to use locks. The mechanism that tracks quiescent periods is called a *summary of thread activity*. An efficient summary of thread activity is relatively complex, therefore, this section moves from simpler (but slower) implementations to more complex implementations suitable for large-scale shared-memory processing (SMP) and cache-coherent non-uniform memory-access (CC-NUMA) architectures.

For concreteness, we focus on a parallel non-preemptive OS. Therefore, the in-kernel threads map directly to CPUs, and the implementations focus on CPUs rather than threads.

The following sections describe the following implementations: (1) locking-primitive summary, (2) enforced quiescent states, (3) quiescent-state bitmask, and (4) quiescent-state counters.

### 3.5.1 LOCKING-PRIMITIVE SUMMARY

Perhaps the most straightforward way of identifying quiescent states is to maintain count of the number of locks held by each CPU. When this number drops to zero on a given CPU, that CPU records the fact that it has entered a quiescent state by clearing a its bit in a global bitmask. When the value of the bitmask becomes zero, the end of a quiescent period has been reached. Any subsystem wishing to wait for a quiescent period sets each CPU's bit in the global bitmask.

Although this approach is simple, it is fatally flawed. First, it is slow, needing to update a global variable each time that a CPU releases its last lock.[5] Second, update disciplines not using locks would have their critical sections violated by this sort of summary of thread activity. Finally, a CPU that ran for an extended period without acquiring any locks (e.g., a CPU in the idle loop) would never clear its bit, despite being in an extended quiescent state.

Therefore, a different approach is required.

### 3.5.2 ENFORCED QUIESCENT STATES

Another simple approach is to *force* quiescent states, for example, via a daemon that handles quiescent-period requests. The daemon responds to a request by running on each CPU in turn, then announcing the end of the quiescent period, as shown in Figure 8.

**Figure 8: ENFORCED QUIESCENT STATES**

Each CPU that the daemon runs on must do two context switches, one to switch to the daemon, and the other to switch away. A context switch is a quiescent state, so this set of context switches is a quiescent period, as desired. In this case, the summary of thread activity is maintained as part of the local state of the daemon itself.

This approach works well, and entered production on Sequent machines in 1993. Context switches are usually from one to three orders of magnitude more expensive than locking primitives, but for read-intensive data structures, the expense is justified. In addition, eliminating locks can greatly simplify deadlock avoidance. Furthermore, batching allows a single quiescent period to satisfy many requests.

Nevertheless, it is possible to do much better.

### 3.5.3 QUIESCENT-STATE BITMASK

Another approach is to instrument the quiescent states themselves. Each time a given CPU reaches a quiescent state, it clears its bit in a global bitmask. When the bitmask becomes zero, the quiescent state has ended. Any subsystem wishing to wait for a quiescent period sets each CPU's bit in the global bitmask. A quiescent period

[5] Updates to shared global variables are much more expensive than are updates to local per-CPU variables.

measured in this manner is shown in Figure 8, with colons for zeros and vertical bars for ones.



**Figure 9: QUIESCENT-STATE BITMASK**

CPU 1 has requested a quiescent period. The bitmask initially resides only in CPU 2's cache, so CPU 1 must first obtain a copy, as shown by the arrow. CPU 1 then writes all one-bits to the bitmask, invalidating the copy in CPU 2's cache, as shown by the line ending in a circle. CPU 2 is the first to pass through a quiescent period (shown by the double vertical line), so it gets a copy from CPU 1 in order to clear its bit, which invalidates the copy in CPU 1's cache. CPU 0 and CPU 3 pass through their quiescent states in a similar manner. Finally, when CPU 1 clears its bit, the bitmask becomes zero, indicating the end of the quiescent period.

To prevent long-running user-level processes and idle CPUs from indefinitely extending a quiescent period, the scheduling-clock interrupt handler records a quiescent state any time that it interrupts either user-mode execution or the idle loop.

This approach can be faster than enforced quiescent states, but the frequent accesses to the shared global bitmask can be quite expensive, as shown in Figure 10.



**Figure 10: BITMASK CACHE THRASHING**

CPU 2 is frequently forcing the bitmask out of its cache, thereby incurring expensive cache misses each time it passes through a quiescent state.

### 3.5.4  QUIESCENT-STATE COUNTERS

More-efficient implementations isolate measurement from callback processing. Quiescent states are counted per-CPU and subsystems wait for quiescent periods by registering callbacks on per-CPU callback lists.

An OS kernel's quiescent states either are counted anyway or occur when the CPU is not doing anything useful. Examples of the former include system calls, traps, and context switches. Examples of the latter include the idle loop and removal of CPUs from service. The pre-existing counts of these events are used to

implement a quiescent-period-detection algorithm that incurs little added cost.

The basic outline of this algorithm is as follows:

1. An entity needing to wait for a quiescent period enqueues a callback onto a per-CPU list.
2. Some time later, this CPU informs all other CPUs of the beginning of a quiescent period.
3. As each CPU learns of the new quiescent period, it takes a snapshot of its quiescent-state counters.
4. Each CPU periodically compares its snapshot against the current values of its quiescent-state counters. As soon as any of the counters differ from the snapshot, the CPU records the fact that it has passed through a quiescent state.
5. The last CPU to record that it has passed through a quiescent state also records the fact that the quiescent period has ended.
6. As each CPU learns that a quiescent period has ended, it executes any of its callbacks that were waiting for the end that quiescent period.

Steps 2, 3, 4, and 6 all involve time delays that must be tuned to balance CPU consumption against the wall-clock time required to identify a quiescent period. This is a classic CPU-memory tradeoff: decreasing the quiescent-period-identification interval increases CPU consumption, while increasing it increases the amount of memory queued up waiting for a quiescent period.

An actual implementation faces these issues:

1. Proper handling of callbacks that are enqueued while a quiescent period is in progress. These callbacks must wait for a subsequent quiescent period to complete.
2. Efficient notification of the beginning and ending of a quiescent period.
3. Efficient placement and use of state variables in a CC-NUMA environment.
4. Batching of callbacks in order to make best use of each quiescent period.

## 4   IMPLEMENTATION

Our implementation of read-copy update uses quiescent-state counters. An SMP version has been in production in Sequent Dynix/ptx since 1994. The CC-NUMA version went into production in 1996 on a hierarchical-bus architecture with four CPUs per local bus. Each local unit is called a *quad*.

The four issues listed in the previous section are handled as follows:

1. Each CPU maintains a separate queue of callbacks awaiting the end of a later quiescent period (nxtlist) as well as the queue of callbacks awaiting the end of the current quiescent period (curlist). Each quiescent period is identified by a *generation number*. Each CPU tracks the generation number corresponding to the callbacks in its curlist. Since one CPU can start a new quiescent period before another CPU is aware that

the previous period has ended, different CPUs can be tracking different generation numbers.

2. The implementation checks for new quiescent states from within an existing scheduling-interrupt handler, and uses software interrupts to dispatch callbacks whose quiescent period has ended. This incurs minimal overhead and acceptably small delays.
3. In order to promote locality in a CC-NUMA environment, certain state variables are replicated on a per-CPU and a per-quad basis. These variables are combined in a manner similar to Scott's and Mellor-Crummey's combining-tree barriers [16].
4. Callbacks are accumulated in nxtlist while the current quiescent period is in progress. The heavier the read-copy update load, the larger the batches and the smaller the per-callback overhead.

The following sections describe the quiescent-periods algorithm. More details are available [12, 17].

### 4.1 STATE VARIABLES

The state variables for the quad-aware implementation of read-copy update are grouped into generation numbers, bitmasks, statistics, statistics snapshots, and callback lists.

Each quiescent period is identified by a generation number. Since the algorithm maintains loosely coupled state, there are several state variables tracking different generation numbers. The highest generation requested thus far is tracked by rcc_maxgen. The generation currently being serviced is tracked by rcc_curgen, which is replicated per-quad in pq_rcc_curgen. The earliest generation that a particular CPU needs to be completed is tracked by the per-CPU variable rclockgen.

The bitmasks track which CPUs and quads need to pass through a quiescent state in order for the current generation to complete. The set of quads that contain CPUs needing to pass through a quiescent state is tracked by rcc_needctxtmask, and the set of CPUs on a given quad needing to pass through a quiescent state is tracked by the per-quad variable pq_rcc_needctxtmask.

Each CPU tracks the number of context switches in the per-CPU variable cswtchctr. Each CPU tracks the number of system calls and traps from user mode in the per-CPU variables v_syscall and usertrap, respectively. Each CPU tracks the sum of the number of passes through the idle loop and the number of times a process to yielded that CPU in the per-CPU variable syncpoint.

As soon as a given CPU notes the start of a new generation, it snapshots its statistics: cswtchctr into rclockcswtchctr, v_syscall into rclocksyscall, usertrap into rclockusertrap, and syncpoint into rclocksyncpoint.

Read-copy callbacks advance through per-CPU callback lists nxtlist, curlist, and intrlist when quiescent periods are detected, as shown in Figure 11.

### 4.2 PSEUDO-CODE OVERVIEW

The pseudo-code call tree and function descriptions are as follows:

- hardclock()
  - rc_chk_callbacks()
    - rc_adv_callbacks()
      - rc_intr() (via software interrupt)
      - rc_reg_gen()
    - rc_cleanup()
      - rc_reg_gen()
      - rc_adv_callbacks()
        - rc_intr() (via software interrupt)
        - rc_reg_gen()

1. hardclock(): This scheduling interrupt is invoked by a per-CPU clock. It invokes rc_chk_callbacks() when there is a possibility that callbacks could advance. This is indicated by pq_rcc_needctxtmask indicating that this CPU needs to pass through a quiescent state, by pq_rcc_curgen indicating that the quiescent period for any callbacks in this CPU's curlist has ended, or by its curlist being empty and its nxtlist being nonempty.
2. rc_adv_callbacks(): Advances callbacks from this CPU's nxtlist to its curlist and from its curlist to its intrlist as quiescent periods complete. Also calls rc_intr() via software interrupt to invoke callbacks placed into its intrlist and calls rc_reg_gen() to register the presence of a new set of callbacks in its curlist.
3. rc_callback(): Registers a new read-copy callback by adding it to this CPU's nxtlist. Callbacks arriving during a given quiescent period are thus batched, greatly improving performance, as shown in Section 5.
4. rc_chk_callbacks(): Calls rc_adv_callbacks() in order to advance callbacks. Snapshots the statistics variables when it notes that a new quiescent period has started. Checks the current statistics against the snapshot in order to determine if this CPU has passed through a quiescent state, and, if so, calls rc_cleanup().
5. rc_cleanup(): At quiescent-period end, rc_cleanup() updates the generation numbers, and calls rc_reg_gen() and rc_adv_callbacks() to start the next quiescent period (but only if there are callbacks waiting for another quiescent period).
6. rc_intr(): Dispatches the callbacks in intrlist, which have progressed through a full quiescent period.
7. rc_reg_gen(): Tells the read-copy subsystem of a request for a quiescent period. If this is the first request for a given quiescent period, and if there is not currently a quiescent period in progress, initiate one by setting up rcc_maxgen and initializing the bitmasks.

