# EXHIBIT E

**EXHIBIT E**
Patch to Linux 2.4.1

```
diff -u --recursive --new-file 2.4.1/Documentation/rclock.txt v2.4.1-rc/Documentation/rclock.txt
--- 2.4.1/Documentation/rclock.txt    Thu Jan  1 05:30:00 1970
+++ v2.4.1-rc/Documentation/rclock.txt      Fri Feb 23 14:19:13 2001
@@ -0,0 +1,36 @@
+This document describes the rclock kernel patch version 0.01.
+
+To use read-copy update, install the patch on your 2.4.1 kernel
+and enable CONFIG_RCLOCK during configuration.
+
+
+While most of the read-copy update code is arch independent, a portion
+of it is arch dependent (user trap counter and SMP loca timer).
+This implementation is only for i386 architecture.
+
+While the read-copy callback maintenance code and the design is solid
+the linux implementation is somewhat lame. It needs to be cleaned
+up with more optimization for less interference by the quiescent
+state detection mechanism.
+
+Things that are known to work -
+
+1. Basic callback mechanism
+2. The kmem_deferred_free interface
+3. Basic quiescent state detection mechanism
+
+
+Things that are unknown -
+
+1. Reliability of the CPU stall detection mechanism
+2. rclock stuff under heavy load. This will be tested when our old
+  ptx test harness is ready to run on linux
+3. Did I cover all the usertraps ?
+4. How much interference the quiescent state detection mechanism has ?
+
+These are all being investigated and will be enhanced in a later released.
+
+For any problems, contact dipankar@sequent.com.
+The detailed documentation is available at
+http://lse.sourcefore.net/locking/rclock.html
+
diff -u --recursive --new-file 2.4.1/arch/i386/config.in v2.4.1-rc/arch/i386/config.in
--- 2.4.1/arch/i386/config.in   Tue Jan  9 02:57:56 2001
+++ v2.4.1-rc/arch/i386/config.in      Tue Feb 20 16:46:33 2001
@@ -154,6 +154,7 @@
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
 bool 'Math emulation' CONFIG_MATH_EMULATION
 bool 'MTRR (Memory Type Range Register) support' CONFIG_MTRR
+bool 'Read-Copy-Update lock support' CONFIG_RCLOCK
 bool 'Symmetric multi-processing support' CONFIG_SMP
 if [ "$CONFIG_SMP" != "y" ]; then
   bool 'APIC and IO-APIC support on uniprocessors' CONFIG_X86_UP_IOAPIC
diff -u --recursive --new-file 2.4.1/arch/i386/kernel/apic.c v2.4.1-rc/arch/i386/kernel/apic.c
--- 2.4.1/arch/i386/kernel/apic.c       Wed Dec  6 02:13:48 2000
+++ v2.4.1-rc/arch/i386/kernel/apic.c       Tue Feb 20 16:46:33 2001
@@ -22,6 +22,11 @@
 #include <linux/interrupt.h>
 #include <linux/mc146818rtc.h>
 #include <linux/kernel_stat.h>
+#ifdef CONFIG_RCLOCK
+#include <linux/sched.h>
+#include <linux/rclock.h>
+#endif
+

 #include <asm/smp.h>
 #include <asm/mtrr.h>
@@ -654,6 +659,10 @@
 {
        int user = user_mode(regs);
        int cpu = smp_processor_id();
+#ifdef CONFIG_RCLOCK
+       int cpunum = cpu_number_map(cpu);
+#endif
+

       /*
        * The profiling function is SMP safe. (nothing can mess
@@ -663,6 +672,17 @@
        */
       if (!user)
               x86_do_profile(regs->eip);
+
+#ifdef CONFIG_RCLOCK
+       if (((RC_PLOCAL_rclockcurlist(cpunum) != NULL) &&
+           RC_GEN_LT(RC_PLOCAL_rclockgen(cpunum), rc_ctrlblk.curgen)) ||
+           (RC_PLOCAL_rclockcurlist(cpunum) == NULL &&
+           RC_PLOCAL_rclocknxtlist(cpunum) != NULL) ||
+           test_bit(cpunum, &rc_ctrlblk.needctxtmask) ||
+           ((jiffies - rc_ctrlblk.clock) > RCLOCK_STALL_WARN))
+               rc_chk_callbacks(user || (current == init_tasks[cpunum]));
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+#endif
+

        if (--prof_counter[cpu] <= 0) {
                /*
diff -u --recursive --new-file 2.4.1/arch/i386/kernel/entry.S v2.4.1-rc/arch/i386/kernel/entry.S
--- 2.4.1/arch/i386/kernel/entry.S      Thu Nov  9 06:39:50 2000
+++ v2.4.1-rc/arch/i386/kernel/entry.S      Tue Feb 20 16:46:34 2001
@@ -196,6 +196,13 @@
        pushl %eax                      # save orig_eax
        SAVE_ALL
        GET_CURRENT(%ebx)
+#ifdef CONFIG_RCLOCK
+       pushl %eax
+       pushl processor(%ebx)
+       call SYMBOL_NAME(rc_inc_syscall_count)
+       addl $4,%esp
+       popl %eax
+#endif
        cmpl $(NR_syscalls),%eax
        jae badsys
        testb $0x02,tsk_ptrace(%ebx)# PT_TRACESYS
diff -u --recursive --new-file 2.4.1/arch/i386/kernel/traps.c v2.4.1-rc/arch/i386/kernel/traps.c
--- 2.4.1/arch/i386/kernel/traps.c      Tue Jan 16 06:24:20 2001
+++ v2.4.1-rc/arch/i386/kernel/traps.c      Tue Feb 20 16:46:34 2001
@@ -49,6 +49,10 @@

 #include <linux/irq.h>

+#ifdef CONFIG_RCLOCK
+#include <linux/rclock.h>
+#endif
+
 asmlinkage int system_call(void);
 asmlinkage void lcall7(void);
 asmlinkage void lcall27(void);
@@ -237,6 +241,11 @@
        if (!(regs->xcs & 3))
                goto kernel_trap;

+#ifdef CONFIG_RCLOCK
+       /* TBD : figure out vm86 traps */
+       RC_PLOCAL_usertrap(cpu_number_map(smp_processor_id()))++;
+#endif
+
        trap_signal: {
```

## EXHIBIT E
Patch to Linux 2.4.1

```
            struct task_struct *tsk = current;
            tsk->thread.error_code = error_code;
@@ -319,6 +328,11 @@
      if (!(regs->xcs & 3))
            goto gp_in_kernel;

+#ifdef CONFIG_RCLOCK
+      /* TBD : figure out vm86 traps */
+      RC_PLOCAL_usertrap(cpu_number_map(smp_processor_id()))++;
+#endif
+
      current->thread.error_code = error_code;
      current->thread.trap_no = 13;
      force_sig(SIGSEGV, current);
@@ -525,6 +539,11 @@
      if (regs->eflags & VM_MASK)
            goto debug_vm86;

+#ifdef CONFIG_RCLOCK
+      if (regs->xcs & 3)
+            RC_PLOCAL_usertrap(cpu_number_map(smp_processor_id()))++;
+#endif
+
      /* Save debug status register where ptrace can see it */
      tsk->thread.debugreg[6] = condition;

@@ -637,6 +656,10 @@

 asmlinkage void do_coprocessor_error(struct pt_regs * regs, long error_code)
 {
+#ifdef CONFIG_RCLOCK
+      if (regs->xcs & 3)
+            RC_PLOCAL_usertrap(cpu_number_map(smp_processor_id()))++;
+#endif
      ignore_irq13 = 1;
      math_error((void *)regs->eip);
 }
@@ -692,6 +715,10 @@
 asmlinkage void do_simd_coprocessor_error(struct pt_regs * regs,
                                    long error_code)
 {
+#ifdef CONFIG_RCLOCK
+      if (regs->xcs & 3)
+            RC_PLOCAL_usertrap(cpu_number_map(smp_processor_id()))++;
+#endif
      if (cpu_has_xmm) {
```

