# EXHIBIT G

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
diff -urN linux-2.5.44/include/linux/ipc.h 2544-ipc/include/linux/ipc.h
--- linux-2.5.44/include/linux/ipc.h      Fri Oct 18 21:00:42 2002
+++ 2544-ipc/include/linux/ipc.h    Thu Oct 31 09:05:46 2002
@@ -56,6 +56,8 @@
 /* used by in-kernel data structures */
 struct kern_ipc_perm
 {
+      spinlock_t  lock;
+      int         deleted;
       key_t       key;
       uid_t       uid;
       gid_t       gid;
diff -urN linux-2.5.44/ipc/msg.c 2544-ipc/ipc/msg.c
--- linux-2.5.44/ipc/msg.c     Fri Oct 18 21:00:43 2002
+++ 2544-ipc/ipc/msg.c  Thu Oct 31 09:05:46 2002
@@ -65,7 +65,7 @@
 static struct ipc_ids msg_ids;

 #define msg_lock(id)    ((struct msg_queue*)ipc_lock(&msg_ids,id))
-#define msg_unlock(id) ipc_unlock(&msg_ids,id)
+#define msg_unlock(msq)       ipc_unlock(&(msq)->q_perm)
 #define msg_rmid(id)    ((struct msg_queue*)ipc_rmid(&msg_ids,id))
 #define msg_checkid(msq, msgid)   \
       ipc_checkid(&msg_ids,&msq->q_perm,msgid)
@@ -93,7 +93,7 @@
      int retval;
      struct msg_queue *msq;

-      msq  = (struct msg_queue *) kmalloc (sizeof (*msq), GFP_KERNEL);
+      msq  = ipc_rcu_alloc(sizeof(*msq));
      if (!msq)
            return -ENOMEM;

@@ -103,14 +103,14 @@
      msq->q_perm.security = NULL;
      retval = security_ops->msg_queue_alloc_security(msq);
      if (retval) {
-            kfree(msq);
+            ipc_rcu_free(msq, sizeof(*msq));
            return retval;
      }

      id = ipc_addid(&msg_ids, &msq->q_perm, msg_ctlmni);
      if(id == -1) {
            security_ops->msg_queue_free_security(msq);
-            kfree(msq);
+            ipc_rcu_free(msq, sizeof(*msq));
            return -ENOSPC;
      }

@@ -122,7 +122,7 @@
      INIT_LIST_HEAD(&msq->q_messages);
      INIT_LIST_HEAD(&msq->q_receivers);
      INIT_LIST_HEAD(&msq->q_senders);
-      msg_unlock(id);
```

## EXHIBIT G
## IPC RCU Patch to Linux 2.5.44

```
+      msg_unlock(msq);

       return msg_buildid(id,msq->q_perm.seq);
 }
@@ -271,7 +271,7 @@

       expunge_all(msq,-EIDRM);
       ss_wakeup(&msq->q_senders,1);
-      msg_unlock(id);
+      msg_unlock(msq);

       tmp = msq->q_messages.next;
       while(tmp != &msq->q_messages) {
@@ -282,7 +282,7 @@
       }
       atomic_sub(msq->q_cbytes, &msg_bytes);
       security_ops->msg_queue_free_security(msq);
-      kfree(msq);
+      ipc_rcu_free(msq, sizeof(struct msg_queue));
 }

 asmlinkage long sys_msgget (key_t key, int msgflg)
@@ -308,7 +308,7 @@
                  ret = -EACCES;
             else
                  ret = msg_buildid(id, msq->q_perm.seq);
-            msg_unlock(id);
+            msg_unlock(msq);
       }
       up(&msg_ids.sem);
       return ret;
@@ -488,7 +488,7 @@
             tbuf.msg_qbytes = msq->q_qbytes;
             tbuf.msg_lspid  = msq->q_lspid;
             tbuf.msg_lrpid  = msq->q_lrpid;
-            msg_unlock(msqid);
+            msg_unlock(msq);
             if (copy_msqid_to_user(buf, &tbuf, version))
                  return -EFAULT;
             return success_return;
@@ -541,7 +541,7 @@
              * due to a larger queue size.
              */
             ss_wakeup(&msq->q_senders,0);
-            msg_unlock(msqid);
+            msg_unlock(msq);
             break;
       }
       case IPC_RMID:
@@ -553,10 +553,10 @@
       up(&msg_ids.sem);
       return err;
 out_unlock_up:
-      msg_unlock(msqid);
+      msg_unlock(msq);
       goto out_up;
 out_unlock:
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
-       msg_unlock(msqid);
+       msg_unlock(msq);
        return err;
 }

@@ -651,7 +651,7 @@
                  goto out_unlock_free;
          }
          ss_add(msq, &s);
-         msg_unlock(msqid);
+         msg_unlock(msq);
          schedule();
          current->state= TASK_RUNNING;

@@ -684,7 +684,7 @@
      msg = NULL;

 out_unlock_free:
-     msg_unlock(msqid);
+     msg_unlock(msq);
 out_free:
      if(msg!=NULL)
             free_msg(msg);
@@ -766,7 +766,7 @@
             atomic_sub(msg->m_ts,&msg_bytes);
             atomic_dec(&msg_hdrs);
             ss_wakeup(&msq->q_senders,0);
-            msg_unlock(msqid);
+            msg_unlock(msq);
 out_success:
            msgsz = (msgsz > msg->m_ts) ? msg->m_ts : msgsz;
            if (put_user (msg->m_type, &msgp->mtype) ||
@@ -777,7 +777,6 @@
      return msgsz;
   } else
   {
-         struct msg_queue *t;
          /* no message waiting. Prepare for pipelined
           * receive.
           */
@@ -795,7 +794,7 @@
               msr_d.r_maxsize = msgsz;
          msr_d.r_msg = ERR_PTR(-EAGAIN);
          current->state = TASK_INTERRUPTIBLE;
-         msg_unlock(msqid);
+         msg_unlock(msq);

          schedule();
          current->state = TASK_RUNNING;
@@ -804,21 +803,19 @@
          if(!IS_ERR(msg))
               goto out_success;

-         t = msg_lock(msqid);
-         if(t==NULL)
-              msqid=-1;
+         msq = msg_lock(msqid);
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
                msg = (struct msg_msg*)msr_d.r_msg;
                if(!IS_ERR(msg)) {
                        /* our message arived while we waited for
                         * the spinlock. Process it.
                         */
-                       if(msqid!=-1)
-                               msg_unlock(msqid);
+                       if(msq)
+                               msg_unlock(msq);
                        goto out_success;
                }
                err = PTR_ERR(msg);
                if(err == -EAGAIN) {
-                       if(msqid==-1)
+                       if(!msq)
                                BUG();
                        list_del(&msr_d.r_list);
                        if (signal_pending(current))
@@ -828,8 +825,8 @@
                }
        }
 out_unlock:
-       if(msqid!=-1)
-               msg_unlock(msqid);
+       if(msq)
+               msg_unlock(msq);
        return err;
 }

@@ -862,7 +859,7 @@
                        msq->q_stime,
                        msq->q_rtime,
                        msq->q_ctime);
-               msg_unlock(i);
+               msg_unlock(msq);

                pos += len;
                if(pos < offset) {
diff -urN linux-2.5.44/ipc/sem.c 2544-ipc/ipc/sem.c
--- linux-2.5.44/ipc/sem.c    Fri Oct 18 21:01:48 2002
+++ 2544-ipc/ipc/sem.c   Thu Oct 31 09:05:46 2002
@@ -69,7 +69,7 @@


