# EXHIBIT N

**Exhibit N**
**Linux header file sem.h**

1. Cross-Referencing Linux
Linux/include/linux/sem.h

[ ***source navigation*** ]
[ diff markup ]
[ identifier search ]
[ freetext search ]
[ file search ]

Version: [ 1.0.9 ] [ 1.2.13 ] [ 2.0.39 ] [ 2.2.20 ] [ 2.2.21 ] [ 2.2.22 ] [ 2.4.18 ] [ 2.4.19 ] [ ***2.4.20*** ] [ 2.4.21 ] [ 2.4.22 ] [ 2.4.26 ] [ 2.6.0 ] [ 2.6.1 ] [ 2.6.5 ]

Architecture: [ ***i386*** ] [ alpha ] [ arm ] [ ia64 ] [ m68k ] [ mips ] [ mips64 ] [ ppc ] [ s390 ] [ sh ] [ sparc ] [ sparc64 ] [ x86_64 ]

---

```
#ifndef _LINUX_SEM_H
#define _LINUX_SEM_H

#include <linux/ipc.h>

/* semop flags */
#define SEM_UNDO        0x1000  /* undo the operation on exit */

/* semctl Command Definitions. */
#define GETPID  11      /* get sempid */
#define GETVAL  12      /* get semval */
#define GETALL  13      /* get all semval's */
#define GETNCNT 14      /* get semncnt */
#define GETZCNT 15      /* get semzcnt */
#define SETVAL  16      /* set semval */
#define SETALL  17      /* set all semval's */

/* ipcs ctl cmds */
#define SEM_STAT 18
#define SEM_INFO 19

/* Obsolete, used only for backwards compatibility and libc5 compiles */
struct semid_ds {
        struct ipc_perm sem_perm;               /* permissions .. see ipc.h */
        __kernel_time_t sem_otime;              /* last semop time */
        __kernel_time_t sem_ctime;              /* last change time */
        struct sem      *sem_base;              /* ptr to first semaphore in array */
        struct sem_queue *sem_pending;          /* pending operations to be processed */
        struct sem_queue **sem_pending_last;    /* last pending operation */
```

```
        struct sem_undo *undo;              /* undo requests on this array */
        unsigned short  sem_nsems;          /* no. of semaphores in array */
};

/* Include the definition of semid64_ds */
#include <asm/sembuf.h>

/* semop system calls takes an array of these. */
struct sembuf {
        unsigned short  sem_num;        /* semaphore index in array */
        short           sem_op;         /* semaphore operation */
        short           sem_flg;        /* operation flags */
};

/* arg for semctl system calls. */
union semun {
        int val;                        /* value for SETVAL */
        struct semid_ds *buf;           /* buffer for IPC_STAT & IPC_SET */
        unsigned short *array;          /* array for GETALL & SETALL */
        struct seminfo *__buf;          /* buffer for IPC_INFO */
        void *__pad;
};

struct  seminfo {
        int semmap;
        int semmni;
        int semmns;
        int semmnu;
        int semmsl;
        int semopm;
        int semume;
        int semusz;
        int semvmx;
        int semaem;
};

#define SEMMNI  128             /* <= IPCMNI  max # of semaphore identifiers */
#define SEMMSL  250             /* <= 8 000 max num of semaphores per id */
#define SEMMNS  (SEMMNI*SEMMSL) /* <= INT_MAX max # of semaphores in system */
#define SEMOPM  32              /* <= 1 000 max num of ops per semop call */
#define SEMVMX  32767           /* <= 32767 semaphore maximum value */
#define SEMAEM  SEMVMX          /* adjust on exit max value */

