**ORIGINAL**

FILED
U.S. DISTRICT COURT
2005 JUL 28 P 3: 27
DISTRICT OF UTAH
BY _____
DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
Sean Eskovitz (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **EXHIBIT 7 TO MEMORANDUM IN SUPPORT OF SCO'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 15(a) AND 16(b)**<br>[Docket No. 323]<br><br>**(REFILED IN REDACTED FORM)**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

# EXHIBIT 7

| | |
|---|---|
| From: | CN=Bill Sandve/OU=Austin/O=IBM on behalf of Bill Sandve [CN=Bill Sandve/OU=Austin/O=IBM] |
| Sent: | Sunday, July 22, 2001 4:56 PM |
| To: | Gerry Hackett |
| Subject: | Re: *IBM Confidential: Re: AIX on IA64 |

## REDACTED

## AT IBM'S REQUEST

As for Monterey--I think it could have been used to make sure that HP would not have yet another chance to survive in spite of their confused strategy. The facts are, though, that the rest of IBM just would not support us---when the VA complier was allowed to drop support for AIX/IA64, the OS was already gone.

Regards, Bill
Director, UNIX Product Management
    IBM Austin, sandve@us.ibm.com
    phone 512-838-3250, fax 512-838-4025


        Gerry Hackett
        07/22/01 01:47 PM

                To: Bill Sandve/Austin/IBM@IBMUS
                cc:
                From: Gerry Hackett/Austin/IBM@IBMUS
                Subject: Re: *IBM Confidential: Re: AIX on IA64




Thanks - this was the answer I expected but had to ask.  It breaks my heart
that the team did so much good work & we spent so much on Monterey, but we're
throwing it away...

I am keeping the Linux stuff but adding some additional eServer responsibility,
reporting to Per.  We can't announce this until after 8/8 because of HR
nervousness about reorging just as we're announcing resource reductions.
Frankly,  this has also been up in the air literally for months, because Rod
wanted to move this stuff under me for quite some time but uncertainty about
where it would wind up in Bill's reorg forced him to hold off.  So I'll believe
this is happening after I read the MyNews announcement!  The people who will be
reporting to me don't know yet, so please don't share this with anyone.

1

CONFIDENTIAL                                                          181473066

Thanks,
Gerry

G. A. Hackett
VP, Linux Offerings
IBM Web Servers

---
IBM   11400 Burnet Road, Austin, Texas 78758   MailStation 9121
678-2210 (1-512-838-2210)         Fax 8-3917         Office 901 2B-005
gerhack@us.ibm.com


   Bill Sandve
   07/21/01 09:31 AM

      To: Gerry Hackett/Austin/IBM
      cc:
      From: Bill Sandve/Austin/IBM@IBMUS
      Subject: *IBM Confidential: Re: AIX on IA64


The net internal position: AIX/IA64 is dead. The IPMT direction to the PDT was
that it should not bring forward a plan dcp package for continued product
development in 2002. Do not encourage     to consider AIX 5L on an XSeries box
since it is not going to happen.

**REDACTED**

**AT IBM'S REQUEST**

The external position: Although Saulnier and mktg team do not want to
distribute any formal statement, even internally, here's what we've been
saying:
      We have been disappointed in the schedule slips and lack of progress
on the rollout of Itanium processors. Based on the substantial delays and the
related lack of near-term interest by many of our ISVs, the AIX/Itanium product
is on hold as we evaluate what the right level of investment and should be. The
AIX 5L for Itanium I-PRPQ remains available for evaluation use as may be
appropriate. (It is available only as-is without support, as is the VA complier
it was built with)

If pushed for additional comment>> Since the release of the IRPQ, we have
successfully revalidated the OS on the production version of the initial
Itanium processors. We are still working on closure for a suitable
production-level tools plan with Intel (ie complier) that would support the AIX
5L for Itanium product.  We expect this activity to continue throughout the
second half of this year.


on an unrelated topic: did the reorgs affect you?


Regards, Bill
Director, UNIX Product Management
    IBM Austin, sandve@us.ibm.com
    phone 512-838-3250, fax 512-838-4025


   Gerry Hackett
   07/20/2001 05:34 PM

      To: Bill Sandve/Austin/IBM@IBMUS

2

```
cc:
From: Gerry Hackett/Austin/IBM@IBMUS
Subject: AIX on IA64
```

**REDACTED AT IBM'S REQUEST**

What is the party line when customers indicate interest?

I was in a briefing for     today which focused on Linux (their primary interest) but their applications will benefit from large SMP & they stated they want the biggest n-way systems they can get (which they'll cluster). They're aware of the problems with Linux scaling over 4-way, and got very interested when an Intel speaker (I know) showed a roadmap of up to 32-way Itanium systems (where Itanium is the family, not the chip. It was not clear if these were McKinley or Deerfield). When questioned about which OS, the Intel guy said Windows and the customer said "Never!". They then said they would be interested in AIX on IA64, and repeated this a couple of times in discussions on RAS & system mgmt. They have a p640 & apparently like what they've seen with AIX.

We acknowledged AIX supports Itanium but didn't push this & the customer allowed the conversation to keep going.

Now, I'm trying to get the account team to push Regatta with AIX, but if they're convinced that won't fly, are we willing to bid AIX on IA64?

This customer is looking to replace about 330 SGI servers now (a .93TF system) and grow it to a 2TF system within a year. This is a big one.

Thanks,
Gerry

G. A. Hackett
VP, Linux Offerings
IBM Web Servers

---

IBM  11400 Burnet Road, Austin, Texas 78758  MailStation 9121
678-2210 (1-512-838-2210)     Fax 8-3917     **Office** 901 2B-005
gerhack@us.ibm.com

3

CONFIDENTIAL

181473068

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant IBM on the 28th day of July, 2005, by U.S. Mail to:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004