SNELL & WILMER, L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke Wells |

I hereby certify that on the 19th day of August, 2005, a true and correct copy of **IBM'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO SCO'S THIRD SET OF INTERROGATORIES AND THIRD REQUEST FOR PRODUCTION OF DOCUMENTS APPENDIX** was sent by U.S. Mail, postage prepaid, to the following:

>   Brent O. Hatch
>   Mark F. James
>   HATCH, JAMES & DODGE, P.C.
>   10 West Broadway, Suite 400
>   Salt Lake City, Utah 84101

>   Robert Silver
>   Edward Normand
>   Sean Eskovitz
>   BOIES, SCHILLER & FLEXNER LLP
>   333 Main Street
>   Armonk, NY 10504

>   Kevin P. McBride
>   1299 Ocean Avenue, Suite 900
>   Santa Monica, California 90401

43649.0001\SORENSA\SLC\362523