RECEIVED CLERK

SEP 0 9 2005

U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT

2005 SEP 12 P 2: 40

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

BY
DEPUTY CLERK

| | |
|---|---|
| The SCO Group, Inc., a Delaware Corporation | |
| Plaintiff | CASE NO. 2:03-CV-294 (DAK) |
| v. | Appearing on behalf of: |
| International Business Machines Corporation | Plaintiff |
| Defendant. | (Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, __Brent O. Hatch__, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: September 9, 2005

_____
(Signature of Local Counsel)    (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, __J. Matthew Donohue__, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) **X** a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates __Brent O. Hatch__ as associate local counsel.

Date: __SEPTEMBER 7__, 2005.    Check here ___ if petitioner is lead counsel.

_____
(Signature of Petitioner)

**Name of Petitioner:** J. Matthew Donohue    Office Telephone: 518-434-0600
(Area Code and **Main** Office Number)

**Business Address:** Boies Schiller & Flexner LLP
(Firm/Business Name)
10 North Pearl Street    Albany    NY    12210
Street    City    State    Zip

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| New York State Supreme Court | Albany, NY | 1/26/99 |
| United States District Court, Northern District of New York | Albany, NY | 8/31/02 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

FEE PAID

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 12th day of September, 2005.

_____
U.S. District Judge