RECEIVED CLERK

SEP 0 9 2005

U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT

2005 SEP 12 P 2: 40

BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| The SCO Group, Inc., a Delaware Corporation | * | CASE NO. 2:03-CV-294 (DAK) |
| Plaintiff | * | |
| | * | Appearing on behalf of: |
| v. | * | Plaintiff |
| International Business Machines Corporation | * | |
| | * | (Plaintiff/Defendant) |
| Defendant. | * | |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Brent O. Hatch, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: September 9, 2005       _____
                              (Signature of Local Counsel)        (Utah Bar Number)

### APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Daniel P. Filor, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) X a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates Brent O. Hatch as associate local counsel.

Date: September 7, 2005 .        Check here ___ if petitioner is lead counsel.

_____
(Signature of Petitioner)

**Name of Petitioner:** Daniel P. Filor       Office Telephone: 518-434-0600
                                              (Area Code and **Main** Office Number)

**Business Address:** Boies, Schiller & Flexner LLP
                      (Firm/Business Name)

| 10 North Pearl Street | Albany | New York | 12207 |
|---|---|---|---|
| Street | City | State | Zip |

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| New York State Supreme Court | New York, NY | 12/17/01 |
| United States District Court Southern District of New York | New York, NY | 12/02 |
| United States District Court Eastern District of New York | Brooklyn, NY | 12/02 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
|  |  |  |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION    FEE PAID

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 12th day of September, 20____.

_____
U.S. District Judge