SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

FILED
U.S. DISTRICT COURT

2005 SEP 21  P 3:51

DISTRICT OF UTAH

BY: _____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>      Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>      Defendant/Counterclaim-Plaintiff. | **STIPULATION TO ENLARGEMENT OF TIME TO RESPOND TO RENEWED MOTION TO COMPEL**<br><br>Civil No. 2:03-CV-00294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

366426.1

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the time for IBM to respond to SCO's Renewed Motion to Compel Discovery, dated September 6, 2005, as follows:

IBM's Memorandum in Opposition to SCO's Renewed Motion to Compel Discovery shall be due on September 26, 2005.

The parties submit herewith a proposed Order confirming this deadline.

DATED this 21st day of September, 2005.

                    SNELL & WILMER L.L.P.
                    Alan L. Sullivan
                    Todd M. Shaughnessy
                    Amy F. Sorenson

                    CRAVATH, SWAINE & MOORE
                    Evan R. Chesler
                    David R. Marriott

By _____

                    *Counsel for Defendant International Business Machines Corporation*

DATED this 21 day of September, 2005.

                    HATCH, JAMES & DODGE, P.C.
                    Brent O. Hatch
                    Mark F. James

By _____
      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2005, a true and correct copy of the foregoing was and was sent by U.S. Mail, postage prepaid, to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131
>
>Robert Silver
>Edward Normand
>Sean Eskovitz
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

[signature]