FILED
U.S. DISTRICT COURT

2005 SEP 23  P 4: 06

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | [PROPOSED]<br>ORDER ENLARGING TIME TO RESPOND TO RENEWED MOTION TO COMPEL<br><br>Civil No. 2:03-CV-00294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

IBM's Memorandum in Opposition to SCO's Renewed Motion to Compel Discovery shall be due on September 26, 2005.

DATED this 22nd day of September, 2005.

BY THE COURT:

_____
Honorable Dale A. Kimball
United States District Court Judge

366426.1

APPROVED AS TO FORM:

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

By _____
*Counsel for Defendant International Business Machines Corporation*

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By _____
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21ST day of September, 2005, a true and correct copy of the foregoing was and was sent by U.S. Mail, postage prepaid, to the following:

Brent O. Hatch
Mark F. James
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

Robert Silver
Edward Normand
Sean Eskovitz
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504