

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION REGARDING DISMISSAL OF COUNTERCLAIMS**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order dismissing with prejudice IBM's Eleventh Counterclaim (Patent Infringement), Twelfth Counterclaim (Patent Infringement), and Thirteenth Counterclaim (Patent Infringement) from IBM's Second Amended Counterclaims. The parties have agreed to dismiss the claims, without any admission as to the merits of the claims.

The parties submit herewith a proposed Order in conformity with the foregoing.

DATED this 6th day of October, 2005.

        SNELL & WILMER L.L.P.
        Alan L. Sullivan
        Todd M. Shaughnessy
        Amy F. Sorenson

        CRAVATH, SWAINE & MOORE
        Evan R. Chesler
        David R. Marriott

        By _____
        Counsel for Defendant International
        Business Machines Corporation

DATED this ___ day of October, 2005.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        By _____
        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2005, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

    Brent O. Hatch
    Mark F. James
    HATCH, JAMES & DODGE, P.C.
    10 West Broadway, Suite 400
    Salt Lake City, Utah 84101

    Stephen N. Zack
    Mark J. Heise
    BOIES, SCHILLER & FLEXNER LLP
    100 Southeast Second Street, Suite 2800
    Miami, Florida 33131

    Robert Silver
    Edward Normand
    BOIES, SCHILLER & FLEXNER LLP
    333 Main Street
    Armonk, NY 10504

_[signature]_
_____

43649.0001\SHAUGHT\SLC\368178