SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

FILED
U.S. DISTRICT COURT
2005 OCT 11  P 2: 04
DISTRICT OF UTAH
BY:_____
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **UNSEALED DECLARATION OF TODD M. SHAUGHNESSY IN SUPPORT OF IBM'S OPPOSITION TO SCO'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>[Docket No. 345]<br><br>Civil No. 2:03CV-0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

NOV 3 0 2004

MARKUS B. ZIMMER, CLERK
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **DECLARATION OF TODD M. SHAUGHNESSY IN SUPPORT OF IBM'S OPPOSITION TO SCO'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>**FILED UNDER SEAL**<br><br>Civil No. 2:03CV-0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

I, Todd M. Shaughnessy, declare as follows:

1.  I represent IBM in the lawsuit brought by SCO against IBM, entitled <u>The SCO Group, Inc. v. International Business Machines Corporation</u>, Civil No. 2:03CV-0294 DAK (D. Utah 2003). This declaration is submitted in support of Defendant/Counterclaim-Plaintiff IBM's Opposition to Plaintiff/Counterclaim-Defendant SCO's Motion for Leave to File a Third Amended Complaint.

2.  Attached hereto are true and correct copies of the following documents:

    (a) Exhibit 1 is the Joint Development Agreement (Number 4998CR0349) between The Santa Cruz Operation, Inc. ("Santa Cruz") and IBM, dated October 23, 1998, bates numbered SCO1184174-SCO1184230.

    (b) Exhibit 2 is a document titled "Options for Distribution and Royalty Flow - Draft 1", dated September 10, 1998, bates numbered 1710141628-1710141629.

    (c) Exhibit 3 is a presentation titled "genus: An IBM/SCO UNIX Project Marketing Plan Development", bates numbered SCO1233395- SCO1233407.

    (d) Exhibit 4 is a Santa Cruz presentation titled "DCAP and Monterey", dated November 4, 1998, bates numbered SCO1311079- SCO1311102.

    (e) Exhibit 5 is the Monterey-64 Release 1 Product Requirement Specification approved by Santa Cruz and IBM, dated February 19, 1999, bates numbered SCO1235271-SCO1235331.

    (f) Exhibit 6 is an email from Michael Orr of Santa Cruz to Tilak Agerwala of IBM, dated September 7, 1999, bates numbered 181444069-181444071.

2

(g) Exhibit 7 is a presentation titled "IBM-SCO Family Unix Technical Proposal", dated September 2, 1998, bates numbered SCO1310620-SCO1310637.

(h) Exhibit 8 is a presentation titled "Establish Monterey as the UNIX Industry Standard", bates numbered SCO1230470-SCO1230526.

(i) Exhibit 9 is a Santa Cruz presentation titled "SCO Server Roadmap and Operating System Strategy", dated February 2000, bates numbered SCO1352656-SCO1352716.

(j) Exhibit 10 is an internal Santa Cruz email from John Boland of Santa Cruz, dated August 11, 2000, bates numbered SCO1374969-SCO1374971.

(k) Exhibit 11 is a printout from the AIX 5L website, dated May 2, 2001, bates numbered SCO1231079.

(l) Exhibit 12 is a document titled "Differences Between IA-64 and PPC for 9/00 Release", bates numbered SCO1242161- SCO1242164.

(m) Exhibit 13 is an industry report published by IDC, titled "IBM Announces AIX 5L Beta - Introducing the Next Generation of AIX", dated August 2000, bates numbered SCO1294138-SCO1294142.

(n) Exhibit 14 is an article by Lucy Sherriff titled "IBM Claims AIX 5L is Proof of Monterey Concept", from The Register, dated August 8, 2000, available at http://www.theregister.co.uk/2000/08/08/ibm_claims_aix_5l/print.html.

(o) Exhibit 15 is an article by Ed Scannell titled "IBM Making Linux, Server Play", from InfoWorld, dated August 10, 2000, available at LEXIS, News Library, Computing and Technology File.

(p) Exhibit 16 is an industry report by Lee Kroon titled "IBM's AIX 5L: An Examination of a Next-Generation Unix Operating System", published by Andrews Consulting Group, Inc., dated June 2001.

(q) Exhibit 17 is an article by Peter Williams titled "Enterprise Week - Analysis: IBM Builds New AIX Power Base", from VNU NET, dated September 24, 2001, available at LEXIS, News Library, Computing and Technology File.

(r) Exhibit 18 is an IBM Software Announcement titled "IBM AIX 5L Version 5.1 Advanced UNIX Operating System with Linux Affinity Delivers the Most Powerful and Flexible Choice for e-business and Enterprise Servers", dated April 17, 2001.

(s) Exhibit 19 is an IBM product announcement titled "IBM US Announcement Supplemental Information", dated April 17, 2001.

(t) Exhibit 20 is a document published by IBM titled "AIX 5L for POWER Version 5.1 Release Notes".

(u) Exhibit 21 is a user's guide published by IBM titled "Printing for Fun and Profit under AIX 5L", dated March 2001, available at http://www.redbooks.ibm.com/abstracts/sg246018.html?Open.

(v) Exhibit 22 is excerpts from a user's guide published by IBM titled "AIX 5L Differences Guide Version 5.1 Edition", dated June 2001.

(w) Exhibit 23 is excerpts from a user's guide published by IBM titled "Problem Solving and Troubleshooting in AIX 5L", dated January 2002, available at http://www.redbooks.ibm.com/abstracts/sg245496.html?Open.

(x) Exhibit 24 is an article by Daniel Lyons titled "SCO's 'Smoking Gun' Versus IBM", from Forbes.com, dated August 4, 2004, available at http://www.forbes.com/2004/08/04/cz_dl_0804sco_print.html.

(y) Exhibit 25 is an article by Maureen O'Gara titled "Temporary Ceasefire Called Between SCO and BayStar", from Linux Business Week, dated August 30, 2004, available at http://www.linuxbusinessweek.com/story/46147_p.htm.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 30th, 2004.

Salt Lake City, Utah

_____
Todd M. Shaughnessy

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2004, a true and correct copy of the foregoing was hand delivered to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

>Robert Silver
>Edward Normand
>Sean Eskovitz
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504

Amy F. Sorenson

325865.1

6

Exhibits/ Attachments to this document have **not** been scanned.

Please see the case file.