SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, #1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

FILED
U.S. DISTRICT COURT

2005 OCT 11  P 2: 04

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **UNSEALED DECLARATION OF AMY F. SORENSON IN SUPPORT OF IBM'S MEMORANDUM IN OPPOSITION TO SCO'S "RENEWED" MOTION TO COMPEL** <br> [Docket Nos. 219 and 220] <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, #1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

RECEIVED CLERK

2004 AUG -4 P 5: 52

U.S. DISTRICT COURT
DISTRICT OF UTAH

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **DECLARATION OF AMY F. SORENSON IN SUPPORT OF IBM'S MEMORANDUM IN OPPOSITION TO SCO'S "RENEWED" MOTION TO COMPEL** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

I, Amy F. Sorenson, declare as follows:

1. I represent IBM in the lawsuit brought by SCO against IBM, entitled <u>The SCO Group, Inc. v. International Business Machines Corporation</u>, Civil No. 2:03CV-0294 DAK (D. Utah 2003). This declaration is submitted in support of Defendant/Counterclaim-Plaintiff IBM's Memorandum in Opposition to SCO's "Renewed" Motion to Compel.

2. Attached hereto are true and correct copies of the following documents:

    (a) Exhibit 1 is a letter from Peter Ligh to Mark J. Heise, dated June 16, 2004.

    (b) Exhibit 2 is a letter from Mark J. Heise to Peter Ligh, dated July 6, 2004.

    (c) Exhibit 3 is SCO's Memorandum in Support of Its Motion to Compel, dated November 4, 2003.

    (d) Exhibit 4 is SCO's First Request for Production of Documents and First Set of Interrogatories, dated June 24, 2003.

    (e) Exhibit 5 is IBM's Second Supplemental Responses and Objections to SCO's First Set of Interrogatories, dated April 19, 2004.

    (f) Exhibit 6 is a letter from Peter Ligh to Mark J. Heise, dated April 19, 2004.

    (g) Exhibit 7 is SCO's Second Set of Interrogatories and Second Request for Production for Production of Documents, dated December 4, 2003.

    (h) Exhibit 8 is a letter from Peter Ligh to Mark J. Heise, dated March 9, 2004.

       (i)      Exhibit 9 is a letter from Mark J. Heise to Peter Ligh, dated March 26, 2004.

       (j)      Exhibit 10 is a letter from Mark J. Heise to Peter Ligh, dated June 4, 2004.

       (k)      Exhibit 11 is SCO's Supplemental Answer to IBM's Interrogatory Number Ten, dated October 10, 2003.

       (l)      Exhibit 12 is a chart identifying individuals from whom SCO produced documents but did not identify in its interrogatory responses.

       (m)      Exhibit 13 is Attachments A and F from IBM's Third Supplemental Responses and Objections to SCO's First Set of Interrogatories, served on August 4, 2004.

       (n)      Exhibit 14 is a letter from Peter Ligh to Mark J. Heise, dated August 4, 2004.

3.      I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 4th, 2004.

Salt Lake City, Utah

_____
Amy F. Sorenson

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2004, a true and correct copy of the foregoing was hand delivered to the following:

>Brent O. Hatch (w/ exhibits)
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

and was sent by U.S. Mail, postage prepaid, to the following:

>Stephen N. Zack (w/o exhibits)
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

>Robert Silver (w/ exhibits)
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504

Amy F. Sorenson

309545.1

4

Exhibits/ Attachments to this document have **not** been scanned.

Please see the case file.