

FILED
U.S. DISTRICT COURT
2005 OCT 17 P 4: 59
DISTRICT OF UTAH
_____
DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION TO ENLARGEMENT OF TIME TO RESPOND TO IBM'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS ON SCO'S PRIVILEGE LOG**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

The parties, by and through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the time for SCO to respond to IBM's Motion to Compel Production of Documents on SCO's Privilege Log, dated September 26, 2005, as follows:

SCO's Memorandum in Opposition to IBM's Motion to Compel Production of Documents on SCO's Privilege Log shall be due on Friday, October 21, 2005.

The parties submit concurrently herewith a proposed Order confirming this deadline.

DATED this 17 day of October, 2005.

> HATCH, JAMES & DODGE, P.C.
> Brent O. Hatch
> Mark F. James
>
> BOIES, SCHILLER & FLEXNER LLP
> Robert Silver
> Stuart H. Singer
> Stephen N. Zack
> Edward Normand
>
> By _____
> *Counsel for Plaintiff The SCO Group, Inc.*

DATED this 17 day of October, 2005.

> SNELL & WILMER LLP
> Alan L. Sullivan
> Todd M. Shaughnessy
> Amy F. Sorenson
>
> By _____
> *Counsel for Defendant IBM*

2

**CERTIFICATE OF SERVICE**

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing Stipulation to Enlargement of Time to Respond to IBM's Motion to Compel Production of Documents on SCO's Privilege Log was sent to the following on the 17th day of October, 2005:

<ins>By U.S. Mail and Facsimile</ins>
David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004