**ORIGINAL**

FILED
U.S. DISTRICT COURT

2005 OCT 18 P 2: 50

DISTRICT OF UTAH

BY:
DEPUTY CLERK

RECEIVED CLERK

OCT 17 2005

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

THE SCO GROUP, INC.

    Plaintiff/Counterclaim-Defendant,

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

    Defendant/Counterclaim-Plaintiff.

[PROPOSED]
ORDER ENLARGING TIME TO
RESPOND TO IBM'S MOTION TO
COMPEL THE PRODUCTION OF
DOCUMENTS ON SCO'S PRIVILEGE
LOG

Case No. 2:03CV0294DAK
Honorable Dale A. Kimball
Magistrate Judge Brooke C. Wells

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

SCO's Memorandum in Opposition to IBM's Motion to Compel Production of Documents on SCO's Privilege Log shall be due on Friday, October 21, 2005.

DATED this 18th day of October, 2005.

BY THE COURT:

_____
Honorable Dale A. Kimball
United States District Court Judge

APPROVED AS TO FORM:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand

By _____

*Counsel for Plaintiff The SCO Group, Inc.*


SNELL & WILMER LLP
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

By _____

*Counsel for Defendant IBM*

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was sent to the following on the 17th day of October, 2005:

<u>By U.S. Mail and Facsimile</u>
David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004