SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

FILED
U.S. DISTRICT COURT
2005 NOV -4 P 4: 59
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **STIPULATION TO ENLARGEMENT OF TIME FOR IBM TO FILE ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM SCO'S PRIVILEGE LOG** <br><br> Civil No. 2:03CV0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the time for IBM to file its Reply Memorandum in Support of its Motion to Compel Production of Documents on SCO's Privilege Log, from November 4, 2005, to November 11, 2005.

The parties submit concurrently herewith a proposed Order confirming this deadline.

DATED this 4th day of November, 2005.

    SNELL & WILMER L.L.P.
    Alan L. Sullivan
    Todd M. Shaughnessy
    Amy F. Sorenson

    CRAVATH, SWAINE & MOORE
    Evan R. Chesler
    David R. Marriott

    By _____
    *Counsel for Defendant International Business Machines Corporation*

DATED this 4th day of November, 2005.

    HATCH, JAMES & DODGE, P.C.
    Brent O. Hatch
    Mark F. James

    By _____
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2005, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131
>
>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

Amy F. Sorenson

372085.1