Case 2:03-cv-00294-DN   Document 557   Filed 11/14/05   PageID.5873   Page 1 of 3



SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **STIPULATION TO ENLARGEMENT OF TIME FOR IBM RESPONSES**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the time for:

1. IBM to file its Memorandum in Opposition to SCO's Motion to Compel Discovery from November 14, 2005 to November 21, 2005; and

2. IBM to file its Memorandum in Opposition to SCO's Objection to the Magistrate Court's Order of October 12, 2005, from November 14, 2005 to November 21, 2005.

The parties submit concurrently herewith a proposed Order confirming these extensions.

DATED this 7th day of November, 2005.

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

By _____

*Counsel for Defendant International Business Machines Corporation*

DATED this 14th day of November, 2005.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By _____

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2005, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131
>
>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

_____
Amy F. Sorenson

373365.1