SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. | [PROPOSED] ORDER REGARDING ENLARGEMENT OF TIME |
| Plaintiff/Counterclaim-Defendant, | |
| v. | Civil No. 2:03CV0294 DAK |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Honorable Dale A. Kimball |
| | Magistrate Judge Brooke C. Wells |
| Defendant/Counterclaim-Plaintiff. | |

Based upon the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that IBM's Memorandum in Opposition to SCO's Motion to Compel Discovery and IBM's Memorandum in Opposition to SCO's Objection to the Magistrate Court's Order of October 12, 2005, currently due November 14, 2005, shall be due on November 21, 2005.

DATED this 23rd day of November, 2005.

BY THE COURT

_____
Dale A. Kimball
United States District Court

APPROVED AS TO FORM AND CONTENT:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By _____
Counsel for Plaintiff/Counterclaim-Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the __17__ day of November, 2005, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

>   Brent O. Hatch
>   Mark F. James
>   HATCH, JAMES & DODGE, P.C.
>   10 West Broadway, Suite 400
>   Salt Lake City, Utah 84101
>
>   Stephen N. Zack
>   Mark J. Heise
>   BOIES, SCHILLER & FLEXNER LLP
>   100 Southeast Second Street, Suite 2800
>   Miami, Florida 33131
>
>   Robert Silver
>   Edward Normand
>   BOIES, SCHILLER & FLEXNER LLP
>   333 Main Street
>   Armonk, NY 10504

_____
Amy F. Sorenson

373366.1