SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800



CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

THE SCO GROUP, INC.,

      Plaintiff/Counterclaim-Defendant,

v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

      Defendant/Counterclaim-Plaintiff.

**STIPULATION AND JOINT MOTION
RE REQUESTS FOR ADMISSION**

Civil No.: 2:03CV-0294 DAK

Honorable Dale A. Kimball

Magistrate Judge Brooke C. Wells

376028.1

The parties, by and through their counsel of record, hereby stipulate and jointly move the Court for entry of an order eliminating the numerical limit on requests for admission contained in the Scheduling Order entered by Magistrate Judge Nuffer on June 20, 2003.

Based on the parties' Attorneys' Planning Meeting Report, Magistrate Judge Nuffer entered a Scheduling Order on June 20, 2003, that limits the number of requests for admission by any party to any party to 25. The parties have since determined that 25 requests for admission is insufficient to address the issues in this case, and therefore respectfully request that the Court enter an order, in the form submitted herewith, eliminating the limit on the number of requests for admission.

DATED this _____ day of December, 2005.

Snell & Wilmer L.L.P.

Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott

DATED this _____ day of December, 2005.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By_____

*Counsel for Plaintiff*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the ⌇⌇ day of December, 2005, a true and correct copy

of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

    Brent O. Hatch
    Mark F. James
    HATCH, JAMES & DODGE, P.C.
    10 West Broadway, Suite 400
    Salt Lake City, Utah 84101

    Robert Silver
    Edward Normand
    BOIES, SCHILLER & FLEXNER LLP
    333 Main Street
    Armonk, New York 10504

    Stephen N. Zack
    Mark J. Heise
    BOIES, SCHILLER & FLEXNER LLP
    100 Southeast Second Street, Suite 2800
    Miami, Florida 33131

-3-