SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Peter H. Donaldson (9642)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>　　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　Defendant/Counterclaim-Plaintiff. | **[PROPOSED]<br>ORDER REGARDING THIRD PARTY SUBPOENA PRODUCTION**<br><br>Civil No. 2:03-CV-00294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

377441.2

Based on the submissions of the parties and good cause appearing,

IT IS HEREBY ORDERED that those third party accounting and auditing firms in receipt of validly served subpoenas in this matter shall produce or make available for production to IBM all documents responsive to the respective subpoenas, including those documents that may contain tax information or advice;

IT IS HEREBY FURTHER ORDERED that SCO may review for privilege the documents to be produced in response to third party subpoenas, provided that SCO does not unduly delay the production of these documents and makes all reasonable efforts to expedite any such review and to otherwise avoid delaying the production of responsive documents; and

IT IS FURTHER ORDERED that in the event SCO withholds documents from production, it must promptly provide IBM a privilege log.

DATED this 20 day of December, 2005.

BY THE COURT

*Brooke C. Wells*
United States Magistrate Judge
Brooke C. Wells

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___ day of December, 2005, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

Brent O. Hatch
Mark F. James
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

Robert Silver
Edward Normand
Sean Eskovitz
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504

_____

377441.2                                3