FILED

RECEIVED CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL**<br><br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff, The SCO Group, Inc. ("SCO"), hereby moves this Court for permission to file

an overlength Memorandum of Points and Authorities in Support of its Motion to Compel SCO

seeks to file a Memorandum of 25 pages in length exclusive of cover sheet and tables of contents

and authorities rather than the 10 pages ordinarily permitted. SCO requires the extra length for

the following reasons.  SCO's Motion addresses numerous deficiencies in Defendant

International Business Machines Corporation's ("IBM") production of discovery materials in this

litigation.  Because of IBM's failures, SCO has been forced to move to compel the production of

seven separate categories of highly relevant damages related documents, three separate

categories of other highly relevant documents and four separate categories of testimony from

corporate representatives.  It is impossible to discuss each of these fourteen separate categories

of required evidence within the ten page limit.  SCO, therefore respectfully requests permission

to file an overlength Memorandum in Support of its Motion to Compel.

DATED this 29th day of December, 2005.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand

By

*Counsel for The SCO Group, Inc.*

2

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the

foregoing Plaintiff's Motion for Leave to Overlength Memorandum in Support of its Motion to

Compel was served by mail on Defendant International Business Machines Corporation on the

29th day of December, 2005, by U.S. Mail to:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York  10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

3