ORIGINAL

FILED
U.S DISTRICT COURT

2006 JAN 27

DISTRICT OF UTAH

BY:
DEPUTY CLERK

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>     Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>     Defendant/Counterclaim-Plaintiff. | **SCO'S MOTION FOR LEAVE TO<br>TAKE CERTAIN PROSPECTIVE<br>DEPOSITIONS**<br><br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff The SCO Group,

Incorporated ("SCO"), requests the Court to grant SCO leave to take certain prospective

depositions of Intel Corporation ("Intel"), The Open Group, Incorporated ("The Open Group") and

Oracle Corporation ("Oracle").

SCO served Rule 30(b)(6) subpoenas (as well as document requests) on each of these corporations requiring them to appear for depositions scheduled for January 27, 2006. The corporations did not appear for their depositions and have not filed motions to quash or motions for protective order.

Considering the corporations' failure to produce a Rule 30(b)(6) witness on January 27, 2006 (today), SCO will file the appropriate motions to compel in the two jurisdictions from which the three subpoenas at issue were issued. In those motions, SCO intends to cite the precedent demonstrating that each of the three companies was given adequate notice and was obligated to produce a Rule 30(b)(6) witness on the noticed topics (and to produce documents in response to the requests therein) – or else should have filed a motion to quash or for protective order, which none of the three companies did.

Accordingly, SCO respectfully requests that, to the extent the district courts in the foregoing two jurisdictions grant SCO's motions to compel, this Court permit SCO then to take the Rule 30(b)(6) depositions of the foregoing three companies. If those companies were obligated to appear for deposition, but simply and improperly declined to do so, their refusal of course should not work to SCO's detriment with respect to the end of certain fact discovery on January 27, 2006. SCO proposes to inform this Court if the foregoing two jurisdictions issue such an order or orders, and thereby request the Court for leave to take the deposition or depositions at issue.

DATED this 27th day of January, 2006.

Respectfully submitted,

By:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand

*Counsel for The SCO Group, Inc.*

3

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing Motion for Leave To Take Certain Prospective Depositions was served on Defendant IBM on the 27th day of January, 2006:

By Facsimile and U.S. Mail:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

By U.S. Mail:

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

4