RECEIVED CLERK
FILED
2006 FEB -7  P 7: 29

U.S. DISTRICT COURT
DISTRICT OF UTAH

Mark A. Wagner (6353)
VAN COTT BAGLEY CORNWALL & MCCARTHY
50 South Main Street, Suite 1600
Salt Lake City, Utah  84144
Telephone:  (801) 532-3333
Facsimile:  (801) 237-0807

Anthony L. Marks (*pro hac vice* pending)
Jessica L. Everett-Garcia (*pro hac vice* pending)
PERKINS COIE BROWN & BAIN, P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012
Telephone:  (602) 351-8000
Facsimile:  (602) 648-7025

Attorneys for Nonparty Intel Corporation

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

---

| | | |
|---|---|---|
| THE SCO GROUP, INC., | : | |
| | : | **NOTICE OF ENTRY OF** |
| Plaintiff/Counterclaim-Defendant, | : | **APPEARANCE OF COUNSEL** |
| | : | |
| vs. | : | |
| | : | |
| INTERNATIONAL BUSINESS | : | |
| MACHINES CORPORATION, | : | Case No. 2:03CV0294DAK |
| | : | Honorable Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff. | : | Magistrate Judge Brooke C. Wells |

---

Notice is hereby given of the entry of the following as counsel for Nonparty Intel

Corporation in the above-entitled action.  Pursuant to Fed. R. Civ. P. 5, all further notice and

copies of pleadings, papers and other material relevant to this action should be directed to and

served upon:

Mark A. Wagner
VAN COTT BAGLEY CORNWALL & MCCARTHY
50 South Main Street, Suite 1600
Salt Lake City, Utah  84144
Telephone:  (801) 532-3333
Facsimile:  (801) 534-0058
mwagner@vancott.com

February 7, 2006                         Respectfully submitted,

By: _____
    Mark A. Wagner
    VAN COTT, BAGLEY, CORNWALL & MCCARTHY, P.C.
    50 South Main Street, Suite 1600
    Salt Lake City, Utah  84144

    Anthony L. Marks (*pro hac vice* pending)
    Jessica L. Everett-Garcia (*pro hac vice* pending)
    PERKINS COIE BROWN & BAIN P.A.
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona  85012

    *Attorneys for Nonparty Intel Corporation*

2

## CERTIFICATE OF MAILING

I hereby certify that on this 7th day of February, 2006, I caused a true and correct copy of

the foregoing document to be mailed, postage prepaid, to the following:

Peter H. Donaldson
Snell & Wilmer
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101

Robert A. Magnanini
Boies Schiller & Flexner
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

Michael P. O'Brien
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101

Stanley J. Preston
Snow Christensen & Martineau
10 Exchange Place, 11th Floor
Post Office Box 45000
Salt Lake City, Utah  84145-5000

Maralyn M. Reger
Snow Christensen & Martineau
10 Exchange Place, 11th Floor
Post Office Box 45000
Salt Lake City, Utah  84145-5000

Todd Shaughnessy
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah  84101-1004

Amy F. Sorenson
Snell & Wilmer
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101

Andrew H. Stone
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101

Alan L. Sullivan
Snell & Wilmer
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101

Nathan E. Wheatley
Snell & Wilmer
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101

Evan R. Chesler
Cravath Swaine & Moore
825 Eighth Avenue
New York, New York  10019

Mark R. Clements
Hatch James & Dodge
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Brent O. Hatch
Mark F. James
HATCH JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Mark J. Heise
Boies Schiller & Flexner
100 SE 2nd Street, Suite 2800
Miami, Florida  33131

David Marriott
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019

Kevin P. McBride
1299 Ocean Avenue, Suite 900
Santa Monica, California  90401

David W. Scofield
Peters Scofield Price
340 Broadway Centre
111 East Broadway
Salt Lake City, Utah  84111

Stuart H. Singer
BOIES SCHILLER & FLEXNER
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, Florida  33301

Stephen N. Zack
BOIES SCHILLER & FLEXNER
Bank of America Tower -- Suite 2800
100 Southeast Second Street
Miami, Florida  33131

Robert Silver
Edward Normand
BOIES SCHILLER & FLEXNER
333 Main Street
Armonk, New York  10504

J. Matthew Donohue
Daniel P. Filor
Boies Schiller & Flexner
10 North Pearl Street
Albany, New York  12210

Frederick S. Frei
Andrews Kurth
1701 Pennsylvania Avenue NW, Suite 300
Washington, DC  20006

Scott E. Gant
Boies Schiller & Flexner
5301 Wisconsin Avenue NW
Washington, DC  20015

David S. Stone
Boies Schiller & Flexner
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

Donald J. Rosenber
1133 Westchester Avenue
White Plains, New York  10604

607:330605v1

6