FILED
CLERK, U.S. DISTRICT COURT

2006 FEB -8  A 10: 06

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

RECEIVED CLERK

FEB 0 7 2006

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| The SCO Group, Inc. <br> Plaintiff | CASE NO. 2:03CV0294 DAK <br><br> Appearing on behalf of: <br><br> Intel Corporation <br> X~~Plaintiff/Defendant~~X  (subpoenaed party) |
| v. | |
| International Business Machines <br> Defendant. | |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, __Mark A. Wagner__, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: __February 7__, 20_06_.  ___/s/ Mark A. Wagner___  __6353__
(Signature of Local Counsel)   (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, __Jessica L. Everett-Garcia__, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) __X__ a non-resident of the State of Utah or, (ii) ____ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates __Mark A. Wagner__ as associate local counsel.

Date:  __February 6,__ 20 _06_.     Check here _____ if petitioner is lead counsel.

___/s/ Jessica L. Everett-Garcia___
(Signature of Petitioner)

**Name of Petitioner:** __Jessica L. Everett-Garcia__   Office Telephone: __602-351-8000__
(Area Code and **Main** Office Number)

**Business Address:** __Perkins Coie Brown & Bain PA__
(Firm/Business Name)

__2901 N. Central Avenue,   Phoenix        AZ      85012__
Street                                City              State      Zip

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| United States District Court | District of Arizona | 10-1997 |
| Supreme Court of Arizona (and all other Arizona Courts) | | 10-1997 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

FEE PAID

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 8th day of February, 2006.

_____
U.S. District Judge

RECEIVED CLERK
FEB 0 7 2006
U.S. DISTRICT COURT

FILED
CLERK, U.S. DISTRICT COURT
2006 FEB -8 A 10: 06
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| The SCO Group, Inc.<br>Plaintiff<br><br>v.<br><br>International Business Machines Corp. Defendant. | CASE NO. 2:03CV0294 DAK District of Utah<br><br>Appearing on behalf of:<br><br>Intel Corporation<br>(Plaintiff/Defendant) (subpoenaed party) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, __Mark A. Wagner__, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: __February 7__, 20__06__. _____/s/ Mark A. Wagner_____ __6353__
(Signature of Local Counsel)     (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, __Anthony L. Marks__, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) __x__ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates __Mark A. Wagner__ as associate local counsel.

Date: __February 6__, 20 __06__.     Check here __✓__ if petitioner is lead counsel.

_____/s/ Anthony L. Marks_____
(Signature of Petitioner)

**Name of Petitioner:** __Anthony L. Marks__  Office Telephone: __602-351-8000__
(Area Code and Main Office Number)

**Business Address:** __Perkins Coie Brown & Bain P.A.__
(Firm/Business Name)

__2901 North Central Avenue, Phoenix, Arizona 85012__
Street                                City              State       Zip

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Federal Courts: | | |
| United States District Court for the District of Arizona | | 11/17/1988 |
| United States Court of Appeals for the Ninth Circuit | | 11/30/1988 |
| United States Court of Appeals for the Seventh Circuit | | 6/8/1990 |
| United States District Court for the Northern District of California | | 3/4/1991 |
| United States Court of Appeals for the Federal Circuit | | 8/17/1992 |
| United States Supreme Court | | 6/10/1994 |
| United States District Court for the Southern District of Illinois | | 9/3/2002 |

(If additional space is needed, attach separate sheet.)

See attached sheet for state courts.

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

FEE PAID

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 8th day of February, 2006.

_____
U.S. District Judge

BAR ADMISSION HISTORY (cont'd):

State Courts:

| | |
|---|---|
| Supreme Court of Arizona (and all other Arizona courts) | 10/21/1988 |
| Supreme Court of Colorado (inactive) | 6/24/1991 |