# EXHIBIT 3
# (Remains Under Seal)

# EXHIBIT 4
# (Remains Under Seal)

# EXHIBIT 5
# (Remains Under Seal)

# EXHIBIT 6
# (Remains Under Seal)

# EXHIBIT 7
# (Remains Under Seal)

# EXHIBIT 8
# (Remains Under Seal)

# EXHIBIT 9
# (Remains Under Seal)

# EXHIBIT 10
# (Remains Under Seal)

# EXHIBIT 11
# (Remains Under Seal)

# EXHIBIT 12
# (Remains Under Seal)

# EXHIBIT 13
## (Remains Under Seal)

# EXHIBIT 14
# (Remains Under Seal)

# EXHIBIT 15
# (Remains Under Seal)

# EXHIBIT 16
# (Remains Under Seal)

# EXHIBIT 17
## (Remains Under Seal)