# EXHIBIT 20
# (Remains Under Seal)

# EXHIBIT 21
# (Remains Under Seal)