# EXHIBIT 24
# (Remains Under Seal)

# EXHIBIT 25
# (Remains Under Seal)

# EXHIBIT 26
# (Remains Under Seal)

# EXHIBIT 27
# (Remains Under Seal)

# EXHIBIT 28
# (Remains Under Seal)

# EXHIBIT 29
# (Remains Under Seal)