# EXHIBIT 32
# (Remains Under Seal)

# EXHIBIT 33
# (Remains Under Seal)