# EXHIBIT 34

# Vinson&Elkins

# Facsimile

Christopher V. Popov cpopov@velaw.com
Tel 512.542.8636 Fax 512.236.3337

| From: | Date: |
|---|---|
| Christopher V. Popov | November 22, 2005 |

| Regarding: | Number of Pages: | Hard Copy Follows: |
|---|---|---|
| | 3 | No |

| To: | Fax: | Phone: |
|---|---|---|
| **Mr. Edward J. Normand** | 914.749.8300 | |
| **Todd Shaughnessy** | 801.257.1800 | |

Message:

Confidentiality Notice: The information contained in this FAX may be confidential and/or privileged. This FAX is intended to be reviewed initially by only the individual named above. If the reader of this TRANSMITTAL PAGE is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this FAX or the information contained herein is prohibited. If you have received this FAX in error, please immediately notify the sender by telephone and return this FAX to the sender at the address below. Thank you.

Vinson & Elkins LLP Attorneys at Law Austin Beijing Dallas Dubai    2801 Via Fortuna, Suite 100, Austin, TX 78746-7568
Houston London Moscow New York Shanghai Tokyo Washington    Tel 512.542.8400 Fax 512.542.8612 www.velaw.com

# Vinson&Elkins

Christopher V. Popov cpopov@velaw.com
Tel 512.542.8636  Fax 512.236.3337

November 22, 2005

***VIA FACSIMILE & CERTIFIED MAIL***

Mr. Edward J. Normand
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, New York 10504

Re:   *SCO Group, Inc. v. International Business Machines Corp.*, Case No. 03-CV-0294,
      In the United States District Court in the District of Utah

Dear Ted:

I am writing with regard to the subpoena *duces tecum* that SCO Group served on Dell in the above-referenced lawsuit. We have learned that some responsive documents may be subject to a confidentiality agreement among the entities identified in Exhibit A of your subpoena. Dell is prepared to produce responsive documents, provided that the other entities identified in Exhibit A agree that producing responsive documents will not violate any confidentiality agreements among the those entities.

You mentioned that you have been in contact with other third-parties identified in Exhibit A regarding similar subpoenas that you served on them. Given that you have subpoenaed each of these third parties and presumably have had contact with their respective counsel, we ask that you obtain written agreements from the other third parties that producing responsive documents subject to the Stipulated Protective Order in this case will not violate any confidentiality agreements among the relevant entities. Once the third parties are in agreement on this issue, Dell will produce any responsive documents in its possession.

Please call me if you have any questions about this request. It is not our intent to burden you; rather, this seems like the most efficient way to address potential disputes over the third parties' confidentiality agreements, which could ultimately frustrate your attempts to obtain the relevant documents from all third parties. As I mentioned, Dell is prepared to respond to this subpoena provided that the other interested parties have no objections.

Vinson & Elkins LLP Attorneys at Law  Austin Beijing Dallas Dubai       2801 Via Fortuna, Suite 100, Austin, TX 78746-7568
Houston London Moscow New York Shanghai Tokyo Washington                Tel 512.542.8400  Fax 512.542.8612  www.velaw.com

V&E                                                              November 22, 2005  Page 2

Sincerely,

Christopher V. Popov

copy:  Todd Shaughnessy

651137_1.DOC