

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION OF THE PARTIES REGARDING REQUESTS FOR ADMISSION**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the time for the parties to respond to recently served Requests for Admission as follows:

1. IBM shall have an extension of time, to and including March 23, 2006, within with to respond to SCO's Second Set of Requests for Admission, served by SCO on January 20, 2006.

2. SCO shall have an extension of time, to and including March 23, 2006, within which to respond to IBM's Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Tenth Requests for Admission, served by IBM on January 20, 2006.

3. SCO shall have an extension of time, to and including March 23, 2006, within which to respond to IBM's Second Requests for Admission, served by IBM on January 20, 2006, with the exception of Request Nos. 106 to 118. SCO's responses to Requests Nos. 106 to 118 shall be due no later than February 27, 2006.

4. IBM shall have until March 10, 2006, to serve any final Requests for Admission.

5. In addition to the foregoing, the parties continue to attempt to resolve certain objections regarding the Requests for Admission. If the parties are unable to reach agreement on such objections, however, they anticipate that motions relating to the Requests for Admissions may be filed.

The parties submit concurrently herewith a proposed Order confirming these deadlines attached as Exhibit A.

DATED this 17th day of February, 2006.

> SNELL & WILMER L.L.P.
> Alan L. Sullivan
> Todd M. Shaughnessy
> Amy F. Sorenson
>
> CRAVATH, SWAINE & MOORE
> Evan R. Chesler
> David R. Marriott
>
> By _____
> *Counsel for Defendant International*
> *Business Machines Corporation*

DATED this 17th day of February, 2006.

> HATCH, JAMES & DODGE, P.C.
> Brent O. Hatch
> Mark F. James
>
> By _____
> *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February, 2006, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

    Brent O. Hatch
    Mark F. James
    HATCH, JAMES & DODGE, P.C.
    10 West Broadway, Suite 400
    Salt Lake City, Utah 84101

    Stephen N. Zack
    Mark J. Heise
    BOIES, SCHILLER & FLEXNER LLP
    100 Southeast Second Street, Suite 2800
    Miami, Florida 33131

    Robert Silver
    Edward Normand
    BOIES, SCHILLER & FLEXNER LLP
    333 Main Street
    Armonk, NY 10504

    Amy F. Sorenson

384738.1

**EXHIBIT A**

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>　　　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　Defendant/Counterclaim-Plaintiff. | **[PROPOSED]**<br>**ORDER RE REQUESTS FOR**<br>**ADMISSION**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. IBM shall have an extension of time, to and including March 23, 2006, within with to respond to SCO's Second Set of Requests for Admission, served by SCO on January 20, 2006.

2. SCO shall have an extension of time, to and including March 23, 2006, within which to respond to IBM's Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Tenth Requests for Admission, served by IBM on January 20, 2006.

3. SCO shall have an extension of time, to and including March 23, 2006, within which to respond to IBM's Second Requests for Admission, served by IBM on January 20, 2006, with the exception of Request Nos. 106 to 118. SCO's responses to Requests Nos. 106 to 118 shall be due no later than February 27, 2006.

4. IBM shall have until March 10, 2006, to serve any final Requests for Admission.

DATED this ___ day of February, 2006.

BY THE COURT


_____
U.S. District Court Judge

APPROVED AS TO FORM AND CONTENT:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

By _/s/ Brent O. Hatch_____
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2006, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

Brent O. Hatch
Mark F. James
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

Robert Silver
Edward Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504

Amy F. Sorenson