SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Nathan E. Wheatley (9454)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., | **NOTICE OF ISSUANCE OF SUBPOENAS** |
| Plaintiff/Counterclaim-Defendant, | |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Civil No. 2:03-CV-00294 DAK |
| | Honorable Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff. | Magistrate Judge Brooke C. Wells |

# TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

387028.1

Please take notice that Defendant/Counterclaimant International Business Machines Corporation has issued subpoenas to the following third party witnesses:  (a) Kimble Jenkins, (b) Opinder Bawa, (c) Larry Goldfarb, (d) Scott Lemon, and (e) Drew Spencer.

True and correct copies of the subpoenas are attached hereto as Exhibits "A" through "E."

DATED this __9th_  day of March, 2006.

SNELL & WILMER L.L.P.


_/s/Nathan E. Wheatley_____
Alan L. Sullivan
Todd M. Shaughnessy
Nathan E. Wheatley

Of Counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Jennifer M. Daniels
Alec S. Berman
1133 Westchester Avenue
White Plains, New York  10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the _9__th day of March, 2006, a true and correct copy of the foregoing was sent to the following:

### <u>VIA HAND DELIVERY</u>

Brent O. Hatch
Mark F. James
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

### <u>VIA U.S. MAIL, POSTAGE PREPAID</u>

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

Robert Silver
Edward Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

_____/s/Nathan E. Wheatley_____
Nathan E. Wheatley