SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

```
                    FILED
              U.S. DISTRICT COURT

              2006 MAR 13  P 12: 42

                DISTRICT OF UTAH

              BY:_____
                   DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER**<br><br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

378938.2

On December 20, 2005, Defendant/Counterclaim-Plaintiff International Business Machines Corporation's ("IBM's") Motion to Compel Production of Documents from SCO's Privilege Log (Docket No. 514) and Plaintiff/Counterclaim-Defendant The SCO Group, Inc.'s ("SCO") New Renewed Motion to Compel Discovery (Docket No. 537) came on for hearing before this Court. Ted Normand and Brent Hatch appeared for SCO. David Marriott and Todd Shaughnessy appeared for IBM. Based upon the memoranda, exhibits, and the arguments of counsel, and good cause appearing, the Court hereby orders as follows:

### A. IBM's Motion to Compel Production of Documents from SCO's Privilege Log (Docket No. 514):

With regard to IBM's Motion to Compel the Production of Documents from SCO's Privilege Log, the Court finds as follows:

1. In the Novell to Santa Cruz transaction, Novell did not transfer to Santa Cruz the entirety of Novell's business;

2. In the Santa Cruz to Caldera transaction, Santa Cruz did not transfer to Caldera the entirety of Santa Cruz's business;

3. The declaration of Mr. Broderick is insufficient, by itself, to establish continuity of the business, and Mr. Broderick's declaration is contrary to statements made by him during his deposition;

4. SCO has not carried its burden of showing a sufficient continuity of the business; and

5. Any attorney-client privilege or work product protection that may have existed with respect to the documents on SCO's privilege log that were identified by IBM as part

378938.2

2

of its motion, was waived in connection with either or both the Novell to Santa Cruz and Santa Cruz to Caldera transactions.

Accordingly, it is HEREBY ORDERED that IBM's motion is granted. SCO shall produce to IBM the documents at issue no later than January 6, 2006.

**B.** **SCO's New Renewed Motion to Compel (Docket No. 537):**

With regard to SCO's New Renewed Motion Compel, Docket No. 537, the Court finds as follows:

1. IBM has acted in good faith in terms of its reasonable search for documents as they relate to Mr. Palmisano and Mr. Wladawsky-Berger; and

2. The Court's March 3, 2004, Order Regarding SCO's Motion to Compel Discovery and IBM's Motion to Compel Discovery should have explicitly indicated that IBM undertake a reasonable search for responsive documents from the files of Paul Horn and Nick Bowen;

Accordingly, SCO's motion is granted in part and denied in part, as follows:

IT IS HEREBY ORDERED that IBM provide declarations from Paul Horn and Nick Bowen regarding the nature of the search that has been conducted with respect to the documents in their files, and that such declarations be filed no later than January 6, 2006;

IT IS FURTHER ORDERED that SCO may take the depositions of Messrs. Horn and Bowen on this topic, and such depositions shall not count against the 50 depositions SCO is permitted under the Court's prior orders; and

IT IS FURTHER ORDERED that except as set forth above, SCO's New Renewed Motion to Compel is DENIED.

DATED this _10_ day of March, 2006.

BY THE COURT

_/s/ Brooke C. Wells_
U.S. Magistrate Judge
Brooke C. Wells

APPROVED AS TO FORM AND CONTENT:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James


By  /s/ Brent O. Hatch
*Counsel for Plaintiff/Counterclaim-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2006, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

Brent O. Hatch
Mark F. James
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

Robert Silver
Edward Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504


By __/s/ Todd M. Shaughnessy__