SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

FILED
U.S. DISTRICT COURT

2006 MAR 13  P 12: 42

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION TO SEAL CONFIDENTIAL DOCUMENTS** <br><br> Civil No. 2:03CV0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

385741.1

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order sealing Exhibits 1 and 2 of Attachment A to the subpoena attached as Exhibit A to the Notice of Subpoena Duces Tecum re Houlihan Valuation Advisors, filed by International Business Machines Corporation ("IBM") on February 22, 2006 (Docket No. 631).

DATED this 9th day of March, 2006.

>SNELL & WILMER L.L.P.
>Alan L. Sullivan
>Todd M. Shaughnessy
>Amy F. Sorenson
>
>CRAVATH, SWAINE & MOORE
>Evan R. Chesler
>David R. Marriott
>
>
>By___/s/ Todd M. Shaughnessy___
>*Counsel for Defendant International Business Machines Corporation*

DATED this 27th day of February, 2006.

>HATCH, JAMES & DODGE, P.C.
>Brent O. Hatch
>Mark F. James
>
>
>By___/s/ Brent O. Hatch___
>*Counsel for Plaintiff*