SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Nathan E. Wheatley (9454)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
  International Business Machines Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC. <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **ORDER RE DISCOVERY** <br><br><br> Civil No. 2:03CV0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

388635.1

Based upon the Stipulation re Discovery filed by the parties, and good cause appearing,

IT IS HEREBY ORDERED that the Court's Scheduling Order, dated July 1, 2005, shall remain in force and effect, except that certain deadlines shall be modified as follows:

| | |
|---|---|
| Initial Expert Reports | May 12, 2006 |
| Opposing Expert Reports | June 9, 2006 |
| Rebuttal Expert Reports | July 7, 2006 |
| Dispositive Motions | August 4, 2006 |

DATED this ___ day of March, 2006.

BY THE COURT

_____
U.S. Magistrate Judge
Brooke C. Wells

APPROVED AS TO FORM AND CONTENT:

BOIES, SCHILLER & FLEXNER LLP
Stuart H. Singer

By___/s/ Stuart H. Singer_____
*Counsel for Plaintiff/Counterclaim-Defendant*
*(e-filed with authorization of counsel)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2006, a true and correct copy of the foregoing was sent by email to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, UT 84101
>bhatch@hjdlaw.com
>mjames@hjdlaw.com
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, FL 33131
>szack@bsfllp.com
>mheise@bsfllp.com

and by U.S. Mail, postage prepaid, on March 20, 2006 to:

>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

/s/ Nathan E. Wheatley