### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **ORDER RE DISCOVERY**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Based upon the Parties' Stipulation Re Discovery, and for good cause appearing,

IT IS HEREBY ORDERED that the Court's Scheduling Order, dated July 1, 2005, shall remain in force and effect, except that these deadlines shall be modified as follows:

| | |
|---|---|
| Initial Expert Reports | May 12, 2006 |
| Opposing Expert Reports | June 9, 2006 |
| Rebuttal Expert Reports | July 7, 2006 |
| Dispositive Motions | August 4, 2006 |

DATED this 20th day of March, 2006.

BY THE COURT

_____
Brooke C. Wells
United States Magistrate Judge