SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
  International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION RE BRIEFING** <br><br> Civil No. 2:03CV0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

388925.1

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order extending the deadline for IBM to file its Reply Memorandum in Further Support of Motion to Limit SCO's Claims Relating to Allegedly Misused Material. IBM's reply memorandum will be filed and served on or before April 4, 2006. The parties submit herewith a proposed form of order confirming this deadline.

DATED this 21st day of March, 2006.

        SNELL & WILMER L.L.P.
        Alan L. Sullivan
        Todd M. Shaughnessy
        Amy F. Sorenson

        CRAVATH, SWAINE & MOORE
        Evan R. Chesler
        David R. Marriott

        By__/s/ Todd M. Shaughnessy_____
          *Counsel for Defendant International*
          *Business Machines Corporation*

DATED this 21st day of March, 2006.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER
        Edward Normand

        By___/s/ Edward Normand_____
          *Counsel for Plaintiff*
        *(e-filed with permission from counsel)*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2006, a true and correct copy of the foregoing was and was sent by U.S. Mail, postage prepaid, to the following:

    Brent O. Hatch
    Mark F. James
    HATCH, JAMES & DODGE, P.C.
    10 West Broadway, Suite 400
    Salt Lake City, Utah 84101

    Stephen N. Zack
    Mark J. Heise
    BOIES, SCHILLER & FLEXNER LLP
    100 Southeast Second Street, Suite 2800
    Miami, Florida 33131

    Robert Silver
    Edward Normand
    BOIES, SCHILLER & FLEXNER LLP
    333 Main Street
    Armonk, NY 10504

                                    /s/ Todd M. Shaughnessy

SHAUGHT\SLC\334698