

**Perkins Coie Brown & Bain**

FILED
U.S DISTRICT COURT

2006 APR -4 P 3: 07

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8000
FAX: 602.648.7000
www.perkinscoie.com

Anthony L. Marks
PHONE. (602) 351-8325
FAX. (602) 648-7025
EMAIL: amarks@perkinscoie.com

March 30, 2006

The SCO Group, Inc. v. International Business Machines Corporation
Case No. 2:03CV0294 DAK

Dear Ms. King:

Please be advised that Intel's involvement as a third party in the above-referenced matter is complete and it is no longer necessary to include Intel's counsel, Mark Wagner, or me, Anthony Marks, in the service of documents. Accordingly, please remove Intel's attorneys from the service list. Thank you.

Very truly yours,

Anthony L. Marks

Ms. Bonnie King
   Office of the Clerk of Court
      United States District Court
         350 South Main Street, Room 150
            Salt Lake City, Utah 84101-2180

ALM/lst

Copy to:

Mark A. Wagner, Esq.
   Van Cott, Bagley, Cornwall & McCarthy
      50 South Main Street
         Salt Lake City, Utah  84144

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · HONG KONG · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates (Perkins Coie Brown & Bain P.A. in Arizona)