# Exhibit E
# to Rebuttal Declaration of Randall Davis

# Filed Under Seal
# 4/28/06