Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone:  (914) 749-8200
Facsimile:   (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　Defendant/Counterclaim-Plaintiff. | **SCO'S MOTION TO STRIKE PORTIONS OF THE REBUTTAL DECLARATION OF RANDALL DAVIS OR FOR LEAVE TO RESPOND TO THE REBUTTAL DECLARATION**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff, The SCO Group, Inc. ("SCO"), respectfully moves the Court for an order Striking Portions of the Rebuttal Declaration of Randall Davis or for leave to file a response to the Rebuttal Declaration, regarding the motion of Defendant, IBM, to limit SCO's claims relating to misused material.

On April 14, 2006, this Court allowed IBM to submit a supplemental declaration from Randall Davis in response to the Declaration of Marc Rochkind. The Court stated that the supplemental declaration should respond only to the Rochkind Declaration, and counsel for IBM confirmed. IBM now has submitted a supplemental, 22-page Davis declaration (much longer than the original Davis declaration and Rochkind Declaration combined) and included <u>numerous</u> new points not addressed in the Rochkind Declaration. These inappropriate arguments, which are identified in the accompanying supporting Memorandum, should be struck and disregarded, or else SCO should be permitted to respond to them.

DATED this 4th day of May, 2006.

    Respectfully submitted,

    HATCH, JAMES & DODGE, P.C.
    Brent O. Hatch
    Mark F. James

    BOIES, SCHILLER & FLEXNER LLP
    Robert Silver
    Stuart H. Singer
    Stephen N. Zack
    Edward Normand

    By   /s/ Brent O. Hatch_____
    *Counsel for The SCO Group, Inc.*

2

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc., hereby certifies that on this 4th day of May, 2006, a true and correct copy of the foregoing memorandum was served on Defendant, IBM by serving its counsel of record through the CM/ECG system or otherwise by U.S. mail, on the 4th day of May, 2006, to:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Jennifer M. Daniels, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004


_____/s/ Brent O. Hatch_____