Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone:  (914) 749-8200
Facsimile:   (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>   Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>   Defendant/Counterclaim-Plaintiff. | **SCO'S MOTION FOR IN CAMERA REVIEW OF ALLEGEDLY PRIVILEGED DOCUMENTS**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

SCO respectfully moves this Court to compel IBM to produce in camera three documents

that IBM has withdrawn based on a claim of inadvertent disclosure of attorney-client privileged

material.  IBM sought to withdraw the documents from their production, on the grounds of

alleged attorney-client privilege, after counsel for SCO had reviewed the documents as part of its

document review and, with respect to certain documents, sought to use the documents in the

course of depositions.  Accordingly, counsel for SCO has had occasion to review the documents

at issue.  On the basis of that review and of counsel's recognizance of the documents when

compiling them for purposes of destroying them in response to IBM's assertion of attorney-client

privilege and in reviewing the transcripts of depositions, SCO respectfully submits that the

documents are not privileged and should be produced.

This Motion is Supported by an accompany Memorandum.

DATED this 5th day of May, 2006.

Respectfully submitted,


HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand


By____/s/  Mark F. James___
*Counsel for The SCO Group, Inc.*

**<u>Certificate of Service</u>**

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the

foregoing Motion to Compel Production of Allegedly Privileged Documents was served on IBM

by first-class mail on the 5th day of May, 2006:

> David Marriott, Esq.
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, New York 10019
>
> Jennifer M. Daniels, Esq.
> 1133 Westchester Avenue
> White Plains, New York 10604
>
> Todd Shaughnessy, Esq.
> Snell & Wilmer LLP
> 1200 Gateway Tower West
> 15 West South Temple
> Salt Lake City, Utah 84101-1004

_____