# Exhibit A

## Ted Normand

**From:** Ted Normand
**Sent:** Monday, February 06, 2006 9:56 AM
**To:** 'Shaughnessy, Todd'
**Cc:** 'Glembrich@cravath.com'
**Subject:** Documents IBM Has Recalled as Privileged

Todd -

Further to our discussion last week on this issue, as one preliminary matter, I am told that IBM has not produced a privilege log containing any of the documents identified in Greg Lembrich's January 13 letter to me regarding the several documents that IBM is recalling as privileged from its production to SCO. Although I do not believe that in challenging IBM's assertion of privilege SCO can rely only on privilege log entries for any documents that SCO had already reviewed prior to IBM's claim of privilege, I understood you to say that you believe SCO is so constrained. If that remains your position, then please provide SCO with a privilege log identifying those documents in the January 13 letter. Regards,

Ted

5/4/2006