# Exhibit B

## Ted Normand

**From:** Shaughnessy, Todd [tshaughnessy@swlaw.com]
**Sent:** Saturday, February 11, 2006 10:11 PM
**To:** Ted Normand
**Cc:** Sorenson, Amy
**Subject:** RE: Pending Issues

Ted,

To briefly recap the items discussed yesterday (using your list):

**REDACTED**

**REDACTED**

13. Privilege Logs. I told you that IBM is in the process of updating its privilege log to account for productions since the last log was prepared. I also requested that SCO update its privilege log, and am assuming that SCO is likewise in the process of doing so.

5/4/2006

**REDACTED**

Let me know if you think there are other issues we should plan to discuss.  Regards,

Ted