# Exhibit D

## Rebecca Borowitz

**From:** Ted Normand
**Sent:** Wednesday, March 08, 2006 9:20 AM
**To:** 'Shaughnessy, Todd'
**Cc:** Sorenson, Amy
**Subject:** RE: Certain Document-Production Issues

### REDACTED

**From:** Shaughnessy, Todd [mailto:tshaughnessy@swlaw.com]
**Sent:** Monday, February 27, 2006 8:45 PM
**To:** Ted Normand
**Cc:** Sorenson, Amy
**Subject:** RE: Certain Document-Production Issues

### REDACTED

With respect to the fourth bullet point, and as we discussed, IBM is preparing an updated privilege log. We hope to have that completed by next week. As we also discussed, I am assuming that SCO is likewise updating its privilege log and will promptly provide it to us.

### REDACTED

If you have questions about the foregoing, please let me know. Thanks.

Todd

Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
801.257.1937 (direct)
801.257.1900 (general)
801.257.1800 (fax)

This message and any attachments to it may contain privileged and confidential attorney client information and/or attorney work product. Please do not forward or distribute to anyone else.

**From:** Ted Normand [mailto:TNormand@BSFLLP.com]
**Sent:** Friday, February 17, 2006 12:31 PM

5/3/2006

**To:** Shaughnessy, Todd
**Cc:** Sorenson, Amy
**Subject:** Certain Document-Production Issues

Todd --

Further to our discussion yesterday, I note below certain SCO inquiries re IBM document production that I believe are outstanding. I attach the relevant correspondence for your convenience.

## REDACTED

- My inquiries to you last week (on February 6, for example) regarding a privilege log containing the documents identified in the text of Greg Lembrich's January 13 letter to me regarding the several documents that IBM is recalling as privileged.

## REDACTED

Please let me know IBM's views on the foregoing at your earliest convenience. Regards,

Ted

5/3/2006