# Exhibit E

## Rebecca Borowitz

**From:** Ted Normand
**Sent:** Wednesday, March 08, 2006 9:34 AM
**To:** 'Shaughnessy, Todd'
**Subject:** Privilege Log for Documents Re-Claimed as Privileged

Todd --

Although we talked about a few things last night, I wanted to send this note to confirm that IBM is making an effort this week to send us a privilege log for (at least) the documents identified in the text of the mid-January letter to me regarding documents that IBM had claimed as privilege in depositions and otherwise in the previous months.  As I have said before in requesting such a log, if IBM adheres to its position that SCO could not even file a motion to compel such documents on any basis other than the information about such documents provided in a privilege log, then IBM should produce such a privilege log.  Regards,

Ted

5/3/2006