# Exhibit F

## Ted Normand

**From:**      Shaughnessy, Todd [tshaughnessy@swlaw.com]

**Sent:**      Wednesday, March 08, 2006 9:11 PM

**To:**        Ted Normand

**Subject:** RE: Privilege Log for Documents Re-Claimed as Privileged

Ted,
I believe (though I'm not positive) that the plan is to get you a fully-updated privilege log by the end of the week.

When can we expect SCO's updated log?

Todd

Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101
801.257.1937 (direct)
801.257.1900 (general)
801.257.1800 (fax)

This message and any attachments to it may contain privileged and confidential attorney client information and/or attorney work product. Please do not forward or distribute to anyone else.

---

**From:** Ted Normand [mailto:TNormand@BSFLLP.com]
**Sent:** Wednesday, March 08, 2006 7:34 AM
**To:** Shaughnessy, Todd
**Subject:** Privilege Log for Documents Re-Claimed as Privileged

Todd --

Although we talked about a few things last night, I wanted to send this note
to confirm that IBM is making an effort this week to send us a privilege log
for (at least) the documents identified in the text of the mid-January letter
to me regarding documents that IBM had claimed as privilege in depositions and
otherwise in the previous months.  As I have said before in requesting such a
log, if IBM adheres to its position that SCO could not even file a motion to
compel such documents on any basis other than the information about such
documents provided in a privilege log, then IBM should produce such a
privilege log.  Regards,

Ted

5/4/2006