# Exhibit I

**Rebecca Borowitz**

**From:** Ted Normand
**Sent:** Monday, March 27, 2006 10:39 AM
**To:** 'Shaughnessy, Todd'
**Subject:** Privilege Log

Todd --

I understood from our discussions the week before last that as of that time, IBM had prepared its updated privilege log but that IBM had been unable to produce it due to certain technical problems. Please let me know if those technical problems have been solved and if IBM plans to produce the log this week. SCO has completed its updated privilege log and will produce it today. Regards,

Ted