# Exhibit J

## Ted Normand

**From:** Shaughnessy, Todd [tshaughnessy@swlaw.com]
**Sent:** Monday, March 27, 2006 5:31 PM
**To:** Ted Normand
**Subject:** RE: Privilege Log

Ted,
I'm told you should have it on Wednesday.

Todd

Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101
801.257.1937 (direct)
801.257.1900 (general)
801.257.1800 (fax)

This message and any attachments to it may contain privileged and confidential attorney client information and/or attorney work product. Please do not forward or distribute to anyone else.

**From:** Ted Normand [mailto:TNormand@BSFLLP.com]
**Sent:** Monday, March 27, 2006 8:39 AM
**To:** Shaughnessy, Todd
**Subject:** Privilege Log

Todd --

I understood from our discussions the week before last that as of that time, IBM had prepared its updated privilege log but that IBM had been unable to produce it due to certain technical problems. Please let me know if those technical problems have been solved and if IBM plans to produce the log this week. SCO has completed its updated privilege log and will produce it today.
 Regards,

Ted

5/4/2006