# Exhibit M

# Ted Normand

| | |
|---|---|
| **From:** | Shaughnessy, Todd [tshaughnessy@swlaw.com] |
| **Sent:** | Thursday, May 04, 2006 9:16 PM |
| **To:** | Ted Normand |
| **Cc:** | Drake, Curtis |
| **Subject:** | Priv Docs |

Ted,
We will send you tomorrow morning a log for the privileged docs you have asked about. I'm traveling tomorrow, but are you available on Monday to talk to Curt and me about outstanding SCO discovery issues?  Thanks.

Todd
----------------------------
Snell & Wilmer
801.257.1937
801.257.1800 (fax)
This message and any attachments to it contains privileged and confidential attorney client information and/or attorney work product.  Please do not forward or distribute to anyone else.

1