# Exhibit N

**From:** Gregory Lembrich [mailto:GLembrich@cravath.com]
**Sent:** Friday, May 05, 2006 1:44 PM
**To:** Ted Normand
**Cc:** tshaughnessy@swlaw.com
**Subject:** Privileged Documents

Ted,

    Todd Shaughnessy asked me to forward to you the attached list of entries from our privilege log regarding documents about which you have specifically inquired. Also attached is a chart that will enable you to cross reference the entries to the documents mentioned in my January 13 letter and your April 17 email. Please let Todd or I know if you have any questions.

Greg T. Lembrich
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1462
fax: (212)474-3700

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

# SCO v. IBM
## Privilege Log

| No. | Bates Range | Date | Document Type | Author(s) | Addressee(s) | Copyee(s) | Priv Claim | Priv Description | Source |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 181028448-181028450 | 04/05/01 | Email String | Helene Armitage | Sharon Dobbs, Esq. | | AC | Redaction of Confidential Email Providing Legal Advice from Sharon Dobbs, Esq. Concerning AIX 5L Announcement. | Files of Sharon Dobbs, Esq. |
| 2 | 1917161565-1917161566 | 01/29/01 | Email String | Robert Acosta | Marilyn Payne | Rose Ann Roth<br>Warren Washington<br>David Hall | AC | Redaction of Confidential Email Requesting Legal Advice from Sharon Dobbs, Esq. Concerning AIX 5.1 for IA-64 Proposal. | Files of David Hall |
| 3 | 1917161567-1917161590 | 04/22/99 | Presentation | Daniel Frye | | | AC | Redaction of Confidential Presentation Concerning Legal Advice from Amy Fliegelman-Olli, Esq. Regarding Open Source Software Review. | Files of Daniel Frye |
| 4 | | 11/15/02 | Email String | EJ Limvere | Patrick Barrett<br>Walt Madden | | AC | Confidential Email Providing Summary Requested by Counsel for Review by Walt Madden, Esq. | Files of EJ Limvere |
| 5 | 1710195319-1710195324 | 06/22/00 | Email String | Mike Huftel | Craig Schneider | EJ Limvere<br>Lee Reese | AC | Redaction of Confidential Email Requesting Information for Paul Vinels, Esq. Concerning Legal Advice Regarding AS/400 PASE Project. | Files of EJ Limvere |
| 6 | | 10/23/98 | Memorandum | | | | AC | Confidential Memorandum Concerning Joint Development Agreement, Prepared by Sharon Dobbs, Esq., and Reflecting the Opinions, Impressions and Advice of Counsel. | Files of Sharon Dobbs, Esq. |
| 7 | | 10/25/00 | Email String | David Bullis | Norma Maldonado<br>Sharon Dobbs, Esq. | Ron Saint Pierre<br>Kim Tran | AC | Confidential Email Forwarding Information to Counsel Concerning Legal Advice Regarding Santa Cruz / IBM JDA. | Files of David Bullis |
| 8 | | 10/31/03 | Email | Martin Bligh | Ronald Clark | Marilyn Payne<br>Sharon Dobbs, Esq. | AC/ WP | Email String Reflecting the Request of Counsel for Assistance in Connection with Litigation and Forwarding and/or Reflecting Requested Information. | Files of Martin Bligh |
| 9 | 1912034393-1912034438 | 09/14/99 | Memorandum | Steve Burbeck<br>Peter Capek<br>James Casler<br>Amy Fliegelman-Olli, Esq.<br>Pierre Fricke<br>Daniel Frye<br>Garret Long<br>David Pullin | | | AC | Redaction of Portion of Confidential Memorandum Reflecting the Opinions, Impressions and Advice of Counsel. | Files of Daniel Frye |

