Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION REGARDING CERTAIN SCHEDULING DEADLINES**<br><br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

The parties, by and through their counsel of record, hereby stipulate and agree as follows with respect to the deadlines set forth in the Court's Order dated March 20, 2006, and certain other deadlines set forth in the Court's Scheduling Order dated July 1, 2005 (all other deadlines in the July 2005 Order shall remain in force and effect):

| | |
|---|---|
| Initial Expert Reports | May 19, 2006 |
| Opposing Expert Reports | June 16, 2006 |
| Rebuttal Expert Reports | July 14, 2006 |
| Final Deadline for Expert Discovery | July 24, 2006 |
| Dispositive Motions | August 4, 2006 |
| Oppositions to Dispositive Motions | September 8, 2006 |
| Reply Briefs on Dispositive Motions | October 6, 2006 |

DATED this 11th day of May, 2006.

SNELL & WILMER L.L.P.

/s/ Todd M. Shaughnessy
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorensen

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott

*Counsel for IBM*

DATED this 11th day of May, 2006.

                                   HATCH, JAMES & DODGE, P.C.

                                   /s/ Brent O. Hatch
                                   Brent O. Hatch
                                   Mark F. James

                                   BOIES, SCHILLER & FLEXNER LLP
                                   Robert Silver
                                   Stuart H. Singer
                                   Stephen N. Zack
                                   Edward Normand

                                   *Counsel for The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing fully executed Stipulation Regarding Certain Discovery Deadlines was served on Defendant, IBM, on the 11th day of May, 2006:

By CM/ECF:

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

By U.S. Mail:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

/s/ Mark Richards