Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | [Proposed] **ORDER GRANTING STIPULATION REGARDING CERTAIN SCHEDULING DEADLINES**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

The stipulation of the parties having been considered and with good cause appearing therefore:

IT IS HEREBY ORDERED that the scheduling deadlines set forth in the Court's Order dated March 20, 2006, and certain other deadlines set forth in the Court's Scheduling Order dated July 1, 2005 are extended as follows:

| | |
|---|---|
| Initial Expert Reports | May 19, 2006 |
| Opposing Expert Reports | June 16, 2006 |
| Rebuttal Expert Reports | July 14, 2006 |
| Final Deadline for Expert Discovery | July 24, 2006 |
| Dispositive Motions | August 4, 2006 |
| Oppositions to Dispositive Motions | September 8, 2006 |
| Reply Briefs on Dispositive Motions | October 6, 2006 |

All other deadlines in the July 2005 Order shall remain in force and effect.

DATED this _____ day of May, 2006.

_____
MAGISTRATE JUDGE BROOKE C. WELLS

Approved as to form:

/s/ Todd M. Shaughnessy
Todd M. Shaughnessy
*Attorney for International Business Machines Corporation*