SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
  International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Defendant/Counterclaim-Plaintiff. | **STIPULATION FOR ENLARGEMENT OF TIME**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the time for IBM to file its Memorandum in Opposition to SCO's Motion for In Camera Review of Allegedly Privileged Documents from May 23, 2006, to May 30, 2006.

The parties submit concurrently herewith a proposed Order confirming this extension.

DATED this 23rd day of May, 2006.

                                              Snell & Wilmer L.L.P.

                                              /s/Amy F. Sorenson
                                              Alan L. Sullivan
                                              Todd M. Shaughnessy
                                              Amy F. Sorenson

                                              CRAVATH, SWAINE & MOORE LLP
                                              Evan R. Chesler
                                              David R. Marriott

DATED this 23rd day of May, 2006.

                                              HATCH, JAMES & DODGE, P.C.
                                              Brent O. Hatch
                                              Mark F. James

                                              By:  /s/Brent O. Hatch
                                                  *Counsel for Plaintiff*
                                            *(signed by Filing Attorney with permission of Plaintiff's Attorney)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2006, a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following:

> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101
>
> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131
>
> Robert Silver
> Edward Normand
> BOIES, SCHILLER & FLEXNER LLP
> 333 Main Street
> Armonk, NY 10504

/s/Amy F. Sorenson