Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:  (305) 539-1307

*Attorneys for The SCO Group, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE**<br><br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of each of the following: (1) Expert Witness Report of Christine A. Botosan, CA, Ph.D. (two reports IBM's AIX Related Revenue and IBM's Accounting for Linus); (2) Report of Dr. Thomas A. Cargill on the Infringement of the Unix System V Release 4 Operating System by

the Linux Operating System; (3) Expert Report of Dr. Evan Ivie; (4) Valuation of Lost Asset by Avner Kalay, PhD; (5) Expert Report of Dr. Jeffrey Leitzinger; (6) Expert Report of Gary Pisano, Ph.D; and (7) An Analysis of Certain Technological Issues by Marc J. Rochkind, was served on Defendant, IBM on the 19th day of May, 2006, by U.S. mail to:

>David Marriott, Esq.
>Cravath, Swaine & Moore LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, New York 10019

And

>Todd Shaughnessy, Esq.
>Snell & Wilmer LLP
>1200 Gateway Tower West
>15 West South Temple
>Salt Lake City, Utah 84101-1004

DATED this 24th day of May, 2006.

>BOIES, SCHILLER & FLEXNER LLP
>HATCH, JAMES & DODGE, PC
>
>By: /s/ Edward Normand
>
>*Attorneys for The SCO Group, Inc.*