# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | ORDER GRANTING ENLARGEMENT OF TIME<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that IBM's Memorandum in Opposition to SCO's Motion for In Camera Review of Allegedly Privileged Documents, currently due May 30, 2006, shall be due on June 6, 2006.

DATED this 31st day of May, 2006.

BY THE COURT

Brooke C. Wells
United States District Court