| | |
|---|---|
| Brent O. Hatch (5715) | Robert Silver (admitted pro hac vice) |
| Mark F. James (5295) | Edward Normand (admitted pro hac vice) |
| HATCH, JAMES & DODGE | BOIES, SCHILLER & FLEXNER LLP |
| 10 West Broadway, Suite 400 | 333 Main Street |
| Salt Lake City, Utah  84101 | Armonk, New York 10504 |
| Telephone: (801) 363-6363 | Telephone: (914) 749-8200 |
| Facsimile:  (801) 363-6666 | Facsimile:  (914) 749-8300 |
| | |
| Stuart H. Singer (admitted pro hac vice) | Stephen N. Zack (admitted pro hac vice) |
| BOIES, SCHILLER & FLEXNER LLP | BOIES, SCHILLER & FLEXNER LLP |
| 401 East Las Olas Boulevard – Suite 1200 | Bank of America Tower – Suite 2800 |
| Ft. Lauderdale, Florida 33301 | 100 Southeast Second Street |
| Telephone:  (954) 356-0011 | Miami, Florida  33131 |
| Facsimile:   (954) 356-0022 | Telephone:  (305) 539-8400 |
| | Facsimile:   (305) 539-1307 |

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC. | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| Plaintiff/Counterclaim-Defendant, | |
| v. | Case No. 2:03CV0294DAK |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Honorable Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff. | Magistrate Judge Brooke C. Wells |

2

Having reviewed the Motion to Withdraw as Counsel and good cause appearing therefore,

IT IS HEREBY ORDERED that J. Matthew Donohue of Boies, Schiller & Flexner LLP is granted leave to withdraw as counsel of record for The SCO Group, Inc. in the above-entitled matter.

SO ORDERED this ____ day of _____, 2006.

_____
HONORABLE DALE A. KIMBALL

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of May, 2006, I caused to be served a true and correct copy of the foregoing by CM/ECF to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101

　　　　　　　　　　　　　　　　　　　　　　　__/s/ Brent O. Hatch_____