SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION OF THE PARTIES REGARDING REQUESTS FOR ADMISSION**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

394417.2

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the time for the parties to respond to pending Requests for Admission. Specifically, the parties agree that they shall have an extension of time, to and including August 4, 2006, within which to respond to all outstanding Requests for Admission. The parties submit concurrently herewith a proposed Order confirming this deadline.

DATED this 31st day of May, 2006.

        SNELL & WILMER L.L.P.
        Alan L. Sullivan
        Todd M. Shaughnessy
        Amy F. Sorenson

        CRAVATH, SWAINE & MOORE
        Evan R. Chesler
        David R. Marriott

        By   /s/ Todd M. Shaughnessy
          *Counsel for Defendant International*
          *Business Machines Corporation*

DATED this 31st day of May, 2006.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER LLP
        Edward Normand

        By   /s/ Edward Normand
          *Counsel for Plaintiff*
        *(e-filed with authorization from counsel)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2006, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131
>
>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

　　　　　　　　　　　　　　　　　　　　　　/s/ Todd M. Shaughnessy