# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **ORDER RE REQUESTS FOR ADMISSION**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing,

    IT IS HEREBY ORDERED that the parties shall have an extension of time, to and including August 4, 2006, within which to respond to all outstanding Requests for Admission.

    DATED this 2nd day of June, 2006.

BY THE COURT

_____
Brooke C. Wells
Magistrate Judge

394420.2