SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
  International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION RE AMENDMENT TO SCHEDULING ORDER**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

400390.1

The parties, by and through their counsel of record, upon IBM's request to modify the current schedule, hereby stipulate and agree as follows:

1. The Court's Scheduling Order, dated July 1, 2005, shall remain in full force and effect, except that the deadlines below shall be modified as follows:

| | |
|---|---|
| SCO and IBM Opposing Expert Reports | July 17, 2006 |
| SCO and IBM Rebuttal Expert Reports | August 28, 2006 |
| Expert Discovery Cutoff | September 22, 2006 |
| Summary Judgment Motions | September 25, 2006 |
| Opposition to Summary Judgment Motions | October 25, 2006 |
| Reply Memoranda | November 24, 2006 |

2. The parties further agree that, on or before August 28, 2006, they will work in good faith to establish a schedule for expert depositions.

DATED this 8th day of June, 2006.

Snell & Wilmer L.L.P.

/s/ Amy F. Sorenson
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott

DATED this 8th day of June, 2006.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

/s/ Brent O. Hatch
*Counsel for Plaintiff*
*(signed by Filing Attorney with permission of Plaintiff's Attorney)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2006, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

and by U.S. Mail, postage pre-paid to:

>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

/s/ Amy F. Sorenson