SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
  International Business Machines Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **[PROPOSED] AMENDMENT TO SCHEDULING ORDER**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

400391.1

Based upon the stipulation of the parties, and good cause appearing,

1.    The Court's Scheduling Order, dated July 1, 2005, shall remain in full force and effect, except that the deadlines below are modified as follows:

| | |
|---|---|
| SCO and IBM Opposing Expert Reports | July 17, 2006 |
| SCO and IBM Rebuttal Expert Reports | August 28, 2006 |
| Expert Discovery Cutoff | September 22, 2006 |
| Summary Judgment Motions | September 25, 2006 |
| Opposition to Summary Judgment Motions | October 25, 2006 |
| Reply Memoranda | November 24, 2006 |

2.    The parties further agree that, on or before August 28, 2006, they will work in good faith to establish a schedule for expert depositions.

DATED this ___ day of _____, 2006.

BY THE COURT

_____
Brooke C. Wells
Magistrate Judge

APPROVED AS TO FORM:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Edward Normand


___/s/ Brent O. Hatch_____
Counsel for Plaintiff
*(e-filed with authorization from counsel)*

400391.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2006, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

and by U.S. Mail, postage pre-paid to:

>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

    /s/ Amy F. Sorenson