SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **REQUEST FOR EXPEDITED BRIEFING AND HEARING**<br><br>Civil No.: 2:03CV-0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("IBM"), through counsel, respectfully submits this request for expedited briefing and hearing on its motion to confine SCO's claims to, and strike allegations in excess of, its December 22, 2005 Disclosure of Material Allegedly Misused by IBM (the "Final Disclosures"), filed and served concurrently herewith.

On May 19, 2006, three of SCO's seven experts submitted reports containing material which significantly exceed the scope of SCO's Final Disclosures. One of the three reports, in fact, effectively seeks to reinvent the case, introducing both new categories of allegedly misused material and a new theory of recovery which relates to them. The remaining two reports add files and other material never before disclosed to IBM, which new disclosures IBM is still in the process of quantifying. SCO's attempt to expand the scope of this litigation in violation of the Court's July 1, 2005 Order in this way comes just weeks before IBM must submit its opposing expert reports. Moreover, if the portions of SCO's expert reports which exceed the scope of the Final Disclosures are not stricken, IBM will have no choice but to request in the alternative substantial modifications to the scheduling order, including the reopening of fact discovery.

Accordingly, IBM respectfully requests that the Court enter an Order establishing an expedited briefing schedule for IBM's motion to strike portions of SCO's expert reports, as well as an expedited hearing on the motion, to be set at the Court's convenience not later than June 30th.

DATED this 8th day of June, 2006.

    Snell & Wilmer L.L.P.

    /s/ Amy F. Sorenson
    Alan L. Sullivan
    Todd M. Shaughnessy
    Amy F. Sorenson

    CRAVATH, SWAINE & MOORE LLP
    Evan R. Chesler
    David R. Marriott

Of Counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Jennifer M. Daniels
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of June, 2006, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

and by U.S. Mail, postage pre-paid to:

>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

/s/ Amy F. Sorenson

SORENSA\SLC\400342