| | |
|---|---|
| Brent O. Hatch (5715)<br>Mark F. James (5295)<br>HATCH, JAMES & DODGE<br>10 West Broadway, Suite 400<br>Salt Lake City, Utah  84101<br>Telephone: (801) 363-6363<br>Facsimile:  (801) 363-6666 | Robert Silver (admitted pro hac vice)<br>Edward Normand (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, New York 10504<br>Telephone: (914) 749-8200<br>Facsimile:  (914) 749-8300 |
| Stuart H. Singer (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard – Suite 1200<br>Ft. Lauderdale, Florida 33301<br>Telephone:  (954) 356-0011<br>Facsimile:   (954) 356-0022 | Stephen N. Zack (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>Bank of America Tower – Suite 2800<br>100 Southeast Second Street<br>Miami, Florida  33131<br>Telephone:  (305) 539-8400<br>Facsimile:   (305) 539-1307 |

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>           Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>           Defendant/Counterclaim-Plaintiff. | [PROPOSED] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

2

Having reviewed the Motion to Withdraw as Counsel and good cause appearing therefore,

IT IS HEREBY ORDERED that Mark R. Clements of the law firm of Hatch, James & Dodge, P.C. is granted leave to withdraw as counsel of record for The SCO Group, Inc. in the above-entitled matter.

SO ORDERED this ____ day of June, 2006.

_____  
HONORABLE DALE A. KIMBALL

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2006, I caused to be served a true and correct copy of the foregoing by CM/ECF to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101


                                                             /s/ Brent O. Hatch