Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>     Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>     Defendant/Counterclaim-Plaintiff. | **SCO'S MEMORANDUM IN RESPONSE TO IBM'S REQUEST FOR EXPEDITED BRIEFING AND HEARING**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff, The SCO Group, Inc. ("SCO"), respectfully submits this memorandum in response to the Request for Expedited Briefing and Hearing filed by Defendant, International Business Machines Corporation ("IBM"), on June 8, 2006.

IBM seeks expedited briefing on its motion (filed on June 8 and received by SCO on June

9) asking at least that the Court strike certain portions of three of SCO's expert reports and in effect dismiss one of SCO's claims relating to IBM's alleged copyright infringement.  However styled, the motion is a dispositive one.  In addition, SCO agrees that expedited resolution of the issues raised in IBM's motion is appropriate at this stage of the litigation, and therefore does not oppose IBM's request for expedited briefing.  With respect to IBM's request for expedition, to clarify the current schedule, the Court is advised that one day before IBM filed its motion, SCO agreed to IBM's request for a 30-day extension to file responsive expert reports.

      Accordingly, SCO respectfully submits that, rather than affording SCO thirty days to respond to IBM's motion (the number of days allowed by the Court's rules for opposing a dispositive motion), the Court enter an Order affording SCO ten days (until June 19) to oppose the motion and IBM three days (until June 22) to file a reply, which would leave the motion fully briefed a week before IBM's outside request of an expedited hearing date of June 30, 2006.

DATED this 12th day of June, 2006

                                By:  /s/ Brent O. Hatch

                                HATCH JAMES & DODGE
                                Brent O. Hatch
                                Mark F. James

                                BOIES, SCHILLER & FLEXNER LLP
                                Robert Silver
                                Stuart H. Singer
                                Edward Normand

                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing Memorandum in Response to IBM's Request for Expedited Briefing and Hearing was served on Defendant International Business Machines Corporation on the 12th day of June, 2005, by CM/ECF to the following:

    David Marriott, Esq.
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York 10019

    Donald J. Rosenberg, Esq.
    1133 Westchester Avenue
    White Plains, New York 10604

    Todd Shaughnessy, Esq.
    Snell & Wilmer LLP
    1200 Gateway Tower West
    15 West South Temple
    Salt Lake City, Utah 84101-1004

                                                    /s/ Brent O. Hatch