Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

FILED
U.S. DISTRICT COURT

2006 JUN 28

DISTRICT OF UTAH
_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. | [PROPOSED] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| Plaintiff/Counterclaim-Defendant, | |
| v. | Case No. 2:03CV0294DAK |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Honorable Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff. | Magistrate Judge Brooke C. Wells |

Having reviewed the Motion to Withdraw as Counsel and good cause appearing therefore,

IT IS HEREBY ORDERED that Mark R. Clements of the law firm of Hatch, James & Dodge, P.C. is granted leave to withdraw as counsel of record for The SCO Group, Inc. in the above-entitled matter.

SO ORDERED this 12 day of June, 2006.

HONORABLE ~~DALE A. KIMBALL~~

2