IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION, DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP INC. | Case No. 2:03cv00294 DAK |
|     Plaintiff/Counterclaim Defendant, | |
| vs. | ORDER GRANTING IBM'S MOTION FOR EXPEDITED BRIEFING AND HEARING |
| INTERNATIONAL BUSINESS MACHINES CORP. | JUDGE DALE A. KIMBALL |
|     Defendant/Counterclaim Plaintiff. | MAGISTRATE JUDGE BROOKE C. WELLS |

    This matter is before the court on Defendant/Counterclaim-Plaintiff International Business Machines Corporation's (IBM) request for expedited briefing and hearing[1] on IBM's Motion to Strike The SCO Group's (SCO) Allegations in Excess of the Final Disclosures.[2]

    For good cause shown and due to the fast approaching deadlines in this case, the court hereby GRANTS IBM's motion for expedited briefing.[3]  The court ORDERS

---

[1] Docket no. 697.

[2] Docket no. 695.

[3] Docket no. 697.

SCO to file any opposition to IBM's Motion to Strike by Monday June 19, 2006[4] at 5:00 p.m.  The court further ORDERS that

IBM is to file any reply by Monday June 26, 2006 at 5:00 p.m.

A hearing will be held on IBM's Motion to Strike after the issue is fully briefed.

DATED this 14th day of June, 2006.

BY THE COURT:

_____
BROOKE C. WELLS
United States Magistrate Judge

---

[4] SCO agreed to expedited briefing and proposed this date for the submission of their opposition memo in response to IBM's motion.  *See* SCO's Mem. in Resp. p. 2.