Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE LLP LLP
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER

333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER

Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING OF SCO'S MEMORANDUM IN OPPOSITION TO MOTION TO CONFINE SCO'S CLAIMS TO, AND STRIKE ALLEGATIONS IN EXCESS OF, THE FINAL DISCLOSURES AND SUPPORTING EXHIBITS**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiffs have conventionally filed the

original and one copy of **SCO'S MEMORANDUM IN OPPOSITION TO MOTION**

**TO CONFINE SCO'S CLAIMS TO, AND STRIKE ALLEGATIONS IN EXCESS**

**OF, THE FINAL DISCLOSURES AND SUPPORTING EXHIBITS.**

These documents have not been filed electronically because:

\_\_\_    it cannot be converted to electronic format

\_X\_   the electronic file size of this material exceeds 2 megabytes (MB)

\_\_\_    the Court by order has excused electronic filing

\_\_\_    it is exempt from electronic filing pursuant to § \_\_\_ of the ECF Policy &
         Procedures Manual (*specific list of documents including admininstrative
         records, ex parte submissions, etc.*)

These documents have been served conventionally on all parties.

DATED this 19th day of June, 2006.

> HATCH, JAMES & DODGE, P.C.
> Brent O. Hatch
> Mark F. James
>
>
> BOIES, SCHILLER & FLEXNER LLP
> Robert Silver
> Stuart H. Singer
> Stephen N. Zack
> Edward Normand
>
> By\_\_\_\_/s/ Brent O. Hatch_____
>
> *Counsel for The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2006, I caused to be served a true and correct copy of the foregoing **NOTICE OF CONVENTIONAL FILING OF SCO'S MEMORANDUM IN OPPOSITION TO MOTION TO CONFINE SCO'S CLAIMS TO, AND STRIKE ALLEGATIONS IN EXCESS OF, THE FINAL DISCLOSURES AND SUPPORTING EXHIBITS** by CM/ECF to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

/s/ Brent O.Hatch_____