IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION, DISTRICT OF UTAH

| | | |
|---|---|---|
| THE SCO GROUP INC. | : | Case No. 2:03cv00294 DAK |
| Plaintiff/Counterclaim | : | |
| Defendant, | : | |
| | : | ORDER GRANTING IN PART SCO'S |
| vs. | | MOTION FOR IN CAMERA REVIEW |
| INTERNATIONAL BUSINESS MACHINES | | |
| CORP. | | JUDGE DALE A. KIMBALL |
| Defendant/Counterclaim Plaintiff. | | MAGISTRATE JUDGE BROOKE C. WELLS |

This matter is before the court on Plaintfiff/Counterclaim Defendant The SCO Group's

(SCO) Motion For In Camera Review of Allegedly Privileged Documents.[1]

Defendant/Counterclaim-Plaintiff International Business Machines Corporation's (IBM)

has submitted the documents at issue for *in camera* review.  Accordingly, SCO's motion is

GRANTED in PART.  The court is reviewing the documents and will inform the parties in due

course whether the court finds the documents at issue privileged.

---

[1] Docket no. 678.

1

The court however, DENIES SCO's request for a contemporaneous review of the documents.  In the court's view this would destroy the purpose of an *in camera* review as is currently envisioned by the Federal Rules.

IT IS SO ORDERED.


DATED this 20th day of June, 2006.



BY THE COURT:

BROOKE C. WELLS
United States Magistrate Judge