

IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

**ORIGINAL**

JUN 2 0 2006

MARKUS B. ZIMMER, CLERK
_____ DEPUTY CLERK

| | |
|---|---|
| Brent O. Hatch (5715)<br>Mark F. James (5295)<br>HATCH, JAMES & DODGE LLP<br>10 West Broadway, Suite 400<br>Salt Lake City, Utah 84101<br>Telephone: (801) 363-6363<br>Facsimile: (801) 363-6666 | Robert Silver (admitted pro hac vice)<br>Edward Normand (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, New York 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| Stuart H. Singer (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard – Suite 1200<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022 | Stephen N. Zack (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>Bank of America Tower – Suite 2800<br>100 Southeast Second Street<br>Miami, Florida 33131<br>Telephone: (305) 539-8400<br>Facsimile: (305) 539-1307 |

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **EXHIBIT 11 TO SCO'S MEMORANDUM IN OPPOSITION TO MOTION TO CONFINE SCO'S CLAIMS TO, AND STRIKE ALLEGATIONS IN EXCESS OF, THE FINAL DISCLOSURES**<br><br>[Filed Under Seal]<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

*Certificate of Service*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2006, a true and correct copy of the foregoing EXHIBIT 11 TO SCO'S MEMORANDUM IN OPPOSITION TO MOTION TO CONFINE SCO'S CLAIMS TO, AND STRIKE ALLEGATIONS IN EXCESS OF, THE FINAL DISCLOSURES was delivered to the following:

By U.S. Mail, postage prepaid:

> David Marriott, Esq.
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, New York 10019
>
> Donald J. Rosenberg, Esq.
> 1133 Westchester Avenue
> White Plains, New York 10604

By Hand-delivery:

> Todd Shaughnessy, Esq.
> Snell & Wilmer LLP
> 1200 Gateway Tower West
> 15 West South Temple
> Salt Lake City, Utah 84101