IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION, DISTRICT OF UTAH

| | | |
|---|---|---|
| THE SCO GROUP INC. | : | Case No. 2:03cv00294 DAK |
|     Plaintiff/Counterclaim Defendant, | : : | |
| | : | ORDER RE SCO'S MOTION FOR IN CAMERA REVIEW |
| vs. | | |
| INTERNATIONAL BUSINESS MACHINES CORP. | | JUDGE DALE A. KIMBALL |
|     Defendant/Counterclaim Plaintiff. | | MAGISTRATE JUDGE BROOKE C. WELLS |

After considering Plaintfiff/Counterclaim Defendant The SCO Group's (SCO) Reply Memorandum in support of SCO's Motion For In Camera Review of Allegedly Privileged Documents[1] and for good cause shown the court hereby orders the following:

Defendant/Counterclaim-Plaintiff International Business Machines Corporation (IBM) is to provide SCO a copy of the declarations from Sharon Dobbs, Esq. and Mark Walker, Esq by June 30, 2006.. Additionally, these declarations are to be filed with the court under seal by that

---

[1] Docket no. 678.

1

same date. These declarations may be provided in a redacted form although in the court's view there does not appear to be much material in the declarations that warrants redaction especially given the fact that SCO has reviewed the underlying documents when IBM allegedly disclosed them by mistake.

After reviewing the declarations SCO may file with the court a reply memoranda in support of its motion if it so chooses by July 7, 2006 following which the court will render a decision on SCO's motion.

IT IS SO ORDERED.

DATED this 22nd day of June, 2006.

BY THE COURT

_____
BROOKE C. WELLS
United States Magistrate Judge