# EXHIBIT 6

**From:** David Marriott [mailto:DMarriott@cravath.com]
**Sent:** Thursday, March 16, 2006 5:29 PM
**Cc:** dmarriott@cravath.com
**Subject:** SCO v. IBM

Ted,

You have asked for an extension of time of 2 weeks from today to respond to IBM's Interrogatory Nos. 23 and 25.

In looking back at the interrogatories, it appears that subsection (b) of Interrogatory 23, which is confusing in any case, was included in error. IBM hereby withdraws it, as well as the corresponding portion of the related 30(b)(6) notice. Subject to the condition noted below, IBM does not object to SCO having more time to respond to the remaining portions of these interrogatories. Neither of them has anything to do with IBM's preclusion motion, which concerns SCO's failure (as we see it) to provide the particularity required by IBM's other discovery demands and the Court's orders. Moreover, it makes sense for SCO to respond to Interrogatory 25 after it has responded to all of IBM's requests for admission, since the Interrogatory is keyed off of SCO's RFA responses.

So long as SCO intends to provide the information IBM seeks, rather than just object at a later date, IBM does not object to SCO taking two more weeks to respond to IBM's interrogatories and is willing even to offer a further extension as to Interrogatory No. 25. Please let me know how you'd like to proceed.

Dave

  This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other
  than a designated addressee is unauthorized. If you are not an intended recipient, please
  delete this e-mail from the computer on which you received it.