SNELL & WILMER, L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorensen (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>   Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>   Defendant/Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE OF EXPERT REPORTS**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke Wells |

405037.1

I hereby certify that on the 17th day of July, 2006, true and correct copies of the following expert reports:

    Report and Declaration of Randall Davis, dated July 17, 2006
    Expert Witness Report of Dr. Earl K. Stice, dated July 17, 2006
    Report and Declaration of Andrew K. Morton, dated July 14, 2006
    Report and Declaration of Lorin M. Hitt, dated July 17, 2006
    Report and Declaration of M. Frans Kaashoek, dated July 14, 2006
    Report and Declaration of Jonathan Eunice, dated July 17, 2006
    Expert Witness Report of Dr. Jonathan D. Putnam, dated July 17, 2006
    Report and Declaration of Timothy F. Bresnahan, dated July 17, 2006
    Expert Rebuttal Report of Professor J.R. Kearl, dated July 17, 2006
    Report and Declaration of Robert D. Willig, dated July 17, 2006
    Report and Declaration of Brian W. Kernighan and Randall Davis, dated July 17, 2006

were sent by U.S. Mail, postage prepaid, to the following:

    Edward Normand
    BOIES, SCHILLER & FLEXNER LLP
    333 Main Street
    Armonk, NY 10504

    /s/ Todd M. Shaughnessy

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **CERTIFICATE OF SERVICE OF EXPERT REPORTS** was electronically filed with the Clerk of the Court using the CM/ECF system this 18th day of July, 2006, and thereby served upon the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

                   /s/ Todd M. Shaughnessy