Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>  Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>  Defendant/Counterclaim-Plaintiff. | **STIPULATION RE VARIOUS DEADLINES**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. The parties have agreed to an extension of time, to and including Friday, August 18, 2006, within which to respond to all outstanding Requests for Admission.

2. The parties further agree that IBM's opposition brief re SCO's Objections to Order Granting in part IBM's Motion to Limit SCO's Claims shall be due on Monday, August 14, 2006. SCO's reply shall be due on Monday, August 28, 2006.

The parties submit concurrently herewith a proposed Order confirming these deadlines.

DATED this 31st day of July, 2006.

    HATCH, JAMES & DODGE, P.C.
    Brent O. Hatch
    Mark F. James

    BOIES, SCHILLER & FLEXNER LLP
    Robert Silver
    Stuart H. Singer
    Stephen N. Zack
    Edward Normand

    /s/ Brent O. Hatch
    *Counsel for Plaintiff The SCO Group, Inc.*

DATED this 31st day of July, 2006.

    SNELL & WILMER LLP
    Alan L. Sullivan
    Todd M. Shaughnessy
    Amy F. Sorenson

    /s/ Todd M. Shaughnessy
    *Counsel for Defendant IBM*

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing Stipulation re Various Deadlines was served on Defendant International Business Machines Corporation on the 31st day of July, 2006, by CM/ECF to the following:

    David Marriott, Esq.
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York 10019

    Jennifer M. Daniels, Esq.
    1133 Westchester Avenue
    White Plains, New York 10604

    Todd Shaughnessy, Esq.
    Snell & Wilmer LLP
    1200 Gateway Tower West
    15 West South Temple
    Salt Lake City, Utah 84101-1004


          /s/ Brent O. Hatch
        _____

**Br**ent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>　　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　Defendant/Counterclaim-Plaintiff. | **[PROPOSED]**<br>**ORDER RE VARIOUS DEADLINES**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Based on the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1.The parties shall have an extension of time, to and including Friday, August 18, 2006, within which to respond to all outstanding Requests for Admission.

2.IBM's opposition brief re SCO's Objections to Order Granting in part IBM's Motion to Limit SCO's Claims shall be due on Monday, August 14, 2006. SCO's reply shall be due on Monday, August 28, 2006.

DATED this _____ day of _____, 2006.

BY THE COURT

_____
Brooke C. Wells
Magistrate Judge


APPROVED AS TO FORM:

SNELL & WILMER LLP
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson


__/s/ Todd M. Shaughnessy_____
Counsel for Defendant IBM
(e-filed with authorization from counsel)