Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING STIPULATION RE VARIOUS DEADLINES**<br><br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

The stipulation of the parties having been considered and with good cause appearing therefore:

IT IS HEREBY ORDERED as follows:

1.. The parties are granted an extension of time, to and including Friday, August 18, 2006, within which to respond to all outstanding Requests for Admission.

2. IBM's opposition brief re SCO's Objections to Order Granting in part IBM's Motion to Limit SCO's Claims shall be due on Monday, August 14, 2006. SCO's reply shall be due on Monday, August 28, 2006.

DATED this 31st day of July, 2006.

_____
MAGISTRATE JUDGE BROOKE C. WELLS


Approved as to form:


/s/ Todd M. Shaughnessy
Todd M. Shaughnessy
*Attorney for International Business Machines Corporation*