Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **MOTION TO WITHDRAW DANIEL P. FILOR AS COUNSEL**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

The undersigned hereby move the Court to permit Daniel P. Filor to withdraw as counsel for Plaintiff, The SCO Group, Inc., in this action and removed from the service list. Mr. Filor should be withdrawn, as he will no longer be with the firm Boies, Schiller & Flexner LLP.

DATED this 14th day of August, 2006.

                                      HATCH, JAMES & DODGE, P.C.
                                      Brent O. Hatch
                                      Mark F. James

                                      BOIES, SCHILLER & FLEXNER LLP
                                      Robert Silver
                                      Stuart H. Singer
                                      Stephen N. Zack
                                      Edward Normand

                          By:    /s/ Brent O. Hatch
                      *Counsel for The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2006, a true and correct copy of the foregoing **MOTION TO WITHDRAW DANIEL P. FILOR AS COUNSEL** was served by CM/ECF to:

>David Marriott, Esq.
>Cravath, Swaine & Moore LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, New York 10019
>
>Todd Shaughnessy, Esq.
>Snell & Wilmer LLP
>1200 Gateway Tower West
>15 West South Temple
>Salt Lake City, Utah 84101

_____/s/ Brent O. Hatch_____