SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING OF IBM'S REDACTED MEMORANDUM IN OPPOSITION TO SCO'S OBJECTIONS TO MAGISTRATE JUDGE WELLS' ORDER OF JUNE 28, 2006 AND THE DECLARATION OF TODD M. SHAUGHNESSY WITH UNSEALED EXHIBITS** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

Please take notice that Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("IBM") has conventionally filed the original and two copies of the following documents, papers or other materials: IBM's Redacted Memorandum in Opposition to SCO's Objections to Magistrate Judge Wells' Order of June 28, 2006 and the Declaration of Todd M. Shaughnessy With Unsealed Exhibits.

These documents, papers or other materials have not been filed electronically because:

____ they cannot be converted to electronic format

<u>XXX</u> the electronic file size of this material exceeds 2 megabytes (MB)

____ the Court by order has excused electronic filing

____ they are exempt from electronic filing pursuant to § ____ of the ECF Policy & Procedures Manual *(specific list of documents including administrative records, ex parte submissions, etc.)*

These documents have been conventionally served on all parties.

DATED this 18th day of August, 2006.

>Snell & Wilmer L.L.P.
>
> /s/ Amy F. Sorenson
>Alan L. Sullivan
>Todd M. Shaughnessy
>Amy F. Sorenson
>
>CRAVATH, SWAINE & MOORE LLP
>Evan R. Chesler
>David R. Marriott

Of Counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Jennifer M. Daniels
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2006, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101
>
> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131

and by U.S. Mail, postage pre-paid to:

> Robert Silver
> Edward Normand
> BOIES, SCHILLER & FLEXNER LLP
> 333 Main Street
> Armonk, New York 10504

    /s/ Amy F. Sorenson

409332.1