Brent O. Hatch (5715)
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone:     (801) 363-6363
Facsimile:      (801) 363-6666

Attorney for The SCO Group

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP,<br><br>　　　Plaintiff/Counterclaim-Defendant,<br><br><br>INTERNATIONAL  BUSINESS  MACHINES CORPORATION,<br><br>　　　Defendant/Counterclaim-Plaintiff. | **MOTION FOR PRO HAC VICE ADMISSION OF JOHN J. BROGAN AND CONSENT OF LOCAL COUNSEL**<br><br>Civil No. 2:03cv294 DAK<br><br>District Judge Dale A. Kimball<br><br>Magistrate Brooke C. Wells |

Pursuant to DUCivR 83-1.1(d), I move the admission of John J. Brogan as pro hac vice counsel for The SCO Group, Plaintiff/Counterclaim-Defendant, and consent to serve as local counsel.  The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, has been paid to the court with the submission of this motion.

　　　DATED this 21st day of August, 2006.

　　　　　　　　　　　　　　　　　　　HATCH, JAMES & DODGE, P.C.

　　　　　　　　　　　　　　　　　　　 /s/ Brent O. Hatch＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Brent O. Hatch

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff The SCO Group