# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: John J. Brogan    Telephone: (612)340-2600
Business Address: Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Current bar memberships and date of admission:

| | |
|---|---|
| Minnesota Supreme Court | Admitted on 10/17/04 |
| U.S. District Court | Admitted on 12/09/04 |
| Oregon Supreme Court | Admitted on 01/01/04 |
| U.S. Court of Appeals - 11th Circuit | Admitted on 02/14/05 |
| United State Court of Appeals for the Federal Circuit | Admitted on 09/22/05 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
X No    ___ Yes (provide additional information)

Prior pro hac vice admissions in the District of Utah:    X none

Case Name:
Case Number:
Admission Date:

_____    4/14/06
Signature                             Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.