## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Devan V. Padmanabhan  
Business Address: Dorsey & Whitney LLP  
50 South Sixth Street  
Suite 1500  
Minneapolis, MN 55402  

Telephone: (612)340-2600

Current bar memberships and date of admission:

| | |
|---|---|
| U.S. District Court - District of Minnesota | Admitted on 02/18/94 |
| State Courts of Minnesota | Admitted on 10/22/93 |
| United State Court of Appeals for the Federal Circuit | Admitted on 04/08/99 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?  
__X__ No  　　　　 ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:　　　　　__X__ none

Case Name:  
Case Number:  
Admission Date:

_____  　　　　　　　　 Aug. 16, 2006  
Signature　　　　　　　　　　　　　　　　　　　　　　Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.