IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER FOR PRO HAC VICE ADMISSION OF DEVAN V. PADMANABHAN**<br><br>Civil No. 2:03cv294 DAK<br><br>District Judge Dale A. Kimball<br><br>Magistrate Brooke C. Wells |

It appearing to the Court that Devan V. Padmanabhan meets the pro hac vice admission requirements of DUCivR 83-1.1(d), the motion for admission pro hac vice of Mr. Padmanabhan in the United States District Court, District of Utah is GRANTED.

DATED this _____ day of August, 2006.

_____
U.S. District Judge Dale A. Kimball