# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING STIPULATION RE: ADMISSIONS**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall have an extension of time, to and including October 13, 2006, within which to respond to all outstanding Requests for Admission.

    DATED this 21st day of August, 2006.

                                             _/s/ Brooke C. Wells_
                                             Brooke C. Wells
                                             United States Magistrate Judge