FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AUG 2 2 2006

MARKUS B. ZIMMER, CLERK

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER FOR PRO HAC VICE ADMISSION OF JOHN J. BROGAN**<br><br>Civil No. 2:03cv294 DAK<br><br>District Judge Dale A. Kimball<br><br>Magistrate Brooke C. Wells |

It appearing to the Court that John J. Brogan meets the pro hac vice admission requirements of DUCivR 83-1.1(d), the motion for admission pro hac vice of Mr. Brogan in the United States District Court, District of Utah is GRANTED.

IT IS SO ORDERED.

DATED this 22d day of August, 2006.

U.S. District Judge Dale A. Kimball