FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AUG 2 2 2006

MARKUS B. ZIMMER, CLERK
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| THE SCO GROUP, | ORDER FOR PRO HAC VICE ADMISSION OF DEVAN V. PADMANABHAN |
|---|---|
| Plaintiff/Counterclaim-Defendant, | |
| | Civil No. 2:03cv294 DAK |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| | District Judge Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff. | Magistrate Brooke C. Wells |

It appearing to the Court that Devan V. Padmanabhan meets the pro hac vice admission requirements of DUCivR 83-1.1(d), the motion for admission pro hac vice of Mr. Padmanabhan in the United States District Court, District of Utah is GRANTED.

DATED this 22d day of August, 2006.

_____
U.S. District Judge Dale A. Kimball