**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING STIPULATED<br>MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Based on the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1.      SCO's reply brief re IBM's Memorandum in Opposition to SCO's Objections to

Magistrate Judge Wells' Order of June 28, 2006 shall be due on Tuesday, September 5, 2006.

DATED this 24th day of August, 2006.

BY THE COURT

Brooke C. Wells
Magistrate Judge