SNELL & WILMER, L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorensen (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
  International Business Machines Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE OF EXPERT REPORTS**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke Wells |

411060

I hereby certify that on the 28th day of August, 2006, true and correct copies of the following expert reports:

Rebuttal Expert Report of Professor J.R. Kearl, dated August 28, 2006

Report and Declaration of Brian W. Kernighan and Randall Davis, dated August 28, 2006

were sent by U.S. Mail, postage prepaid, to the following:

>    Edward Normand
>    BOIES, SCHILLER & FLEXNER LLP
>    333 Main Street
>    Armonk, NY 10504

               /s/ Todd M. Shaughnessy

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing **CERTIFICATE OF SERVICE OF EXPERT REPORTS** was electronically filed with the Clerk of the Court using the CM/ECF system this 31st day of August, 2006, and thereby served upon the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

            /s/ Todd M. Shaughnessy