Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE**<br><br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of each of the following: (1) Rebuttal Report of Marc Rochkind; (2) Response to the Reports and Declarations of IBM Experts by Gary Pisano, Ph.D. (3) Rebuttal Report of Dr. Christine A. Botosan; (4) Reports of Dr. Thomas A. Cargill in Response to the Report and

Declaration of Brian W. Kernighan and Randall Davis, to the Report and Declaration of Randall Davis, and to the Report and Declaration of M. Frans Kaashoek; (5) Expert Rebuttal Report of Dr. Evan Ivie; (6) Rebuttal Report of Dr. Jeffrey Leitzinger; and (7) Rebuttal Report of Avner Kalay, were served on Defendant, IBM on the 28th day of August, 2006, by Hand Delivery and US Mail to:

> David Marriott, Esq.
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, New York 10019

And

> Todd Shaughnessy, Esq.
> Snell & Wilmer LLP
> 1200 Gateway Tower West
> 15 West South Temple
> Salt Lake City, Utah 84101-1004

DATED this 31st day of August, 2006.

                            BOIES, SCHILLER & FLEXNER LLP
                            HATCH, JAMES & DODGE, PC

                    By:   /s/ Edward Normand

*Attorneys for The SCO Group, Inc.*