Frederick S. Frei
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC 20006

No New Address
Information Available
Date 9/5/06
Initials

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@utd.uscourts.gov Message-Id: Subject:Activity in Case 2:03-cv-00294-DAK-BCW SCO Grp, et al v. Intl Bus Mach Inc "Order on Motion for Admission Pro Hac Vice" Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** *You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.*

Electronic Case Filing System

District of Utah

Notice of Electronic Filing

The following transaction was received from blk, entered on 8/23/2006 at 2:58 PM MDT and filed on 8/22/2006

| | |
|---|---|
| **Case Name:** | SCO Grp, et al v. Intl Bus Mach Inc |
| **Case Number:** | 2:03-cv-294 |
| **Filer:** | |
| **Document Number:** | 753 |

**Docket Text:**
ORDER granting [749] Motion for Admission Pro Hac Vice of John J. Brogan for SCO Group. *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov*
. Signed by Judge Dale A. Kimball on 8/22/06.(blk, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=8/23/2006] [FileNumber=663736-0]
[7b4145e97134bd38c7c0c302bd752f04b0cf43c34e62e99def84c3959b77ee93f1f1
42 2aeee409d1abda351f8c87fd1c24cc32d2e45a4ffeb8e0a4e5cdb74f22]]

**2:03-cv-294 Notice will be electronically mailed to:**

Evan R. Chesler   echesler@cravath.com

Peter H. Donaldson  (E-Filer)  pdonaldson@swlaw.com, cnolen@swlaw.com, mbrown@swlaw.com

Brent O. Hatch  (E-Filer)  bhatch@hjdlaw.com, brenthatch@gmail.com

Mark J. Heise   mheise@bsfllp.com

Mark F James  (E-Filer)  mjames@hjdlaw.com

1

Robert A. Magnanini  (E-Filer)  rmagnanini@bsfllp.com

David R. Marriott   dmarriott@cravath.com

Kevin P. McBride  (E-Filer)  km@mcbride-law.com, hq@mcbride-law.com

Michael P. O'Brien  (E-Filer)  mobrien@joneswaldo.com, khess@joneswaldo.com

Stanley J. Preston  (E-Filer)  intakeclerk@scmlaw.com, sjp@scmlaw.com

Maralyn M. Reger  (E-Filer)  intakeclerk@scmlaw.com, mreger@scmlaw.com

David W. Scofield  (E-Filer)  dws@psplawyers.com

Todd M. Shaughnessy  (E-Filer)  tshaughnessy@swlaw.com, dwithers@swlaw.com, mbrown@swlaw.com

Stuart H. Singer  (E-Filer)  ssinger@bsfllp.com

Amy F. Sorenson  (E-Filer)  asorenson@swlaw.com, kbutton@swlaw.com

Andrew H. Stone  (E-Filer)  astone@joneswaldo.com

David S. Stone  (E-Filer)  dstone@bsfllp.com

Alan L. Sullivan  (E-Filer)  asullivan@swlaw.com, mbrown@swlaw.com, ksblack@swlaw.com

Nathan E. Wheatley  (E-Filer)  nwheatley@swlaw.com, mbrown@swlaw.com, cmeehan@swlaw.com

Stephen Neal Zack   szack@bsfllp.com

**2:03-cv-294 Notice will be delivered by other means to:**

John J. Brogan
DORSEY &WHITNEY
50 S SIXTH ST STE 1500
MINNEAPOLIS, MN 55402

Frederick S. Frei
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC 20006

Scott E. Gant
BOIES SCHILLER &FLEXNER (DC)
5301 WISCONSIN AVE NW
WASHINGTON, DC 20015

Robert Silver
BOIES SCHILLER &FLEXNER (NY)
333 MAIN ST

2

ARMONK, NY 10504

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AUG 2 2 2006

MARKUS B. ZIMMER, CLERK

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER FOR PRO HAC VICE ADMISSION OF JOHN J. BROGAN**<br><br>Civil No. 2:03cv294 DAK<br><br>District Judge Dale A. Kimball<br><br>Magistrate Brooke C. Wells |

It appearing to the Court that John J. Brogan meets the pro hac vice admission requirements of DUCivR 83-1.1(d), the motion for admission pro hac vice of Mr. Brogan in the United States District Court, District of Utah is GRANTED.

IT IS SO ORDERED.

DATED this 22d day of August, 2006.

_____
U.S. District Judge Dale A. Kimball

United States District Court
District of Utah

Office of the Clerk
United States Courthouse
350 South Main Street
Salt Lake City, Utah
84101-2180

Official Business
Penalty for Private Use $300

SALT LAKE CITY
UT 841
24 AUG 2006
US POSTAGE