Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for The SCO Group, Inc.*

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. <br><br>      Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br>      Defendant/Counterclaim-Plaintiff. | **[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF SCO'S OBJECTIONS TO MAGISTRATE JUDGE WELLS' ORDER OF JUNE 28, 2006** <br><br> Case No. 2:03CV0294DAK <br><br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

This matter comes before the Court on the Ex Parte Motion of Plaintiff/Counterclaim-

Defendant The SCO Group ("SCO") for Leave to File Overlength Reply Memorandum in

Support of SCO's Objections to Magistrate Judge Wells' Order of June 28, 2006.  The Court,

having considered the matter, hereby determines that good cause and exceptional circumstances

exist and here ORDERS that SCO be granted leave to file its Overlength Reply Memorandum

consisting of 50 pages, exclusive of face sheet, table of contents and authorities, appendixes and

exhibits.

DATED:  _____, 2006.

BY THE COURT:


_____
Honorable Dale A. Kimball

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2006, I caused to be served a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF SCO'S OBJECTIONS TO MAGISTRATE JUDGE WELLS' ORDER OF JUNE 28, 2006 by CM/ECF or U.S. Mail, postage prepaid, to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

/s/ Brent O. Hatch