Frederick S. Frei
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC 20006

No New Address Information Available
Date 9/7/06
Initials

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@utd.uscourts.gov Message-Id: Subject:Activity in Case 2:03-cv-00294-DAK-BCW SCO Grp, et al v. Intl Bus Mach Inc "Order on Motion for Admission Pro Hac Vice" Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** *You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.*

## Electronic Case Filing System

### District of Utah

Notice of Electronic Filing

The following transaction was received from blk, entered on 8/23/2006 at 3:02 PM MDT and filed on 8/22/2006

| | |
|---|---|
| **Case Name:** | SCO Grp, et al v. Intl Bus Mach Inc |
| **Case Number:** | 2:03-cv-294 |
| **Filer:** | |
| **Document Number:** | 754 |

**Docket Text:**
ORDER granting [750] Motion for Admission Pro Hac Vice of Devan V. Padmanabhan for SCO Group. *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov*
. Signed by Judge Dale A. Kimball on 8/22/06.(blk, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=8/23/2006] [FileNumber=663751-0]
[bb92304eb498b85eb4fef02e71634169bb2f5d50f788500d5db17d8133d1726e4ec1
9f 07b23d760e02d0f404784f876791f4517416b4e2b47aa71c9dfe191863]]

**2:03-cv-294 Notice will be electronically mailed to:**

Evan R. Chesler   echesler@cravath.com

Peter H. Donaldson  (E-Filer)  pdonaldson@swlaw.com, cnolen@swlaw.com, mbrown@swlaw.com

Brent O. Hatch  (E-Filer)  bhatch@hjdlaw.com, brenthatch@gmail.com

Mark J. Heise   mheise@bsfllp.com

Mark F James  (E-Filer)  mjames@hjdlaw.com

1

Robert A. Magnanini  (E-Filer)  rmagnanini@bsfllp.com

David R. Marriott   dmarriott@cravath.com

Kevin P. McBride  (E-Filer)  km@mcbride-law.com, hq@mcbride-law.com

Michael P. O'Brien  (E-Filer)  mobrien@joneswaldo.com, khess@joneswaldo.com

Stanley J. Preston  (E-Filer)  intakeclerk@scmlaw.com, sjp@scmlaw.com

Maralyn M. Reger  (E-Filer)  intakeclerk@scmlaw.com, mreger@scmlaw.com

David W. Scofield  (E-Filer)  dws@psplawyers.com

Todd M. Shaughnessy  (E-Filer)  tshaughnessy@swlaw.com, dwithers@swlaw.com, mbrown@swlaw.com

Stuart H. Singer  (E-Filer)  ssinger@bsfllp.com

Amy F. Sorenson  (E-Filer)  asorenson@swlaw.com, kbutton@swlaw.com

Andrew H. Stone  (E-Filer)  astone@joneswaldo.com

David S. Stone  (E-Filer)  dstone@bsfllp.com

Alan L. Sullivan  (E-Filer)  asullivan@swlaw.com, mbrown@swlaw.com, ksblack@swlaw.com

Nathan E. Wheatley  (E-Filer)  nwheatley@swlaw.com, mbrown@swlaw.com, cmeehan@swlaw.com

Stephen Neal Zack   szack@bsfllp.com

**2:03-cv-294 Notice will be delivered by other means to:**

John J. Brogan
DORSEY &WHITNEY
50 S SIXTH ST STE 1500
MINNEAPOLIS, MN 55402

Frederick S. Frei
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC 20006

Scott E. Gant
BOIES SCHILLER &FLEXNER (DC)
5301 WISCONSIN AVE NW
WASHINGTON, DC 20015

Devan V. Padmanabhan
DORSEY &WHITNEY
50 S SIXTH ST STE 1500

2

MINNEAPOLIS, MN 55402

Robert Silver
BOIES SCHILLER &FLEXNER (NY)
333 MAIN ST
ARMONK, NY 10504

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

AUG 2 2 2006

MARKUS B. ZIMMER, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **ORDER FOR PRO HAC VICE ADMISSION OF DEVAN V. PADMANABHAN** <br><br> Civil No. 2:03cv294 DAK <br><br> District Judge Dale A. Kimball <br><br> Magistrate Brooke C. Wells |

It appearing to the Court that Devan V. Padmanabhan meets the pro hac vice admission requirements of DUCivR 83-1.1(d), the motion for admission pro hac vice of Mr. Padmanabhan in the United States District Court, District of Utah is GRANTED.

DATED this 22d day of August, 2006.

_____
U.S. District Judge Dale A. Kimball

**United States District Court**
**District of Utah**

Office of the Clerk
United States Courthouse
350 South Main Street
Salt Lake City, Utah
84101-2180

Official Business
Penalty for Private Use $300

SALT LAKE CITY
UT 841
24 AUG 2006

UNDELIVERABLE AS
ADDRESSED
FORWARDING ORDER
EXPIRED