Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SHCILLER & FLEXNER LLP
401 East Las Olas Boulevard—Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SHCILLER & FLEXNER LLP
333 Main Street
Armoonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SHCILLER & FLEXNER LLP
Bank of America Tower—Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING MOTION TO WITHDRAW SCOTT GANT AS COUNSEL**<br><br>Case No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Based on the Motion to Withdraw Scott Gant as Counsel filed by Plaintiff The SCO Group, Inc. the Court hereby orders as follows:

Scott Gant is hereby terminated as counsel for The SCO Group in the above-entitled action.

DATED this 15th day of September, 2006.

BY THE COURT:

_____
Honorable Dale A. Kimball
U.S. District Court Judge