Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE LLP
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING OF EXHIBITS TO SCO'S MEMORANDUM IN SUPPORT OF SCO'S MOTION FOR PARTIAL SUMMARY ON SCO'S THIRD CAUSE OF ACTION FOR BREACH OF CONTRACT** <br><br> Case No. 2:03CV0294DAK <br><br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original and two copies of the following documents:

1. AT&T - Sequent Software Agreement.
2. AT&T - Sequent Sublicensing Agreement.
3. David Frasure Deposition Transcript (6/8/04) at 178.
4. David Frasure BSD Deposition Transcript (12/8/92) at 113, 121.
5. Geoffrey Green Deposition Transcript (11/15/04) at 113, 130-31.
6. Burt Levine Deposition Transcript (1/19/05) at 38, 40-41, 47, 268.
7. Otis Wilson Deposition Transcript (8/25/06) at 120.
8. David Rodgers Deposition Transcript (6/10/04) at 27, 31-32, 138.
9. Roger Swanson Deposition Transcript (1/17/06) at 52, 82.
10. Thomas Cronan Deposition Transcript (12/14/04) at 40.
11. Jeffrey Mobley Deposition Transcript (1/24/06) at 50.
12. Edward Kennedy Deposition Transcript (3/3/06) at 192.
13. Declaration of Ira Kistenberg (11/12/04) ¶ 5.
14. Michael DeFazio Deposition Transcript (1/13/05) at 223.
15. Declaration of Mitzi Bond (11/4/04) ¶ 11(e).
16. Letter from Roger Swanson to Ira Kistenberg, dated May 14, 1987 (1710097859).
17. William Sandve Deposition Transcript (11/19/04) at 11.
18. Report of SCO Expert Marc Rochkind (5/19/06).
19. Rebuttal Report of SCO Expert Marc Rochkind (8/28/06).

**20.** Rebuttal Report of SCO Expert Tom Cargill (8/28/06).

These documents have not been filed electronically because:

\_\_\_   it cannot be converted to electronic format

_X_   the electronic file size of this material exceeds 2 megabytes (MB)

\_\_\_   the Court by order has excused electronic filing

_X_   it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

These documents have been served conventionally on all parties.

DATED this 25th day of July, 2006.

>  HATCH, JAMES & DODGE, P.C.
>  Brent O. Hatch
>  Mark F. James
>
>  BOIES, SCHILLER & FLEXNER LLP
>  Robert Silver
>  Stuart H. Singer
>  Stephen N. Zack
>  Edward Normand
>
>  By:    /s/ Brent O. Hatch_____
>         *Counsel for The SCO Group, Inc.*

3

**CERTIFICATE OF SERVICE**

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant International Business Machines Corporation on the 25th day of September, 2006, by CM/ECF to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

/s/ Brent O. Hatch