SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
  International Business Machines Corporation*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **IBM'S MOTION FOR LEAVE TO FILE ADDITIONAL DECLARATIONS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("IBM") respectfully submits this motion for leave to file up to three additional declarations in support of IBM's motions for summary judgment by no later than September 29, 2006.

The Court's deadline for filing summary judgment motions is today, September 25, 2006, and IBM is filing motions addressing each of the claims brought by Plaintiff/Counterclaim Defendant The SCO Group, Inc. ("SCO"), as well as two of IBM's counterclaims against SCO. Counsel for IBM had hoped to have by today signed copies of two additional declarations in support of those motions. Due to various logistical issues, counsel for IBM was unable to obtain the signed declarations today. Those declarations reinforce points made by other declarants and the submission of them would not affect the substance of IBM's arguments in its summary judgment motions. They would be filed well in advance of SCO's deadline for responding to IBM's motions, and therefore not prejudice SCO in any way. We therefore respectfully request that the Court grant IBM leave to file up to two additional declarations in support of its summary judgment motions by no later than this Friday, September 29, 2006.

DATED this 25th day of September, 2006.

                                                SNELL & WILMER L.L.P.

                                                /s/ Todd M. Shaughnessy
                                                Alan L. Sullivan
                                                Todd M. Shaughnessy
                                                Amy F. Sorenson

                                                CRAVATH, SWAINE & MOORE LLP
                                                Evan R. Chesler
                                                David R. Marriott

                                                *Attorneys for Defendant/Counterclaim-Plaintiff*
                                                *International Business Machines Corporation*

3

Of Counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2006, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

and by U.S. Mail, postage pre-paid to:

>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504

                    /s/ Todd M. Shaughnessy

413854.1