SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **SUPPLEMENTAL DECLARATION OF TODD M. SHAUGHNESSY** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

I, Todd M. Shaughnessy, declare as follows:

1.    I represent IBM in the lawsuit brought by SCO against IBM, titled <u>The SCO Group, Inc. v. International Business Machines Corporation</u>, Civil No. 2:03CV-0294 DAK (D. Utah 2003).

2.    This Supplemental Declaration is submitted in support of Defendant/ Counterclaim-Plaintiff IBM's various motions for summary judgment. Unless stated otherwise, it is based on personal knowledge.

3.    Submitted herewith as Exhibit 598 is a true and correct copy of the Declaration of Ralf Flaxa, dated September 25, 2006.

4.    Submitted herewith as Exhibit 599 is a true and correct copy of the Supplemental Declaration of Roger C. Swanson, dated September 25, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of September 2006.

Salt Lake City, Utah

                                              /s/ <u>Todd M. Shaughnessy</u>
                                              Todd M. Shaughnessy

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2006, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

and by U.S. Mail, postage pre-paid to:

>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504

        /s/ Todd M. Shaughnessy

413948.1