| | |
|---|---|
| Brent O. Hatch (5715) | Robert Silver (admitted pro hac vice) |
| Mark F. James (5295) | Edward Normand (admitted pro hac vice) |
| HATCH, JAMES & DODGE LLP | BOIES, SCHILLER & FLEXNER LLP |
| 10 West Broadway, Suite 400 | 333 Main Street |
| Salt Lake City, Utah  84101 | Armonk, New York 10504 |
| Telephone: (801) 363-6363 | Telephone: (914) 749-8200 |
| Facsimile:  (801) 363-6666 | Facsimile:  (914) 749-8300 |
| | |
| Stuart H. Singer (admitted pro hac vice) | Stephen N. Zack (admitted pro hac vice) |
| BOIES, SCHILLER & FLEXNER LLP | BOIES, SCHILLER & FLEXNER LLP |
| 401 East Las Olas Boulevard – Suite 1200 | Bank of America Tower – Suite 2800 |
| Ft. Lauderdale, Florida 33301 | 100 Southeast Second Street |
| Telephone:  (954) 356-0011 | Miami, Florida  33131 |
| Facsimile:   (954) 356-0022 | Telephone:  (305) 539-8400 |
| | Facsimile:   (305) 539-1307 |

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>           Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>           Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING OF SCO'S MEMORANDUM IN SUPPORT OF SCO'S MOTION FOR RELIEF FOR IBM'S SPOLIATION OF EVIDENCE AND EXHIBITS THERETO**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original and two copies of the following documents:

1. **MEMORANDUM IN SUPPORT OF SCO'S MOTION FOR RELIEF FOR IBM'S SPOLIATION OF EVIDENCE.**
2. Exhibit A    SCO Complaint dated March 6, 2003
3. Exhibit B    Deposition of Daniel Frye Dated November 11, 2005
4. Exhibit C    Deposition of Daniel Frye Dated January 12, 2005
5. Exhibit D    Deposition of Daniel Frye Dated January 20, 2006
6. Exhibit E    Deposition of Kaena Freitas Dated December 14, 2005
7. Exhibit F    Deposition of Jay Vosburgh Dated November 17, 2005
8. Exhibit G    Email from R. Swanberg to A. Simon et al. dated April 8, 2003
9. Exhibit H    Deposition of Paul McKenney of December 2, 2005
10. Exhibit I    Exhibit 435 to the Daniel Frye Deposition Dated January 12, 2005
11. Exhibit J    Consulting Times, Inside IBM – Dan Frye and the Linux Technology Center

These documents have not been filed electronically because:

___    it cannot be converted to electronic format

_X_   the electronic file size of this material exceeds 2 megabytes (MB)

___    the Court by order has excused electronic filing

_X_   it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

These documents have been served conventionally on all parties.

DATED this 25th day of September, 2006.

                                                  HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand


By:     /s/ Brent O. Hatch_____
        *Counsel for The SCO Group, Inc.*

3

## **CERTIFICATE OF SERVICE**

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant International Business Machines Corporation on the 25th day of September, 2006, by CM/ECF to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

/s/ Brent O. Hatch