Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE LLP
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>  Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>  Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING OF EXHIBITS TO SCO'S MEMORANDUM IN SUPPORT OF SCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON IBM'S SIXTH, SEVENTH, AND EIGHTH COUNTERCLAIMS**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original and two copies of the following documents:

1. General Public License
2. Declaration of Erik Hughes (12/7/04)
3. Erik Hughes Deposition Transcript (5/11/04) at 16, 37, 48, 51, 53, 57, 67, 72-73
4. Chris Sontag Deposition Transcript (5/12/04) at 208-209, 211, 221-223
5. Declaration of Chris Sontag (11/30/04)
6. Erik Hughes Deposition Transcript (3/2/06) at 179, 181-182, 186, 188-189, 190-191, 194-195, 200-201
7. Erik Hughes Deposition Transcript (11/1/05) at 37-38, 60, 121

These documents have not been filed electronically because:

___  it cannot be converted to electronic format

___  the electronic file size of this material exceeds 2 megabytes (MB)

___  the Court by order has excused electronic filing

_X_  it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

These documents have been served conventionally on all parties.

DATED this 25th day of September, 2006.

                              HATCH, JAMES & DODGE, P.C.
                              Brent O. Hatch
                              Mark F. James

                              BOIES, SCHILLER & FLEXNER LLP
                              Robert Silver
                              Stuart H. Singer
                              Stephen N. Zack
                              Edward Normand


By:    /s/ Brent O. Hatch_____
          *Counsel for The SCO Group, Inc.*

## **CERTIFICATE OF SERVICE**

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant International Business Machines Corporation on the 25th day of September, 2006, by CM/ECF to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

/s/ Brent O. Hatch