Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE LLP
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING OF SCO'S MEMORANDUM IN SUPPORT OF SCO'S MOTION FOR PARTIAL SUMMARY ON IBM'S SECOND, THIRD, FOURTH AND FIFTH COUNTERCLAIMS AND EXHIBITS THERETO**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original and two copies of the following documents:

A.   **MEMORANDUM IN SUPPORT OF SCO'S MOTION FOR PARTIAL SUMMARY ON IBM'S SECOND, THIRD, FOURTH AND FIFTH COUNTERCLAIMS.**

**Exhibits:**

1. Expert Report of Dr. Evan Ivie (5/19/06)
2. Expert Report of Dr. Evan Ivie (8/28/06)
3. Declaration of Dr. Evan Ivie
4. Expert Report of Marc Rochkind (5/19/06)
5. Expert Report of Marc Rochkind (8/28/06)
6. Declaration of Marc Rochkind
7. Expert Report of Dr. Thomas Cargill (5/19/06)
8. Expert Report of Dr. Thomas Cargill (7/17/06)
9. Expert Report of Dr. Thomas Cargill (7/17/06)
10. Declaration of Dr. Thomas Cargill
11. McMillan, $1 Billion Well Spent?
12. IBM Linux GM:  Enterprises beyond TCO questions with Linux
13. Open-source leader:  SCO suits a boon to Linux
14. How SCO's Threats Rallied Linux
15. Deposition of Daniel Frye, 11/18/05 (Vol. II), at 378

16. Expert Report of J. R. Kearl, 5/19/06, at 7-9, 11

17. Declaration of Jim Wilt (11/23/04)

18. Declaration of Steve Sabbath (11/19/04)

These documents have not been filed electronically because:

\_\_\_  it cannot be converted to electronic format

_X_  the electronic file size of this material exceeds 2 megabytes (MB)

\_\_\_  the Court by order has excused electronic filing

_X_  it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

These documents have been served conventionally on all parties.

DATED this 25th day of September, 2006.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER LLP
        Robert Silver
        Stuart H. Singer
        Stephen N. Zack
        Edward Normand

    By: /s/ Brent O. Hatch_____
      *Counsel for The SCO Group, Inc.*

## **CERTIFICATE OF SERVICE**

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant International Business Machines Corporation on the 25th day of September, 2006, by CM/ECF to the following:

    David Marriott, Esq.
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York 10019

    Donald J. Rosenberg, Esq.
    1133 Westchester Avenue
    White Plains, New York 10604

    Todd Shaughnessy, Esq.
    Snell & Wilmer LLP
    1200 Gateway Tower West
    15 West South Temple
    Salt Lake City, Utah 84101-1004

                                    /s/ Brent O. Hatch_____