Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE LLP
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC. Plaintiff/Counterclaim-Defendant, v. INTERNATIONAL BUSINESS MACHINES CORPORATION, Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING OF SCO'S MEMORANDUM IN SUPPORT OF SCO'S MOTION FOR PARTIAL SUMMARY ON SCO'S THIRD CAUSE OF ACTION FOR BREACH OF CONTRACT** <br><br> Case No. 2:03CV0294DAK <br><br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original and two copies of the following documents:

**1. MEMORANDUM IN SUPPORT OF SCO'S MOTION FOR PARTIAL SUMMARY ON SCO'S THIRD CAUSE OF ACTION FOR BREACH OF CONTRACT**.

These documents have not been filed electronically because:

___ it cannot be converted to electronic format

___ the electronic file size of this material exceeds 2 megabytes (MB)

___ the Court by order has excused electronic filing

_X_ it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

These documents have been served conventionally on all parties.

DATED this 25th day of July, 2006.

                                            HATCH, JAMES & DODGE, P.C.
                                            Brent O. Hatch
                                            Mark F. James

                                            BOIES, SCHILLER & FLEXNER LLP
                                            Robert Silver
                                            Stuart H. Singer
                                            Stephen N. Zack
                                            Edward Normand

                              By:    /s/ Brent O. Hatch_____
                                        *Counsel for The SCO Group, Inc.*

## **CERTIFICATE OF SERVICE**

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant International Business Machines Corporation on the 25th day of September, 2006, by CM/ECF to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

/s/ Brent O. Hatch