Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP,<br><br>Plaintiff/Counterclaim-Defendant<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff | **DECLARATION OF BRENT O. HATCH REGARDING THE EXHIBITS TO SCO'S MEMORANDUM FOR RELIEF FOR IBM'S SPOLIATION OF EVIDENCE**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

I, Brent O. Hatch, declare:

1. I am a citizen of the United States, am over the age of 21, and am competent to testify to the matters set forth herein.

2. I am an attorney at law duly licensed to practice before all the Courts of the State of Utah, and an attorney with the firm of HATCH, JAMES & DODGE PC, counsel for Plaintiff, The SCO Group, Inc., in the pending action.

3. Attached to SCO's Memorandum for Relief for IBM's Spoliation of Evidence ("SCO's Memo for Relief-SPOLIATION") and filed therewith as Exhibit A is a true and correct copy of SCO's Complaint, dated March 6, 2003.

4. Attached to SCO's Memo for Relief-SPOLIATION and filed therewith as Exhibit B is a true and correct copy of the Deposition of Daniel Frye, dated November 18, 2005.

5. Attached to SCO's Memo for Relief-SPOLIATION and filed therewith as Exhibit C is a true and correct copy of the Deposition of Daniel Frye, dated January 12, 2005.

6. Attached to SCO's Memo for Relief-SPOLIATION and filed therewith as Exhibit D is a true and correct copy of the Deposition of Daniel Frye, dated January 20, 2006.

7. Attached to SCO's Memo for Relief-SPOLIATION and filed therewith as Exhibit E is a true and correct copy of the Declaration of Kaena Freitas, dated December 14, 2005.

8. Attached to SCO's Memo for Relief-SPOLIATION and filed therewith as Exhibit F is a true and correct copy of the Deposition of Jay Vosburgh, dated November 17 2005.

9. Attached to SCO's Memo for Relief-SPOLIATION and filed therewith as Exhibit G is a true and correct copy Email from R. Swanberg to A. Simon, et al., dated April 8, 2003.

10. Attached to SCO's Memo for Relief-SPOLIATION and filed therewith as Exhibit H is a true and correct copy of the Deposition of Paul McKenney, dated December 2, 2005.

11. Attached to SCO's Memo for Relief-SPOLIATION and filed therewith as Exhibit I is a true and correct copy of Exhibit 435 to the Daniel Frye Deposition, dated January 12, 2005.

12. Attached to SCO's Memo for Relief-SPOLIATION and filed therewith as Exhibit J is a true and correct copy of Consulting Times, <u>Inside IBM-Dan Frye and the Linux Technology Center.</u>

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of September, 2006.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER LLP
        Robert Silver
        Stuart H. Singer
        Stephen N. Zack
        Edward Normand

By: _____

*Counsel for The SCO Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September, 2006, I caused to be served a true and correct copy of the foregoing by CM/ECF or by U.S. Mail, postage prepaid, to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101

_____