
Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP,<br><br>Plaintiff/Counterclaim-Defendant<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff | **DECLARATION OF BRENT O. HATCH REGARDING THE EXHIBITS TO SCO'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON IBM'S SECOND, THIRD, FOURTH, AND FIFTH COUNTERCLAIMS**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

I, Brent O. Hatch, declare:

1.  I am a citizen of the United States, am over the age of 21, and am competent to testify to the matters set forth herein.

2.  I am an attorney at law duly licensed to practice before all the Courts of the State of Utah, and an attorney with the firm of HATCH, JAMES & DODGE PC, counsel for Plaintiff, The SCO Group, Inc., in the pending action.

3.  Attached to SCO's Memorandum in Support of Motion for Summary Judgment on IBM's Second, Third, Fourth and Fifth Counterclaims ("SCO's Memo in Support of SJ-Counterclaims") and filed therewith as Exhibit A is a true and correct copy of Expert Report of Dr. Evan Ivie, dated 5/19/06.

4.  Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit B is a true and correct copy of the Expert Report of Dr. Evan Ivie, dated 8/28/06.

5.  Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit C is a true and correct copy of the Declaration of Dr. Evan Ivie.

6.  Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit D is a true and correct copy of Expert Report of Marc Rochkind, dated 5/19/06.

7.  Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit E is a true and correct copy of the Expert Report of Marc Rochkind, dated 8/28/06.

8.  Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit F is a true and correct copy of the Declaration of Marc Rochkind..

9.  Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit G is a true and correct copy Expert Report of Dr. Thomas Cargill, dated 5/19/06.

10. Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit H is a true and correct copy of the Expert Report of Dr. Thomas Cargill, dated 7/17/06.

11. Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit I is a true and correct copy of Expert Report of Dr. Thomas Cargill, dated 7/17/06.

12. Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit J is a true and correct copy of Declaration of Dr. Thomas Cargill.

13. Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit K is a true and correct copy of McMillan, <u>$1 Billion Well Spent?.</u>

14. Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit L is a true and correct copy of <u>IBM Linux GM: Enterprises beyond TCO questions with Linux.</u>

15. Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit M is a true and correct copy <u>Open-source leader: SCO suits a boon to Linux.</u>

16. Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit N is a true and correct copy of <u>How SCO's Threats Rallied Linux.</u>

17. Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit O is a true and correct copy of Deposition of Daniel Frye, Vol. II, page 378, dated 11/18/05.

18. Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit P is a true and correct copy of Expert Report of J. R. Kearl, pages 7-9, 11, dated 5/19/06.

19. Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit Q is a true and correct copy of Declaration of Jim Wilt, dated 11/23/04.

20. Attached to SCO's Memo in Support of SJ-Counterclaims and filed therewith as Exhibit Q is a true and correct copy of Declaration of Steve Sabbath, dated 11/19/04.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of September, 2006.

                      HATCH, JAMES & DODGE, P.C.
                      Brent O. Hatch
                      Mark F. James

                      BOIES, SCHILLER & FLEXNER LLP
                      Robert Silver
                      Stuart H. Singer
                      Stephen N. Zack
                      Edward Normand

By: _/s/ [signature]_____

*Counsel for The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2006, I caused to be served a true and correct copy of the foregoing by CM/ECF or by U.S. Mail, postage prepaid, to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101

_____