Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP,<br><br>Plaintiff/Counterclaim-Defendant<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff | **DECLARATION OF BRENT O. HATCH REGARDING THE EXHIBITS TO SCO'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON SCO'S THIRD CAUSE OF ACTION FOR BREACH OF CONTRACTS**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

I, Brent O. Hatch, declare:

1.  I am a citizen of the United States, am over the age of 21, and am competent to testify to the matters set forth herein.

2.  I am an attorney at law duly licensed to practice before all the Courts of the State of Utah, and an attorney with the firm of HATCH, JAMES & DODGE PC, counsel for Plaintiff, The SCO Group, Inc., in the pending action.

3.  Attached to SCO's Memorandum in Support for Partial Summary Judgment on SCO's Third Cause of Action for Breach of Contracts ("SCO's Memo for PSJ-Contracts") and filed therewith as Exhibit A is a true and correct copy of AT&T - Sequent Software Agreement.

4.  Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit B is a true and correct copy of AT&T - Sequent Sublicensing Agreement.

5.  Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit C is a true and correct copy of David Frasure Deposition Transcript, pages 178, dated 6/8/04.

6.  Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit D is a true and correct copy of David Frasure BSD Deposition Transcript, pages 113, 121, dated 12/8/92.

7.  Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit E is a true and correct copy Geoffrey Green Deposition Transcript, pages 113, 130-1, dated 11/15/04.

8.  Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit F is a true and correct copy of Burt Levine Deposition Transcript, pages 38, 40-41, 47, 268, dated 1/19/05.

9. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit G is a true and correct copy of Otis Wilson Deposition Transcript, page 120, dated 8/25/06

10. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit H is a true and correct copy of David Rodgers Deposition Transcript, pages 27, 31-32, 138, dated 6/10/04.

11. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit I is a true and correct copy of David Roger Swanson Deposition Transcript, pages 52, 82, dated 1/17/06.

12. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit J is a true and correct copy of Thomas Cronan Deposition Transcript, page 40, dated 12/14/04.

13. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit K is a true and correct copy of Jeffrey Mobley Deposition Transcript, page 50, dated 1/24/06.

14. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit L is a true and correct copy of Edward Kennedy Deposition Transcript, page 192, dated 3/3/06.

15. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit M is a true and correct copy of Declaration of Ira Kistenberg, ¶ 5, dated 11/12/04.

16. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit N is a true and correct copy of Michael DeFazio Deposition Transcript, page 223, dated 1/13/05.

17. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit O is a true and correct copy of Declaration of Mitzi Bond, ¶ 11(e), dated 11/4/04.

18. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit P is a true and correct copy of Mitzi Bond BSD Deposition Transcript, pages 220-21, dated 12/11/92.

19. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit Q is a true and correct copy of Declaration of Evelyn Davis, ¶ 6(c), dated 11/4/04.

20. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit R is a true and correct copy of Letter from Roger Swanson to Ira Kistenberg, dated May 14, 1987 (1710097859).

21. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit S is a true and correct copy of William Sandve Deposition Transcript, page 11, dated 11/19/04.

22. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit T is a true and correct copy of Report of SCO Expert Marc Rochkind, dated 5/19/06.

23. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit U is a true and correct copy of Rebuttal Report of SCO Expert Marc Rochkind, dated 8/28/06.

24. Attached to SCO's Memo for PSJ-Contracts and filed therewith as Exhibit V is a true and correct copy of Rebuttal Report of SCO Expert Tom Cargill, dated 8/28/06.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of September, 2006.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand

By: _____

*Counsel for The SCO Group, Inc.*

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2006, I caused to be served a true and correct copy of the foregoing by CM/ECF or by U.S. Mail, postage prepaid, to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101