# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, Inc., a Delaware corporation, ) ) ) | **DECLARATION OF MARC J. ROCHKIND** |
| Plaintiff/Counterclaim-Defendant, ) | |
| vs. ) ) | Case No. 2:03CV0294DAK |
| INTERNATIONAL BUSINESS MACHINES ) CORPORATION, a New York corporation, ) ) | Honorable Dale A. Kimball Magistrate Judge Brook C. Wells |
| Defendant/Counterclaim-Plaintiff. ) ) ) ) ) ) | |

I, Marc J. Rochkind, hereby declare:

1.      I have been retained as an expert in the above-captioned case.

2.      I have prepared and submitted the following two expert reports in the above-captioned case: (1) An Analysis of Certain Technical Issues in: The SCO Group, Inc. v. International Business Machines Corp, Inc., Case No. 2:03cv00294 DAK, and (2) Rebuttal Report of Marc Rochkind The SCO Group, Inc. v. International Business Machines Corp, Inc., Case No. 2:03cv00294 DAK.

3.      The statements in the above-mentioned expert reports are true and correct to the best of my knowledge.

I hereby certify under penalty of perjury and the laws of the State of Utah and the United

States of America that the foregoing is true and correct.

Signed this 25th day of September 2006 at Boulder, Colorado.

_____
Marc J. Rochkind

2