# EXHIBIT L

Activate your FREE membe

**OpenSource**

TechTarget Data
CONFERENCES

SearchOpen$

| HOME | NEWS | TOPICS | ITKNOWLEDGE EXCHANGE | TIPS | ASK THE EXPERTS | WEBCASTS | WHITE PAPERS | PROD |

SEARCH this site and the web    [SEARCH]    ADVANCED SEARCH  |  SITE MAP

Sign up for the Linux Desktops newsletter from SearchOpenSource.com and learn when, why and how to choose Linux.

Home > Open Source News > 1IBM Linux GM: Enterprises beyond TCO questions with Linux

# Open Source News:

✉ EMAIL THIS   ⌘ LICE

QUESTION & ANSWER
## 1IBM Linux GM: Enterprises beyond TCO questions with Linux

By Michael S. Mimoso, Senior News Editor
28 Jun 2004 | SearchOpenSource.com

*Used to be that nobody got fired for buying IBM. Big Blue's Linux general manager Jim Stallings, whose job it is to champion Linux use in the enterprise, seems to think times are changing. In this interview, he explains that IT departments worldwide are having to defend the presence of proprietary technology and explain why Linux and open source aren't being used in-house.*

*Stallings cites ubiquitous Linux use in the financial services industry and increasing deployments in government settings where Unix, Windows NT and OS/2 are being phased out and agencies are "re-plumbing" with Linux. Recent high-profile desktop deals in Munich, Germany, and Bergen, Norway, are also giving Linux advocates reason to puff out their chests.*

*Here, Stallings also talks about IBM's Linux strategy and how it's going after Windows NT users, and he delves into the issue of intellectual property and patents.*


Jim Stallings

**Enterprise decision makers are more informed now about Linux than when IBM made its billion-dollar commitment to Linux in 2001. As you talk to customers, how have their IT strategies and questions around Linux changed?**
Jim Stallings: Going back a year or so, most large enterprise customers had a Linux strategy, but it was limited to the outer circle, edge-of-network stuff. It was all about total cost of ownership and Unix-to-Linux migrations on the edge of network. Now, it's gone beyond TCO. It's about security, reliability and redeployment of skills, as Unix and Windows moves out and Linux moves in. They want to know how to model their patch management processes, redeployment processes and when to update software.

Linux is the fastest growing operating system, and enterprises are building it into all

models going forward. If new applications are coming out, for example, they want to know why it's not available for Linux.

IT managers are having to defend their decisions to go on proprietary platforms.

Governments ask questions about reliability and security. They understand TCO; it's all about security.

We have fewer conversations where we have to evangelize Linux. We now have hardcore business models around Linux where they're starting projects on Linux and realizing faster TCO than if they start on Unix and port later [to Linux].

Customers are smarter about migration costs, and smart about leveraging the assets they've paid for. It makes sense.

**Support is a perennial sticking point when it comes to Linux in the enterprise. Do customers want to ramp up their skill sets or are they buying services?**
Stallings: Support is a big issue for customers. Customers want to scale up on the skill side. Customers say, 'We can do this migration, but when there's a problem, whom do we call?' IBM can help. Smaller outsourcers can help.

> **IT managers are having to defend their decisions to go on proprietary platforms.**
> Jim Stallings
> Linux general manager,
> IBM Corp.

**Can you provide an update on IBM's NT-to-Linux migration program announced in January at LinuxWorld?**
Stallings: It's popular. Microsoft is forcing this impending situation on its customers [Microsoft announced it will end support for Windows NT on Dec. 31]. You got to go over a cliff, you have to decide which boat you're going to get on. We had 60,000 migrations from NT to Linux in the first quarter. I haven't seen the second quarter numbers, but I would dare say it's going to be significantly higher -- and as we get closer to Dec. 31, it's going to jump higher.

One thing that's happening because of this NT situation is that customers are asking why not consider all their servers. Shops have a mix of Windows 2000 and Windows 2003 servers, why not sweep the floor and do a one-time cleanup? A lot of them figure they're going to Linux some day, why not now?

**How concerned are customers about the intellectual property and patent threats raised against Linux by SCO and others?**
Stallings: Customers have gotten very smart about this situation since [SCO's multibillion dollar suit] was launched against IBM last year. Thousands of CEOs got the letter threatening them with a lawsuit. It forced them to do due diligence. They are very current on this, and business is actually accelerating.

Businesses are realizing that open source is a collaborative model, which is obviously real different from the commercial software model. Businesses get the benefits of this collaboration and are moving more classes of workloads onto what has become a reliable alternative.

We hear questions about IP and we share what we know with them. The Linux community has also stepped forward with Linus Torvalds' Developer's Certificate of Origin that certifies contributors know the origin of their code and that it's not stolen. The community voluntarily addressed these concerns, and customers are very aware of what's going on.

Red Hat, SuSE and the OSDL [Open Source Development Lab], meanwhile, have offered ample protection, and I think you're going to see more in this area.

**FOR MORE INFORMATION**

**IBM has had long-standing partnerships with Red Hat and SuSE. What is your take on Novell's acquisition of SuSE and

IBM predicts victory over SCO in this story from LinuxWorld New York 2004

SearchEnterpriseLinux.com expert adviser Scott Nathan explains why the SCO suit is flawed

**its commitment to Linux?**
Stallings: Novell's been a good IBM partner for 20 years. Given where Novell was and what they had to do — they've seen Linux adoption like we've seen it — Novell was faced with a set of business choices. Given the adoption of Linux — IDC [International Data Corp.] reported 63% growth in the fourth quarter — you can't ignore those numbers. They chose Linux. Novell has good products that they are moving to the new platform. With SuSE as its distributor, they have the development capabilities and Novell services to do those migrations. It makes a lot of sense.

