# EXHIBIT M

Case 2:03-cv-00294-DN   Document 820-14   Filed 09/27/06   PageID.10788   Page 2 of 4



Special Reports: ZDNet Asia SMART50 Awards • SMB IT Priorities 2006/07 • Asia's IT Employment Trends • Tech Outloc

News > Software > Article

# Open-source leader: SCO suits a boon to Linux
By Matt Loney, Special to ZDNet Asia
Friday , March 11 2005 09:27 AM



**SCO's litigation over Linux was hugely unpopular, but there was a big upside, according to the chief executive of the Open Source Development Labs.**



Stuart Cohen, chief executive, OSDL

The legacy of SCO's lawsuits is the scrutiny that Linux code base received, said Stuart Cohen, who, as chief executive of the OSDL, leads one of the most influential organizations in the Linux world. He spoke Monday night at Queen Mary University of London.



"There was a lot of due diligence around the world with people looking at the code and looking at software stacks, and all this work validated that there was nothing there--no risk, no issue," Cohen said.

"The SCO court case ended up on every Web site, in every newspaper and every

**Most Read Ne**
- Is the future of de: going thin?
- EMC's software s<sub>|</sub> shape
- Resolvo debuts o<sub>|</sub> OpenOffice trainir
- Why Vista may be until Easter
- Adobe brings Wel conferencing to A

**Latest News**
▶ HP opens three ne centers
▶ Is the future of de: going thin?
▶ Search engine for files to be bundlec
▶ All Vista versions single disc
▶ Resolvo debuts o<sub>|</sub> OpenOffice trainin
▶ A

**TOOLKITS**
- IT Management
- Security & Availa
- IT Governance
- Storage Managen
- VoIP

Featured Whitepape

magazine. Everybody had to do due diligence. You could not be a CTO or CIO and not do due diligence in 2003-2004 when SCO was suing end users.

"And look at what happened with the market share: People did not say, 'Let's wait until this thing is over.' If anything it accelerated the use of Linux, so it is one of the best things that ever happened to the operating system."

Cohen, whose organization employs Linus Torvalds and lead kernel maintainer Andrew Morton, also said that the SCO litigation is "nearly dead now."

SCO filed suit against IBM in 2003, alleging that the computing giant had misappropriated SCO trade secrets and code copyrights in its work dealing with Linux and with IBM's flavor or Unix, AIX. SCO is seeking US$5 billion from Big Blue.

SCO followed up with suits against Red Hat and Novell and later began threatening to take its own customers to court unless they agreed to pay licence fees for the Linux intellectual property that SCO claims to own.

The federal judge overseeing the SCO Group's suit against IBM recently thwarted an IBM attempt to defang SCO's claims. Still, the judge said that he found SCO's argument "puzzling."

SCO faces mounting financial woes, with falling revenue falling and a possible Nasdaq delisting in the cards.

*Dan Ilett of ZDNet UK reported from London.*

- Email Security and Availability
- Symantec™ Secu Response - Top F Messaging Securi 2006.
- Multi-tier Email Se The need for defei depth.

**All IT Library whitep**

**TECHGUIDE**

 Open S

Try Web-page editi cross-platform Nvu
25 Sep 2006

 Wireles

Practical tips for bi small office netwoi
25 Sep 2006

 Java

Discover how the Interface works
22 Sep 2006

▶ Back to Software

**PRINT STORY**   **EMAIL STORY**   **GET THIS IN YOUR INBOX**

**TALKBACK**

Post your message here

**RELATED STORIES**
- ▶ SCO Group faces possible Nasdaq delisting
- ▶ SCO seals deal for legal expense cap
- ▶ SCO to launch legal Web site

**High Availability**
Failure is not an option. Integrate, protect, audit your data
www.datamirror.com

**AMD & Red Hat**
Stable, Innovative Linux Computing. Learn More w/Webcast & Downloads
www.amd.com

**Server Capacity Planning**
Easy to implement solutions for balancing capacity, workload & cost
www.isaccountable.com

(about)

**Sponsored Links**

| | |
|---|---|
| IBM BPAS | Your one stop portal to the right business solutions |
| TechnoVisionaries Award | Be recognized as one of Asia's most promising tech startups |
| Free USB Hub | Learn more about Alcatel IP Communication success stories |
| Server worries? | Migrate to IBM System p, the world's No. 1 Unix server. |
| IT Salary Survey | Find out if you are paid what you are worth |
| SMBs succeed SAP | Get more success strategies. Details in the free whitepaper. |
| Windows SMB Backup | Simple & Economical Backup Software. Trial BackupAssist now. |

ZDNet Asia: News | Insight | SMB | IT Library | TechGuides
Toolkits | Downloads | Premium Newsletters | RSS feeds XML

Search [ ] Sitewide
Go

Around the World: ZDNet AU | ZDNet China | ZDNet India | ZDNet Korea | ZDNet Japan | ZDNet.com | ZDNet UK | ZDNet Germany | Z

Advertise | About CNET Networks | Go to CNET Asia | Jobs @ CNET in Asia

Copyright © 1995-2006 CNET Networks, Inc. All rights reserved. Privacy Policy.