# EXHIBIT K

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT


THE SCO GROUP, INC.,                )

     Plaintiff/Counterclaim        )     CIVIL ACTION NO.

     Defendant,                    )     2:03CV-0294 DAK

     v.                            )

INTERNATIONAL BUSINESS              )

MACHINES CORPORATION,               )

     Defendant/Counterclaim        )

     Plaintiff.                    )

    .


VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF JEFFREY W. MOBLEY

TAKEN ON BEHALF OF THE

PLAINTIFF/COUNTERCLAIM DEFENDANT

Williamsburg, Virginia

January 24, 2006


JOB NO. 180691

658e1c00-5c12-49b6-a288-19378701fd69

Page 50

1  of what a derivative work was within the meaning of
2  this paragraph?
3      A.   A general understanding.
4      Q.   And could you explain your general
5  understanding to me?
6      A.   Well, it's a work that is, to some
7  degree, based upon or including the -- you know, the
8  base work.  It's kind of hard to describe
9  specifically, you know, what is a derivative work.
10     Q.   What was the basis for that general
11  understanding of what the phrase derivative work meant
12  in paragraph 2.01 to the best of your recollection?
13     A.   In the context of the particular 2.01
14  section for use, it was an acknowledgment that
15  enhancements needed to be made to System V to make it
16  worthwhile for the end user, and those enhancements
17  which were made by IBM were to belong to IBM.
18     Q.   There's also in that second sentence of
19  paragraph 2.01 a reference to IBM's right to modify
20  the software product.
21          Did you have an understanding at the time
22  of the execution and discussion of the agreement and
23  the side letter as to whether IBM's right to modify
24  was the same as or different from its right to create
25  derivative works?

Page 51

1          MR. BROADWATER:  Objection to the form.
2          THE WITNESS:  I would think that
3  modification and the creation of derivative work is
4  kind of part and parcel of the same concept.
5  BY MR. NORMAND:
6      Q.   I just need to ask whether -- can you
7  recall drawing a distinction between those two terms
8  or not?
9      A.   No, I can't recall that.
10     Q.   I asked you earlier about quote/unquote
11  the resulting materials referred to in that sentence;
12  do you see that?
13     A.   Yeah.
14     Q.   Do you have a view as you read this
15  sentence today as to whether the resulting materials
16  referred to in paragraph 2.01 refers to the
17  modifications or derivative works referred to earlier
18  in that sentence?
19          MR. BROADWATER:  Objection to the form.
20          THE WITNESS:  Yeah, I think I told you
21  before I wasn't really sure what resulting materials
22  meant.
23  BY MR. NORMAND:
24     Q.   I want to propose an interpretation of
25  this sentence to you, and let me know if you disagree

Page 52

1  or agree or don't have a view one way or the other.
2          And my question is whether the resulting
3  materials referred to in that sentence do refer to the
4  modifications or derivative works that IBM has the
5  right to create under the agreement and when I ask
6  whether you agree with that interpretation, disagree,
7  or don't have a view?
8          MR. BROADWATER:  Objection.
9          THE WITNESS:  I don't agree.
10  BY MR. NORMAND:
11     Q.   Okay.  And can you explain to me why you
12  don't agree?
13     A.   Because that's not what it says.
14     Q.   If not referring to the modifications or
15  derivative works, do you have a view as to what,
16  quote, the resulting materials, end quote, do refer
17  to?
18     A.   I think I mentioned to you that I did
19  not.
20     Q.   Okay.  So -- but in your view you know
21  that they don't refer to the modifications or
22  derivative works; is that your view?
23     A.   I don't know how you can make the
24  statement that they do.  I didn't say that they don't.
25  I don't know how you can make the statement that they

Page 53

1  do.  I said I don't know what the resulting materials
2  might be.
3      Q.   Well, and all I mean to ask is in your
4  view you do know that they do not refer to the
5  modifications or derivative works; is that fair to
6  say?
7          MR. BROADWATER:  Objection to the form.
8  This is the third time.  Now it has three double
9  negatives -- or two double negatives.
10  BY MR. NORMAND:
11     Q.   And you can answer the question if you
12  understood it.
13     A.   I'm confused here.
14     Q.   Okay.  Let me ask you if you can recall,
15  Mr. Mobley -- I asked you before whether you can
16  recall reading the license agreement independent of
17  the side letter.
18          Do you remember that series of questions
19  and answers?
20     A.   I remember you asked.
21     Q.   Can you recall whether you thought
22  paragraph 2.01 was ambiguous?
23     A.   I can't recall what I read 20 years ago.
24     Q.   Can you recall whether you thought any
25  part of the software agreement itself was ambiguous?

14  (Pages 50 to 53)

658e1c00-5c12-49b6-a288-19378701fd69