FILED
U.S. DISTRICT COURT

2006 SEP 29  A 10: 49

DISTRICT OF UTAH

RECEIVED CLERK
SEP 27 2006
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br> Plaintiff/Counterclaim-Defendant <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br> Defendant | : <br> : ORDER FOR PRO HAC VICE ADMISSION <br> : <br> : <br> : Case Number 2:03CV0294 DAK |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of **Roger G. Brooks** in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this 29th day of September, 2006.

_Dale A. Kimball_
U.S. District Judge

FEE PAID