SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **DECLARATION OF TODD M. SHAUGHNESSY WITH UNSEALED OR REDACTED EXHIBITS** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

I, Todd M. Shaughnessy, declare as follows:

1.      I represent IBM in the lawsuit brought by SCO against IBM, titled The SCO Group, Inc. v. International Business Machines Corporation, Civil No. 2:03CV-0294 DAK (D. Utah 2003).

2.      This declaration is submitted in support of Defendant/Counterclaim-Plaintiff IBM's various motions for summary judgment.  Unless stated otherwise, it is based on personal knowledge.

3.      Included on the DVD, submitted herewith, are true and current copies of the following documents, which can be accessed by clicking on the appropriate link:

| Exhibit Number | Description of Document |
|---|---|
| 1 | SCO's original Complaint, dated March 6, 2003 |
| 2 | SCO's Amended Complaint, dated July 22, 2003 |
| 3 | SCO's Second Amended Complaint, dated February 27, 2004 |
| 4 | IBM's Second Amended Counterclaims, dated March 29, 2004 |
| 5 | SCO's Answer to IBM's Second Amended Counterclaims, dated April 23, 2004 |
| 6 | IBM's Answer to the Amended Complaint and Counterclaim-Plaintiff IBM's Counterclaims Against SCO, dated August 6, 2003 |
| 7 | SCO's Amended Answer to IBM's Amended Counterclaims, dated March 11, 2004 |
| 8 | Complaint in Red Hat, Inc. v. The SCO Group, Inc., Civ. A. No. 03-772 (D. Del.), dated March 3, 2004 |
| 9 | Complaint in The SCO Group, Inc. v. AutoZone, Inc., Case No. CV-S-04-0237 (D. Nev.), dated March 2, 2004 |
| 10 | SCO's Proposed Third Amended Complaint |

| Exhibit Number | Description of Document |
|---|---|
| 11 | IBM's First Set of Interrogatories and First Request for the Production of Documents, dated June 13, 2003 |
| 12 | IBM's Second Set of Interrogatories and Second Request for the Production of Documents, dated September 16, 2003 |
| 13 | IBM's Third Set of Interrogatories and Third Request for Production of Documents, dated October 29, 2003 |
| 14 | IBM's Fourth Set of Interrogatories and Fourth Request for Production of Documents, dated March 29, 2004 |
| 15 | IBM's Fifth Request for Production of Documents, dated May 14, 2004 |
| 16 | IBM's Fifth Set of Interrogatories, dated July 30, 2004 |
| 17 | IBM's Sixth Set of Interrogatories and Sixth Request for Production of Documents, dated January 11, 2005 |
| 18 | IBM's Seventh Request for the Production of Documents, dated September 2, 2005 |
| 19 | IBM's Seventh Set of Interrogatories, dated February 14, 2006 |
| 20 | Defendant/Counterclaim-Plaintiff IBM's Notice of 30(b)(6) Deposition, dated September 2, 2005 |
| 21 | Document titled "IBM Linux Update", dated September 23, 1999 and bearing Bates numbers 1710091325-37 |
| 22 | Article by Stephen Shankland, titled "Itanium: A cautionary tale", from CNET News.com, dated December 8, 2005 |
| 23 | Document titled "IBM-SCO Family Unix Technical Proposal", dated September 2, 1998 and bearing Bates numbers SCO1310620-37 (Under Seal) |
| 24 | Document titled "Options for Distribution and Royalty Flow-Draft 1", bearing Bates numbers 1710141628-29 (Under Seal) |
| 25 | Document titled "genus: An IBM/SCO UNIX Project Marketing Development Plan", bearing Bates numbers SCO1233395-407 |

| Exhibit Number | Description of Document |
|---|---|
| 26 | Article by Brian Pereira, titled "McKinley is one to watch" from Network Magazine India, dated March 2002 |
| 27 | Article by Paul Barker, titled "New HP-Intel pact could hit PC clones hard", from Computing Canada, dated July 6, 1994 |
| 28 | Article by Michael Kanellos, titled "Is Merced doomed?", from CNET News.com, dated January 2, 2002 |
| 29 | Article titled "Intel moves to shore up Itanium support", from itworld.com, dated February 22, 2001 |
| 30 | Article titled "What's Wrong with Merced", from Microprocessor Report, dated August 3, 1998 |
| 31 | SCO's Responses to IBM's First Set of Interrogatories and First Request for the Production of Documents, dated August 4, 2003 |
| 32 | SCO's Supplemental Response to Defendant's First Set of Interrogatories, dated October 23, 2003 |
| 33 | SCO's Revised Supplemental Response to IBM's First and Second Set of Interrogatories, dated January 15, 2004 |
| 34 | SCO's Supplemental Response to IBM's Second Set of Interrogatories and Second Request for the Production of Documents, dated October 23, 2003 |
| 35 | SCO's Response to IBM's Third Set of Interrogatories and Third Request for the Production of Documents, dated October 28, 2003 |
| 36 | SCO's Response to IBM's Third Set of Interrogatories, dated April 19, 2004 |
| 37 | SCO's Responses to IBM's Fourth Set of Interrogatories, dated May 28, 2004 (Under Seal) |
| 38 | SCO's Amended Responses to IBM's Fourth Set of Interrogatories, dated June 25, 2004 (Under Seal) |
| 39 | SCO's Responses to IBM's Fifth Set of Interrogatories, dated September 8, 2004 |

| Exhibit Number | Description of Document |
|---|---|
| 40 | SCO's Response to IBM's Fifth Request for Production of Documents, dated June 14, 2004 |
| 41 | SCO's Response to IBM's Sixth Set of Interrogatories and Request for the Production of Documents, dated March 2, 2005 |
| 42 | SCO's Response to IBM's Seventh Request for the Production of Documents, dated October 11, 2005 |
| 43 | SCO's Second Revised Supplemental Response to IBM's Sixth Set of Interrogatories, dated December 22, 2005 (Under Seal) |
| 44 | SCO's Response to IBM's Seventh Set of Interrogatories, dated April 7, 2006 |
| 45 | SCO's Objections and Responses to Part of IBM's Second Set of Requests for Admission, dated February 28, 2006 |
| 46 | SCO's Supplemental Response to Interrogatory No. 8, dated January 13, 2006 |
| 47 | Letter from Edward Normand to Amy Sorenson, dated September 26, 2005 |
| 48 | Web page titled "Support Services", available at http://www.sco.com/support/download.html |
| 49 | Document titled "Revenue Information for Select Customers for the Period of FY 1999-FY 2005", marked as Exhibit No. 1023 to the December 2, 2005 Deposition of Darl McBride (Under Seal) |
| 50 | Invoice for the period of 1996-1998, marked as Exhibit No. 1024 to the December 2, 2005 Deposition of Darl McBride (Under Seal) |
| 51 | Document titled "Persons or Entities Whose Relationship with SCO IBM Is Alleged to Have Interfered with, Such that SCO Was Damaged, that Are the Subject of SCO's Claims against IBM - Identified by Mr. McBride at Deposition", marked as Exhibit No. 1035 to the December 2, 2005 Deposition of Darl McBride |
| 52 | Letter from Todd M. Shaughnessy to Edward Normand, dated December 5, 2005 |

| Exhibit Number | Description of Document |
|---|---|
| 53 | SCO's Interim Disclosure of Materials Allegedly Misused by IBM, dated October 28, 2005 (Under Seal) |
| 54 | SCO's Disclosure of Materials Allegedly Misused by IBM, dated December 22, 2005 (Under Seal) |
| 55 | Hon. Brooke C. Wells' Order Granting IBM's Motions to Compel Discovery and Requests for Production of Documents, dated December 12, 2003 |
| 56 | Hon. Brooke C. Wells' Order Regarding SCO's Motion to Compel Discovery and IBM's Motion to Compel Discovery, dated March 3, 2004 |
| 57 | Hon. Dale A. Kimball's Memorandum Decision Order, dated February 8, 2005 |
| 58 | Hon. Dale A. Kimball's Order, dated July 1, 2005 |
| 59 | Hon. Brooke C. Wells' Order Granting in Part IBM's Motion to Limit SCO's Claims, dated June 28, 2006 |
| 60 | Letter from Edward Normand to Todd M. Shaughnessy, dated December 8, 2005 |
| 61 | Exhibit 90 to the December 16, 2005 deposition of Ryan Tibbitts |
| 62 | IBM's Memorandum in Support of its First Motion to Compel Discovery, dated October 1, 2003 |
| 63 | IBM's Memorandum in Support of its Second Motion to Compel Discovery, dated November 6, 2003 |
| 64 | SCO's Memorandum in Opposition to IBM's Motion for Summary Judgment on IBM's Tenth Counterclaim for Declaratory Judgment of Non-Infringement, dated July 8, 2004 |
| 65 | IBM's Memorandum in Support of Its Cross-Motion for Partial Summary Judgment on Its Claim for Declaratory Judgment of Non-Infringement, dated May 18, 2004 |
| 66 | IBM's Memorandum in Support of its Motion to Limit SCO's Claims Relating to Allegedly Misused Materials, dated February 13, 2006 |

