SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
  International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>        Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

416698.1

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging deadlines as follows:

Both parties' memoranda in opposition to the pending motions for summary judgment, currently due October 25, 2006, shall be due no later than November 1, 2006;

IBM's memorandum in opposition to SCO's motion for relief re spoliation, currently due October 25, 2006, shall be due no later than November 1, 2006;

Both parties' reply memoranda in support of the pending motions for summary judgment, currently due November 24, 2006, shall be due no later than December 8, 2006;

SCO's reply memorandum in support of its motion for relief re spoliation shall be due no later than November 24, 2006; and

Both parties' response to all outstanding requests for admission shall be due no later than November 8, 2006.

The parties stipulate that they will not seek any further extensions of the deadline for memoranda in opposition to the pending summary judgment motions. The parties submit concurrently herewith a proposed Order confirming these deadlines.

DATED this 18th day of October, 2006.

> SNELL & WILMER L.L.P.
> Alan L. Sullivan
> Todd M. Shaughnessy
> Amy F. Sorenson
>
> CRAVATH, SWAINE & MOORE
> Evan R. Chesler
> David R. Marriott
>
>
> By___/s/ Todd M. Shaughnessy_____
>   *Counsel for Defendant International*
>   *Business Machines Corporation*

3

DATED this 18th day of October, 2006.

         HATCH, JAMES & DODGE, P.C.
         Brent O. Hatch
         Mark F. James
         BOIES, SCHILLER & FLEXNER LLP
         Edward Normand


         By___/s/ Edward Normand_____
            *Counsel for Plaintiff*
        *(e-filed with authorization from counsel)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2006, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131


/s/ Todd M. Shaughnessy