SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>   Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>   Defendant/Counterclaim-Plaintiff. | **ORDER RE EXTENSION OF DEADLINES**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

416703.1

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall have an extension of time as follows:

Both parties' memoranda in opposition to the pending motions for summary judgment shall be due no later than November 1, 2006;

IBM's memorandum in opposition to SCO's motion for relief re spoliation shall be due no later than November 1, 2006;

Both parties' reply memoranda in support of the pending motions for summary judgment shall be due no later than December 8, 2006;

SCO's reply memorandum in support of its motion for relief re spoliation shall be due no later than November 24, 2006; and

Both parties' responses to all outstanding requests for admission shall be due no later than November 8, 2006.

The parties will not seek any further extensions of the deadline for memoranda in opposition to the pending summary judgment motions.

DATED this 19th day of October, 2006.

BY THE COURT

Dale A. Kimball

APPROVED AS TO FORM:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Edward Normand

\_\_\_/s/ Edward Normand_____
Counsel for Plaintiff
(e-filed with authorization from counsel)