Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE LLP
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>        Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>        Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING OF SCO'S MOTION FOR A PROTECTIVE ORDER REGARDING DR. JEFFREY LEITZINGER'S PERSONAL FINANCIAL INFORMATION AND CERTIFICATE OF COMPLIANCE WITH RULE 37(c), EXHIBITS THERETO, and PROPOSED ORDER**<br><br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original and two copies of the following documents:

1. **SCO'S MOTION FOR A PROTECTIVE ORDER REGARDING DR. JEFFREY LEITZINGER'S PERSONAL FINANCIAL INFORMATION AND CERTIFICATE OF COMPLIANCE WITH RULE 37(c)**

2. **EXHIBITS TO SCO'S MOTION FOR A PROTECTIVE ORDER REGARDING DR. JEFFREY LEITZINGER'S PERSONAL FINANCIAL INFORMATION AND CERTIFICATE OF COMPLIANCE WITH RULE 37(c)**

3. **PROPOSED ORDER GRANTING SCO'S MOTION FOR A PROTECTIVE ORDER REGARDING DR. JEFFREY LEITZINGER'S PERSONAL FINANCIAL INFORMATION AND CERTIFICATE OF COMPLIANCE WITH RULE 37(c)**

These documents have not been filed electronically because:

\_\_\_\_   it cannot be converted to electronic format

\_X\_   the electronic file size of this material exceeds 2 megabytes (MB)

\_\_\_\_   the Court by order has excused electronic filing

\_X\_   it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

These documents have been served conventionally on all parties.

DATED this 20th day of October, 2006.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand


By:     /s/ Brent O. Hatch_____
        *Counsel for The SCO Group, Inc.*

**CERTIFICATE OF SERVICE**

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the

foregoing was served on Defendant International Business Machines Corporation on the 20th

day of October, 2006, by CM/ECF to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

/s/ Brent O. Hatch_____