Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Facsimile: (305) 539-1307

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP,<br><br>Plaintiff/Counterclaim-Defendant<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff | **STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTIONS**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

IBM does not agree to the language of this proposed stipulation:

Both parties' memoranda in opposition to the pending motions for summary judgment, currently due November 1, 2006, shall be due no later than November 8, 2006.

*SCO has asked IBM to consent to extend the foregoing deadline to November 15, 2006, but IBM has not consented, and SCO hereby requests such an extension.*

Both parties' response to all outstanding requests for admission, currently due November 8, 2006, shall be due no later than November 15, 2006.

IBM's memorandum in opposition to SCO's motion for relief regarding spoliation, currently due November 1, 2006, shall be due no later than November 8, 2006.

SCO's reply memorandum in support of its motion for relief regarding spoliation, currently due November 24, 2006, shall be due no later than December 1, 2006.

Both parties' reply memoranda in support of their motions for summary judgment, currently due December 8, 2006, shall be due no later than December 15, 2006.

*SCO has offered to IBM to extend the foregoing deadline to December 22, 2006, in light of the extension sought for the opposition to the pending motions for summary judgment, but IBM did not consent.*

The parties stipulate that they will not seek any further extensions of the deadline for memoranda in opposition to the pending summary judgment motions.

The parties submit concurrently herewith a joint proposed Order confirming the previously consented-to deadlines, and *a SCO proposed Order setting forth the revised dates to which SCO has asked IBM to consent and which SCO respectfully requests be entered, but to which IBM has not consented.*

DATED this 1st day of November, 2006.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand
Sean Eskovitz

By___/s/ Brent O. Hatch________________
*Counsel for The SCO Group, Inc.*

DATED this 1st day of November, 2006

SNELL & WILMER L.L.P.
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

By___/s/ Todd M. Shaughnessy__________
*Counsel for Defendant International Business Machines Corporation*

**CERTIFICATE OF SERVICE**

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that on the 1st day of November, 2006, a true and correct copy of the foregoing Stipulation and Joint Motion for Extension of Time was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the, to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

By /s/ Brent O. Hatch