# Exhibit A

## TO

## IBM'S OPPOSITION TO SCO'S MOTION
## FOR AN EXTENSION OF TIME AND
## CROSS-MOTION FOR EXTENSION OF TIME

# Shaughnessy, Todd

**From:** Shaughnessy, Todd
**Sent:** Wednesday, November 01, 2006 9:16 AM
**To:** 'Sashi Bach Boruchow'; David Marriott
**Cc:** Ted Normand
**Subject:** RE: stipulation and proposed order re extension

Sashi,
These look fine, though I think the title of each needs to be changed -- the stip and order address more than just opp'ns to SJ motions. Subject to that, you can attach my name and e-file.

Todd

Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
801.257.1937 (direct)
801.257.1900 (general)
801.257.1800 (fax)

This message and any attachments to it may contain privileged and confidential attorney client information and/or attorney work product. Please do not forward or distribute to anyone else.


-----Original Message-----
From: Sashi Bach Boruchow [mailto:sbach@BSFLLP.com]
Sent: Tuesday, October 31, 2006 3:04 PM
To: David Marriott; Shaughnessy, Todd
Cc: Ted Normand
Subject: RE: stipulation and proposed order re extension

Attached please find the revised stipulation and proposed order. Please let me know if you agree.

Thanks,
Sashi



Sashi Bach Boruchow, Esq.
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 118
Alt. Phone: 404-634-3763
Cell Phone: 305-336-3934
Fax: 954-356-0022
http://www.bsfllp.com


*********************************************************************************
IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*********************************************************************************
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any

1

dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Facsimile: (305) 539-1307
*Attorneys for The SCO Group, Inc.*

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP,<br><br>Plaintiff/Counterclaim-Defendant<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff | **STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTIONS**<br><br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging deadlines as follows:

1

Both parties' memoranda in opposition to the pending motions for summary judgment, currently due November 1, 2006, shall be due no later than November 8, 2006.

Both parties' response to all outstanding requests for admission, currently due November 8, 2006, shall be due no later than November 15, 2006.

IBM's memorandum in opposition to SCO's motion for relief regarding spoliation, currently due November 1, 2006, shall be due no later than November 8, 2006.

SCO's reply memorandum in support of its motion for relief regarding spoliation, currently due November 24, 2006, shall be due no later than December 1, 2006.

Both parties' reply memoranda in support of their motions for summary judgment, currently due December 8, 2006, shall be due no later than December 15, 2006.

The parties stipulate that they will not seek any further extensions of the deadline for memoranda in opposition to the pending summary judgment motions. The parties submit concurrently herewith a proposed Order confirming these deadlines.

DATED this 25th day of October, 2006.

> HATCH, JAMES & DODGE, P.C.
> Brent O. Hatch
> Mark F. James
>
> BOIES, SCHILLER & FLEXNER LLP
> Robert Silver
> Stuart H. Singer
> Stephen N. Zack
> Edward Normand
> Sean Eskovitz
>
> By_____
> *Counsel for The SCO Group, Inc.*

DATED this 25th day of October, 2006

                                        SNELL & WILMER L.L.P.
                                        Alan L. Sullivan
                                        Todd M. Shaughnessy
                                        Amy F. Sorenson

                                        CRAVATH, SWAINE & MOORE
                                        Evan R. Chesler
                                        David R. Marriott


                                        By_____
                                        *Counsel for Defendant International*
                                        *Business Machines Corporation*

**CERTIFICATE OF SERVICE**

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that on the 25th day of October, 2006, a true and correct copy of the foregoing Stipulation and Joint Motion for Extension of Time was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the, to the following:

    David Marriott, Esq.
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York  10019

    Donald J. Rosenberg, Esq.
    1133 Westchester Avenue
    White Plains, New York  10604

    Todd Shaughnessy, Esq.
    Snell & Wilmer LLP
    1200 Gateway Tower West
    15 West South Temple
    Salt Lake City, Utah 84101-1004

By_____

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

*Attorneys for The SCO Group, Inc.*

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
Sean Eskovitz (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER RE EXTENSION OF DEADLINE FOR OPPOSITION TO SUMMARY JUDGMENT MOTIONS**<br><br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the parties shall have an extension of time as follows:

Both parties' memoranda in opposition to the pending motions for summary judgment, currently due November 1, 2006, shall be due no later than November 8, 2006.

Both parties' response to all outstanding requests for admission, currently due November 8, 2006, shall be due no later than November 15, 2006.

IBM's memorandum in opposition to SCO's motion for relief regarding spoliation, currently due November 1, 2006, shall be due no later than November 8, 2006.

SCO's reply memorandum in support of its motion for relief regarding spoliation, currently due November 24, 2006, shall be due no later than December 1, 2006.

Both parties' reply memoranda in support of their motions for summary judgment, currently due December 8, 2006, shall be due no later than December 15, 2006.

The parties will not seek any further extensions of the deadline for memoranda in opposition to the pending summary judgment motions.

IT IS SO ORDERED

DATED this ____ day of _____

                                                                                   DALE A. KIMBALL
                                                                                   UNITED STATES DISTRICT JUDGE