Brent O. Hatch (5715)  
Mark F. James (5295)  
HATCH, JAMES & DODGE  
10 West Broadway, Suite 400  
Salt Lake City, Utah 84101  
Telephone: (801) 363-6363  
Facsimile: (801) 363-6666  

Stuart H. Singer (admitted pro hac vice)  
BOIES, SCHILLER & FLEXNER LLP  
401 East Las Olas Boulevard – Suite 1200  
Ft. Lauderdale, Florida 33301  
Telephone: (954) 356-0011  
Facsimile: (954) 356-0022  

Robert Silver (admitted pro hac vice)  
Edward Normand (admitted pro hac vice)  
Sean Eskovitz (admitted pro hac vice)  
BOIES, SCHILLER & FLEXNER LLP  
333 Main Street  
Armonk, New York 10504  
Telephone: (914) 749-8200  
Facsimile: (914) 749-8300  

Stephen N. Zack (admitted pro hac vice)  
BOIES, SCHILLER & FLEXNER LLP  
Bank of America Tower – Suite 2800  
100 Southeast Second Street  
Miami, Florida 33131  
Telephone: (305) 539-8400  
Facsimile: (305) 539-1307  

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>　　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　Defendant/Counterclaim-Plaintiff. | **[JOINT PROPOSED] ORDER RE EXTENSION OF DEADLINES FOR BRIEFING ON SUMMARY JUDGMENT AND OTHER DEADLINES**<br><br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the parties shall have an extension of time as follows:

  Both parties' memoranda in opposition to the pending motions for summary judgment, currently due November 1, 2006, shall be due no later than November 8, 2006.

  Both parties' response to all outstanding requests for admission, currently due November 8, 2006, shall be due no later than November 15, 2006.

  IBM's memorandum in opposition to SCO's motion for relief regarding spoliation, currently due November 1, 2006, shall be due no later than November 8, 2006.

  SCO's reply memorandum in support of its motion for relief regarding spoliation, currently due November 24, 2006, shall be due no later than December 1, 2006.

  Both parties' reply memoranda in support of their motions for summary judgment, currently due December 8, 2006, shall be due no later than December 15, 2006.

  The parties will not seek any further extensions of the deadline for memoranda in opposition to the pending summary judgment motions.

IT IS SO ORDERED

DATED this _____ day of _____

                _____
                DALE A. KIMBALL
                UNITED STATES DISTRICT JUDGE