SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., | NOTICE OF CONVENTIONAL FILING |
| Plaintiff/Counterclaim-Defendant, | |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Civil No. 2:03CV-0294 DAK |
| | Honorable Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff. | Magistrate Judge Brooke C. Wells |

Please take notice that Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("IBM") has conventionally filed the original and two copies of the following document, paper or other material:

1.   IBM's Memorandum in Opposition to SCO's Motion for a Protective Order.

This document has not been filed electronically because it has been filed under seal pursuant to the Court's September 16, 2003 Protective Order, Docket No. 38.

This document has been conventionally served on all parties.

DATED this 7th day of November, 2006.

                                              SNELL & WILMER L.L.P.

                                              /s/ Todd M. Shaughnessy
                                              Alan L. Sullivan
                                              Todd M. Shaughnessy
                                              Amy F. Sorenson

                                              CRAVATH, SWAINE & MOORE LLP
                                              Evan R. Chesler
                                              David R. Marriott

                                              *Attorneys for Defendant/Counterclaim-Plaintiff*
                                              *International Business Machines Corporation*

Of Counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2006, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

/s/ Todd M. Shaughnessy