SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff*
 *International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>   Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>   Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging deadlines as follows:

Both parties' memoranda in opposition to the pending motions for summary judgment shall be due no later than 12 p.m. on November 11, 2006;

IBM's memorandum in opposition to SCO's motion for relief re spoliation shall be due no later than 12 p.m. on November 11, 2006;

Both parties' reply memoranda in support of the pending motions for summary judgment shall be due no later than December 22, 2006;

SCO's reply memorandum in support of its motion for relief re spoliation shall be due no later than December 1, 2006; and

Both parties' responses to all outstanding requests for admission shall be due no later than January 15, 2007.

The parties will not seek any further extensions of the deadline for memoranda in opposition to the pending summary judgment motions, regardless of the scheduling of the trial date.

DATED this 7th day of November, 2006.

> SNELL & WILMER L.L.P.
> Alan L. Sullivan
> Todd M. Shaughnessy
> Amy F. Sorenson
>
> CRAVATH, SWAINE & MOORE
> Evan R. Chesler
> David R. Marriott
>
>
> By___/s/ Todd M. Shaughnessy_____
>    *Counsel for Defendant International*
>    *Business Machines Corporation*

3

DATED this 7th day of November, 2006.

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James
BOIES, SCHILLER & FLEXNER LLP
Edward Normand

By___/s/ Edward Normand_____
     *Counsel for Plaintiff*
  *(e-filed with authorization from counsel)*

419204.1                    3

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2006, a true and correct copy of the

foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system

to the following:


> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101
>
> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131


 /s/ Todd M. Shaughnessy