Case: 2:03cv294

Frederick S. Frei
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC 20006

---

No New Address
Information Available
Date 11/08/06
Initials [signature]

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@utd.uscourts.gov Message-Id: Subject:Activity in Case 2:03-cv-00294-DAK-BCW SCO Grp, et al v. Intl Bus Mach Inc "Order on Motion for Extension of Time" Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** *You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.*

*Electronic Case Filing System*

*District of Utah*

Notice of Electronic Filing

The following transaction was received from blk, entered on 10/19/2006 at 1:53 PM MDT and filed on 10/19/2006

| | |
|---|---|
| *Case Name:* | SCO Grp, et al v. Intl Bus Mach Inc |
| *Case Number:* | 2:03-cv-294 |
| *Filer:* | |
| *Document Number:* | 840 |

*Docket Text:*
ORDER granting [839] Motion for Extension of Time regarding deadlines . Signed by Judge Dale A. Kimball on 10/19/06.(blk, )

The following document(s) are associated with this transaction:

*Document description:* Main Document
*Original filename:* n/a
*Electronic document Stamp:*
[STAMP dcecfStamp_ID=1060034973 [Date=10/19/2006] [FileNumber=706977-0
] [46208d9415b08f8952c261ce6f9acca8bb842e03bfc6529b55064671973e0f5b99d
d14 d35e35df49f65600dd200915ec458fb316d7ec74c19911df46eaaeefc5]]


**2:03-cv-294 Notice will be electronically mailed to:**

John J. Brogan   (E-Filer)   brogan.john@dorsey.com, arce.annette@dorsey.com

Roger G. Brooks   (E-Filer)   rbrooks@cravath.com

Evan R. Chesler    echesler@cravath.com

Peter H. Donaldson   (E-Filer)   pdonaldson@swlaw.com, cnolen@swlaw.com, mbrown@swlaw.com

Brent O. Hatch   (E-Filer)   bhatch@hjdlaw.com, brenthatch@gmail.com

Mark J. Heise    mheise@bsfllp.com

1

Mark F James  (E-Filer)  mjames@hjdlaw.com

Robert A. Magnanini   (E-Filer)  rmagnanini@bsfllp.com

David R. Marriott    dmarriott@cravath.com

Kevin P. McBride  (E-Filer)   km@mcbride-law.com, hq@mcbride-law.com

Michael P. O'Brien  (E-Filer)   mobrien@joneswaldo.com, khess@joneswaldo.com

Devan V. Padmanabhan   (E-Filer)  Padmanabhan.devan@dorsey.com, arce.annette@dorsey.com

Stanley J. Preston  (E-Filer)  intakeclerk@scmlaw.com, sjp@scmlaw.com

Maralyn M. Reger  (E-Filer)  intakeclerk@scmlaw.com, mreger@scmlaw.com

David W. Scofield  (E-Filer)  dws@psplawyers.com

Todd M. Shaughnessy  (E-Filer)  tshaughnessy@swlaw.com, dwithers@swlaw.com, mbrown@swlaw.com

Stuart H. Singer  (E-Filer)   ssinger@bsfllp.com

Amy F. Sorenson  (E-Filer)   asorenson@swlaw.com, kbutton@swlaw.com

Andrew H. Stone  (E-Filer)  astone@joneswaldo.com

David S. Stone  (E-Filer)  dstone@bsfllp.com

Alan L. Sullivan  (E-Filer)  asullivan@swlaw.com, mbrown@swlaw.com, ksblack@swlaw.com

Nathan E. Wheatley  (E-Filer)  nwheatley@swlaw.com, mbrown@swlaw.com, cmeehan@swlaw.com

Stephen Neal Zack    szack@bsfllp.com

**2:03-cv-294 Notice will be delivered by other means to:**

Frederick S. Frei
ANDREWS KURTH
1701 PENNSYLVANIA AVE NW STE 300
WASHINGTON, DC 20006

Robert Silver
BOIES SCHILLER &FLEXNER (NY)
333 MAIN ST
ARMONK, NY 10504

2

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **ORDER RE EXTENSION OF DEADLINES** <br><br> Civil No. 2:03CV0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

416703.1

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall have an extension of time as follows:

Both parties' memoranda in opposition to the pending motions for summary judgment shall be due no later than November 1, 2006;

IBM's memorandum in opposition to SCO's motion for relief re spoliation shall be due no later than November 1, 2006;

Both parties' reply memoranda in support of the pending motions for summary judgment shall be due no later than December 8, 2006;

SCO's reply memorandum in support of its motion for relief re spoliation shall be due no later than November 24, 2006; and

Both parties' responses to all outstanding requests for admission shall be due no later than November 8, 2006.

The parties will not seek any further extensions of the deadline for memoranda in opposition to the pending summary judgment motions.

DATED this 19th day of October, 2006.

BY THE COURT

*Dale A. Kimball*

APPROVED AS TO FORM:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Edward Normand

___/s/ Edward Normand_____
Counsel for Plaintiff
(e-filed with authorization from counsel)

416703.1

2

United States District Court
District of Utah

Office of the Clerk
United States Courthouse
350 South Main Street
Salt Lake City, Utah
84101-2180

Official Business
Penalty for Private Use $300

SALT LAKE CITY
UT 841
19 OCT 2006
US POSTAGE