# EXHIBIT D

| Home | About OSDL | Lab Activities | Newsroom | Associates Login \| OSDL Groups \| Developer \| OSDL JP |



You are here: Home » About OSDL » OSDL Member Companies and Affiliates » Full Roster

## OSDL Member Companies and Affiliates

## OSDL Member Roster





Commonly accessed pages:
- Europe, the Middle East, and Africa
- Asia Pacific
- The Americas
- OSDL Member Roster
- Industry Segments



| | | |
|---|---|---|
| 10art-ni | Kobe Institute of Computing | Performance Technologies, Inc. |
| a la Mobile | Korea IT Industry Promotion Agency | Portland State University |
| Alcatel | | |
| AMD | Levanta | Red Flag Software Co., Ltd. |
| Beijing Software Testing Center | Linspire, Inc. | Red Hat |
| Black Duck Software | Lynuxworks | Scalix Corporation |
| BT Global Services | Marist College | Shanghai Datang Mobile Communications Equipment Company Ltd. |
| Bull | Meyer Sound Laboratories, Inc. | |
| Cassatt | Mitsubishi Electric | |
| CCIA | MIZI Research | Siemens AG |
| CEC | MontaVista Software | SpikeSource, Inc. |
| Centeris Corporation | Motorola | Spreadtrum Communications |
| Co-Create | National University of Defense Technology | Stratus Technologies, Inc. |
| Comverse | NEC | |
| CSIP | Network Appliance | Timesys |
| EMC | Nokia | Tokyo University of Technology |
| ETRI | Novell | Toshiba Solutions |
| Fujitsu | NTT Corporation | Trolltech |
| Google | NTT Data Intellilink | TurboLinux |
| Haansoft | Open Country | Unisys |
| Hitachi | Open Source Japan, Ltd. | University of Helsinki |
| HP | Oregon State | Voyager Capital |
| IBM | | |

| | | |
|---|---|---|
| Intel | University | Wakkanai Hokusei Gakuen College |
| | Pacific Crest Securities | Waseda University |
| | PalmSource | Wind River |
| | | Wyse |
| | | Xandros, Inc. |

Copyright © 2006 Open Source Development Labs, Inc.; All rights reserved except where otherwise noted.
Privacy | Legal | Contact OSDL Corporate