Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDA**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") hereby moves the Court pursuant to District Court Rule 7-1(e) for an Order granting it leave to file its Memoranda listed hereto in Opposition to IBM's Motion for Summary Judgments:

1. **SCO'S MEMORANDUM IN OPPOSITION TO IBM'S "MOTION FOR SUMMARY JUDGMENT ON SCO'S INTERFERENCE CLAIMS (SCO'S SEVENTH, EIGHTH AND NINTH CAUSES OF ACTION)"**
    a. Which consists of 29 pages, exclusive of face sheet, table of contents, statements of issues and facts, and exhibits.

2. **SCO'S MEMORANDUM IN OPPOSITION TO IBM'S "MOTION FOR SUMMARY JUDGMENT ON SCO'S COPYRIGHT CLAIM (SCO'S FIFTH CAUSE OF ACTION)"**
    a. Which consists of 43 pages, exclusive of face sheet, table of contents, statements of issues and facts, and exhibits.

3. **SCO'S MEMORANDUM IN OPPOSITION TO IBM'S MOTION FOR SUMMARY JUDGMENT ON SCO'S CONTRACT CLAIMS**
    a. Which consists of 176 pages, exclusive of face sheet, table of contents, statements of issues and facts, and exhibits.

4. **SCO'S MEMORANDUM IN OPPOSITION TO IBM'S MOTION FOR SUMMARY JUDGMENT ON ITS CLAIM FOR DECLARATORY JUDGMENT (IBM'S) TENTH COUNTERCLAIM**
    a. Which consists of 53 pages, exclusive of face sheet, table of contents, statements of issues and facts, and exhibits.

SCO's Motion is made upon the grounds that the Memoranda of the indicated lengths are necessary given the complex nature of the issues raised by IBM's Motion for Summary Judgment and the numerous legal arguments SCO addresses in its Memoranda.

SCO has endeavored to be as concise as possible, but respectfully submits that the excess length is necessary to fully and fairly address the issues being placed before the Court.

SCO respectfully requests that it be allowed to file its Memoranda containing the afore mentioned numbers of pages, table of contents and authorities, appendixes and exhibits.

DATED this the 11th day of November, 2006.

>HATCH, JAMES & DODGE, P.C.
>Brent O. Hatch
>Mark F. James
>
>BOIES, SCHILLER & FLEXNER LLP
>Robert Silver
>Stuart H. Singer
>Stephen N. Zack
>Edward Normand
>
>By: /s/ Brent O. Hatch _____
>*Counsel for The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that on the 11th day of November, 2006, a true and correct copy of the foregoing **EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDA** was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the, to the following:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Todd Shaughnessy, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

Donald J. Rosenberg, Esq.
1133 Westchester Avenue
White Plains, New York 10604

/s/ Brent O. Hatch_____