# EXHIBIT P

# UNPUBLISHED OPINION