# EXHIBIT 607

# REDACTED