# EXHIBIT 610

# REDACTED