# EXHIBIT 611

# REDACTED