# EXHIBIT 612

Case 2:03-cv-00294-DAK-BCW   Document 682   Filed 05/15/2006   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING STIPULATION REGARDING CERTAIN SCHEDULING DEADLINES**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

The stipulation of the parties having been considered and with good cause appearing therefore:

IT IS HEREBY ORDERED that the scheduling deadlines set forth in the Court's Order dated March 20, 2006, and certain other deadlines set forth in the Court's Scheduling Order dated July 1, 2005 are extended as follows:

| | |
|---|---|
| Initial Expert Reports | May 19, 2006 |
| Opposing Expert Reports | June 16, 2006 |
| Rebuttal Expert Reports | July 14, 2006 |
| Final Deadline for Expert Discovery | July 24, 2006 |
| Dispositive Motions | August 4, 2006 |
| Oppositions to Dispositive Motions | September 8, 2006 |
| Reply Briefs on Dispositive Motions | October 6, 2006 |

All other deadlines in the July 2005 Order shall remain in force and effect.

DATED this 15th day of May, 2006.

_____
MAGISTRATE JUDGE BROOKE C. WELLS