# EXHIBIT 613

Case 2:03-cv-00294-DAK-BCW   Document 701   Filed 06/13/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION, DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP INC.<br>    Plaintiff/Counterclaim<br>Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 2:03cv00294 DAK<br><br>ORDER GRANTING IBM'S MOTION FOR EXPEDITED BRIEFING AND HEARING<br><br>JUDGE DALE A. KIMBALL<br><br>MAGISTRATE JUDGE BROOKE C. WELLS |

This matter is before the court on Defendant/Counterclaim-Plaintiff International Business Machines Corporation's (IBM) request for expedited briefing and hearing[1] on IBM's Motion to Strike The SCO Group's (SCO) Allegations in Excess of the Final Disclosures.[2]

For good cause shown and due to the fast approaching deadlines in this case, the court hereby GRANTS IBM's motion for expedited briefing.[3] The court ORDERS

---

[1] Docket no. 697.

[2] Docket no. 695.

[3] Docket no. 697.

SCO to file any opposition to IBM's Motion to Strike by Wednesday June 19, 2006[4] at 5:00 p.m. The court further ORDERS that

IBM is to file any reply by Monday June 26, 2006 at 5:00 p.m.

A hearing will be held on IBM's Motion to Strike after the issue is fully briefed.

DATED this 13th day of June, 2006.

BY THE COURT:

*Brooke C. Wells*
BROOKE C. WELLS
United States Magistrate Judge

---

[4] SCO agreed to expedited briefing and proposed this date for the submission of their opposition memo in response to IBM's motion. *See* SCO's Mem. in Resp. p. 2.