# EXHIBIT 614

# REDACTED