# EXHIBIT 616

# REDACTED