# EXHIBIT 617

# REDACTED