# EXHIBIT 618

# REDACTED