Brent O. Hatch (5715)  
Mark F. James (5295)  
HATCH, JAMES & DODGE LLP  
10 West Broadway, Suite 400  
Salt Lake City, Utah  84101  
Telephone: (801) 363-6363  
Facsimile:  (801) 363-6666  

Stuart H. Singer (admitted pro hac vice)  
BOIES, SCHILLER & FLEXNER LLP  
401 East Las Olas Boulevard – Suite 1200  
Ft. Lauderdale, Florida 33301  
Telephone:  (954) 356-0011  
Facsimile:  (954) 356-0022  

Robert Silver (admitted pro hac vice)  
Edward Normand (admitted pro hac vice)  
BOIES, SCHILLER & FLEXNER LLP  
333 Main Street  
Armonk, New York 10504  
Telephone: (914) 749-8200  
Facsimile:  (914) 749-8300  

Stephen N. Zack (admitted pro hac vice)  
BOIES, SCHILLER & FLEXNER LLP  
Bank of America Tower – Suite 2800  
100 Southeast Second Street  
Miami, Florida  33131  
Telephone:  (305) 539-8400  
Facsimile:   (305) 539-1307  

*Attorneys for The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **NOTICE OF CONVENTIONAL FILING**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original and two courtesy copies of *SCO's Reply Memorandum in Further Support of SCO's Motion for Relief For IBM's Spoliation of Evidence.*

This documents has not been filed electronically because:

\_\_\_   it cannot be converted to electronic format

\_\_\_   the electronic file size of this material exceeds 2 megabytes (MB)

\_\_\_   the Court by order has excused electronic filing

\_X\_   it is exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

This document has been served conventionally on all parties.

DATED this 1st  day of December, 2006.

            HATCH, JAMES & DODGE, P.C.
            Brent O. Hatch
            Mark F. James

            BOIES, SCHILLER & FLEXNER LLP
            Robert Silver
            Stuart H. Singer
            Stephen N. Zack
            Edward Normand

         By: /s/ Brent O. Hatch_____
            *Counsel for The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing *Notice of Conventional Filing* was served on Defendant International Business Machines Corporation on the 1st day of December, 2006, by CM/ECF to the following:

> David Marriott, Esq.
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, New York 10019
>
> Todd Shaughnessy, Esq.
> Snell & Wilmer LLP
> 1200 Gateway Tower West
> 15 West South Temple
> Salt Lake City, Utah 84101-1004
>
> Alec Berman, Esq.
> 1133 Westchester Avenue
> White Plains, New York 10604

/s/ Brent O. Hatch_____