Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE LLP
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **SCO'S OBJECTION TO THE MAGISTRATE JUDGE'S DECISION ON IBM'S MOTION TO CONFINE**<br><br>Case No. 2:03CV0294DAK<br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Pursuant to Federal Rule of Civil Procedure 72(a) and DUCiv R. 74-1(a)(1), Plaintiff, The SCO Group, Inc. ("SCO"), respectfully objects to Magistrate Judge Wells' ruling from the bench on November 30, 2006 ("Nov. 30 ruling") which grants the motion of Defendant, International Business Machines Corporation's ("IBM"), to Confine SCO's Claims to, and Strike Allegations in Excess of, the Final Disclosures.  Pursuant to Rule 72, SCO's objections will be detailed in its accompanying memorandum in support of its objections which will be filed ten days after the written order is entered.[1]

Dated:  December 14, 2006               HATCH, JAMES & DODGE, P.C.

                                        Brent O. Hatch
                                        Mark F. James


                                        BOIES, SCHILLER & FLEXNER LLP
                                        Robert Silver
                                        Stuart H. Singer
                                        Stephen N. Zack
                                        Edward Normand

                                        By____/s/Brent O. Hatch_____
                                        *Counsel for The SCO Group, Inc.*

---

[1] The Magistrate Judge has not yet entered a written order.

1