SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

423952.1

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging deadline for both parties to file their respective reply memoranda in further support of the pending motions for summary judgment. The parties respectfully request that the current deadline, December 22, 2006, be extended to January 12, 2007. The parties make this motion with the understanding that the requested extension will not affect the dates set for oral argument on the parties' motions for summary judgment, and will allow the Court sufficient time to consider the parties' papers. On this basis, the parties' respectfully submit concurrently herewith a proposed Order confirming this extension of time.

DATED this 18th day of December, 2006.

        SNELL & WILMER L.L.P.
        Alan L. Sullivan
        Todd M. Shaughnessy
        Amy F. Sorenson

        CRAVATH, SWAINE & MOORE
        Evan R. Chesler
        David R. Marriott

        By____/s/ Todd M. Shaughnessy_____
          *Counsel for Defendant International*
          *Business Machines Corporation*

DATED this 18th day of December, 2006.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James
        BOIES, SCHILLER & FLEXNER LLP
        Edward Normand

        By____/s/ Edward Normand_____
          *Counsel for Plaintiff*
         *(e-filed with authorization from counsel)*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2006, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101
>
> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131



/s/ Todd M. Shaughnessy