# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Sashi Bach Boruchow          Telephone: (954) 356-0011
Firm Name: Boies Schiller & Flexner LLP
Business Address: 401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, Florida 33301

Current bar memberships and date of admission:

Florida                                        Admitted on 10/02/2000
                                               Admitted on
                                               Admitted on
                                               Admitted on

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
__X__ No          ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:        __X__ none

Case Name: _____
Case Number: _____
Admission Date: _____

(Attach list of other cases separately if more space is needed.)

*Sashi Bach Boruchow*          12-18-2006
Signature                      Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.