SNELL & WILMER, L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Nathan E. Wheatley (9454)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>       Plaintiff/Counterclaim-<br>       Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>       Defendant/Counterclaim-<br>       Plaintiff. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO SCO'S MOTION FOR RECONSIDERATION**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke Wells |

Defendant and Counterclaim-Plaintiff International Business Machines ("IBM"), through counsel, hereby moves the Court for an extension of time to respond to the Motion for Reconsideration of November 29th Order filed by Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO").

IBM respectfully requests that it be granted an extension of time, to and including January 19, 2007, within which to file a response to SCO's motion.  Counsel for IBM has conferred with counsel for SCO regarding the requested extension.  SCO's counsel will not agree to an extension of the deadline to January 19, 2007.  SCO's counsel will agree to extend the deadline to January 9, 2007, but the parties' reply briefs to the pending motions for summary judgment are due three days later, on January 12, 2007.  Due to this, the intervening holidays, and other commitments, undersigned counsel respectfully requests an extension to January 19 to respond to SCO's motion.

DATED this 2nd day of January, 2007.

SNELL & WILMER L.L.P.


_/s/ Nathan E. Wheatley_____
Alan L. Sullivan
Todd M. Shaughnessy
Nathan E. Wheatley


CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

Of Counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff International
Business Machines Corporation*

CERTIFICATE OF SERVICE

I hereby certify that on the  2nd day of January, 2007, a true and correct copy of the

foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system

to the following:

        Brent O. Hatch
        Mark F. James
        HATCH, JAMES & DODGE, P.C.
        10 West Broadway, Suite 400
        Salt Lake City, Utah 84101

        Stephen N. Zack
        Mark J. Heise
        BOIES, SCHILLER & FLEXNER LLP
        100 Southeast Second Street, Suite 2800
        Miami, Florida 33131

                        /s/ Nathan E. Wheatley