| | |
|---|---|
| Brent O. Hatch (5715)<br>Mark F. James (5295)<br>HATCH, JAMES & DODGE<br>10 West Broadway, Suite 400<br>Salt Lake City, Utah  84101<br>Telephone: (801) 363-6363<br>Facsimile:  (801) 363-6666 | Robert Silver (admitted pro hac vice)<br>Edward Normand (admitted pro hac vice)<br>Sean Eskovitz (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, New York 10504<br>Telephone: (914) 749-8200<br>Facsimile:  (914) 749-8300 |
| Stuart H. Singer (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard – Suite 1200<br>Ft. Lauderdale, Florida 33301<br>Telephone:  (954) 356-0011<br>Facsimile:  (954) 356-0022 | Stephen N. Zack (admitted pro hac vice)<br>BOIES, SCHILLER & FLEXNER LLP<br>Bank of America Tower – Suite 2800<br>100 Southeast Second Street<br>Miami, Florida  33131<br>Telephone:  (305) 539-8400<br>Facsimile:   (305) 539-1307 |

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **[PROPOSED] ORDER GRANTING SCO'S MOTION TO AMEND ITS DECEMBER 2005 SUBMISSION**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

This matter is before the Court on Motion of Plaintiff, The SCO Group, Inc. "(SCO"), to Amend Its December 2005 Submission.  Based upon the Court's consideration of both parties' papers and for good cause appearing,

2

**IT IS HEREBY ORDERED** that the SCO's Motion to Amend Its December 2005 Submission is hereby **GRANTED**, and that SCO's December 2005 Submission is supplemented with the following material:

1. The evidence and expert analysis set forth in Evan Ivie's May 2006 report at paragraphs 96 and 97 and Exhibits C to J.

2. The evidence and expert analysis set forth in Marc Rochkind's May 2006 report at pages 144 to 145, and page 149

3. The evidence and expert analysis set forth in Thomas Cargill's May 2006 report at pages 3-4, 7-17, 23-36, 63-76, and Exhibit D(5).

IT IS SO ORDERED.

DATED this ____ day of _____

_____
DISTRICT JUDGE DALE A. KIMBALL