# EXHIBIT 4

**PRENTICE HALL**

Prentice Hall Open Source Software Development Series

# UNIX to Linux® Porting

## A Comprehensive Reference

ALFREDO MENDOZA
CHAKARAT SKAWRATANANOND
ARTIS WALKER

# UNIX to Linux® Porting

## A Comprehensive Reference

Alfredo Mendoza

Chakarat Skawratananond

Artis Walker



PRENTICE
HALL

Upper Saddle River, NJ · Boston · Indianapolis · San Francisco
New York · Toronto · Montreal · London · Munich · Paris  Madrid
Cape Town · Sydney · Tokyo · Singapore · Mexico City

Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and the publisher was aware of a trademark claim, the designations have been printed with initial capital letters or in all capitals.

The authors and publisher have taken care in the preparation of this book, but make no expressed or implied warranty of any kind and assume no responsibility for errors or omissions. No liability is assumed for incidental or consequential damages in connection with or arising out of the use of the information or programs contained herein.

The publisher offers excellent discounts on this book when ordered in quantity for bulk purchases or special sales, which may include electronic versions and/or custom covers and content particular to your business, training goals, marketing focus, and branding interests. For more information, please contact:

    U.S. Corporate and Government Sales
    800-382-3419
    corpsales@pearsontechgroup.com

For sales outside the United States, please contact:

    International Sales
    international@pearsoned.com

This Book Is Safari Enabled



The Safari® Enabled icon on the cover of your favorite technology book means the book is available through Safari Bookshelf. When you buy this book, you get free access to the online edition for 45 days. Safari Bookshelf is an electronic reference library that lets you easily search thousands of technical books, find code samples, download chapters, and access technical information whenever and wherever you need it.

To gain 45-day Safari Enabled access to this book:

- Go to http://www.awprofessional.com/safarienabled
- Complete the brief registration form
- Enter the coupon code D6MB-NTRL-6AC6-ZYL2-GKMV

If you have difficulty registering on Safari Bookshelf or accessing the online edition, please e-mail customer-service@safaribooksonline.com.

Visit us on the Web: www.prenhallprofessional.com

Copyright © 2006 Pearson Education, Inc.

The following terms are trademarks of International Business Machines Corporation in the United States, other countries, or both: DB2, Lotus, Tivoli, PowerPC, S/390, zSeries, zVM, NUMA-Q, eServer, xSeries, WebSphere, Rational, IBM.
Java and all Java-based trademarks are trademarks of Sun Microsystems, Inc. in the United States, other countries, or both.
Microsoft, Windows, Windows NT, and the Windows logo are trademarks of Microsoft Corporation in the United States, other countries, or both.
Intel, Intel Inside (logos), MMX, and Pentium are trademarks of Intel Corporation in the United States, other countries, or both.
UNIX is a registered trademark of The Open Group in the United States and other countries.
Linux is a trademark of Linus Torvalds in the United States, other countries, or both.
Red Hat is a registered trademark of Red Hat, Inc.
Novell is a trademark of Novell
SUSE is a trademark of SUSE Linux Products GmbH, a Novell business.
Other company, product, or service names mentioned herein may be trademarks or service marks of their respective owners.

Information is provided "as is" without warranty of any kind.

All rights reserved. Printed in the United States of America. This publication is protected by copyright, and permission must be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. For information regarding permissions, write to:

    Pearson Education, Inc.
    Rights and Contracts Department
    One Lake Street
    Upper Saddle River, NJ 07458
    Fax: (201) 236-3290

ISBN 0-13-187109-9
Text printed in the United States on recycled paper at R.R. Donnelley & Sons in Crawfordsville, IN.
First printing, April 2006.

*Library of Congress Cataloging-in-Publication Data*

Mendoza, Alfredo.
  Unix to Linux porting : a comprehensive reference / Alfredo Mendoza, Chakarat Skawratananond, Artis Walker.
    p. cm.
  ISBN 0-13-187109-9 (pbk. : alk. paper) 1. Linux. 2. UNIX (Computer file) 3. Operating systems (Computers) I. Skawratananond, Chakarat. II. Walker, Artis. III. Title.
  QA76.76.O63M437 2006
  005.4'32—dc22
                      2006000234

**LINUX**



### Port Your UNIX® Applications to Linux®—Quickly, Efficiently, and Reliably

Increasingly, developers, architects, and project managers face the challenge of porting their C, C++, and Java applications from UNIX® to Linux® environments. Now, there's a definitive, start-to-finish guide to porting applications from today's most widely used UNIX platforms: Solaris™, HP-UX, and AIX®.

Three of IBM's most-experienced Linux porting specialists lead you through your entire project: scoping, analysis, recoding, and testing. They present a start-to-finish porting methodology, realistic discussions of key porting tasks, and a questionnaire for assessing the work involved in any new project. You'll discover what Linux offers in terms of APIs, library functions, versioning, system features, and tools—and the implications for your project. Next, the authors address each individual UNIX® platform in detail, identifying specific porting challenges and best-practice solutions. Coverage includes

- Understanding the Linux environment: GNU binutils, Java environments, shells, packaging options, and more
- Uncovering and addressing project unknowns, variables, and other risks
- Handling specific platform differences: standards, compilers, linkers, versioning, system/library calls, threads, and more
- Testing and debugging ported applications using the GNU debugger and Linux memory leak and performance tracing tools
- Contains quick references to UNIX® and Linux APIs, compilers, and linker options, and a discussion of porting issues unique to IBM's POWER™ architecture

Whether you need a start-to-finish guide or a concise reference, you'll find this book an indispensable resource for all your UNIX®-to-Linux porting projects.

### About the Authors

▶ ALFREDO (FREDDIE) MENDOZA is an IT specialist in the Solution Enablement Group within the IBM Systems and Technology Division. He has authored or coauthored several patent invention publications on thread management and software algorithms, and contributed to the Utility Computing special issue of the *IBM Systems Journal*.

▶ CHAKARAT SKAWRATANANOND, Ph.D., a technical consultant in the IBM eServer Solutions Enablement organization, provides technical assistance to software vendors porting applications to IBM POWER™ systems running AIX and Linux. He has published several articles on software migration and performance tuning.

▶ ARTIS WALKER is a consultant in the IBM Solutions Development Group. He has published numerous tutorials and articles on migration and performance tuning for AIX and DB2, and is the main author of several articles highlighting open-source solutions for AIX and Linux on the IBM POWER™ platform.


**Includes FREE 45-Day Online Edition**

 Text printed on recycled paper





ISBN: 0-13-187109-9

$64.99 U.S. / $87.99 Canada