# IBM

## IBM Puts Enterprise Power Behind Linux
### Announces New Products, Open Source Contribution to Accelerate Linux Development

**NEW YORK - 02 Feb 2000:** -- IBM today announced a new thin client computer and voice recognition software for Linux(b), as well as new contributions to open source development. The announcements come on the heels of IBM's decision two weeks ago to embrace Linux on all of its server hardware product lines and to contribute more of its own software and technology to the Linux development effort.

With today's announcements, IBM Network Stations will enable customers to create a highly configurable and customized Linux environment, while enjoying the benefits of thin-client computing, including fast and flexible application deployment and lower total cost of ownership. In addition, ViaVoice(a) technology voice-enables Linux applications, making them much easier to use and more functional. As a result, Linux will become more accessible to companies that wish to deploy the open source software for next-generation applications for cell phones, personal digital assistants and web phones. Customers will also have an easier time setting up Linux-based web sites using a new Linux version of NetObjects TopPage(a).

"Open standards are key to the next phase of the e-business evolution," said Irving Wladawsky-Berger, IBM vice president of technology and strategy, Enterprise Systems Group. "Linux is moving into the computing mainstream at the same pace the Internet did a few years ago and will fuel the growth of e-business."

The announcements made at the LinuxWorld Conference and Expo include:

- ViaVoice for Linux, the first available commercial speech-recognition technology for Linux
- IBM Network Stations running Linux, merging the benefits of open-source and thin-client computing
- Contributions of critical skills and technology to the open source community for the development of an enterprise-class journaled file system that protects the integrity of data during power outages and other system failures
- An application developer's kit, consisting of industry leading software, to accelerate development of small business applications for Linux
- A Linux beta version of NetObjects TopPage, an industry-leading Web authoring and Web page design tool for all skill levels

Network Station for Linux

IBM Network Station thin clients can now run Linux applications. Customers will be able to create a highly configurable and customized computing desktop environment while realizing the benefits of thin-client, server-based computing, such as fast and flexible application deployment and low cost of ownership. IBM is posting information on its web site (http://www.pc.ibm.com/ww/networkstation) so that customers and software vendors can easily implement Linux on the Network Station Series 2200 and 2800 thin clients. IBM will also provide a forum so that customers can exchange information regarding Linux on the Network



EXHIBIT 805

Station family.

The Network Station 2200 and 2800 with Linux complements and will expand the family of Linux-certified clients and servers including ThinkPad(a) notebook PCs, Intellistation(a) professional workstations and Netfinity(a) servers, enabling customers to standardize their business on the open source Linux operating system.

First Speech Recognition Technology for Linux

IBM announced the first available speech-recognition technology for the Linux operating environment. ViaVoice technology for Linux is available for Caldera Systems, Inc.(c), Red Hat Inc.(c) and SuSE(c) distributions of Linux. ViaVoice allows Linux developers to voice-enable their Linux applications, ranging from desktop and server systems to personal digital assistants. A TurboLinux version will be available later this year. Fee-based licenses are available to companies that wish to redistribute ViaVoice technology. Licenses for individuals and educational institutions are available free of charge.

Information on ViaVoice is available at
http://www.software.ibm.com/speech.

Journaled File System Technology for Linux

IBM is contributing skills and resources, including state-of-the-art technology, to assist the open source community in developing an enterprise-class journaling file system for Linux. The source code for IBM's Journaled File System technology is now available for download from the Open Source and Linux zones in the IBM developerWorks website (http://www.ibm.com/developer/linux). Designed for high-throughput server environments, this technology offers the open source community such functionality as journaling, which enables users to keep track of their data more efficiently and quickly retrieve it -- intact -- if a system fails. This kind of system stability is key to running high-performance e-business file servers.

IBM will support development efforts currently underway in the open source community by dedicating a team of software engineers to work full-time adding journaling file system functionality to Linux.

NetObjects TopPage for Linux

IBM will now offer a Linux beta version of its advanced web authoring software, NetObjects TopPage. TopPage is an easy-to-use program for beginners and experts alike to build professional-quality Web pages without programming experience. It includes the necessary tools for creating a Web site, and a step-by-step multimedia tutorial for designing and managing compelling Internet and intranet sites and Web pages. The beta version of TopPage is available for download at
http://www.jp.ibm.com/esbu/E/toppage/index.html.

New Linux Development Initiative

IBM will offer development versions of its industry-leading software at no charge to commercial software developers to pave the way for a new class of Linux applications -- those specifically designed for small business. IBM is teaming with Caldera Systems, Inc. to distribute the IBM

application developer's kit, which offers messaging, collaboration and dynamic web application serving capabilities; a powerful relational database for managing information; a web application server for tasks such as web publishing; IBM's Java technology and Java tools for application development.

About IBM

IBM is the world's largest information technology company, with 80 years of leadership in helping businesses innovate. The fastest way to get more information about IBM is through the IBM home page at http://www.ibm.com.

### 

(a) Indicates trademark or registered trademark of IBM Corporation.
(b) Indicates trademark or registered trademark of Linus Torvalds.
(c) Indicates trademark or registered trademark of respective companies.

**Related XML feeds**

| Topic | XML feeds |
|---|---|
| **Software** Information Management (DB2), Workplace, Portal & Collaboration Software (Lotus), Tivoli, Rational, WebSphere, Open standards, open source |  |

→ **Build your own feed**

→ New to RSS?