Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE LLP
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. **Plaintiff/Counterclaim-Defendant,** v. INTERNATIONAL BUSINESS MACHINES CORPORATION, **Defendant/Counterclaim-Plaintiff.** | **NOTICE OF CONVENTIONAL FILING OF EXHIBITS 1, 2 AND 3 TO MEMORANDUM IN SUPPORT OF SCO'S MOTION TO AMEND DECEMBER 22, 2005 SUBMISSION** Case No. 2:03CV0294DAK Honorable Dale A. Kimball Magistrate Judge Brooke C. Wells |

**PLEASE TAKE NOTICE THAT** Plaintiff has conventionally filed the original and two courtesy copies of EXHIBITS 1, 2 AND 3 TO MEMORANDUM IN SUPPORT OF SCO'S MOTION TO AMEND DECEMBER 22, 2005 SUBMISSION (the "Exhibits").

These Exhibits have not been filed electronically because:

___  it cannot be converted to electronic format

___  the electronic file size of this material exceeds 2 megabytes (MB)

___  the Court by order has excused electronic filing

_X_  they are exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

These Exhibits have been served conventionally on all parties.

DATED this 9th day of January, 2007.

                                            HATCH, JAMES & DODGE, P.C.
                                            Brent O. Hatch
                                            Mark F. James

                                            BOIES, SCHILLER & FLEXNER LLP
                                            Robert Silver
                                            Stuart H. Singer
                                            Stephen N. Zack
                                            Edward Normand


                        By:       /s/ Brent O. Hatch
                                   *Counsel for The SCO Group, Inc.*