SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
  International Business Machines Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC. | **STIPULATION AND JOINT MOTION FOR EXTENSION OF DEADLINES** |
| Plaintiff/Counterclaim-Defendant, | |
| v. | Civil No. 2:03CV0294 DAK |
| | Honorable Dale A. Kimball |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Magistrate Judge Brooke C. Wells |
| Defendant/Counterclaim-Plaintiff. | |

426290.1

2

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the deadline for responding to outstanding requests for admission and enlarging the pretrial deadlines set forth in the Court's July 1, 2005, Order as follows:

Both parties' responses to all outstanding requests for admission shall be due on March 30, 2007;

Rule 26(a)(3) Disclosures shall be due on April 12, 2007;

Deadline for Exchanging Jury Instructions shall be April 27, 2007;

Motions in Limine shall be due on May 4, 2007;

Final Pretrial Order shall be due 45 days before trial;

Special Attorney Conference and Settlement Conference shall be due 30 days before trial.

The parties submit concurrently herewith a proposed Order confirming these deadlines.

DATED this 10th day of January, 2007.

        SNELL & WILMER L.L.P.
        Alan L. Sullivan
        Todd M. Shaughnessy
        Amy F. Sorenson

        CRAVATH, SWAINE & MOORE LLP
        Evan R. Chesler
        David R. Marriott

        By   /s/ Todd M. Shaughnessy
          *Counsel for Defendant International*
          *Business Machines Corporation*

DATED this 10th day of January, 2007.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James
        BOIES, SCHILLER & FLEXNER LLP
        Edward Normand


        By   /s/ Edward Normand
           *Counsel for Plaintiff*
     *(e-filed with authorization from counsel)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

    Brent O. Hatch
    Mark F. James
    HATCH, JAMES & DODGE, P.C.
    10 West Broadway, Suite 400
    Salt Lake City, Utah 84101

    Stephen N. Zack
    Mark J. Heise
    BOIES, SCHILLER & FLEXNER LLP
    100 Southeast Second Street, Suite 2800
    Miami, Florida 33131



      /s/ Todd M. Shaughnessy

426290.1      4