SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
   International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>          Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>          Defendant/Counterclaim-Plaintiff. | **[PROPOSED] ORDER**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

426294.1

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

All remaining deadlines set forth in the Court's Order dated July 1, 2005 are hereby vacated;

Both parties' responses to all outstanding requests for admission shall be due on March 30, 2007;

Rule 26(a)(3) Disclosures shall be due on April 12, 2007;

Deadline for Exchanging Jury Instructions shall be April 27, 2007;

Motions in Limine shall be due on May 4, 2007;

Final Pretrial Order shall be due 45 days before trial;

Special Attorney Conference and Settlement Conference shall be due 30 days before trial; and

Approximately six weeks prior to trial, the Court will send to the parties a Trial Order setting further deadlines for the case.

DATED this ___ day of January, 2007.

BY THE COURT

_____
Dale A. Kimball
United States District Court Judge

APPROVED AS TO FORM:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Edward Normand


___/s/ Edward Normand_____
Counsel for Plaintiff
*(e-filed with authorization from counsel)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131



    /s/ Todd M. Shaughnessy