SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br>    Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br>    Defendant/Counterclaim-Plaintiff. | **CONSOLIDATED EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH REPLY MEMORANDA IN SUPPORT OF IBM'S MOTIONS FOR SUMMARY JUDGMENT** <br><br> Civil No. 2:03-CV-00294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

425482.3

Pursuant to DUCivR 7-1(e), Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("IBM") respectfully submits this Consolidated Ex Parte Motion for Leave to File the following overlength memoranda in further support of its motions for summary judgment:

1. IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on SCO's Contract Claims (SCO's First, Second, Third and Fourth Causes of Action), which consists of approximately 81 pages of legal argument, exclusive of face sheet, preliminary statement, statement of facts, declarations and exhibits.

2. IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on SCO's Copyright Claim (SCO's Fifth Cause of Action), which consists of approximately 43 pages of legal argument, exclusive of face sheet, preliminary statement, statement of facts, declarations and exhibits.

3. IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on SCO's Unfair Competition Claim (SCO's Sixth Cause of Action), which consists of approximately 21 pages of legal argument, exclusive of face sheet, preliminary statement, statement of facts, declarations and exhibits.

4. IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on SCO's Interference Claims (SCO's Seventh, Eighth and Ninth Causes of Action), which consists of approximately 34 pages of legal argument, exclusive of face sheet, preliminary statement, statement of facts, declarations and exhibits.

5. IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment Regarding on Its Claim for Declaratory Judgment of Non-Infringement (IBM's Tenth Counterclaim), which consists of approximately 57 pages of legal argument, exclusive of face sheet, preliminary statement, statement of facts, declarations and exhibits.

6.      IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on Its Claim for Copyright Infringement (IBM's Eighth Counterclaim), which consists of approximately 14 pages of legal argument, exclusive of face sheet, preliminary statement, statement of facts, declarations and exhibits.

In addressing SCO's responses to IBM's motions for summary judgment, IBM has endeavored to be as concise as possible.  However, in opposition to the above-described motions, SCO has submitted briefs in excess of 830 total pages, including memoranda and appendices.  In order to adequately address the issues and arguments raised by SCO in its opposition papers, IBM's reply briefs have required the foregoing requested additional pages of argument, exceeding the ten pages of argument allotted under DUCivR 7-1(3).

DATED this 12th day of January, 2007.

SNELL & WILMER L.L.P.

 /s/ Todd M. Shaughnessy
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott

Of Counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

425482.3                                                     3

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

> Brent O. Hatch
> Mark F. James
> HATCH, JAMES & DODGE, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101
>
> Stephen N. Zack
> Mark J. Heise
> BOIES, SCHILLER & FLEXNER LLP
> 100 Southeast Second Street, Suite 2800
> Miami, Florida 33131

      /s/ Todd M. Shaughnessy