SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **[Proposed] ORDER GRANTING CONSOLIDATED EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH REPLY MEMORANDA IN SUPPORT OF IBM'S MOTIONS FOR SUMMARY JUDGMENT** <br><br> Civil No. 2:03-CV-00294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

Based upon Defendant/Counterclaim-Plaintiff International Business Machines Corporation's ("IBM") Consolidated Ex Parte Motion for Leave to File Overlength Memorandum in Support of IBM's Motions for Summary Judgment, dated January 12, 2007, and for good cause appearing thereon,

IT IS HEREBY ORDERED that IBM is granted lave to file the following overlength memoranda:

1.  IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on SCO's Contract Claims (SCO's First, Second, Third and Fourth Causes of Action), which consists of approximately 81 pages of legal argument, exclusive of face sheet, preliminary statement, statement of facts, declarations and exhibits.

2.  IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on SCO's Copyright Claim (SCO's Fifth Cause of Action), which consists of approximately 43 pages of legal argument, exclusive of face sheet, preliminary statement, statement of facts, declarations and exhibits.

3.  IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on SCO's Unfair Competition Claim (SCO's Sixth Cause of Action), which consists of approximately 21 pages of legal argument, exclusive of face sheet, preliminary statement, statement of facts, declarations and exhibits.

4.  IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on SCO's Interference Claims (SCO's Seventh, Eighth and Ninth Causes of Action), which consists of approximately 34 pages of legal argument, exclusive of face sheet, preliminary statement, statement of facts, declarations and exhibits.

5.  IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment Regarding on Its Claim for Declaratory Judgment of Non-Infringement (IBM's Tenth

Counterclaim), which consists of approximately 57 pages of legal argument, exclusive of face sheet, preliminary statement, statement of facts, declarations and exhibits.

      6.      IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on Its Claim for Copyright Infringement (IBM's Eighth Counterclaim), which consists of approximately 14 pages of legal argument, exclusive of face sheet, preliminary statement, statement of facts, declarations and exhibits.

      DATED this ____ day of January, 2007.

      BY THE COURT

_____
Dale A. Kimball
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

/s/ Todd M. Shaughnessy