| | |
|---|---|
| Brent O. Hatch (5715) | Robert Silver (admitted pro hac vice) |
| Mark F. James (5295) | Edward Normand (admitted pro hac vice) |
| HATCH, JAMES & DODGE | BOIES, SCHILLER & FLEXNER LLP |
| 10 West Broadway, Suite 400 | 333 Main Street |
| Salt Lake City, Utah  84101 | Armonk, New York 10504 |
| Telephone: (801) 363-6363 | Telephone: (914) 749-8200 |
| Facsimile:  (801) 363-6666 | Facsimile:  (914) 749-8300 |
| | |
| Stuart H. Singer (admitted pro hac vice) | Stephen N. Zack (admitted pro hac vice) |
| BOIES, SCHILLER & FLEXNER LLP | BOIES, SCHILLER & FLEXNER LLP |
| 401 East Las Olas Boulevard – Suite 1200 | Bank of America Tower – Suite 2800 |
| Ft. Lauderdale, Florida 33301 | 100 Southeast Second Street |
| Telephone:  (954) 356-0011 | Miami, Florida  33131 |
| Facsimile:  (954) 356-0022 | Telephone:  (305) 539-8400 |
| | Facsimile:   (305) 539-1307 |

*Attorneys for The SCO Group, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **EX PARTE MOTION FOR LEAVE TO FILE SCO'S OVERLENGTH REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON SCO'S THIRD CAUSE OF ACTION, FOR BREACH OF CONTRACT**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim-Defendant The SCO Group ("SCO") hereby moves the Court

pursuant to District Court Rule 7-1(e) for an Order granting SCO leave to file its over length

Reply Memorandum in Further Support of its Motion for Partial Summary Judgment on SCO's Third Cause of Action, for Breach of Contract (the "Reply Memorandum") that consists of 25 pages, exclusive of face sheet, table of contents and authorities, appendixes and exhibits.

SCO's Motion is made upon the grounds that the Reply Memorandum of the indicated length is necessary given the complex nature of the issues raised by the IBM's Opposition to the indicated Motion for Summary Judgment.

SCO has endeavored to be as concise as possible, but respectfully submits that the excess length is necessary to fully and fairly address the issues being placed before the Court.

SCO respectfully requests that it be allowed to file its Reply Memorandum containing 25 pages, exclusive of face sheet, table of contents and authorities, appendixes and exhibits.

DATED this the 12th day of January, 2007.

>HATCH, JAMES & DODGE, P.C.
>Brent O. Hatch
>Mark F. James
>
>BOIES, SCHILLER & FLEXNER LLP
>Robert Silver
>Stuart H. Singer
>Stephen N. Zack
>Edward Normand
>
>By: /s/ Brent O. Hatch
>*Counsel for The SCO Group, Inc.*