RECEIVED CLERK

JAN 16 2007 FILED
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

U.S. DISTRICT COURT
2007 JAN 16 P 2: 40

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

| | |
|---|---|
| THE SCO GROUP, INC., <br> Plaintiff/Counterclaim-Defendant <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br> Defendant | : <br> : ORDER FOR PRO HAC VICE ADMISSION <br> : <br> : <br> : Case Number 2:03CV0294 DAK |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of **Michael P. Burke** in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this ___17th___ day of ___January___, 20_07_.

_Dale A. Kimball_
U.S. District Judge

FEE PAID