# EXHIBIT E

Westlaw.

Slip Copy                                                                                    Page 1
Slip Copy, 2006 WL 2092469 (S.D.N.Y.)
**(Cite as: Slip Copy)**

H
Briefs and Other Related Documents
Poddar v. State Bank of IndiaS.D.N.Y.,2006.Only the
Westlaw citation is currently available.
    United States District Court,S.D. New York.
    Shrikumar PODDAR, individually and as plan
    administrator and trustee; Mayurika Poddar,
individually and as trustee; Vaishnava Center for
    Enlightenment, Inc., d.b.a. International Service
    Society; and India Foundation, Inc. on behalf of
    themselves and all others similarly situated,
                        Plaintiffs,
                           v.
    STATE BANK OF INDIA, Defendant.
            **No. 98 Civ. 1691(MGC).**

                    July 26, 2006.

Kevin C. Walker, Paul F. Doyle, Kelley, Drye &
Warren, L.L.P., New York, NY, for Defendant.

                *MEMORANDUM OPINION*
CEDARBAUM, J.
*1 Plaintiffs move for reconsideration of my June 14,
2006 order on their motion for class certification.
Local Rule 6.3 requires that those who seek
reconsideration demonstrate that the court has
"overlooked matters or controlling decisions which,
had they been considered, might reasonably have
altered the result." *Donahue v. Pendleton Woolen
Mills, Inc., 719 F.Supp. 149, 151 (S.D.N.Y.1988)*
(internal quotation marks omitted). A motion for
reconsideration "is not intended as a vehicle for a
party dissatisfied with the Court's ruling to advance
new theories that the movant failed to advance in
connection with the underlying motion, nor to secure
a rehearing on the merits with regard to issues
already decided." *Montanile v. Nat'l Broad. Co., 216
F.Supp.2d 341, 342 (S.D.N.Y.2002).* Because
plaintiffs have not satisfied the standard for
reconsideration, the motion is denied. Furthermore,
plaintiffs' new and vague request for additional
discovery is not a ground for reconsideration.

SO ORDERED.

S.D.N.Y.,2006.
Poddar v. State Bank of India
Slip Copy, 2006 WL 2092469 (S.D.N.Y.)

Briefs and Other Related Documents (Back to top)

• 1:98cv01691 (Docket) (Mar. 6, 1998)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.