Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | [PROPOSED] ORDER GRANTING SCO'S MOTION FOR A PROTECTIVE ORDER REGARDING DR. JEFFREY LEITZINGER'S PERSONAL FINANCIAL INFORMATION <br><br> Case No. 2:03CV0294DAK <br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim-Defendant, The SCO Group ("SCO"), filed its Motion for a Protective Order Regarding Dr. Jeffrey Leitzinger's Personal Financial Information on October 20, 2006. For the reasons set forth in SCO's Motion and Memorandum, and for good cause

showing, this Court GRANTS SCO's Motion for a Protective Order Regarding Dr. Jeffrey Leitzinger's Personal Financial Information. Pursuant to this Order, IBM is hereby precluded from asking Dr. Jeffrey Leitzinger how much income he derived from direct compensation from EconOne or as a result of his status as a shareholder of EconOne.

IT IS SO ORDERED

DATED this 12 day of February

BY THE COURT

Brooke C. Wells
United States Magistrate Judge

APPROVED AS TO FORM:

SNELL & WILMER
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott
Michael Burke


/s/ Michael Burke
Counsel for Defendant
*(e-filed with authorization from counsel)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2007, a true and correct copy of the foregoing was delivered by electronic mail to the following:

>David Marriott, Esq. (dmarrriott@cravath.com)
>Cravath, Swaine & Moore LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, New York 10019
>
>Todd Shaughnessy, Esq. (tshaugnessy@swlaw.com)
>Snell & Wilmer LLP
>1200 Gateway Tower West
>15 West South Temple
>Salt Lake City, Utah 84101-1004

>_/s/Mark F. James_