SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Nathan E. Wheatley (9454)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. | |
| Plaintiff/Counterclaim-Defendant, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Civil No. 2:03CV0294 DAK |
| Defendant/Counterclaim-Plaintiff. | Honorable Dale A. Kimball |
| | Magistrate Judge Brooke C. Wells |

Based on the motion for extension of time filed by IBM, and for good cause appearing,

IT IS HEREBY ORDERED that IBM shall have until February 16, 2007, to file its opposition to (i) SCO's Objections to the Magistrate Judge's Order on IBM's Motion to Confine, and (ii) SCO's Motion to Amend/Correct December 2005 Submission.

DATED this 13th day of February, 2007.

BY THE COURT

_____
Honorable Dale A. Kimball
United States District Court Judge