# ADDENDUM J

# FILED UNDER SEAL PURSUANT TO

# 9/16/03 PROTECTIVE ORDER, DOCKET #38

431621.1