# ADDENDUM K

# UNPUBLISHED OPINIONS

431621.1