ORIGINAL

RECEIVED CLERK

2007 FEB 16  P 7: 33

U.S. DISTRICT COURT
DISTRICT OF UTAH

FILED

SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ADDENDUM K TO IBM'S MEMORANDUM IN OPPOSITION TO SCO'S OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER ON IBM'S MOTION TO CONFINE AND SCO'S MOTION TO AMEND ITS DECEMBER 2005 SUBMISSION**<br><br>**UNPUBLISHED OPINIONS**<br><br>Civil No. 2:03CV-0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

## UNPUBLISHED CASES

Alleyne v. Midland Mortg. Co., No. 05-02412, 2006 U.S. Dist. LEXIS 75851 (D. Colo.Sept. 12, 2006)

Authentic Hansom Cabs, Ltd. v. Nisselson, No. 03-9468, 2004 WL 2997794 (S.D.N.Y. Dec. 27, 2004)

Cartier, Inc. v. Four Star Jewelry Creations, Inc., No. 01-11295, 2003 WL 22471909 (S.D.N.Y. October 31, 2003)

Chase Manhattan Mortg. Corp. v. Advanta Corp., No. 01-507, 2004 WL 912949 (D. Del. April 22 2004)

Commodity Futures Trading Com'n v. Brockbank, No. 00-622, 2006 WL 223835 (D. Utah Jan. 30, 2006)

Finch v. Hercules, Inc., No. Civ. A. 92-251 MMS, 1995 WL 785100 (D. Del. Dec. 22, 1995)

Fistell v. Neet, No. 03-284, 2006 U.S. Dist. LEXIS 72628 (D. Colo. Oct. 5, 2006)

Houlihan v. Invacare Corp., No. 04-4286, 2006 WL 1455469 (E.D.N.Y. May 24, 2006)

Hutchinson v. Pfeil, No. 98-5248, 2000 U.S. App. LEXIS 6260 (10th Cir. April 4, 2000)

King v. G.G.C., Inc., No. 86-6009-C, 1988 WL 142413 (D. Kan. Dec. 12, 1988 )

Krista v. LaFortune, No. 06-00034, 2006 U.S. Dist. LEXIS 36409 (D.Colo. June 1, 2006)

Lynchval Sys., Inc. v. Chicago Consulting Actuaries, Inc., Civ. A. No. 95 C 1490, 1996 WL 735586 (N.D. Ill. Dec. 19, 1996)

Mariani v. Stommel, No. 05-01406, 2006 U.S. Dist. LEXIS 64723 (D.Colo. Sept. 7, 2006)

Merrill Lynch & Co., Inc. v. Allegheny Energy, Inc., No. 02-7689, 2005 WL 832050 (S.D.N.Y. April 12, 2005)

Nolan v. Board of County Com'rs for Oklahoma County, No. 04-204, 2005 WL 2978328 (W.D. Okla. November 7, 2005)

Perkins v. Sirmons, No. 06-6147, 2006 U.S. App. LEXIS 26656 (10th Cir. Oct. 24, 2006)

United States v. Wilson, No. 99-6233, 2000 U.S. App. LEXIS 21416 (10th Cir. Aug. 23, 2000)

White v. Norton, No. 04-2555, 2006 U.S. Dist. LEXIS 71022 (D. Colo. Sept. 29, 2006)

World Group Securities, Inc. v. Sanders, No. 06-00107, 2006 WL 1278738 (D. Utah May 8, 2006)