Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

*Attorneys for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION TO ENLARGE DEADLINE TO FILE REPLY MEMORANDUM**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

The parties, by and through their counsel of record, hereby stipulate and agree that this Court may enter an order permitting SCO to file a reply to IBM's Memorandum in Opposition to SCO's Objections to the Magistrate Judge's Order on IBM's Motion to Confine and SCO's Motion to Amend its December 2005 Submission, on or before March 12, 2007.

The parties submit concurrently herewith a proposed Order confirming this deadline.

DATED this 21st day of February, 2007.

                                            HATCH, JAMES & DODGE, P.C.
                                            Brent O. Hatch
                                            Mark F. James

                                            BOIES, SCHILLER & FLEXNER LLP
                                            Robert Silver
                                            Stuart H. Singer
                                            Stephen N. Zack
                                            Edward Normand


                                            /s/ Edward Normand
                                            *Counsel for Plaintiff, The SCO Group, Inc.*

DATED this 21st day of February, 2007.

    SNELL & WILMER LLP
    Alan L. Sullivan
    Todd M. Shaughnessy
    Amy F. Sorenson

    CRAVATH, SWAINE & MOORE LLP
    Evan R. Chesler
    David R. Marriott


    <u>/s/ Todd M. Shaughnessy</u>
    *Counsel for Defendant, International Business Machines Corporation*
    (e-filed with authorization from counsel)

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant/Counterclaim-Plaintiff, International Business Machines Corporation, on this 21st day of February, 2007, by CM/ECF to the following:

>David Marriott, Esq.
>CRAVATH, SWAINE & MOORE LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, New York 10019
>
>Todd Shaughnessy, Esq.
>SNELL & WILMER LLP
>1200 Gateway Tower West
>15 West South Temple
>Salt Lake City, Utah 84101-1004

/s/ Edward Normand
_____