# ADDENDUM D

Addendum B

| Items | System V | | | AIX | | | Dynix | | | Linux | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | V | F | L | V | F | L | V | F | L | V | F | L |
| 3 | | | | | | | | | | * | * | |
| 4 | | | | | | | | | | | x | |
| 5 | | | | | | | | | | | * | |
| 6 | | | | | | | | x | | | * | |
| 7 | | | | | | | | | | | x | |
| 8 | | | | | | | | | | | x | |
| 9 | | | | | | | | | ** | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | x | |
| 13 | | | | | | | | | | | x | |
| 14 | | | | | | | | | | | x | |
| 15 | | | | | | | | | | | * | |
| 16 | | | | | | | | | | | † | |
| 17 | | | | | | | | | | | x | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | * | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | * | x | |
| 22 | | | | | | | | | | | x | |
| 23 | | | | | | | | | | | x | |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | x | |
| 26 | | | | | | | | | | | x | |
| 27 | | | | | | | | | | | x | |
| 28 | | | | | | | | | | | x | |
| 29 | | | | | | | | x | | ** | x | x | |
| 30 | | | | | | | | | | | x | |
| 31 | | | | | | | | | | * | x | |
| 32 | | | | | | | | | | | | |
| 33 | | | | | | | | | | * | x | |
| 34 | | | | | | | | | | x | x | |
| 35 | | | | | | | | | | | x | |
| 36 | | | | | | | | | | | x | |
| 37 | | | | | | | | | | | x | |
| 38 | | | | | | | | | | | x | |
| 39 | | | | | | | | | | | x | |
| 40 | | | | | | | | | | | x | |
| 41 | | | | | | | | | | | x | |
| 42 | | | | | | | | | | | x | |
| 43 | | | | | | | | | | | x | |
| 44 | | | | | | | | | | | x | |
| 45 | | | | | | | | | | | x | |
| 46 | | | | | | | | | | | x | x |
| 47 | | | | | | | | | | | x | |
| 48 | | | | | | | | | | | x | |
| 49 | | | | | | | | | | | x | |


| Items | System V V | System V F | System V L | AIX V | AIX F | AIX L | Dynix V | Dynix F | Dynix L | Linux V | Linux F | Linux L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | | | | | | | | | | | x | |
| 51 | | | | | | | | | | | x | |
| 52 | | | | | | | | | | | x | |
| 53 | | | | | | | | | | ** | x | |
| 54 | | | | | | | | | | | x | |
| 55 | | | | | | | | | | ** | x | |
| 56 | | | | | | | | | | | x | |
| 57 | | | | | | | | | | | x | |
| 58 | | | | | | | | | | | x | |
| 59 | | | | | | | | | | | x | |
| 60 | | | | | | | | | | | x | |
| 61 | | | | | | | | | | | x | |
| 62 | | | | | | | | | | | x | |
| 63 | | | | | | | | | | | x | |
| 64 | | | | | | | | x | | | | |
| 65 | | | | | | | | | | | x | |
| 66 | | | | | | | | | | | x | |
| 67 | | | | | | | | | | | x | |
| 68 | | | | | | | | | | | x | |
| 69 | | | | | | | | | | | x | |
| 70 | | | | | | | | | | | x | |
| 71 | | | | | | | | | | | x | |
| 72 | | | | | | | | | | | x | |
| 73 | | | | | | | | | | * | x | |
| 74 | | | | | | | | | | | x | |
| 75 | | | | | | | | | | * | x | |
| 76 | | | | | | | | | | | x | |
| 77 | | | | | | | | | | | x | |
| 78 | | | | | | | | | | | x | |
| 79 | | | | | | | | | | | x | |
| 80 | | | | | | | | | | | x | |
| 81 | | | | | | | | | | | x | |
| 82 | | | | | | | | | | | x | |
| 83 | | | | | | | | | | x | x | |
| 84 | | | | | | | | | | | x | |
| 85 | | | | | | | | x | | | | x | |
| 86 | | | | | | | | | x | | | x | |
| 87 | | | | | | | | | | | x | |
| 88 | | | | | | | | | | | x | |
| 89 | | | | | | | | | | | x | |
| 90 | | | | | | | | | | | x | |
| 91 | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | |
| 93 | | | | | | | | | | | x | |
| 94 | | | | | | | | | | | x | |
| 95 | | | | | | | | | | | x | |
| 96 | | | | | | | | | | | x | |
| 97 | | | | | | | | | | | x | |
| 98 | | | | | | | | | | | * | |

