SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER DENYING SCO'S MOTION FOR RELIEF RE SPOLIATION**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Plaintiff and Counterclaim-Defendant The SCO Group, Inc.'s ("SCO's") Motion for Relief for IBM's Spoliation of Evidence came before the Court for hearing on January 18, 2007. Mark James appeared for SCO. Todd Shaughnessy appeared for Defendant and Counterclaim-Plaintiff International Business Machines Corporation ("IBM"). The Court, having considered both parties' papers, having heard argument of counsel, and for good cause appearing,

IT IS HEREBY ORDERED that SCO's motion is denied for the reasons set forth by the Court at the hearing held on January 18, 2007.

DATED this 2nd day of March, 2007.

BY THE COURT

_____
Brooke C. Wells
Magistrate Judge


APPROVED AS TO FORM:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Edward Normand


   /s/ Mark F. James_____  _____
Counsel for Plaintiff
*(e-filed with authorization from counsel)*

429083.1                           2