# Addendum C
**[UNPUBLISHED OPINION]**