# Addendum D
## [UNPUBLISHED OPINION]