# Addendum E
**[UNPUBLISHED OPINION]**