# Addendum F
**[UNPUBLISHED OPINION]**