# Addendum G
**[UNPUBLISHED OPINION]**