# Addendum H
**[UNPUBLISHED OPINION]**