# Addendum I
**[UNPUBLISHED OPINION]**