# Addendum J
**[UNPUBLISHED OPINION]**