# Addendum K
## [UNPUBLISHED OPINION]