# Addendum L
**[UNPUBLISHED OPINION]**