# Addendum M
## [UNPUBLISHED OPINION]