# Addendum N
**[UNPUBLISHED OPINION]**