# Addendum O
### [UNPUBLISHED OPINION]