# Addendum B

## Addendum B: IBM's Objections to SCO's Alleged Evidence

| Subject of Alleged Evidence | Illustrative Exhibit(s) | Objection(s) |
|---|---|---|
| Statements regarding the context of the development of UNIX, the UNIX ecosystem in 1985, the UNIX "head-start" and the parties' protection of their interests. (SCO K Br. ¶¶ 30-62.) | SCO Ex. 50; SCO Ex. 281; SCO Ex. 284; SCO Ex. 286. | No foundation or personal knowledge; Irrelevant; Improper expert opinion under FRE 702. |
| Contemporaneous and subsequent licensing documents containing the same or substantially similar terms to the IBM and Sequent Agreements. (SCO K Br. ¶¶ 63-71-75, 113.) | SCO Ex. 26; SCO Ex. 27; SCO Ex. 28; SCO Ex. 29; SCO Ex. 34; SCO Ex. 36; SCO Ex. 117, SCO Ex. 118; SCO Ex. 119; SCO Ex. 120; SCO Ex. 121; SCO Ex. 122; SCO Ex. 123; SCO Ex. 125; SCO Ex. 126; SCO Ex. 127; SCO Ex. 128; SCO Ex. 130; SCO Ex. 337; IBM Ex. 493. | Irrelevant; Violates the parol evidence rule. |
| Opinions of persons not involved in the negotiation of the Agreements regarding the Agreements' meaning, or opinions not expressed to the parties to the Agreements. (SCO K Br. ¶¶ 76-105, 138-156.) | SCO Ex. 4; SCO Ex. 5; SCO Ex. 8; SCO Ex. 10; SCO Ex. 12; SCO Ex. 14; SCO Ex. 24; SCO Ex. 38; SCO Ex. 41; SCO Ex. 43; SCO Ex. 50; SCO Ex. 69; SCO Ex. 75; SCO Ex. 138; SCO Ex. 261; SCO Ex. 333; SCO Ex. 337; SCO Ex. 351; SCO Ex. 355; SCO Ex. 360; SCO Ex. 375; IBM Ex. 297. | Irrelevant; Violates the parol evidence rule. |
| Affirmative use by SCO of a deposition taken during a different proceeding where neither IBM nor any IBM predecessor in interest had an opportunity to develop the testimony. (SCO K Br. ¶ 106, 108-09, 126-129, 133-137.) | SCO Ex. 19; SCO Ex. 24; IBM Ex. 513. | Hearsay. |

1

| Subject Matter of Evidence | Illustrative Exhibit(s) | Objection(s) |
|---|---|---|
| Documentary evidence purporting to establish that IBM and Sequent thought they had to keep AIX or Dynix as a whole confidential. (SCO K Br. ¶¶ 164-168.) | SCO Ex. 129; SCO Ex. 133; SCO Ex. 134; SCO Ex. 135. | Irrelevant; Hearsay. |
| Opinions of negotiators of the APA purporting to contradict the plain meaning of the contract. (SCO K Br. ¶¶ 170-175, 178, 182-83.) | SCO Ex. 6; SCO Ex. 9; SCO Ex. 38; SCO Ex. 39; SCO Ex. 40; SCO Ex. 42; SCO Ex. 59; SCO Ex. 76; SCO Ex. 136; SCO Ex. 333; SCO Ex. 351; SCO Ex. 355; IBM Ex. 444; IBM Ex. 585. | Violates the parol evidence rule; Hearsay. |
| Opinions of persons or experts that AIX and Dynix are derivative works of the UNIX SOFTWARE PRODUCT. (SCO K. Br. ¶ 192.) | SCO Ex. 11; SCO Ex. 139; SCO Ex. 276; SCO Ex. 277; SCO Ex. 287; SCO Ex. 288. | Untimely expert opinion; Exceeds Final Disclosures and thus violates the Court's order; Irrelevant; Improper expert opinion under FRE 702. |
|  | SCO K. Br. ¶ 192; SCO Ex. 75; SCO Ex. 116; IBM Ex. 80; IBM Ex. 260; IBM Ex. 584. | No foundation or personal knowledge; Irrelevant; Improper expert opinion under FRE 702. |
| Allegations of misuse of material not identified in SCO's Final Disclosures included in SCO's proposed experts' reports. (SCO K Br. ¶¶ 193-197.) | SCO Ex. 139; SCO Ex. 144; SCO Ex. 274; SCO Ex. 276 SCO Ex. 277; SCO Ex. 278; SCO Ex. 281; SCO Ex. 283; SCO Ex. 284; Ex. 287; SCO Ex. 288; SCO Ex. 300. | Exceeds Final Disclosures and thus violates the Court's order. |

