# Addendum C

## ADDENDUM C
### Irrelevance of SCO's Declarants

|     | SCO's Declarant | Never Employed at AT&T | Not Employed at AT&T in 1985 | Did Not Negotiate or Execute the Agreements | Did Not Communicate Views to IBM/Sequent in 1985 |
|-----|-----------------|------------------------|------------------------------|---------------------------------------------|--------------------------------------------------|
| 1.  | Evelyn Davis    |                        |                              | X                                           | X                                                |
| 2.  | Martin Pfeffer  |                        |                              | X                                           | X                                                |
| 3.  | Ira Kistenberg  |                        |                              |                                             | X                                                |
| 4.  | William Klinger |                        |                              | X                                           | X                                                |
| 5.  | Mitzi Bond      |                        |                              | X                                           | X                                                |
| 6.  | Kim Madsen      | X                      | X                            | X                                           | X                                                |
| 7.  | Stephen Baker   |                        | X                            | X                                           | X                                                |
| 8.  | James Judge     |                        | X                            | X                                           | X                                                |
| 9.  | Lawrence Bouffard | X                    | X                            | X                                           | X                                                |
| 10. | William Guffey  |                        |                              | X                                           | X                                                |
| 11. | William Broderick | X                    | X                            | X                                           | X                                                |
| 12. | William Murphy  |                        |                              | X                                           | X                                                |
| 13. | Doug Michels    | X                      | X                            | X                                           | X                                                |
| 14. | John Maciaszek  | X                      | X                            | X                                           | X                                                |
| 15. | Sandy Tannebaum |                        |                              | X                                           | X                                                |