# Addendum F
**[FILED UNDER SEAL]**