# Addendum G
**[FILED UNDER SEAL]**