# Addendum I
## [UNPUBLISHED OPINION]

# Addendum J
## [UNPUBLISHED OPINION]

# Addendum K
## [UNPUBLISHED OPINION]

# Addendum L
## [UNPUBLISHED OPINION]

# Addendum M
**[UNPUBLISHED OPINION]**

# Addendum N

**[UNPUBLISHED OPINION]**

# Addendum O
**[UNPUBLISHED OPINION]**

# Addendum P
### [UNPUBLISHED OPINION]

# Addendum Q
## [UNPUBLISHED OPINION]

# Addendum R
## [UNPUBLISHED OPINION]

# Addendum S
## [UNPUBLISHED OPINION]

# Addendum T
**[UNPUBLISHED OPINION]**

# Addendum U
## [UNPUBLISHED OPINION]

# Addendum V
## [UNPUBLISHED OPINION]

# Addendum W
## [UNPUBLISHED OPINION]

# Addendum X
## [UNPUBLISHED OPINION]

# Addendum Y
## [UNPUBLISHED OPINION]

# Addendum Z
## [UNPUBLISHED OPINION]

# Addendum AA
## [UNPUBLISHED OPINION]

# Addendum BB
## [UNPUBLISHED OPINION]

# Addendum CC
## [UNPUBLISHED OPINION]

# Addendum DD
## [UNPUBLISHED OPINION]

# Addendum EE
## [UNPUBLISHED OPINION]

# Addendum FF
## [UNPUBLISHED OPINION]

# Addendum GG
## [UNPUBLISHED OPINION]