# Addendum C
**[FILED UNDER SEAL]**