# Addendum D
**[FILED UNDER SEAL]**