# Addenda E through BB
**[Unpublished Opinions]**