FILED
U.S. DISTRICT COURT

2007 MAR 19  A 11: 10

DISTRICT OF UTAH

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard – Suite 1200
Ft. Lauderdale, Florida 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022

*Attorneys for The SCO Group, Inc.*

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | [PROPOSED] ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE SCO'S OVER LENGTH MEMORANDUM IN SUPPORT OF ITS OBJECTIONS TO THE MAGISTRATE COURT'S ORDER DENYING SCO'S MOTION FOR RELIEF FROM IBM'S SPOLIATION OF EVIDENCE <br><br> Case No. 2:03CV0294DAK <br><br> Honorable Dale A. Kimball <br> Magistrate Judge Brooke C. Wells |

This matter comes before the Court on the Ex Parte Motion of Plaintiff/Counterclaim-

Defendant The SCO Group ("SCO") for Leave to File their over length Memorandum in Support

of its Objection to the Magistrate Court's Order Denying SCO's Motion for Relief from IBM's

Spoliation of Evidence (the "Objection Memorandum").  The Court, having considered the

matter, hereby determines that good cause and exceptional circumstances exist and hereby

ORDERS that SCO be granted leave to file its over-length Objection Memorandum consisting of

15 pages, exclusive of face sheet, table of contents and authorities, appendixes and exhibits.

DATED: _March_ _19_ , 2007

BY THE COURT:

Honorable Dale A. Kimball