**NOTICE OF CORRECTED FILING:** Due to a filing error, docket entry 991 was inadvertently filed without a signature page or certificate of serve.  Please refer to Docket entry 994 for the corrected REPLY to Response to Motion re [913] MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION* filed by Plaintiff SCO Group, Counter Defendant SCO Group.