**NOTICE OF CORRECTED FILING**: Due to a filing error, docket entry 1000 was inadvertently filed with an inaccurate title and incorrectly filed under seal. Please refer to docket entry 1003 for the corrected DECLARATION of Dr. Evan Ivie re [986] MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Plaintiff SCO Group.