**<u>NOTICE OF CORRECTED FILING</u>**: Due to a filing error, docket entry 1001 was incorrectly filed under seal.  Please refer to docket entry 1006 for the corrected DECLARATION of  Marc Rochkind re [986] MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Plaintiff SCO Group.