SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO SCO'S MOTION FOR RECONSIDERATION OF THE ORDER DENYING SCO'S MOTION REGARDING SPOLIATION AND TO SCO'S OBJECTIONS THERETO** |
| Plaintiff/Counterclaim-Defendant, | |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Civil No. 2:03CV-0294 DAK |
| | Honorable Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff. | Magistrate Judge Brooke C. Wells |

Defendant and Counterclaim-Plaintiff International Business Machines ("IBM"), through counsel, hereby moves the Court for an extension of time to respond to (i) the Motion for Reconsideration of the Order Denying SCO's Motion for Relief for IBM's Spoliation of Evidence and (ii) SCO's Objections to the Magistrate Court's Order Denying SCO's Motion for Relief for IBM's Spoliation of Evidence filed by Plaintiff and Counterclaim-Defendant The SCO Group, Inc. ("SCO").

IBM respectfully requests that it be granted an extension of time, to and including April 18, 2007, within which to file responses to SCO's motion and objections. Counsel for IBM has conferred with counsel for SCO regarding the requested extension. SCO's counsel will not agree to an extension of the deadline to April 18, 2007. SCO's counsel will agree to extend the deadline by one week, but will not agree to move the deadline to the following week as requested. Due to this, the intervening holidays, and other commitments, undersigned counsel respectfully requests an extension to April 18, 2007 to respond to SCO's motion and objections.

DATED this 28th day of March, 2007.

                    SNELL & WILMER L.L.P.

                    /s/ Amy F. Sorenson
                    Alan L. Sullivan
                    Todd M. Shaughnessy
                    Amy F. Sorenson

                    CRAVATH, SWAINE & MOORE LLP
                    Evan R. Chesler
                    David R. Marriott

                    *Attorneys for Defendant/Counterclaim-Plaintiff*
                    *International Business Machines Corporation*

Of Counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff International
Business Machines Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of March, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York 10504
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

/s/ Amy F. Sorenson

436706.1