SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
    International Business Machines Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Defendant/Counterclaim-Plaintiff. | **[PROPOSED]**<br>**ORDER RE MOTION FOR EXTENSION**<br>**OF TIME**<br><br><br>Civil No. 2:03CV-0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Based on the motion for extension of time filed by IBM, and for good cause appearing,

IT IS HEREBY ORDERED that IBM shall have until April 18, 2007, to file its oppositions to (i) the Motion for Reconsideration of the Order Denying SCO's Motion for Relief for IBM's Spoliation of Evidence and (ii) SCO's Objections to the Magistrate Court's Order Denying SCO's Motion for Relief for IBM's Spoliation of Evidence.

DATED this ___ day of March, 2007.

                                                BY THE COURT

                                                _____
                                                Honorable Dale A. Kimball
                                                United States District Court Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of March, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

      Brent O. Hatch
      Mark F. James
      HATCH, JAMES & DODGE, P.C.
      10 West Broadway, Suite 400
      Salt Lake City, Utah 84101

      Robert Silver
      Edward Normand
      BOIES, SCHILLER & FLEXNER LLP
      333 Main Street
      Armonk, New York  10504

      Stephen N. Zack
      Mark J. Heise
      BOIES, SCHILLER & FLEXNER LLP
      100 Southeast Second Street, Suite 2800
      Miami, Florida 33131

                                                     /s/ Amy F. Sorenson

436733.1