SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
   International Business Machines Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION FOR EXTENSION OF DEADLINES**<br><br>Civil No. 2:03CV-0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the deadline for responding to outstanding requests for admission and enlarging the pretrial deadlines set forth in the Court's January 16, 2007, Order as follows:

Both parties' responses to all outstanding requests for admission shall be due on April 13, 2007;

Rule 26(a)(3) Disclosures shall be due on May 14, 2007;

Deadline for Exchanging Jury Instructions shall be May 28, 2007;

Motions in Limine shall be due on June 4, 2007;

Final Pretrial Order shall be due 45 days before trial;

Special Attorney Conference and Settlement Conference shall be due 30 days before trial; and

Approximately six weeks prior to trial, the Court will send to the parties a Trial Order setting further deadlines for the case.

The parties submit concurrently herewith a proposed Order confirming these deadlines.

DATED this 29th day of March, 2007.

> SNELL & WILMER L.L.P.
> Alan L. Sullivan
> Todd M. Shaughnessy
> Amy F. Sorenson
>
> CRAVATH, SWAINE & MOORE
> Evan R. Chesler
> David R. Marriott
>
>
> By___/s/ Amy F. Sorenson_____
> *Counsel for Defendant International Business Machines Corporation*

2

DATED this 29th day of March, 2007.

        HATCH, JAMES & DODGE, P.C.
        Brent O. Hatch
        Mark F. James

        BOIES, SCHILLER & FLEXNER LLP
        Edward Normand


        By   /s/ Edward Normand
          *Counsel for Plaintiff*
      *(e-filed with authorization from counsel)*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York  10504
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

/s/ Amy F. Sorenson

436925.1

4