Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:  (801) 363-6363
Facsimile:   (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone:  (914) 749-8200
Facsimile:   (914) 749-8300

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Plaintiff, The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>　　　Plaintiff/Counterclaim Defendant,<br><br>　　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　Defendant/Counterclaim-Plaintiff. | **SCO'S MOTION TO DEEM A PROSPECTIVE THIRD-PARTY DEPOSITION IN RELATED LITIGATION TO BE A DEPOSITION TAKEN IN THIS CASE AS WELL**<br><br>Case No. 2:03CV00294<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim-Defendant, the SCO Group, Inc. ("SCO"), for the reasons set forth in SCO's Memorandum in Support of its Motion to Deem a Prospective Third-Party Deposition in Related Litigation to be a Deposition Taken in This Case as Well, respectfully moves this Court for an Order granting its Motion and providing the relief set forth in SCO's Memorandum.

DATED this 2nd day of April, 2007.    HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand

DORSEY & WHITNEY LLP
Devan V. Padmanabhan

*Counsel for The SCO Group, Inc.*

By:    /s/ Mark F. James

## **CERTIFICATE OF SERVICE**

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant, International Business Machines Corporation, on this 2nd day of April, 2007, via CM/ECF to the following:

>David Marriott, Esq. (dmarrriott@cravath.com)
>CRAVATH, SWAINE & MOORE LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, New York 10019
>
>Todd Shaughnessy, Esq. (tshaugnessy@swlaw.com)
>SNELL & WILMER LLP
>1200 Gateway Tower West
>15 West South Temple
>Salt Lake City, Utah 84101-1004

/s/ Mark F. James