| | |
|---|---|
| Brent O. Hatch (5715) | Stephen N. Zack (admitted pro hac vice) |
| Mark F. James (5295) | BOIES, SCHILLER & FLEXNER LLP |
| HATCH, JAMES & DODGE, PC | Bank of America Tower – Suite 2800 |
| 10 West Broadway, Suite 400 | 100 Southeast Second Street |
| Salt Lake City, Utah 84101 | Miami, Florida 33131 |
| Telephone: (801) 363-6363 | Telephone: (305) 539-8400 |
| Facsimile: (801) 363-6666 | Facsimile: (305) 539-1307 |
| | |
| Robert Silver (admitted pro hac vice) | Stuart Singer (admitted pro hac vice) |
| Edward Normand (admitted pro hac vice) | BOIES, SCHILLER & FLEXNER LLP |
| BOIES, SCHILLER & FLEXNER LLP | 401 East Las Olas Blvd. |
| 333 Main Street | Suite 1200 |
| Armonk, New York 10504 | Fort Lauderdale, FL 33301 |
| Telephone: (914) 749-8200 | Telephone: (954) 356-0011 |
| Facsimile: (914) 749-8300 | Facsimile: (954) 356-0022 |

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for Plaintiff, The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. | **[PROPOSED] ORDER GRANTING SCO'S MOTION TO DEEM A PROSPECTIVE THIRD-PARTY DEPOSITION IN RELATED LITIGATION TO BE A DEPOSITION TAKEN IN THIS CASE AS WELL** |
| Plaintiff/Counterclaim-Defendant, | |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Case No. 2:03CV0294DAK |
| Defendant/Counterclaim-Plaintiff. | Honorable Dale A. Kimball |
| | Magistrate Judge Brooke C. Wells |

Plaintiff/Counterclaim-Defendant, The SCO Group ("SCO"), filed its Motion to Deem a Prospective Third-Party Deposition in Related Litigation to be a Deposition Taken in This Case as Well on April 2, 2007. For the reasons set forth in SCO's Motion and Memorandum, and for good cause showing, this Court GRANTS SCO's Motion and hereby orders that the deposition of Pamela Jones shall be considered to be a deposition taken in this case, provided that SCO gives notice of the deposition to IBM and an opportunity to participate if IBM so chooses.

IT IS SO ORDERED.

DATED this _____ day of _____, 2007.

BY THE COURT

Dale A. Kimball
United States District Court Judge