Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:  (801) 363-6363
Facsimile:   (801) 363-6666

Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone:  (914) 749-8200
Facsimile:   (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., | **NOTICE OF CONVENTIONAL FILING** |
| Plaintiff/Counterclaim Defendant, | Case No. 2:03CV00294 |
| v. | Honorable Dale A. Kimball |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Magistrate Judge Brooke C. Wells |
| Defendant/Counterclaim-Plaintiff. | |

**PLEASE TAKE NOTICE THAT** Plaintiff/Counterclaim Defendant, The SCO Group, Inc. has conventionally filed the original and two courtesy copies of their **MEMORANDUM IN SUPPORT OF ITS MOTION TO DEEM A PROSPECTIVE THIRD-PARTY DEPOSITION IN RELATED LITIGATION TO BE A DEPOSITION TAKEN IN THIS CASE AS WELL.**

This document has not been filed electronically because:

____   it cannot be converted to electronic format

____   the electronic file size of this material exceeds 2 megabytes (MB)

____   the Court by order has excused electronic filing

_X_   they are exempt from electronic filing pursuant to § F(4)(e) of the ECF Policy & Procedures Manual (*sealed document*)

These documents will be served conventionally on all parties.


DATED this 2nd day of April, 2007.         HATCH, JAMES & DODGE, P.C.
                                            Brent O. Hatch
                                            Mark F. James

                                            BOIES, SCHILLER & FLEXNER LLP
                                            Robert Silver
                                            Stuart H. Singer
                                            Stephen N. Zack
                                            Edward Normand

                                            DORSEY & WHITNEY LLP
                                            Devan V. Padmanabhan

                                            Counsel for The SCO Group, Inc.

                                            By:   ___/s/ Mark F. James_____

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant, International Business Machines Corporation, on this 2nd day of April, 2007, via CM/ECF to the following:

> David Marriott, Esq. (dmarrriott@cravath.com)
> CRAVATH, SWAINE & MOORE LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, New York 10019
>
> Todd Shaughnessy, Esq. (tshaugnessy@swlaw.com)
> SNELL & WILMER LLP
> 1200 Gateway Tower West
> 15 West South Temple
> Salt Lake City, Utah 84101-1004

/s/ Mark F. James