# EXHIBIT 2

Case 2:03-cv-00294-DN   Document 1018-3   Filed 04/02/07   PageID.17365   Page 2 of 2



*When you want to know more
but don't know where to look.*

**Home**
**Unix Books**
**Quote DB**
**Search**
**GrokLine**
**GrokDoc**

**Archives**
**Cast**
**Comes Exhs.**
**Contracts**
**Courts**
**DRM**
**Gates Video**
**GPL**
**Groklaw Info**
**Legal Docs**
**Legal Research**
**MS Litigation**
**Novell-MS Deal**
**ODF-MS XML**
**Patents**
**Salus Book**
**SCO**
**SCO Financials**
**Switch to Linux**
**Timelines/Mots.**
**Transcripts**
**Where is ...?**

**Law Dictionary**









**User Functions**

**Username:**

**Health Break**
Saturday, February 10 2007 @ 01:56 PM EST

As you know, I have been sick more than once recently. I don't seem to be getting back on my feet the way I'd normally expect, and so after some thought I've decided to take a little break from doing Groklaw, just until I get my strength back. I don't think I can do both at the same time.

I can't predict exact dates, because what I really need is a real vacation and time to just do nothing until I fully am myself again. I've done almost 3,000 articles on pretty much a daily basis, with a lot of time stress, since mid-May of 2003, and I think I'm a bit worn out, between SCO and the ODF thing.

So I hope you'll forgive me while I kick back, put my feet up, and snooze a while. I'll be back as soon as I can. I love doing Groklaw. Meanwhile, you can post here as usual, and if you run out of space, Mathfox will give you more. I know you know the ground rules, and I'll see you as soon as I can. Then I'll hop back on my horsie and we'll start galloping forward again.

Love, PJ

**Health Break** | 298 comments | **Create New Account**
Oldest First   Threaded   Refresh   Reply
Comments belong to whoever posts them. Please notify us of inappropriate comments.

**Health Break**
Authored by: Anonymous on Saturday, February 10 2007 @ 02:08 PM EST

Get well soon. xxxxxxxxxxxx

[ **Reply to This** | **#** ]

- **Health Break** - Authored by: **_Arthur** on Saturday, February 10 2007 @ 02:16 PM EST
- **If you need it...** - Authored by: Anonymous on Saturday, February 10 2007 @ 02:26 PM EST
  - **Togakure -- Your Password** - Authored by: **Weeble** on Saturday, February 10 2007 @ 07:12 PM EST
  - **Passwords...** - Authored by: **mtew** on Sunday, February 11 2007 @ 10:10 AM EST
- **Health Break** - Authored by: **WojtekPod** on Saturday, February 10 2007 @ 02:43 PM EST
- **Health Break** - Authored by: Anonymous on Saturday, February 10 2007 @ 02:52 PM EST
- **get well soon, but do take your time (n.t.)** - Authored by: Anonymous on Saturday, February 10 2007 @ 02:53 PM EST
  - **Thank You For Taking Care of Yourself.** - Authored by: **darkonc** on Sunday, February 11 2007 @ 01:40 AM EST
- **Health Break** - Authored by: **Nick_UK** on Saturday, February 10 2007 @ 02:57 PM EST
- **Health Break** - Authored by: **TedSwart** on Saturday, February 10 2007 @ 03:00 PM EST
- **Health Break** - Authored by: Anonymous on Saturday, February 10 2007 @ 03:18 PM EST
- **Health Break** - Authored by: **fredex** on Saturday, February 10 2007 @ 03:33 PM EST
  - **Health Break** - Authored by: Anonymous on Tuesday, February 20 2007 @ 07:29 PM EST
- **Health Break** - Authored by: **grouch** on Saturday, February 10 2007 @ 03:39 PM EST
  - **Blogs for Groklovians In Withdrawal** - Authored by: **Weeble** on Saturday, February 10 2007 @ 07:28 PM EST
    - **Blogs for Groklovians In Withdrawal** - Authored by: **grouch** on Saturday, February 10 2007 @ 08:43 PM EST
      - **I follow the site that allparadox posts on.** - Authored by: