# EXHIBIT 4

- **About**

  - About

- **Recent Posts**

  - Remains of Take-Two board members found in Vice City reservoir
  - Apple's installation of backup coffers fuels rumors of June 11 iPhone launch
  - Quoted
  - Off Topic
  - OK, we heard you — now if you'll please extract that bullhorn from our ear …
  - Big telecom party in D.C.; Sprint's invitation 'lost in the mail'
  - Check out my new credit rating — I got a deal at T.J. Maxx
  - Quoted
  - Off Topic
  - And one and two and dip and spin

- **Categories**

  - Errata
  - Off Topic
  - Quoted
  - Uncategorized

Subscribe via RSS

Pick your service: [ ▼ ]  Go

February 14, 2007

# Where (and for that matter, who) is Pamela Jones?

The name of Pamela Jones has appeared frequently in this space over the years. The proprietor of the Groklaw blog, a self-described former journalist and paralegal, has spent almost four years deconstructing the legal battles of SCO as it attempts to lay claim to some part of the Linux operating system and gleefully ridiculing SCO's case. This, as you would imagine, has won her no friends in

Lindon, Utah, with SCO CEO Darl McBride making semi-veiled references to Jones being a front (and perhaps the pseudonym of a team of IBM lawyers) for an anti-SCO cabal (see "SCO CEO hurls feces at detractors"). Now comes word from Forbes that SCO is trying to serve a subpoena on Jones requiring her to submit to a deposition on some unspecified topics. One problem — Jones is nowhere to be found. In a post on Saturday, PJ said she was taking a "health break" of unspecified length, and acccording to Forbes, the blog editor, who has always tried to keep the lowest of profiles, was not at a house in Darien, Conn., where SCO intelligence agents believe she's been living. If the subpoena does catch up with Jones, said Lucy Dalglish, a First Amendment attorney, she may have to comply, but that won't necessarily be good for SCO. "My guess is if you go after a blogger, it'll provoke the blogosphere. It's a pretty stupid move," Dalglish said.

Posted by John Murrell at 8:57 am