# EXHIBIT 5

 

   . . . keeping an eye on the peng

**home** | **forum**

**Linux-Watch Forum - Please sign in to participate**
Ask a question, give an answer, express an opinion, start a debate

Forum home | Sign In | Sign Up | Search | Help | Linux-Watch.com  Start New Thread | Reply to Thread | Printer | Forward

**Home / Talkbacks on editorials and blog posts**

**Yes, there is a PJ** NEW!

Yes, there is a PJ

**Yes, there is a PJ (modified 0 times)**                                                        **nycace36**
Profile

  Anyone see PJ's stalker Maureen O'Gara at LinuxWorld NYC?

  If anyone has a pic of MO'G, then maybe someone could spot her in disguise as she hunts
  for PJ in the LinuxWorldNYC area?

  Just a thought…

02-15-2007 12:59:01

**RE:Yes, there is a PJ (modified 0 times)**                                                     **renegadesx**
Profile | Email

  Even if PJ is not a real person, who cares? He/she/they write good articles

  I for one do believe that she is a real person, and quite a smart one at that but I also
  think it's irrelevant

02-15-2007 14:01:09

**RE:Yes, there is a PJ (modified 0 times)**                                                     **macbeach**
Profile

  Hopefully to all the other bad things that have befallen SCO since they started this farce
  we can now add some form of harassment counter suit. Nothing would be more delightful
  than to see SCO or whatever part of their management team remain, as individuals,
  hounded into obscurity over this. It may be that in the process the squealing of stuck pigs
  will yield up more specifics about encouragement they got from Microsoft.

02-15-2007 14:54:30

**RE:Yes, there is a PJ (modified 0 times)**                              **NigelK**
Profile | Email

I find it concerning that, whilst Jones is ready to lecture everyone about how the legal process is strong and valid, she feels that running away from it is the right thing to do when it comes to herself.

She's become a leader in Free Software circles - she should be an example to us all. If any harm comes to her because of it, she can use the legal process to repair that.

Jones is indeed a real person, IMHO, but her giving a sworn statement that she really is independent would go a long way in reinforcing her integrity.

On the flip-side, with the SCO cases winding down and with her views in her editorials going against the interests of most people in the IT industry (you know - the ones who actually do the work), will she be relevant in a couple of years' time? Or will she be doomed to be just another FSF activist, and ignored as such?

Nigel Kneale

02-16-2007 02:09:23

**RE:Yes, there is a PJ (modified 0 times)**                              **toys**
Profile | Email

NigelK -

First off I have communicated with PJ on several occasions so I can confirm she exists and is an honorable person.

The second thing is you show a complete lack of understanding about what is going to happen in a deposition. Since this is a federal deposition nothing is out of bounds without the expenditure of a great deal of money on lawyers to block the questions. This can charitably be viewed as 8 hours of harassment at the hands of BSF, with them having the ability to ask the most personal and intimate questions and the ability to intimate the most vile of things since, as part of a lawsuit even though she is third party, there are no rules about slander. What she gets out of it is bus fare and water, she is not compensated in any way but I gurantee you that each of the lawyers there is getting $500 an hour and there will be at least two from each side. If she wants legal representation there she has to pay for it. If she is bright she will demand that they work through lunch because if she doesn't lunch time and bio breaks do not count against the 8 hour sentence she is required to serve. She also must insist that they complete all questionsing because if the say "are you tired, would you like to stop, then they can pull her back for another day to complete the 8 hours. If she is bright she is also keeping track of the time she is there and as soon as she walks into the room insists that they start asking questions if it is on or after the appearance time. She will also stop talking and inform them they have exhausted their 8 hours and leave immeadiately upon the expiration of that time even if in the middle of a question because they were supposed to have managed their time so that they complete within 8 hours.

I have both given depositions and had root canal WITHOUT more than a local anesthetic

(6 hours worth). Give me the root canal any day, it is less painful and marginally less costly since I paid my own lawyer.

SCO has a very limited time to serve the subpoena and take her deposition before the clock runs out. Unless she is deposed by April 1 the supoena becomes void since discovery is closed. If Novell had not cozied up to Microsoft and PJ made a major issue of pointing up the problems with such a marriage she would have prevailed on Novell's lawyers to block the subpoena (BSF would NEVER try this with Cravath, Cravath would have the judge boot BSF and their subpoena out of court, Novell in this case is probably looking for payback also so it is a win win situation as far as the two sides in this case, I do not see Novell authorizing their lawyers to dispute the subpoena).

02-16-2007 03:01:06

### RE:Yes, there is a PJ (modified 0 times) — NigelK
Profile | Email

I fully understand what's involved in a deposition - especially having read the Wilson deposition.

However, you cannot square Jones' articles about how fair the legal system is (in the face of how obviously unfair it is to the innocent) with the fact that she is very probably on the run from part of the legal process.

And money will not be an issue - she no doubt has many lawyer friends who will work for her for free in a heartbeat.

02-16-2007 03:08:58

### RE:Yes, there is a PJ (modified 0 times) — woody
Profile | Email

The legal system says that the subpeona has to be served, if it is not done in a finite time then the deposition can not occur. This is the legal system and if PJ can avoid the serving she does not have to suffer the harassment and believe me, having watched this legal debacle since it started, that is all SCOX really wants to do. All the information on the case that has been unearthed is freely available on GROKLAW website. SCOX and their lawyers just have to dig it up and they don't want to do it. They would rather mentally torture someone who has been a thorn in their side by countering their half truths and inuendos with facts. If this seems like name calling and busted logic then go back all the way to the beginning and read every piece of information that has been put up to the public for yourself. SCOX sucks.

02-16-2007 16:48:17

### RE:Yes, there is a PJ (modified 0 times) — madtom1999
Profile

I think NigelK must know something - perhaps we can get him deposed too?

02-17-2007 01:40:28

### RE:Yes, there is a PJ (modified 0 times) — LinuxGruven

Profile | Email

Talk about the gang that can't shoot straight; SCO thinks the person Pamela Jones, pen name or whatever she does to protect her privacy is not is a real person. I have read Steven's contributions for quite a while and unlike perhaps SCO he is a straight shooter and I believe what he says. He has said before has repeated it that he knows her and are friends. That is good enough information for me. Keep up the fine editing and reporting Steven.

02-17-2007 13:58:25

 **RE:Yes, there is a PJ (modified 0 times)**   renegadesx

Profile | Email

Next thing you know SCO will accuse Steven of hiding PJ away and say "Mr Vaughan-Nichols is a close friend of Ms Pamela Jones and he is hiding her whereabouts from this court" etc, when that doesnt work they will all of a sudden say "we were right PJ doesnt exist" and somehow get even more delirious believing this actually helps them

02-20-2007 16:33:19

Start New Thread | Reply to Thread | Printer | Forward

All times are PST                                             Powered by UltraBoard v1.62

- Talkbacks on editorials and blog posts ▼   GO

**home** | **news** | **forum** | **aboutus** | **contactus**

Use of this site is governed by our Terms of Use and Privacy Policy. Except where otherwise specified, the contents of this site are copyright © 1999-2006 Ziff Davis Publishing Holdings Inc. All Rights Reserved. Reproduction in whole or in part without permission is prohibited. Linux is a registered trademark of Linus Torvalds. All other marks are the property of their respective owners.

ZIFF DAVIS MEDIA