# EXHIBIT 9



Search



News » Events »

About Join Linux Standard Base Workgroups Linux Protection Collaboration Forum Developer Services
Members Staff Board FAQ Bylaws Contact Us

- Log in / create account

Members
**From The Linux Foundation**

Members within each category are listed alphabetically. For more information about membership, please vis our membership information page.

# Platinum Members

    

    



# Gold Members

    



 

 

## Silver Members

  

  

  

  

  

  

  



























## Affiliates

  

  

  

  

  

  

  

Retrieved from "http://www.linux-foundation.org/en/Members"

[Article] [Discussion] [View source] [History]

Copyright © 2007 Linux Foundation. All rights reserved.

Case 2:03-cv-00294-DN Document 1018-10 Filed 04/02/07 PageID.17420 Page 6 of 6

LSB is a trademark of the Linux Foundation. Linux is a registered trademark of Linus Torvalds.

Please see our privacy policy.