# EXHIBIT 14




Does your managed hosting provider cost your business
more than you thought it would?
rackspace
MANAGED HOSTING

**Advertisement**

TrustCommerce

E-Commerce & credit card
processing - the Open
Source way!

**You are not logged in**
Log in now
Create an account
Subscribe to LWN

**Recent Features**
LWN.net Weekly
    Edition for March
    29, 2007
The third GPLv3 draft
LWN.net Weekly
    Edition for March
    22, 2007
The 2007 Linux
    Storage and File
    Systems Workshop
The road to freedom in
    the embedded world

Printable page

# Novell joins OSDL

[Posted December 9, 2003 by ris]

**From**:   bret-AT-pageonepr.com
**To**:      lwn-AT-lwn.net
**Subject**:  Novell joins OSDL
**Date**:    Tue, 09 Dec 2003 11:10:50 EST

Novell Joins OSDL -Strengthens Broad Commitment to Linux; Novell's 20 Years
Experience as a Global Enterprise Operating System Vendor Bolsters
Initiatives at Leading Linux Advocacy Consortium

BEAVERTON, Ore. and PROVO, Utah, Dec. 9 - The Open Source Development Labs
(OSDL), a global consortium of customers and leading technology companies
dedicated to accelerating the adoption of Linux, today announced that
Novell has joined OSDL and will participate in the Lab's key initiatives to
advance the use of Linux for enterprise computing.

In addition, Jeffrey T. Hawkins, VP, Office of the CTO at Novell, has been
elected to OSDL's board of directors.

"The Linux industry is rapidly accelerating with the promise to give
customers lower computing costs with greater freedom and control," said
Chris Stone, Novell vice chairman - Office of the CEO. "By joining forces
with OSDL, Novell aims to take a leadership role in helping the industry
overcome the many challenges that still exist to help Linux fulfill its
promise as an end-to-end enterprise computing platform."

Novell will participate in a number of OSDL initiatives including the Data
Center Linux (DCL) working group. This working group is focused on the
business-hardening of Linux for use in the Data Center. In addition,
Novell joins a growing number of OSDL members interested in creating a
working group initiative for Linux on the desktop.

"Novell's unique perspective on global enterprise computing software is a
welcome addition to OSDL," said Stuart Cohen, OSDL CEO. "We expect Novell
to be a significant contributor to virtually all of our industry
initiatives, as well as to the overall mission of the Lab."

Novell has quickly seized a leadership role in offering Linux-based
solutions to its customers around the world. Last month, Novell announced
it had entered into an agreement to acquire SUSE LINUX, one of the world's
leading enterprise Linux companies, expanding Novell's ability to provide
enterprise-class services and support on the Linux platform.

About Novell
Novell, Inc. (Nasdaq: NOVL) is a leading provider of information solutions
that deliver secure identity management (Novell NsureT), Web application
development (Novell exteNdT) and cross-platform networking services (Novell
NterpriseT), all supported by strategic consulting and professional
services (Novell Ngage(SM)). Novell's vision of one Net -- a world without
information boundaries -- helps customers realize the value of their
information securely and economically. For more information, call Novell's
Customer Response Center at 888-321-4CRC (4272) or visit http://www.novell.com. Press sh
http://www.novell.com/pressroom.

About Open Source Development Labs (OSDL)
OSDL -- home to Linus Torvalds, the creator of Linux -- is dedicated to
accelerating the growth and adoption of Linux. Founded in 2000 and
supported by a global consortium of Linux customers and IT industry
leaders, OSDL is a non-profit organization that provides Linux expertise
and computing and test facilities in the United States and Japan available

to developers around the world. OSDL members include Alcatel, Cisco,
Computer Associates, Dell, Ericsson, Force Computers, Fujitsu, HP, Hitachi,
IBM, Intel, Linuxcare, Miracle Linux Corporation, Mitsubishi Electric,
MontaVista Software, NEC Corporation, Nokia, Novell, NTT COMWARE, NTT DATA
INTELLILINK, Red Hat, Sun Microsystems, SUSE LINUX, TimeSys, Toshiba,
Transmeta Corporation, Turbolinux, Ulticom, Unilever and VA Software. Visit
OSDL on the Web at www.osdl.org.

NOTE:  OSDL is a trademark of Open Source Development Labs, Inc. Linux is a
trademark of Linus Torvalds. Third party marks and brands are the property
of their respective holders.

SOURCE Open Source Development Labs

CONTACT: Craig Oda of Page One PR , +1-650-473-0600, ext. 102, or
coda@pageonepr.com, for OSDL; or Bruce Lowery of Novell, Inc.,
+1-415-591-6523, or blowry@novell.com

---

(Log in to post comments)

Copyright © 2003, Eklektix, Inc.
Comments and public postings are copyrighted by their creators.
Linux is a registered trademark of Linus Torvalds
Powered by Rackspace Managed Hosting.