# EXHIBIT 16

# ibiblio Systems Central - Hardware Details    ibiblio

This is a breakdown of the production hardware behind ibiblio.org. Almost all of the IBM hardware was given by IBM in the form of grant funding.

- **Main site** (www.ibiblio.org)
    - **Redundant LVS directors**
      IBM xseries 345 (x2)
      Dual Xeon P4 2.4 GHz
      2.5 GB RAM
      iblinux
    - **Web cluster nodes**
      IBM xseries 330 (x7)
      PIII 1.2 GHz
      2.25 GB RAM
      iblinux

- **Fileserver**
  IBM xseries 345
  Dual Xeon P4 2.2 GHz
  4 GB RAM
  1 EXP 300 drive array (1 TB storage)
  iblinux

- **Fileserver**
  IBM xseries 345
  Dual Xeon P4 2.2 GHz
  4 GB RAM
  2 EXP 300 drive arrays (1 TB storage)
  iblinux

- **Linux distributions** (distro.ibiblio.org)
  Dell PowerEdge 2550
  Dual PIII 1 GHz
  4 GB RAM
  260 GB storage
  RedHat Linux 7.2

- **Music content** (music.ibiblio.org)
  Dell PowerEdge 2550
  Dual PIII 1 GHz
  4 GB RAM
  260 GB storage
  RedHat Linux 7.2

- **sourceforge mirror** (unc.dl.sourceforge.net)
  VALinux 4450
  2 VALinux drive arrays (1 TB storage)
  Debian Linux

- **Fileserver**
  Dell PowerEdge 1650
  PIII 1.2 GHz
  4 GB RAM
  Dell PowerVault 220S (900 GB storage)
  iblinux

- **Database**
  IBM Netfinity 6000R
  Quad Xeon PIII 700 MHz
  4.5 GB RAM
  108 GB storage
  iblinux

- **Real/MP3/Ogg** streaming
  VALinux 2240
  512 MB RAM
  70 GB storage
  RedHat Linux 7.2

- **Listserv**
  IBM Netfinity 6000R
  Dual Xeon PIII 700 MHz
  2.5 GB RAM
  130 GB storage
  RedHat Linux 7.3

- **Mail**
  Dell PowerApp 120
  Dual PIII 1 GHz
  2 GB RAM
  36 GB storage
  RedHat Linux 7.2

- **Contributor services**
  IBM Netfinity 6000R
  Dual Xeon PIII 700 MHz
  2.5 GB RAM
  36 GB storage
  iblinux

- **Fileserver**
  IBM Netfinity 6000R
  Dual Xeon PIII 700 MHz
  2.5 GB RAM
  130 GB storage
  RedHat Linux 7.3

