# EXHIBIT 20

(b)(1)(A), JURY, LODGED_DOC, MAG, OBJMAG

# Electronic Case Filing System
## District of Utah (Central)
## CIVIL DOCKET FOR CASE #: 2:03-cv-00294-DAK-BCW

SCO Grp, et al v. Intl Bus Mach Inc                          Date Filed: 03/25/2003
Assigned to: Judge Dale A. Kimball                          Jury Demand: Both
Referred to: Magistrate Judge Brooke C. Wells               Nature of Suit: 190 Contract: Other
Demand: $0                                                  Jurisdiction: Diversity
Case in other court: 3rd Dist SL Cnty, 030905199
Cause: 28:1441 Notice of Removal- Contract Dispute

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/13/2004 | 223 | Magistrate Notice of Hearing Motion hearing set for 10:00 9/14/04 for [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag, set for 10:00 9/14/04 for [190-1] motion to compel discovery To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 08/13/2004) |
| 08/13/2004 | 224 | Order granting [222-1] stipulation motion to amend briefing for pending motions signed by Judge Dale A. Kimball , 8/13/04 cc:atty (blk) (Entered: 08/13/2004) |
| 08/13/2004 | 225 | Motion by Intl Bus Mach Inc for partial summary judgment on Breach of Contract Claims. (Oral Argument Requested) (blk) (Entered: 08/16/2004) |
| 08/13/2004 | 226 | Motion by Intl Bus Mach Inc for leave to file overlength memorandum in support of motion for partial summary jgm on breach of contract claims (blk) (Entered: 08/16/2004) |
| 08/13/2004 | 227 | Declaration of Todd M. Shaughnessy Re: [225-1] motion for partial summary judgment on Breach of Contract Claims. (Oral Argument Requested) (blk) (Entered: 08/16/2004) |
| 08/13/2004 |  | Proposed document from Intl Bus Mach Inc entitled: Memorandum in Support of Motion for Partial Summary Jgm re: Breach of Contract (blk) (Entered: 08/16/2004) |
| 08/13/2004 | 228 | Exhibits filed by defendant Intl Bus Mach Inc RE: [227-1] declaration of Todd M. Shaughnessy. (3 volumes of exhibits, oversized, placed in expandable folders next to case file.) (blk) (Entered: 08/16/2004) |
| 08/13/2004 | 232 | REDACTED Memorandum by Intl Bus Mach Inc in support of [225-1] motion for partial summary judgment on Breach of Contract Claims. (blk) (Entered: 08/18/2004) |
| 08/13/2004 | 234 | SEALED DOCUMENT entitled: IBM's Sealed Exhibits to the Declaration of Todd M. Shaughnessy in Support of Motion for Partial Summary Jgm on Breach of Contract Claims (blk) (Entered: 08/18/2004) |

| 08/13/2004 | 235 | Declarations of Kathleen Bennett, Thomas L. Cronan III, Randall Davis, Michael J. Defazio, David W. Frasure Re: [225-1] motion for partial summary judgment on Breach of Contract Claims. Volume 1 of 2. (blk) Modified on 08/18/2004 (Entered: 08/18/2004) |
| 08/13/2004 | 236 | Declarations of Geoffrey D. Green, Ira Kristenberg, Richard A. McDonough III, Jeffrey W. Mobley, Scott Nelson, David P. Rodgers, Roger C. Swanson, Joan Thomas, Steve Vuksanovich, Otis L. Wilson Re: [225-1] motion for partial summary judgment on Breach of Contract Claims. Volume 2 of 2. (blk) (Entered: 08/18/2004) |

| **PACER Service Center** | | | |
| **Transaction Receipt** | | | |
| 04/02/2007 08:39:51 | | | |
| **PACER Login:** | bs0285 | **Client Code:** | 96010001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:03-cv-00294-DAK-BCW Start date: 8/13/2004 End date: 8/13/2004 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |