# EXHIBIT 1

              

**Groklaw Editor Joins Open Source Risk Management as Director of Research**

   NEW YORK, Feb. 4 /PRNewswire/ -- Open Source Risk Management, LLC (OSRM) announced today that Pamela Jones has agreed to become the company's Director of Litigation Risk Research.  Pamela Jones is known to millions of online readers as "PJ," the editor and moderator of Groklaw.net.  Since its launch on May 17, 2003 Groklaw.net has attracted widespread critical admiration for its careful, exhaustive and timely reporting on present and threatened litigation against the Linux kernel and other Free and Open Source Software.  Groklaw was awarded the O'Reilly's OSDir.com Editor's Choice Award in Open Source as Best News Site of 2003.
   OSRM, the leading provider of risk management for corporate users of Free and Open Source Software, announced Jones' appointment as part of its Open Source Insurance Initiative.  "We are developing an important new insurance product.  We believe that fostering a collaborative, community-based model for identification and mitigation of relevant litigation risks provides a novel advantage that will enable OSRM to offer our comprehensive defense insurance for Free and Open Source Software at the lowest possible cost," said Daniel Egger, founder and Chairman of OSRM.  "We are delighted to join forces with PJ in this enterprise.  Together, we can harness the same kind of forces that made Free and Open Source Software so valuable to protect the shared code-base against future risks," said Egger.
   Pamela Jones will continue to manage the non-commercial Groklaw.net web site, which is editorially independent from her research work for OSRM.  "Groklaw is my own and has always been separate from my other professional work.  But there is obviously a synergy between what I'll be doing for OSRM and what Groklaw does.  The community has a stake in protecting its software from future legal attack, and I hope we can contribute meaningfully by means of this project.  I hope our research will result in building a bulwark of legal protection for GNU/Linux software.  I am excited to join forces with OSRM, because I believe in their vision.  I see a need for low-cost vendor-neutral protection that will at the same time make it possible to allow continued free modification of the code.  No one else has successfully done so.  I believe OSRM has come up with the right answer."

   About Open Source Risk Management & The Open Source Software Market
   Founded in 2003, Open Source Risk Management provides sophisticated code-scanning and copyright-infringement detection technologies, risk-assessment and risk-mitigation consulting, best practices training and certification, and comprehensive vendor-neutral indemnification and custom insurance solutions for Global 1000 companies.
   The Open Source Software market includes open and proprietary applications that run on the GNU/Linux operating system, the fastest growing operating system in history, as well as subsets of the Linux kernel for embedded devices and other specialized applications.  Any company that is currently evaluating acquisition of, or is already dependent upon, Free and Open Source Software in the enterprise, could benefit from OSRM services in reducing total cost of ownership and managing risk exposure incident to this still-unfolding development model.  In addition, companies contemplating M&A transactions, or in the process of releasing a product containing traditional commercial

software, will want to ensure that their relevant proprietary code-base has not inadvertently become "infected" by unauthorized use of Free and Open Source Software.

For more information about OSRM and its offerings, please go to **http://www.osriskmanagement.com,** or contact Sandi Shorter at (212) 659-7773, sshorter@osriskmanagement.com.

This release was issued through eReleases(TM). For more information, visit **http://www.ereleases.com**.

SOURCE Open Source Risk Management, LLC

**Related links:**
- **http://www.osriskmanagement.com**



**Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.**
**Terms and conditions, including restrictions on redistribution, apply.**
Copyright © 1996- 2007 PR Newswire Association LLC. All Rights Reserved.
A **United Business Media** company.