# EXHIBIT 8


a la Mobile


IBM


Pacific Crest Securities


Access


Intel


Performance Technologies, Inc.


AMD


Lynuxworks


Portland State University


Bull


Marist College


Red Hat


CCIA


MontaVista Software


SpikeSource, Inc.


Celunite, Inc.


Motorola


Stratus Technologies, Inc.


Centeris Corporation


Network Appliance


Timesys


EMC


Novell


Wind River


Google


Oregon State University


Xandros, Inc.


HP