# EXHIBIT 9

Case 2:03-cv-00294-DN   Document 1022-10   Filed 04/06/07   PageID.17687   Page 1 of 6



Search



News »  Events »

About  Join  Linux Standard Base  Workgroups  Linux Protection  Collaboration  Forum  Developer Services
Members  Staff  Board  FAQ  Bylaws  Contact Us

- Log in / create account

Members
**From The Linux Foundation**

Members within each category are listed alphabetically. For more information about membership, please vis our membership information page.

# Platinum Members

      

      



# Gold Members

      









## Silver Members




























  

  

  

  

  

  

  

  



## Affiliates

  

  

  

  

  

  

  

Retrieved from "http://www.linux-foundation.org/en/Members"

[Article] [Discussion] [View source] [History]

Copyright © 2007 Linux Foundation. All rights reserved.

LSB is a trademark of the Linux Foundation. Linux is a registered trademark of Linus Torvalds.

Please see our privacy policy.