# EXHIBIT A

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney:  David Boies　　　　　　　　　　　　　Telephone: (914) 749-8201

Firm Name:  BOIES, SCHILLER & FLEXNER LLP
Business Address:  333 Main Street
Armonk, New York 10504

Current bar memberships and date of admission:

**SEE ATTACHMENT 1**　　　　　　　Admitted on _____
　　　　　　　　　　　　　　　　　　Admitted on _____
　　　　　　　　　　　　　　　　　　Admitted on _____
　　　　　　　　　　　　　　　　　　Admitted on _____

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
____ No　　　_X_ Yes ( provide additional information)

   I have been the subject of five bar grievances: three in Florida and two in New York. Four were brought by the same individual, who was the defendant in a case in which I represented the plaintiff. The fifth was brought by a political group relating to my representation of Vice President Al Gore in the Florida recount litigation of 2000. All five grievances were dismissed without any disciplinary action or sanction.

Prior pro hac vice admissions in the District of Utah:　　　　　____ none

Case Name:  SCO v. IBM   (entering an appearance for CALDERA INTERNATIONAL, INC.)
Case Number:  2:03cv294
Admission Date:  4/3/2003

(Attach list of other cases separately if more space is needed.)

_/s/ David Boies_　　　　　　　　　　　　3/6/07
Signature　　　　　　　　　　　　　　　　Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

   If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.

# Attachment 1

Bar Admissions for David Boies:

State of New York (1967)
The United States District Court for the Southern District of New York (1991)
The United States District Court for the Eastern District of New York (1981)
The United States Court of Appeals, First Circuit (2006)
The United States Court of Appeals, Second Circuit (1967)
The United States Court of Appeals, Third Circuit (1995)
The United States Court of Appeals, Fourth Circuit (2001)
The United States Court of Appeals, Fifth Circuit (1984)
The United States Court of Appeals, Sixth Circuit (2003)
The United States Court of Appeals, Seventh Circuit (2002)
The United States Court of Appeals, Ninth Circuit (1972)
The United States Court of Appeals, Tenth Circuit (1973)
The United States Court of Appeals, Eleventh Circuit (2002)
The United States Court of Appeals, Federal Circuit (2001)
The United States Court of Appeals, D.C. Circuit (1985)
The United States Supreme Court (1974)
The United States District Court for the District of Colorado (2000)
The United States Court of International Trade (1982)