# UNITED STATES DISTRICT COURT
## District of Utah, Central Division

|  |  |  |
|---|---|---|
| THE SCO GROUP, INC., | * | |
| | * | ORDER FOR PRO HAC VICE |
| Plaintiff/Counterclaim-Defendant | * | ADMISSION |
| | * | |
| v. | * | |
| INTERNATIONAL BUSINESS | * | Case No. 2:03CV0294DAK |
| MACHINES CORPORATION, | * | |
| | * | Judge Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff | * | Magistrate Judge Brook C. Wells |
| | * | |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of <u>David Boies</u> in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: April 11, 2007.

_Dale A. Kimball_

U.S. District Judge