SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Attorneys for Defendant/Counterclaim-Plaintiff
 International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION OF THE PARTIES REGARDING REQUESTS FOR ADMISSION**<br><br>Civil No. 2:03CV0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the time for the parties to respond to pending Requests for Admission. Specifically, the parties agree that they shall have an extension of time, to and including May 25, 2007, within which to respond to all outstanding Requests for Admission. Neither party shall use this extension as grounds for extending the date of trial in this matter.

DATED this 13th day of April, 2007.

>SNELL & WILMER L.L.P.
>Alan L. Sullivan
>Todd M. Shaughnessy
>Amy F. Sorenson
>
>CRAVATH, SWAINE & MOORE
>Evan R. Chesler
>David R. Marriott
>
>By   /s/ Todd M. Shaughnessy
>   *Counsel for Defendant International*
>   *Business Machines Corporation*

DATED this 13th day of April, 2007.

>HATCH, JAMES & DODGE, P.C.
>Brent O. Hatch
>Mark F. James
>
>BOIES, SCHILLER & FLEXNER LLP
>Edward Normand
>Sashi Bach Boruchow
>
>By   /s/ Sashi Bach Boruchow
>   *Counsel for Plaintiff*
>   *(e-filed with authorization from counsel)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504

                              /s/ Todd M. Shaughnessy