SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **[PROPOSED] ORDER** <br> **GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

Both parties' responses to all outstanding requests for admission shall be due on April 13, 2007;

Rule 26(a)(3) Disclosures shall be due on May 14, 2007;

Deadline for Exchanging Jury Instructions shall be May 28, 2007;

Motions in Limine shall be due on June 4, 2007;

Final Pretrial Order shall be due 45 days before trial;

Special Attorney Conference and Settlement Conference shall be due 30 days before trial; and

Approximately six weeks prior to trial, the Court will send to the parties a Trial Order setting further deadlines for the case.

DATED this 19th day of April, 2007.

BY THE COURT

_____
~~Dale A. Kimball~~ Brooke C. Wells
United States ~~District Court~~ Judge
Magistrate

APPROVED AS TO FORM:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Edward Normand

___/s/ Edward Normand_____
Counsel for Plaintiff
*(e-filed with authorization from counsel)*

2