SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., | **[PROPOSED] ORDER GRANTING IBM'S MOTION FOR LEAVE TO FILE SUR-REPLY** |
| Plaintiff/Counterclaim-Defendant, | |
| v. | Civil No. 2:03CV-0294DAK |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Honorable Dale A. Kimball |
| | Magistrate Judge Brooke C. Wells |
| Defendant/Counterclaim-Plaintiff. | |

Based upon Defendant/Counterclaim-Plaintiff International Business Machines Corporation's ("IBM") Motion for Leave to File Sur-Reply, and for good cause appearing thereon,

IT IS HEREBY ORDERED that IBM may file a sur-reply memorandum approximately 40 pages in length in response to Plaintiff and Counterclaim-Defendant The SCO Group, Inc.'s ("SCO") reply memorandum in further support of its objections to the magistrate judge's order on IBM's motion to confine.

DATED this _____ day of April, 2007.

BY THE COURT

_____
U.S. District Court Judge
Dale A. Kimball

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, NY 10504
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

/s/ Amy F. Sorenson

437544