# Addendum B

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                        DISTRICT OF UTAH

 3                        CENTRAL DIVISION

 4

 5    THE SCO GROUP, INC.,                      )

 6         Plaintiff/Counterclaim-Defendant, )

 7       vs.                                    )    Case No.

 8    INTERNATIONAL BUSINESS                    )    2:03-CV-294DAK

 9    MACHINES CORPORATION,                     )

10         Defendant/Counterclaim-Plaintiff, )

11    _____)

12

13              BEFORE THE HONORABLE BROOKE C. WELLS

14              ------------------------------------

15                        January 18, 2007

16                         Motion Hearing

17

18

19

20

21

22

23

24    REPORTED BY: Patti Walker, CSR, RPR, CP

25    350 South Main Street, #146, Salt Lake City, Utah  84101
```

1

1           MR. SHAUGHNESSY:  Nothing further, Your Honor.

2           THE COURT:  Now I'm going to ask you, Mr.

3   Shaughnessy, to answer that question:  What if anything is IBM

4   willing to do or do you have an obligation --

5           MR. SHAUGHNESSY:  Your Honor, the day for asking for

6   that passed a long time ago.  That discovery in this case is

7   closed.  SCO has had that now for almost two years.  And they

8   were the ones who came in and told you, Your Honor, that they

9   had to have this and that it would have the very information

10  you just described.  We have given them detailed instructions

11  on how to use it.

12          And what you haven't heard, Your Honor, very

13  curiously, is SCO comes in and says, well, we haven't offered

14  evidence that, in fact, you can find this in SCO.  What they

15  haven't done, Your Honor, is they haven't attempted to come in

16  and say to Your Honor in some evidentiary admissible form, we

17  tried it and we couldn't do it.  But at the end of the day,

18  Your Honor, that day has passed.  Fact and expert discovery in

19  this case are closed.  To the extent that information was

20  important for those purposes, it should have been investigated

21  and looked into long, long, long before now.

22          MR. JAMES:  Just, finally, Your Honor, and I don't

23  want to drag this out longer than it has to be, but it seems to

24  me that Your Honor has denied the motion in large part on Your

25  Honor's finding and belief that the evidence is available, that

1    it's not lost.  And we've heard Mr. Shaughnessy say today that

2    it is available and it's not lost, although we have spent

3    literally hundreds of thousands of dollars trying to find that

4    kind of thing and we can't.  They say it's easily findable.

5    Then Your Honor says, Mr. Shaughnessy, how about IBM, what is

6    their willingness to find that easibly findable information,

7    and we get the, well, we've represented to the Court it's

8    easily findable and we contend it's easily findable, and that's

9    the basis for the Court's rulings, but a year or two late.

10   Sorry, you're out of luck.

11             THE COURT:  The standard I think is reasonably

12   available.  I am going to ask IBM, in the spirit of

13   cooperation, Mr. Shaughnessy, to do what you can or have others

14   do it to see if you can assist in identifying it.  That doesn't

15   mean that anything is going to change in terms of the deadlines

16   and the scheduling order cutoffs.  But if there is somebody who

17   readily has that information, I would ask you to assist in

18   doing that.

19             MR. SHAUGHNESSY:  Your Honor, if the Court would like

20   us to do that, I'm happy to undertake that.  What I want to

21   make sure we're very, very clear about, Your Honor, is that we

22   are not reopening discovery.

23             THE COURT:  I think I just said that.

24             MR. JAMES:  I think Your Honor made that very clear.

25             THE COURT:  I don't think that's open to question.

1    So with that having been said and, Mr. Shaughnessy, if you will

2    prepare a proposed order.

3               MR. SHAUGHNESSY:  We would do that, Your Honor.

4    Would you like us to prepare orders on both motions or did you

5    address an order on the prior motion?

6               THE COURT:  I did not ask.  I will ask SCO to prepare

7    the order on the first motion.

8               MS. BORUCHOW:  We would be happy to, Your Honor.

9               MR. SHAUGHNESSY:  Thank you, Your Honor.

10              THE COURT:  Thank you.  And we'll be in informal

11   recess.  Thank you.

12              (Whereupon, the proceeding was concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25