Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>　　　Plaintiff/Counterclaim-Defendant,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　Defendant/Counterclaim-Plaintiff. | **[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Pursuant to the Stipulation between Plaintiff/Counterclaim-Defendant, The SCO Group, Inc. ("SCO"), and Defendant/Counterclaim-Plaintiff, International Business Machines Corporation ("IBM"), and good cause appearing, it is hereby ORDERED that SCO's sur-surreply to IBM's Sur-Reply Memorandum in Further Opposition to SCO's Objections to the Magistrate Judge's Order on IBM's Motion to Confine and SCO's Motion to Amend its December 2005 Submission shall be due on or before May 11, 2007.

DATED this 3rd day of May, 2007.

BY THE COURT:

*[signature: Dale A. Kimball]*

APPROVED AS TO FORM:

SNELL & WILMER LLP
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson


/s/  Todd M. Shaughnessy
*Counsel for Defendant, International Business Machines Corporation*
(e-filed with authorization from counsel)