Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:  (801) 363-6363
Facsimile:   (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone:  (914) 749-8200
Facsimile:  (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
*Attorneys for Plaintiff, The SCO Group, Inc.*

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging deadlines as follows:

SCO's Reply Memorandum In Support Of Its Motion for Reconsideration of the Order Denying SCO's Motion for Relief for IBM's Spoliation of Evidence, currently due May 11, 2007, shall be due no later than May 18, 2007.

SCO's Reply Memorandum In Support Of Its Objections to the Order Denying SCO's Motion for Relief for IBM's Spoliation of Evidence, currently due May 11, 2007, shall be due no later than May 18, 2007.

The parties submit concurrently herewith a proposed Order confirming these deadlines.

DATED this 8th day of May, 2007.

> HATCH, JAMES & DODGE, P.C.
> Brent O. Hatch
> Mark F. James
>
> BOIES, SCHILLER & FLEXNER LLP
> David Boies
> Robert Silver
> Stuart H. Singer
> Stephen N. Zack
> Edward Normand
>
> DORSEY & WHITNEY LLP
> Devan V. Padmanabhan
>
> *Counsel for The SCO Group, Inc.*
>
> By:   ____/s/ Sashi Boruchow_____

DATED this 8th day of May, 2007.

SNELL & WILMER LLP
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE
Evan R. Chesler
David R. Marriott

*Counsel for Defendant, International
Business Machines Corporation*

By:   ____/s/ Amy Sorenson____
*(e-filed with authorization from counsel)*

## <u>CERTIFICATE OF SERVICE</u>

Plaintiff/Counterclaim Defendant, The SCO Group, Inc., hereby certifies that on the 8th day of May, 2007, a true and correct copy of the foregoing Stipulation and Joint Motion for Extension of Time was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the, to the following:

> David Marriott, Esq.
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, New York  10019
>
> Donald J. Rosenberg, Esq.
> 1133 Westchester Avenue
> White Plains, New York  10604
>
> Todd Shaughnessy, Esq.
> Snell & Wilmer LLP
> 1200 Gateway Tower West
> 15 West South Temple
> Salt Lake City, Utah 84101-1004

By:   <u>   /s/ Sashi Boruchow      </u>