Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC. | **ORDER GRANTING STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME** |
| Plaintiff/Counterclaim-Defendant, | |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Case No. 2:03CV0294DAK |
| Defendant/Counterclaim-Plaintiff. | Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

Pursuant to the Stipulation between Plaintiff/Counterclaim-Defendant, The SCO Group, Inc. ("SCO"), and Defendant/Counterclaim-Plaintiff, International Business Machines Corporation ("IBM"), and good cause appearing, it is hereby ORDERED as follows:

1.) SCO's Reply Memorandum in Support of Its Motion for Reconsideration of the Order Denying SCO's Motion for Relief for IBM's Spoliation of Evidence shall be due no later than May 25, 2007

2.) SCO's Reply Memorandum in Support of Its Objections to the Order Denying SCO's Motion For Relief for IBM's Spoliation of Evidence shall be due no later than May 25, 2007.

3.) SCO's Reply Memorandum in Support of Its Motion to Deem a Perspective Third Party Deposition in Related Litigation to Be a Deposition Taken in This Case As Well shall be due no later than May 25, 2007.

DATED this 14th day of May, 2007.

BY THE COURT:

DALE A. KIMBALL
U. S. DISTRICT JUDGE

APPROVED AS TO FORM:

SNELL & WILMER LLP
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

/s/ Todd M. Shaughnessy
*Counsel for Defendant, International Business Machines Corporation*
(e-filed with authorization from counsel)