SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **STIPULATION AND JOINT MOTION FOR EXTENSION OF DEADLINES** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

The parties, through their counsel of record, hereby stipulate and jointly move the Court for an Order enlarging the deadlines for the following submissions to and including the date indicated:

- June 8, 2007:  Both parties' responses to all outstanding requests for admission;

- June 15, 2007:  SCO's Reply Memorandum in Support of Its Motion to Deem a Perspective Third Party Deposition in Related Litigation to Be a Deposition Taken in This Case As Well;

- July 13, 2007:  Rule 26(a)(3) Disclosures;

- July 27, 2007:  Motions in Limine regarding expert opinions;

- August 3, 2007:  Objections and counter-designations to Rule 26(a)(3) Disclosures;

- August 10, 2007:  All remaining Motions in Limine;

- August 24, 2007:  Deadline for Exchanging Jury Instructions;

- 45 days before trial:  Final Pretrial Order;

- 30 days before trial:  Special Attorney Conference and Settlement Conference; and

- Approximately six weeks prior to trial:  the Court will send to the parties a Trial Order setting further deadlines for the case.

The parties submit concurrently herewith a proposed Order confirming these deadlines.

DATED this 24th day of May, 2007.

          SNELL & WILMER L.L.P.
          Alan L. Sullivan
          Todd M. Shaughnessy
          Amy F. Sorenson

          CRAVATH, SWAINE & MOORE LLP
          Evan R. Chesler
          David R. Marriott

          By     /s/ Amy F. Sorenson
          *Counsel for Defendant International*
          *Business Machines Corporation*

DATED this 24th day of May, 2007.

          HATCH, JAMES & DODGE, P.C.
          Brent O. Hatch
          Mark F. James

          BOIES, SCHILLER & FLEXNER LLP
          Edward Normand

          By     /s/ Edward Normand
          *Counsel for Plaintiff*
          *(e-filed with authorization from counsel)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

Brent O. Hatch
Mark F. James
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Robert Silver
Edward Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

                /s/ Amy F. Sorenson

444075