SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES**<br><br>Civil No. 2:03CV-0294 DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

    The parties' responses to all outstanding requests for admission shall be due on June 8, 2007;

    SCO's Reply Memorandum in Support of Its Motion to Deem a Perspective Third Party Deposition in Related Litigation to Be a Deposition Taken in This Case As Well shall be due on June 15, 2007;

    Rule 26(a)(3) Disclosures shall be due on July 13, 2007;

    Motions in Limine regarding expert opinions shall be due on July 27, 2007;

    Objections and counter-designations to Rule 26(a)(3) Disclosures shall be due on August 3, 2007;

    All remaining Motions in Limine shall be due on August 10, 2007;

    The deadline for exchanging Jury Instructions shall be August 24, 2007;

    The Final Pretrial Order shall be due 45 days before trial;

    The Special Attorney Conference and Settlement Conference shall be held 60 days before trial; and

    The Court will send to the parties a Trial Order setting further deadlines for the case approximately six weeks prior to trial.

DATED this ___ day of _____, 2007.

                              BY THE COURT

                              _____
                              Dale A. Kimball
                              United States District Court Judge

APPROVED AS TO FORM:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Edward Normand

By     /s/ Edward Normand
*Counsel for Plaintiff*
*(e-filed with authorization from counsel)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

Brent O. Hatch
Mark F. James
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Robert Silver
Edward Normand
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

Stephen N. Zack
Mark J. Heise
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131

                  /s/ Amy F. Sorenson

444175.1