SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff
International Business Machines Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES** <br><br> Civil No. 2:03CV-0294 DAK <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Brooke C. Wells |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

The parties' responses to all outstanding requests for admission shall be due on June 8, 2007;

SCO's Reply Memorandum in Support of Its Motion to Deem a Perspective Third Party Deposition in Related Litigation to Be a Deposition Taken in This Case As Well shall be due on June 15, 2007;

Rule 26(a)(3) Disclosures shall be due on July 13, 2007;

Motions in Limine regarding expert opinions shall be due on July 27, 2007;

Objections and counter-designations to Rule 26(a)(3) Disclosures shall be due on August 3, 2007;

All remaining Motions in Limine shall be due on August 10, 2007;

The deadline for exchanging Jury Instructions shall be August 24, 2007;

The Final Pretrial Order shall be due 45 days before trial;

The Special Attorney Conference and Settlement Conference shall be held 60 days before trial; and

The Court will send to the parties a Trial Order setting further deadlines for the case approximately six weeks prior to trial.

DATED this 29th day of May, 2007.

BY THE COURT

Dale A. Kimball
United States District Court Judge

APPROVED AS TO FORM:

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
Edward Normand

By   /s/ Edward Normand
*Counsel for Plaintiff*
*(e-filed with authorization from counsel)*