Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **CERTIFICATE OF SERVICE**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

I hereby certify that true and correct copies of the foregoing:

1. SCO's Objections and Responses to IBM's Second Set of Requests for Admissions.
2. SCO's Objections and Responses to IBM's Third Set of Requests for Admissions.
3. SCO's Objections and Responses to IBM's Fourth Set of Requests for Admissions.
4. SCO's Objections and Responses to IBM's Fifth Set of Requests for Admissions.
5. SCO's Objections and Responses to IBM's Sixth Set of Requests for Admissions.
6. SCO's Objections and Responses to IBM's Seventh Set of Requests for Admissions.
7. SCO's Objections and Responses to IBM's Eighth Set of Requests for Admissions.
8. SCO's Objections and Responses to IBM's Ninth Set of Requests for Admissions.
9. SCO's Objections and Responses to IBM's Tenth Set of Requests for Admissions.
10. SCO's Objections and Responses to IBM's Eleventh Set of Requests for Admissions.
11. SCO's Objections and Responses to IBM's Twelfth Set of Requests for Admissions.

were served on Defendant/Counterclaim-Plaintiff, International Business Machines Corporation, on this 8th day of June 2007, via U.S. mail to the following:

>David Marriott, Esq.
>Cravath, Swaine & Moore LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, New York 10019

>Todd Shaughnessy, Esq.
>Snell & Wilmer LLP
>1200 Gateway Tower West
>15 West South Temple
>Salt Lake City, Utah 84101-1004

_____
Sashi Bach Boruchow