SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Todd M. Shaughnessy (6651)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
  *International Business Machines Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., | **MOTION FOR EXTENSION OF DEADLINES IN MAY 29, 2007 ORDER** |
| Plaintiff/Counterclaim-Defendant, | |
| v. | |
| | Civil No. 2:03CV-0294 DAK |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| | Honorable Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff. | Magistrate Judge Brooke C. Wells |

Defendant and Counterclaim-Plaintiff International Business Machines Corporation ("IBM"), through counsel, hereby moves the Court for an extension of the pre-trial deadlines set forth in the Court's May 29, 2007 Order as follows:

IBM seeks an approximately 30-day extension of each of the deadlines set forth in the Court's May 29, 2007 Order, and submits herewith a proposed form of order confirming those revised deadlines as follows:

Rule 26(a)(3) Disclosures shall be due on August 13, 2007;

Motions in Limine regarding expert testimony shall be due on August 27, 2007;

Objections and counter-designations to Rule 26(a)(3) Disclosures shall be due on September 4, 2007;

All remaining Motions in Limine shall be due on September 10, 2007;

The deadline for exchanging jury instructions shall be September 24, 2007;

The Final Pretrial Order shall be due 45 days before trial;

The Special Attorney Conference and Settlement Conference shall be held 60 days before trial; and

The Court will send to the parties a Trial Order setting further deadlines for the case approximately six weeks prior to trial.

SCO has raised a concern that moving these deadlines by 30 days would put these deadlines in conflict with the pretrial and trial dates in SCO v. Novell, currently set for trial beginning September 17, 2007. IBM has no objection to moving these dates to a time commencing reasonably promptly after the conclusion of the currently-scheduled trial in SCO v. Novell, but has been unable to confirm such dates with counsel for SCO. IBM will therefore stipulate, if necessary, to a further extension of the foregoing deadlines.

DATED this 13th day of July, 2007.

                                  SNELL & WILMER L.L.P.

                                  /s/ Todd M. Shaughnessy
                                Alan L. Sullivan
                                Todd M. Shaughnessy
                                Amy F. Sorenson

                                CRAVATH, SWAINE & MOORE LLP
                                Evan R. Chesler
                                David R. Marriott

                                *Attorneys for Defendant/Counterclaim-Plaintiff*
                                *International Business Machines Corporation*

Of Counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Alec S. Berman
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-3000

*Attorneys for Defendant/Counterclaim-Plaintiff International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and delivered by CM/ECF system to the following:

>Brent O. Hatch
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>Robert Silver
>Edward Normand
>BOIES, SCHILLER & FLEXNER LLP
>333 Main Street
>Armonk, New York  10504
>
>Stephen N. Zack
>Mark J. Heise
>BOIES, SCHILLER & FLEXNER LLP
>100 Southeast Second Street, Suite 2800
>Miami, Florida 33131

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Todd M. Shaughnessy