Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **SCO'S MEMORANDUM IN OPPOSITION TO IBM'S MOTION FOR EXTENSION OF DEADLINES IN MAY 29, 2007 ORDER**<br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

SCO respectfully submits this Memorandum in Opposition to IBM's Motion for Extension of Deadlines in May 29, 2007 Order.

As indicated in IBM's memorandum in support of its Motion, SCO opposes IBM's request for a 30-day extension on the grounds that the extension will put the deadlines in conflict with the pretrial and trial dates in SCO v. Novell, which is scheduled to proceed to trial on September 17, 2007.

Although SCO is prepared to meet the deadlines set forth in the Court Order of May 29, 2007, considering IBM's Motion, SCO does not oppose continuing the pretrial obligations until after conclusion of the trial in SCO v. Novell.

Accordingly, SCO proposes a pretrial schedule to follow the resolution of the trial in SCO v. Novell.  IBM proposed such a schedule to SCO prior to the filing of its Motion, and SCO will seek to reach agreement on such a schedule with IBM.

DATED this 16th day of July, 2007.

                        HATCH, JAMES & DODGE, P.C.
                        Brent O. Hatch
                        Mark F. James

                        BOIES, SCHILLER & FLEXNER LLP
                        David Boies
                        Robert Silver
                        Stuart H. Singer
                        Stephen N. Zack
                        Edward Normand

                        DORSEY & WHITNEY LLP
                        Devan V. Padmanabhan


                        *Counsel for The SCO Group, Inc.*


                        By: _____/s/ Edward Normand_____

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing Memorandum in Opposition to IBM's Motion for Extension of Deadlines in May 29, 2007 Order was served on Defendant/Counterclaim-Plaintiff, International Business Machines Corporation, on this 16th day of July, 2007, via CM/ECF to the following:

>David Marriott, Esq. (dmarriott@cravath.com)
>Cravath, Swaine & Moore LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, New York 10019
>
>Todd Shaughnessy, Esq. (tshaughnessy@swlaw.com)
>Snell & Wilmer LLP
>1200 Gateway Tower West
>15 West South Temple
>Salt Lake City, Utah 84101-1004

/s/ Edward Normand