Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:  (801) 363-6363
Facsimile:  (801) 363-6666

David Boies (admitted pro hac vice)
Robert Silver (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone:  (914) 749-8200
Facsimile:  (914) 749-8300

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Stephen N. Zack (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
Bank of America Tower – Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Stuart Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC.<br><br>　　　Plaintiff/Counterclaim-Defendant,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　Defendant/Counterclaim-Plaintiff. | **STIPULATION RE EXTENSION OF DEADLINES**<br><br><br>Case No. 2:03CV0294DAK<br><br>Honorable Dale A. Kimball<br>Magistrate Judge Brooke C. Wells |

As indicated in the memoranda regarding IBM's recent Motion for Extension of Deadlines (dated July 18, 2007), considering SCO's request to avoid a conflict between the trial in <u>SCO v. Novell</u> and the pretrial schedule in this case, the parties hereby stipulate to the following pretrial schedule in this case:

- Rule 26(a)(3) Disclosures shall be due on October 22, 2007;

- Motions in Limine regarding expert testimony shall be due on November 5, 2007;

- Objections and counter-designations to Rule 26(a)(3) Disclosures shall be due on November 13, 2007;

- All remaining Motions in Limine shall be due on November 20, 2007;

- The deadline for exchanging jury instructions shall be December 4, 2007;

- The Final Pretrial Order shall be due 45 days before trial;

- The Special Attorney Conference and Settlement Conference shall be held 60 days before trial; and

- The Court will send to the parties a Trial Order setting further deadlines for the case approximately six weeks prior to trial.

The parties submit herewith a proposed order confirming these deadlines.

DATED this 26th day of July, 2007.

                HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
David Boies
Robert Silver
Stuart H. Singer
Stephen N. Zack
Edward Normand

DORSEY & WHITNEY LLP
Devan V. Padmanabhan

*Counsel for Plaintiff, The SCO Group, Inc.*

By: /s/ Edward Normand

DATED this 26th day of July, 2007.

SNELL & WILMER LLP
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott

*Counsel for Defendant, International Business Machines Corporation.*

By: /s/ Todd M. Shaughnessy
(e-filed with authorization from counsel)

2

**CERTIFICATE OF SERVICE**

      Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant/Counterclaim-Plaintiff, International Business Machines Corporation, on this 26th day of July, 2007, via CM/ECF to the following:

> David Marriott, Esq.
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, New York 10019
>
> Todd Shaughnessy, Esq.
> Snell & Wilmer LLP
> 1200 Gateway Tower West
> 15 West South Temple
> Salt Lake City, Utah 84101-1004

      /s/  Edward Normand