| | |
|---|---|
| Brent O. Hatch (5715) | Stephen N. Zack (admitted pro hac vice) |
| Mark F. James (5295) | BOIES, SCHILLER & FLEXNER LLP |
| HATCH, JAMES & DODGE, PC | Bank of America Tower – Suite 2800 |
| 10 West Broadway, Suite 400 | 100 Southeast Second Street |
| Salt Lake City, Utah 84101 | Miami, Florida 33131 |
| Telephone: (801) 363-6363 | Telephone: (305) 539-8400 |
| Facsimile: (801) 363-6666 | Facsimile: (305) 539-1307 |
| | |
| David Boies (admitted pro hac vice) | Stuart Singer (admitted pro hac vice) |
| Robert Silver (admitted pro hac vice) | BOIES, SCHILLER & FLEXNER LLP |
| Edward Normand (admitted pro hac vice) | 401 East Las Olas Blvd. |
| BOIES, SCHILLER & FLEXNER LLP | Suite 1200 |
| 333 Main Street | Fort Lauderdale, FL 33301 |
| Armonk, New York 10504 | Telephone: (954) 356-0011 |
| Telephone: (914) 749-8200 | Facsimile: (954) 356-0022 |
| Facsimile: (914) 749-8300 | |

Devan V. Padmanabhan (admitted pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for Plaintiff, The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC. | **[PROPOSED] ORDER GRANTING STIPULATION RE EXTENSION OF DEADLINES** |
| Plaintiff/Counterclaim-Defendant, | |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Case No. 2:03CV0294DAK |
| | Honorable Dale A. Kimball |
| Defendant/Counterclaim-Plaintiff. | Magistrate Judge Brooke C. Wells |

Pursuant to the Stipulation between Plaintiff/Counterclaim-Defendant, The SCO Group, Inc. ("SCO"), and Defendant/Counterclaim-Plaintiff, International Business Machines Corporation ("IBM"), and good cause appearing, it is hereby ORDERED as follows:

Rule 26(a)(3) Disclosures shall be due on October 22, 2007;

Motions in Limine regarding expert testimony shall be due on November 5, 2007;

Objections and counter-designations to Rule 26(a)(3) Disclosures shall be due on November 13, 2007;

All remaining Motions in Limine shall be due on November 20, 2007;

The deadline for exchanging jury instructions shall be December 4, 2007;

The Final Pretrial Order shall be due 45 days before trial;

The Special Attorney Conference and Settlement Conference shall be held 60 days before trial; and

The Court will send to the parties a Trial Order setting further deadlines for the case approximately six weeks prior to trial.

DATED this _____ day of July, 2007.

BY THE COURT:

_____

APPROVED AS TO FORM:

SNELL & WILMER LLP
Alan L. Sullivan
Todd M. Shaughnessy
Amy F. Sorenson

/s/  Todd M. Shaughnessy
*Counsel for Defendant, International Business Machines Corporation*
(e-filed with authorization from counsel)

## CERTIFICATE OF SERVICE

Plaintiff/Counterclaim-Defendant, The SCO Group, Inc., hereby certifies that a true and correct copy of the foregoing was served on Defendant/Counterclaim-Plaintiff, International Business Machines Corporation, on this 26th day of July, 2007, via CM/ECF to the following:

>David Marriott, Esq.
>Cravath, Swaine & Moore LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, New York 10019
>
>Todd Shaughnessy, Esq.
>Snell & Wilmer LLP
>1200 Gateway Tower West
>15 West South Temple
>Salt Lake City, Utah 84101-1004

/s/  Edward Normand