IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>    Plaintiff/Counterclaim-<br>    Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-<br>    Plaintiff. | NOTICE OF DECISION AND REQUEST FOR STATUS UPDATE<br><br><br>Case No.  2:03CV294 DAK |

      The court hereby notifies the parties that a Memorandum Decision and Order has been entered in *SCO v. Novell* (Civil No. 2:04CV139DAK).  Because the ruling in *SCO v. Novell* significantly impacts the claims and counterclaims asserted in the instant case, the court requests that each party submit, by no later than 5:00 p.m. on August 31, 2007, a statement of its view of the status of this case and, more specifically, the effect of the *SCO v. Novell* decision on each of the pending motions.

      DATED this 10th day of August, 2007.

                                  BY THE COURT:

                                  _____
                                  DALE A. KIMBALL
                                  United States District Judge