# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>    Plaintiff/Counterclaim-<br>    Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-<br>    Plaintiff. | ORDER REGARDING TEMPORARY ADMINISTRATIVE CLOSURE OF CASE<br><br>Case No.  2:03CV294 DAK |

    Due to The SCO Group, Inc.'s Notice of Filing for Bankruptcy and the automatic stay imposed by 11 U.S.C. § 362(a)(1), IT IS HEREBY ORDERED that the above-captioned case be **administratively** closed and removed from the list of active pending cases.  The case may be reopened upon motion by any party when the bankruptcy stay is lifted, and the pending motions will be renewed at that time.

    DATED this 20th day of September, 2007.

                              BY THE COURT:

                              _____<br>
                              DALE A. KIMBALL<br>
                              United States District Judge