IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **THE SCO GROUP, INC.,**<br><br>        Plaintiff/Counterclaim-<br>        Defendant,<br><br>vs.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION,**<br><br>        Defendant/Counterclaim-<br>        Plaintiff. | **ORDER OF RECUSAL**<br><br>Case No.  2:03CV294 DAK |

I recuse myself in this case and ask that the appropriate assignment card equalization be drawn by the clerk's office.   Currently, this case is administratively closed, subject to being re-opened upon the lifting of SCO's bankruptcy stay.

DATED this 24th day of August, 2009.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge