| | |
|---|---|
| Brent O. Hatch (5715) | David Boies (admitted pro hac vice) |
| Mark F. James (5295) | Edward Normand (admitted pro hac vice) |
| Hatch, James & Dodge | Boies, Schiller & Flexner LLP |
| 10 West Broadway, Suite 400 | 333 Main Street |
| Salt Lake City, Utah 84101 | Armonk, New York 10504 |
| Telephone: (801) 363-6363 | Telephone: (914) 749-8200 |
| Facsimile: (801) 363-6666 | Facsimile: (914) 749-8300 |
| | |
| Stuart H. Singer (admitted pro hac vice) | Stephen N. Zack (admitted pro hac vice) |
| Boies, Schiller & Flexner LLP | Boies, Schiller & Flexner LLP |
| 401 East Las Olas Boulevard - Suite 1200 | Bank of America Tower - Suite 2800 |
| Ft. Lauderdale, Florida 33301 | 100 Southeast Second Street |
| Telephone: (954) 356-0011 | Miami, Florida 33131 |
| Facsimile: (954) 356-0022 | Telephone: (305) 539-8400 |
| | Facsimile: (305) 539-1307 |

*Attorneys for The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

_____

|  |  |  |
|---|---|---|
| THE SCO GROUP, INC., | : | |
|     Plaintiff/Counterclaim-Defendant, | : | |
| | : | **EX PARTE MOTION TO WITHDRAW AS COUNSEL** |
| v. | : | |
| | : | Civil No. 2:03CV0294 |
| INTERNATIONAL BUSINESS | : | |
| MACHINES CORPORATION, | : | Honorable Tena Campbell |
| | : | |
|     Defendant/Counterclaim-Plaintiff. | : | |
| | : | |

_____

Plaintiff The SCO Group, Inc. hereby requests the Court to remove John J. Brogan, formerly with the law firm Dorsey & Whitney, LLP, as counsel of record in the above-captioned litigation. Mr. Brogan has changed law firms and is no longer a counsel of record. Plaintiff retains all other counsel from Hatch, James & Dodge, P.C. and Boies, Schiller & Flexner LLP as

counsel of record in this matter.

DATED this 10th day of December, 2009.

                                               HATCH, JAMES & DODGE, P.C.
                                             Brent O. Hatch
                                             Mark F. James

                                             BOIES, SCHILLER & FLEXNER LLP
                                             Stuart H. Singer
                                             Edward Normand


By:    /s/ Brent O. Hatch_____

*Counsel for The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

Plaintiff, The SCO Group, Inc., hereby certifies that on this 10th day of December, 2009, a true and correct copy of the foregoing was filed with the court and served via CM/ECF to the following recipients:

>David Marriott, Esq.
>CRAVATH, SWAINE & MOORE LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, New York 10019
>
>Todd Shaughnessy, Esq.
>SNELL & WILMER LLP
>1200 Gateway Tower West
>15 West South Temple
>Salt Lake City, Utah 84101-1004

>/s/Brent O. Hatch_____
>Brent O. Hatch