| | |
|---|---|
| Brent O. Hatch (5715) | David Boies (admitted pro hac vice) |
| Mark F. James (5295) | Edward Normand (admitted pro hac vice) |
| Hatch, James & Dodge | Boies, Schiller & Flexner LLP |
| 10 West Broadway, Suite 400 | 333 Main Street |
| Salt Lake City, Utah 84101 | Armonk, New York 10504 |
| Telephone:  (801) 363-6363 | Telephone:  (914) 749-8200 |
| Facsimile:  (801) 363-6666 | Facsimile:  (914) 749-8300 |
| | |
| Stuart H. Singer (admitted pro hac vice) | Stephen N. Zack (admitted pro hac vice) |
| Boies, Schiller & Flexner LLP | Boies, Schiller & Flexner LLP |
| 401 East Las Olas Boulevard - Suite 1200 | Bank of America Tower - Suite 2800 |
| Ft. Lauderdale, Florida 33301 | 100 Southeast Second Street |
| Telephone:  (954) 356-0011 | Miami, Florida 33131 |
| Facsimile:  (954) 356-0022 | Telephone:  (305) 539-8400 |
| | Facsimile:  (305) 539-1307 |

*Attorneys for The SCO Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

___

| | | |
|---|---|---|
| THE SCO GROUP, INC., | : | |
|     Plaintiff/Counterclaim-Defendant, | : | |
| | : | **[PROPOSED] ORDER** |
| | : | **GRANTING EX PARTE** |
| | : | **MOTION TO WITHDRAW** |
| | : | **AS COUNSEL** |
| v. | : | |
| | : | Civil No.  2:03CV0294 |
| INTERNATIONAL BUSINESS | : | |
| MACHINES CORPORATION, | : | Honorable Tena Campbell |
| | : | |
|     Defendant/Counterclaim-Plaintiff. | : | |
| | : | |

___

Upon Motion to Withdraw made by Plaintiff The SCO Group, Inc. for the withdrawal of John J. Brogan, formerly of the law firm of Dorsey & Whitney, LLP, and the Court being sufficiently advised, **IT IS HEREBY ORDERED** that:

1. The Motion to Withdraw John J. Brogan, formerly of the law firm of Dorsey & Whitney, LLP, as counsel is **GRANTED**; and

2. John J. Brogan, formerly of the law firm of Dorsey & Whitney, LLP, is hereby deemed withdrawn as counsel of record for The SCO Group, Inc. and shall be removed from all service lists and from receipt of notice through this Court's CM/ECF system of future filings in this matter.

DATED this _____ day of _____, 2009.

By: _____
Honorable Tena Campbell