Brent O. Hatch (5715)
Mark F. James (5295)
Hatch, James & Dodge
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart H. Singer (admitted pro hac vice)
Boies, Schiller & Flexner LLP
401 East Las Olas Boulevard - Suite 1200
Ft. Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

Stephen N. Zack (admitted pro hac vice)
Boies, Schiller & Flexner LLP
Bank of America Tower - Suite 2800
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| THE SCO GROUP, INC., <br>     Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br>     Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS COUNSEL** <br><br> Civil No. 2:03CV0294 <br><br> Honorable Tena Campbell |

Upon Motion to Withdraw made by Plaintiff The SCO Group, Inc. for the withdrawal of John J. Brogan, formerly of the law firm of Dorsey & Whitney, LLP, and the Court being sufficiently advised, **IT IS HEREBY ORDERED** that:

1. The Motion to Withdraw John J. Brogan, formerly of the law firm of Dorsey & Whitney, LLP, as counsel is **GRANTED**; and

2. John J. Brogan, formerly of the law firm of Dorsey & Whitney, LLP, is hereby deemed withdrawn as counsel of record for The SCO Group, Inc. and shall be removed from all service lists and from receipt of notice through this Court's CM/ECF system of future filings in this matter.

DATED this 12 day of Dec, 2009.

By: _____
Honorable Tena Campbell