Brent O. Hatch (5715)
bhatch@hjdlaw.com
Mark F. James (5295)
mjames@hjdlaw.com
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

David Boies (admitted pro hac vice)
dboies@bsfllp.com
Robert Silver (admitted pro hac vice)
rsilver@bsfllp.com
Edward Normand (admitted pro hac vice)
enormand@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart Singer (admitted pro hac vice)
ssinger@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiff, The SCO Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,<br><br>                Plaintiff/Counterclaim-Defendant,<br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                Defendant/Counterclaim-Plaintiff. | **THE SCO GROUP, INC.'S MOTION TO REOPEN THE CASE**<br><br>Civil No.: 2:03CV0294<br><br>Honorable Tena Campbell |

Pursuant to the Court's Order dated September 10, 2010 (Docket No. 1093), Plaintiff/Counterclaim-Defendant, The SCO Group, Inc. ("SCO"), respectfully moves the Court to reopen this case in order to proceed with SCO's unfair competition claim concerning the Project Monterey joint venture and with SCO's tortious interference claims alleging that IBM interfered with SCO's market and business relationships.  The grounds for this Motion are described in full in SCO's Memorandum in Support of Its Motion to Reopen the Case filed concurrently herewith.

DATED this 4th day of November, 2011.

         By:  /s/ Brent O. Hatch
         HATCH, JAMES & DODGE, P.C.
         Brent O. Hatch
         Mark F. James

         BOIES, SCHILLER & FLEXNER LLP
         David Boies
         Robert Silver
         Stuart H. Singer
         Edward Normand

         *Counsel for The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

I, Brent O. Hatch, hereby certify that on this 4th day of November, 2011, a true and correct copy of the foregoing **SCO's Motion to Reopen the Case** was filed with the Court and served via electronic mail to the following recipients:

>David Marriott, Esq.
>Cravath, Swaine & Moore LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, New York 10019
>
>Amy F. Sorenson, Esq.
>Snell & Wilmer LLP
>1200 Gateway Tower West
>15 West South Temple
>Salt Lake City, Utah 84101-1004
>
>*Counsel for Defendant and Counterclaim-Plaintiff International Business Machines Corporation.*

By:  /s/ Brent O. Hatch
Brent O. Hatch
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:  (801) 363-6363
Facsimile:  (801) 363-6666