IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
2011 NOV -9  P 2: 39
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| | |
|---|---|
| CALDERA SYSTEMS, A Delaware Corporation, and SCO GROUP, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | ORDER<br><br>Case No. 2:03-CV-00294 |

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 8th day of November, 2011.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Court Judge

Case: 2:03cv00294
Assigned To : Waddoups, Clark
Assign. Date : 11/10/2011
Description: SCO Grp, et al v. Intl Bus Mach Inc