IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| THE SCO GROUP, INC., | : | |
| Plaintiff, | : | ORDER OF RECUSAL |
| vs. | : | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | : | Case No. 2:03-cv-294 |
| Defendant. | : | |

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 9th day of December, 2011.

BY THE COURT:

Clark Waddoups
United States District Judge