<u>M E M O R A N D U M</u>

TO:       Mark Jones

FROM:     Judge David Sam

RE:       *SCO Grp, et al. v. Intl Bus Mach Inc.*
          **Case No. 2:03cv00294**

DATE:     December 13, 2011

---

I find I must step aside in the above matter. Would you please assign this case to another judge, and draw a commensurate assignment for me in accordance with the practice of the court.

```
Case: 2:03-cv-00294
Assigned To : Benson, Dee
Assign. Date : 12/14/2011
Description: SCO Grp, et al v. Intl Bus
Mach Inc
```

David Sam

FILED
U.S. DISTRICT COURT
2011 DEC 14  A 10: 26
DISTRICT OF UTAH
BY:_____
   DEPUTY CLERK