Brent O. Hatch (5715)
  bhatch@hjdlaw.com
Mark F. James (5295)
  mjames@hjdlaw.com
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666

David Boies (admitted pro hac vice)
  dboies@bsfllp.com
Edward Normand (admitted pro hac vice)
  enormand@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart Singer (admitted pro hac vice)
  ssinger@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Counsel for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,<br><br>       Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>       Defendant/Counterclaim-Plaintiff. | **THE SCO GROUP, INC.'S MOTION FOR STATUS CONFERENCE OR HEARING ON ITS MOTION TO REOPEN THE CASE**<br><br>Civil No.:  2:03-CV-00294-DN<br><br>Honorable David Nuffer |

The SCO Group, Inc. ("SCO") respectfully moves for a Status Conference to discuss the Motion to Reopen the Case (Docket No. 1095), which was filed on November 4, 2011, as well as other matters.  IBM filed its Opposition Memorandum on November 21, 2011 (Docket No. 1100).  SCO filed its Reply Memorandum on December 8, 2011 (Docket No. 1102).  Therefore, the briefing on that motion was complete as of December 8, 2011.

After the Motion to Reopen was filed, but before the briefing was completed, Judge Campbell recused herself on November 9, 2011 (Docket 1099).   The case was then transferred to Judge Waddoups on November 10, 2011, and the Motion to Reopen the Case (Docket No. 1095) was set for hearing on April 18, 2012, (Docket No. 1101).   On December 9, 2011, after the briefing was complete, Judge Waddoups recused (Docket 1103) and the matter was transferred to Judge Sam who also recused on December 14, 2011 (Docket 1104).  The matter was subsequently transferred to Judge Benson, and Judge Benson reset the Motion to Reopen the Case (Docket No. 1095) to April 23, 2012 (Docket No. 1105).  On March 31, 2012, the matter was transferred to Judge Nuffer (Docket No. 1106) and on April 2, 2012, all hearings and deadlines were vacated.

SCO filed a Request to Submit for Decision regarding this Motion (Docket No. 1107) on June 14, 2012, seeking a setting to hear SCO's Motion to Reopen the Case (Docket No. 1095).  SCO incorporates here the arguments made in the Request to Submit.

Because SCO's Motion to Reopen the Case has been pending before the Court since December 8, 2011, and was originally set for a hearing to be held on April 18, 2012, SCO respectfully requests that the Court schedule as soon as practicable a status conference and/or hearing on SCO's Motion to Reopen the Case (Docket No. 1095).

DATED this 25th day of March, 2013.

By:  /s/ Brent O. Hatch
       HATCH, JAMES & DODGE, P.C.
       Brent O. Hatch
       Mark F. James

       BOIES, SCHILLER & FLEXNER LLP
       David Boies
       Stuart H. Singer
       Edward Normand

       *Counsel for The SCO Group, Inc.*