SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Amy F. Sorenson (8947)
Amber M. Mettler (11460)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Defendant/Counterclaim-Plaintiff*
 *International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC.,<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Defendant/Counterclaim-Plaintiff. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Civil No. 2:03-CV-0294-DN<br><br>Honorable David Nuffer |

17333286.1

TO THE COURT AND COUNSEL:

Please take notice that Amber M. Metter, of Snell & Wilmer LLP, hereby makes an appearance as counsel for Defendant/Counterclaim Plaintiff International Business Machines Corporation ("IBM").  She joins Alan L. Sullivan and Amy F. Sorenson as counsel for IBM.

DATED this 17th of June, 2013.

                SNELL & WILMER L.L.P.

                /s/ Amber M. Mettler
                Alan L. Sullivan
                Amy F. Sorenson
                Amber M. Mettler

                CRAVATH, SWAINE & MOORE LLP
                Evan R. Chesler
                David R. Marriott

                *Attorneys for Defendant/Counterclaim-Plaintiff*
                *International Business Machines Corporation*

Of Counsel:

INTERNATIONAL BUSINESS MACHINES CORPORATION
Alec S. Berman
1 North Castle Drive
Armonk, New York 10504
(914) 765-1900

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

17333286.1