Alan L. Sullivan (3152)
Amy F. Sorenson (8947)
Amber Mettler (11460)
SNELL & WILMER L.L.P.
15 West South Temple
Suite 1200
Salt Lake City, UT 84101
Telephone: 801-257-1900
E-mail: asullivan@swlaw.com
    asorenson@swlaw.com
    amettler@swlaw.com

*Attorneys for International Business Machines Corp.*

# UNITED STATES DISTRICT COURT
## District of Utah Central Division

| | | |
|---|---|---|
| The SCO Group, Inc., <br> Plaintiff/Counterclaim Defendant, | * * * | Motion for Pro Hac Vice Admission and Consent of Local Counsel |
| v. | * * | |
| International Business Machines Corp., <br> Defendant/Counterclaim Plaintiff. | * * | Case No. 2:03-cv-294 DN |

    Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of <u>Owen J.M. Roth</u> as pro hac vice counsel for <u>Defendant /Counterclaim Plaintiff</u> and consent to serve as local counsel. The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated June 21, 2013

_____
Signature of local counsel