# Exhibit A

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Owen J.M. Roth            Telephone: (212) 474-1000
Firm Name: Cravath, Swaine & Moore LLP
Business Address: Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Current bar memberships and date of admission:

| Jurisdiction | Bar Number | |
|---|---|---|
| New York | 795530 | Admitted on April 2010 |
| Fourth Circuit (Federal) | | Admitted on April 2010 |
| Southern District of NY | | Admitted on January 2012 |
| Eastern District of NY | | Admitted on January 2012 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
__√__ No        ____ Yes (provide additional information)

Prior pro hac vice admissions in the District of Utah:        __√__ none

Case Name: _____
Case Number: _____
Admission Date: _____

(Attach list of other cases separately if more space is needed.)

I certify that I am a member in good standing of all bars to which I have been admitted. This certification that the foregoing is true and correct is made under penalty of perjury.


s/ Owen J.M. Roth                June 20, 2013
Signature                        Date


Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.