Alan L. Sullivan (3152)
Amy F. Sorenson (8947)
Amber Mettler (11460)
SNELL & WILMER L.L.P.
15 West South Temple
Suite 1200
Salt Lake City, UT 84101
Telephone: 801-257-1900
E-mail: asullivan@swlaw.com
           asorenson@swlaw.com
           amettler@swlaw.com

*Attorneys for International Business Machines Corp.*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | | |
|---|---|---|
| The SCO Group, Inc., | : | |
|     Plaintiff/Counterclaim Defendant | : | |
| | : | Order for Pro Hac Vice Admission |
| v. | : | |
| | : | |
| International Business Machines, Corp., | : | |
|     Defendant/Counterclaim Plaintiff | : | Case Number 2:03-cv 294 DN |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Owen J.M. Roth in the United States District Court, District of Utah in the subject case is GRANTED.

Dated this _____ day of June, 2013

_____
U.S. District Judge

17382377