# Exhibit C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| The SCO GROUP, INC., *et al.*,[1] | : Case No. 07-11337 (KG) |
| | : (Jointly Administered) |
| Debtors. | : Re: Dkt. No. 1271 |

## ORDER APPROVING REVISED CASE CAPTION

Upon consideration of the Motion of Edward N. Cahn, Esq., in his capacity as Chapter 11 Trustee for the above-captioned debtors, for entry of an order approving the revised case caption for the Debtors' jointly administered bankruptcy cases (the "Motion"); and it appearing that notice of the Motion was reasonable, sufficient and proper under the particular circumstances; and that no other or further notice is necessary; and this Court having considered the Motion and any objections hereto; and this Court having determined the relief sought is in the best interest of the Debtors and their estates, creditors and all other parties in interest; and after due deliberation and good and sufficient cause appearing therefore,

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) The SCO Group, Inc., a Delaware corporation, Fed. Tax Id. #2823; and (b) SCO Operations, Inc., a Delaware corporation, Fed. Tax Id. #7393.

133091.01600/40194963v.2

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The caption of the Debtors' jointly administered bankruptcy cases, to be used by all parties in all pleadings and for all purposes and proceeding in these chapter 11 cases shall be as follows:

---

| | |
|---|---|
| In re | : Chapter 11 |
| TSG Group, Inc. (f/k/a The SCO Group, Inc), *et al.*,[1] | : Case No. 07-11337 (KG) |
| | : (Jointly Administered) |
| Debtors. | : |

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) TSG Group, Inc. [f/k/a/ The SCO Group, Inc.], a Delaware corporation, Fed. Tax Id. #2823; and (b) TSG Operations, Inc. [f/k/a SCO Operations, Inc], a Delaware corporation, Fed. Tax Id. #7393.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: May 19, 2011

The Honorable Kevin Gross
United States Bankruptcy Judge