SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: asullivan@swlaw.com
       asorenson@swlaw.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: echesler@cravath.com
       dmarriott@cravath.com

*Attorneys for Defendant/Counterclaim-Plaintiff
 International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 7 Trustee in Bankruptcy, Edward N. Cahn,<br><br>           Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>           Defendant/Counterclaim-Plaintiff. | **STIPULATED JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT/COUNTERCLAIM-PLAINTIFF IBM TO FILE A MOTION FOR SUMMARY JUDGMENT**<br><br>Civil No. 2:03-CV-0294-DN<br><br>Honorable David Nuffer |

Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("IBM") and Plaintiff/Counterclaim-Defendant The SCO Group, Inc. (n/k/a TSG Group, Inc.) ("SCO") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate that IBM may have an extension of time to file a motion for summary judgment from July 15, 2013, as set forth in the Court's Order Reopening Case and Vacating Prior Order (Dkt. No. 1115), until July 22, 2013.  Based on this stipulation, the Parties hereby respectfully move the Court for an order extending the time in which IBM may file a motion for summary judgment until July 22, 2013.

The Parties respectfully submit herewith a proposed Order.

DATED this 11th day of July, 2013.

                                          SNELL & WILMER L.L.P.

                                          /s/ Amy F. Sorenson
                                          Alan L. Sullivan
                                          Amy F. Sorenson

                                        CRAVATH, SWAINE & MOORE LLP
                                        Evan R. Chesler
                                        David R. Marriott

                                        *Attorneys for Defendant/Counterclaim-Plaintiff*
                                        *International Business Machines Corporation*

DATED this 11th day of July, 2013.

          HATCH, JAMES & DODGE, PC

          /s/ Mark F. James
          Brent O. Hatch
          Mark F. James

          BOIES SCHILLER & FLEXNER LLP
          David Boies
          Stuart H. Singer
          Robert Silver
          Edward Normand
          Jason Cyrulnik
          Mauricio Gonzalez

          *Attorneys for Plaintiff/Counterclaim-Defendant*
          *The SCO Group, Inc.*