SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: asullivan@swlaw.com
          asorenson@swlaw.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: echesler@cravath.com
          dmarriott@cravath.com

*Attorneys for Defendant/Counterclaim-Plaintiff
 International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 7 Trustee in Bankruptcy, Edward N. Cahn,<br><br>          Plaintiff/Counterclaim-Defendant,<br><br>v.<br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>          Defendant/Counterclaim-Plaintiff. | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT/COUNTERCLAIM-PLAINTIFF IBM TO FILE A MOTION FOR SUMMARY JUDGMENT**<br><br>Civil No. 2:03-CV-0294-DN<br><br>Honorable David Nuffer |

Before the Court is a stipulation and joint motion by the Parties for an extension of time for Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("IBM") to file a motion for summary judgment, executed by counsel for IBM and Plaintiff/Counterclaim-Defendant The SCO Group, Inc. (n/k/a TSG Group, Inc.).  Having considered the stipulation and joint motion, and for good cause appearing, the Court GRANTS the motion.

**IT IS HEREBY ORDERED** that IBM shall have until July 22, 2013, to file a motion for summary judgment.

DATED this __th day of July, 2013.

BY THE COURT:

David Nuffer
United States District Court


**Approved as to Form:**

HATCH, JAMES & DODGE, PC

/s/ Mark F. James
Brent O. Hatch
Mark F. James
HATCH, JAMES & DODGE, PC

BOIES SCHILLER & FLEXNER LLP
David Boies
Stuart H. Singer
Robert Silver
Edward Normand
Jason Cyrulnik
Mauricio Gonzalez

*Attorneys for Plaintiff/Counterclaim-Defendant The SCO Group, Inc.*