Brent O. Hatch (5715)
bhatch@hjdlaw.com
Mark F. James (5295)
mjames@hjdlaw.com
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
dboies@bsfllp.com
Robert Silver (admitted pro hac vice)
rsilver@bsfllp.com
Edward Normand (admitted pro hac vice)
enormand@bsfllp.com
Jason Cyrulnik (admitted pro hac vice)
jcyrulnik@bsfllp.com
Mauricio A. Gonzalez (admitted pro hac vice)
magonzalez@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart Singer (admitted pro hac vice)
ssinger@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Counsel for The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 7 Trustee in Bankruptcy, Edward N. Cahn,<br><br>       Plaintiff/Counterclaim-Defendant,<br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>       Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF/COUNTERCLAIM-DEFENDANT SCO TO FILE ITS OPPOSITION TO IBM'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE BASIS OF THE <u>NOVELL</u> JUDGMENT**<br><br>Civil No.: 2:03-CV-00294-DN<br>Judge David Nuffer |

Before the Court is a stipulation and joint motion by the Parties for an extension of time for Plaintiff/Counterclaim-Defendant The SCO Group, Inc. (n/k/a TSG Group, Inc.) ("SCO") to file its memorandum in opposition to the Motion for Partial Summary Judgment on the Basis of the <u>Novell</u> Judgment filed by Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("IBM") on July 22, 2013.[1] Having considered the stipulation and joint motion, and for good cause appearing, the Court GRANTS the motion.

**IT IS HEREBY ORDERED** that SCO shall have until August 29, 2013, to file its memorandum in opposition to IBM's Motion for Partial Summary Judgment on the Basis of the <u>Novell</u> Judgment.

DATED this 21st day of August, 2013.

BY THE COURT:

David Nuffer
United States District Court

**Approved as to Form:**

SNELL & WILMER L.L.P.

/s/ Amy F. Sorenson
Alan L. Sullivan
Amy F. Sorenson

---

[1] Docket no. 1128, filed August 20, 2013.

2