SNELL & WILMER L.L.P.
Alan L. Sullivan (3152)
Amy F. Sorenson (8947)
15 West South Temple, Suite 1200
Salt Lake City, UT 84101-1004
Telephone: (801) 257-1900
asullivan@swlaw.com
asorenson@swlaw.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted *pro hac vice*)
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
echesler@cravath.com
dmarriott@cravath.com

*Attorneys for Defendant/Counterclaim-Plaintiff International Business Machines Corporation*

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
bhatch@hjdlaw.com
mjames@hjdlaw.com

David Boies (admitted *pro hac vice*)
Edward Normand (admitted *pro hac vice*)
Jason Cyrulnik (admitted *pro hac vice*)
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
dboies@bsfllp.com
enormand@bsfllp.com
jcyrulnik@bsfllp.com

Stuart Singer (admitted *pro hac vice*)
BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com

*Attorneys for Plaintiff/Counterclaim Defendant The SCO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 7 Trustee in Bankruptcy, Edward N. Cahn,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **JOINT NOTICE OF PARTIES' AGREEMENT ON APPOINTMENT OF MAGISTRATE FOR MEDIATION**<br><br>Civil No. 2:03-cv-00294-DN<br><br>Chief Judge David Nuffer |

Pursuant to the Court's June 11, 2015 order (Dkt. 1149), Plaintiff/Counterclaim Defendant The SCO Group, Inc. ("SCO") and Defendant/Counterclaim Plaintiff International Business Machines Corporation ("IBM") (collectively, the "Parties"), through counsel, hereby jointly notify the Court that the Parties have agreed that the mediation should be referred to Magistrate Judge Paul M. Warner.

DATED this 22nd day of June 2015.

>SNELL & WILMER L.L.P.
>/s/  Amy F. Sorenson
>Alan L. Sullivan
>Amy F. Sorenson
>
>CRAVATH, SWAINE & MOORE LLP
>Evan R. Chesler
>David R. Marriott
>
>*Attorneys for Defendant/Counterclaim-Plaintiff International Business Machines Corporation*
>
>HATCH, JAMES & DODGE, P.C.
>/s/ Brent O. Hatch
>Brent O. Hatch
>Mark F. James
>
>BOIES, SCHILLER & FLEXNER LLP
>David Boies
>Stuart Singer
>Edward Normand
>Jason Cyrulnik
>
>*Attorneys for Plaintiff/Counterclaim Defendant The SCO Group, Inc.*