

LAW OFFICES

Gateway Tower West
15 West South Temple
Suite 1200
Salt Lake City, Utah 84101-1531
801.257.1900
801.257.1800 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON

Amy F. Sorenson
(801) 257-1907
asorenson@swlaw.com

July 13, 2015

VIA ELECTRONIC MAIL

Judge David O. Nuffer
U.S. District Court
351 S. West Temple, Room 10.100
Salt Lake City, UT 84101
dj.nuffer@utd.uscourts.gov

   Re: <u>SCO Group, et al. v. Int'l Bus. Mach. Corp.</u>,
      Civil No. 2:03-cv-0294-DN

Your Honor:

  As the Court is aware, we represent IBM in the above-captioned matter. Following the June 11, 2015 hearing in this matter, the Court ordered counsel to "reconcile facts on" IBM's Motion For Summary Judgment on SCO's Unfair Competition Claim (SCO's Sixth Cause of Action) (Dkt. No. 782) ("IBM's Unfair Competition Motion"). (<u>See</u> Minute Order, Dkt. 1150.) The parties have made progress, but have not yet come to an agreement. Accordingly, I write to request that the parties be permitted an additional week to attempt to reconcile the facts on IBM's Unfair Competition Motion. SCO has agreed to the proposed extension. While the parties cannot promise that they will be able to reach an agreement on a joint submission to the Court, they will continue to work diligently to do so. If they are unable to reach an agreement on a joint submission, the parties will notify the Court by close of business on Monday, July 20, 2015.

  If the Court has questions, please do not hesitate to contact me or other counsel of record.

           Very truly yours,

           Snell & Wilmer

           *Amy F. Sorenson* /AMM

           Amy F. Sorenson

22055437



Judge David O. Nuffer
July 13, 2015
Page 2

Cc:     Brent Hatch
        Edward Normand
        Jason Cyrulnik
        Stuart Singer
        David Boies
        Mark James
        David Marriott
        Evan Chesler
        Alan Sullivan

22055437