Brent O. Hatch (5715)
bhatch@hjdlaw.com
Mark F. James (5295)
mjames@hjdlaw.com
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

David Boies (admitted pro hac vice)
dboies@bsfllp.com
Robert Silver (admitted pro hac vice)
rsilver@bsfllp.com
Edward Normand (admitted pro hac vice)
enormand@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Stuart Singer (admitted pro hac vice)
ssinger@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Counsel for Plaintiff/Counterclaim-Defendant,*
*The SCO Group, Inc.*

Alan L. Sullivan (3152)
Amy F. Sorenson (8947)
Amber M. Metler (11460)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: asullivan@swlaw.com
asorenson@swlaw.com

Evan R. Chesler (admitted pro hac vice)
David R. Marriott (7572)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: echesler@cravath.com
dmarriott@cravath.com

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,

Plaintiff/Counterclaim-Defendant,

vs.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant/Counterclaim-Plaintiff.

**JOINT MOTION FOR CERTIFCATION UNDER FED. R. CIV. P. 54(b)**

Civil No.: 2:03CV0294

Honorable David Nuffer

Pursuant to the Court's Order dated February 9, 2016 (Docket No. 1161), Plaintiff/Counterclaim-Defendant, The SCO Group, Inc. ("SCO"), and Defendant/Counterclaim-Plaintiff, International Business Machines Corporation ("IBM"), jointly move for certification of the entry of final judgment on the Court's orders concerning all of SCO's claims, including the (a) Order filed on Feb. 5, 2016, granting IBM's Motion for Partial Summary Judgment (Docket No. 782), (b) Order filed on Feb. 8, 2016, granting IBM's Motion for Partial Summary Judgment (Docket No. 783), (c) Partial Judgment Dismissing SCO Claims filed on July 10, 2013, and (d) Order filed on July 1, 2005, denying SCO's Motion for Leave to File a Third Amended Complaint (Docket No. 466).

There is no just reason for delaying SCO's appeal from such Orders, as the final resolution of SCO's claims may make it unnecessary, as a practical matter, for the Court to decide the several pending motions concerning IBM's counterclaims, given SCO's bankruptcy and its explanation that it has de minimis financial resources beyond the value of the claims on which the Court has granted summary judgment for IBM.  Accordingly, the disposition of SCO's appeal is the practical course most likely to conserve both judicial and private resources.  See Wakefield Kennedy, LLC v. Baldwin, No. 11-cv-00604-DN-EJF, 2014 WL 910029, at *9-10 (D. Utah. Mar. 7, 2014).  In addition, SCO's claims at issue in the Orders are separable from IBM's counterclaims for purposes of appeal, and the nature of the claims are such that no appellate court would have to decide the same issues more than once if there were any subsequent appeals.  See Wakefield Kennedy LLC v. Baldwin, No. 11-cv-00604-DN-EJF, 2014 WL 7178197, at *2 (D. Utah Dec. 15, 2014).

DATED this 26th day of February, 2016.

By: */s/ Brent O. Hatch*
HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

BOIES, SCHILLER & FLEXNER LLP
David Boies
Robert Silver
Stuart H. Singer
Edward Normand

*Counsel for The SCO Group, Inc.*

SNELL & WILMER L.L.P.

*/s/ Amy F. Sorenson*
Alan L. Sullivan
Amy F. Sorenson
Amber M. Mettler

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott

*Attorneys for Defendant/Counterclaim-Plaintiff International Business Machines Corporation*

**CERTIFICATE OF SERVICE**

I, Brent O. Hatch, hereby certify that on this 26th day of February, 2016, a true and correct copy of the foregoing **JOINT MOTION TO CERTIFCATION UNDER FED. R. CIV. P. 54(B)** was filed with the Court and served via electronic mail to the following recipients:

David Marriott, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Amy F. Sorenson, Esq.
Snell & Wilmer LLP
1200 Gateway Tower West
15 West South Temple
Salt Lake City, Utah 84101-1004

*Counsel for Defendant and Counterclaim-Plaintiff International Business Machines Corporation.*

By: */s/ Brent O. Hatch*
Brent O. Hatch
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666