**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,<br><br>      Plaintiff/Counterclaim-Defendant,<br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>      Defendant/Counterclaim-Plaintiff. | [PROPOSED] JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)<br><br>Civil No.: 2:03-CV-00294-DN<br><br>District Judge David Nuffer |

Pursuant to Fed. R. Civ. P. 54(b), the Court hereby directs and certifies the entry of final judgment on the Court's orders concerning all of SCO's claims, including the (a) Order filed on Feb. 5, 2016, granting IBM's Motion for Partial Summary Judgment (Docket No. 782), (b) Order filed on Feb. 8, 2016, granting IBM's Motion for Partial Summary Judgment (Docket No. 783), (c) Partial Judgment Dismissing SCO Claims filed on July 10, 2013, and (d) Order filed on July 1, 2005, denying SCO's Motion for Leave to File a Third Amended Complaint (Docket No. 466). The Court concludes that there is no just reason for delaying SCO's appeal from such Orders, as the disposition of SCO's appeal from the foregoing Orders is the course most likely to conserve both judicial and private resources.

DATED this _____ day of _____, 2016.

                                                                                  BY THE COURT

                                                                                   _____
                                                                                   David Nuffer
                                                                                   United States District Court Judge