## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING MOTION FOR CERTIFICATION**<br><br>Civil No.: 2:03-CV-00294-DN<br><br>Judge David Nuffer |

BASED UPON the parties' Joint Motion for Certification Under Fed. R. Civ. P. 54(b),[1] and pursuant to Fed. R. Civ. P. 54(b) and good cause appearing, the Court hereby directs and certifies the entry of final judgment on the Court's orders concerning all of SCO's claims, including the (a) Order Granting IBM's [783] Motion for Partial Summary Judgment,[2] (b) Order Granting IBM's [782] Motion for Partial Summary Judgment,[3] (c) Partial Judgment Dismissing SCO Claims,[4] and (d) Order[5] denying SCO's [322] Motion for Leave to File a Third Amended Complaint. The parties represent that the SCO claims in this case are SCO's only asset. With IBM's counterclaims against SCO being the only active claims in the case, the disposition of SCO's appeal from the foregoing Orders is the course most likely to conserve both judicial and private resources. Accordingly, there is no just reason for delaying SCO's appeal from such

---

[1] Docket no. 1162, filed Feb. 26, 2016.

[2] Docket no. 1160, filed Feb. 8, 2016.

[3] Docket no. 1159, filed Feb. 5, 2016.

[4] Docket no. 1123, filed July 10, 2013.

[5] Docket no. 466, filed July 1, 2005.

Orders. All proceedings in this matter are stayed pending the disposition of SCO's appeal or the expiration of SCO's time for appeal, if no appeal is filed.

DATED this 29th day of February, 2016.

                        BY THE COURT

                        _____
                        David Nuffer
                        United States District Court Judge