AO 450 (Rev.5/85) Judgment in a Civil Case

```
                                                    FILED
                                         CLERK, U.S. DISTRICT COURT
                                           March 1, 2016 (10:25am)
                                             DISTRICT OF UTAH
```

# United States District Court

Central Division for the District of Utah

SCO Group

v.

International Business Machines
    Corporation

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:03cv00294 DN

This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the orders of the court entered on July 10, 2013, February 5, 2016, and February 8, 2016, judgment is entered in favor of the defendant and plaintiff's causes of action are dismissed with prejudice.

March 1, 2016
_____
*Date*

D. Mark Jones
_____
*Clerk of Court*

_____
*(By) Deputy Clerk*