Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone: (801) 363-6363
Facsimile:  (801) 363-6666
bhatch@hjdlaw.com
mjames@hjdlaw.com

David Boies (admitted pro hac vice)
Edward Normand (admitted pro hac vice)
Jason Cyrulnik (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone:  (914) 749-8200
Facsimile:   (914) 749-8300
dboies@bsfllp.com
enormad@bsfllp.com
jcyrulnik@bsfllp.com

Stuart H. Singer (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile:  (954) 356-0022
ssinger@bsfllp.com

*Counsel for Plaintiff, The SCO Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **NOTICE OF APPEAL**<br><br>Civil No. 2:03-cv-00294 DN<br><br>Honorable David Nuffer |

Notice is hereby given that plaintiff, The SCO Group, Inc., hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment entered in this action on March 1, 2016.

DATED this 29th day of March, 2016.

By: */s/ Edward Normand*
BOIES, SCHILLER & FLEXNER LLP
David Boies
Stuart H. Singer
Edward Normand
Jason Cyrulnik

HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Mark F. James

*Counsel for The SCO Group, Inc.*

## **CERTIFICATE OF SERVICE**

I, Edward Normand, hereby certify that on this 29th day of March, 2016, a true and correct copy of the foregoing **NOTICE OF APPEAL** was filed with the court and served via electronic mail to the following recipients:

>David Marriott, Esq.
>Cravath, Swaine & Moore LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, New York 10019
>
>Amy F. Sorenson, Esq.
>Snell & Wilmer LLP
>1200 Gateway Tower West
>15 West South Temple
>Salt Lake City, Utah 84101-1004
>
>*Counsel for Defendant and Counterclaim-Plaintiff International Business Machines Corporation.*

By: */s/ Edward Normand*
      Edward Normand