# United States District Court
# District of Utah



**D. Mark Jones**  
Clerk of Court

**Anne W. Morgan**  
Chief Deputy Clerk

March 29, 2016

Edward J. Normand  
BOIES SCHILLER & FLEXNER (ARMONK)  
333 MAIN ST  
ARMONK, NY 10504

Alan L. Sullivan  
SNELL & WILMER (UT)  
15 W SOUTH TEMPLE STE 1200  
SALT LAKE CITY, UT 84101

RE:   NOTICE OF APPEAL  
         SCO Grp, et al v. Intl Bus Mach Inc  
         Plaintiff/Appellant  Defendant/Appellee  
         Lower Docket: 2:03cv00294 DN

The notice of appeal for this case has been filed.

**RETAINED** Counsel for the appellant is instructed to download the "Initial Appeal Documents and Instructions" for this appeal from www.ca10.uscourts.gov  In addition, counsel will need to download the "Designation of Record" form from the 10th Circuit web site.   Please follow the instructions for Transcript Order Form and Docketing Statement(for appellant only) regarding counsel's responsibility for compliance. For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

Counsel and the Tenth Circuit will receive the following via CM/ECF (If counsel or party are not e-filers, they will receive these documents by mail): <u>Order/Judgment being appealed from</u>, <u>Notice of Appeal</u>, <u>Letter of Transmission of the Preliminary Record on Appeal</u>, <u>Docket Sheet</u>.

Sincerely,

D. Mark Jones, Clerk

By: /s/Aimee Trujillo  
Aimee Trujillo  
Deputy Clerk

**cc**: Clerk, U.S. Court of Appeals, Tenth Circuit          Judge David Nuffer  
Court Reporter: Kelly Brown Hicken                              Counsel of Record  
District: 1088                                                                  Division: Central  
Jurisdiction: Diversity