# United States District Court
# District of Utah



**D. Mark Jones**  
Clerk of Court

**Anne W. Morgan**  
Chief Deputy Clerk

June 22, 2016

Ms. Elisabeth A. Shumaker, Clerk  
United States Court of Appeals  
for the Tenth Circuit  
1823 Stout Street  
Denver, CO 80257

—

RE:   16-04040  
      SCO Grp, et al v. Intl Bus Mach Inc  
      Lower Docket: 2:03cv00294 DN

Dear Clerk of Court:

   Please be advised that the record is complete for the purposes of appeal.

Sincerely,

D. Mark Jones, Clerk

By: /s/Aimee Trujillo  
Aimee Trujillo  
Deputy Clerk

cc: Counsel of Record