FILED
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**January 2, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

THE SCO GROUP, INC., a Delaware corporation,

    Plaintiff Counterclaim Defendant - Appellant,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

    Defendant Counterclaimant - Appellee.

No. 16-4040
(D.C. No. 2:03-CV-00294-DN)
(D. Utah)

---

## JUDGMENT

---

Before **KELLY**, **EBEL**, and **BACHARACH**, Circuit Judges.

---

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the District of Utah for further proceedings in accordance with the opinion of this court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk