# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                      Chris Wolpert
Clerk of Court             January 24, 2018          Chief Deputy Clerk

Mr. D. Mark Jones
United States District Court for the District of Utah
Office of the Clerk
351 South West Temple
Salt Lake City, UT 84101

**RE:**     **16-4040, SCO Group v. IBM**
            Dist/Ag docket: 2:03-CV-00294-DN

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                                 Sincerely,

                                                 Elisabeth A. Shumaker
                                                 Clerk of the Court

cc:      Evan Chesler
           Jason C. Cyrulnik
           Peter H. Donaldson
           Brent O. Hatch
           Mark F. James
           David Marriott
           Edward Normand
           Thomas G. Rafferty
           Stuart H. Singer
           Amy F. Sorenson

Alan L. Sullivan
Nathan E. Wheatley

EAS/dd