Alan L. Sullivan (3152)
Amy F. Sorenson (8947)
Bret R. Evans (15131)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101-1004
Telephone: (801) 257-1900
Email: asullivan@swlaw.com
         asorenson@swlaw.com
         brevans@swlaw.com

Evan R. Chesler (admitted *pro hac vice*)
David R. Marriott (7572)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Email: echesler@cravath.com
         dmarriott@cravath.com

*Attorneys for Defendant/Counterclaim-Plaintiff
 International Business Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 7 Trustee in Bankruptcy, Edward N. Cahn,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Civil No. 2:03-cv-00294-DN<br><br>Judge David Nuffer |

4828-7349-3595

Notice is hereby given that Bret R. Evans of Snell & Wilmer, L.L.P. hereby enters his appearance as counsel of record for Defendant/Counterclaim-Plaintiff International Business Machines Corporation ("**IBM**") in the above-captioned case.  IBM will continue to be represented by Alan L. Sullivan and Amy F. Sorenson of Snell & Wilmer L.L.P. and Evan R. Chesler and David R. Marriott of Cravath, Swaine & Moore LLP.  The address for notice is: Bret R. Evans, Snell & Wilmer l.l.p., 15 West South Temple, Suite 1200, Salt Lake City, Utah 84101-1531, Telephone: (801) 257-1900, Facsimile: (801) 257-1800, Email: brevans@swlaw.com.

DATED:  February 2, 2018.

SNELL AND WILMER L.L.P.

/s/ *Bret R. Evans*
Alan L. Sullivan
Amy F. Sorenson
Bret R. Evans

&

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott

*Attorneys for Defendant/Counterclaim-Plaintiff International Business Machines Corporation*