Brent O. Hatch (5715)
HATCH LAW GROUP, PC
22 East 100 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
hatch@hatchpc.com

Stuart Singer (admitted pro hac vice)
BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile:  (954) 356-0022
ssinger@bsfllp.com

Edward Normand (admitted pro hac vice)
Roche Freedman, LLP
99 Park Ave., Suite 1910
New York, NY 10016
Telephone: (646) 970-7513
tnormand@rcfllp.com

*Attorneys for Plaintiff, The SCO Group, Inc.*

SNELL & WILMER L.L.P.
Amy F. Sorenson (8947)
Bret R. Evans (15131)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
asorenson@swlaw.com
brevans@swlaw.com

CRAVATH, SWAINE & MOORE LLP
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
dmarriott@cravath.com

*Attorneys for Defendant, International Business
Machines Corporation*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,<br><br>     Plaintiff/Counterclaim-Defendant,<br>v.<br>.<br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>     Defendant/Counterclaim-Plaintiff. | **STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>Civil No.:  2:03-CV-00294-DN<br><br>Honorable David Nuffer |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties to this action stipulate that all claims and counterclaims in this matter, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full. The Parties request that all claims and counterclaims be dismissed **with prejudice**, on the merits, and the Parties to bear their own respective costs and expenses, including attorney fees.

DATED this 4th day of November, 2021.


By: */s/ Brent O. Hatch*                               By: */s/ Amy F. Sorenson*  
HATCH LAW GROUP, PC                                 SNELL & WILMER L.L.P.  
Brent O. Hatch                                          Amy F. Sorenson  
  Bret R. Evans

BOIES SCHILLER & FLEXNER LLP          CRAVATH, SWAINE & MOORE LLP  
Stuart Singer                                       David R. Marriott

ROCHE FREEDMAN, LLP                     *Attorneys for Defendant, International*  
Edward Normand                               *Business Machines Corporation*

*Attorneys for Plaintiff, The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November 2021, a true and correct copy of the foregoing document was filed with the clerk of the Court using the efiling system, which sent notification of such filing to all counsel of record.

/s/ Brent O. Hatch