Brent O. Hatch (5715)
HATCH LAW GROUP, PC
22 East 100 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
hatch@hatchpc.com

Stuart Singer (admitted pro hac vice)
BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone : (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com

Edward Normand (admitted pro hac vice)
Roche Freedman, LLP
99 Park Ave., Suite 1910
New York, NY 10016
Telephone: (646) 970-7513
tnormand@rcfllp.com

*Attorneys for Plaintiff, The SCO Group, Inc.*

SNELL & WILMER L.L.P.
Amy F. Sorenson (8947)
Bret R. Evans (15131)
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
asorenson@swlaw.com
brevans@swlaw.com

CRAVATH, SWAINE & MOORE LLP
David R. Marriott (7572)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
dmarriott@cravath.com

*Attorneys for Defendant International Business Machines Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,<br><br>Plaintiff/Counterclaim-Defendant,<br>v.<br>.<br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>Civil No.:  2:03-CV-00294-DN<br><br>Honorable David Nuffer |

The Parties have jointly stipulated that all claims and counterclaims in this matter, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full.  Based on that stipulation, all matters of records, and good cause appearing, it is hereby

ORDERED that all claims and counterclaims in this matter, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full, and are hereby dismissed **with prejudice**, on the merits, and the Parties to bear their own respective costs and expenses, including attorney fees.

SO ORDERED this \_\_\_\_ day of November 2021.

By the Court

_____
Honorable David Nuffer
U.S. District Court Judge