THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | **ORDER GRANTING STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>Case No. 2:03-cv-00294-DN<br><br>District Judge David Nuffer |

Based on the parties' Stipulated Dismissal of All Claims With Prejudice ("Motion"),[1] that all claims and counterclaims in this matter, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full, and for good cause appearing,

IT IS HEREBY ORDERED that the parties' Motion[2] is GRANTED. All claims and counterclaims in this action, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full, and are DISMISSED with prejudice and on the merits. The parties shall bear their own respective costs and expenses, including attorneys' fees.

The Clerk is directed to close the action.

Signed this 5th day of November 2021.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 1181, filed Nov. 5, 2021.

[2] *Id*.