### 4.3 FLOW OF CALLBACKS

New callbacks are injected into the system by rc_callback(). While the callbacks are awaiting invocation by rc_intr(), they are kept on per-CPU linked lists, and flow through the system as shown in Figure 11.

A rc_onoff() function (not shown) moves callbacks to a global list when a CPU is taken out of service.

**Figure 11: FLOW OF CALLBACKS**

The actual implementation also includes functions to check for CPUs taking too long to reach a quiescent state. This pinpoints areas that are impacting real-time response.

## 5 MEASURED PERFORMANCE

Read-copy update performance depends on the fraction *f* of data-structure accesses that modify that data structure, and on the degree to which read-copy callbacks may be batched. Note that batching occurs naturally if several callbacks are registered during a single quiescent period. The ratio of read-copy update overhead to that of an uncontended simple spinlock is shown in Figure 12 for various batch sizes and for several relatively large values of *f*. These measurements were made on a Sequent NUMA-Q system [9] with 32 Intel Pentium Pro processors.

Note that all measurements taken with *f*=0.01 or less show that use of read-copy update results in large speedups compared to an uncontended simple spinlock. This low-contention case is the worst case for read-copy update. Under heavy contention, the overhead of simple spinlock rises dramatically, whereas heavy contention actually *reduces* the overhead of read-copy update due to batching. Further, as noted below, smaller values of *f* improve read-copy update performance. Finally, this data assumes multiple updating threads. A single updating thread would not need an update-side spinlock.

**Figure 12: OVERHEAD OF READ-COPY UPDATE**

Two examples will help to put the value of *f* in better perspective. The first example is a routing table for a system connected to the Internet. Many Internet routing protocols process routing changes at most every minute or so. Therefore, a system transmitting at the low rate of 100 packets per second would need to perform a routing-table update at most once per 6,000 packets, for $f<10^{-3}$. The second example is a system with 100 mirrored disks, each of which has an MTBF of 100,000 hours.[6] A transaction-processing system performing 10,000 disk I/Os per second would perform in excess of $10^{10}$ I/Os on the average before having to update the internal tables tracking which disk contains which data. This yields a value below $10^{-10}$ for *f*. In these cases, read-copy update vastly outperforms simpler locking schemes, since read-copy update overhead goes to zero as *f* approaches zero.

## 6 COMPARISON TO OTHER LOCKS

There are four components to read-copy-update overhead:

1. per-hardclock() costs. These are incurred on every execution of the per-CPU scheduling-clock interrupt.
2. per-generation costs. These are incurred during each read-copy generation.
3. per-batch costs. These are incurred during each read-copy batch. Per-batch costs are incurred only by CPUs that have a batch during a given generation. These costs are amortized over callbacks making up that batch.
4. per-callback costs. These are incurred for every read-copy callback.

Details of the derivations may be found in companion technical reports [12, 13]. The symbols are defined as follows: *f* is the fraction of lock acquisitions that do updates; *m* is the number of CPUs per quad; *n* is the number of quads, $t_c$ is the time required to access the fine-grained hardware clock; $t_f$ is the latency of a fast access that hits the CPU's cache; $t_m$ is the latency of a medium-speed access that hits memory or cache shared among a subset of the CPUs; $t_s$ is the latency of a slow access that misses all caches, and *r* is the ratio of $t_s$ to $t_f$.

Equation 1, Equation 2, Equation 3, and Equation 4 give the read-copy overhead incurred for each of these four components: per hardclock(), per generation, per batch, and per callback, respectively:

$$C_h = nmt_c + 3nmt_f \qquad \textbf{Equation 1}$$

$$C_g = \begin{bmatrix} (3n + 2nm - m)t_s + \\ (2nm + m - 1)t_m + \\ (7nm + 1)t_f \end{bmatrix} \qquad \textbf{Equation 2}$$

$$C_b = 3t_s \qquad \textbf{Equation 3}$$

$$C_c = 7t_f \qquad \textbf{Equation 4}$$

[6] For purposes of comparison, disks with rated MTBFs of 450,000 hours are readily available.

The best-case incremental cost of a read-copy callback, given that at least one other callback is a member of the same batch, is just $C_c$, or $7t_f$.

The worst-case cost of an isolated callback is $m$ times the per-hardclock() cost plus the sum of the rest of the costs, as shown in Equation 5:

$$C_{wc} = \begin{bmatrix} (3n + 2nm - m + 3)t_s + \\ (2nm + m - 1)t_m + \\ (3nm^2 + 7nm + 8)t_f + \\ nm^2 t_c \end{bmatrix} \quad \textbf{Equation 5}$$

Note that this worst case assumes that at most one CPU per quad passes through its first quiescent state for the current generation during a given period between hardclock() invocations. In typical commercial workloads, CPUs will pass through several quiescent states per period.

Typical costs may be computed assuming a system-wide Poisson-distributed inter-arrival rate of $\lambda$ per generation, as shown in Equation 6.

$$C_{typ} = \frac{\sum_{k=1}^{\infty} \frac{\lambda^k e^{-\lambda}}{k!} C_k}{1 - e^{-\lambda}} \quad \textbf{Equation 6}$$

Here $(\lambda^k e^{-\lambda})/k!$ is the Poisson-distributed probability that k callbacks are registered during a given generation if on average $\lambda$ of them arrive per generation. Note that the 0th term of the Poisson distribution is omitted, since there is no read-copy overhead if there are no read-copy arrivals. The division by $1-e^{-\lambda}$ corrects for this omission. The quantity $C_k$ is defined as shown in Equation 7.

$$C_k = \frac{C_h + C_g + N_b(k)C_b + kC_c}{k} \quad \textbf{Equation 7}$$

This definition states that we pay the per-hardclock() and per-generation overhead unconditionally, that we pay the per-batch overhead for each of $N_b(k)$ batches, and that we pay per-callback overhead for each callback.

The expected number of batches $N_b(k)$ is given by the well-known solution to the occupancy problem:

$$N_b(k) = nm\left(1 - \left(1 - \frac{1}{nm}\right)^k\right) \quad \textbf{Equation 8}$$

This is just the number of CPUs expected to have batches given $nm$ CPUs and $k$ read-copy updates.

Substituting Equation 7 and Equation 8 into Equation 6 and substituting Equation 1, Equation 2, Equation 3, and Equation 4 into the result yields the desired expression for the typical cost:

**Equation 9**

$$\frac{1}{e^{\lambda} - 1} \sum_{k=1}^{\infty} \frac{\lambda^k \begin{bmatrix} (3n + 5nm - m)r - \\ 3nm\left(1 - \frac{1}{nm}\right)^k r + (2nm + m - 1)\sqrt{r} + \\ (10nm + 7k + 1) + nmt_c \end{bmatrix}}{k!k}$$

These results are displayed in the following figures. The traces are labeled as follows: "drw" is per-CPU distributed reader-writer spinlock; "qrw" is per-quad distributed reader-writer spinlock; "sl" is simple spinlock; "rcb" is best-case read-copy update; "rcp", "rcz", and "rcn" are read-copy update with Poisson-distributed arrivals with $\lambda$ equal to 10, 1, and 0.1, respectively; and "rcw" is worst-case read-copy update.

**Figure 13: OVERHEAD VS. NUMBER OF CPUs**

Figure 13 displays read-copy update overhead as a function of the number of CPUs. At these typical latency ratios and moderate-to-high update fractions, read-copy update outperforms the other locking primitives. Note particularly that the overhead of the non-worst-case read-copy overheads do not increase with increasing numbers of CPUs, due to the batching capability of read-copy update. Although simple spinlock also shows good scaling, this good behavior is restricted to low contention.

**Figure 14: OVERHEAD VS. UPDATE FRACTION**

Figure 14 shows read-copy overhead as a function of the update fraction $f$. As expected, read-copy update performs best when the update fraction is low. Update fractions as low as $10^{-10}$ are not uncommon [13].

Figure 15 shows read-copy overhead as a function of the memory-latency ratio $r$. The distributed reader-writer

primitives have some performance benefit at high latency ratios, but this performance benefit is offset in many cases by high contention, by larger numbers of CPUs, or by lower update fractions, as shown in Figure 15.

Figure 15: OVERHEAD VS. LATENCY RATIO

The situation shown in Figure 15 is far from extreme. As noted earlier, common situations can result in update fractions below $10^{-10}$.

Note finally that all of these costs assume that the update-side processing for read-copy update is guarded by a simple spinlock. In cases where the update-side processing may use a more aggressive locking design (for example, if only one thread does updates), read-copy update will have an even greater performance advantage.

Figure 16: OVERHEAD VS. LATENCY RATIO FOR LOW $f$

## 7 RELATED WORK

Reader-writer spinlocks [14] allow reading processes to proceed concurrently. However, updating processes may *not* run concurrently with each other or with reading processes. In addition, reader-writer spinlocks exact significant synchronization overhead from reading processes. On the other hand, reader-writer spinlocks allow writers to block readers and vice versa, thereby avoiding stale data. This tradeoff is shown in Figure 17—exclusion between readers and writers imposes lock-contention costs and increases the time required to become aware of an external event.

Figure 17: LATENCY OF READ-COPY UPDATE COMPARED TO READER-WRITER SPINLOCK

Wait-free synchronization [5] allows reading and updating processes to run concurrently, but again exacts significant synchronization overhead. It also requires that memory used for a given type of data structure never be subsequently used for any other type of data structure, and that reading threads write to shared storage. On parallel computers, these writes will result in high-latency cache misses. On the other hand, wait-free synchronization provides wait-free processing to updates as well as to reads, and also avoids stale data.

Timestamping and versioning concurrency-control is in some ways similar to read-copy update, but imposes synchronization overhead on reading processes [2]. Chaotic relaxation [1] accepts stale data to reduce locking overhead, but requires highly structured data.

Manber and Ladner [10] describe an algorithm that defers freeing a given node until all processes running at the time the node was removed have terminated. This allows reading processes to run concurrently with updating processes, but does not handle non-terminating processes such as those found in OSs and server applications. In addition, they do not describe an efficient mechanism for tracking blocks awaiting deferred free.

Pugh [15] uses a technique similar to that of Manber and Ladner, but notes that (expensive) read-side state update can handle non-terminating processes. However, Pugh leaves to the reader the mechanism for efficiently tracking blocks awaiting deferred free.

Kung and Lea [7, 8] describe use of a garbage collector to manage the list of blocks awaiting deferred free. However, garbage collectors are often not available, and their overhead renders them infeasible in many situations. In particular, the traditional reference-counting approach incurs expensive memory writes for reading threads. Even when garbage collectors are available and when their overhead is acceptable, they do not address

situations where some operation other than freeing memory is to be performed in a timely manner at the end of the quiescent period.