**EXHIBIT E**

Patch to Linux 2.4.1

```
                    /* Handle SIMD FPU exceptions on PIII+ processors. */
                    ignore_irq13 = 1;
diff -u --recursive --new-file 2.4.1/include/linux/kmemdef.h v2.4.1-rc/include/linux/kmemdef.h
--- 2.4.1/include/linux/kmemdef.h    Thu Jan  1 05:30:00 1970
+++ v2.4.1-rc/include/linux/kmemdef.h      Fri Feb 23 13:05:25 2001
@@ -0,0 +1,72 @@
+/*
+ * Support for deferred freeing of memory using Read-Copy Update
+ * mechanism.
+ *
+ * Copyright (c) International Business Machines Corp., 2001
+ *
+ * This program is free software; you can redistribute it and/or modify
+ * it under the terms of the GNU General Public License as published by
+ * the Free Software Foundation; either version 2 of the License, or
+ * (at your option) any later version.
+ *
+ * This program is distributed in the hope that it will be useful,
+ * but WITHOUT ANY WARRANTY; without even the implied warranty of
+ * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
+ * GNU General Public License for more details.
+ *
+ * You should have received a copy of the GNU General Public License
+ * along with this program; if not, write to the Free Software
+ * Foundation, Inc., 59 Temple Place - Suite 330, Boston, MA 02111-1307, USA.
+ *
+ *
+ * Author:         Dipankar Sarma <dipankar@sequent.com>
+ *                 (Based on a Dynix/ptx implementation by
+ *                  Paul Mckenney <paul.mckenney@us.ibm.com>)
+ *
+ *
+ *
+ * For detailed explanation of Read-Copy Update mechanism see -
+ *          http://lse.sourceforge.net/locking/rclock.html
+ *
+ */
+
+#ifndef _LINUX_KMEMDEF_H
+#define _LINUX_KMEMDEF_H
+
+#include <linux/rclock.h>
+
+/* Definition for item on batching lists. */
+struct kmem_defer_item {
+       struct kmem_defer_item *kdi_next;/* Pointer to next item.      */
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+      void           *kdi_ptr;       /* Pointer to block to free.        */
+      int            (*kdi_func)(void *ptr);
+                                     /* Pointer to free-prep function.   */
+};
+
+struct kmem_defer {
+      char           kmemd_quiescent;/* =1 indicates that kmemd_callback */
+                                     /* is available for use.  No mutex is */
+                                     /* needed for per-CPU use, since a   */
+                                     /* CPU clears only its bit if it was  */
+                                     /* set, and a callback sets the       */
+                                     /* specified bit only if it was clear.*/
+      struct kmem_defer_item *kmemd_head;/* Head of list of blocks.        */
+      struct kmem_defer_item **kmemd_tail;/* Tail of list of blocks.       */
+      rc_callback_t  *kmemd_callback;/* Pointer to callback element.       */
+};
+
+union kmem_defer_u {
+      struct kmem_defer kmemdef;
+      char pad[((sizeof(struct kmem_defer) / SMP_CACHE_BYTES) + 1)
+                                     * SMP_CACHE_BYTES];
+};
+
+
+
+
+extern void kmem_deferred_free(void *ptr, int (*func)(void *ptr),
+                        struct kmem_defer_item *kp);
+extern      void   kmemd_init(void);
+
+
+#endif /* _LINUX_KMEMDEF_H */
diff -u --recursive --new-file 2.4.1/include/linux/rclock.h v2.4.1-rc/include/linux/rclock.h
--- 2.4.1/include/linux/rclock.h       Thu Jan  1 05:30:00 1970
+++ v2.4.1-rc/include/linux/rclock.h  Fri Feb 23 13:05:13 2001
@@ -0,0 +1,310 @@
+/*
+ * Read-Copy Update mechanism for mutual exclusion
+ *
+ * Copyright (c) International Business Machines Corp., 2001
+ *
+ * This program is free software; you can redistribute it and/or modify
+ * it under the terms of the GNU General Public License as published by
+ * the Free Software Foundation; either version 2 of the License, or
+ * (at your option) any later version.
+ *
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+ * This program is distributed in the hope that it will be useful,
+ * but WITHOUT ANY WARRANTY; without even the implied warranty of
+ * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
+ * GNU General Public License for more details.
+ *
+ * You should have received a copy of the GNU General Public License
+ * along with this program; if not, write to the Free Software
+ * Foundation, Inc., 59 Temple Place - Suite 330, Boston, MA 02111-1307, USA.
+ *
+ *
+ * Author:          Dipankar Sarma <dipankar@sequent.com>
+ *                  (Based on a Dynix/ptx implementation by
+ *                  Paul Mckenney <paul.mckenney@us.ibm.com>)
+ *
+ *
+ * For detailed explanation of Read-Copy Update mechanism see -
+ *          http://lse.sourceforge.net/locking/rclock.html
+ *
+ */
+
+#ifndef __LINUX_RCLOCK_H
+#define __LINUX_RCLOCK_H
+
+#include <linux/cache.h>
+#include <linux/malloc.h>
+#include <linux/interrupt.h>
+
+
+
+typedef struct rc_callback rc_callback_t;
+typedef int (*rc_callback_func_t)(rc_callback_t *rc,
+                                  void *arg1,
+                                  void *arg2);
+
+
+/* Generation counter type. */
+typedef long rc_gen_t;
+
+/*
+ * Callback structure for use with rc_callback().
+ * Users must use the rc_alloc_callback() and rc_free_callback() functions
+ * to allocate these.
+ * The rc_set_func() function may be used to modify an existing
+ * rc_callback struct.
+ */
+struct rc_callback {
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+       rc_callback_t *next;
+       rc_callback_func_t callback;
+       void          *arg1;
+       void          *arg2;
+       char          flags;          /* flags, see below.        */
+};
+
+#define RCC_REGISTERED        0x01                   /* Callback in use.        */
+#define RCC_DEFER        0x02                   /* Handler may defer.      */
+
+/* Control variables for rclock callback mechanism. */
+
+typedef struct rc_ctrlblk {
+
+       /* Control variables. */
+
+       spinlock_t      mutex; /* Guard this struct and lists.     */
+       rc_gen_t        curgen;/* Current generation number.              */
+       rc_gen_t        maxgen;        /* Max requested generation number.  */
+       unsigned long olmsk; /* Mask of CPUs currently online.     */
+       unsigned long needctxtmask; /* CPUs that need to switch in order*/
+                               /* for current callback to proceed.   */
+
+       /*
+        * Timeout checking fields.  This is used to detect CPUs going
+        * away for extended periods of time, either due to being in a
+        * tight loop in the kernel or due to hardware failure.
+        * The clock and clockbatch fields are initialized to
+        * the value of the jiffies when a new
+        * rclock batch starts.
+        * The rc_chk_callbacks() function will periodically complain
+        * if too much time is being consumed by the current batch.
+        */
+
+       unsigned long  clock;          /* Clocks since batch started      */
+                               /*  or since last warning.         */
+       unsigned long  clockbatch;     /* Clocks since batch started.     */
+
+       /* Statistics. */
+
+       atomic_t        nreg;          /* Number of callbacks registered.   */
+       atomic_t        nchk;          /* Number checks from hardclock.      */
+       atomic_t        nprc;          /* Number of callbacks processed.     */
+       atomic_t        ntogbl;        /* Number of flushes to global list.  */
+       atomic_t        nprcgbl;       /* Number of callbacks processed from */
+                               /*  global list.                */
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+       int            stalledsz;        /* Record size of stalled array.  */
+       long           stallwarns;       /* Number of rclock stall warnings.  */
+
+       /*
+        * Place to hold which CPUs are and are not stalled when preparing
+        * to print stall-warning messages.  This field is not protected
+        * by mutex while the message is being composed, but this is
+        * only a problem if the CPU composing the message is itself
+        * stalled for more than RCLOCK_STALL_WARN microseconds.
+        */
+
+       char           *stalled;         /* CPUs stalled. */
+
+       /* Flag to indicate tlbtest suite underway. */
+
+       long           under_test;
+
+       /* Variable to collect fine-grained rclock performance measurements. */
+       atomic_t       clock_ticks;
+
+} rc_ctrlblk_t;
+
+extern rc_ctrlblk_t rc_ctrlblk;
+
+
+ /* Definition for stall limits. */
+
+#define RCLOCK_MAX_STALL    150            /* 1.5s to first warn/panic.  */
+#define RCLOCK_STALL_WARN   1000              /* 10s between warns.      */
+#define RCLOCK_STALL_GRACE  3              /* 30ms grace for stalled CPUS*/
+
+#define RC_CALLBACK_DONE  0
+#define RC_CALLBACK_DEFER 1
+
+/*
+ * RC_GEN_XX(rc_gen_t a, rc_gen_t b)
+ *
+ * Returns true if generation counter ``a'' compares as specified to ``b''.
+ * This comparison allows for the fact that the counters wrap.
+ */
+#define RC_GEN_EQ(a, b)       ((a) - (b) == 0)
+#define RC_GEN_GE(a, b)       ((a) - (b) >= 0)
+#define RC_GEN_GT(a, b)       ((a) - (b) > 0)
+#define RC_GEN_LE(a, b)       ((a) - (b) <= 0)
+#define RC_GEN_LT(a, b)       ((a) - (b) < 0)
+#define RC_GEN_NE(a, b)       ((a) - (b) != 0)
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+
+#define        NRC_RDLOG_REC  64              /* Size of the RC_RD log */
+
+/*
+ * Data structures used to trace RC_RDPROTECT() and RC_RDUNPROTECT()
+ * calls.
+ */
+typedef        struct rc_rdlog {
+      int    rdl_nlogrecs;        /* #of RC_RD records since boot */
+                                  /* (this counter wraps) */
+      char  *rdl_eip[NRC_RDLOG_REC];
+                                  /* RC_RD log records */
+} rc_rdlog_t;
+
+
+typedef struct rc_plocal {
+      /*
+       * Per-cpu counters maintained to indicate quiscent state
+       * transition.
+       */
+      long       cswtchctr;
+      unsigned long   syscall;
+      unsigned long   usertrap;
+      unsigned long   syncpoint;
+
+      /*
+       * Per-CPU variables used by the write side of the read-copy lock
+       * mechanism. See kernel/rclock.c.
+       */
+      long       rclockcswtchctr;  /* value of cswtchctr at beginning */
+                                   /* of last rclock flush interval. */
+      unsigned long rclocksyscall;  /* value of per-cpu syscall at */
+                                    /* beginning of last rclock flush */
+                                    /* interval. */
+      unsigned long rclockusertrap;  /* value of per-cpu usertrap at */
+                                     /* beginning of last rclock flush */
+                                     /* interval. */
+      unsigned long rclocksyncpoint;  /* value of per-cpu syncpoint at */
+                                      /* beginning of last rclock flush */
+                                      /* interval. */
+      rc_gen_t   rclockgen;        /* Generation for curlist. */
+      rc_callback_t *rclocknxtlist;  /* Callbacks in next round ... */
+      rc_callback_t **rclocknxttail;  /* ... and tail pointer. */
+      rc_callback_t *rclockcurlist;  /* Callbacks in current round ... */
+      rc_callback_t **rclockcurtail;  /* ... and tail pointer. */
+      rc_callback_t *rclockintrlist;  /* Callbacks waiting for rrupt ... */
```