 #define sem_lock(id)    ((struct sem_array*)ipc_lock(&sem_ids,id))
-#define sem_unlock(id) ipc_unlock(&sem_ids,id)
+#define sem_unlock(sma)        ipc_unlock(&(sma)->sem_perm)
 #define sem_rmid(id)    ((struct sem_array*)ipc_rmid(&sem_ids,id))
 #define sem_checkid(sma, semid)    \
        ipc_checkid(&sem_ids,&sma->sem_perm,semid)
@@ -126,7 +126,7 @@
                return -ENOSPC;

        size = sizeof (*sma) + nsems * sizeof (struct sem);
-       sma = (struct sem_array *) ipc_alloc(size);
+       sma = ipc_rcu_alloc(size);
        if (!sma) {
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
            return -ENOMEM;
      }
@@ -138,14 +138,14 @@
      sma->sem_perm.security = NULL;
      retval = security_ops->sem_alloc_security(sma);
      if (retval) {
-           ipc_free(sma, size);
+           ipc_rcu_free(sma, size);
            return retval;
      }

      id = ipc_addid(&sem_ids, &sma->sem_perm, sc_semmni);
      if(id == -1) {
            security_ops->sem_free_security(sma);
-           ipc_free(sma, size);
+           ipc_rcu_free(sma, size);
            return -ENOSPC;
      }
      used_sems += nsems;
@@ -156,7 +156,7 @@
      /* sma->undo = NULL; */
      sma->sem_nsems = nsems;
      sma->sem_ctime = CURRENT_TIME;
-     sem_unlock(id);
+     sem_unlock(sma);

      return sem_buildid(id, sma->sem_perm.seq);
 }
@@ -189,7 +189,7 @@
                  err = -EACCES;
            else
                  err = sem_buildid(id, sma->sem_perm.seq);
-           sem_unlock(id);
+           sem_unlock(sma);
      }

      up(&sem_ids.sem);
@@ -205,12 +205,12 @@
      if(smanew==NULL)
            return -EIDRM;
      if(smanew != sma || sem_checkid(sma,semid) || sma->sem_nsems !=
nsems) {
-           sem_unlock(semid);
+           sem_unlock(smanew);
            return -EIDRM;
      }

      if (ipcperms(&sma->sem_perm, flg)) {
-           sem_unlock(semid);
+           sem_unlock(smanew);
            return -EACCES;
      }
      return 0;
@@ -423,12 +423,12 @@
            q->prev = NULL;
            wake_up_process(q->sleeper); /* doesn't sleep */
      }
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
-       sem_unlock(id);
+       sem_unlock(sma);

        used_sems -= sma->sem_nsems;
        size = sizeof (*sma) + sma->sem_nsems * sizeof (struct sem);
        security_ops->sem_free_security(sma);
-       ipc_free(sma, size);
+       ipc_rcu_free(sma, size);
 }

 static unsigned long copy_semid_to_user(void *buf, struct semid64_ds
*in, int version)
@@ -456,6 +456,7 @@
 static int semctl_nolock(int semid, int semnum, int cmd, int version,
union semun arg)
 {
        int err = -EINVAL;
+       struct sem_array *sma;

        switch(cmd) {
        case IPC_INFO:
@@ -489,7 +490,6 @@
        }
        case SEM_STAT:
        {
-               struct sem_array *sma;
                struct semid64_ds tbuf;
                int id;

@@ -511,7 +511,7 @@
                tbuf.sem_otime  = sma->sem_otime;
                tbuf.sem_ctime  = sma->sem_ctime;
                tbuf.sem_nsems  = sma->sem_nsems;
-               sem_unlock(semid);
+               sem_unlock(sma);
                if (copy_semid_to_user (arg.buf, &tbuf, version))
                        return -EFAULT;
                return id;
@@ -521,7 +521,7 @@
        }
        return err;
 out_unlock:
-       sem_unlock(semid);
+       sem_unlock(sma);
        return err;
 }

@@ -555,7 +555,7 @@
                int i;

                if(nsems > SEMMSL_FAST) {
-                       sem_unlock(semid);
+                       sem_unlock(sma);
                        sem_io = ipc_alloc(sizeof(ushort)*nsems);
                        if(sem_io == NULL)
                                return -ENOMEM;
@@ -566,7 +566,7 @@
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
          for (i = 0; i < sma->sem_nsems; i++)
                  sem_io[i] = sma->sem_base[i].semval;
-         sem_unlock(semid);
+         sem_unlock(sma);
          err = 0;
          if(copy_to_user(array, sem_io, nsems*sizeof(ushort)))
                  err = -EFAULT;
@@ -577,7 +577,7 @@
          int i;
          struct sem_undo *un;

-         sem_unlock(semid);
+         sem_unlock(sma);

          if(nsems > SEMMSL_FAST) {
                  sem_io = ipc_alloc(sizeof(ushort)*nsems);
@@ -619,7 +619,7 @@
          tbuf.sem_otime  = sma->sem_otime;
          tbuf.sem_ctime  = sma->sem_ctime;
          tbuf.sem_nsems  = sma->sem_nsems;
-         sem_unlock(semid);
+         sem_unlock(sma);
          if (copy_semid_to_user (arg.buf, &tbuf, version))
                  return -EFAULT;
          return 0;
@@ -665,7 +665,7 @@
      }
      }
 out_unlock:
-     sem_unlock(semid);
+     sem_unlock(sma);
 out_free:
      if(sem_io != fast_sem_io)
              ipc_free(sem_io, sizeof(ushort)*nsems);
@@ -750,18 +750,18 @@
          ipcp->mode = (ipcp->mode & ~S_IRWXUGO)
                          | (setbuf.mode & S_IRWXUGO);
          sma->sem_ctime = CURRENT_TIME;
-         sem_unlock(semid);
+         sem_unlock(sma);
          err = 0;
          break;
      default:
-         sem_unlock(semid);
+         sem_unlock(sma);
          err = -EINVAL;
          break;
      }
      return err;

 out_unlock:
-     sem_unlock(semid);
+     sem_unlock(sma);
      return err;
 }
```

## EXHIBIT G
## IPC RCU Patch to Linux 2.5.44

```
@@ -914,7 +914,7 @@
        saved_add_count = 0;
        if (current->sysvsem.undo_list != NULL)
                saved_add_count = current->sysvsem.undo_list->add_count;
-       sem_unlock(semid);
+       sem_unlock(sma);
        unlock_semundo();

        error = get_undo_list(&undo_list);
@@ -1052,18 +1052,17 @@
        current->sysvsem.sleep_list = &queue;

        for (;;) {
-               struct sem_array* tmp;
                queue.status = -EINTR;
                queue.sleeper = current;
                current->state = TASK_INTERRUPTIBLE;
-               sem_unlock(semid);
+               sem_unlock(sma);
                unlock_semundo();

                schedule();

                lock_semundo();
-               tmp = sem_lock(semid);
-               if(tmp==NULL) {
+               sma = sem_lock(semid);
+               if(sma==NULL) {
                        if(queue.prev != NULL)
                                BUG();
                        current->sysvsem.sleep_list = NULL;
@@ -1098,7 +1097,7 @@
        if (alter)
                update_queue (sma);
 out_unlock_semundo_free:
-       sem_unlock(semid);
+       sem_unlock(sma);
 out_semundo_free:
        unlock_semundo();
 out_free:
@@ -1185,7 +1184,7 @@
                        remove_from_queue(q->sma,q);
                }
                if(sma!=NULL)
-                       sem_unlock(semid);
+                       sem_unlock(sma);
        }

        undo_list = current->sysvsem.undo_list;
@@ -1233,7 +1232,7 @@
                /* maybe some queued-up processes were waiting for this */
                update_queue(sma);
 next_entry:
-               sem_unlock(semid);
+               sem_unlock(sma);
        }
        __exit_semundo(current);
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
@@ -1265,7 +1264,7 @@
                       sma->sem_perm.cgid,
                       sma->sem_otime,
                       sma->sem_ctime);
-               sem_unlock(i);
+               sem_unlock(sma);

                pos += len;
                if(pos < offset) {
diff -urN linux-2.5.44/ipc/shm.c 2544-ipc/ipc/shm.c
--- linux-2.5.44/ipc/shm.c   Fri Oct 18 21:01:54 2002
+++ 2544-ipc/ipc/shm.c  Thu Oct 31 09:09:44 2002
@@ -37,9 +37,7 @@
 static struct ipc_ids shm_ids;