```

```
/* unused */
#define SEMUME  SEMOPM          /* max num of undo entries per
process */
#define SEMMNU  SEMMNS          /* num of undo structures system wide
*/
#define SEMMAP  SEMMNS          /* # of entries in semaphore map */
#define SEMUSZ  20              /* sizeof struct sem_undo */

#ifdef __KERNEL__

/* One semaphore structure for each semaphore in the system. */
struct sem {
        int     semval;         /* current value */
        int     sempid;         /* pid of last operation */
};

/* One sem_array data structure for each set of semaphores in the
system. */
struct sem_array {
        struct kern_ipc_perm    sem_perm;       /* permissions .. see
ipc.h */
        time_t                  sem_otime;      /* last semop time */
        time_t                  sem_ctime;      /* last change time
*/
        struct sem              *sem_base;      /* ptr to first
semaphore in array */
        struct sem_queue        *sem_pending;   /* pending operations
to be processed */
        struct sem_queue        **sem_pending_last; /* last pending
operation */
        struct sem_undo         *undo;          /* undo requests on
this array */
        unsigned long           sem_nsems;      /* no. of semaphores
in array */
};

/* One queue for each sleeping process in the system. */
struct sem_queue {
        struct sem_queue *      next;   /* next entry in the queue
*/
        struct sem_queue **     prev;   /* previous entry in the
queue, *(q->prev) == q */
        struct task_struct*     sleeper; /* this process */
        struct sem_undo *       undo;   /* undo structure */
        int                     pid;    /* process id of requesting
process */
        int                     status; /* completion status of
operation */
        struct sem_array *      sma;    /* semaphore array for
operations */
        int                     id;     /* internal sem id */
        struct sembuf *         sops;   /* array of pending
operations */
```

```
        int                     nsops;  /* number of operations */
        int                     alter;  /* operation will alter semaphore */
};

/* Each task has a list of undo requests. They are executed automatically
 * when the process exits.
 */
struct sem_undo {
        struct sem_undo *       proc_next;      /* next entry on this process */
        struct sem_undo *       id_next;        /* next entry on this semaphore set */
        int                     semid;          /* semaphore set identifier */
        short *                 semadj;         /* array of adjustments, one per semaphore */
};

asmlinkage long sys_semget (key_t key, int nsems, int semflg);
asmlinkage long sys_semop (int semid, struct sembuf *sops, unsigned nsops);
asmlinkage long sys_semctl (int semid, int semnum, int cmd, union semun arg);

#endif /* __KERNEL__ */

#endif /* _LINUX_SEM_H */
```

This page was automatically generated by the LXR engine.
*Arne Georg Gleditsch and Per Kristian Gjermshus <lxr@linux.no>*

# EXHIBIT Q

**Exhibit Q**
**Linux header file msg.h**

2. Cross-Referencing Linux
Linux/include/linux/msg.h

[ ***source navigation*** ]
[ diff markup ]
[ identifier search ]
[ freetext search ]
[ file search ]

Version: [ 1.0.9 ] [ 1.2.13 ] [ 2.0.39 ] [ 2.2.20 ] [ 2.2.21 ] [ 2.2.22 ] [ 2.4.18 ] [ 2.4.19 ] [ ***2.4.20*** ] [ 2.4.21 ] [ 2.4.22 ] [ 2.4.26 ] [ 2.6.0 ] [ 2.6.1 ] [ 2.6.5 ]

Architecture: [ ***i386*** ] [ alpha ] [ arm ] [ ia64 ] [ m68k ] [ mips ] [ mips64 ] [ ppc ] [ s390 ] [ sh ] [ sparc ] [ sparc64 ] [ x86_64 ]