# SCO v. IBM
## Privilege Log

| No. | Bates Range | Date | Document Type | Author(s) | Addressee(s) | Copyee(s) | Priv Claim | Priv Description | Source |
|---|---|---|---|---|---|---|---|---|---|
| 10 | | 04/19/96 | Email | Craig Schneider | Mary Kokes | | AC | Confidential Email Forwarding Information Requested by IBM Legal Department Concerning IBM/Novell Licensing Agreements. | Files of Teri Hunt |
| 11 | | 03/21/95 | Memorandum | John Bissell | | | AC | Confidential Memorandum Prepared at the Direction of and Reflecting Opinions of Mark Walker, Esq., Regarding Compliance with Legal Requirements for Source Code Management. | Files of David Kleikamp |
| 12 | | 02/15/96<br>03/13/96 | Memorandum | Yogesh Shah | | | AC | Confidential Memorandum Prepared at the Direction of and Reflecting Opinions of Mark Walker, Esq., Regarding Compliance with Legal Requirements for Source Code Management. | Files of David Kleikamp |
| 13 | | 08/06/03 | Email String | Matthew Dobson | Bruce Jones | | AC/ WP | Email String Reflecting the Request of Craig Cook, Esq. and Sharon Dobbs, Esq. for Assistance in Connection with Litigation and Forwarding and/or Reflecting Requested Information. | Files of Matthew Dobson |
| 14 | | 08/06/03 | Email String | Matthew Dobson | Bruce Jones | | AC/ WP | Email String Reflecting the Request of Craig Cook, Esq. and Sharon Dobbs, Esq. for Assistance in Connection with Litigation and Forwarding and/or Reflecting Requested Information. | Files of Matthew Dobson |
| 15 | | 08/06/03 | Email String | Bruce Jones | Greg Kroah-Hartman<br>Martin Bligh<br>Gerrit Huizenga | | AC/ WP | Email String Reflecting the Request of Craig Cook, Esq. and Sharon Dobbs, Esq. for Assistance in Connection with Litigation and Forwarding and/or Reflecting Requested Information. | Files of Martin Bligh |
| 16 | | 08/06/03 | Email String | Martin Bligh | Michael Hohnbaum<br>Sonya Johnson | | AC/ WP | Email String Reflecting the Request of Craig Cook, Esq. and Sharon Dobbs, Esq. for Assistance in Connection with Litigation and Forwarding and/or Reflecting Requested Information. | Files of Martin Bligh |
| 17 | | 08/06/03 | Email String | Martin Bligh | Michael Hohnbaum<br>Sonya Johnson | | AC/ WP | Email String Reflecting the Request of Craig Cook, Esq. and Sharon Dobbs, Esq. for Assistance in Connection with Litigation and Forwarding and/or Reflecting Requested Information. | Files of Martin Bligh |
| 18 | | 08/07/03 | Email String | Martin Bligh | Gerrit Huizenga | | AC/ WP | Email String Reflecting the Request of Craig Cook, Esq. and Sharon Dobbs, Esq. for Assistance in Connection with Litigation and Forwarding and/or Reflecting Requested Information. | Files of Martin Bligh |

# SCO v. IBM
## Privilege Log

| No. | Bates Range | Date | Document Type | Author(s) | Addressee(s) | Copyee(s) | Priv Claim | Priv Description | Source |
|---|---|---|---|---|---|---|---|---|---|
| 19 | | 08/07/03 | Email | Bill Irwin | Gerrit Huizenga | Bruce Jones | AC/ WP | Email String Reflecting the Request of Craig Cook, Esq. and Sharon Dobbs, Esq. for Assistance in Connection with Litigation and Forwarding and/or Reflecting Requested Information. | Files of Martin Bligh |
| 20 | | 08/08/03 | Email String | Martin Bligh | Stephanie Glass | Sonya Johnson | AC/ WP | Email String Reflecting the Request of Craig Cook, Esq. and Sharon Dobbs, Esq. for Assistance in Connection with Litigation and Forwarding and/or Reflecting Requested Information. | Files of Martin Bligh |
| 21 | | 08/08/03 | Email | Martin Bligh | Sonya Johnson | Michael Hohnbaum | AC/ WP | Email String Reflecting the Request of Craig Cook, Esq. and Sharon Dobbs, Esq. for Assistance in Connection with Litigation and Forwarding and/or Reflecting Requested Information. | Files of Martin Bligh |
| 22 | | 04/11/00 | Memorandum | | | | AC | Confidential Memorandum Concerning Joint Development Agreement, Prepared by Sharon Dobbs, Esq., and Reflecting the Opinions, Impressions and Advice of Counsel. | Files of Sharon Dobbs, Esq. |
| 23 | | Undated | Memorandum | | | | AC/ WP | Confidential Memorandum Concerning Joint Development Agreement, Prepared by Sharon Dobbs, Esq., and Reflecting the Opinions, Impressions and Advice of Counsel | Files of David Bullis |
| 24 | | 04/10/00 | Memorandum | | | | AC/ WP | Confidential Memorandum Concerning Joint Development Agreement, Prepared by Sharon Dobbs, Esq., and Reflecting the Opinions, Impressions and Advice of Counsel. | Files of David Bullis |
| 25 | | 10/23/98 | Memorandum | | | | AC | Confidential Memorandum Concerning Joint Development Agreement, Prepared by Sharon Dobbs, Esq., and Reflecting the Opinions, Impressions and Advice of Counsel. | Files of Ron Smith |
| 26 | | 10/23/98 | Memorandum | | | | AC | Confidential Memoranda Concerning Joint Development Agreement, Prepared by Sharon Dobbs, Esq., and Reflecting the Opinions, Impressions and Advice of Counsel. | Files of David Bullis |