**What's on IBM's Linux agenda for the next six months?**
Stallings: You are going to continue to hear about continued investments to help customers protect their skills, and hear more about services and support.

Our Sector7 acquisition [IBM acquired application service porting provider Sector7 last September] specializes in migrating servers and desktops. We've built a migration factory, a set of tools to help move customers over.

You'll also hear more from IBM on helping customers on the desktop with IBM's Workplace client technology.

You'll also hear a lot more from us in emerging markets like China, India, Brazil and Korea. We have centers in each of those nations and those will be expanding there. There are massive numbers there.

Share - Digg This!    Bookmark with Del.icio.us

**OPEN SOURCE RELATED LINKS**

Ads by Google

**Small Business Security**
Evaluate your security threat level Listen to the Podcast report now
www.symantec.com

**Network Architecture**
Free White Paper Library Focused On Networking Topics From Top Vendors
www.FindWhitePapers.com

**Network Protocol Handbook**
All active protocol fully explained well illustrated. Download Now!
www.javvin.com

**LANDesk Server Manager**
Manage servers effectively & safely with secure gateway technology.
Ldms.com

**Free 30 Day Software Test**
Secure Password Storage Check out Symark.com for more info
www.Symark.com

**RELATED CONTENT**
- **Decision criteria**
  Open source router on par with Cisco, users say
  Architectural and platform implications in OSS
  Getting started with Linux: Installing, find apps for enterprise Linux
  Closing code won't save you
  Sybase vs. Oracle: Users speak out
  Why Linux?
  Why open source software?

A comparison of Linux and Windows
Migrating from Microsoft SQL Server to MySQL
Preaching the virtues of Linux
Decision criteria Research

- **Trends, research and opinions**
  Open source code: Incorporation, release and enterprise evaluation
  Open source router on par with Cisco, users say
  Open source vet looks inside Microsoft's Sourceforge knockoff
  Microsoft's IIS 7 will aid PHP developers' Linux deployments
  Releasing code into open source
  Evaluating OSS for the enterprise
  Architectural and platform implications in OSS
  Now shipping: Red Hat-JBoss application stack
  SELinux Symposium
  Mainframe programming and open source -- Where's the beef?

- **Cost**
  Linspire CEO: Let Linux compete to keep market fair
  Enterprise Linux apps gap disappearing
  How IT pros got hooked on open source software
  Linux gains are more than money
  With open source, free isn't always a bargain
  Governments getting cozy with Linux
  Hardware spending hits its stride with Linux
  Open Source : a r/evolution in the software industry?
  Users: No second thoughts on Linux use
  Selling your CIO on Linux

(i) **RELATED GLOSSARY TERMS**
Terms from Whatis.com – the technology online dictionary
- Beowulf  (SearchOpenSource.com)

(i) **RELATED RESOURCES**
- 2020software.com, trial software downloads for accounting software, ERP software, CRM software and business software systems
- Search Bitpipe.com for the latest white papers and business webcasts
- Whatis.com, the online computer dictionary



REFERENCE DESK
### Decision criteria

**NEWS, TIPS & MORE**
- Closing code won't save you (EXPERT A
- 2006: Time to plan your company's esca (OPINION)
- Ignoring open source hazardous to your
- Covalent tosses Salesforce for SugarCF

**VENDOR CONTENT**
- Dan Diephouse on SOA and XFire (WEE



- CRM: On-Demand or On-Site? Choose Deployment Option (WEBCAST)
- Installing Apache Web Server Using Re Linux (WHITE PAPER)
- Installing Samba in a Linux Environment
→ VIEW MORE

**SEE ALSO**
- **Related Topics:**
  Decision criteria , Linux versus Windows Unix, Linux in heterogeneous environme
- **Site Highlights:**
  Free Learning Center
  The Case for Konqueror

**GET E-MAIL UPDATES**

Submit your e-mail below to receive Open news, tech tips and more, delivered to you

☐ **Today's News**

☐ **Linux and Open Source Software D**

☐ **Administration, Interoperability and**

E-mail: [Your E-mail Address]

Not a member? We'll activate you membership with your subscriptio

| HOME | NEWS | TOPICS | ITKNOWLEDGE EXCHANGE | TIPS | ASK THE EXPERTS | WEBCASTS | WHITE PAPERS | PROD |

About Us | Contact Us | For Advertisers | For Business Partners | Reprints | RSS            SEARCH

SearchOpenSource.com is part of the TechTarget network of industry-specific IT Web sites

**CIO AND IT MANAGEMENT**
SearchCIO.com
SearchSMB.com
WhatIs.com

**STORAGE AND DATA CENTER**
SearchStorage.com
Search400.com
SearchDataCenter.com

**WINDOWS AND DISTRIBUTED COMPUTING**
SearchWinIT.com
SearchExchange.com
SearchSQLServer.com
SearchWindowsSecurity.com
SearchWinComputing.com
SearchServerVirtualization.com
Labmice.net
SearchOpenSource.com
SearchDomino.com

**NETWORKING**
SearchNetworking.com
SearchVoIP.com
SearchMobileComputing.com

**SECURITY**
SearchSecurity.com

**APPLICATION DEVELOPMENT**
TheServerSide.com
TheServerSide.NET
SearchAppSecurity.com
SearchWebServices.com
SearchVB.com

**ENTERPRISE APPLICATIONS**
SearchCRM.com
SearchDataManagement.com
SearchOracle.com
SearchSAP.com
2020software.com

TechTarget Expert Answer Center | TechTarget Events | TechTarget Corporate Web Site | Media Kit | Site Map

Explore **SearchTechTarget.com**, the guide to the TechTarget network of industry-specific IT Web sites.

All Rights Reserved, Copyright 2003 - 2006, TechTarget                                    Read our l