| Exhibit Number | Description of Document |
|---|---|
| 67 | IBM's Memorandum in Support of its Motion to Confine SCO's Claims to, and Strike Allegations in Excess of, the Final Disclosures, dated June 8, 2006 |
| 68 | SCO's Memorandum in Opposition to IBM's Motion to Limit SCO's Claims Relating to Allegedly Misused Material, dated March 7, 2006 (Under Seal) |
| 69 | SCO's Memorandum in Opposition to IBM's Motion for Partial Summary Judgment on Its Counterclaim for Copyright Infringement (Eighth Counterclaim), dated November 30, 2004 |
| 70 | Declaration of Todd M. Shaughnessy, dated September 22, 2006 |
| 71 | Email from Sean Wilson to Reg Broughton regarding "Oracle 9i cert", bearing Bates number SCO1493122 (Under Seal) |
| 72 | Email from Sean Wilson to execgroup@sco.com regarding "Oracle Discussion", bearing Bates number SCO1601652 (Under Seal) |
| 73 | U.S. Copyright Registration Statement No. TX 5-757-696, registering IBM's copyright to its work titled "Enterprise Volume Management System", dated August 15, 2003 |
| 74 | U.S. Copyright Registration Statement No. TX 5-757-697, registering IBM's copyright to its work titled "Enterprise Class Event Logging", dated August 15, 2003 |
| 75 | U.S. Copyright Registration Statement No. TX 5-757-698, registering IBM's copyright to its work titled "Dynamic Probes", dated August 15, 2003 |
| 76 | U.S. Copyright Registration Statement No. TX 5-757-698, registering IBM's copyright to its work titled "Dynamic Probes", dated August 15, 2003 |
| 77 | U.S. Copyright Registration Statement No. TX 5-757-700, registering IBM's copyright to its work titled "Omni Print Driver", dated August 15, 2003 |
| 78 | U.S. Copyright Registration Statement No. TX 5-757-701, registering IBM's copyright to its work titled "Journaled File System", dated August 15, 2003 |
| 79 | U.S. Copyright Registration Statement No. TX 5-757-702, registering IBM's copyright to its work titled "Next Generation Posix Threading", dated August 15, 2003 |

| Exhibit Number | Description of Document |
|---|---|
| 80 | U.S. Copyright Registration Statement No. TX 5-856-466, registering IBM's copyright to its work titled "Linux Kernel Support for JFS", dated February 2, 2004 |
| 81 | U.S. Copyright Registration Statement No. TX 5-856-467, registering IBM's copyright to its work titled "Linux Kernel S390 Support", dated February 2, 2004 |
| 82 | U.S. Copyright Registration Statement No. TX 5-856-468, registering IBM's copyright to its work titled "Linux Kernel Support for Service Processor", dated February 2, 2004 |
| 83 | U.S. Copyright Registration Statement No. TX 5-856-469, registering IBM's copyright to its work titled "Linux Kernel Support for Memory Expansion Technology", dated February 2, 2004 |
| 84 | U.S. Copyright Registration Statement No. TX 5-856-470, registering IBM's copyright to its work titled "Linux Kernel Support for IBM eServer iService Device", dated February 2, 2004 |
| 85 | U.S. Copyright Registration Statement No. TX 5-856-471, registering IBM's copyright to its work titled "Linux Kernel Support for PCI Hotplug", dated February 2, 2004 |
| 86 | U.S. Copyright Registration Statement No. TX 5-856-472, registering IBM's copyright to its work titled "Linux Kernel Support for Series Hypervisor Terminal", dated February 2, 2004 |
| 87 | U.S. Copyright Registration Statement No. TX 5-856-473, registering IBM's copyright to its work titled "Linux Kernel PPC64 Support", dated February 2, 2004 |
| 88 | U.S. Copyright Registration Statement No. TX 5-856-474, registering IBM's copyright to its work titled "Linux Kernel Support for Mwave Modem", dated February 2, 2004 |
| 89 | IBM's copyrighted work titled "Enterprise Volume Management System" |
| 90 | Excerpts from IBM's copyrighted work titled "Enterprise Class Event Logging" |
| 91 | Excerpts from IBM's copyrighted work titled "Dynamic Probes" |

| Exhibit Number | Description of Document |
|---|---|
| 92 | IBM's copyrighted work titled, "Linux Support Power PC64" |
| 93 | Excerpts from IBM's copyrighted work titled "Omni Print Driver" |
| 94 | IBM's copyrighted work titled "Journaled File System" |
| 95 | IBM's copyrighted work titled "Next Generation Posix Threading" |
| 96 | IBM's copyrighted work titled "Linux Kernel Support for JFS" |
| 97 | IBM's copyrighted work titled "Linux Kernel S390 Support" |
| 98 | IBM's copyrighted work titled "Linux Kernel Support for Service Processor" |
| 99 | IBM's copyrighted work titled "Linux Kernel Support for Memory Expansion Technology" |
| 100 | IBM's copyrighted work titled "Linux Kernel Support for IBM eServer iService Device" |
| 101 | IBM's copyrighted work titled "Linux Kernel Support for PCI Hotplug" |
| 102 | IBM's copyrighted work titled "Linux Kernel Support for pSeries Hypervisor Terminal" |
| 103 | IBM's copyrighted work titled "Linux Kernel PPC64 Support" |
| 104 | IBM's copyrighted work titled "Linux Kernel Support for Mwave Modem" |
| 105 | Form 10-K/A, filed by Caldera Systems, Inc. for the fiscal year ended October 31, 2000 |
| 106 | Form 10-K, filed by Caldera International, Inc. for the fiscal year ended October 31, 2002 |
| 107 | Form 10-K, filed by Caldera Systems, Inc. for the fiscal year ended October 31, 2000 |
| 108 | Form 10-K, filed by Novell, Inc. for the fiscal year ended October 30,1993 |
| 109 | Form 10-K, filed by The Santa Cruz Operation, Inc. for the fiscal year ended September 30, 1996 |

| Exhibit Number | Description of Document |
|---|---|
| 110 | Form 424b, filed by Caldera Systems, Inc., dated March 20, 2000 |
| 111 | Form 10-K, filed by Caldera International, Inc. for the fiscal year ended October 31, 2001 |
| 112 | Form 8-K, filed by Caldera International, Inc., dated May 14, 2003 |
| 113 | Form 10-K, filed by SCO for the fiscal year ended October 31, 2003 |
| 114 | Form 10-K/A (Amendment No. 1) filed by The Santa Cruz Operation, Inc., for the fiscal year ended September 30, 2000 |
| 115 | Form 10-K filed by The Santa Cruz Operation, Inc., for fiscal year ended September 30, 1999 |
| 116 | Email from Sean Wilson to deanr@sco.com and Troy McNamara regarding "Oracle Future for SCO UNIXes", dated June 19, 2003 and bearing Bates numbers SCO1493226-32 (Under Seal) |
| 117 | Email with attachment from Sean Wilson to Gerrald Smith regarding "ISV Certifications", dated August 13, 2004, and bearing Bates numbers SCO1493383-427 (Under Seal) |
| 118 | Transcript of the October 15, 2003 Deposition of Rick Becker (Under Seal) |
| 119 | Software Agreement (Number SOFT-000321) between AT&T Technologies and Sequent Computer Systems, Inc. ("Sequent"), dated April 18, 1985 |
| 120 | Sublicensing Agreement (Number SUB-00015A) between AT&T Technologies and IBM, dated February 1, 1985 |
| 121 | Sublicensing Agreement (Number SUB-000321A) between AT&T Technologies and Sequent, dated January 28, 1986 |
| 122 | Letter agreement Re: Software Agreement Number SOFT-00015, Sublicensing Agreement Number SUB-0015A and Substitution Agreement Number XFER-00015B, between AT&T Technologies and IBM, dated February 1, 1985 |
| 123 | Asset Purchase Agreement between Novell, Inc. and The Santa Cruz Operation, Inc., dated September 19, 1995 |

| Exhibit Number | Description of Document |
|---|---|
| 124 | Amendment No. X, entered into by IBM, Novell, Inc. and The Santa Cruz Operation, Inc., dated October 17, 1996 |
| 125 | Supplement No. 1 to the Software Agreement between AT&T Technologies and IBM |
| 126 | Supplement No. 2 to the Software Agreement between AT&T Technologies and Sequent, dated January 28, 1986 |
| 127 | Software Agreement (Number SOFT-000302) between AT&T Information Systems, Inc. and The Santa Cruz Operation, Inc., dated May 6, 1987 |
| 128 | GNU General Public License |
| 129 | GNU Lesser General Public License |
| 130 | April 1985 edition of AT&T $ echo newsletter |
| 131 | August 1985 edition of AT&T $ echo newsletter |
| 132 | Letter from Brent O. Hatch to Todd M. Shaughnessy, dated April 19, 2004 (Redacted) |
| 133 | Letter from Todd M. Shaughnessy to Brent O. Hatch, dated January 30, 2004 |
| 134 | Letter from Mark J. Heise to David R. Marriott, dated February 4, 2004 |
| 135 | Letter from Joseph A. La Sala, Jr. to Ryan E. Tibbitts, dated October 7, 2003 |
| 136 | Letter from Joseph A. La Sala, Jr. to Ryan E. Tibbitts and Ronald A. Lauderdale, dated October 10, 2003 |
| 137 | Letter from Joseph A. La Sala, Jr. to Ryan E. Tibbitts, dated February 6, 2004 |
| 138 | Letter from Joseph A. La Sala, Jr. to Ryan E. Tibbitts and Ronald A. Lauderdale, dated February 11, 2004 |
| 139 | Letter from Jack L. Messman to Darl McBride, dated June 9, 2003 |
| 140 | Letter from Jack L. Messman to Darl McBride and Ronald A. Lauderdale, dated June 12, 2003 |