| Items | System V | | | AIX | | | Dynix | | | Linux | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | V | F | L | V | F | L | V | F | L | V | F | L |
| 99 | | | | | | | | | | | * | |
| 100 | | | | | | | | | | x | x | |
| 101 | | | | | | | | | | | x | |
| 102 | | | | | | | | | | | x | |
| 103 | | | | | | | | | | | x | |
| 104 | | | | | | | | | | | x | |
| 105 | | | | | | | | | | | x | |
| 106 | | | | | | | | | | | x | |
| 107 | | | | | | | | | | | x | |
| 108 | | | | | | | | | | | x | |
| 109 | | | | | | | | | | | x | |
| 110 | | | | | | | | | | | x | |
| 111 | | | | | | | | | | | x | |
| 112 | | | | | | | | | | | | |
| 143 | | | | | | | | | | | | |
| 144 | | | | | | | | | | | x | |
| 145 | | | | | | | | | | | | |
| 146 | | | | | | | | | | | x | |
| 147 | | | | | | | | | | | | |
| 148 | | | | | | | | | | | x | |
| 149 | | | | | | | | | | * | x | |
| 165 | | | | | | | | | | | | |
| 166 | | | | | | | | | | | x | |
| 167 | | | | | | | | | | | x | x |
| 168 | | | | | | | | | | * | * | |
| 169 | | | | | | | | | | * | * | |
| 170 | | | | | | | | | | * | x | |
| 171 | | | | | | | | | | | | |
| 172 | | | | | | | | | | | | |
| 173 | | | | | | | | | | | | |
| 174 | x | x | | x | x | | | | | | | |
| 175 | | | | | | | | | | | x | |
| 176 | | | | | | | | | | | x | x |
| 177 | | | | | | | | | | | | |
| 178 | | | | | | | | | | | | |
| 179 | | | | | | | | | | | x | |
| 180 | | | | | | | | | | | x | |
| 181 | | | | | | | | | | | x | |
| 182 | | | | | | | | | | | | |
| 186 | | | | | | | | | | | x | |
| 187 | | | | | | | | | | | x | |
| 188 | | | | | | | | | | | x | |
| 189 | | | | | | | | | | | x | |
| 190 | | | | | | | | | | | x | |
| 191 | | | | | | | | | | | x | |
| 192 | | | | | | | | | | | x | |
| 193 | | | | | | | | | | | x | |
| 232 | | | | | | | | | | x | x | |
| 233 | | | | | | | | | | x | x | |

| Items | System V | | | AIX | | | Dynix | | | Linux | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | V | F | L | V | F | L | V | F | L | V | F | L |
| 234 | | | | | | | | | | X | X | |
| 235 | | | | | | | | | | X | X | |
| 236 | | | | | | | | | | X | X | |
| 237 | | | | | | | | | | X | X | |
| 238 | | | | | | | | | | X | X | |
| 239 | | | | | | | | | | X | X | |
| 240 | | | | | | | | | | X | X | |
| 241 | | | | | | | | | | X | X | |
| 242 | | | | | | | | | | X | X | |
| 243 | | | | | | | | | | X | X | |
| 244 | | | | | | | | | | X | X | |
| 245 | | | | | | | | | | X | X | |
| 246 | | | | | | | | | | X | X | |
| 247 | | | | | | | | | | X | X | |
| 248 | | | | | | | | | | | X | |
| 249 | | | | | | | | | | | X | |
| 250 | | | | | | | | | | X | X | |
| 251 | | | | | | | | | | X | X | |
| 252 | | | | | | | | | | | X | |
| 253 | | | | | | | | | | | X | |
| 254 | | | | | | | | | | | X | |
| 255 | | | | | | | | | | | X | |
| 256 | | | | | | | | | | X | X | |
| 257 | | | | | | | | | | | * | |
| 258 | | | | | | | | | | | X | |
| 259 | | | | | | | | | | | X | |
| 260 | | | | | | | | | | X | X | |
| 261 | | | | | | | | | | | X | |
| 262 | | | | | | | | | | | X | |
| 263 | | | | | | | | | | X | X | |
| 264 | | | | | | | | | | | X | |
| 265 | | | | | | | | | | X | X | |
| 266 | | | | | | | | | | | X | |
| 267 | | | | | | | | | | | X | |
| 268 | | | | | | | | | | | X | |
| 269 | | | | | | | | | | | X | |
| 270 | | | | | | | | | | X | X | |
| 271 | | | | | | | | | | | | |
| 279 | | | | | | | | | | | | |
| 280 | | | | | | | | | | | | |
| 281 | | | | | | | | | | | | |
| 282 | | | | | | | | | | | | |
| 283 | | | | | | | | | | | | |
| 284 | | | | | | | | | | | | |
| 285 | | | | | | | | | | | | |
| 286 | | | | | | | | | | | | |
| 287 | | | | | | | | | | | | |
| 288 | | | | | | | | | | | | |
| 289 | | | | | | | | | | | | |

| Items | System V | | | AIX | | | Dynix | | | Linux | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | V | F | L | V | F | L | V | F | L | V | F | L |
| 290 | | | | | | | | | | | | |
| 291 | | | | | | | | | | | | |
| 292 | | | | | | | | | | | | |
| 293 | | | | | | | | | | | | |

V = Product version identified
F = File name identified
L = Lines of code identified

\* Indicates that only Linux patch information is given
\*\* Indicates that some lines of code are displayed, but none specifically identified as misused
† Indicates that only Linux Test Project (LTP) information is given