2

| Subject Matter of Evidence | Illustrative Exhibit(s) | Objections |
|---|---|---|
| Citation to the Final Disclosures without supporting authentication or opinion. (SCO K Br. ¶¶ 193-194.) | SCO Ex. 144. | No foundation (unverified interrogatory response). |
| Statements regarding SCO's purportedly proper sale of licenses for Linux and SCO's termination of its Linux business. (SCO K Br. ¶¶ 198-208, 220-233.) | SCO Ex. 6; SCO Ex. 17; SCO Ex. 18; SCO Ex. 49; SCO Ex. 269; SCO Ex. 284; SCO Ex. 324; SCO Ex. 333; SCO Ex. 337; SCO Ex. 355; SCO Ex. 356; SCO Ex. 378; SCO Ex. 386; IBM Ex. 128; IBM Ex. 284; IBM Ex. 311; IBM Ex. 324. | Irrelevant. |
| Allegations of IBM's destruction of evidence and "hacking" into SCO's website. (SCO K. Br. ¶¶ 209-219.) | SCO Ex. 103; SCO Ex. 104 SCO Ex. 105; SCO Ex. 106; SCO Ex. 107; SCO Ex. 108; SCO Ex. 109; SCO Ex. 111; SCO Ex. 112; IBM Ex. 268; IBM Ex. 284; IBM Ex. 296; IBM Ex. 324. | Unsupported by admissible evidence; Irrelevant. |
| Statements relating to SCO's discovery conduct and disclosures. (SCO K. Br. ¶¶ 234-278.) | SCO Ex. 68; SCO Ex. 143; SCO Ex. 144; SCO Ex. 146; SCO Ex. 148; SCO Ex. 149; SCO Ex. 150; SCO Ex. 151; SCO Ex. 152; SCO Ex. 153; SCO Ex. 154; SCO Ex. 155; SCO Ex. 156; SCO Ex. 157; SCO Ex. 158; SCO Ex. 161; SCO Ex. 162; SCO Ex. 163; SCO Ex. 312; SCO Ex. 313; SCO Ex. 315; SCO Ex. 316; SCO Ex. 317; SCO Ex. 318; SCO Ex. 319; SCO Ex. 320; SCO Ex. 321; SCO Ex. 322; SCO Ex. 323; IBM Ex. 56; IBM Ex. 60; IBM Ex. 64. | No foundation (unverified interrogatory responses); Irrelevant. |

| Subject Matter of Evidence | Relevant Exhibit(s) | Objection(s) |
|---|---|---|
| Opinions of negotiators of the APA relating to Novell's right to waive SCO's rights to contradict the plain meaning of the contract. (SCO K. Br. ¶¶ 279-293.) | SCO Ex. 38; SCO Ex. 39; SCO Ex. 40; SCO Ex. 42; SCO Ex. 45; SCO Ex. 46; SCO Ex. 47; SCO Ex. 48; SCO Ex. 50; SCO Ex. 76; SCO Ex. 351; SCO Ex. 360; IBM Ex. 260. | Violates the parol evidence rule. |

4