Jacobson [6] describes perhaps the simplest possible deferred-free technique: simply waiting a fixed amount of time before freeing blocks awaiting deferred free. This works if there is a well-defined upper bound on the length of quiescent periods. However, longer-than-expected quiescent periods (perhaps due to greater-than-expected load or data-structure size) can result in memory-corruption failures, with no feasible means of diagnosis.

## 8 SUMMARY AND CONCLUSIONS

We have presented a novel update discipline, named read-copy update, that provides great reductions in synchronization overhead, tolerates non-terminating threads and reduces deadlock-avoidance complexity. Read-copy update generally gives the best performance improvement for read-mostly algorithms or under high contention. In some cases, the need for synchronization operations is completely eliminated.

We have delineated read-copy update's area of applicability: Data structures that are often accessed and seldom updated, where a modest amount of memory may be spared for structures waiting on a quiescent period, and where stale data may be tolerated or can be suppressed.

We have provided a firm theoretical basis for read-copy update, along with a very efficient implementation. This implementation, which uses a summary of thread activity, fills an important gap in earlier work with concurrent update algorithms. The implementation has run in production on Sequent machines since 1994.

We have presented measurements that demonstrate order-of-magnitude reductions in overhead compared to simple spinlock. These comparisons are quite conservative: even greater savings would be realized if the simple spinlock were heavily contended.

## 9 ACKNOWLEDGEMENTS

We owe thanks to Stuart Friedberg, Doug Miller, Jan-Simon Pendry, Chandrasekhar Pulamarasetti, Jay Vosburgh and Dave Wolfe for their willingness to try out read-copy update, and to Ken Dove, Brent Kingsbury, and to Phil Krueger and his Base-OS Reading Group for many helpful discussions. We are greatful to Dale Goebel, Dave Stewart, John Cherry, and Hans Tannenberger for their support of this work.

This work was done with the aid of Macsyma, a large symbolic manipulation program developed at the MIT Laboratory for Computer Science and supported from 1975 to 1983 by the National Aeronautics and Space Administration under grant NSG 1323, by the Office of Naval Research under grant N00014-77-C-0641, by the U. S. Department of Energy under grant ET-78-C-02-4687, and by the U. S. Air Force under grant F49620-79-C-020, between 1982 and 1992 by Symbolics, Inc. of Burlington Mass., and since 1992 by Macsyma, Inc. of Arlington, Mass. Macsyma is a registered trademark of Macsyma, Inc.

## 10 REFERENCES

[1] Gregory R. Adams. Concurrent Programming, *Principles, and Practices, Benjamin Cummins*, 1991.

[2] N. S. Barghouti and G. E. Kaiser. Concurrency control in advanced database applications, ACM Computing Surveys, September 1991.

[3] Doug Burger, James R. Goodman, and Alain Kägi. Memory bandwidth limitations of future microprocessors, *ISCA '96*, (May 1996), pages 78-89.

[4] John L. Hennessy and Norman P. Jouppi. Computer technology and architecture: An evolving interaction. *IEEE Computer*, page 18-28, Sept. 1991.

[5] Maurice Herlihy. Implementing highly concurrent data objects, ACM Transactions on Programming Languages and Systems, vol. 15 #5, November, 1993, pages 745-770.

[6] Van Jacobson. Avoid read-side locking via delayed free, private communication, September, 1993.

[7] H. T. Kung and Q. Lehman. Concurrent manipulation of binary search trees, *ACM Trans. on Database Systems*, Vol. 5, No. 3 (Sept. 1980), 354-382.

[8] Doug Lea. Concurrent Programming in Java, Addison-Wesley, 1997.

[9] T. Lovett and R. Clapp. STiNG: A CC-NUMA computer system for the commercial marketplace. In *Proceedings of the 23rd International Symposium on Computer Architecture*, pages 308-317, May 1996.

[10] Udi Manber and Richard E. Ladner. Concurrency control in a dynamic search structure, *ACM Trans. on Database Systems*, Vol. 9, No. 3 (Sept 1984), 439-455.

[11] Paul E. McKenney. Selecting locking primitives for parallel programs. *Communications of the ACM*, Vol. 39, No. 10 (1996).

[12] Paul E. McKenney. Comparing performance of read-copy update and other locking primitives, Sequent TR-SQNT-98-PEM-1, January 1998.

[13] Paul E. McKenney. Implementation and performance of read-copy update, Sequent TR-SQNT-98-PEM-4.0, March 1998.

[14] John M. Mellor-Crummey and Michael L. Scott. Scalable reader-writer synchronization for shared-memory multiprocessors, Proceedings of the Third PPOPP, Williamsburg, VA, April, 1991, pages 106-113.

[15] William Pugh. Concurrent Maintenance of Skip Lists, Department of Computer Science, University of Maryland, CS-TR-2222.1, June 1990.

[16] Michael L. Scott and John M. Mellor-Crummey, Fast, contention-free combining tree barriers,

University of Rochester Computer Science Department TR#CS.92.TR429. June 1992.

[17] John D. Slingwine and Paul E. McKenney. System and Method for Achieving Reduced Overhead Mutual-Exclusion in a Computer System. *US Patent # 5,442,758*, August 1995.

[18] Harold S. Stone and John Cocke. Computer architecture in the 1990s. *IEEE Computer*, pages 30-38, Sept. 1991.

# EXHIBIT D

US005442758A

# United States Patent [19]

[11] Patent Number: 5,442,758

[45] Date of Patent: Aug. 15, 1995

**EXHIBIT D**

Slingwine et al.

[54] APPARATUS AND METHOD FOR ACHIEVING REDUCED OVERHEAD MUTUAL EXCLUSION AND MAINTAINING COHERENCY IN A MULTIPROCESSOR SYSTEM UTILIZING EXECUTION HISTORY AND THREAD MONITORING

[75] Inventors: John D. Slingwine; Paul E. McKenney, both of Beaverton, Oreg.

[73] Assignee: Sequent Computer Systems, Inc., Beaverton, Oreg.

[21] Appl. No.: 94,629

[22] Filed: Jul. 19, 1993

[51] Int. Cl.⁶ ............................................ G06F 13/00

[52] U.S. Cl. ................................ 395/375; 364/228.1; 364/DIG. 1; 364/DIG. 2; 364/262.4; 395/474; 395/485

[58] Field of Search ... 364/200 MS File, 900 MS File; 395/375, 425

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,747,043 | 5/1988 | Rodman | 395/425 |
| 5,027,316 | 6/1991 | Frantz et al. | 395/275 |
| 5,185,861 | 2/1993 | Valencia | 395/200 |
| 5,214,766 | 5/1993 | Liu | 395/425 |
| 5,249,283 | 9/1993 | Boland | 395/425 |

OTHER PUBLICATIONS

"Computer Architecture and Design," A. J. van de Goor, Addison-Wesley Publishers Limited, Workingham, England, 1989, pp. 473-506.

"Symmetry Technical Summary," Sequent Computer Systems, Inc., Beaverton, Oregon, 1987, pp. 1.18, 1.19, 2.8, 2.9, 5.2-5.4, and A.4-A.9.

"The Design of the UNIX Operating System," Maurice J. Bach, Prentice-Hall, Inc., Englewood Cliffs, New Jersey, 1986, pp. 30, 31, 77, 96-103, and 391-410.

"Cache Coherence Protocols: Evaluation Using a Multiprocessor Simulation Model," James Archibald and Jean-Loup Baer, ACM Transactions on Computer Systems, vol. 4, No. 4, Nov. 1986, pp. 273-298.

"An Economical Solution to the Cache Coherence Problem," James Archibald and Jean-Loup Baer, Proc. 11th Annual Symposium on Computer Architecture, IEEE, 1984, pp. 355-362.

"A New Solution to Coherence Problems in Multicache Systems," Lucien M. Censier and Paul Feautrier, IEEE Transactions on Computers, vol. C-27, No. 12, Dec. 1978, pp. 1112-1118.

*Primary Examiner*—Rebecca L. Rudolph
*Assistant Examiner*—Matthew M. Kim
*Attorney, Agent, or Firm*—Stoel Rives Boley Jones & Grey

[57] ABSTRACT

A substantially zero overhead mutual-exclusion apparatus and method (90, 120) is provided that allows concurrent reading and updating data while maintaining data coherency. That is, a data reading process executes the same sequence of instructions that would be executed if the data were never updated. Rather than depending exclusively on overhead-imposing locks, this mutual-exclusion mechanism tracks an execution history (138) of a thread (16, 112) to determine safe times for processing a current generation (108, 130, 131) of data updates while a next generation (110, 132, 133) of data updates is concurrently being saved. A thread is any locus of control, such as a processor. A summary of thread activity (106, 122) tracks which threads have passed through a quiescent state after the current generation of updates was started. When the last thread related to the current generation passes through a quiescent state, the summary of thread activity signals a callback processor (104, 124) that it is safe to end the current generation of updates. The callback processor then processes and erases all updates in the current generation. The next generation of updates then becomes the current generation of updates. The callback processor restarts the summary of thread activity and initiates a new next generation of updates. All data-updating threads pass through a quiescent state between the time they attempt to update data and the time the data are actually updated.

24 Claims, 7 Drawing Sheets



U.S. Patent Aug. 15, 1995 Sheet 1 of 7 5,442,758

COMPUTER
COMPUTER
COMPUTER
10
10
10
INTERCOMMUNICATION NETWORK
12
14 COMPUTER SYSTEM

FIG. 1A (PRIOR ART)

16A
16B
16N
18
PROCESSOR A
PROCESSOR B
PROCESSOR N
SHARED MEMORY
22A
22N
22B
CACHE MEMORY
CACHE MEMORY
CACHE MEMORY
CACHE CONTROLLER
CACHE CONTROLLER
CACHE CONTROLLER
MEMORY CONTROLLER
50A
50B
SYSTEM BUS
50N
52
20
24
COMMUNICATIONS CONTROLLER
DISK MEMORY
PERIPHERAL CONTROLLER
12 INTERCOMMUNICATION NETWORK
10 COMPUTER

FIG. 1B (PRIOR ART)



FIG. 2  (PRIOR ART)



108
CURRENT GENERATION
100
100
100
CALLBACK
CALLBACK
CALLBACK
ELEMENTS
ELEMENTS
ELEMENTS
102
102
112
THREADS
EXECUTION HISTORY
SUMARY OF THREAD ACTIVITY
106
PROCESS CALLBACKS
110
NEXT GENERATION
100
100
CALLBACK
CALLBACK
ELEMENTS
ELEMENTS
102
RESET
114
END CURRENT GENERATION
CALLBACK PROCESSOR
104
MOVE TO CURRENT GENERATION
UPDATES
ADD TO NEXT GENERATION
90