**EXHIBIT E**

Patch to Linux 2.4.1

```
+     rc_callback_t  **rclockintrtail; /* ... and tail pointer. */
+     struct tasklet_struct rclocktasklet;
+#ifdef DEBUG
+     int            mnesting;      /* Mutex nesting for that cpu */
+#endif
+} rc_plocal_t;
+
+union rc_plocal_union {
+     rc_plocal_t  rc_plocal;
+     char       __pad [((sizeof(rc_plocal_t)/SMP_CACHE_BYTES) + 1) *
+                    SMP_CACHE_BYTES];
+};
+
+extern union rc_plocal_union rc_plocal_data[NR_CPUS];
+
+#define RC_PLOCAL(cpu) ((rc_plocal_t *)&rc_plocal_data[(cpu)])
+
+#define RC_PLOCAL_cswtchctr(cpu)       ((RC_PLOCAL((cpu)))->cswtchctr)
+#define RC_PLOCAL_usertrap(cpu)        ((RC_PLOCAL((cpu)))->usertrap)
+#define RC_PLOCAL_syscall(cpu)         ((RC_PLOCAL((cpu)))->syscall)
+#define RC_PLOCAL_syncpoint(cpu)       ((RC_PLOCAL((cpu)))->syncpoint)
+
+#define RC_PLOCAL_rclockgen(cpu)       ((RC_PLOCAL((cpu)))->rclockgen)
+#define RC_PLOCAL_rclocknxtlist(cpu)   ((RC_PLOCAL((cpu)))->rclocknxtlist)
+#define RC_PLOCAL_rclockcurlist(cpu)   ((RC_PLOCAL((cpu)))->rclockcurlist)
+#define RC_PLOCAL_rclockintrlist(cpu)  ((RC_PLOCAL((cpu)))->rclockintrlist)
+
+#define RC_PLOCAL_rclocktasklet(cpu)   ((RC_PLOCAL((cpu)))->rclocktasklet)
+
+#ifdef DEBUG
+#define RC_PLOCAL_mnesting(cpu)        ((RC_PLOCAL((cpu)))->mnesting)
+#endif
+
+#define CSWTCHCTR_INVALID 0
+
+/*
+ * RC_MEMSYNC()
+ *
+ * Force all cacheable writes by the calling processor to complete
+ * to the point of being known to the system memory consistency model.
+ * Note well that this primitive does NOT guarantee that the writes have made
+ * it out to physical memory--it only guarantees that all pending cacheable
+ * writes by the calling processor are visible to all other processors in the
+ * system.
+ *
+ * This primitive is required for systems (such as the 80486, Pentium,
```

**EXHIBIT E**

Patch to Linux 2.4.1

```
+ * PentiumPro, etc.) which do not support strict sequential consistency.
+ * On such systems, cacheable reads and writes by the calling processor
+ * that do not conflict with the execution stream of the calling processor,
+ * may be executed out of order, which could potentially cause data elements
+ * to be linked into data structures before they are completely initialized,
+ * even though the source code specifies all initialization operations before
+ * the link-in operations.
+ *
+ * Placing an ``RC_MEMSYNC()'' invocation between the initialization and
+ * link-in operations will ensure that the initialization is completed
+ * before the link-in starts.
+ */
+#define RC_MEMSYNC()  mb()
+
+/*
+ * Some CPUs (such as the DEC Alpha) have no cheap implementation of
+ * RC_MEMSYNC().  In some cases on these machines, it is simplest to
+ * insert special instructions on both the read side and the write side.
+ * (There are other approaches, see the web page.)
+ * The RC_RDMEMSYNC() macro is to be used on the read side between the
+ * time the pointer is picked up and the time that it is dereferenced.
+ *
+ * This macro compiles to nothing on machines (such as x86 machines)
+ * that have strong memory-fence operations.
+ * TBD: This needs to be done in an arch independent way
+ */
+#define RC_RDMEMSYNC()
+
+#ifdef DEBUG
+#define      RC_RDPROTECT                 rc_rdprotect
+#define      RC_RDUNPROTECT                    rc_rdunprotect
+
+#define RC_ASSERT_DEBUG(x,y)          { if (!(x)) panic(y);}
+
+extern void rc_rdprotect(void);
+extern void rc_rdunprotect(void);
+
+#else /* DEBUG */
+#define      RC_RDPROTECT()
+#define      RC_RDUNPROTECT()
+#define RC_ASSERT_DEBUG(x,y)
+#endif /* DEBUG */
+
+
+extern rc_callback_t *rc_alloc_callback(rc_callback_func_t func,
+                                        void *arg1,
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+                                void *arg2,
+                                int flag);
+extern void rc_free_callback(rc_callback_t *rp);
+extern void rc_get_func_args(rc_callback_t *rp,
+                        rc_callback_func_t *func,
+                        void **arg1,
+                        void **arg2);
+extern void rc_set_func(rc_callback_t *rp,
+                        rc_callback_func_t func,
+                        void *arg1,
+                        void *arg2);
+extern void rc_set_func_args(rc_callback_t *rp,
+                        rc_callback_func_t *func,
+                        void **arg1,
+                        void **arg2);
+extern void rc_chk_callbacks(int not_in_kernel);
+extern void rc_callback(rc_callback_t *rc);
+extern int rc_callback_wrapper(rc_callback_t *rc, void *arg1, void *arg2);
+extern       void   rc_init(void);
+extern       void   rc_plocal_init(void);
+extern       void   rc_intr(unsigned long);
+
+
+#endif /* __LINUX_RCLOCK_H */
diff -u --recursive --new-file 2.4.1/init/main.c v2.4.1-rc/init/main.c
--- 2.4.1/init/main.c     Thu Jan  4 10:15:26 2001
+++ v2.4.1-rc/init/main.c      Tue Feb 20 16:46:34 2001
@@ -27,6 +27,11 @@
 #include <linux/hdreg.h>
 #include <linux/iobuf.h>
 #include <linux/bootmem.h>
+#ifdef CONFIG_RCLOCK
+#include <linux/rclock.h>
+#include <linux/kmemdef.h>
+#endif
+

 #include <asm/io.h>
 #include <asm/bugs.h>
@@ -601,6 +606,15 @@
        *       make syscalls (and thus be locked).
        */
       smp_init();
+#ifdef CONFIG_RCLOCK
+      /*
+       * RCLOCK subsystem is initialized right after SMP initialization.
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+       * This allows RC to use online cpu maps and other SMP info.
+       */
+       rc_init();
+       kmemd_init();
+#endif /* CONFIG_RCLOCK */
+
        kernel_thread(init, NULL, CLONE_FS | CLONE_FILES | CLONE_SIGNAL);
        unlock_kernel();
        current->need_resched = 1;
diff -u --recursive --new-file 2.4.1/kernel/Makefile v2.4.1-rc/kernel/Makefile
--- 2.4.1/kernel/Makefile        Sat Dec 30 03:37:24 2000
+++ v2.4.1-rc/kernel/Makefile        Tue Feb 20 16:46:34 2001
@@ -19,6 +19,8 @@
 obj-$(CONFIG_UID16) += uid16.o
 obj-$(CONFIG_MODULES) += ksyms.o
 obj-$(CONFIG_PM) += pm.o
+obj-$(CONFIG_RCLOCK) += rclock.o kmemdef.o
+

 ifneq ($(CONFIG_IA64),y)
 # According to Alan Modra <alan@linuxcare.com.au>, the -fno-omit-frame-pointer is
diff -u --recursive --new-file 2.4.1/kernel/kmemdef.c v2.4.1-rc/kernel/kmemdef.c
--- 2.4.1/kernel/kmemdef.c        Thu Jan  1 05:30:00 1970
+++ v2.4.1-rc/kernel/kmemdef.c        Fri Feb 23 13:05:06 2001
@@ -0,0 +1,245 @@
+/*
+ * Support for deferred freeing of memory using Read-Copy Update
+ * mechanism.
+ *
+ * Copyright (c) International Business Machines Corp., 2001
+ *
+ * This program is free software; you can redistribute it and/or modify
+ * it under the terms of the GNU General Public License as published by
+ * the Free Software Foundation; either version 2 of the License, or
+ * (at your option) any later version.
+ *
+ * This program is distributed in the hope that it will be useful,
+ * but WITHOUT ANY WARRANTY; without even the implied warranty of
+ * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
+ * GNU General Public License for more details.
+ *
+ * You should have received a copy of the GNU General Public License
+ * along with this program; if not, write to the Free Software
+ * Foundation, Inc., 59 Temple Place - Suite 330, Boston, MA 02111-1307, USA.
+ *
+ *
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+ * Author:          Dipankar Sarma <dipankar@sequent.com>
+ *                  (Based on a Dynix/ptx implementation by
+ *                  Paul Mckenney <paul.mckenney@us.ibm.com>)
+ *
+ *
+ * For detailed explanation of Read-Copy Update mechanism see -
+ *          http://lse.sourceforge.net/locking/rclock.html
+ *
+ */
+
+/*
+ * Handles ``deferred'' kfree.  The block to be freed is queued until
+ * it can be guaranteed that no CPU could be still holding a reference to
+ * it.  The caller of kmem_deferred_free is responsible for ensuring that
+ * there is no path by which subsequent CPUs might gain a new reference
+ * to the block.
+ *
+ * The kmem_deferred_free function can be used to handle deletions from
+ * a data structure that is guarded by a read-copy lock.
+ *
+ * The rclock mechanism is used to determine that no CPU holds a reference
+ * to the block; this file illustrates how to batch requests to the rclock
+ * subsystem.
+ */
+
+#include <linux/types.h>
+#include <linux/kernel.h>
+#include <linux/smp.h>
+#include <linux/malloc.h>
+#include <linux/rclock.h>
+#include <linux/kmemdef.h>
+
+static union kmem_defer_u kmem_defer_percpu[NR_CPUS] __cacheline_aligned;
+
+#define KMEM_DEFER_PERCPU(cpu)   ((struct kmem_defer *)&kmem_defer_percpu[(cpu)])
+
+static void kmemd_register_percpu(void);
+
+
+/*
+ * Free up a chain of struct kmem_defer_item's.
+ */
+static void kmemd_callback_freeup(void *arg1)
+{
+        struct kmem_defer_item *kp = arg1;
+        struct kmem_defer_item *kp1;
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+
+        /* Free up the list of blocks. */
+        while (kp != NULL) {
+                int cbfreed = 0;
+
+                kp1 = kp->kdi_next;
+
+                /*
+                 * Invoke caller-supplied function to free up any structures
+                 * subordinate to this one.
+                 */
+                if (kp->kdi_func != NULL) {
+                        cbfreed = (*kp->kdi_func)(kp->kdi_ptr);
+                }
+
+                /* Free up any remnants that need freeing. */
+                if (!cbfreed) {
+                        kfree(kp->kdi_ptr);
+                }
+
+                kp = kp1;
+        }
+}
+
+
+/*
+ * Handles a per-CPU callback.  Re-issues callback if the local list
+ * is not empty.
+ */
+static int kmemd_callback_percpu(rc_callback_t *rc, void *arg1, void *arg2)
+{
+        int cpu = smp_processor_id();
+        /* Free up the blocks. */
+
+        kmemd_callback_freeup(arg1);
+
+        /*
+         * If not on the home CPU, just say that the callback is quiescent.
+         */
+        if ((int)arg2 != cpu) {
+                /*
+                 * No sync required for kmemd_quiscent of the home
+                 * cpu since a stale kmemd_quiescent would only
+                 * delay registration of that per-cpu batch.
+                 */
+                KMEM_DEFER_PERCPU((int)arg2)->kmemd_quiescent = 1;
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+               return (RC_CALLBACK_DONE);
+       }
+
+       /*
+        * Disable interrupts to prevent races with device interrupts.
+        */
+       cli();
+       if (KMEM_DEFER_PERCPU(cpu)->kmemd_head == NULL) {
+
+               /* Nothing in the list, so just say quiescent and leave. */
+
+               KMEM_DEFER_PERCPU(cpu)->kmemd_quiescent = 1;
+               sti();
+               return (RC_CALLBACK_DONE);
+       }
+
+       /*
+        * List not empty, so gather up the list and NULL it out.
+        * Note that this function re-enables interrupts.
+        */
+       kmemd_register_percpu();
+       return (RC_CALLBACK_DONE);
+}
+
+
+/*
+ * Initialize and allocate data structures.
+ */
+void kmemd_init()
+{
+       int i;
+
+       /* Allocate per-CPU lists and global callback. */
+
+       /* Initialize per-CPU list of kmad entries. */
+       for (i = 0; i < NR_CPUS; i++) {
+               KMEM_DEFER_PERCPU(i)->kmemd_quiescent = 1;
+               KMEM_DEFER_PERCPU(i)->kmemd_head = NULL;
+               KMEM_DEFER_PERCPU(i)->kmemd_tail =
+                       &KMEM_DEFER_PERCPU(i)->kmemd_head;
+               KMEM_DEFER_PERCPU(i)->kmemd_callback =
+                       rc_alloc_callback(kmemd_callback_percpu,
+                               NULL, NULL, GFP_KERNEL);
+               /*
+                * That's right!!!  We set up the per-CPU callback to
+                * be kmemd_callback_gbl() rather than kmemd_callback_percpu().
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+                 * The callback will be set to kmemd_callback_percpu() for a
+                 * given CPU when the first kmem_deferred_free*() request
+                 * is invoked on that CPU.
+                 */
+       }
+}
+
+
+
+/*
+ * Register the contents of the per-CPU deferral list with the rclock
+ * mechanism.  Caller must have interrupts disabled (cli); they are enabled
+ * prior to return.
+ */
+static void kmemd_register_percpu()
+{
+       int cpu = smp_processor_id();
+       struct kmem_defer_item *kp;
+
+       /* Mark the callback unavailable, and grab the list. */
+
+       KMEM_DEFER_PERCPU(cpu)->kmemd_quiescent = 0;
+       kp = KMEM_DEFER_PERCPU(cpu)->kmemd_head;
+       KMEM_DEFER_PERCPU(cpu)->kmemd_head = NULL;
+       KMEM_DEFER_PERCPU(cpu)->kmemd_tail =
+               &KMEM_DEFER_PERCPU(cpu)->kmemd_head;
+
+       /* Re-enable interrupts and register the callback. */
+
+       sti();
+       rc_set_func(KMEM_DEFER_PERCPU(cpu)->kmemd_callback,
+               kmemd_callback_percpu,
+               kp,
+               (void *)cpu);
+       rc_callback(KMEM_DEFER_PERCPU(cpu)->kmemd_callback);
+       return;
+}
+
+
+/*
+ * Register a block of memory to be kfree()ed after the rclock
+ * mechanism launders it. The memory must have been obtained via
+ * kmalloc(), and chip (cli/sti) interrupts must be enabled on
+ * entry.
+ *
+ * The caller passes in a pointer to the block, just
```