 #define shm_lock(id)    ((struct shmid_kernel*)ipc_lock(&shm_ids,id))
-#define shm_unlock(id) ipc_unlock(&shm_ids,id)
-#define shm_lockall()  ipc_lockall(&shm_ids)
-#define shm_unlockall()      ipc_unlockall(&shm_ids)
+#define shm_unlock(shp)      ipc_unlock(&(shp)->shm_perm)
 #define shm_get(id)    ((struct shmid_kernel*)ipc_get(&shm_ids,id))
 #define shm_buildid(id, seq) \
      ipc_buildid(&shm_ids, id, seq)
@@ -92,7 +90,7 @@
      shp->shm_atim = CURRENT_TIME;
      shp->shm_lprid = current->pid;
      shp->shm_nattch++;
-      shm_unlock(id);
+      shm_unlock(shp);
 }

 /* This is called by fork, once for every shm attach. */
@@ -113,11 +111,11 @@
 {
      shm_tot -= (shp->shm_segsz + PAGE_SIZE - 1) >> PAGE_SHIFT;
      shm_rmid (shp->id);
-      shm_unlock(shp->id);
+      shm_unlock(shp);
      shmem_lock(shp->shm_file, 0);
      fput (shp->shm_file);
      security_ops->shm_free_security(shp);
-      kfree (shp);
+      ipc_rcu_free (shp, sizeof(struct shmid_kernel));
 }

 /*
@@ -143,7 +141,7 @@
          shp->shm_flags & SHM_DEST)
              shm_destroy (shp);
      else
-              shm_unlock(id);
+              shm_unlock(shp);
      up (&shm_ids.sem);
 }

@@ -180,7 +178,7 @@
```

## EXHIBIT G
## IPC RCU Patch to Linux 2.5.44

```
        if (shm_tot + numpages >= shm_ctlall)
             return -ENOSPC;

-       shp = (struct shmid_kernel *) kmalloc (sizeof (*shp), GFP_USER);
+       shp = ipc_rcu_alloc(sizeof(*shp));
        if (!shp)
             return -ENOMEM;

@@ -190,7 +188,7 @@
        shp->shm_perm.security = NULL;
        error = security_ops->shm_alloc_security(shp);
        if (error) {
-            kfree(shp);
+            ipc_rcu_free(shp, sizeof(*shp));
             return error;
        }

@@ -216,14 +214,14 @@
        file->f_dentry->d_inode->i_ino = shp->id;
        file->f_op = &shm_file_operations;
        shm_tot += numpages;
-       shm_unlock (id);
+       shm_unlock(shp);
        return shp->id;

 no_id:
        fput(file);
 no_file:
        security_ops->shm_free_security(shp);
-       kfree(shp);
+       ipc_rcu_free(shp, sizeof(*shp));
        return error;
 }

@@ -252,7 +250,7 @@
                     err = -EACCES;
             else
                     err = shm_buildid(id, shp->shm_perm.seq);
-            shm_unlock(id);
+            shm_unlock(shp);
        }
        up(&shm_ids.sem);
        return err;
@@ -409,14 +407,12 @@

             memset(&shm_info,0,sizeof(shm_info));
             down(&shm_ids.sem);
-            shm_lockall();
             shm_info.used_ids = shm_ids.in_use;
             shm_get_stat (&shm_info.shm_rss, &shm_info.shm_swp);
             shm_info.shm_tot = shm_tot;
             shm_info.swap_attempts = 0;
             shm_info.swap_successes = 0;
             err = shm_ids.max_id;
-            shm_unlockall();
             up(&shm_ids.sem);
             if(copy_to_user (buf, &shm_info, sizeof(shm_info)))
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
                      return -EFAULT;
@@ -454,7 +450,7 @@
              tbuf.shm_cpid    = shp->shm_cprid;
              tbuf.shm_lpid    = shp->shm_lprid;
              tbuf.shm_nattch  = shp->shm_nattch;
-             shm_unlock(shmid);
+             shm_unlock(shp);
              if(copy_shmid_to_user (buf, &tbuf, version))
                      return -EFAULT;
              return result;
@@ -481,7 +477,7 @@
                      shmem_lock(shp->shm_file, 0);
                      shp->shm_flags &= ~SHM_LOCKED;
              }
-             shm_unlock(shmid);
+             shm_unlock(shp);
              return err;
      }
      case IPC_RMID:
@@ -514,7 +510,7 @@
                      shp->shm_flags |= SHM_DEST;
                      /* Do not find it any more */
                      shp->shm_perm.key = IPC_PRIVATE;
-                     shm_unlock(shmid);
+                     shm_unlock(shp);
              } else
                      shm_destroy (shp);
              up(&shm_ids.sem);
@@ -554,12 +550,12 @@

      err = 0;
 out_unlock_up:
-     shm_unlock(shmid);
+     shm_unlock(shp);
 out_up:
      up(&shm_ids.sem);
      return err;
 out_unlock:
-     shm_unlock(shmid);
+     shm_unlock(shp);
      return err;
 }

@@ -616,17 +612,17 @@
              return -EINVAL;
      err = shm_checkid(shp,shmid);
      if (err) {
-             shm_unlock(shmid);
+             shm_unlock(shp);
              return err;
      }
      if (ipcperms(&shp->shm_perm, acc_mode)) {
-             shm_unlock(shmid);
+             shm_unlock(shp);
              return -EACCES;
      }
      file = shp->shm_file;
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
      size = file->f_dentry->d_inode->i_size;
      shp->shm_nattch++;
-     shm_unlock(shmid);
+     shm_unlock(shp);

      down_write(&current->mm->mmap_sem);
      if (addr && !(shmflg & SHM_REMAP)) {
@@ -655,7 +651,7 @@
          shp->shm_flags & SHM_DEST)
            shm_destroy (shp);
      else
-           shm_unlock(shmid);
+           shm_unlock(shp);
      up (&shm_ids.sem);

      *raddr = (unsigned long) user_addr;
@@ -727,7 +723,7 @@
                    shp->shm_atim,
                    shp->shm_dtim,
                    shp->shm_ctim);
-              shm_unlock(i);
+              shm_unlock(shp);

              pos += len;
              if(pos < offset) {
diff -urN linux-2.5.44/ipc/util.c 2544-ipc/ipc/util.c
--- linux-2.5.44/ipc/util.c   Fri Oct 18 21:01:49 2002
+++ 2544-ipc/ipc/util.c Thu Oct 31 09:05:46 2002
@@ -8,6 +8,8 @@
   *         Chris Evans, <chris@ferret.lmh.ox.ac.uk>
   * Nov 1999 - ipc helper functions, unified SMP locking
   *         Manfred Spraul <manfreds@colorfullife.com>
+ * Oct 2002 - One lock per IPC id. RCU ipc_free for lock-free
grow_ary().
+ *         Mingming Cao <cmm@us.ibm.com>
   */

 #include <linux/config.h>
@@ -20,6 +22,7 @@
 #include <linux/slab.h>
 #include <linux/highuid.h>
 #include <linux/security.h>
+#include <linux/workqueue.h>

 #if defined(CONFIG_SYSVIPC)