---

```
#ifndef __LINUX_MSG_H
#define __LINUX_MSG_H

#include <linux/ipc.h>

/* ipcs ctl commands */
#define MSG_STAT 11
#define MSG_INFO 12

/* msgrcv options */
#define MSG_NOERROR     010000  /* no error if message is too big */
#define MSG_EXCEPT      020000  /* recv any msg except of specified
type.*/

/* Obsolete, used only for backwards compatibility and libc5 compiles
*/
struct msqid_ds {
        struct ipc_perm msg_perm;
        struct msg *msg_first;          /* first message on
queue,unused  */
        struct msg *msg_last;           /* last message in
queue,unused */
        __kernel_time_t msg_stime;      /* last msgsnd time */
        __kernel_time_t msg_rtime;      /* last msgrcv time */
        __kernel_time_t msg_ctime;      /* last change time */
        unsigned long  msg_lcbytes;     /* Reuse junk fields for 32
bit */
        unsigned long  msg_lqbytes;     /* ditto */
        unsigned short msg_cbytes;      /* current number of bytes on
queue */
        unsigned short msg_qnum;        /* number of messages in
queue */
        unsigned short msg_qbytes;      /* max number of bytes on
queue */
        __kernel_ipc_pid_t msg_lspid;   /* pid of last msgsnd */
        __kernel_ipc_pid_t msg_lrpid;   /* last receive pid */
```

```
};

/* Include the definition of msqid64_ds */
#include <asm/msgbuf.h>

/* message buffer for msgsnd and msgrcv calls */
struct msgbuf {
        long mtype;         /* type of message */
        char mtext[1];      /* message text */
};

/* buffer for msgctl calls IPC_INFO, MSG_INFO */
struct msginfo {
        int msgpool;
        int msgmap;
        int msgmax;
        int msgmnb;
        int msgmni;
        int msgssz;
        int msgtql;
        unsigned short  msgseg;
};

#define MSGMNI    16   /* <= IPCMNI */     /* max # of msg queue identifiers */
#define MSGMAX  8192   /* <= INT_MAX */   /* max size of message (bytes) */
#define MSGMNB 16384   /* <= INT_MAX */   /* default max size of a message queue */

/* unused */
#define MSGPOOL (MSGMNI*MSGMNB/1024)  /* size in kilobytes of message pool */
#define MSGTQL  MSGMNB            /* number of system message headers */
#define MSGMAP  MSGMNB            /* number of entries in message map */
#define MSGSSZ  16                /* message segment size */
#define __MSGSEG ((MSGPOOL*1024)/ MSGSSZ) /* max no. of segments */
#define MSGSEG (__MSGSEG <= 0xffff ? __MSGSEG : 0xffff)

#ifdef __KERNEL__

asmlinkage long sys_msgget (key_t key, int msgflg);
asmlinkage long sys_msgsnd (int msqid, struct msgbuf *msgp, size_t msgsz, int msgflg);
asmlinkage long sys_msgrcv (int msqid, struct msgbuf *msgp, size_t msgsz, long msgtyp, int msgflg);
asmlinkage long sys_msgctl (int msqid, int cmd, struct msqid_ds *buf);

#endif /* __KERNEL__ */

```

```
#endif /* _LINUX_MSG_H */
```

[ *source navigation* ] [ diff markup ] [ identifier search ] [ freetext search ] [ file search ]

This page was automatically generated by the LXR engine.
*Arne Georg Gleditsch and Per Kristian Gjermshus <lxr@linux.no>*

# EXHIBIT T

**Exhibit T**
**Linux header file shm.h**

3. Cross-Referencing Linux
Linux/include/linux/shm.h

[ *source navigation* ]
[ diff markup ]
[ identifier search ]
[ freetext search ]
[ file search ]

Version: [ 1.0.9 ] [ 1.2.13 ] [ 2.0.39 ] [ 2.2.20 ] [ 2.2.21 ] [ 2.2.22 ] [ 2.4.18 ] [ 2.4.19 ] [ ***2.4.20*** ] [ 2.4.21 ] [ 2.4.22 ] [ 2.4.26 ] [ 2.6.0 ] [ 2.6.1 ] [ 2.6.5 ]

Architecture: [ ***i386*** ] [ alpha ] [ arm ] [ ia64 ] [ m68k ] [ mips ] [ mips64 ] [ ppc ] [ s390 ] [ sh ] [ sparc ] [ sparc64 ] [ x86_64 ]