# SCO v. IBM
## Privilege Log

| No. | Bates Range | Date | Document Type | Author(s) | Addressee(s) | Copyee(s) | Priv Claim | Priv Description | Source |
|---|---|---|---|---|---|---|---|---|---|
| 27 | | 10/23/98 | Memorandum | | | | AC | Confidential Memoranda Concerning Joint Development Agreement, Prepared by Sharon Dobbs, Esq., and Reflecting the Opinions, Impressions and Advice of Counsel. | Files of Paul Felts |
| 28 | | 06/06/00 | Memorandum | David Hall | Sharon Dobbs, Esq. | | AC | Confidential Memorandum Forwarded to Sharon Dobbs, Esq. Seeking Legal Opinion Regarding the Joint Development Agreement. | Files of David Hall |

**Privileged Documents Listed in E. Normand's 4/17/06 Email**

| Entry No. | Recalled Range | Reproduced Range |
|---|---|---|
| 1 | N/A | 181028449-450 |
| 2 | 181014955-956 | 1917161565-566 |
| 3 | 181010706-729 | 1917161567-590 |
| 7 | 1710069294-295 | Wholly Privileged |
| 11 | 1710253133-141 | Wholly Privileged |
| 12 | 1710253142-159 | Wholly Privileged |
| 22 | 1710091731-737 | Wholly Privileged |

**Documents Recalled in G. Lembrich's 1/13/06 Letter**

| Entry No. | Recalled Bates Range | Reproduced Bates Range |
|---|---|---|
| 24 | 1710069304-311 | Wholly Privileged |
| 25 | 1710056341-347 | Wholly Privileged |
| 10 | 1710140965-966 | Wholly Privileged |
| 15 | 1710173092-094 | Wholly Privileged |
| 15 | 1710173095-096 | Wholly Privileged |
| 11 | 1710253160-169 | Wholly Privileged |
| 12 | 1710253170-187 | Wholly Privileged |
| 26 | 181033159-65 | Wholly Privileged |
| 23 | 181034107-08 | Wholly Privileged |
| 26 | 181034112-18 | Wholly Privileged |
| 6 | 181072081-87 | Wholly Privileged |
| 17 | 181539127-30 | Wholly Privileged |
| 18 | 181539166-67 | Wholly Privileged |
| 14 | 181582255-56 | Wholly Privileged |
| 13 | 181582257-59 | Wholly Privileged |
| 8 | 181591157-59 | Wholly Privileged |
| N/A | 181681118 | Recall Withdrawn |
| 15 | 1911485735-36 | Wholly Privileged |
| 15 | 1911488232-34 | Wholly Privileged |
| 15 | 1911488238-40 | Wholly Privileged |
| 16 | 1911488243-46 | Wholly Privileged |
| 19 | 1911488310-11 | Wholly Privileged |
| 21 | 1911488346 | Wholly Privileged |
| 20 | 1911488350-51 | Wholly Privileged |
| 9 | 181010813-58 | 1912034393-438 |
| 22 | 1710091731-37 | Wholly Privileged |
| 4 | 181733053-58 | Wholly Privileged |
| 11 | 1710253133-41 | Wholly Privileged |
| 12 | 1710253142-59 | Wholly Privileged |
| 26 | 181033761-69 | Wholly Privileged |
| 27 | 1710181873-80 | Wholly Privileged |
| 5 | 1710182012-17 | 1710195319-324 |
| 28 | 181014345-46 | Wholly Privileged |