| Exhibit Number | Description of Document |
|---|---|
| 141 | Letter from Darl McBride to Lucio A. Noto, dated May 12, 2003 |
| 142 | Form letter from Ryan E. Tibbitts to "Linux User", dated December 19, 2003 |
| 143 | Letter Agreement between Novell, Inc. and IBM, dated October 16, 1996 |
| 144 | Letter from Mark J. Heise to David R. Marriott, dated February 4, 2004 |
| 145 | Letter from Brent O. Hatch to Hon. Dale A. Kimball, dated June 10, 2004 |
| 146 | Letter from Jack B. Blumenfeld to Hon. Sue L. Robinson, dated June 17, 2004 |
| 147 | Letter from Darl McBride to Members of Congress, dated January 8, 2004 |
| 148 | Letter from Darl McBride to Lucio A. Noto, dated May 12, 2003 |
| 149 | Declaration and Expert Report of Timothy F. Bresnahan, dated July 17, 2006 (Under Seal) |
| 150 | Letter from Gregory Pettit to Richard Fuld, dated January 16, 2004 and bearing Bates number SCO1448018 |
| 151 | Letter from Todd M. Shaughnessy to Edward Normand, dated December 5, 2005 |
| 152 | Letter from Bill Broderick to Brian Mosley, dated March 8, 2005 |
| 153 | Letter from Darl McBride to Sam Palmisano, dated March 6, 2003 |
| 154 | Letter from Darl McBride to the Legal Department of Sequent, dated May 29, 2003 |
| 155 | Letter from Chris Sontag to the Legal Department of Sequent, dated August 11, 2003 |
| 156 | Letter from Ronald A. Lauderdale to Darl McBride, dated May 5, 2003 |
| 157 | Letter from Darl McBride to Sam Palmisano, dated June 12, 2003 |
| 158 | Letter from Ronald A. Lauderdale to Darl McBride, dated June 13, 2003 |
| 159 | Letter from Ronald A. Lauderdale to Darl McBride, dated August 14, 2003 |

| Exhibit Number | Description of Document |
|---|---|
| 160 | Declaration of Allison Amadia, dated June 9, 2003 |
| 161 | Declaration of Mike Anderson, dated September 13, 2006 |
| 162 | Declaration of Barry Arndt, dated September 14, 2006 |
| 163 | Declaration of A. Allison Amadia, dated September 23, 2006 |
| 164 | Transcript of the January 24, 2006 Deposition of Karen L. Smith (Under Seal) |
| 165 | Declaration of Lawrence R. Goldfarb, dated September 13, 2006 (Redacted) |
| 166 | Declaration of Douglas B. Beattie, dated September 20, 2006 |
| 167 | Declaration of Kathleen Bennett, including a copy of the files downloaded from SCO's Internet website on January 9, 2004, dated August 16, 2004 |
| 168 | Declaration of Steve Best, dated September 10, 2006 |
| 169 | Declaration of Tim Bird, dated September 18, 2006 |
| 170 | Web page titled "The SCO-HP Relationship", available at www.sco.com/hp/relationship.html |
| 171 | Expert Report and Declaration of Christine A. Botosan, dated May 19, 2006 (Under Seal) |
| 172 | Declaration of Lawrence A. Bouffard, dated November 10, 2003 |
| 173 | Declaration of Wayne Boyer, dated September 11, 2006 |
| 174 | Declaration of Robert F. Bucco, dated August 23, 2003 |
| 175 | Expert Report and Declaration of Thomas Cargill, dated May 19, 2006 (Under Seal) |
| 176 | Declaration of Marc Christensen, dated September 19, 2006 |
| 177 | Declaration of Samuel Greenblatt, dated February 7, 2005 |
| 178 | Declaration of Thomas L. Cronan III, dated July 29, 2004 |

| Exhibit Number | Description of Document |
|---|---|
| 179 | Declaration of Randall Davis, dated August 13, 2004 |
| 180 | Declaration of Randall Davis, dated August 23, 2004 |
| 181 | Expert Report and Declaration of Randall Davis, dated July 17, 2006 (Under Seal) |
| 182 | Declaration of Michael J. DeFazio, dated October 3, 2003 |
| 183 | Declaration of Michael J. DeFazio, dated September 21, 2006 |
| 184 | Declaration of Ulrich Drepper, dated September 19, 2006 |
| 185 | Declaration of Jeanette Tilley, dated July 21, 2004 |
| 186 | Expert Report and Declaration of Jonathan Eunice, dated July 17, 2006 (Under Seal) |
| 187 | SCO's Responses and Objections to IBM's First Set of Requests for Admission, dated January 25, 2006 |
| 188 | Declaration of Ruth Forester, dated September 19, 2006 |
| 189 | Declaration of David W. Frasure, dated October 7, 2003 |
| 190 | Declaration of David W. Frasure, dated March 28, 2004 |
| 191 | Declaration of David Frasure, dated September 21, 2006 |
| 192 | Web page titled "SCO Forum 2006", available at http://www.sco.com/2006forum/sponsors.html |
| 193 | Declaration of Jim Freeman, dated September 21, 2006 |
| 194 | Declaration of Daniel Frye, dated May 18, 2004 |
| 195 | Declaration of Daniel Frye, dated September 26, 2005 |
| 196 | Declaration of John George, dated September 12, 2006 |
| 197 | Expert Report of Gary Pisano, dated May 19, 2006 (Under Seal) |

| Exhibit Number | Description of Document |
|---|---|
| 198 | Declaration of Charlton Greene, dated October 5, 2003 |
| 199 | Memorandum in Support of Novell, Inc.'s Motion to Dismiss in <u>The SCO Group, Inc. v. Novell, Inc.</u>, Case No. 2:04CV00139 (D. Utah), dated February 9, 2004 |
| 200 | Declaration of Geoffrey D. Green, dated June 17, 2004 |
| 201 | Declaration of David Groethe, dated September 22, 2006 |
| 202 | Declaration of Sandeep Gupta, dated July 9, 2004 |
| 203 | *Email from Kim Jenkins to bbench@sco.com and molson@sco.com, regarding* "SCO-Battery 1.3ppt - Better Version", dated October 11, 2002 and bearing Bates number SCO1592478 (Under Seal) |
| 204 | Declaration of Luann Guleserian, dated June 27, 2005 |
| 205 | Declaration of Karen Smith, dated September 21, 2006 |
| 206 | Declaration of Venkata Jagana, dated September 21, 2006 |
| 207 | Declaration of Dion L. Johnson II, dated September 15, 2006 |
| 208 | Expert Report and Declaration of Frans Kaashoek, dated July 14, 2006 (Under Seal) |
| 209 | Letter from Curtis J. Drake to Edward J. Normand, dated November 30, 1995 |
| 210 | Declaration of Vivek Kashyap, dated September 19, 2006 |
| 211 | Declaration of Jim Keniston, dated September 12, 2006 |
| 212 | *Declaration of Brian W. Kernighan, dated August 20, 2004 (Redacted)* |
| 213 | Expert Report and Declaration of Brian W. Kernighan, dated May 18, 2006 (Under Seal) |
| 214 | Expert Report and Declaration of Brian W. Kernighan and Randall Davis, dated July 17, 2006 (Under Seal) |

| Exhibit Number | Description of Document |
|---|---|
| 215 | Reply Expert Report and Declaration of Brian W. Kernighan and Randall Davis, dated August 28, 2006 (Under Seal) |
| 216 | Declaration of Larry Kessler, dated September 13, 2006 |
| 217 | Declaration of Ira Kistenberg, dated June 24, 2004 |
| 218 | Declaration of David Kleikamp, dated September 11, 2006 |
| 219 | Software License Agreement (Agreement # 125115) between Sun Microsystems, Inc. and The SCO Group, dated February 25, 2003 and bearing Bates numbers SCO1607394-405 (Under Seal) |
| 220 | Letter from Ronald A. Lauderdale to Kimberlee A. Madsen, dated June 19, 2001 and bearing Bates number 1710073906 (Under Seal) |
| 221 | Declaration of Ransom Love, dated September 15, 2006 (Redacted) |
| 222 | Declaration of Shirley Ma, dated September 14, 2006 |
| 223 | Declaration of Mark Magee, dated August 22, 2003 |
| 224 | Declaration of Robert A. Marsh, dated April 5, 2006 |
| 225 | Declaration of Michael Mason, dated September 12, 2006 |
| 226 | Declaration of David Mazieres, dated September 23, 2006 |
| 227 | Declaration of David McCrabb, dated September 18, 2006 |
| 228 | Declaration of Richard A. McDonough III, dated April 30, 2004 |
| 229 | Transcript of the January 26, 2006 Deposition of Bill Sandve (Under Seal) |
| 230 | Declaration of M. Douglas McIlroy, dated September 19, 2006 |
| 231 | Declaration of Paul McKenney, dated September 11, 2006 |
| 232 | Declaration of Marcus Meissner, dated September 19, 2006 |
| 233 | Declaration of Jeffrey W. Mobley, dated July 26, 2004 |