FIG. 3



GLOBAL
PER-PROCESSOR
131
130
CURRENT GENERATION
128
CALLBACK
FUNC
134
ARG 1
136
ARG 2
136
16
PROCESSORS
PROCESSOR
EXECUTION
HISTORY
138
PER-PROCESSOR
CONTEXT
POINT
COUNTERS
122
PROCESS CALLBACKS
133
132
NEXT GENERATION
RESET
END
CURRENT
GENERATION
CALLBACK
PROCESSOR
124
126
INTERRUPT
MOVE TO CURRENT
GENERATION
UPDATE
ADD TO NEXT GENERATION
140
120

FIG. 4

LAN DATA STRUCTURE
150
LAN_ctl_ptr
152
154
LAN_array
156
158
LAN_rotor
LAN_array[0]
LAN_array[j-1]
N_LAN
j
CURRENT
FIG. 5A
LAN DATA STRUCTURE
150
LAN_ctl_ptr
152
154
LAN_array
156
158
LAN_rotor
LAN_array[0]
LAN_array[j-1]
N_LAN
j
CURRENT
FIG. 5B
LAN DATA STRUCTURE
160
LAN_array
162
164
LAN_rotor
LAN_array[0]
LAN_array[k-1]
N_LAN
k
NEXT
150 -- LAN DATA STRUCTURE -- 160
LAN_ctl_ptr
152
LAN_rotor
LAN_array[0]
LAN_array[j-1]
N_LAN
j
LAN_array
162
164
LAN_rotor
LAN_array[0]
LAN_array[k-1]
N_LAN
k
CURRENT
FIG. 5C
LAN_ctl_ptr
LAN DATA STRUCTURE
160
158
LAN_rotor
LAN_array[0]
LAN_array[k-1]
N_LAN
k
CURRENT
FIG. 5D

table_size
182
HANDLE TABLE
170
double
single
direct
table_ptrs
180
188
186
184
DOUBLY INDIRECT PAGE
176
SINGLY INDIRECT PAGES
174
DIRECT PAGES
172
178
INTERNAL DATA STRUCTURES
210
A PARTICULAR INTERNAL DATA STRUCTURE

FIG. 6



table_size
HANDLE TABLE
170
HANDLE FREE LIST
200
table_ptrs
double
single
direct
handle_free
204
202 POINTER
172
172
172
DOUBLY INDIRECT PAGE
SINGLY INDIRECT PAGES
DIRECT PAGES
NULL POINTER

FIG. 7

# APPARATUS AND METHOD FOR ACHIEVING REDUCED OVERHEAD MUTUAL EXCLUSION AND MAINTAINING COHERENCY IN A MULTIPROCESSOR SYSTEM UTILIZING EXECUTION HISTORY AND THREAD MONITORING

## TECHNICAL FIELD

This invention relates to computer systems and more particularly to a reduced overhead mutual-exclusion mechanism that provides data coherency and improves computer system performance.

## BACKGROUND OF THE INVENTION

Data coherency is threatened whenever two or more computer processes compete for a common data item that is stored in a memory or when two or more copies of the same data item are stored in separate memories and one item is subsequently altered. Previously known apparatus and methods for ensuring data coherency in computer systems are generally referred to as mutual-exclusion mechanisms.

A variety of mutual-exclusion mechanisms have evolved to ensure data coherency. Mutual-exclusion mechanisms prevent more than one computer process from accessing and/or updating (changing) a data item or ensure that any copy of a data item being accessed is valid. Unfortunately, conventional mutual-exclusion mechanisms degrade computer system performance by adding some combination of procedures, checks, locks, program steps, or complexity to the computer system.

Advances in processor and memory technology make it possible to build high-performance computer systems that include multiple processors. Such computer systems increase the opportunity for data coherency problems and, therefore, typically require multiple mutual-exclusion mechanisms.

When multiple processors each execute an independent program to accelerate system performance, the overall system throughput is improved rather than the execution time of a single program.

When the execution time of a single program requires improvement, one way of improving the performance is to divide the program into cooperating processes that are executed in parallel by multiple processors. Such a program is referred to as a multitasking program.

Referring to FIG. 1A, multiple computers **10** are interconnected by an interconnection network **12** to form a computer system **14**. FIG. **1B** shows that a typical one of computer **10** includes N number of processors **16A**, **16B**, . . . , and **16N** (collectively "processors **16**"). In computer **10** and computer system **14**, significant time is consumed by intercommunication. Intercommunication is carried out at various levels.

In computer **10**, at a processor memory interface level, processors **16** access data in a shared memory **18** by transferring data across a system bus **20**. System bus **20** requires a high-communication bandwidth because it shares data transfers for processors **16**. Computer **10** is referred to as a multiprocessor computer.

In computer system **14**, at an overall system level, computers **10** each have a shared memory **18** and interconnection network **12** is used only for intercomputer communication. Computer system **14** is referred to as a multicomputer system.

The high threat to data coherency in multicomputer and multiprocessor systems is caused by the increased competition among processors **16** for data items in shared memories **18**.

Ideally, multicomputer and multiprocessor systems should achieve performance levels that are linearly related to the number of processors **16** in a particular system. For example, **10** processors should execute a program **10** times faster than one processor. In a system operating at this ideal rate, all processors contribute toward the execution of the single program, and no processor executes instructions that would not be executed by a single processor executing the same program. However, several factors including synchronization, program structure, and contention inhibit multicomputer and multiprocessor systems from operating at the ideal rate.

Synchronization: The activities of the independently executing processors must be occasionally coordinated, causing some processors to be idle while others continue execution to catch up. Synchronization that forces sequential consistency on data access and/or updates is one form of mutual exclusion.

Program structure: Not every program is suited for efficient execution on a multicomputer or a multiprocessor system. For example, some programs have insufficient parallelism to keep all multiple processors busy simultaneously, and a sufficiently parallel program often requires more steps than a serially executing program. However, data coherency problems increase with the degree of program parallelism.

Contention: If processor **16A** competes with processor **16B** for a shared resource, such as sharable data in shared memory **18**, contention for the data might cause processor **16A** to pause until processor **16B** finishes using and possibly updating the sharable data.

Any factor that contributes to reducing the ideal performance of a computing system is referred to as overhead. For example, when processors **16A** and **16B** simultaneously request data from shared memory **18**, the resulting contention requires a time-consuming resolution process. The number of such contentions can be reduced by providing processors **16** with N number of cache memories **22A**, **22B**, . . . , and **22N** (collectively "cache memories **22**"). Cache memories **22** store data frequently or recently executed by their associated processors **16**. However, processors **16** cannot efficiently access data in cache memories **22** associated with other processors. Therefore, cached data cannot be readily transferred among processors without increased overhead.

Incoherent data can result any time data are shared, transferred among processors **16**, or transferred to an external device such as a disk memory **24**. Thus, conventional wisdom dictates that computer performance is ultimately limited by the amount of overhead required to maintain data coherency.

Prior workers have described various mutual-exclusion techniques as solutions to the data coherence problem in single and multiprocessor computer systems.

Referring to FIG. 2, Maurice J. Bach, in *The Design of the UNIX Operating System*, Prentice-Hall, Inc., Englewood Cliffs, N.J., 1986 ("Bach") describes single processor and multiprocessor computer implementations of a UNIX® operating system in which a process **30** has an asleep state **32**, a ready to run state **34**, a kernel running state **36**, and a user running state **38**. Several processes can simultaneously operate on shared operating system data leading to operating system data coher-

ency problems. Bach solves the operating system data coherency problem by allowing process 30 to update data only during a process state transition 40 from kernel running state 36 to asleep state 32. Process 30 is inactive in asleep state 32. Data coherency is also protected by using data "locks" that prevent other processes from reading or writing any part of the locked data until it is "unlocked."

Referring again to FIG. 1, Lucien M. Censier and Paul Feautrier, in "A New Solution to Coherence Problems in Multicache Systems," *IEEE Transactions on Computers*, Vol. C-27, No. 12, December 1978 ("Censier and Feautrier") describe a presence flag mutual-exclusion technique. This technique entails using data state commands and associated state status lines for controlling data transfers among N number of cache memory controllers 50A, 50B, . . . , and 50N (collectively "cache controllers 50") and a shared memory controller 52. The data state commands include shared read, private read, declare private, invalidate data, and share data. Advantageously, no unnecessary data invalidation commands are issued and the most recent (valid) copy of a shared data item can quickly be found. Unfortunately, cache memory data structures must be duplicated in shared memory controller 52 and costly non-standard memories are required. Moreover, performance is limited because system bus 20 transfers the data state commands.

A. J. van de Goor, in *Computer Architecture and Design*, Addison-Wesley Publishers Limited, Workingham, England, 1989, classifies and describes single path, single data ("SPSD"), single path, multiple data ("SPMD"), multiple path, single data ("MPSD"), and multiple path, multiple data ("MPMD") computer system architectures from a data coherence perspective as summarized in Table 1.

TABLE 1

| | Single Data | Multiple Data |
|---|---|---|
| Single Path | SPSD | SPMD |
| Multiple Path | MPSD | MPMD |

Single data ("SD") indicates that only one copy of a data item exists in computer 10, whereas multiple data ("MD") indicates that multiple copies of the data item may coexist, as commonly happens when processors 16 have cache memories 22.

Single path ("SP") indicates that only one communication path exists to a stored data item, whereas multiple paths ("MP") indicates that more than one path to the same data item exists, as in a multiprocessor system with a multiport memory. The classification according to Table 1 results in four classes of computer systems.

SPSD systems include multiprocessor systems that time-share a single bus or use a crossbar switch to implement an interconnection network. In such systems, the processors do not have cache memories. Such systems do not have a data coherence problem because the conventional conditions necessary to ensure data coherence are satisfied—only one path exists to the data item at a time, and only one copy exists of each data item.

Although no processor-associated cache memories exist, shared memory 18 can include a performance-improving shared memory cache that appears to the processors as a single memory. Data incoherence can exist between the shared memory cache and the shared memory. In general, this solution is not attractive because the bandwidth of a shared cache memory is insufficient to support many processors.

MPSD systems are implemented with multiport memories in which each processor has a switchable dedicated path to the memory.

MPSD systems can process data in two ways. In a single-access operation, memory data are accessed sequentially, with only a single path to and a single copy of each data item existing at any time, thereby ensuring data coherence. In a multiple-access operation, a data-accessing processor locks its memory path or issues a data locking signal for the duration of the multiple-access operation, thereby ensuring a single access path for the duration of the multiple-access operation. Data coherence is guaranteed by the use of locks, albeit with associated overhead.

MPMD systems, such as computer 10 and computer system 14, are typically implemented with shared memory 18 and cache memories 22. Such systems have a potentially serious data coherence problem because more than one path to and more than one copy of a data item may exist concurrently.

Solutions to the MPMD data coherence problem are classified as either preventive or corrective. Preventive solutions typically use software to maintain data coherence while corrective solutions typically use hardware for detecting and resolving data coherence problems. Furthermore, corrective solutions are implemented in either a centralized or a distributed way.