**EXHIBIT E**

Patch to Linux 2.4.1

```
+ * as for kfree, but must also pass in a pointer to a struct kmem_defer_item
+ * (normally reference by a pointer in the structure).
+ * The ``func'' parameter (if non-NULL) will be invoked just before
+ * the block is freed.  This function allows the caller to provide code
+ * to free up more complex structures.  If this function returns 1,
+ * the function is assumed to have also freed up the structure itself.
+ */
+void kmem_deferred_free(void *ptr, int (*func)(void *),
+                             struct kmem_defer_item *kp)
+{
+       int cpu = smp_processor_id();
+
+       /* Initialize the block. */
+
+       kp->kdi_next = NULL;
+       kp->kdi_ptr = ptr;
+       kp->kdi_func = func;
+
+       /*
+        * Do it locally.  Disable interrupts in order
+        * to prevent an interrupt routine from playing with the
+        * same list at the same time.  We don't have to worry
+        * about other CPUs in our private entry.
+        */
+       cli();
+
+       /* Add to the list. */
+       *KMEM_DEFER_PERCPU(cpu)->kmemd_tail = kp;
+       KMEM_DEFER_PERCPU(cpu)->kmemd_tail = &(kp->kdi_next);
+
+       /* If the callback is available, fire it off. */
+       if (KMEM_DEFER_PERCPU(cpu)->kmemd_quiescent) {
+               kmemd_register_percpu();
+               return;
+       }
+
+       sti();
+       return;
+}
+
diff -u --recursive --new-file 2.4.1/kernel/ksyms.c v2.4.1-rc/kernel/ksyms.c
--- 2.4.1/kernel/ksyms.c        Mon Jan 29 05:41:20 2001
+++ v2.4.1-rc/kernel/ksyms.c Tue Feb 20 16:46:34 2001
@@ -45,6 +45,10 @@
 #include <linux/highuid.h>
 #include <linux/brlock.h>
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
 #include <linux/fs.h>
+#ifdef CONFIG_RCLOCK
+#include <linux/rclock.h>
+#include <linux/kmemdef.h>
+#endif

 #if defined(CONFIG_PROC_FS)
 #include <linux/proc_fs.h>
@@ -538,3 +542,14 @@

 EXPORT_SYMBOL(tasklist_lock);
 EXPORT_SYMBOL(pidhash);
+
+#ifdef CONFIG_RCLOCK
+EXPORT_SYMBOL(rc_alloc_callback);
+EXPORT_SYMBOL(rc_free_callback);
+EXPORT_SYMBOL(rc_callback);
+EXPORT_SYMBOL(rc_set_func);
+EXPORT_SYMBOL(rc_set_func_args);
+EXPORT_SYMBOL(rc_get_func_args);
+EXPORT_SYMBOL(rc_callback_wrapper);
+EXPORT_SYMBOL(kmem_deferred_free);
+#endif
diff -u --recursive --new-file 2.4.1/kernel/rclock.c v2.4.1-rc/kernel/rclock.c
--- 2.4.1/kernel/rclock.c       Thu Jan  1 05:30:00 1970
+++ v2.4.1-rc/kernel/rclock.c Fri Feb 23 13:06:10 2001
@@ -0,0 +1,1011 @@
+/*
+ * Read-Copy Update mechanism for mutual exclusion
+ *
+ * Copyright (c) International Business Machines Corp., 2001
+ *
+ * This program is free software; you can redistribute it and/or modify
+ * it under the terms of the GNU General Public License as published by
+ * the Free Software Foundation; either version 2 of the License, or
+ * (at your option) any later version.
+ *
+ * This program is distributed in the hope that it will be useful,
+ * but WITHOUT ANY WARRANTY; without even the implied warranty of
+ * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
+ * GNU General Public License for more details.
+ *
+ * You should have received a copy of the GNU General Public License
+ * along with this program; if not, write to the Free Software
+ * Foundation, Inc., 59 Temple Place - Suite 330, Boston, MA 02111-1307, USA.
+ *
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+ * Author:          Dipankar Sarma <dipankar@sequent.com>
+ *                  (Based on a Dynix/ptx implementation by
+ *                  Paul Mckenney <paul.mckenney@us.ibm.com>)
+ *
+ *
+ * For detailed explanation of Read-Copy Update mechanism see -
+ *          http://lse.sourceforge.net/locking/rclock.html
+ *
+ */
+
+
+/*
+ * Control how CPU stalls are handled.
+ */
+#ifdef DEBUG                      /* Make stalls panic only in debug kernel. */
+#define RCLOCK_STALL_PANIC/* Make stalls panic. */
+#endif /* DEBUG */
+
+#include <linux/types.h>
+#include <linux/kernel.h>
+#include <linux/spinlock.h>
+#include <linux/smp.h>
+#include <linux/sched.h>
+#include <linux/malloc.h>
+#include <asm/atomic.h>
+#include <asm/bitops.h>
+#include <linux/rclock.h>
+
+/* Definition for rclock control block. */
+rc_ctrlblk_t  rc_ctrlblk =
+              { SPIN_LOCK_UNLOCKED,
+                  1, 1,                       /* Generations*/
+                  0, 0,                       /* Masks.    */
+                  0, 0,                       /* Time chk.  */
+                  ATOMIC_INIT(0), ATOMIC_INIT(0),
+                  ATOMIC_INIT(0), ATOMIC_INIT(0),
+                  ATOMIC_INIT(0),             /* Stats.    */
+                  0, 0,                /* stall info */
+                  NULL,                        /* stall list. */
+                  0,                     /* under test */
+                  ATOMIC_INIT(0),       /* clock ticks */
+                  };
+
+
+union rc_plocal_union rc_plocal_data[NR_CPUS] __cacheline_aligned;
+
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+/*
+ * Set time limit for kernel panics on CPU stalls.  Set to zero initially
+ * (meaning don't panic), but debug kernels initialize this in rc_init().
+ * The initialization is done there to avoid having architecture-dependent
+ * code in this file.
+ */
+unsigned long rclock_stall_panic_interval = 0;
+
+/* Suppress CPU stall checking.  Useful for testing. */
+int rclock_ignore_stalls =
+#ifdef DEBUG
+                        0;
+#else /* !DEBUG */
+                        1;
+#endif /* !DEBUG */
+
+#define RC_LAST_CPU(cpumask, cpu) (cpumask != 0 && \
+                                !((cpumask) & ~(0x1 << (cpu))))
+
+/*
+ * Put parameters into variables to allow easier patching.
+ * RCLOCK_STALL_WARN remains hard-coded to avoid slowing up
+ * the local timer handler
+ */
+unsigned long rclock_max_stall = RCLOCK_MAX_STALL;
+
+/*
+ * Snapshot the syncpoint counters.
+ */
+
+#define RC_SNAPSHOT_SYNC(plocal) \
+{ \
+       (plocal)->rclockcswtchctr = (plocal)->cswtchctr; \
+       (plocal)->rclocksyscall = (plocal)->syscall; \
+       (plocal)->rclockusertrap = (plocal)->usertrap; \
+       (plocal)->rclocksyncpoint = (plocal)->syncpoint; \
+}
+
+/*
+ * Return TRUE if one of the syncpoint counters has changed since the
+ * last snapshot, or if we are not in the kernel.  Either thing indicates
+ * that we have passed through a syncpoint since the last snapshot.
+ */
+
+#define RC_CHK_SYNC(plocal) \
+       (not_in_kernel || \
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+        ((plocal)->cswtchctr != (plocal)->rclockcswtchctr) || \
+        ((plocal)->syscall != (plocal)->rclocksyscall) || \
+        ((plocal)->usertrap != (plocal)->rclockusertrap) || \
+        ((plocal)->syncpoint != (plocal)->rclocksyncpoint))
+
+static void rc_chk_stalls(int not_in_kernel, int clocks);
+static void rc_cleanup(void);
+static void rc_reg_gen(rc_gen_t newgen);
+
+/*
+ * The caller must have interrupts blocked.
+ */
+static void rc_adv_callbacks(void)
+{
+        rc_plocal_t *rcpl = RC_PLOCAL(cpu_number_map(smp_processor_id()));
+
+        /* Count entry. */
+        atomic_inc(&rc_ctrlblk.nchk);
+
+
+        /*
+         * Check to see if there are any callbacks in the per-CPU current list,
+         * and, if so, if the global generation number has moved past the
+         * per-CPU generation number (indicating that they may now be
+         * processed).
+         */
+        if ((rcpl->rclockcurlist != NULL) &&
+            RC_GEN_GT(rc_ctrlblk.curgen, rcpl->rclockgen)) {
+
+                register int wasempty = (rcpl->rclockintrlist == NULL);
+
+                /*
+                 * Promote the callbacks from current to interrupt lists.
+                 * Note that the explicit check for NULL is required because
+                 * the default initialization of rclockintrtail is to NULL.
+                 */
+
+                if (rcpl->rclockintrlist == NULL) {
+                        rcpl->rclockintrlist = rcpl->rclockcurlist;
+                } else {
+                        *rcpl->rclockintrtail = rcpl->rclockcurlist;
+                }
+                rcpl->rclockintrtail = rcpl->rclockcurtail;
+                rcpl->rclockcurlist = NULL;
+                rcpl->rclockcurtail = &rcpl->rclockcurlist;
+