@@ -69,13 +72,12 @@
                ids->seq_max = seq_limit;
      }

-     ids->entries = ipc_alloc(sizeof(struct ipc_id)*size);
+     ids->entries = ipc_rcu_alloc(sizeof(struct ipc_id)*size);

      if(ids->entries == NULL) {
            printk(KERN_ERR "ipc_init_ids() failed, ipc service
disabled.\n");
            ids->size = 0;
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
        }
-       ids->ary = SPIN_LOCK_UNLOCKED;
        for(i=0;i<ids->size;i++)
                ids->entries[i].p = NULL;
 }
@@ -84,7 +86,8 @@
    *   ipc_findkey -    find a key in an ipc identifier set
    *   @ids: Identifier set
    *   @key: The key to find
-   *
+   *
+   *   Requires ipc_ids.sem locked.
    *   Returns the identifier if found or -1 if not.
    */

@@ -92,8 +95,9 @@
 {
        int id;
        struct kern_ipc_perm* p;
+       int max_id = ids->max_id;

-       for (id = 0; id <= ids->max_id; id++) {
+       for (id = 0; id <= max_id; id++) {
                p = ids->entries[id].p;
                if(p==NULL)
                        continue;
@@ -103,6 +107,9 @@
        return -1;
 }

+/*
+ * Requires ipc_ids.sem locked
+ */
 static int grow_ary(struct ipc_ids* ids, int newsize)
 {
        struct ipc_id* new;
@@ -114,21 +121,21 @@
        if(newsize <= ids->size)
                return newsize;

-       new = ipc_alloc(sizeof(struct ipc_id)*newsize);
+       new = ipc_rcu_alloc(sizeof(struct ipc_id)*newsize);
        if(new == NULL)
                return ids->size;
        memcpy(new, ids->entries, sizeof(struct ipc_id)*ids->size);
        for(i=ids->size;i<newsize;i++) {
                new[i].p = NULL;
        }
-       spin_lock(&ids->ary);
-
        old = ids->entries;
-       ids->entries = new;
        i = ids->size;
+
+       ids->entries = new;
+       wmb();
        ids->size = newsize;
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
-        spin_unlock(&ids->ary);
-        ipc_free(old, sizeof(struct ipc_id)*i);
+
+        ipc_rcu_free(old, sizeof(struct ipc_id)*i);
         return ids->size;
 }

@@ -166,7 +173,10 @@
         if(ids->seq > ids->seq_max)
                 ids->seq = 0;

-        spin_lock(&ids->ary);
+        new->lock = SPIN_LOCK_UNLOCKED;
+        new->deleted = 0;
+        rcu_read_lock();
+        spin_lock(&new->lock);
         ids->entries[id].p = new;
         return id;
 }
@@ -180,6 +190,8 @@
    *    fed an invalid identifier. The entry is removed and internal
    *    variables recomputed. The object associated with the identifier
    *    is returned.
+ *    ipc_ids.sem and the spinlock for this ID is hold before this
function
+ *    is called, and remain locked on the exit.
    */

 struct kern_ipc_perm* ipc_rmid(struct ipc_ids* ids, int id)
@@ -188,6 +200,7 @@
         int lid = id % SEQ_MULTIPLIER;
         if(lid >= ids->size)
                 BUG();
+
         p = ids->entries[lid].p;
         ids->entries[lid].p = NULL;
         if(p==NULL)
@@ -202,6 +215,7 @@
                 } while (ids->entries[lid].p == NULL);
                 ids->max_id = lid;
         }
+        p->deleted = 1;
         return p;
 }

@@ -224,14 +238,14 @@
 }

 /**
- *    ipc_free    -    free ipc space
+ *    ipc_free    -        free ipc space
   *    @ptr: pointer returned by ipc_alloc
   *    @size: size of block
   *
   *    Free a block created with ipc_alloc. The caller must know the
size
   *    used in the allocation call.
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
   */
-
+
 void ipc_free(void* ptr, int size)
  {
        if(size > PAGE_SIZE)
@@ -240,6 +254,85 @@
            kfree(ptr);
  }

+struct ipc_rcu_kmalloc
+{
+     struct rcu_head rcu;
+     /* "void *" makes sure alignment of following data is sane. */
+     void *data[0];
+};
+
+struct ipc_rcu_vmalloc
+{
+     struct rcu_head rcu;
+     struct work_struct work;
+     /* "void *" makes sure alignment of following data is sane. */
+     void *data[0];
+};
+
+static inline int rcu_use_vmalloc(int size)
+{
+     /* Too big for a single page? */
+     if (sizeof(struct ipc_rcu_kmalloc) + size > PAGE_SIZE)
+          return 1;
+     return 0;
+}
+
+/**
+ *     ipc_rcu_alloc      -      allocate ipc and rcu space
+ *     @size: size desired
+ *
+ *     Allocate memory for the rcu header structure +  the object.
+ *     Returns the pointer to the object.
+ *     NULL is returned if the allocation fails.
+ */
+
+void* ipc_rcu_alloc(int size)
+{
+     void* out;
+     /*
+      * We prepend the allocation with the rcu struct, and
+      * workqueue if necessary (for vmalloc).
+      */
+     if (rcu_use_vmalloc(size)) {
+          out = vmalloc(sizeof(struct ipc_rcu_vmalloc) + size);
+          if (out) out += sizeof(struct ipc_rcu_vmalloc);
+     } else {
+          out = kmalloc(sizeof(struct ipc_rcu_kmalloc)+size,
GFP_KERNEL);
+          if (out) out += sizeof(struct ipc_rcu_kmalloc);
+     }
```

## EXHIBIT G
## IPC RCU Patch to Linux 2.5.44

```
+
+       return out;
+}
+
+/**
+ *      ipc_schedule_free - free ipc + rcu space
+ *
+ * Since RCU callback function is called in bh,
+ * we need to defer the vfree to schedule_work
+ */
+static void ipc_schedule_free(void* arg)
+{
+       struct ipc_rcu_vmalloc *free = arg;
+
+       INIT_WORK(&free->work, vfree, free);
+       schedule_work(&free->work);
+}
+
+void ipc_rcu_free(void* ptr, int size)
+{
+       if (rcu_use_vmalloc(size)) {
+               struct ipc_rcu_vmalloc *free;
+               free = ptr - sizeof(*free);
+               call_rcu(&free->rcu, ipc_schedule_free, free);
+       } else {
+               struct ipc_rcu_kmalloc *free;
+               free = ptr - sizeof(*free);
+               /* kfree takes a "const void *" so gcc warns.  So we cast.
*/
+               call_rcu(&free->rcu, (void (*)(void *))kfree, free);
+       }
+
+}
+
 /**
  *      ipcperms    -       check IPC permissions
  *      @ipcp: IPC permission set
diff -urN linux-2.5.44/ipc/util.h 2544-ipc/ipc/util.h
--- linux-2.5.44/ipc/util.h   Fri Oct 18 21:01:57 2002
+++ 2544-ipc/ipc/util.h Thu Oct 31 09:05:46 2002
@@ -4,6 +4,7 @@
  *
  * ipc helper functions (c) 1999 Manfred Spraul
<manfreds@colorfullife.com>
  */
+#include <linux/rcupdate.h>

 #define USHRT_MAX 0xffff
 #define SEQ_MULTIPLIER (IPCMNI)
@@ -19,7 +20,6 @@
       unsigned short seq;
       unsigned short seq_max;
       struct semaphore sem;
-       spinlock_t ary;
       struct ipc_id* entries;
 };
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
@@ -27,7 +27,6 @@
      struct kern_ipc_perm* p;
 };

-
 void __init ipc_init_ids(struct ipc_ids* ids, int size);

 /* must be called with ids->sem acquired.*/
@@ -44,44 +43,69 @@
  */
 void* ipc_alloc(int size);
 void ipc_free(void* ptr, int size);
+/* for allocation that need to be freed by RCU
+ * both function can sleep
+ */
+void* ipc_rcu_alloc(int size);
+void ipc_rcu_free(void* arg, int size);