---

```
#ifndef _LINUX_SHM_H_
#define _LINUX_SHM_H_

#include <linux/ipc.h>
#include <asm/page.h>

/*
 * SHMMAX, SHMMNI and SHMALL are upper limits are defaults which can
 * be increased by sysctl
 */

#define SHMMAX 0x2000000                 /* max shared seg size
(bytes) */
#define SHMMIN 1                         /* min shared seg size
(bytes) */
#define SHMMNI 4096                      /* max num of segs system
wide */
#define SHMALL (SHMMAX/PAGE_SIZE*(SHMMNI/16)) /* max shm system wide
(pages) */
#define SHMSEG SHMMNI                    /* max shared segs per
process */

#include <asm/shmparam.h>

/* Obsolete, used only for backwards compatibility and libc5 compiles
*/
struct shmid_ds {
        struct ipc_perm         shm_perm;       /* operation perms */
        int                     shm_segsz;      /* size of segment
(bytes) */
        __kernel_time_t         shm_atime;      /* last attach time
*/
```

```
        __kernel_time_t         shm_dtime;      /* last detach time
*/
        __kernel_time_t         shm_ctime;      /* last change time
*/
        __kernel_ipc_pid_t      shm_cpid;       /* pid of creator */
        __kernel_ipc_pid_t      shm_lpid;       /* pid of last
operator */
        unsigned short          shm_nattch;     /* no. of current
attaches */
        unsigned short          shm_unused;     /* compatibility */
        void                    *shm_unused2;   /* ditto - used by
DIPC */
        void                    *shm_unused3;   /* unused */
};

/* Include the definition of shmid64_ds and shminfo64 */
#include <asm/shmbuf.h>

/* permission flag for shmget */
#define SHM_R           0400    /* or S_IRUGO from <linux/stat.h> */
#define SHM_W           0200    /* or S_IWUGO from <linux/stat.h> */

/* mode for attach */
#define SHM_RDONLY      010000  /* read-only access */
#define SHM_RND         020000  /* round attach address to SHMLBA
boundary */
#define SHM_REMAP       040000  /* take-over region on attach */

/* super user shmctl commands */
#define SHM_LOCK        11
#define SHM_UNLOCK      12

/* ipcs ctl commands */
#define SHM_STAT        13
#define SHM_INFO        14

/* Obsolete, used only for backwards compatibility */
struct  shminfo {
        int shmmax;
        int shmmin;
        int shmmni;
        int shmseg;
        int shmall;
};

struct shm_info {
        int used_ids;
        unsigned long shm_tot;  /* total allocated shm */
        unsigned long shm_rss;  /* total resident shm */
        unsigned long shm_swp;  /* total swapped shm */
        unsigned long swap_attempts;
        unsigned long swap_successes;
};
```

```
#ifdef __KERNEL__

/* shm_mode upper byte flags */
#define SHM_DEST        01000   /* segment will be destroyed on last detach */
#define SHM_LOCKED      02000   /* segment will not be swapped */

asmlinkage long sys_shmget (key_t key, size_t size, int flag);
asmlinkage long sys_shmat (int shmid, char *shmaddr, int shmflg, unsigned long *addr);
asmlinkage long sys_shmdt (char *shmaddr);
asmlinkage long sys_shmctl (int shmid, int cmd, struct shmid_ds *buf);
extern void shm_unuse(swp_entry_t entry, struct page *page);

#endif /* __KERNEL__ */

#endif /* _LINUX_SHM_H_ */
```

---

[ *source navigation* ] [ diff markup ] [ identifier search ] [ freetext search ] [ file search ]

---

This page was automatically generated by the LXR engine.
*Arne Georg Gleditsch and Per Kristian Gjermshus <lxr@linux.no>*



# EXHIBIT Z

**EXHIBIT Z**
**SYS V init Manual Pages**

DOC HOME | SITE MAP | MAN PAGES | GNU INFO | SEARCH | PRINT BOOK

# init(1M)

---

**init, telinit -- process control initialization**

## Synopsis

**/sbin/init** [**0123456SsQqabc**]

**/sbin/telinit** [**0123456SsQqabc**]

## Description

### init

**init** is a general process spawner. Its primary role is to create processes from information stored in an *inittab* file (see inittab(4)). The default *inittab* file used is */etc/inittab*.

At any given time, the system is in one of eight possible states. A system state is a software configuration of the system under which only a selected group of processes exist. The processes spawned by **init** for each of these system states is defined in *inittab*. **init** can be in one of eight system states, and ``S'' or ``s'' (system states ``S'' and ``s'' are identical). The system state changes when a privileged user executes */sbin/init*. This user-initiated **init** sends appropriate signals to the original **init** (the one spawned by the operating system when the system was booted) designating the system state to which the latter should change.

The following are the arguments to **init**.

**0**

Shut the machine down so it is safe to remove the power. Have the machine remove power if it can.

**1**

Put the system in administrative state. All file systems are mounted. Only a small set of essential kernel processes run. This state is used for performing administrative tasks such as installing optional utilities packages. All files are accessible and no users are logged in on the system.