| Exhibit Number | Description of Document |
|---|---|
| 234 | Expert Report and Declaration of Andrew K. Morton, dated July 14, 2006 (Under Seal) |
| 235 | Declaration of Haren Babu Myneni, dated September 14, 2006 |
| 236 | Declaration of Scott Nelson, dated August 4, 2004 |
| 237 | Declaration of Hien Nguyen, dated September 11, 2006 |
| 238 | Declaration of K. Y. Srinivasan, dated September 22, 2006 |
| 239 | Declaration of Greg Jones, dated September 21, 2006 |
| 240 | Declaration of Joseph A. La Sala, Jr., dated September 22, 2006 |
| 241 | Declaration of Monica Kumar, dated March 18, 2005 |
| 242 | Declaration of Gregory Page, dated September 20, 2006 |
| 243 | Declaration of Mark Peloquin, dated September 19, 2006 |
| 244 | Letter from Kimberlee A. Madsen to Ronald A. Lauderdale, dated June 6, 2001 and bearing Bates numbers 171037001-03 (Under Seal) |
| 245 | Joint Development Agreement (Agreement Number 4998CR0349) between SCO and IBM, dated October 26, 1998 and bearing Bates numbers 1710141456-509 |
| 246 | Declaration of Hal Porter, dated September 12, 2006 |
| 247 | SCO press release titled "SCO Announces Immediate Termination of IBM's Right to Use and Distribute AIX Software and Files for Permanent Injunction", dated June 16, 2003 |
| 248 | Declaration of Ben Rafanello, dated September 12, 2006 |
| 249 | Declaration of Edward J. Riddle, dated December 19, 2003 |
| 250 | Declaration of Edward J. Riddle, dated September 21, 2006 |
| 251 | Declaration of Calvin Gaisford, dated September 22, 2006 |

| Exhibit Number | Description of Document |
|---|---|
| 252 | Declaration of David P. Rodgers, dated November 5, 2003 |
| 253 | Declaration of Thomas Roehr, dated August 30, 2003 |
| 254 | Declaration of Steven M. Sabbath, dated December 22, 2003 |
| 255 | Declaration of Peter H. Salus, dated September 15, 2006 |
| 256 | Declaration of William Sandve, Jr., dated June 5, 2003 |
| 257 | Declaration of William Sandve, Jr., dated September 22, 2006 (Under Seal) |
| 258 | Declaration of Dipankar Sarma, dated September 13, 2006 |
| 259 | Expert Report of Jeffery Leitzinger, dated May 19, 2006 (Under Seal) |
| 260 | Transcript of the January 13, 2005 Deposition of Michael DeFazio (Under Seal) |
| 261 | Transcript of the January 24, 2005 Deposition of Martin Pfeffer (Under Seal) |
| 262 | Whitepaper submitted by Caldera International, titled "A Technical Introduction to the Caldera Network Desktop", bearing Bates numbers SCO1269181-191 |
| 263 | Declaration of Nivedita Singhvi, dated September 14, 2006 |
| 264 | Declaration of Chris Sontag, dated April 19, 2004 |
| 265 | Article by Mike Linksvayer, titled "The Choice of a GNU Generation An Interview With Linus Torvalds" from Meta Magazine, dated November 1993 |
| 266 | Declaration of Roger Swanson, dated July 28, 2004 |
| 267 | Declaration of John H. Terpstra, dated March 8, 2006 |
| 268 | Transcript of the December 2, 2005 Deposition of Paul E. McKenney (Under Seal) |
| 269 | Declaration of Joan Thomas, dated June 23, 2004 |
| 270 | Declaration of Joan Thomas, dated August 4, 2004 |

| Exhibit Number | Description of Document |
|---|---|
| 271 | Declaration of Jeanette L. Tilley, dated September 21, 2006 |
| 272 | Declaration of Linus Torvalds, dated September 21, 2006 |
| 273 | U.S. Patent No. 6,460,070 |
| 274 | *Declaration of Jay Vosburgh, dated September 18, 2006* |
| 275 | Declaration of Stephen D. Vuksanovich, dated August 9, 2004 |
| 276 | Declaration of Stephen D. Vuksanovich, dated September 21, 2006 |
| 277 | U.S. Patent No. 6,336,139 |
| 278 | Declaration of Bart Whiteley, dated September 19, 2006 |
| 279 | Declaration of Max B. Wicker, dated October 31, 2003 |
| 280 | Declaration of Max B. Wicker, dated September 21, 2006 |
| 281 | Declaration of Otis Wilson, dated December 11, 2003 |
| 282 | Declaration of Otis Wilson, dated April 26, 2004 |
| 283 | Expert Report and Declaration of Robert Willig, dated July 17, 2006 (Under Seal) |
| 284 | *Declaration of Erik W. Hughes, dated November 30, 2004* |
| 285 | Expert Report of Marc J. Rochkind, dated May 19, 2006 (Under Seal) |
| 286 | Expert Report of Evan Ivie, dated May 19, 2006 (Under Seal) |
| 287 | Rebuttal Report of Marc Rochkind, dated August 26, 2006 (Under Seal) |
| 288 | Expert Rebuttal Report of Evan Ivie, dated August 28, 2006 (Under Seal) |
| 289 | Expert Report of Christine A. Botosan, dated May 19, 2006 (Under Seal) |
| 290 | Declaration and Expert Report of Loren M. Hitt, dated July 17, 2006 (Under Seal) |

| Exhibit Number | Description of Document |
|---|---|
| 291 | Declaration of Ron Clark, dated September 23, 2006 (Under Seal) |
| 292 | Declaration of Martin Bligh, dated September 12, 2006 |
| 293 | Declaration of Patricia Gaughen, dated September 18, 2006 |
| 294 | U.S. Patent No. 5,872,957 |
| 295 | Transcript of the June 10, 2004 Deposition of David P. Rodgers (Under Seal) |
| 296 | Transcript of the May 11, 2004 Deposition of Erik W. Hughes (Under Seal) |
| 297 | Transcript of the May 11, 2004 Deposition of William M. Broderick (Under Seal) |
| 298 | Transcript of the May 11, 2004 Deposition of Michael Olson (Under Seal) |
| 299 | Transcript of the May 11, 2004 Deposition of Andrew W. Nagle (Under Seal) |
| 300 | Transcript of the May 12, 2004 Deposition of Christopher Sontag (Under Seal) |
| 301 | Transcript of the June 10, 2004 Deposition of Otis L. Wilson |
| 302 | Transcript of the June 8, 2004 Deposition of David Frasure (Under Seal) |
| 303 | Transcript of the October 6, 2004 Deposition of Lawrence Gasparro (Under Seal) |
| 304 | Transcript of the October 7, 2004 Deposition of Gregory A. Pettit (Under Seal) |
| 305 | Transcript of the October 21, 2004 Deposition of Gregory S. Anderson (Under Seal) |
| 306 | Transcript of the October 26, 2006 Deposition of Robert Bench (Under Seal) |
| 307 | Transcript of the November 2, 2004 Deposition of John H. Terpstra (Under Seal) |
| 308 | Transcript of the November 5, 2004 Deposition of Philip E. Langer (Under Seal) |

| Exhibit Number | Description of Document |
|---|---|
| 309 | Transcript of the November 9, 2004 Deposition of Michael Eugene Anderer (Under Seal) |
| 310 | Transcript of the January 17, 2996 Deposition of Roger Swanson (Under Seal) |
| 311 | Transcript of the November 1, 2005 Deposition of Erik W. Hughes (Under Seal) |
| 312 | Transcript of the November 10, 2005 Deposition of Jeff Hunsaker (Under Seal) |
| 313 | Transcript of the November 16, 2005 Deposition of Chris Sontag (Under Seal) |
| 314 | Transcript of the November 17, 2005 Deposition of Craig Bushman (Under Seal) |
| 315 | Transcript of the November 30, 2005 Deposition of William Broderick (Under Seal) |
| 316 | Transcript of the November 30, 2005 Deposition of Reginald Broughton (Under Seal) |
| 317 | Transcript of the December 2, 2005 Deposition of Darl McBride (Under Seal) |
| 318 | Transcript of the December 5, 2005 Deposition of John Maciaszek (Under Seal) |
| 319 | Transcript of the December 16, 2005 Deposition of Ryan E. Tibbitts (Under Seal) |
| 320 | Transcript of the December 21, 2005 Deposition of Christopher Sontag (Under Seal) |
| 321 | Transcript of the February 27, 2006 Deposition of Jay F. Petersen (Under Seal) |
| 322 | Transcript of the February 28, 2006 Deposition of Jeffrey Hunsaker (Under Seal) |
| 323 | Transcript of the March 1, 2006 Deposition of Blake Stowell (Under Seal) |
| 324 | Transcript of the March 2, 2006 Deposition of Erik Hughes (Under Seal) |
| 325 | Transcript of the March 3, 2006 Deposition of Michael Paul Olson (Under Seal) |