Preventive solutions entail using software to designate all sharable and writable data as noncachable, making it accessible only in shared memory 18. When accessed by one of processors 16, the shared data are protected by software locks and by shared data structures until relinquished by the processor. To alleviate the obvious problem of increased data access time, the shared data structures may be stored in cache memory. The prevention software is responsible for restoring all updated data at shared memory 18, before releasing the software locks. Therefore, processors 16 need commands for purging data from associated cache memories 22.

Unfortunately, preventive solutions require specialized system software, a facility to identify sharable data, and a correspondingly complex compiler. Additionally, system performance is limited because part of the shared data are not cached.

Corrective solutions to data coherence problems are advantageous because they are transparent to the user, albeit at the expense of added hardware.

A typical centralized solution to the data coherence problem is the above-described presence flag technique of Censier and Feautrier.

In distributed solutions, cache memory controllers 50 maintain data coherence rather than shared memory controller 52. Advantages include reduced bus traffic for maintaining cache data states. This is important because, in a shared bus multiprocessor system, bus capacity often limits system performance. Therefore, approaching ideal system performance requires minimizing processor associated bus traffic.

Skilled workers will recognize that other solutions exist for maintaining data coherence including dedicated broadcast buses, write-once schemes, and data ownership schemes. The overhead cost associated with various data coherence techniques is described by James Archibald and Jean-Loup Baer, in "Cache Coherence Protocols: Evaluation Using a Multiprocessor

Simulation Model," *ACM Transactions on Computer Systems*, Vol. 4, No. 4, November 1986. Six methods of ensuring cache coherence are compared in a simulated multiprocessor computer system. The simulation results indicate that choosing a data coherence technique for a computer system is a significant decision because the hardware requirements and performance differences vary widely among the techniques. In particular, significant performance differences exist between techniques that distribute updated data among cache memories and techniques that update data in one cache memory and invalidate copies in other cache memories. Comparative performance graphs show that all the techniques impose an overhead-based performance limit on the computer system.

What is needed, therefore, is a substantially zero-overhead mutual-exclusion mechanism that provides for concurrently reading and/or updating data while maintaining data coherency. Such a mechanism would be especially useful if it is capable of maintaining the coherency of data shared throughout a networked multicomputer system.

## SUMMARY OF THE INVENTION

An object of this invention is, therefore, to provide an apparatus and a method for ensuring substantially zero-overhead data coherency in a computer.

Another object of this invention is to provide a mutual-exclusion apparatus and method capable of operating in a multicomputer system.

A further object of this invention is to improve the program execution performance of multiprocessor and multicomputer systems.

This invention is a substantially zero-overhead mutual-exclusion apparatus and method that allow concurrent reading and updating data while maintaining data coherency. That is, a data reading process executes the same sequence of instructions that would be executed if the data were never updated. Rather than depending exclusively on overhead-imposing locks, this mutual-exclusion mechanism tracks a thread (a locus of control such as a processor) execution history to determine safe times for processing a current generation of data updates while a next generation of data updates is concurrently being saved. A summary of thread activity tracks which threads have passed through a quiescent state after the current generation of updates was started. When the last thread related to the current generation passes through a quiescent state, the summary of thread activity signals a callback processor that it is safe to end the current generation of updates. The callback processor then processes and erases all updates in the current generation. The next generation of updates then becomes the current generation of updates. The callback processor restarts the summary of thread activity and initiates a new next generation of updates. All data-updating threads pass through a quiescent state between the time they attempt to update data and the time the data are actually updated.

This mutual-exclusion mechanism requires practically no data locks when accessing shared data, resulting in reduced overhead and data contention, and it is not so susceptible to deadlock as conventional mechanisms. Reducing deadlock susceptibility provides a corresponding reduction in or elimination of overhead required for avoiding or detecting and repairing deadlocks.

Additional objects and advantages of this invention will be apparent from the following detailed description of preferred embodiments thereof which proceeds with reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A and 1B are simplified schematic block diagrams showing a prior art network of multiprocessor computers and a representative prior art shared-memory multiprocessor computer.

FIG. 2 is a simplified state diagram showing the interrelationship of process states and process state transitions followed during execution of the process in a prior art UNIX® operating system.

FIG. 3 is a simplified schematic block diagram showing a mutual-exclusion mechanism according to this invention.

FIG. 4 is a simplified schematic block diagram showing a preferred implementation of the mutual-exclusion mechanism of FIG. 3.

FIGS. 5A, 5B, 5C, and 5D are simplified schematic block diagrams showing four evolutionary stages of a local area network data structure being updated in a manner according to this invention.

FIG. 6 is a simplified block diagram showing a handle table data structure according to this invention.

FIG. 7 is a simplified block diagram showing a free handle list data structure according to this invention.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

FIG. 3 shows the interrelationship of components used to implement an embodiment of a mutual-exclusion mechanism **90**. Skilled workers will recognize that terms of art used in this application are known in the computer industry. Standard C-programming language syntax is used to describe relevant data structures and variables. Pseudo-code is used to describe various operational steps. The following alphabetically arranged terms are described with reference to FIGS. 1 and 3.

A CALLBACK **100** is an element of a generation data structure. Each callback **100** tracks a set of elements **102** waiting for safe erasure. Callback **100** may include operational steps specific to a type of elements being tracked.

A CALLBACK PROCESSOR **104** is an entity that monitors a summary of thread activity **106** and processes a current generation **108** of callbacks **100** when it is safe to do so. Then, callback processor **104** causes a next generation **110** of callbacks **100** to become the current generation **108** of callbacks **100** and resets summary of thread activity **106**. A global callback processor may be used to process all callbacks, or multiple callback processors may process individual elements or groups of elements protected by mutual-exclusion mechanism **90**.

COMPUTER SYSTEM **14** includes computer **10** or a group of computers **10** that share or exchange information. Computers **10** may be single processors or shared-memory multiprocessors. Groups of computers **10** may be connected by interconnection network **12** to exchange data. Such data exchange includes so-called "sneakernets" that communicate by physically moving a storage medium from one computer **10** to another computer **10**. Alternatively, computer system **14** can include loosely coupled multiprocessors, distributed multiprocessors, and massively parallel processors.

A DATA STRUCTURE is any entity that stores all or part of the state maintained by computer system 14. Examples of data structures include arrays, stacks, queues, singly linked linear lists, doubly linked linear lists, singly linked circular lists, doubly linked circular lists, trees, graphs, hashed lists, and heaps.

ELEMENT 102 is usually one or more contiguous records or "structs" in a data structure stored in a memory (18, 22, or 24). Examples include array elements and elements of linked data structures.

ERASE means to render the contents of element 102 invalid. Erasure may be accomplished by returning element 102 to a free pool (not shown) for initialization and reallocation, by overwriting, or by moving element 102 to another data structure. The free pool is simply a particular example of another data structure. Any special processing required by a particular element 102 is performed by its associated callback 100.

The FREE POOL is a group of elements available for addition to existing data structures or for creating new data structures. A free pool may be associated with a given data structure, a specific group of data structures, a given entity, specific groups of entities, or with all or part of an entire computer system.

A GENERATION is a set of elements 102 deleted from one or more data structures by a set of threads 112. The generation is erased when threads 112 enter a quiescent state. In particular, current generation 108 is erased when its associated threads reach a quiescent state, and next generation 110 is erased when its associated threads reach a quiescent state, but after the current generation is erased.

A GENERATION DATA STRUCTURE is a data structure that tracks a particular generation of elements waiting to be erased. Generations of elements may be tracked system-wide, per data structure, by group of data structures, by entity, or by a group of entities.

MUTEX is a term that refers to a specific instance of a mutual-exclusion mechanism as in "the data structure is protected by a per-thread mutex."

MUTUAL EXCLUSION is a property that permits multiple threads to access and/or update a given data structure or group of data structures while maintaining their integrity. For example, mutual exclusion prevents an entity from reading a given portion of a data structure while it is being updated.

MUTUAL-EXCLUSION OVERHEAD is the additional amount of processing required to operate a mutual-exclusion mechanism. The amount of overhead may be measured by comparing the "cost" of processing required to access and/or update a given data structure or group of data structures with and without the mutual-exclusion mechanism. If there is no difference in the cost, the mutual exclusion mechanism has zero overhead. An example of cost is processing time.

A READER is a thread that accesses but does not update a data structure.

A QUIESCENT STATE exists for a thread when it is known that the thread will not be accessing data structures protected by this mutual-exclusion mechanism. If multiple callback processors exist, a particular thread can be in a quiescent state with respect to one callback processor and in an active state with respect to another callback processor. Examples of quiescent states include an idle loop in an operating system, a user mode in an operating system, a context switching point in an operating system, a wait for user input in an interactive application, a wait for new messages in a message-passing system, a wait for new transactions in a transaction processing system, a wait for control input in an event-driven real-time control system, the base priority level in a interrupt-driven real-time system, an event-queue processor in a discrete-event simulation system, or an artificially created quiescent state in a system that lacks a quiescent state, such as a real-time polling process controller.

A READER-WRITER SPINLOCK is a type of spinlock that allows many readers to use a mutex simultaneously, but allows only one writer to use the mutex at any given time, and which further prevents any reader and writer from using the mutex simultaneously.

SEQUENTIAL CONSISTENCY is a property that ensures that all threads agree on a state change order. Multiprocessor computer systems do not typically depend on sequential consistency for performance reasons. For example, an INTEL® 80486 processor has a write-buffer feature that makes a data update appear to have occurred earlier in time at a particular processor than at other processors. The buffer feature causes processes relying on sequential consistency, such as locks, to either fail or to require additional work-around instructions.

A SLEEPLOCK is a type of mutual-exclusion mechanism that prevents excluded threads from processing, but which requires a pair of context switches while waiting for the sleeplock to expire.

A SPINLOCK is a type of mutual-exclusion mechanism that causes excluded threads to execute a tight loop while waiting for the spinlock to expire.

STORAGE MEDIA are physical elements such as a rotating disk or a magnetic tape that provide long-term storage of information.

A SYSTEM is a collection of hardware and software that performs a task.

A SUBSYSTEM is a part of a system that performs some part of the task.

SUMMARY OF THREAD ACTIVITY 106 is a data structure that contains a record of thread execution history that indicates to callback processor 104 when it is safe to process current generation 108 of callbacks 100.

THREAD 112 is any center of activity or concentration of control in a computer system. Examples of a thread include a processor, process, task, interrupt handler, service procedure, co-routine, transaction, or another thread that provides a given locus of control among threads sharing resources of a particular process or task.

AN UPDATER is a thread that updates a data element or a data structure.

Mutual-exclusion mechanism 90 allows multiple readers and updaters to operate concurrently without interfering with each other, although readers accessing a data structure after an updater will access the updated data structure rather than the original structure.

Mutual-exclusion mechanism 90 does not require readers to use a mutex or sequential consistency instructions. Updaters use a mutex as required by the update algorithm and use sequential consistency instructions to ensure that the readers access consistent data.