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+               /*
+                * We have some.  Schedule the per-cpu tasklet if the
+                * interrupt list was not initially empty (in which case
+                * per-cpu finished callback processing tasklet is
+                * already scheduled).
+                */
+               if (wasempty) {
+                       tasklet_schedule(&rcpl->rclocktasklet);
+               }
+       }
+
+       /*
+        * Check to see if there are any callbacks in the per-CPU next
+        * list, and if so, if they can be moved into the per-CPU current list.
+        */
+       if ((rcpl->rclocknxtlist != NULL) && (rcpl->rclockcurlist == NULL)) {
+
+               /* Move the lists.  */
+               rcpl->rclockcurlist = rcpl->rclocknxtlist;
+               rcpl->rclockcurtail = rcpl->rclocknxttail;
+               rcpl->rclocknxtlist = NULL;
+               rcpl->rclocknxttail = &rcpl->rclocknxtlist;
+
+               /*
+                * Get the list's generation number.
+                * Also register the new generation number with
+                * the global mechanism.
+                */
+               spin_lock(&rc_ctrlblk.mutex);
+               rcpl->rclockgen = rc_ctrlblk.curgen + 1;
+#if 0  /* A different way of interpreting the gen numbers */
+               if (rc_ctrlblk.needctxtmask != 0 ||
+                 RC_GEN_LT(rc_ctrlblk.curgen, rc_ctrlblk.maxgen)) {
+                       rcpl->rclockgen = rc_ctrlblk.curgen + 1;
+               } else {
+                       /*
+                        * If there is no current batch
+                        */
+                       rcpl->rclockgen = rc_ctrlblk.curgen;
+               }
+#endif
+               rc_reg_gen(rcpl->rclockgen);
+               spin_unlock(&rc_ctrlblk.mutex);
+       }
+}
+
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+
+/*
+ *
+ * Returns a pointer to a new callback, or NULL if not enough
+ * memory available and sleeping is not allowed by "flag".
+ * kmalloc() flags can be passed directly here.
+ */
+rc_callback_t *rc_alloc_callback(rc_callback_func_t func, void *arg1,
+                                 void *arg2, int flag)
+{
+       rc_callback_t *rp = NULL;
+
+       rp = (rc_callback_t *)kmalloc((size_t)sizeof(*rp), flag);
+       if (rp == NULL) {
+               return (NULL);
+       }
+       rp->flags = 0;
+       rp->callback = func;
+       rp->arg1 = arg1;
+       rp->arg2 = arg2;
+       return (rp);
+}
+
+
+/*
+ * Register a new rclock callback cell.  This cell will be invoked as soon
+ * as all CPUs have performed a context switch or been seen in the
+ * idle loop or in a user process.
+ *
+ * Note that it does not make too much sense to call this before user processes
+ * are running.
+ *
+ * This function must be called with chip-interrupts enabled.
+ */
+
+void rc_callback(rc_callback_t *rc)
+{
+#ifdef RCLOCK_PROF
+       int starttime = (int)get_cycles();
+#endif /* RCLOCK_PROF */
+       rc_plocal_t *rcpl = RC_PLOCAL(cpu_number_map(smp_processor_id()));
+
+       rc->flags |= RCC_REGISTERED;
+
+       /* Count the new callback. */
+
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+       atomic_inc(&rc_ctrlblk.nreg);
+
+       /* Prepare it for insertion into the list. */
+
+       rc->next = NULL;
+
+       /*
+        * Since online/offline of cpus happen only at boot and
+        * shutdown time in linux, as long as the boot/shutdown code
+        * doesn't use rclock, we need not bother about checking
+        * to see if the current cpu is online.  If linux does
+        * support onlining/offlining of cpus then, this has
+        * to be revisited.
+        */
+       /*
+        * Disable rrupts to avoid races with calls to this function
+        * from interrupt routines and to avoid races with the
+        * rc_chk_callbacks() processing called from local timer interrupt.
+        * A cli will disable the local timer interrupt.
+        */
+       cli();
+
+       /*
+        * Add the callback to the per-CPU next-list.  Note that we
+        * must explicitly check for the head being NULL, since the
+        * tail is (by default) initialized to NULL at startup.
+        */
+       if (rcpl->rclocknxtlist == NULL) {
+               rcpl->rclocknxtlist = rc;
+       } else {
+               *rcpl->rclocknxttail = rc;
+       }
+       rcpl->rclocknxttail =  &(rc->next);
+
+       /* Re-enable interrupts. */
+       sti();
+
+       /*
+        * Now, it is possible that the generation-advancement
+        * mechanism is currently quiescent.  If so, the next
+        * local timer interrupt
+        * from this CPU will do the necessary jumpstarting.
+        */
+
+#ifdef RCLOCK_PROF
+
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+       /* Fine-grained measurement of the cost of rclock callbacks. */
+       starttime = (int)get_cycles() - starttime;
+       atomic_add(starttime, &rc_ctrlblk.clock_ticks);
+#endif /* RCLOCK_PROF */
+
+}
+
+
+/*
+ * Wrapper for callback functions that do not know what to do with a
+ * rc_callback as their first parameter.  Note that this function does
+ * -not- free up the callback, thus allowing the caller to keep one
+ * permanently allocated callback if he so choses.
+ *
+ * An example might be up(), used as follows:
+ *
+ *
+ *                      * Do something resulting in a pointer p that
+ *                      * references something that must be freed once
+ *                      * we know all CPUs are done looking at it.
+ *
+ *
+ *                      rp = rc_alloc_callback(rc_callback_wrapper,
+ *                                      (void *)up,
+ *                                      (void *)&my_sema);
+ *                      rc_callback(rp);
+ *                      down(&my_sema);
+ *
+ * Note that the semaphore cannot be v'ed before being p'ed because the
+ * callback will not be invoked until the current CPU is relinquished.
+ * However, this guarantee cannot be made if there is a blocking operation
+ * between the rc_callback() and the down().
+ */
+int rc_callback_wrapper(rc_callback_t *rc, void *arg1, void *arg2)
+{
+       void (*func)(void *arg) = (void (*)(void *))arg1;
+
+       (*func)(arg2);
+
+       return RC_CALLBACK_DONE;
+}
+
+
+/*
+ * The caller must disable interrupts and must have verified that there is
+ * a rclock callback list to be handled and that this CPU has its
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+ * bit set.
+ */
+void rc_chk_callbacks(int not_in_kernel)
+{
+       int btime;
+       int need_stall_chk = 0;
+       int cpu = cpu_number_map(smp_processor_id());
+       rc_plocal_t *rcpl = RC_PLOCAL(cpu);
+
+       /* Advance the plocal callbacks, if appropriate. */
+       rc_adv_callbacks();
+
+       /*
+        * Check to see if the current batch is taking too long.
+        * We don't want to actually print the message at this point, because
+        * it is entirely possible that we are the last CPU, and we just
+        * recently passed through a quiescent state.  If this is the case,
+        * we do not want to issue a false alarm!
+        */
+       btime = jiffies - rc_ctrlblk.clock;
+       if (btime > RCLOCK_STALL_WARN) {
+               need_stall_chk = 1;
+       }
+
+       /*
+        * If we are not participating (or if we have already finished
+        * participating) in the current generation, leave.  We needed to
+        * execute the above code in order to avoid leaving callbacks
+        * stranded on local lists when a long callback-free interval occurs.
+        */
+       if (!test_bit(cpu, &rc_ctrlblk.needctxtmask)) {
+               if (need_stall_chk) {
+                       rc_chk_stalls(not_in_kernel, btime);
+               }
+               return;
+       }
+
+       /*
+        * If the rclockcswtchctr is not set up, fix it and the other
+        * quiescent-state counters so that we will detect the next
+        * quiescent state on this CPU.
+        * However, if we interrupted a user process,
+        * we are already in a quiescent state and need not wait.
+        * Note that this code relies on the zeroing of the plocal area
+        * to initialize the quiescent-state counters.
+        */
```