-extern inline void ipc_lockall(struct ipc_ids* ids)
-{
-      spin_lock(&ids->ary);
-}
-
+/*
+ * ipc_get() requires ipc_ids.sem down, otherwise we need a rmb() here
+ * to sync with grow_ary();
+ *
+ * So far only shm_get_stat() uses ipc_get() via shm_get().  So
ipc_get()
+ * is called with shm_ids.sem locked.  Thus a rmb() is not needed
here,
+ * as grow_ary() also requires shm_ids.sem down(for shm).
+ *
+ * But if ipc_get() is used in the future without ipc_ids.sem down,
+ * we need to add a rmb() before accessing the entries array
+ */
 extern inline struct kern_ipc_perm* ipc_get(struct ipc_ids* ids, int
id)
 {
      struct kern_ipc_perm* out;
      int lid = id % SEQ_MULTIPLIER;
      if(lid >= ids->size)
            return NULL;
-
+      rmb();
      out = ids->entries[lid].p;
      return out;
 }

-extern inline void ipc_unlockall(struct ipc_ids* ids)
-{
-      spin_unlock(&ids->ary);
-}
 extern inline struct kern_ipc_perm* ipc_lock(struct ipc_ids* ids, int
id)
 {
      struct kern_ipc_perm* out;
```

**EXHIBIT G**
**IPC RCU Patch to Linux 2.5.44**

```
        int lid = id % SEQ_MULTIPLIER;
-       if(lid >= ids->size)
+
+       rcu_read_lock();
+       if(lid >= ids->size) {
+               rcu_read_unlock();
                return NULL;
+       }

-       spin_lock(&ids->ary);
+       /* we need a barrier here to sync with grow_ary() */
+       rmb();
        out = ids->entries[lid].p;
-       if(out==NULL)
-               spin_unlock(&ids->ary);
+       if(out == NULL) {
+               rcu_read_unlock();
+               return NULL;
+       }
+       spin_lock(&out->lock);
+
+       /* ipc_rmid() may have already freed the ID while ipc_lock
+        * was spinning: here verify that the structure is still valid
+        */
+       if (out->deleted) {
+               spin_unlock(&out->lock);
+               rcu_read_unlock();
+               return NULL;
+       }
        return out;
 }

-extern inline void ipc_unlock(struct ipc_ids* ids, int id)
+extern inline void ipc_unlock(struct kern_ipc_perm* perm)
 {
-       spin_unlock(&ids->ary);
+       spin_unlock(&perm->lock);
+       rcu_read_unlock();
 }

 extern inline int ipc_buildid(struct ipc_ids* ids, int id, int seq)
```

# EXHIBIT K

**EXHIBIT K**

From: http://kerneltrap.org/node/view/892; Printed 6/31/2004

> **Error! Hyperlink reference not valid.**
> (a) Interview: Rusty Russell

Posted by jeremy on Tuesday, September 23, 2003 - 03:03

  Rusty Russell is a Linux kernel hacker living in Australia, working for IBM's Linux Technology Center. He's also a frequent and talented speaker at Linux gatherings. When talking about Rusty in an earlier interview, Andrew Morton summarized, "*he's just a really sharp and witty guy - anyone who has attended one of his sessions at a conference will attest to that!*"

Well known for his packet filtering efforts, having written both ipchains and netfilter/iptables, he has continued to make an impressive number of contributions to Linux kernel development. A large sampling of his current projects have been merged into the upcoming 2.6 kernel, including futexes, per-cpu counters, hot pluggable CPU support, and a complete rewrite of the in-kernel module loading code.

For a humorous sample of Rusty's wit, one only needs to look to his email signature which reads, "*Anyone who quotes me in their sig is an idiot. -- Rusty Russell.*" Read on for the full interview.

*Jeremy Andrews*: Please share a little about yourself and your background...

*Rusty Russell*: I live in Canberra, Australia, married to a beautiful non-hacker, and expecting our first child in January. I have an engineering degree, was born in 1973, and I work for IBM's Linux Technology Center.

*JA*: What is the 'Linux Technology Center?'

*Rusty Russell*: The IBM Linux Technology Center is the misnomer which refers to the worldwide group within IBM whose mission is to "Accelerate the maturation of standard, architecture-independent Linux into the enterprise", or as we say "Make Linux Better". It's our job to contribute stuff where needed: from one point of view it's a way of collecting a paycheck while working full-time on what I love doing.

*JA*: What are some of the Linux contributions that have been made by this group?

*Rusty Russell*: Wow, there's lots of stuff, both in-progress and completed. You can get some idea from The LTC Projects Page. The breadth is pretty staggering.

*JA*: Digging through old lkml archives, I see that your first name is Paul. Is Rusty a

**EXHIBIT K**

From: http://kerneltrap.org/node/view/892; Printed 6/31/2004

nickname?

*Rusty Russell*: Yes, but I'm called Rusty because of my flaming red hair.

*JA*: Is there a story behind your email signature?

*Rusty Russell*: The joys of working in an office: Chris Yeoh told me someone quoted me in their sig, on slashdot. Well obviously, I went and checked it out, and the guy had <u>misspelled</u> my <u>name</u>.

From this sample size of one, I determined that everyone who quotes me in their sig is mentally deficient. The self-referential joke followed naturally. BTW, after Larry McVoy asked a similar question, it briefly became:

> there are those who do and those who hang on and you don't see too many doers quoting their contemporaries. -- Larry McVoy

*JA*: When did you get started with Linux?
*Rusty Russell*: I was a latecomer: I used SunOS at University, and in early 1993 I installed Linux on my Dad's 386, and was not impressed. Over the next few years I came to run Linux at home, and a few side-projects as I hopped jobs, but it wasn't until I went to <u>Usenix's annual conference in 1997</u>, that I decided that I had to work on Linux. They had this "Uselinux" track, and I heard <u>Dave Miller's Porting to Sparc talk</u>, and it was like putting your brain on a rollercoaster! I don't remember much of it (hey, I didn't understand most of it), but the excitement of it was mindblowing, all through the Linux crowd who were there.
I came home, and started hacking on the packet filtering code I'd been using (and was missing features I wanted). Next thing you know, Dave replaces <u>ipfwadm</u> with <u>ipchains</u>, and voila! I'm a maintainer.
*JA*: Your packet filtering code, ipchains, was merged into the 2.2 kernel. How involved were you with the 2.4 replacement, iptables?
*Rusty Russell*: I also wrote iptables: I realized when writing ipchains that more radical changes were needed, and netfilter (and iptables which sits on top of it) were the culmination of my experience and user feedback.
*JA*: What impressive new things can we expect in the Linux IP Firewall code in the upcoming 2.6 kernel?
*Rusty Russell*: Amazingly little: I handed the supervision of netfilter and accoutrements over to the Netfilter Core Team (you can even order <u>Netfilter T-shirts</u>!), and they have seen many incremental improvements, most of which went straight into 2.4 anyway.
The recent <u>Netfilter Workshop in Hungary</u> showed us lots of areas where activity is occurring: but most of these will happen in parallel to kernel development.
*JA*: Have you looked at OpenBSD's relatively new packet filter, PF?
*Rusty Russell*: No, it's still on my (infinite) TODO list. I've read a little about it, and of course I'm thrilled that people are looking at new Open Source packet filtering

## EXHIBIT K

From: http://kerneltrap.org/node/view/892; Printed 6/31/2004

methodologies: there are many tradeoffs and it's always good to see different approaches.

*JA*: Reading through your online journal, it sounds like you've been fairly active as a Linux speaker. How did you fall into this role?

*Rusty Russell*: Two reasons, really. Firstly, I like talking face-to-face with people. To this day I don't use EMail or IRC for personal stuff: I find it slow, awkward and impersonal. I like being in different places and meeting people, but doing talks to a roomful scales better. *So it's not really a chore for me to speak about things I know.*

But every time I do a talk, I remember that talk by DaveM which started me contributing to Linux. I want to convey that incredible buzz to other people, so they walk away going "wow, I want to do that!". It's the contributors which are the reason we're doing this: the spectrum of users and developers. My talks tend to be thinly veiled recruiting drives 8)

It's the same reason I try to write <u>decent documentation</u>, to drop those barriers and welcome more people to get involved.

*JA*: How successful do you feel you've been?

*Rusty Russell*: Not as successful as I'd like, but it's hard to measure. I've never seen anyone rush out of the room to code up the Next Big Thing, but maybe I just don't pay enough attention. I hope I've conveyed how I feel about this stuff, at least.

*JA*: When I interviewed Andrew Morton I definitely got the feeling that you've impressed at least him. :)

*Rusty Russell*: That's such an amazing compliment, because I aspire be more like Andrew. If I had to choose someone to write the OS for my life support machine, it'd be him. Not just because he's a <u>hacking god</u>, but because he's always been an unrelenting beacon of sanity. Just take a look at any of his posts: helpful, to-the-point, and a wicked sense of humor.

We're not a community big on compliments, but at the last <u>Kernel Summit</u> when discussing what went wrong and right in 2.5, Daniel Phillips commented that one thing which went very right was Andrew, which brought long applause from us all.

Couldn't have said it better myself.

*JA*: You rewrote the kernel module code in the Linux 2.5 development kernel. Can you explain a little about what you've done, and why you did it?

*Rusty Russell*: During 2.3, I was looking at trying to resolve a fairly tricky module unloading race with the ip_conntrack module. I had an idea, but it meant modifying the "struct module". Unfortunately, half the module loader was in userspace, so you can't just modify it, you have to be backward compatible, and test at runtime (and do what if it wasn't there?). This irritated me, and as I looked harder, I saw many other things caused by the module code's growth by accretion:

```
/*
 * [illegible] by Anonymous [illegible] Prox...
 * Linux version by Boa Lüenz[illegible]
 * [illegible] version by [illegible] emac [illegible]
 * [illegible] by [illegible] ao by B[illegible] [illegible] May 1994 (C)
 * Rewritten by Richard Henderson Dec 1996
 * Add PCI INITIALIZING Patil O[illegible] Nov 1999
 */
```

<u>Kernighan and Pike</u> said "Don't patch bad code, rewrite it". So I wrote a prototype in-kernel module loader, and was a little surprised when it turned out to be less kernel

EXHIBIT K

From: http://kerneltrap.org/node/view/892; Printed 6/31/2004

code than the old code. The next step was to port it to more complex architectures than x86, to be fairly sure there was enough infrastructure. Along the way, I introduced new module parameter macros which also added boot parameters, sped up module reference counting so it's lockless and cpu-local, free parts of modules only used for initialization, added an option to disable module unloading, added forced module removal and blocking module removal, reimplemented modversions properly (with Kai Germaschewski), and tried really hard not to break any existing drivers which were not already broken. The downside is that the code is probably no longer smaller than it was with all these features turned on.

But the upside is that many of these changes occurred after the initial patch: but the userspace tools still work fine. You can now write a portable insmod in 20 lines.

*JA*: It sounds like a lot of improvements. How long have you been working on the module rewrite?

*Rusty Russell*: First reference I can find in my diary is May 2001, and I worked on it in spurts: it was something I did on the way to something else, but kinda became a full time task for about two months after the merge in November 2002, when I had to write a complete set of userspace utilities.

*JA*: When upgrading to the 2.6 kernel, one also has to upgrade to your new 'module-init-tools' to support these module changes. Are these utilities backward compatible, allowing one to switch between 2.4 and 2.6?

*Rusty Russell*: I wanted to keep the source trees completely separate, as they have different maintainers and on some architectures there are no "old utilities". I chose to have the new utilities simply exec the ".old" versions if they detected older kernels, and most people seem happy with this.

In some places, I chose not to be compatible, because I will have to maintain the result. Two things stand out to users: firstly my insmod is just a very, very dumb "insert this file in the kernel". I believe that insmod and rmmod are low-level utils for hackers and other control freaks, and modprobe should be used by system administrators and scripts.

The second change is the configuration file: I simply refused to support the old one. I believe that configuration formats should be minimal: if you want something more, then create a template that you can run through CPP, PHP or m4, and share it with the world. Rather than 32 directives, my config language has 5. There's a simple translator. of course, written in shell.

*JA*: There was a very lengthy debate about the merits of making modules unloadable. What was the final resolution?

*Rusty Russell*: This, not the rewrite itself, seemed to be the main bone of contention on the mailing list. Our kernel isn't pageable (because that would be "a stupid idea"), but we have this ability to remove live parts of our kernel, which is a poor-man's version of the same thing! To do this properly, you need to know when you can discard modules, which means you need reference counts (lots of reference counts), and keeping reference counts isn't free.

Unfortunately. nothing is harder than removing a feature from the kernel. There are modules which (due to bugs or lack of infrastructure), need to be removed occasionally. and there is the "probe every module to see what devices are

**EXHIBIT K**

From: http://kerneltrap.org/node/view/892; Printed 6/31/2004

supported": discarding a module which failed to initialize turns out to be a very similar problem to removing a module.

In the end I settled on renaming try_inc_mod_count() to try_module_get(), making it as fast as possible and lockless, and deprecating the other module reference count methods. There are still some ugly races with failed initialization, but I simply refuse to place the burden of preventing such races on module authors. I still suggest deprecating module removal when the subject comes up though, because I'm a glutton for punishment 8)

*JA*: The 'rmmod' tool has evidently been around since prior to the 1.0 release of Linux, implying the modules have "always" been removable. Was it just not done correctly before, or has it gotten more difficult as the kernel evolves?

*Rusty Russell*: When your kernel is non-SMP, and non-preemptible, you can get away with all kinds of stuff which breaks down fast when you get more sophisticated. Parts of the problem have dawned on individual hackers separately over time, and the solutions have similarly been fragmented and partial: much of it has been an awareness issue.

*JA*: Who is pushing so hard to make modules removable?

*Rusty Russell*: There's always screaming when you try to remove an existing feature, especially as in this case where there are modules which depend on it. A few people believe that there is an "obvious" solution: I'm just not bright enough to see it. Some believe that it is practical to change every single interface in the kernel, and every module's initialization and cleanup code. It drives home to you the fact that linux-kernel is an open mailing list, but posting there doesn't make you a kernel hacker.

It's one of those classic tradeoffs: how bad do you think the problem is, will the cure be worse than the disease, and is it easier to simply amputate?

*JA*: What are some of the remaining race conditions?

*Rusty Russell*: Ignoring modules which are still using the deprecated (racy) self-controlled reference count primitives, and modules which simply have bugs, there is one major race remaining. This is in module initialization code which registers something, then fails later in its initialization and tries to undo it, eg:

```
int my_module_init(void)

      int ret;

      if (  ret = register_foo()) < 0)
            return ret;
      if ( (ret = register_bar_baz()) < 0)
            unregister_foo();
            return ret;