**2**

Put the system in multi-user state. All multi-user environment terminal processes and daemons are spawned.

**EXHIBIT Z**
**SYS V init Manual Pages**

**3**

Start the remote file sharing processes and daemons. Mount and advertise remote resources. System state **3** extends multi-user state and is also known as the networking state.

**4**

Define a configuration for an alternative multi-user environment. This state is not necessary for normal system operations: it's usually not used.

**5**

Stop the UnixWare system and enter firmware state.

**6**

Stop the UnixWare system and reboot to the state defined by the **initdefault** entry in *inittab*.

**a,b,c**

Process only those *inittab* entries for which the system state is set to **a**, **b**, or **c**. These are pseudo-states, which may be defined to run certain commands, but which do not cause the current system state to change.

**Q,q**

Re-examine *inittab*.

**S,s**

Enter single-user state. When the system changes to this state the terminal from which the **init** command was executed becomes the system console. (The terminal device is linked to */dev/syscon*.)

This is the only system state that doesn't require the existence of a properly formatted *inittab* file. If this file does not exist, then by default the only legal system state that **init** can enter is the single-user state.

The set of file systems mounted and the list of processes killed when a system enters single-user state are not always the same; which file systems are mounted and which processes are killed depends on the method used for putting the system into single-user state and the rules in force at your computer site. The following paragraphs describe single-user state in three circumstances: when the system is brought up to **s** with **init**; when the system is brought (from another state) to single-user state with **init**; and when the system is brought to single-user state with **shutdown**.

When the system is brought up to single-user state with **init**, the only file systems mounted are / (***root***), */var*, and */stand*. (Two file system types, */proc* and */dev/fd*), are also mounted.) File systems for users' files are not mounted. With the commands available on the mounted file systems, you can manipulate the file systems or transition to other system states. Only essential kernel processes are kept running.

**EXHIBIT Z**
**SYS V init Manual Pages**

When the system is brought down to single-user state with **init**, all mounted file systems remain mounted and all processes started by **init** that should be running only in multi-user state are killed. Because all login-related processes are killed, users cannot access the system while it's in this state. In addition, any process for which the *utmp* file has an entry will be killed. This last condition insures that all port monitors started by the Service Access Controller (SAC) will be killed and all services started by these port monitors, including **ttymon** login services, will be killed. (The SAC is a daemon that maintains the port monitors on a server machine in the state specified by the system administrator.) Other processes not started directly by **init** (such as **cron**) will remain running.

When you change to single-user state with **shutdown**, the system is restored to the state in which it was running when you first booted the machine and came up in single-user state, as described above.

When a UnixWare system is booted, **init** is invoked and the following occurs. First, **init** looks in *inittab* for the **initdefault** entry (see *inittab*(4)). If there is one, **init** will use the system state specified in that entry as the initial system state for the system. If there is no **initdefault** entry in *inittab*, **init** requests that the user enter a system state from the virtual system console (*/dev/syscon*).

If an **S** or **s** is entered, **init** takes the system to single-user state. When single-user state is entered, the user's current terminal becomes the virtual system console and is used from then on for interactions with **init**. Even after a reboot, **init** will try to continue to use the same virtual system console. If this device can no longer be accessed, the virtual system console will revert to the default console device, */dev/systty*. The command */sbin/su* is invoked and a message is generated on the physical console saying where the virtual console has been relocated. Use either **init** or **telinit**, to signal **init** to change the system state of the system. Note that if the shell is terminated (via an end-of-file), **init** will only re-initialize to the single-user state if the *inittab* file does not exist.

If a **0** through **6** is entered, **init** enters the corresponding system state. System states 0, 5, and 6 are reserved states for shutting the system down. System states 2, 3, and 4 are available as multi-user operating states.

If this is the first time since power up that **init** has entered a state other than single-user state, **init** first scans *inittab* for **boot** and **bootwait** entries (see *inittab*(4)). These entries are performed before any other processing of *inittab* takes place, providing that the system state entered matches that of the entry. In this way any special initialization of the operating system, such as mounting file systems, can take place before users are allowed onto the system. **init** then scans *inittab* and executes all other entries that are to be processed for that system state.