| Exhibit Number | Description of Document |
|---|---|
| 326 | Transcript of the March 7, 2006 Deposition of Michael Sean Wilson (Under Seal) |
| 327 | Transcript of the March 9, 2006 Deposition of Ronald J. Record (Under Seal) |
| 328 | Transcript of the March 10, 2006 Deposition of William M. Broderick (Under Seal) |
| 329 | Transcript of December 16, 2005 Deposition of William Eugene Baker (Under Seal) |
| 330 | Transcript of the March 15, 2006 Deposition of Darl McBride (Under Seal) |
| 331 | Transcript of the March 16, 2006 Deposition of Mike Davidson (Under Seal) |
| 332 | Transcript of the March 16, 2006 Deposition of Christopher Sontag (Under Seal) |
| 333 | Transcript of the March 17, 2006 Deposition of Sandeep Gupta (Under Seal) |
| 334 | Transcript of the March 22, 2006 Deposition of Opinder S. Bawa (Under Seal) |
| 335 | Transcript of the March 22, 2006 Deposition of Michael Olson (Under Seal) |
| 336 | Transcript of the March 23, 2006 Deposition of William Broderick (Under Seal) |
| 337 | Transcript of the March 29, 2006 Deposition of Jeff Hunsaker (Under Seal) |
| 338 | Transcript of the March 29, 2006 Deposition of Andrew W. Nagle (Under Seal) |
| 339 | Transcript of the March 30, 2006 Deposition of Bert Young (Under Seal) |
| 340 | Transcript of the March 31, 2006 Deposition of Erik Hughes (Under Seal) |
| 341 | Transcript of the April 4, 2006 Deposition of Timothy Paul Negris (Under Seal) |
| 342 | Transcript of the April 6, 2006 Deposition of Sandeep Gupta (Under Seal) |
| 343 | Transcript of the April 19, 2006 Deposition of Christopher Sontag (Under Seal) |
| 344 | Transcript of the May 18, 2006 Deposition of Dave F. Prosser (Under Seal) |

| Exhibit Number | Description of Document |
|---|---|
| 345 | Transcript of the June 30, 2006 Deposition of Ryan Tibbits (Under Seal) |
| 346 | Transcript of the August 25, 2006 Deposition of Otis Wilson (Under Seal) |
| 347 | SCO press release titled "Caldera Systems to Acquire SCO Server Software and Professional Services Divisions, Providing World's Largest Linux/UNIX Channel", dated August 2, 2000 |
| 348 | SCO press release titled "Caldera, Conectiva, SuSE, Turbolinux Partner to Create UnitedLinux, and Produce a Uniform Version of Linux for Business", dated May 30, 2002 |
| 349 | SCO press release titled "SCO Unveils SCO Linux 4.0, Powered by UnitedLinux", dated November 19, 2002 |
| 350 | SCO product announcement for OpenLinux Server Release 3.1.1, dated January 24, 2002 and bearing Bates numbers SCO1324397-404 |
| 351 | SCO product announcement for OpenLinux Workstation Release 3.1.1, dated January 24, 2002 and bearing Bates numbers SCO1324405-12 |
| 352 | SCO product announcement for SCO Linux Server 4.0, Powered by UnitedLinux, dated November 19, 2002 and bearing Bates numbers SCO1270429-36 |
| 353 | SCO product announcement for SCO Linux Server 4.0 for the Itanium Processor Family, dated April 4, 2003 and bearing Bates numbers SCO1269792-97 |
| 354 | U.S. Patent No. 6,263,359 |
| 355 | SCO press release titled "The SCO Group Name Change Approved by Shareholders", dated May 20, 2003 |
| 356 | SCO press release titled "SCO Suspends Distribution of Linux Pending Intellectual Property Clarification; Announces Greater Focus on UNIX and SCOx Strategy", dated May 14, 2003 |
| 357 | SCO press release titled "SCO Registers UNIX Copyrights and Offers UNIX License", dated July 21, 2003 |

| Exhibit Number | Description of Document |
|---|---|
| 358 | SCO press release titled "Statement Regarding Red Hat Lawsuit and Letters to Red Hat", dated August 4, 2003 |
| 359 | SCO press release titled "The SCO Group's Open Letter to the Open Source Community", dated September 9, 2003 |
| 360 | Article by Mike Angelo, titled "SCO's Chris Sontag Discusses the Details" from MozillaQuest, dated April 28, 2003 |
| 361 | Article by Barbara Darrow, titled "CRN Interview:  SCO's Darl McBride and Chris Sontag", from CRN, dated November 18, 2003 |
| 362 | SCO press release titled "SCO Announces Intellectual Property License for Linux", dated August 5, 2003 |
| 363 | SCO press release titled "SCO Announces New Initiatives to Enforce Intellectual Property Rights", dated December 22, 2003 |
| 364 | Web page titled "Linux Kernel", available at http://www.thescogroup.com/developers/community/contrib/linux.html |
| 365 | Web page titled "SCO Community Contributions", available at http://www.thescogroup.com/developers/community/contrib |
| 366 | Web page titled "SCOsource Licensing, available at http://www.sco.com/scosource |
| 367 | Article by Lisa M. Bowman, titled "SCO Puts Disputed Code in the Spotlight", from CNET News.com, dated August 18, 2003 |
| 368 | Article by Antone Gonsalves, titled "SCO to Release Disputed Code this Week", from InternetWeek, dated June 2, 2003 |
| 369 | Article by Lisa M. Bowman, titled "Linux Community Scoffs at SCO's Evidence", from The Globe and Mail, dated August 21, 2003 |
| 370 | Article by Sam Williams, titled "SCO, Open Source and the World", from Salon.com, dated December 22, 2003 |
| 371 | Article by Jed Boal, titled "Utah Software Company Suing IBM", from KSL.com, dated November 12, 2003 |

| Exhibit Number | Description of Document |
|---|---|
| 372 | Article by Maureen O'Gara, titled "SCO Files for AIX Injunction Against IBM", from LinuxWorld.com, dated June 16, 2003 |
| 373 | Article by Roger Parloff, titled "Gunning for Linux", from <u>Fortune</u>, dated May 17, 2004 |
| 374 | Article by Maureen O'Gara, titled "SCO's Lawyer Speaks, Says Nothing", from LinuxWorld.com, dated March 21, 2003 |
| 375 | Article by Holger Dambeck, titled "Linux Hunter SCO Puts Everything on the Line", from <u>Spiegel Online</u>, dated April 13, 2004 |
| 376 | Document titled "The Single UNIX Specification History & Timeline", available at http://www.unix.org/Posters/download/unix_posterA3.pdf |
| 377 | Excerpts of timeline of Unix development, available at http://www.levenez.com/unix/unix_letter.pdf (linked from http://www.caldera.com/scosource/) |
| 378 | Article by Robert McMillan, titled "SCO shows Linux code to analysts", from Computerworld.com, dated June 10, 2003 |
| 379 | Article by James Maguire, titled "SCO Heats Up Linux Battle with IBM", from NewsFactor Network, dated May 2, 2003 |
| 380 | Article by James Maguire, titled "SCO Warning Fuels Growing Linux Controversy", from CRN NewFactor Network, dated May 16, 2003 |
| 381 | Article by Graeme Wearden, titled "SCO may raise 'Linux' license fees", from <u>CNET News.com</u>, dated August 10, 2004 |
| 382 | Web page titled "The Single UNIX Specification, available at <u>http://www.unix.org/what_is_unix/single_unix_specification.html</u> |
| 383 | Article by Lisa Bowman, titled "Getting a glimpse at SCO's evidence", from CNETNews.com, dated, August 20, 2003 |
| 384 | Web page titled, "Before Multics there was chaos, and afterwards, too", available at http://www.bell-labs.com/history/unix/chaos.html |

| Exhibit Number | Description of Document |
|---|---|
| 385 | Article by Dennis M. Ritchie, titled "The Evolution of the Unix Time-sharing System", dated September 1979, available at http://cm.bell-labs.com/cm/cs/who/dmr/hist.html |
| 386 | Web page titled "From Multics to something else", available at http://www.bell-labs.com/history/unix/somethingelse.html |
| 387 | Web page titled "The UNIX system begins to take shape", available at http://bell-labs.com/history/unix/takeshape.html |
| 388 | Web page titled "It looked like an operating system, almost", available at *http://www.bell-labs.com/history/unix/almost.html* |
| 389 | Web page titled, "Sharing UNIX with the rest of the world", available at http://www.bell-labs.com/history/unix/sharing.html |
| 390 | Web page titled "Connecting streams like a garden hose", available at http://www.bell-labs.com/history/unix/streams.html |
| 391 | Web page titled "Unix", available at http://en.wikipedia.org/wiki/Unix |
| 392 | Article by Matthew Aslet, titled "GPL in SCO's Legal Sights", from Computerwire, dated August 20, 2003 |
| 393 | Web page titled "FreeBSD", available at http://www.freebsd.org/releases/ |
| 394 | Article by John G. Spooner, titled "Intel set to rattle server market with Itanium", from CNET News.com, dated January 2, 2002 |
| 395 | Document titled "Caldera Intellectual Property Title and Ownership", bearing Bates number SCO1178124 |
| 396 | Document titled "Technical Overview of SCO Linux Server 4.0, Powered by UnitedLinux", Bates numbered SCO1307695-714 (Under Seal) |
| 397 | Selection of SCO invoices for Linux products sold after March 7, 2003, as produced by SCO to IBM, taken from the following Bates number ranges: SCO1187631-8044, SCO1190720-89, SCO1211966, SCO121233-34, SCO1212544 (Under Seal) |