An updater deleting an element removes it from a data structure by unlinking it or using a deletion flag. If current generation 108 is empty, the updater adds a callback 100 containing the element to current generation 108 and causes callback processor 104 to reset summary of thread activity 106. If current generation 108 is

not empty, the updater adds a callback **100** containing the element to next generation **110**.

An updater changing an element copies it from a data structure into a new element, updates the new element, links the new element into the data structure in place of the original element, uses the callback mechanism to ensure that no threads are currently accessing the element, and erases the original element.

Some computers have features that explicitly enforce sequential consistency, such as the INTEL® 80×86 exchange (XCHG) instruction, MIPS® R4000 load link (LL) and store conditional (SC) instructions, IBM® RS6000 cache-management Instructions, or uncachable memory segments. In sequences of instructions not involving such features, these computers can reorder instructions and memory accesses. These features must, therefore, be used to prevent readers from accessing elements before they have been completely initialized or after they have been erased.

Updaters, whether deleting or updating data, should use some mutual-exclusion mechanism such as spinlocks or sleeplocks to prevent multiple updaters from causing incoherent data.

Using the above-described updater techniques in conjunction with mutual-exclusion mechanism **90** ensures that no thread accesses an element when it is erased.

Summary of thread activity **106** may be implemented per data structure, per group of data structures, or system-wide. Summary of thread activity **106** has many alternative data structures including those described below.

A dense per-thread bitmap data structure has an array of bits with one bit per thread. When a thread passes through a quiescent state since the data structure was reset, the corresponding bit is cleared.

A distributed per thread bitmap data structure embeds thread bits into a structure that facilitates thread creation and destruction. For example, a flag is used to track each thread in the data structure.

A hierarchical per-thread bitmap is a data structure that maintains a hierarchy of bits. The lowest level maintains one bit per thread. The next level up maintains one bit per group of threads and so on. All bits are preset to a predetermined state, for example, a one-state. When a thread is sensed in a quiescent state, its associated bit is set to a zero-state in the lowest level of the hierarchy. If all bits corresponding to threads in the same group are in a zero-state, the associated group bit in the next higher level is set to a zero-state and so on until either the top of the hierarchy or a non zero bit is encountered. This data structure efficiently tracks large numbers of threads. Massively parallel shared-memory multiprocessors should use a bitmap hierarchy mirroring their bus hierarchy.

Summary of thread activity **106** may be reset in various ways including those described below.

Each bit is explicitly set to a predetermined state, preferably a one-state, by a reset signal **114**.

Each bit (or group of bits for hierarchial bitmaps) has an associated generation counter. A global generation counter is incremented to reset summary of thread activity **106**. When a thread is sensed in a quiescent state, and its associated bit is currently in a zero-state, its associated generation counter is compared with the global generation counter. If the counters differ, all bits associated with the quiescent thread are set to a one-state and the associated generation counter is set to equal the global counter.

The generation counter technique efficiently tracks large numbers of threads, and is particularly useful in massively parallel shared-memory multiprocessors with hierarchical buses.

A thread counter (not shown) may be used to indicate the number of threads remaining to be sensed in a quiescent state since the last reset signal **114**. The thread counter is preset to the number of threads (or for hierarchial schemes, the number of threads in a group) and is decremented each time a thread bit is cleared. When the counter reaches zero, all threads have been sensed in a quiescent state since the last reset. If threads can be created and destroyed, the counters corresponding to the threads being destroyed must be decremented.

Callback processor **104** interfaces with the quiescence-indicating scheme chosen for summary of thread activity **106** and therefore has various possible implementations. For example, if the quiescence-indicating bits in summary of thread activity **106** have other purposes, no additional overhead need be incurred by callback processor **104** in checking them. Consider a data structure having a dedicated summary of thread activity and a per-thread bit for indicating the occurrence of some unusual condition. Any thread accessing the data structure must execute special-case steps in response to the per-thread bit such as recording its quiescence before accessing the data structure.

Callback processor **104** may be invoked by:

- all threads upon entering or exiting their quiescent state;
- readers just before or just after accessing the data structure protected by mutual-exclusion mechanism **90** (invoking callback processor **104** just after accessing the data structure will incur overhead unless the quiescence-indicating bits in summary of thread activity **106** have multiple purposes);
- a separate entity such as an interrupt, asynchronous trap signal, or similar facility that senses if the thread is in a quiescent state; or
- updaters, the form of which varies from system to system.

If an updater has a user process context on a shared memory multiprocessor, the updater forces a corresponding process to run on each processor which forces each processor through a quiescent state, thereby allowing the updater to safely erase the elements.

In a message passing system, an updater may send a message to each thread that causes the thread to pass through a quiescent state. When the updater receives replies to all the messages, it may safely erase its elements. This alternative is attractive because it avoids maintaining lists of elements awaiting erasure. However, the overhead associated with message-passing and context switching overwhelms this advantage in many systems.

Callbacks and generations may be processed globally, per-thread where possible, or per some other entity where possible. Global processing is simple to implement, whereas the other choices provide greater updating efficiency. Implementations that allow threads to be destroyed, such as a processor taken off line, will need to include global callback processing to handle those callbacks waiting for a recently destroyed thread.

Referring to FIG. **4**, a preferred mutual-exclusion mechanism **120** is implemented in the Symmetry Series of computers manufactured by the assignee of this invention. The operating system is a UNIX® kernel

running on a shared-memory symmetrical multiprocessor like computer 10 shown in FIG. 1B.

Mutual-exclusion mechanism 120 has a system-wide scope in which each thread corresponds to an interrupt routine or kernel running state 36 (FIG. 2) of a user process. Alternatively, each of processors 16 may correspond to threads 112 (FIG. 3). Quiescent state alternatives include an idle loop, process user running state 38 (FIG. 2), a context switch point such as process asleep state 32 (FIG. 2), initiation of a system call, and a trap from a user mode. More than one type of quiescent state may be used to implement mutual-exclusion mechanism 120.

The summary of thread activity is implemented by per-processor context-point counters 122. Counters 122 are incremented each time an associated processor 16 switches context. Counters 122 are used by other subsystems and therefore add no overhead to mutual-exclusion mechanism 120.

A callback processor 124 includes a one-bit-per processor bitmask. Each bit indicates whether its associated processor 16 must be sensed in a quiescent state before the current generation can end. Each bit corresponds to a currently functioning processor and is set at the beginning of each generation. When each processor 16 senses the beginning of a new generation, its associated per-processor context switch counter 122 value is saved. As soon as the current value differs from the saved value, the associated bitmask bit is cleared indicating that the associated processor 16 is ready for the next generation.

Callback processor 124 is preferably invoked by a periodic scheduling interrupt 126. Processor 16 may alternatively clear its bitmask bit if scheduling interrupt 126 is in response to an idle loop, a user-level process execution, or a processor 16 being placed off line. The latter case is necessary to prevent an off line processor from stalling the callback mechanism and causing a deadlock.

When all bits in the bitmask are cleared, callback processor 124 processes all callbacks 128 in a global current generation 130 and all callbacks 128 associated with the current processor in a per-processor current generation 131.

Mutual-exclusion mechanism 120 also includes a global next generation 132 and a per-processor next generation 133. When a particular processor 16 is placed off line, all callbacks 128 in its associated per-processor current generation 131 and per-processor next generation 133 are placed in global next generation 132 to prevent callbacks 128 from being "stranded" while the processor is off line.

Mutual-exclusion mechanism 120 implements callbacks 128 with data structures referred to as rc_callback_t and rc_ctrlblk_t and the below-described per-processor variables.

cswtchctr: A context switch counter that is incremented for each context switch occurring on a corresponding processor.

syscall: A counter that is incremented at the start of each system call initiated on a corresponding processor.

usertrap: A counter that is incremented for each trap from a user mode occurring on a corresponding processor.

rclockcswtchctr: A copy of the cswtchctr variable that is taken at the start of each generation.

rclocksyscall: A copy of the syscall variable that is taken at the start of each generation.

rclockusertrap: A copy of the usertrap variable that is taken at the start of each generation.

rclockgen: A generation counter that tracks a global generation number. This variable indicates whether a corresponding processor has started processing a current generation and if any previous generation callbacks remain to be processed.

rclocknxtlist: A per-processor list of next generation callbacks comprising per-processor next generation 133.

rclocknxttail: A tail pointer pointing to rclocknxtlist.

rclockcurlist: A per-processor list of current generation callbacks comprising per-processor current generation 131.

rclockcurtail: A tail pointer pointing to rclockcurlist.

rclockintrlist: A list of callbacks in the previous generation that are processed by an interrupt routine which facilitates processing them at a lower interrupt level.

rclockintrtail: A tail pointer pointing to rclockintrlist.

A separate copy of data structure rc_callback_t exists for each callback 128 shown in FIG. 4. The rc_callback_t data structure is described by the following C-code:

```
typedef struct rc_callback rc_callback_t;
struct rc_callback {
        rc_callback_t *rcc_next;
        void          (*rcc_callback) (rc_callback_t *rc,
                                  void *arg1,
                                  void *arg2);
        void          *rcc_arg1;
        void          *rcc_arg2;
        char          rcc_flags;
};
```

where:

rcc_next links together a list of callbacks associated with a given generation;

rcc_callback specifies a function 134 to be invoked when the callback generation ends;

rcc_arg1 and rcc_arg2 are arguments 136 passed to rcc_callback function 134; and

rcc_flags contains flags that prevent callbacks from being repeatedly associated with a processor, and that associate the callbacks with a memory pool.

The first argument in function 134 is a callback address. Function 134 is responsible for disposing of the rc_callback_t data structure.