**EXHIBIT E**

Patch to Linux 2.4.1

```
+       if (!not_in_kernel && (rcpl->rclockcswtchctr == CSWTCHCTR_INVALID)) {
+               RC_SNAPSHOT_SYNC(rcpl);
+               if (need_stall_chk) {
+                       rc_chk_stalls(not_in_kernel, btime);
+               }
+               return;
+       }
+
+       /*
+        * If this CPU has not passed through a synchronization point
+        * since the last snapshot, just return, since we cannot yet
+        * allow the current batch of callbacks to proceed.
+        */
+       if (!RC_CHK_SYNC(rcpl)) {
+               if (need_stall_chk) {
+                       rc_chk_stalls(not_in_kernel, btime);
+               }
+               return;
+       }
+
+       spin_lock(&rc_ctrlblk.mutex);
+
+       rc_cleanup();   /* Drops mutex. */
+
+       if (need_stall_chk) {
+               rc_chk_stalls(not_in_kernel, btime);
+       }
+}
+
+
+/*
+ * Check to see if a CPU has been stalling us for too long, if so,
+ * print a nasty message or panic. Interrupts are expected to
+ * be disabled.
+ */
+static void rc_chk_stalls(int not_in_kernel, int batchclock)
+{
+       int curpos;
+       int guilty = 0;
+       int i;
+       int force_panic = 0;
+       int stalled = 0;
+       unsigned long clocks;
+       int cpu = cpu_number_map(smp_processor_id());
+       rc_plocal_t *rcpl;
+
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+
+       spin_lock(&rc_ctrlblk.mutex);
+
+       /*
+        * Recheck under the gate to prevent duplicate warning
+        * messages due to race.  This time, also check whether
+        * some CPUs have not yet checked in.  The problem is that
+        * CPUs that have not been involved with any rclock activity
+        * for some time will have very old generation numbers.
+        * They will therefore come here every RCLOCK_STALL_WARN
+        * interval.  We could make local timer check directly that
+        * there is nothing to do, but it is better to sink the
+        * overhead down here where it will be invoked only once
+        * per RCLOCK_STALL_WARN (many seconds) rather than 100
+        * times per second in local timer.  In either case, reset
+        * the clock so that we won't check again for awhile.
+        */
+
+       /* Calculate microseconds since batch started. */
+
+       clocks = jiffies - rc_ctrlblk.clockbatch;
+
+       if ((clocks > RCLOCK_STALL_WARN) && (rc_ctrlblk.needctxtmask != 0)) {
+
+               /*
+                * It is time for another warning and there is
+                * something to warn about.
+                */
+
+               /*
+                * Count the warning whether or not we actually print
+                * something.  Just in case the customer shuts this
+                * warning off when they shouldn't have...
+                */
+               rc_ctrlblk.stallwarns++;
+               stalled = 1;
+               rcpl = RC_PLOCAL(cpu);
+
+               /* Accumulate mask of stalled CPUs. */
+
+               curpos = 0;
+               rc_ctrlblk.stalled[0] = '\0';
+               for (i = 0; i < smp_num_cpus; i++) {
+                       if (test_bit(i, &rc_ctrlblk.needctxtmask)) {
+                               curpos +=
+                                       sprintf(&(rc_ctrlblk.stalled[curpos]),
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+                             " %d", i);
+                     if ((cpu == i) && !RC_CHK_SYNC(rcpl)) {
+                             /*
+                              * This CPU is still holding
+                              * things up...
+                              */
+                             guilty = 1;
+                     }
+             }
+     }
+     if (!guilty &&
+         (clocks < RCLOCK_STALL_WARN + RCLOCK_STALL_GRACE)) {
+
+             /*
+              * Someone else is stalling, give them a chance
+              * to 'fess up.  We do this to prevent a race
+              * where the guilty party is done stalling by
+              * the time the NMI gets to him.  This does not
+              * eliminate this race, but does restrict it
+              * to cases where the staller is running at
+              * SPLHI for many tens of milliseconds.
+              */
+             stalled = 0;
+             rc_ctrlblk.stalled[0] = '\0';
+             rc_ctrlblk.stallwarns--;
+     }
+ } else if (clocks > RCLOCK_STALL_WARN) {
+
+             /*
+              * If the rclock subsystem is idle, prevent coming here
+              * for a RCLOCK_STALL_WARN interval (or until rclock has
+              * something to do).
+              */
+             rc_ctrlblk.clock = jiffies;
+ }
+
+ if (!stalled) {
+
+             /* Nothing to do, just drop the gate and leave quietly. */
+
+             spin_unlock(&rc_ctrlblk.mutex);
+             return;
+ }
+
+ /*
+  * Readjust the time to prevent drowning the console in a flood
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+       * of stall-warning messages.
+       */
+      rc_ctrlblk.clock = jiffies;
+
+      /*
+       * Print warning if panic interval zero or not yet exceeded;
+       * panic otherwise unless running rclock torture tests.
+       *
+       * Do this outside of gate to make crash dumps more likely.
+       *
+       * Subsequent experience may require further changes in
+       * panic strategy.  ;-)
+       */
+      if ((rclock_stall_panic_interval != 0) &&
+         (batchclock > rclock_stall_panic_interval)) {
+             force_panic = rc_ctrlblk.under_test ? 0 : 1;
+      } else {
+             force_panic = 0;
+      }
+
+      if (guilty) {
+
+#if 0
+             /* TBD: arch independent way to dump stack trace */
+             char *retadrs[20];
+             int retadrcnt = sizeof(retadrs) / sizeof(retadrs[0]);
+             int retadrspace;
+
+             /*
+              * If we are one of the guilty parties, accumulate
+              * our stack trace (return addresses only).
+              */
+
+             curpos += sprintf(&(rc_ctrlblk.stalled[curpos]),
+                             " Retadrs:");
+             retadrspace = (rc_ctrlblk.stalledsz - 1 - curpos) /
+                             (3 + 2 * sizeof(char *));
+             if (retadrspace < retadrcnt) {
+                     retadrcnt = retadrspace;
+             }
+             retadrcnt = getretadrs(retadrs, retadrcnt);
+             for (i = 0; i < retadrcnt; i++) {
+                curpos += sprintf(&(rc_ctrlblk.stalled[curpos]),
+                             " 0x%x",
+                             retadrs[i]);
+             }
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+#endif
+       }
+
+       /*
+        * If the rclock_ignore_stalls global variable is set,
+        * don't clutter the screen.  We have updated the stall
+        * count so they can see it from crash (and recorded a
+        * mini-stack-trace in rc_ctrlblk.stalled), so just leave.
+        */
+       if (rclock_ignore_stalls) {
+               spin_unlock(&rc_ctrlblk.mutex);
+               return;
+       }
+
+       spin_unlock(&rc_ctrlblk.mutex);
+
+       if (force_panic) {
+               panic("RC: CPUs stalled for %d ms: %s",
+                               batchclock * 1000, rc_ctrlblk.stalled);
+               /*
+                *+ A software or hardware error occurred in
+                *+ the indicated CPUs.  This condition
+                *+ can be caused by hardware failure
+                *+ of the indicated CPU or by an in-kernel
+                *+ infinite loop.
+                *+ Corrective action:  contact service.
+                *+ These messages may be suppressed by patching
+                *+ the rclock_ignore_stalls kernel variable
+                *+ to 1.  Panics may be suppressed by patching
+                *+ the rclock_stall_panic_interval to 0.
+                */
+
+       } else {
+               printk(KERN_WARNING "RC: CPUs stalled for %d ms: %s",
+                               batchclock * 1000, rc_ctrlblk.stalled);
+       }
+}
+
+
+/*
+ * Does cleanup actions if we have ended a rclock generation.
+ * Assumes mutex held on entry, releases it before returning.
+ *
+ * This function is a no-op if our bit is not set -- in this case
+ * some other CPU will/has done the work.
+ *
```