      return 0;
```

The "unregister_foo" line has a problem: if someone has managed to start using "foo", it either has to wait with the module half-loaded until they stop using it (which in some cases can be forever, and such reference counting isn't free), or unregister it and leave the current user still using it, where "foo" will vanish as soon as the function returns and the module memory is freed. Various atomic registration schemes have been offered which do not have this problem, but there are some modules which can't

**EXHIBIT K**

From: http://kerneltrap.org/node/view/892; Printed 6/31/2004

use them, or they involve changing every interface and every module.

In practice, I've never had a report of someone triggering this race, since most module loads don't fail, and loading is a rare event in any case. Perhaps this is a case where the perfect is the enemy of the good.

*JA*: What's left to be done?

*Rusty Russell*: There are some minor things. Inside the kernel there is the MODULE_VERSION macro people asked for at the kernel summit, and adding MODULE_ALIAS lines to various drivers which previously relied on modprobe "knowing" the aliases.

Interestingly, most of my module work now is in userspace: the distros are shipping experimental 2.6 kernels, and people are reporting bugs, compatibility issues and asking for features. They're mostly pretty minor though. It slowed down to nothing in June/July, so the pickup surprised me a bit.

*JA*: What will the MODULE_VERSION macro do?

*Rusty Russell*: Oh, that reminds me, I have to test that. Thanks.

OK, it's sent. The patch allows a module author to add a version tag to their module, which the modern modinfo can extract. This is a one-liner. But I wanted to catch the (common) case where a change has been made to a driver by someone else, and the version number not modified. So I added a step to the build where every module with a version would have a checksum of the source file contents appended. It's not *perfect, but it gives \*some\* simple protection, and driver authors can always ignore it.*

Patch can be found in my patch collection, or once it's applied, in you will be able to find it here.

*JA*: What are aliases in reference to kernel modules?

*Rusty Russell*: If you run "modprobe -c" on a 2.4 system, you'll see hundreds of lines like "alias char-major-4 serial": if someone tries to open a character device with major number 4, and there's no device registered, the kernel will try to load "char-major-4". This line tells modprobe that this is equivalent to "modprobe serial". About 130 of these are built into modprobe itself. There are lots more which aren't, but should be, see the Linux Infrared HOWTO for one example.

For the vast majority of these, the module knows what its alias should be, and so logically it should state that, rather than asking the modutils maintainer to add an entry, or the enduser.

*JA*: You've also done some per-cpu work, the infrastructure for which was merged back in 2.5.6. Can you explain more about what this does, and where you're going with it?

*Rusty Russell*: Let's say you have a counter for the number of network packets which pass through your Linux box. If you have 32 CPUS, each furiously updating the counter, it'll run really slowly. because they've fight each other to access it. If you give them one each, they won't even have to talk to each other, but you'll need to add them all up if you want to get your counter back.

This kind of trick has popped up all over the kernel, with everyone creating arrays of NR_CPUS variables. There are two problems: firstly, it's a waste of memory if NR_CPUS is 32, and you only have 2 CPUs, and secondly the CPUs actually deal in cacheline-size chunks, so each one has to be padded so the next CPU's counter is on

**EXHIBIT K**

From: http://kerneltrap.org/node/view/892; Printed 6/31/2004

a different cacheline: your 4-byte counter can need 124-bytes of padding!

All that padding adds up: if we could fit different variables (belonging to the same CPU) on a single cacheline, we'd be much better off. So I added macros which explicitly say "I want a percpu variable called foo", or "DECLARE_PER_CPU(foo)".

But the real payoff is in the future: increasingly, large machines have memory spread around the CPUs, so you want CPU 1's variables close to CPU 1, and CPU 2's variables close to CPU 2. But if they're in an array, they're right next to each other. By making the programmer say "I want this to be a per-cpu variable" explicitly, we can arrange them more cleverly without them knowing about it.

*JA*: How is this functionality currently being used?

*Rusty Russell*: Currently (2.6.0-test5) there are 68 uses, adding to about 10k of per-cpu data in my kernel. The O(1) scheduler, which uses a separate runqueue for each CPU, uses DECLARE_PER_CPU, for example.

*JA*: In 2.5.7, futexes, or 'Fast Userspace Mutexes', were merged into the kernel. How are your futexes faster than mutexes?

*Rusty Russell*: That'd be a really long answer. I mean, "here is the paper" (warning: 3MB) long. If you want a spiel on futexes, just ask: I love talking about them. There were lots of really bright people involved in tossing around ideas and implementations, too: Ingo Molnar, Paul Mackerras, Hubertus Franke, Ben LaHaise, and others I've probably just offended. I did the typing, and the all-important "futex" name.

*JA*: Is it possible to summarize the 3MB paper and roughly explain what a futex is, and its advantages over a mutex?

*Rusty Russell*: OK, a futex ("Fast Userspace Mutex") isn't a mutex at all. It was in a (much) earlier implemetation, but now it's just a waitqueue primitive accessible to userspace. FUTEX_WAKE says "wake anyone waiting on this address", and FUTEX_WAIT says "when I read ADDR, it contained VALUE: if it still contains that value when you look at it, sleep until someone calls FUTEX_WAKE on this address".

It's used as follows. Two processes (or threads) share some memory, and agree to use a part of it as a lock. 1 means unlocked, 0 means locked, < 0 means locked and someone is waiting. To grab the lock, you do an (architecture-specific) atomic decrement operation: if it hits 0, then it was 1, and you've got the lock. Otherwise you wait for a while. When you want to release the lock, you set it to 1 again. This is really fast if there's no contention on the lock: not a system call in sight.

Before futexes, the "wait a while" was usually implemented "try three times and then call yield()". The problem with yield is that it has no clear semantics: the kernel has *no* idea what you are waiting for, so it has to guess when to wake you up. In a word, "yield()" is always a hack.

With futexes, you say "this address was -1 when I finished with it, sleep on it": the kernel atomically checks the value and either puts you to sleep or returns EAGAIN, and you try again. When you release a lock, if it's 0, you can simply increment it back to 1, otherwise, you set it to 1 and call FUTEX_WAKE, because you know someone is waiting. You can read some example code here, and of course in the current glibc sources.

There are a thousand variants on this theme, but I think the Great Ingo Molnar put it

**EXHIBIT K**

From: http://kerneltrap.org/node/view/892; Printed 6/31/2004

best (and any year I help implement something Ingo likes is a good year!):

> "Futexes started out as a special, limited hack for userspace threading, but by today they have become a first-class concept: generic, user-accessible waitqueues identified by the piece of VM they are located at. Very flexible, very useful and very fast."

BTW, since last EMail, Jamie Lokier and Hugh Dickins reworked futexes heavily to help solve a problem with attaching futexes to file descriptors. It was an absolute pleasure trying to keep up with them!

*JA*: What was the problem with attaching futexes to file descriptors?

*Rusty Russell*: Ah, we used to pin a page when we were waiting on a futex, so it didn't move. That meant that you could pin one page per file descriptor, which can add up to a lot of memory.

*JA*: You mentioned that they were reworked heavily. What has been changed?

*Rusty Russell*: Hugh and Jamie came up with a way of uniquely identifying pages even if they were swapped out and came back, by rethinking some of the assumptions which I placed in the original code, and by being generally clever. Instead of matching up futexes by the "struct page" describing the page (which worked when the page was pinned), the new one uses the virtual address and context for anonymous memory, and the file offset for file-backed memory. Works beautifully, and I know I wouldn't have gotten there myself. They were polite in explaining it to me, too 8)

*JA*: In 2.5.23, your hotplug-cpu patch was also merged. How functional is this?

*Rusty Russell*: Some groundwork is there. Some core assumptions about CPUs being numbered linearly were eliminated, and cpu_online() and the CPU notifier callbacks were introduced. Linus asked me to "hotplug in" CPUs during the boot process, which I did, but he reverted part of the patch when it broke AGP for him, and it never really recovered. So hotplug CPU remains a very experimental external patch, although there are ongoing efforts to change that.

*JA*: Is the end goal exactly what it sounds like, to be able to add and remove CPUs from a computer while it is running?

*Rusty Russell*: Absolutely. This could be because you can physically remove them, because your machine is partitioned and you want to move a CPU to another partition, because a CPU might be faulty and you want to take it offline and run diagnostics, or because you want to save power or run benchmarks.