To spawn each process in *inittab*, **init** reads each entry, and for each entry that should be respawned, it forks a child process. After it has spawned all of the processes specified by *inittab*, **init** waits for one of its descendant processes to die, a powerfail signal, or a signal from another **init** or **telinit** process to change the system's state. When one of these conditions occurs, **init** re-examines *inittab*. New entries can be added to *inittab* at any time; however, **init** still waits for one of the above three conditions to occur before re-examining *inittab*. To get around this, the **init Q** (or **init q**) command wakes **init** to re-examine *inittab* immediately.

**EXHIBIT Z**
**SYS V init Manual Pages**

When **init** comes up at boot time, **ioctl** settings from */etc/ioctl.syscon* are saved internally. Whenever the system changes to the single-user state, and after the virtual console device has been established (that is, after the device from which you issued the **init s** command has been linked to */dev/syscon*), the **ioctl** settings are retrieved from */dev/syscon* and restored to */etc/ioctl.syscon*. The **ioctl** values from */etc/ioctl.syscon* are set on the virtual console device prior to a message being displayed by **init**. The **ioctl** values on the virtual console device are restored to their original values after the message is displayed.

When a system state change request is made, **init** sends the warning signal (**SIGTERM**) to all processes that are undefined in the target system state. **init** waits five seconds before forcibly terminating these processes via the kill signal (**SIGKILL**).

When **init** receives a signal telling it that a process it spawned has died, it records the fact and the reason it died in */var/adm/utmp* and */var/adm/wtmp* if it exists (see **who(1)**). A history of the processes spawned is kept in */var/adm/wtmp*.

If **init** receives a **powerfail** signal (**SIGPWR**) it scans *inittab* for special entries of the type **powerfail** and **powerwait**. These entries are invoked (if the system state permits) before any further processing takes place. In this way **init** can perform various cleanup and recording functions during the powerdown of the operating system.

### telinit

**telinit**, which is linked to */sbin/init*, is used to direct the actions of **init**. It takes a one-character argument and signals **init** to take the appropriate action.

## Files

*/etc/inittab*
default *inittab* file

*/var/adm/utmp*

*/var/adm/wtmp*

*/etc/ioctl.syscon*

*/dev/console*

## Diagnostics

If **init** finds that it is respawning an entry from the *inittab* file more than ten times in one minute, it will assume that there is an error in the command string in the entry, and generate an error message on the system console. It will then refuse to respawn this entry until either five minutes has elapsed or it receives a signal from a user-spawned **init** or **telinit**. This prevents **init** from eating up system resources when

**EXHIBIT Z**
**SYS V init Manual Pages**

someone makes a typographical error in the *inittab* file or a program is removed that is referenced in *inittab*.

When attempting to boot the system, failure of **init** to prompt for a new system state may be because the virtual system console is linked to a device other than the physical system console.

# References

**inittab**(4), **kill**(2) **login**(1), **sac**(1M), **sh**(1), **shutdown**(1M), **stty**(1), **termio**(7) **ttymon**(1M), **utmp**(4), **utmpx**(4), **who**(1)

# Notices

**init** and **telinit** can be run only by a privileged user.

The ``S'' or ``s'' state must not be used indiscriminately in the *inittab* file. A good rule to follow when modifying this file is to avoid adding this state to any line other than the **initdefault**.

If a default state is not specified in the **initdefault** entry in *inittab*, state ``6'' is entered. Consequently, the system will loop, that is, it will go to firmware and reboot continuously.

Messages generated from the kernel (for example, `Press any key to reboot ...` which is displayed as a result of entering the command **init 5**), are displayed on the default system console device.

If the *utmp* file cannot be created when booting the system, the system will boot to single-user state regardless of the state specified in the **initdefault** entry in the *inittab* file. This can happen if the */var* file system is not accessible.

In the event of a file table overflow condition. **init** uses a file descriptor associated with the *inittab* file that it retained from the last time it accessed that file. This prevents **init** from going into single user state when it cannot obtain a file descriptor to open the *inittab* file.

*© 2004 The SCO Group, Inc. All rights reserved.*
*UnixWare 7 Release 7.1.4 - 25 April 2004*