| Exhibit Number | Description of Document |
|---|---|
| 398 | Document titled, " SCO Linux Educational Materials: Learning Unit 001", bearing Bates numbers SCO1355589-653 (Under Seal) |
| 399 | Email from Reg Broughton to Darl McBride, regarding "Patents and IP Investigation", dated August 13, 2003 and bearing Bates numbers SCO1272238-39 (Under Seal) |
| 400 | U.S. Patent No. 6,549,932 |
| 401 | Document titled "The SCO Group, Inc. Intellectual Property Compliance License for SCO UNUX [*sic*] Rights", bearing Bates numbers SCO1304158-65 (Under Seal) |
| 402 | Document titled "Purchase Order", bearing Bates number SCO1448148 (Under Seal) |
| 403 | Document titled "The SCO Group, Inc. Intellectual Property Compliance License for Linux", dated January 16, 2004 and bearing Bates numbers SCO1448558-65 (Under Seal) |
| 404 | Document titled "The SCO Group, Inc. Intellectual Property License", dated March 16, 2004 and bearing Bates numbers SCO1507766-75 (Under Seal) |
| 405 | Copy of files from SCO Linux Server 4.0, as produced to IBM through discovery in this case. |
| 406 | Copy of files from Open Linux 3.1.1 Asia, as produced to IBM through discovery in this case. |
| 407 | UnitedLinux press release titled "UnitedLinux Releases Version 1.0", dated November 19, 2002 |
| 408 | UnitedLinux press release titled "UnitedLinux Signs IBM and AMD as First Technology Partners", dated January 14, 2003 |
| 409 | SCO's Memorandum in Support of Motion to Dismiss or Stay Count Ten of Plaintiff IBM's Second Amended Counterclaims Against SCO, dated April 23, 2004 |
| 410 | SCO's Notice of Compliance with Court Order of December 12, 2003, dated January 12, 2004 |

| Exhibit Number | Description of Document |
|---|---|
| 411 | IBM's Report on SCO's Compliance with the Court's December 12, 2003 Order, dated January 15, 2005 |
| 412 | Transcript of October 31, 2003 Hearing before Hon. Brooke C. Wells |
| 413 | Transcript of November 21, 2003 Hearing before Hon. Brooke C. Wells |
| 414 | Transcript of December 5, 2003 Hearing before Hon. Brooke C. Wells |
| 415 | Transcript of February 6, 2004 Hearing before Hon. Brooke C. Wells |
| 416 | Transcript of September 15, 2004 Hearing before Hon. Dale A. Kimball |
| 417 | Transcript of April 21, 2005 Hearing before Hon. Dale A. Kimball |
| 418 | Transcript of October 7, 2005 Hearing before Hon. Dale A. Kimball |
| 419 | Transcript of December 13, 2005 Hearing before Hon. Dale A. Kimball |
| 420 | Transcript of December 20, 2005 Hearing before Hon. Brooke C. Wells |
| 421 | Transcript of February 24, 2006 Hearing before Hon. Dale A. Kimball |
| 422 | Transcript of June 8, 2004 Hearing before Hon. Dale A. Kimball |
| 423 | Transcript of July 21, 2003 Conference Call, titled "The SCO Group Conference Call to Provide Updates on IBM lawsuit, UNIX Ownership and Copyrights" |
| 424 | Transcript of August 5, 2003 Conference Call, titled "The SCO Group Conference Call to Comment and Provide Q&A on Recent Red Hat Actions" |
| 425 | Transcript of August 14, 2003 Conference Call, titled "Q3 2003 The SCO Group Earnings Conference Call" |
| 426 | Transcript of October 17, 2003 Conference Call, titled "SCO to Comment and Provide AT&T on the Oct. 16th Investment Announcement" |
| 427 | Transcript of November 18, 2003 Conference Call, titled "SCO Expands Scope of its Agreement with Boies, Schiller & Flexner LLP And Provides 4th Quarter Financial Guidance" |

| Exhibit Number | Description of Document |
|---|---|
| 428 | Transcript of December 22, 2003 Conference Call, titled "Q4 2003 The SCO Group Earnings Conference Call" |
| 429 | Transcript of March 3, 2004 Conference Call, titled "Q1 2004 The SCO Group Earnings Conference Call" |
| 430 | Transcript of June 10, 2004 Conference Call, titled "Q2 204 The SCO Group Earnings Conference Call |
| 431 | Transcript of June 15, 2004 Conference Call, titled "SCO to Announce Broad Array of Unix Products, Channel Support and Training Programs" |
| 432 | Transcript of August 31, 2004 Conference Call, titled "Q3 2004 The SCO Group Earnings Conference Call" |
| 433 | Transcript of December 21, 2004 Conference Call, titled "Q4 2004 The SCO Group Earnings Conference Call" |
| 434 | Transcript of April 13, 2005 Conference Call, titled "Q1 2005 The SCO Group Earnings Conference Call" |
| 435 | Transcript of June 1, 2005 Conference Call, titled "Q2 2005 The SCO Group Earnings Conference Call" |
| 436 | Transcript of September 7, 2005 Conference Call, titled "Q3 2005 The SCO Group Earnings Conference Call" |
| 437 | Letter Agreement concerning the X/Open Fast Track Process for the Common APIs for UNIX-based Operating Systems ("Spec 1170"), by and among Hewlett-Packard Company, IBM, Novell, Inc., Open Software Foundation, Sun Microsystems, Inc. and X/Open Company Limited, dated March 23, 1994 |
| 438 | Document titled "Tool Interface Standard (TIS): Portable Formats Specification, Version 1.1", dated October 1993 |
| 439 | Document titled "Tool Interface Standard (TIS): The Executable and Linking Format (ELF) Specification, Version 1.2", dated May 1995 and bearing Bates numbers 1910846082-187 |
| 440 | Article by LJ Staff, titled "Caldera and Corsair", from Linux Journal, dated June 1, 1995 |

| Exhibit Number | Description of Document |
|---|---|
| 441 | Caldera, Inc. press release titled "Embedded Linux Moved To Top Priority At Lineo, Inc., Formerly Known As Caldera Thin Clients, Inc.", dated July 20, 1999 |
| 442 | Caldera, Inc. press release titled "Caldera Open Linux Product To Obtain Posix And Fips Certifications, And The X/Open Brand For Unix 95 And Xpg4 Base 95", dated May 23, 1996 |
| 443 | Excerpts from book by Stefan Probst and Ralf Flaxa titled, Power Linux, 1997 |
| 444 | Amendment No. 2 to the Asset Purchase Agreement between Novell, Inc. and The Santa Cruz Operation, Inc., dated October 16, 1996 |
| 445 | Caldera, Inc. press release titled "Caldera AE Announces New Caldera OpenLinux", dated October 9, 1996 |
| 446 | Web page titled "Testing requirements by Product Standard", available at http://www.opengroup.org/openbrand/testing/prodstds.htm |
| 447 | Article by Jerry Rosa, titled "Billed As The Swiss Army Knife Of Operating Systems – Caldera touts Linux OS," from Computer Reseller News, dated September 1, 1997 |
| 448 | Internet posting by David Grothe regarding Streams LiS Announcement, Linux Kernel Mailing List, dated January 30, 1997, available at http://www.ussg.iu.edu/hypermail/linux/kernel/9701.3/0585 |
| 449 | Caldera Systems, Inc. Whitepaper, titled "Linux Standard Base", dated November 1, 1999, available at http://linux.ittoolbox.com/pub/MM022702d.pdf#search='caldera%20whitepaper%20linux%20standard%20ransom |
| 450 | Article titled "Project Proposal and Call for Participation:  The Linux Standard Base (LSB) project", from Linux Weekly News, dated May 28, 1998 |
| 451 | U.S. Patent No. 5,881,270 |
| 452 | Web page titled "Unix-on-Intel players work on a common binary format", available at http://www.educ.umu.se/~bjorn/mhonar-files/debian-announce |

| Exhibit Number | Description of Document |
|---|---|
| 453 | Web page titled "86Open Frequently-Asked Questions", dated December 23, 1997, available at http://www.telly.org/86Open-faq. |
| 454 | Web page titled "86Open Project Final Update", dated July 25, 1999, available at http://www.telly.org/86Open/ |
| 455 | Email from Ron Record to Mike Davidson, Dion Johnson and Greg Schwarzer, regarding "86Open and lxrun", dated March 4, 1998 and bearing Bates number SCO1820604 (Under Seal) |
| 456 | Article by Wayne Spivak, titled "What a difference a year makes for Linux," from Network World, dated October 26, 1998 |
| 457 | Article titled "StoreBusters Inc. to Deliver Next-Generation Online Selling System Using Caldera Systems' OpenLinux E-business Platform", dated August 11, 2000 and bearing Bates numbers SCO1244467-68 (Under Seal) |
| 458 | Document titled "Caldera OpenLinux Server elevates Linux to business by providing a stable, secure, easy to install and manage Linux server platform for business quality Internet applications", bearing Bates numbers SCO1244469-72 (Under Seal) |
| 459 | Document titled "Caldera- Town Hall Meeting- February 09, 2001", bearing Bates numbers SCO1278897-935 (Under Seal) |
| 460 | Web page titled "About: From Free Standards Group", available at http://www.freestandards.org/en/About |
| 461 | Caldera, Inc. whitepaper titled "Our Social Contract with the Open Source Community" |
| 462 | Caldera, Inc. press release titled "Caldera Launches OpenLearning - Linux Education Programs and Courseware; Training Includes New OpenLinux Solutions Series and LPI Certification Courses", dated July 31, 2000 |
| 463 | Email from Blake Stowell to globalpr@list.sco.com and teamjeff@sco.com, regarding "Media & Analyst Update from SCO: Statement and Memo regarding copyright claims", dated July 14, 2005 and bearing Bates numbers SCO1777092-99 (Under Seal) |