Mutual-exclusion mechanism 120 implements global current generation 130, per-processor current generation 131, global next generation 132, and per-processor next generation 133 of callbacks 128 with a data structure referred to as rc_ctrlblk_t that is defined by the following C-code:

```
typedef struct rc_ctrlblk {
    /* Control variables for rclock callback. */
        gate_t              rcc_mutex;
        rc_gen_t            rcc_curgen;
        rc_gen_t            rcc_maxgen;
        engmask_t           rcc_olmsk;
        engmask_t           rcc_needctxtmask;
        rc_callback_t       *rcc_intrlist;
        rc_callback_t       **rcc_intrtail;
        rc_callback_t       *rcc_curlist;
        rc_callback_t       **rcc_curtail;
        rc_callback_t       *rcc_nxtlist;
        rc_callback_t       **rcc_nxttail;
        mp_ctr_t            *rcc_nreg;
        mp_ctr_t            *rcc_nchk;
        mp_ctr_t            *rcc_nprc;
        mp_ctr_t            *rcc_ntogbl;
```

-continued

```
        mp_ctr_t            *rcc_npregbl;
        mp_ctr_t            *rcc_nsync;
        rc_callback_t       *rcc_free;
} rc_ctrlblk_t;
```

where:

rcc_mutex is a spin lock that protects the callback data structure (rcc-mutex is not used by readers, and therefore, does not cause additional overhead for readers);

rcc_curgen contains a number of callbacks **128** in global current generation **130**;

rcc_maxgen contains a largest number of callbacks **128** in any next generation **132**, **133** of callbacks **128** (when rcc_curgen is one greater than rcc_maxgen; there are no outstanding callbacks **128**);

rcc_olmsk is a bitmask in which each bit indicates whether a corresponding processor **16** is on line;

rcc_needctxtmask is a field implementing summary of execution history **138** (the field is a bitmask in which each bit indicates whether a corresponding processor **16** has been sensed in a quiescent state);

rcc_intrlist is a pointer to a linked list of rcc_callback_t elements waiting to be processed in response to a software interrupt;

rcc_intrtail is a tail pointer to the rcc_intrlist pointer;

rcc_curlist is a pointer to a linked list of rcc_callback_t elements that together with per-processor variable rclockcurlist implement global current generation **130** and per-processor current generation **131**;

rcc_curtail is a tail pointer to the rcc_curlist pointer;

rcc_nxtlist is a pointer to a linked list of rcc_callback_t elements that together with per-processor variable rclocknxtlist implement global next generation **132** and per-processor next generation **133**;

rcc_nxttail is a tail pointer to the rcc_nxtlist pointer (note that per-processor lists are used wherever possible, and global lists are used only when a processor having outstanding callbacks is taken off line);

rcc_nreg is a counter field that counts the number of "registered" callbacks (a registered callback is one presented to mutual exclusion mechanism **120** for processing);

rcc_nchk is a counter field that counts the number of times a rc_chk callbacks function has been invoked;

rcc_nprc is a counter field that counts the number of callbacks that have been processed;

rcc_ntogbl is a counter field that counts the number of times that callbacks have been moved from a per-processor list to a global list;

rcc_npregbl is a counter field that counts the number of callbacks that have been processed from the global list;

rcc_nsync is a counter field that counts the number of memory-to-system synchronization operations that have been explicitly invoked; and

rcc_free is a pointer to a list of currently unused callback data structures that cannot be freed because they are allocated in permanent memory.

Function rc_callback performs an update **140** using a single rc_callback_t as its argument. Update **140** adds callbacks to global next generation **132** and per-processor next generation **133** by executing the following pseudo-code steps:

if a pending callback is already registered, flag an error;

if the pending callback is not registered, flag the callback as registered;

increment counter rcc_nreg;

if the current processor is on line:
- disable interrupts;
- add the callback to the rclocknxtlist per-processor list;
- enable interrupts; and
- return (do not execute the following steps).

If the current processor is off line (a paradoxical situation that can arise during the process of changing between on line and off line states):
- acquire rcc_mutex to protect rc_ctrlblk_t from concurrent access;
- add the callback to global list rcc_nxtlist;
- invoke rc_reg_gen (described below) to register that at least one additional generation must be processed (This step is not performed in the above-described per-processor case, but is performed by rc_chk_callbacks in response to the next clock interrupt); and
- release rcc_mutex.

Callback processor **124** is implemented by a function referred to as rc_chk callbacks. Callback processor **124** is invoked by interrupt **126**, which is preferably a hardware scheduling clock interrupt referred to as hardclock(), but only if one or more of the following conditions are met: rclocknxtlist is not empty and rclockcurlist is empty (indicating that the current processor is tracking a generation of callbacks and there are callbacks ready to join a next generation); rclockcurlist is not empty and the corresponding generation has completed; or the bit in rcc_needctxtmask that is associated with the current processor is set. The latter condition ensures that if there is a current generation of callbacks, the current processor must be in, or have passed through, a quiescent state before the generation can end.

Function rc_chk_callbacks has a single flag argument that is set if interrupt **126** is received during an idle loop or a user mode, both of which are quiescent states from the viewpoint of a kernel thread. Function rc_chk_callbacks executes the following pseudo-code steps:

- increment the counter rcc_nchk; if rclockcurlist has callbacks and rclockgen indicates their generation has completed, append the callbacks in rclockcurlist to any callbacks listed in rclockintrlist;
- if rclockintrlist is empty, send a software interrupt to the current processor to process the appended callbacks;
- if rclockcurlist is empty and rclocknxtlist is not empty, move the contents of rclocknxtlist to rclockcurlist, set rclockgen to one greater than rcc_curgen, and invoke rc_reg_gen on the value in rclockgen;
- if the bit in rcc_needctxtmask corresponding to the current processor is not set, return (do not execute the following steps);
- if the argument is not set (i.e., hardclock() did not interrupt either an idle-loop or a user code quiescent state) and rclockcswtchctr contains an invalid value, store in rclockcswtchctr, rclocksyscall, and rclockusertrap the current values of cswtchctr, syscall, and usertrap associated with the current processor, and return;

if the argument is not set and counters cswtchctr, syscall, and usertrap associated with the current processor have not changed (checked by comparing with the variables rclockcswtchctr, rclocksyscall, and rclockusertrap), return;

acquire rcc_mutex; and

invoke a function referred to as rc_cleanup (described below) to invoke the callbacks and release rcc_mutex.

Function rc_cleanup ends global current generation 130 and per-processor current generation 131 and, if appropriate, starts a new generation. The rcc_mutex must be held when entering and released prior to exiting rc_cleanup. Function rc_cleanup executes the following pseudo-code steps:

if the bit in rcc_needctxtmask associated with the current processor is already cleared, release rcc_mutex and return;

clear the bit in rcc_needctxtmask associated with the current processor to indicate that the current processor has completed the current generation:

set rclockcswtchctr to an invalid value;

if any bit in rcc_needctxtmask is still set, release rcc_mutex and return;

increment rcc_curgen to advance to the next generation;

if rcc_curlist is not empty, move its callbacks to rcc_intrtail;

if rcc_nxtlist is not empty, move its callbacks to rcc_curlist and invoke rc_reg_gen to indicate that another generation is required;

otherwise, invoke rc_reg_gen with rcc_maxgen to begin the next generation if appropriate;

if rcc_intrlist is not empty, send a software interrupt to cause its callbacks to be processed; and

release rcc_mutex.

A function referred to as rc_intr, invoked in response to the software interrupt, processes all callbacks in rcc_intrlist and those in rclockintrlist that are associated with the current processor. Function rc_intr executes the following steps:

while rclockintrlist is not empty, execute the following steps:

disable interrupts;

remove the first callback from rclockintrlist and flag the callback as not registered;

enable interrupts;

invoke the callback; and

increment the rcc_nprc counter.

While rcc_intrlist is not empty, execute the following steps:

acquire rcc_mutex;

remove the first callback from rcc_intrlist and flag the callback as not registered;

release rcc_mutex;

invoke the callback; and

increment the rcc_nprc and rcc_nprcgbl counters.

A function referred to as rc_onoff is invoked whenever any of processors 16 are taken off line or placed on line. Function rc_onoff prevents mutual-exclusion mechanism 120 from waiting forever for a disabled processor to take action. Function rc_onoff executes the following pseudo-code steps:

acquire rcc_mutex;

update rcc_olmsk to reflect which processors 16 are on line;

if the current processor is coming on line, release rcc_mutex and return;

if rclockintrlist, rclockcurlist, or rclocknxtlist associated with the current processor are not empty, increment counter rcc_ntogbl;

if rclockintrlist associated with the current processor is not empty. move its callbacks to the global rcc_intrlist and broadcast a software interrupt to all processors;

if rclockcurlist associated with the current processor is not empty, move its callbacks to the global rcc_nxtlist;

if rclocknxtlist associated with the current processor is not empty, move its callbacks to the global rcc_nxtlist; and

invoke rc_cleanup causing the current processor to properly exit from any ongoing generation.

The function referred to as rc_reg_gen registers and starts a specified generation of callbacks if there is no active generation and if the currently registered generation has not completed. The rc_reg_gen function executes the following steps:

if the specified generation is greater than rcc_maxgen, record it in rcc_maxgen;

if rcc_needctxtmask has a bit set (current generation not complete) or if rcc_maxgen is less than rcc_curgen (specified generation complete), return; and

set rcc_needctxtmask to rcc_olmsk to start a new generation.

Various uses exist for mutual-exclusion mechanism 90 in addition to the above-described generalized system-wide application.

For example, mutual-exclusion mechanism 90 provides update protection for a current local area network ("LAN") data structure 150 that distributes data packets among an array of LANs. Note that such update protection may also be extended to a wide area network ("WAN").

If a LAN is installed or removed (or is sensed as defective), data structure 150 is so informed by a function referred to as LAN-update which performs an updating sequence shown in FIGS. 5A, 5B, 5C, and 5D.

FIG. 5A shows a current generation of LAN data structure 150 prior to the update. A pointer referred to as LAN_ctl_ptr 152 accesses a field referred to as LAN_rotor 154 that indexes into an array LAN_array 156 having "j" slots. LAN_rotor 154 is incremented each time a data packet is distributed to sequentially access each slot of LAN_array 156. LAN_rotor 154 cycles back to zero after reaching the value "j" stored in a slot N_LAN 158. The value stored in N_LAN 158 is the number of LANs available in the array.

FIG. 5B shows the current generation of LAN data structure 150 immediately before updating LAN_array 156 to reflect newly installed or removed LANs. A next generation of LAN data structure 160 is allocated and initialized having an array LAN_array 162 of "j" slots. The value "j" is stored in a slot N_LAN 164. LAN_array 162 reflects the updated LAN configuration.

FIG. 5C shows LAN data structure 160 being installed as the current generation by overwriting LAN_ptr 152 with an address that points to LAN data structure 160 in place of LAN data structure 150. Processors that received a copy of LAN_ctl_ptr 152 before it was overwritten can safely continue to use LAN data structure 150 because all the resources it uses are permanently allocated. LAN data structure 150 will be

released for deallocation after all the processors have sensed and are using LAN data structure **160**.

FIG. 5D shows the current generation of LAN data structure **160** in operation. LAN data structure **150** is no longer shown because it is deallocated.

Another use for mutual-exclusion mechanism **90** entails mapping "lock handles" in a network-wide distributed lock manager ("DLM") application. The DLM coordinates lock access among the nodes in the network.

Conventionally, a process in a local node uses a lock operation to "open" a lock against a resource in a remote node. A lock handle is returned by the remote node that is used in subsequent operations. For each lock operation, the lock handle must be mapped to an appropriate DLM internal data structure. On a symmetrical multiprocessor, mapping is protected by some form of conventional spin lock, sleep lock, or reader-writer spin lock that prevents the mapping from changing during use. Likewise, the data structure to which the lock handle is mapped is locked to prevent it from deletion during use. Therefore, at least two lock operations are required to map the lock handle to the appropriate data structure.

By using a zero overhead mutual-exclusion mechanism according to this invention, the DLM is able to map lock handles without using conventional locks, thereby reducing the number of remaining lock operations to one for data structure protection only.

The zero overhead mutual-exclusion mechanism provides stable lock handle mapping while the number of lock handles is being expanded and prevents data structures from being deallocated while still in use by a thread.