**EXHIBIT E**

Patch to Linux 2.4.1

```
+ * Cleanup actions are clearing our bit, invalidating our quiescent-state
+ * counters, and doing end-of-generation work if all CPUs have checked
+ * in (if all bits are now clear).
+ *
+ * End-of-generation work is advancing callbacks to the next slot,
+ * sending off the soft interrupt to process any that are now ready,
+ * and registering the next generation of interest (the next numerical
+ * one if some callbacks were in the ``next'' slot or the current maximum
+ * otherwise).  Note that a major purpose of this registering is to
+ * start up the next generation if there is interest in it.
+ */
+static void rc_cleanup(void)
+{
+       int cpu = cpu_number_map(smp_processor_id());
+       rc_plocal_t *rcpl = RC_PLOCAL(cpu);
+
+#ifdef NOTDEF
+#ifdef DEBUG
+       /* Debug hook back into tlbtest driver. */
+       tlbtest_rc_not_in_kernel(0);
+#endif /* DEBUG */
+#endif /* NOTDEF */
+
+       /*
+        * Clear our bit if not already cleared.  If we are last,
+        * drop through and advance the generation.
+        */
+       if (!test_bit(cpu, &rc_ctrlblk.needctxtmask)) {
+               spin_unlock(&rc_ctrlblk.mutex);
+               return;
+       }
+       clear_bit(cpu, &rc_ctrlblk.needctxtmask);
+       if (rc_ctrlblk.needctxtmask != 0) {
+               /* We are not last.  Initialize counter and leave. */
+               rcpl->rclockcswtchctr = CSWTCHCTR_INVALID;
+               spin_unlock(&rc_ctrlblk.mutex);
+               return;
+       }
+
+       /* Initialize our counter. */
+       rcpl->rclockcswtchctr = CSWTCHCTR_INVALID;
+
+       /* Say that we are done with current generation. */
+       rc_ctrlblk.curgen++;
+
+       /* Stop spurious calls to rc_chk_stalls(). */
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+       rc_ctrlblk.clock = jiffies;
+
+       rc_reg_gen(rc_ctrlblk.maxgen);
+
+       spin_unlock(&rc_ctrlblk.mutex);
+
+       /* Advance the cpu-local lists. */
+       rc_adv_callbacks();
+}
+
+
+/*
+ * Frees the specified callback.
+ */
+void rc_free_callback(rc_callback_t *rp)
+{
+       kfree((void *)rp);
+}
+
+
+/*
+ * Gets any or all of function and arguments for the specified
+ * callback.  If one of the pointers is NULL, the corresponding
+ * item is not returned.  Otherwise, the item is copied to the
+ * location referenced by the pointer.
+ */
+void rc_get_func_args(rc_callback_t *rp, rc_callback_func_t *func,
+                      void **arg1, void **arg2)
+{
+       if (func != NULL) {
+               *func = rp->callback;
+       }
+       if (arg1 != NULL) {
+               *arg1 = rp->arg1;
+       }
+       if (arg2 != NULL) {
+               *arg2 = rp->arg2;
+       }
+}
+
+
+/*
+ * Initializes rclock mechanism.  Assumed to be called early.
+ * Note that rclockcswtchctr and friends are implicitly
+ * initialized due to the choice of ``0'' for CSWTCHCTR_INVALID.
+ */
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+
+void rc_init()
+{
+       int i;
+
+#ifdef RCLOCK_STALL_PANIC
+       rclock_stall_panic_interval = RCLOCK_MAX_STALL;
+#endif /* RCLOCK_STALL_PANIC */
+
+       rc_plocal_init();
+
+       rc_ctrlblk.olmsk = cpu_online_map;
+
+       /*
+        * The control variables and lists are statically initialized,
+        * with the following exceptions where allocation is required.
+        * Allow space in stalled for all the CPU numbers and for
+        * 10-15 return addresses.
+        */
+       rc_ctrlblk.stalledsz = smp_num_cpus * 4 + 160;
+       rc_ctrlblk.stalled = (char *)kmalloc(rc_ctrlblk.stalledsz,
+                                       GFP_ATOMIC);
+
+       for (i = 0; i < smp_num_cpus; i++) {
+               tasklet_init(&RC_PLOCAL_rclocktasklet(i), rc_intr, 0UL);
+       }
+}
+
+/*
+ * Initialize the per-processor areas that maintain various
+ * information used by RC subsystem
+ */
+void rc_plocal_init(void)
+{
+       memset(&rc_plocal_data[0], 0, sizeof(rc_plocal_data));
+}
+
+/*
+ * Handle SWINT_RCLOCK soft interrupt and dispatch callbacks.
+ */
+void rc_intr(unsigned long data)
+{
+       rc_callback_t *rp;
+       int retval;
+       char tmp_flags;
+       rc_plocal_t *rcpl = RC_PLOCAL(cpu_number_map(smp_processor_id()));
```