*JA*: Another of your projects is the 'Linux Kernel Trivial Patch Monkey'. What was the inspiration behind this effort?

*Rusty Russell*: A thread on lkml entitled "A modest proposal -- We need a patch penguin". It was a stupid thread with a few memorable asides, but some people claimed that trivial patches were lost in the noise. I had scripts to manage my own patch collection, and I thought that if people really had this problem, it would be a useful service to offer them to outsiders.

I'd say it's been an overall success: most early problems were caused by my unrefined definition of "trivial". There are some non-trivial patches which appeal to

## EXHIBIT K

From: http://kerneltrap.org/node/view/892; Printed 6/31/2004

me, often because the maintainer has vanished, but I try to resist them. I think I'm getting better at saying no.

*JA*: Having had this system in place for a while, can you reflect on how often patches actually get dropped due to Linus being too busy? Do you see patches suddenly get merged that were ignored for a long period of time?

*Rusty Russell*: For the Trivial Patch Monkey, I transmit them in batches to Linus every couple of weeks, so I try to ensure he's online and not flooded. Sometimes I send 30 patches and nothing goes in, but that's fairly unusual. The first transmission of any patch always goes to the maintainer(s), and if they don't NAK or say they've merged it themselves, they get CC'd on the next round(s) when it goes to Marcelo or Linus.

For my personal patches, sure, they get dropped. For trivial stuff (one-liners I find while reading the code) I send to the maintainer and cc: trivial myself so it doesn't get lost. For other stuff, I keep it in my patch collection so it won't get lost: I don't keep modified kernel trees around. This works quite well: every time a new kernel comes out my scripts figure out which ones are applied, and which no longer apply, and produces my kernel.org web page. Dropping isn't a problem if you're organized, and getting organized has other advantages.

The canonical answer to this question is still from Ingo Molnar.

*JA*: What other kernel-related work have you been involved with?

*Rusty Russell*: The obvious ones are founding Netfilter/iptables and its predecessor ipchains. I'm still involved with the Netfilter Core Team on and off: they're really great people to work with. (Did I mention they sell netfilter T-shirts? Don't delay!)

I wrote the Unreliable Guide To Kernel Hacking and the Unreliable Guide to Kernel Locking (which require updating for 2.6) which sit in the kernel sources under Documentation/DocBook/

I started the Linux Kernel Graphing Project for fun, which was given new life by Christian Reiniger (it was initially a hack for the 2.4.0 release). Expect a 2.6.0 version (if I don't get to it, I'm sure someone else will).

I wrote lots of little things here and there: an example is the compressed loopback module I wrote as a throwaway project in 1999. I found out recently that it's the basis of Knoppix, which is an incredibly impressive project. I could never have done that: is that cool or what?

*JA*: Are your many kernel contributions more focused by your employer, IBM, or personal interest?

*Rusty Russell*: Parts of each. There are TODO lists which I take parts which seem interesting, and sometimes there are bigger Linux projects which I get assigned to.

*JA*: What kernel project do you plan to turn your attention to next?

*Rusty Russell*: Not sure, to be honest. I'm working with some people inside IBM to get CPU Hotplug for the IBM P-series machines working and up to speed. I've been doing some netfilter work, too. There's some "workload management" stuff which looks really useful, but maybe I'll wander into some of the more bohemian parts of the kernel and be forced to rewrite that instead.

*JA*: How do you enjoy spending time when you're not hacking on the Linux kernel?

*Rusty Russell*: Well, some of it (never enough) is spent hacking on other Free

**EXHIBIT K**

From: http://kerneltrap.org/node/view/892; Printed 6/31/2004

Software projects! Some is spent traveling, talking at conferences, and helping out linux.conf.au: I organized the very first Australian Linux Conference, but it's become an incredibly good conference.

I spend lots of time with my wife, because that's fun. Other than reading, I don't really have a hobby: I like doing lots of things, and I try to resist the classic hacker urge to avoid things I'm bad at.

*JA*: What's the next conference you're planning to speak at?

*Rusty Russell*: It turns out I'm going to be at the Linux Kernel Conference 2003 in Japan next month. Should be lots of fun! Especially since I found out last week that Andrew Morton is going to be there too!

*JA*: What will be the focus of your talk?

*Rusty Russell*: Well, here's the synopsis:

> The in-kernel module loader was rewritten during Linux 2.5, requiring new tools and completely changing the way modules are loaded. This talk will discuss the history and some of the decisions made during this implementation, including some of the more controversial issues which caused such heat on the Linux Kernel mailing list. I shall give my view on the when to break compatibility and start afresh.

It's one part technical stuff, one part lessons learned, and one part 'a day in the life'. But I haven't actually written it yet, so maybe not.

*JA*: What's planned for the next Australian Linux Conference?

*Rusty Russell*: So far all the usual suspects have signed on: Bdale, Rasmus, Tridge, maddog, and some new faces like Keith Packard. I'm on the paper committee and this year's submissions have raised the standard once again. It's a nice casual technical conference where speakers and attendees mix freely: this ain't LinuxWorld.

The organizers, Michael Davies in particular, are doing a great job already, and I expect some new twists this year. I don't want to steal their thunder, but it's always a huge thrill for me. and the feedback from attendees is always "more more more!".

*JA*: What other Free Software projects are you involved with?

*Rusty Russell*: Not as many or as much as I'd like; I dabble in other projects. I set up the Savannah page (and importantly. the mailing list) for qemu, I created the logo for UserMode Linux and wrote the first HOWTO, I did some g++ hacking ages ago, I'm a (poor) Debian maintainer for a few packages, did some gzip patches to help rsync gzip files, wrote some TDB patches, and other stuff I took a brief interest in and have since forgotten.

You know hackers: one shiny object and they're distracted from whatever they were doing 8)

*JA*: You mentioned that reading is a hobby. What types of books do you enjoy reading?

*Rusty Russell*: Sci-Fi mainly. I read to relax, so I never made it through Goedel, Escher, Bach for example (maybe when I retire).

*JA*: Focusing back on Kernel development, when do you expect the official release of the 2.6.0 kernel?

**EXHIBIT K**

From: http://kerneltrap.org/node/view/892; Printed 6/31/2004

*Rusty Russell*: From previous releases a pattern has emerged: exactly 6 months before it's ready.

*JA*: How ready do you feel it is now?

*Rusty Russell*: Despite my previous assertion, it's surprisingly stable: some of my braver friends are running it on their laptops already. The kernel is too big to all be ready at once of course, but for 95% of users it's ready now.

*JA*: What are the more significant remaining problem areas?

*Rusty Russell*: Power management is still in flux, as is scheduler interactivity, but I can't think of any gaping problems. Of course, we won't really know until the distros start shipping kernels widely, about 3 to 6 months after the freeze.

*JA*: What do you feel are some of the most exciting new improvements in 2.6?

*Rusty Russell*: You know, I got lost in the plumbing for 2.5: to me it all seems like incremental improvements. Hopefully the code is a little cleaner, a little faster, and the new features allow us to go new places. But the kernel, almost by definition, isn't exciting: it's merely a servant to the applications. I think we broke new ground with futexes and sysfs: we're only going to see the real payoff in the next few years as apps start to catch up.

And that could be really exciting...

*JA*: What advice would you offer to those that are just beginning to get curious about how the Linux kernel works?

*Rusty Russell*: New kernel programmers are great, and the kernel has some beautiful code in it. But there are so many other cool projects out there: not just deep hacker things like gcc, qemu and valgrind, but with the flowering of KDE and GNOME, the breadth of projects has exploded too. A good programmer can make a huge difference to one of these projects, and for many of them you can still read all of the code! Noone understands all the kernel anymore.

But if the kernel is really what you're interested in, just remember there are over 6 million lines of code, and so you'd best start somewhere relatively self-contained! Other than that, I recommend kernelnewbies.org and Linux Device Drivers.

*JA*: Is there anything else you'd like to add?

*Rusty Russell*: I love that noone needs my permission to take my code and do something cool with it, and someone else can do the same with that code. I love that an "end user" is usually only a few hours work away from being an active documenter, bugreporter, web-mistress or coder in most projects.

As a result, I despise anything which artificially raises barriers to entry for programmers and users. Everything from stupid software patents, to bad user interfaces, cabalesque knowledge and crummy code.

*JA*: Thank you for all your time!