| Exhibit Number | Description of Document |
|---|---|
| 464 | Santa Cruz press release titled "SCO Invests in LinuxMall.com", dated October 14, 1999. |
| 465 | Web page titled "Caldera Skunkware: Open Source Software", available at http://www.sco.com/skunkware/html/cdrom/index_cd.html |
| 466 | Strategic Business Agreement between IBM and Caldera Systems, Inc., dated June 16, 1999 and bearing Bates numbers 1710023483-90 (Under Seal) |
| 467 | Document titled "Statement of Work 4900RL0132" between IBM and Caldera Systems, Inc., dated April 17, 2000 and bearing Bates numbers 1710023509-17 (Under Seal) |
| 468 | Document titled, "Caldera OpenLinux Presentation", bearing Bates numbers SCO1425831-93 (Under Seal) |
| 469 | Article by David Orenstein titled, "Caldera's in the money", from Computerworld, dated January 11, 2000 |
| 470 | Transcript of speech given by Ransom Love at LinuxWorld 2000 |
| 471 | Document titled, "The Caldera Connection", dated October 2000 and bearing Bates numbers SCO1385591-94 (Under Seal) |
| 472 | Email from Ransom Love to Jeff Hunsaker, regarding "Rite Aid Corporation", dated October 25, 2001 and bearing Bates numbers SCO1325085-89 (Under Seal) |
| 473 | Document by Andrew Bowles, titled "Transition Document", dated May 9, 2003 and bearing Bates numbers SCO1327183-88 (Under Seal) |
| 474 | UnitedLinux Joint Development Contract by and among Caldera International, Inc., Conectiva, Inc., SuSE Linux AG, Turbolinux, Inc. and UnitedLinux, LLC, dated May 29, 2002 and bearing Bates numbers SCO1170519-74 (Under Seal) |
| 475 | Document titled "SCO Linux 4.0- Powered by UnitedLinux", bearing Bates numbers SCO1331818-19 (Under Seal) |
| 476 | Document titled "The New SCO- Solutions, Customers, Partners, SCO Programs", bearing Bates numbers SCO1328808-11 (Under Seal) |

| Exhibit Number | Description of Document |
|---|---|
| 477 | Novell press release titled, "Novell Challenges SCO Position, Reiterates Support for Linux", dated May 28, 2003 |
| 478 | Article by Patrick Thibodeau, titled "SCO Official Defends Linux Attack", from <u>Computerworld</u>, dated June 2, 2003 |
| 479 | Article by David Becker, titled "SCO CEO: Why We're Suing IBM", from CNETnews.com, dated June 16, 2003 |
| 480 | Article by Otis Port, titled "Commentary: Will This Feud Choke the Life Out of Linux?", from <u>BusinessWeek</u>, dated July 7, 2003 |
| 481 | Scheduling Order Stipulation, dated December 7, 2005 |
| 482 | Common API Materials Cross-License Agreement between Hewlett-Packard Company, Sun Microsystems, Inc., Novell, Inc. and IBM, dated January 26, 1994 and bearing Bates numbers 1710084662-81 (Under Seal) |
| 483 | Web page titled "History and Timeline", available at http://www.unix.org/what_is_unix/history_timeline.html |
| 484 | Article by Michael Tilson, titled "Towards a UNIX Standard", from <u>USENIX Conference Proceedings</u> |
| 485 | Settlement Agreement between UNIX System Laboratories, Inc. and Sequent, dated November 25, 1992 and bearing Bates numbers 171077842-46 |
| 486 | Exhibit 3(a) from the May 11, 2004 Deposition of Erik Hughes (Under Seal) |
| 487 | Excerpt from book by Peter H. Salus, titled <u>A Quarter Century of UNIX</u>, published in 1994 |
| 488 | <u>Unix Sys. Labs., Inc. v. Berkeley Software Design, Inc.</u>, No. 92-1667, 1993 WL 414724 (D.N.J. Mar. 3, 1993) |
| 489 | U.S. Patent No. 6,141,005 |
| 490 | U.S. Patent No. 6,259,448 |
| 491 | Excerpt from book by John Lions, titled <u>Lions' Commentary on UNIX 6th Edition</u> |

| Exhibit Number | Description of Document |
|---|---|
| 492 | Software Agreement (Agreement No. SOFT-00015) between AT&T Technologies, Inc. and IBM, dated February 1, 1985 |
| 493 | U.S. Patent No. 6,111,572 |
| 494 | U.S. Patent No. 5,202,971 |
| 495 | U.S. Patent No. 5,175,852 |
| 496 | U.S. Patent No. 5,421,011 |
| 497 | U.S. Patent No. 5,428,771 |
| 498 | U.S. Patent No. 5,442,758 |
| 499 | U.S. Patent No. 5,185,861 |
| 500 | U.S. Patent No. 6,038,677 |
| 501 | U.S. Patent No. 6,279,034 |
| 502 | Amendment No. 1 to the Asset Purchase Agreement between Novell, Inc. and The Santa Cruz Operation, Inc., dated December 6, 1995 |
| 503 | U.S. Patent No. 6,275,810 |
| 504 | U.S. Patent No. 5,872,958 |
| 505 | Set of Invoices from SCO Operations, Inc. bearing Bates numbers SCO1187631-789 (Under Seal) |
| 506 | Email from Ralf Flaxa to Andy Nagle regarding "OpenLinux Product Team meeting AGENDA", dated March 22, 2002 and bearing Bates number SCO1412325 (Under Seal) |
| 507 | Transcript of the November 15, 2005 Deposition of Timothy J. R. Wright (Under Seal) |
| 508 | IBM Technical Disclosure Bulletin by V. A. Albaugh, titled "Combined Event Performance Trace for AIX", dated March 1990 |
| 509 | U.S. Patent No. 4,742,447 |

| Exhibit Number | Description of Document |
|---|---|
| 510 | U.S. Patent No. 4,742,450 |
| 511 | U.S. Patent No. 4,918,653 |
| 512 | U.S. Patent No. 5,032,979 |
| 513 | Transcript of December 10, 1992 Deposition of Otis L. Wilson in the matter of *UNIX System Laboratories, Inc. v. Berkeley Software Design, Inc.*, Civil Action No. 92-1667 (D.N.J.) |
| 514 | UNIX System Laboratories Reply Memorandum of Law in Further Support of its Motion for a Preliminary Injunction, submitted in the matter of *UNIX System Laboratories, Inc. v. Berkeley Software Design, Inc.*, Civil Action No. 92-1667 (D.N.J.) and dated January 18, 1993 (Under Seal) |
| 515 | U.S. Patent No. 5,875,306 |
| 516 | U.S. Patent No. 6,581,104 |
| 517 | U.S. Patent No. 5,754,763 |
| 518 | U.S. Patent No. 5,584,023 |
| 519 | U.S. Patent No. 4,809,168 |
| 520 | U.S. Patent No. 6,662,205 |
| 521 | U.S. Patent No. 5,819,251 |
| 522 | U.S. Patent No. 5,608,893 |
| 523 | U.S. Patent No. 5,727,209 |
| 524 | U.S. Patent No. 6,219,690 |
| 525 | U.S. Patent No. 5,133,053 |
| 526 | U.S. Patent No. 4,761,737 |
| 527 | U.S. Patent No. 5,142,622 |
| 528 | U.S. Patent No. 5,261,053 |

| Exhibit Number | Description of Document |
|---|---|
| 529 | U.S. Patent No. 5,655,122 |
| 530 | U.S. Patent No. 5,745,763 |
| 531 | U.S. Patent No. 5,802,578 |
| 532 | Article by Paul E. McKenney, et. al., titled "Read-Copy Update" |
| 533 | Article by Paul E. McKenney and Jack Slingwine, titled "Efficient Kernel Memory Allocation on Shared-Memory Multiprocessors", from USENIX dated January 25-29, 1993 |
| 534 | Article by L. K. Loucks and C. H. Sauer titled, "Advanced Interactive Executive (AIX) operating system overview", from IBM SYSTEMS JOURNAL, Vol. 26, No. 4 (1987) |
| 535 | Article by F. C. H. Waters, R. G. Bias and P. L. Smith-Kerker, titled "AIX usability enhancements and human factors", from IBM SYSTEMS JOURNAL, Vol. 26, No. 4 (1987) |
| 536 | Article by A. Chang, M. F. Mergen, R. K. Rader, J. A. Roberts and S. L. Porter, titled "Evolution of storage facilities in AIX Version 3 for RISC System/6000 processors", from IBM Journal of Research Development, Vol. 34, No. 1 (January 1990) |
| 537 | Article by Charles H. Sauer, Don W. Johnson, Larry K. Loucks, Amal A. Shaheen-Gouda and Todd A. Smith, titled "RT PC Distributed Services Overview" |
| 538 | Article by Jacques Talbot, titled "Turning the AIX Operating System into an MP-capable OS", from USENIX 1995 |
| 539 | Document by Houlihan Valuation Advisors, titled "Intangible Asset Valuation: Caldera International, Inc. As of October 31, 2001", bearing Bates numbers SCO1633819-74 (Under Seal) |
| 540 | Excerpts from book titled DYNIX/ptx STREAMS Application Programming Guide, published by Sequent in 1989 |