Referring to FIG. 6, lock handles are stored in a handle table **170** that has a hierarchy of direct **172**, singly indirect **174**, and doubly indirect **176** memory pages. Handle table **170** is expanded in a manner that allows existing lock handles to continue using handle table **170** without having their mapping changed by table expansion.

Direct **172**, singly indirect **174**, and doubly indirect **176** memory pages are each capable of storing NENTRIES pointers to internal data structures **178** or pointers to other memory pages.

Mapping a lock handle to its associated internal data structure entails tracing a path originating with pointers stored in a root structure **180** referred to as table_ptrs. The path followed is determined by either a directory referred to as table_size or by the lock handle itself.

If a lock handle is greater than zero but less than NENTRIES, the lock handle pointer is stored in a direct root structure field **184** referred to as table_ptrs[direct] and is directly mapped to its associated data structure **178** by table_ptrs[direct] [handle].

If a lock handle is greater than or equal to NENTRIES and less than NENTRIES*NENTRIES, the lock handle pointer is stored in a single root structure field **186** referred to as table_ptrs[single] and is indirectly mapped to its associated data structure **178** by table_ptrs [single] [handle/NENTRIES] [handle%NENTRIES] ("/" and "%" are respectively divide and modulo operators).

If a lock handle is greater than or equal to NENTRIES*NENTRIES and less than NENTRIES 3 ("*" and " " are respectively multiply and exponent operators), the handle pointer is stored in a double root structure field **188** referred to as table_ptrs[double] and is double indirectly mapped to its associated data structure **178** by table_ptrs[double] [handle/(NENTRIES*NENTRIES)] [(handle/NENTRIES)%NENTRIES] [handle%NENTRIES].

Mapping computations are reduced to logical right shift and logical "AND" operations when NENTRIES is a power of two, which is typically the case.

Handle table **170** accommodates NENTRIES 3 lock handles. A computer, such as computer **10**, typically has a 32-bit (2 32) wide address bus which is sufficient to address 1024 NENTRIES (1024 3=2 30). Therefore, handle table **170** is adequately sized for all practical applications.

FIG. 7 shows a handle-free list **200** that links together lock handles that are available for allocation. A free lock handle is indicated by using a pointer **202** in direct pages **172** to store an index of the next free handle via forward links of linked list **200**. The index of the first free handle is stored in a handle_free header **204**.

Referring again to FIG. 6, when handle table **170** is expanded, additional levels of indirection are introduced if the number of lock handles increases from NENTRIES to NENTRIES+1 or from NENTRIES 2 to (NENTRIES 2)+1. Readers can use handle table **170** while it is being expanded.

Table expansion, lock handle allocation, lock handle association with a particular internal data structure **210**, and subsequent lock handle deallocation still use spin locks to maintain sequential consistency.

A newly allocated lock handle is associated with a data structure **210** by storing a pointer to data structure **210** in a location in handle table **170** associated with the newly allocated lock handle.

After a particular lock handle is mapped to data structure **210**, data structure **210** must not be deallocated while being used by an unlocked reader.

Updaters using internal data structure **210** use a spin lock to protect the data structure. However, the below-described data structure deallocation process uses the same spin lock, thereby reducing deallocation process overhead.

To deallocate data structure **210**, it is first disassociated with its corresponding lock handle by linking the lock handle back on handle-free list **200**. A reader attempting to use data structure **210** during lock handle disassociation will encounter either the next entry in handle-free list **200** or a pointer to data structure **210**. Free list **200** entries are distinguished from internal data structure pointers by examining a bit alignment of the returned value. In this implementation, internal data structure pointers are aligned on a 4-byte boundary by setting their least significant two bits to zero, whereas handle-free list entries have their least significant pointer bit set to one (the associated lock handle index is shifted left one position to compensate). Therefore, a reader encountering a value with the least significant bit set knows that the associated lock handle does not correspond to internal data structure **210**.

A reader encountering data structure **210** locks data structure **210** and checks a flag word embedded in data structure **210**. When data structure **210** is prepared for deallocation, a "DEAD" flag bit is set therein, and data structure **210** is placed on a "pending deallocation" list of data structures. The DEAD flag bit is set under protection of a per-data structure lock.

The reader encounter data structure **210** with the DEAD flag bit set informs its controlling process that data structure **210** is pending deallocation. In this imple-

mentation, a lookup routine uses the existing per-data structure lock upon sensing the DEAD bit set, releases the lock, and informs its controlling process that the lock handle is no longer associated with an active internal data structure.

Referring again to FIG. 3, a further use for mutual-exclusion mechanism **90** is for maintaining data coherency in an interactive user application that executes multiple processes and shares memory.

In this application, each thread corresponds to a user process, and the quiescent state is a process waiting for user input.

This implementation has a system-wide scope and preferably uses a hierarchical per-thread bitmap, per-level generation counters, a global generation counter, and a thread counter to track the execution histories of a possible large number of processes. The thread counter is decremented when a process exits. If processes can abort, the thread counter must be periodically reset to the current number of threads to prevent indefinite postponement of callback processing.

In this application, the callback processor is invoked by any thread that enters a quiescent state. However, because a user can fail to provide input to a process, a periodic interrupt should also be used to invoke the callback processor.

Still another use for mutual-exclusion mechanism **90** is for maintaining the coherency of shared data in a loosely coupled multicomputer system such as computer system **14** of FIG. 1A. Mutual-exclusion mechanism **90** is installed in each computer **10**. Each of computers **10** is informed of updates to a common data structure, a copy of which is maintained on each of computers **10**, by messages passed between computers **10** over interconnection network **12**.

For example, when a particular computer **10** updates its copy of the data structure, an update message is sent to the other computers **10** where each associated mutual-exclusion mechanism **90** updates the local copy of the data structure.

Each of computers **10** may have a different configuration, thereby dictating a different implementation of mutual-exclusion mechanism **90** on each computer **10**.

It will be obvious to those having skill in the art that many changes may be made to the details of the above-described embodiments of this invention without departing from the underlying principles thereof. Accordingly, it will be appreciated that this invention is also applicable for maintaining data coherency in other than multiprocessor computer applications. The scope of the present invention should be determined, therefore, only by the following claims.

We claim:

**1**. A mutual-exclusion apparatus for maintaining data coherency while concurrently reading and updating a current generation data element stored in first sites of a memory of a computer, the mutual-exclusion apparatus comprising:

- a first thread controlling the reading of the current generation data element;
- a second thread controlling the updating of the current generation data element and storing the updated data element in second sites as a next generation data element;
- a thread activity monitor producing and storing in the memory, execution history data indicative of states of the first and second threads; and
- an element processor processing the current and next generation data elements in response to the execution history data that indicate the first and second threads have one of entered a predetermined state and passed through the predetermined state.

**2**. The mutual-exclusion apparatus of claim **1** in which the thread activity monitor includes at least one of a bitmask, a dense bitmap, a distributed bitmap, a hierarchical bitmap, and a per-thread quiescent state counter.

**3**. The mutual-exclusion apparatus of claim **2** in which the thread activity monitor further includes a generation counter.

**4**. The mutual-exclusion apparatus of claim **2** in which the thread activity monitor further includes a thread counter.

**5**. The apparatus of claim **1** in which the predetermined state is a quiescent state.

**6**. The mutual-exclusion apparatus of claim **5** in which the quiescent state includes at least one of an idle loop, a user mode, a context switching point, a wait for user input, a wait for messages, a wait for transactions, a wait for control input, a base priority level, an event queue processor, and an artificially created quiescent state.

**7**. The mutual-exclusion apparatus of claim **1** in which the element processor processes the first and next generation data elements such that the current generation data element is replaced by the next generation data element.

**8**. The mutual-exclusion apparatus of claim **1** in which the current generation data elements are tracked by a first callback that is an element of a current generation data structure and the next generation data elements are tracked by a second callback that is an element of a next generation data structure, and the element processor is a callback processor that processes the current generation data elements in accordance with a processing function stored in the first callback and processes the next generation data elements in accordance with a processing function stored in the second callback.

**9**. The mutual-exclusion apparatus of claim **1** in which each of the first and second threads includes at least one of a processor, a process, a task, an interrupt handler, a service procedure, a co-routine, and a transaction.

**10**. The mutual-exclusion apparatus of claim **1** in which the element processor processes the current and next generation data elements when at least one of a controlling thread enters a quiescent state, leaves a quiescent state, a reader thread accesses a data structure, an updater thread updates a data structure, and an interrupt is received by the element processor.

**11**. The apparatus of claim **1** in which the computer is of a multiprocessor type.

**12**. In a computer system, a method for providing mutual-exclusion between current and next generation data elements, the next generation data element being formed by updating while concurrently reading the current generation data element stored in first memory sites of a computer, the mutual-exclusion method comprising the steps of:

- reading under control of a first thread the current generation data element;
- updating under control of a second thread the current generation data element to form and store in second memory sites the next generation data element;

monitoring the first and second threads to produce execution history data indicative of states of the first and second threads; and

processing the current and next generation data elements in response to execution history data that indicate the first and second threads have one of entered a predetermined state and passed through the predetermined state.

13. The method of claim 12 in which the execution history data are stored in at least one of a bitmask, a dense bitmap, a distributed bitmap, a hierarchical bitmap, and a per-thread quiescent state counter.

14. The method of claim 13 in which the execution history data are further stored in a generation counter.

15. The method of claim 13 in which the execution history data are further stored in a thread counter.

16. The method of claim 12 in which the predetermined state is a quiescent state.

17. The method of claim 16 in which the quiescent state includes at least one of an idle loop, a user mode, a context switching point, a wait for user input, a wait for messages, a wait for transactions, a wait for control input, a base priority level, an event queue processor, and an artificially created quiescent state.

18. The method of claim 12 further including a step of resetting the execution history data in response to performing the processing step.

19. The method of claim 12 in which the current generation data elements are tracked by a first callback that is an element of a current generation data structure and the next generation data elements are tracked by a second callback that is an element of a next generation data structure, and the processing step further includes processing the current generation data elements in accordance with a processing function stored in the first callback and processing the next generation data elements in accordance with a processing function stored in the second callback.

20. The method of claim 12 in which the processing step comprises replacing the current generation data element with the next generation data element in response to the execution history data indicating that the first and second threads have one of entered a predetermined state and passed through the predetermined state.

21. The method of claim 12 in which each of the first and second threads includes at least one of a processor, a process, a task, an interrupt handler, a service procedure, and a transaction.

22. The method of claim 12 in which the computer system includes at least one of a reader thread, an updater thread, and a callback processor and in which the processing step commences when one of the first and second threads one of enters a quiescent state, leaves the quiescent state, the reader thread accesses a data structure, the updater thread updates a data structure, and the callback processor receives an interrupt.

23. The method of claim 12 in which the computer is of a multiprocessor type.

24. A computer system operating in accordance with the method of claim 12.

* * * * *