# EXHIBIT E
Patch to Linux 2.4.1

```
+
+#ifdef RCLOCK_PROF
+       int starttime = (int)get_cycles();
+#endif /* RCLOCK_PROF */
+
+       /* Invoke the per-CPU callouts.  */
+       while (rcpl->rclockintrlist != NULL) {
+
+               /*
+                * Mask rrupts, pull first element from list.  Since nested
+                * interrupts can only add to (never delete from) this list,
+                * we need not recheck for NULL pointer under the mask.
+                */
+
+               rp = rcpl->rclockintrlist;
+               rp->flags &= ~RCC_REGISTERED;
+               cli();
+               rcpl->rclockintrlist = rp->next;
+               if (rcpl->rclockintrlist == NULL) {
+                       rcpl->rclockintrtail = &rcpl->rclockintrlist;
+               }
+               sti();
+               tmp_flags = rp->flags;
+
+               /* Invoke callout. */
+
+               retval = (*(rp->callback))(rp, rp->arg1, rp->arg2);
+
+               /* Check for deferral. */
+               if ((tmp_flags & RCC_DEFER) &&
+                   (retval == RC_CALLBACK_DEFER)) {
+
+                       /*
+                        * Crude but effective deferral.
+                        * Later defer from here and add back to list,
+                        * and also count deferrals. @@@
+                        */
+                       rc_callback(rp);
+               }
+
+               /* Count it. */
+
+               atomic_inc(&rc_ctrlblk.nprc);
+       }
+
+
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+#ifdef RCLOCK_PROF
+
+       /*
+        * Measure callback time.  Note that this includes the time
+        * spent actually running the callback function.  This is appropriate
+        * for performance testing of the rclock system, but other cases
+        * may need the time executing the callbacks subtracted out.
+        */
+
+       starttime = (int)get_cycles() - starttime;
+       atomic_add(starttime, &rc_ctrlblk.clock_ticks);
+#endif /* RCLOCK_PROF */
+}
+
+
+/*
+ * Register a new generation, and start it up if there is currently no
+ * active generation and the generation to be registered has not already
+ * occurred.
+ *
+ * The caller must not immediately follow a call to rc_reg_gen() with a call
+ * to rc_cleanup() -unless- his CPU is offlining (in which case rc_cleanup()
+ * is a no-op).  Violating this rule will result in callbacks being processed
+ * too soon.  The normal way to avoid this when a call to rc_cleanup() must
+ * follow one to rc_reg_gen() is to skip the call to rc_cleanup() if the
+ * value of the per-CPU copy of cswtchctr is invalid.
+ *
+ * Caller must hold the rc_ctrlblk lock.
+ */
+static void rc_reg_gen(rc_gen_t newgen)
+{
+       /*
+        * If the maximum generation number seen so far
+        * is less than ours, record the new maximum.
+        */
+       if (RC_GEN_LT(rc_ctrlblk.maxgen, newgen)) {
+
+               /* Record the new generation. */
+               rc_ctrlblk.maxgen = newgen;
+       }
+
+       /*
+        * Check to see if there is a currently active generation or if
+        * no one cares about the next generation.
+        */
+
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+       if (RC_GEN_LT(rc_ctrlblk.maxgen, rc_ctrlblk.curgen) ||
+           (rc_ctrlblk.needctxtmask != 0)) {
+
+               /*
+                * The last CPU to check in will take care of moving to
+                * the next generation.  If no one cares about the next
+                * generation, we will start it up as soon as a new
+                * callback hits a per-CPU current list or the global
+                * next list.
+                */
+               return;
+       }
+
+       /*
+        * Set up the mask to show that all processors need to pass through a
+        * quiescent state.  This qualifies the selected processors to enter
+        * rc_chk_callbacks, where they will set up for the new generation.
+        *
+        * Also set up timeout fields.  Backdate clock to get proper
+        * initial interval of rclock_max_stall jiffies despite only
+        * checking for full period of RCLOCK_STALL_WARN jiffies.
+        *
+        * Note that the generation has been updated first, and is checked
+        * outside of a lock.  The race with the contents of
+        * rc_ctrlblk.needctxtmask is avoided because no one looks
+        * at rc_ctrlblk.needctxtmask without holding the lock.
+        */
+       rc_ctrlblk.needctxtmask = rc_ctrlblk.olmsk;
+       rc_ctrlblk.clockbatch = jiffies;
+       rc_ctrlblk.clock = rc_ctrlblk.clockbatch +
+                       rclock_max_stall -
+                       RCLOCK_STALL_WARN;
+}
+
+
+/*
+ * Sets the value of the deferral bit to the desired state.  If zero (default)
+ * the return value of the handler will be ignored and always treated as if
+ * RC_CALLBACK_DONE had been returned.  If the bit is set, the return value
+ * is handled as expected -- handlers that return RC_CALLBACK_DEFER are
+ * reinvoked at a later time.
+ */
+void rc_set_defer(rc_callback_t *rp, int defer)
+{
+
+       if (defer) {
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+               rp->flags |= RCC_DEFER;
+       } else {
+               rp->flags &= ~RCC_DEFER;
+       }
+}
+
+
+/*
+ * Returns a pointer to a new callback, or NULL if KM_NOSLEEP specified.
+ */
+void rc_set_func(rc_callback_t *rp, rc_callback_func_t func, void *arg1,
+               void *arg2)
+{
+       rp->callback = func;
+       rp->arg1 = arg1;
+       rp->arg2 = arg2;
+}
+
+
+/*
+ * Sets any or all of function and arguments for the specified
+ * callback.  If one of the pointers is NULL, the corresponding
+ * item is not changed.  Otherwise, the item is updated with the
+ * value that the pointer points to.
+ */
+void rc_set_func_args(rc_callback_t *rp, rc_callback_func_t *func, void **arg1,
+                   void **arg2)
+{
+       if (func != NULL) {
+               rp->callback = *func;
+       }
+       if (arg1 != NULL) {
+               rp->arg1 = *arg1;
+       }
+       if (arg2 != NULL) {
+               rp->arg2 = *arg2;
+       }
+}
+
+/*
+ * Increment the per-cpu syscall count
+ */
+void rc_inc_syscall_count(int cpuid)
+{
+       RC_PLOCAL_syscall(cpu_number_map(cpuid))++;
+}
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+
+
+#ifdefDEBUG
+/*
+ * rc_rdprotect()
+ *
+ * Begin a section of code that manipulates data structures protected by
+ * the read-copy lock mechanism.  The section is terminated by a
+ * rc_rdunprotect() invocation.  rc_rdprotect's may be nested.  It is
+ * illegal to block while under the influence of rc_rdprotect.
+ *
+ * In kernels (such as PTX) that do not support kernel preemption,
+ * rc_rdprotect() serves only documentation and debug purposes.
+ */
+void
+rc_rdprotect(void)
+{
+       int index;
+       int cpu = cpu_number_map(smp_processor_id());
+
+       /*
+        * Increase the nesting level.
+        */
+       RC_PLOCAL_mnesting(cpu)++;
+
+       /*
+        * Record the EIP of the caller into the plocal structure
+        * to help in debugging nesting level mess ups.
+        */
+       index = l.pl_rc_rdlog.rc_rdl_nlogrecs++ & NRC_RDLOG_REC - 1;
+       l.pl_rc_rdlog.rc_rdl_eip[index] = __builtin_return_address(0);
+
+       /*
+        * Having an non-positive nesting level after bumping
+        * is a major error.
+        */
+       RC_ASSERT_DEBUG(RC_PLOCAL_mnesting(cpu) > 0,
+               "rc_rdunprotect: non-positive nesting level");
+}
+
+/*
+ * rc_rdunprotect(p)
+ *
+ * End a section of code that manipulates data protected by the read-copy
+ * mechanism.
+ */
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+void
+rc_rdunprotect(void)
+{
+       int index;
+       int cpu = cpu_number_map(smp_processor_id());
+
+       /*
+        * Reduce the nesting level.
+        */
+       RC_PLOCAL_mnesting(cpu)--;
+
+       /*
+        * Record the EIP of the caller into the plocal structure
+        * to help in debugging nesting level mess ups.
+        */
+       index = l.pl_rc_rdlog.rc_rdl_nlogrecs++ & NRC_RDLOG_REC - 1;
+       l.pl_rc_rdlog.rc_rdl_eip[index] = __builtin_return_address(0);
+
+       /*
+        * Having a negative nesting level after decrementing
+        * is a major error.
+        */
+       RC_ASSERT_DEBUG(RC_PLOCAL_mnesting(cpu) >= 0,
+                       "rc_rdunprotect: negitive nesting level");
+}
+#endif        /* DEBUG */
diff -u --recursive --new-file 2.4.1/kernel/sched.c v2.4.1-rc/kernel/sched.c
--- 2.4.1/kernel/sched.c        Tue Jan 16 02:38:15 2001
+++ v2.4.1-rc/kernel/sched.c Tue Feb 20 16:46:34 2001
@@ -26,6 +26,10 @@
 #include <linux/interrupt.h>
 #include <linux/kernel_stat.h>

+#ifdef CONFIG_RCLOCK
+#include <linux/rclock.h>
+#endif
+
 #include <asm/uaccess.h>
 #include <asm/mmu_context.h>

@@ -640,6 +644,18 @@
                        mmdrop(oldmm);
                }
        }
+
+#ifdef CONFIG_RCLOCK
```

## EXHIBIT E
Patch to Linux 2.4.1

```
+       /*
+        * Increment the per-processor context switch count
+        * We would need to block interrupts if this code can
+        * execute in interrupt context
+        */
+       if (++RC_PLOCAL_cswtchctr(cpu_number_map(this_cpu)) ==
+                               CSWTCHCTR_INVALID)
+               RC_PLOCAL_cswtchctr(cpu_number_map(this_cpu)) =
+                               CSWTCHCTR_INVALID + 1;
+#endif

        /*
         * This just switches the register state and the
diff -u --recursive --new-file 2.4.1/kernel/timer.c v2.4.1-rc/kernel/timer.c
--- 2.4.1/kernel/timer.c        Sun Dec 10 23:23:19 2000
+++ v2.4.1-rc/kernel/timer.c    Tue Feb 20 16:46:34 2001
@@ -23,6 +23,11 @@
 #include <linux/interrupt.h>
 #include <linux/kernel_stat.h>

+#ifdef CONFIG_RCLOCK
+#include <linux/sched.h>
+#include <linux/rclock.h>
+#endif
+
 #include <asm/uaccess.h>

 /*
@@ -673,8 +678,24 @@

 void do_timer(struct pt_regs *regs)
 {
+#ifdef CONFIG_RCLOCK
+       int cpu = cpu_number_map(smp_processor_id());
+#endif
+
        (*(unsigned long *)&jiffies)++;
 #ifndef CONFIG_SMP
+
+#ifdef CONFIG_RCLOCK
+       if (((RC_PLOCAL_rclockcurlist(cpu) != NULL) &&
+            RC_GEN_LT(RC_PLOCAL_rclockgen(cpu), rc_ctrlblk.curgen)) ||
+           (RC_PLOCAL_rclockcurlist(cpu) == NULL &&
+            RC_PLOCAL_rclocknxtlist(cpu) != NULL) ||
+           test_bit(cpu, &rc_ctrlblk.needctxtmask) ||
+           ((jiffies - rc_ctrlblk.clock) > RCLOCK_STALL_WARN))
```

**EXHIBIT E**
Patch to Linux 2.4.1

```
+               rc_chk_callbacks(user_mode(regs) ||
+                               (current == init_tasks[cpu]));
+#endif
+
        /* SMP process accounting uses the local APIC timer */

        update_process_times(user_mode(regs));
```