| Exhibit Number | Description of Document |
|---|---|
| 541 | Article by R. R. Heisch, titled "Trace-directed program restructuring for AIX executables", from <u>IBM Journal of Research Development</u>, Vol. 38, No. 5 (September 1994) |
| 542 | IBM Technical Disclosure Bulletin by D. H. Steves and K. C. Witte, titled "Auditing Objects by Name in AIX", dated January 1992 |
| 543 | IBM Technical Disclosure Bulletin by K. A. Bohrer and J. S. Peek, titled "Uniqueness of the AIX Storage Management Design", dated September 1992 |
| 544 | IBM Technical Disclosure Bulletin by S. T. Pan and G. Y. Tsao, titled "Transmission Control Protocol/Internet Protocol Checksum Improvement for AIX 3.2 under RISC System/6000", dated February 1994 |
| 545 | IBM Technical Disclosure Bulletin by D. W. Sheffield, titled "Avoid Remapping of Data Buffers in AIX Device Drivers", dated February 1994 |
| 546 | IBM Technical Disclosure Bulletin by N. A. Camillone, D. H. Steves and K. C. Witte, titled "Reliable, Extensible Audit Trail Storage in AIX", dated December 1991 |
| 547 | IBM Technical Disclosure Bulletin by W. E. Baker and J. S. Peek, titled "Support for Execution of Programs with Large Data Requirements on AIX 3.2", dated August 1992 |
| 548 | IBM Technical Disclosure Bulletin by K. A. Bohrer and W. J. Cheney, titled "Method to Provide Changes to the AIX Operating System Kernel for Multi-process Debugging", dated July 1990 |
| 549 | IBM Technical Disclosure Bulletin by J. S. Langford, D. H. Steves and K. C. Witte, titled "Trusted Path Mechanism in AIX", dated January 1992 |
| 550 | Web page titled "Read-Copy Update Mutual-Exclusion in Linux", available at http://lse.sourceforge.net/locking/rcu/rcupdate_doc.html |
| 551 | Article by M. A. Auslander, titled "Managing programs and libraries in AIX Version 3 for RISC System/6000 processors", from <u>IBM Journal of Research Development</u>, Vol. 34 No. 1 (January 1990) |
| 552 | Article by Paul McKenney, titled "Using RCU in the Linux 2.5 Kernel", from <u>Linux Journal</u>, dated October 1, 2003 |

| Exhibit Number | Description of Document |
|---|---|
| 553 | Article by Paul E. McKenney and Dipankar Sarma, titled "Making RCU Save for Deep Sub-Millisecond Response Realtime Applications" |
| 554 | Article by Hanna Linder, Dipankar Sarma and Maneesh Soni, titled "Scalability of the Directory Entry Cache" |
| 555 | Article by Bob Beck, Bob Kasten and Shreekant Thakkar, titled "VLSI Assist for a Multiprocessor", dated 1987 |
| 556 | Article by J. Inman titled "Implementing Loosely Coupled Functions on Tightly Coupled Engines", dated 1985 |
| 557 | IBM Announcement Letter Number 286-399, titled "IBM RT Personal Computer ™ Advanced Interactive Executive ™ Operating System Version 2.1", dated September 18, 1986 |
| 558 | Excerpts from book titled DYNIX/ptx Reference Manual Section 3, published by Sequent in 1989 |
| 559 | Excerpts from book titled HP-UX Reference Release 10.0, Volume 3 (of 4), published by Hewlett-Packard Co. in 1983 |
| 560 | Excerpts from book titled AIX Operating System: Programming Tools and Interfaces, published by IBM in 1989 |
| 561 | Excerpts from book titled Solaris Porting Guide, Second Edition, published by Sun Microsystems, Inc. in 1995 |
| 562 | Excerpts from book titled Solaris Multithreaded Programming Guide, published by Sun Microsystems, Inc. in 1995 |
| 563 | Excerpts from book by Rudy Chukran, titled Accelerating AIX: Performance Tuning for Programmers and System Administrators, published by IBM in 1998 |
| 564 | Excerpts from book by David A. Kelly, titled AIX/6000: Internals and Architecture, published by IBM in 1996 |
| 565 | Excerpts from book by Robert F. Sauers and Peter S. Weygant, titled HP-UX: Tuning and Performance, Concepts, Tools & Methods, published by Hewlett-Packard Co. in 2000 |

| Exhibit Number | Description of Document |
|---|---|
| 566 | Document titled, "Caldera OpenLinux System Information, OpenLinux Version 1.0", bearing Bates numbers SCO1425831-893 (Under Seal) |
| 567 | Excerpts from book by Phil Colledge, titled The Advanced Programmer's Guide to AIX 3.x, published by IBM in 1994 |
| 568 | Excerpts from book by John R. Graham, titled Solaris: Internals & Architecture, published in 1995 |
| 569 | Letter from J. M. Baccash to Ramesh Subramanian, dated November 30, 1993 (Under Seal) |
| 570 | Excerpts from book titled Guide to Parallel Programming, on Sequent Computer Systems, Second Edition, published by Sequent in 1987 |
| 571 | Excerpts from book titled Solaris Multithreaded Programming Guide, published by Sun Microsystems, Inc. in 1995 |
| 572 | Master Transaction Agreement among Caldera International, Inc., Conectiva Inc, SuSE Linux AG and Turbolinux, dated May 29, 2002 and bearing Bates numbers SCO1170635-648 (Under Seal) |
| 573 | Document titled, "Caldera: Unifying Unix With Linux for Business", bearing Bates numbers SCO1304371-95 (Under Seal) |
| 574 | Email from Randy Richards to Erik Hughes, Craig Bushman, Jeff Hunsaker and Shaun Cutler, regarding "Linux licensing questions - from a partner?", dated July 22, 2003 and bearing Bates numbers SCO1464772-73 (Under Seal) |
| 575 | Document titled "SCO Intellectual Property License for Linux", bearing Bates numbers SCO1269360-63 (Under Seal) |
| 576 | Dennis M. Kennedy, A Primer on Open Source Licensing Legal Issues: Copyright, Copyleft, and Copyfuture, 20 St. Louis U. Pub. L. Rev. 345, 360 (2001) |
| 577 | Email from Erik Hughes to Paul Hurford regarding "Access to a linux box?", dated August 16, 2005 and bearing Bates number SCO1663707-08 (Under Seal) |

| Exhibit Number | Description of Document |
|---|---|
| 578 | Intellectual Property License Provider Agreement between SCO and The PCMS Group, bearing Bates numbers SCO1528883-87 (Under Seal) |
| 579 | Jason B. Wacha, Open Source, Free Software and the General Public License, 20 No. 3 Computer & Internet Law 20, 22 (2003) |
| 580 | Letter from Ronald A. Lauderdale to Darl McBride, dated April 2, 2003 (Under Seal) |
| 581 | Letter from Darl McBride to Ronald A. Lauderdale, dated April 24, 2003 (Under Seal) |
| 582 | Amendment to Software Agreement SOFT-00015 as amended, Sublicensing Agreement SUB-0015A as amended, Software Agreement SOFT-0015 Supplement No. 157 as amended, and Substitution Agreement XFER-0015B, between IBM and Novell, Inc., dated April 26, 1996 and bearing Bates numbers 1710015672-75 (Under Seal) |
| 583 | Letter from Scott D. Lester to Novell, Inc., dated May 1, 1996 (Under Seal) |
| 584 | Transcript of January 11, 2005 Deposition of Stephen D. Vuksanovich (Under Seal) |
| 585 | Transcript of January 19, 2006 Deposition of Steven M. Sabbath Deposition (Under Seal) |
| 586 | Declaration of Dan Frye, dated September 22, 2006 |
| 587 | Declaration of Randall Davis, dated March 29, 2006 |
| 588 | Declaration of Randall Davis, dated April 28, 2006 |
| 589 | Expert Report and Declaration of J. R. Kearl, dated May 19, 2006 (Under Seal) |
| 590 | Rebuttal Expert Report and Declaration of J. R. Kearl, dated July 17, 2006 (Under Seal) |
| 591 | Reply Expert Report and Declaration of J. R. Kearl, dated August 28, 2006 (Under Seal) |

| Exhibit Number | Description of Document |
|---|---|
| 592 | SCO press release titled "SCO Files Lawsuit Against IBM", dated March 7, 2003 |
| 593 | IBM press release titled "IBM Breaks Barriers Between Linux and UNIX with AIX 5l", dated April 23, 2001 and bearing Bates numbers SCO1584167-68 |
| 594 | Caldera Systems, Inc. press release titled "SCO and Caldera Release Technology Preview of AIX 5L-64 Bit UNIX OS for Intel Itanium Processors", dated April 23, 2001 and bearing Bates numbers SCO1395324-26 (Under Seal) |
| 595 | The Santa Cruz Operation, Inc. and Caldera Systems, Inc. press release titled "SCO and Caldera Release Technology Preview of AIX 5L-64 Bit UNIX OS for Intel Itanium Processors", dated April 23, 2001 and bearing Bates numbers SCO1584169-70 |
| 596 | Declaration of Paul McKenney, dated September 24, 2006 |
| 597 | Declaration of Joseph Beyers, dated September 22, 2006 |

4.      I declare under penalty of perjury that the foregoing is true and correct.

Executed:  October 4, 2006.

Salt Lake City, Utah

_____
Todd M. Shaughnessy

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2006, a true and correct copy of the foregoing was served by hand delivery, to the following:

>
> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101

Amy F. Sorenson

415024.1